UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ED FRIEDMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-cv-00237-JDL |
| | ) | |
| CENTRAL MAINE POWER | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## AMENDED SCHEDULING ORDER

This matter is before the Court on Defendant's Objection to Scheduling Order (ECF No. 34).  The objection, construed as a motion to amend the scheduling order, is granted in part.  The Court amends the Scheduling Order as follows:

Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P.26(a)(1):  August 6, 2021.

Deadline for Amendment of the Pleadings and Joinder of Parties:  August 20, 2021.

Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by:  November 1, 2021.

Defendant shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by:  December 3, 2021.

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B).  All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  December 31, 2021.

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Defendant shall serve its responses to Plaintiff's outstanding written discovery on or before September 10, 2021.

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h):  January 7, 2022.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda:  January 21, 2022.

Expected Trial Date:  This case shall be ready for trial by March 1, 2022.

Further Matters in Aid of Disposition:  Plaintiff shall make a written settlement demand upon Defendant by September 2, 2021.  Defendant shall respond in writing by September 16, 2021.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

/s/ John C. Nivison
Dated:  July 21, 2021                    U.S. Magistrate Judge