UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ED FRIEDMAN, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL MAINE POWER )<br>COMPANY, )<br>)<br>    Defendant ) | 2:20-cv-00237-JDL |

**ORDER ON DISCOVERY ISSUE**

The Court held a telephonic conference on January 11, 2022, to discuss a discovery issue. After consideration of the parties' arguments, for the reasons stated on the record, the Court finds and orders that Defendant shall review the documents generated as a result of the electronic search conducted with the search terms to which the parties agreed. Defendant shall produce the documents, except the documents Defendant considers to be privileged and certain email communication attachments discussed on the record. Defendant shall produce a privilege log identifying the documents withheld from discovery based on an asserted privilege.

**<u>NOTICE</u>**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of January, 2022.