UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ED FRIEDMAN, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )    2:20-cv-00237-JDL |
| | ) |
| CENTRAL MAINE POWER COMPANY, | ) |
| | ) |
|    Defendant | ) |

**ORDER ON DISCOVERY ISSUES AND
AMENDED SCHEDULING ORDER**

The Court held a telephonic conference on May 12, 2022, to discuss several discovery issues. After consideration of the parties' arguments, for the reasons stated on the record, the Court finds and orders:

1. To facilitate Defendant's production of documents, on or before May 20, 2022, the parties shall confer to determine whether they can narrow the scope of the electronic search for documents to be conducted by Defendant and whether they can adequately address Defendant's concern about the possible inadvertent disclosure of privileged or confidential information. If a party believes issues remain in dispute following the parties' discussion, the party may request a further conference with the Court.

2. Defendant shall produce the documents on a rolling basis. The production shall be completed by July 15, 2022.

3. The records of Plaintiff's primary care physician and Plaintiff's FAA records are relevant. Plaintiff shall produce the records, provided the parties agree on a reasonable time for which the documents will be produced. If the parties cannot agree on the time for which the documents will be produced, the parties may request a further conference with the Court.

4. The Court amends the scheduling order as follows:

a. The deadline for the parties to complete discovery is extended to August 31, 2022.

b. The deadline to file a notice of intent to file a motion for summary judgment is extended to September 7, 2022.

c. The deadline to file dispositive motions and *Daubert* and *Kumho* motions is extended to September 21, 2022.

d. The case shall be ready for trial by November 7, 2022.

## NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 13th day of May, 2022.