UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ED FRIEDMAN, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )   2:20-cv-00237-JDL |
| | ) |
| CENTRAL MAINE POWER COMPANY, | ) |
| | ) |
|    Defendant | ) |

**ORDER ON DISCOVERY ISSUE**

The Court held a telephonic conference on July 27, 2022, to discuss a discovery issue. After consideration of the parties' arguments, for the reasons stated on the record, the Court orders that unless a party states a specific objection to an invoice submitted by the opposing party's expert for payment for the expert's deposition time, the party shall pay the invoice in full within 14 days of submission. If a party disputes only part of an invoice, the party shall pay the undisputed portion of the invoice within 14 days of submission.

**NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 27th day of July, 2022.