EXHIBIT 4
*(Carpenter Mtn)*

*CARPENTER DEPO EXHIBIT 7*

# EXPERT REPORT

Re: Friedman vs. Central Maine Power Company

2:20-cv-00237-JDL

David O. Carpenter, MD

**Qualifications:**

My name is David O. Carpenter. I am a public health physician and professor, with a medical degree from Harvard Medical School. My current title is Director of the Institute for Health and the Environment at the University at Albany, which has been designed as a Collaborating Centre of the World Health Organization, as well as Professor of Environmental Health Sciences within the School of Public Health. In addition I am an Honorary Professor, Queensland Children's Medical Research Unit, University of Queensland, Brisbane, Australia. Formerly, I was the Director of the Wadsworth Center for Laboratories and Research of the New York State Department of Health (1980-1985) and the Dean of the School of Public Health at the University of Albany (1985-1998), while remaining employed by the New York State Department of Health. I assumed my current position in 1998.

In the 1980s I served as Executive Secretary of the New York State Powerlines Project, a state-funded study designed to determine whether there were adverse health effects from living near power lines. The program of research showed children living in homes with elevated magnetic fields coming from power lines suffered from an elevated risk of developing leukemia, and that electromagnetic field (EMF) exposure altered a variety of responses studied in animals and in cellular systems. After the Powerlines Project was finished, I became the spokesperson for New York State on the issue of health effects of electromagnetic fields.

I have published several reviews and have edited two books on the <u>Biologic Effects of Electric and Magnetic Fields</u>. I am also a Co-Editor and a Contributing Author of the *BioInitiative Report: A Rationale for a Biologically-based Public Exposure Standards for Electromagnetic Fields (ELF and RF)* (www.bioinitative.org). This report was first published in 2007, and has been updated in 2012 and 2014. The *BioInitiative Report* documents effects on cellular and animals model systems, adverse human health effects and public health conclusions about impacts of electromagnetic radiation [electromagnetic fields including extremely-low frequency (ELF-EMF) and radiofrequency /microwave (RF/MW-EMF) fields]. I will refer to specific sections of the report where appropriate. I also reference the entire report as a comprehensive and up-to-date review of the scientific information on this subject.

Attached as Exhibit A is my *curriculum vitae*. I am an active researcher and educator. My research activities at present are focused on the general subject of environmental causes of human disease. I have authored over 460 major publications in peer-reviewed scientific journals, have edited six books and have numerous other publications as listed in my *curriculum vitae*. I participate in many international, national, state and local organizations and committees as listed in my *curriculum vitae* along with the Honors, Awards, and Fellowships I have received. I have had sufficient research, administrative and evaluation responsibilities related to human health effects of power line magnetic fields so as to be known as an international expert in this field. In 2009, I was invited to present to the United States President's Cancer Panel on the subject of

power line and radiofrequency fields and cancer. This invitation was based on recognition that I am an expert on this subject. In addition I was invited to testify on the more general issue of adverse health effects resulting from human exposure to electromagnetic fields before the United States House of Representatives. This invitation was based on my reputation as being an expert on this subject. I have also testified on the specific subject of adverse health effects resulting from exposure to magnetic fields arising from power lines. In recent cases I was certified by the courts to be qualified as an expert for health effects of magnetic fields coming from power lines (State of New Jersey, Board of Public Utilities, BPU Docket No. EO16080750; OAL Docket No. PUC 12098-16; 6/22/2018) and radiofrequency electromagnetic fields (US District Court, District of Massachusetts, Civil Action No. 4:15-CV-40116-TSH; 12/8/2015).

**This Case:**

Mr. Ed Friedman suffers from a form of non-Hodgkin's Lymphoma, called Waldenstrom's macroglobulinemia. This is in general not a curable disease although progression can be delayed with treatment. Mr. Friedman, as well as other residents of Maine, had opposed the installation of RF-emitting smart meters as replacement of analog meters which require someone to read the degree of electrical usage. The courts ruled that Central Maine Power (CMP) could install smart meters, but when an individual requested for any reason, to opt-out of having one placed on their home, they could do so, but would be charged an opt-out fee in addition to the regular electrical usage bill. Mr. Friedman is challenging the right of Central Maine Power to force him to pay surcharges under the American's With Disabilities Act (ADA), Fair Housing Act (FHA) and Rehabilitation Act (RA), based on his cancer, for the same safe power his non-disabled neigbors receive without an extra surcharge. Prior to his disconnection by CMP, he did pay his usage bill. Were they to reconnect him, he requests relief from the discriminatory surcharge because of his cancer. The risk of exacerbating his cancer from 24/7 smart meter exposure means he does not have an option to opt-out as one might with other objections to smart meters but instead has a necessity to avoid the smart meter.

The Americans with Disabilities Act (as well as FHA and RA) are designed to prevent discrimination against individuals who suffer from any disability for which the usual scope of business or other activity would put the disabled person at a disadvantage. The ADA also specifically prohibits imposition of a surcharge on an individual with a disability in order for that individual to avoid the discriminating action. (The FHA specifically cites discrimination in the provision of services and the RA prohibits discrimination for any recipient of federal funding like CMP.) In this case that action is for Mr. Friedman to avoid the likely exacerbating effects of exposure to radiofrequency EMFs that would occur upon placement of a smart meter on his house.

**Smart Meters:**

There are no careful studies specifically on cancer being caused by electronic meters to my knowledge, in great part because they haven't been around very long, cancer has a long latency between exposure and disease, and all of us are exposed to multiple sources of RF. But smart meter utilize the same type of RF radiation that is used in cell phones. It should be noted that the World Health Organization has declared radiofrequency radiation (including that from smart meters) to be a possible human carcinogen. While it is true that the nature of exposure to RF from electronic meters is only somewhat different from that coming from other wireless devices,

what is important is cumulative, aggregate RF exposure. Most electronic meters transmit signals to the utility for relatively short periods of time but generate radiofrequency pulses at frequent intervals all day and night. Thus the device continuously generates modulated pulses of RF radiation that will expose anyone nearby 24/7. Besides airborne transmission emissions to the utility there is some evidence these RF emissions as well as lower frequency emissions affecting power quality, may be transmitted throughout structures as conducted and radiating emissions on building wiring, acting as an antenna.(Isotrope, 2013).

The waveform used by smart meters consists of very high intensity but very brief burst of pulses. While the average total exposure over periods of time usually do not exceed FCC standards, those standards are not set based on critical peak intensities. An analogy, illustrating the importance of peak is often made with a bullet, the force and damage from the peak impact being far more than the average force. There is building evidence that the rapid rise and fall of these RF peaks is particularly provocative to humans.

While there are not yet specific studies connecting smart meters directly to cancer, there have long been studies showing DNA damage from exposure to RF including at 2450MHz (Lai and Singh 1995), the same frequency used by CMP smart meters. DNA damage is often a precursor to cancers whether through oxidative stress (Yakemenko, et al., 2015) or other mechanisms.

Most of the published reports on health effects specifically from smart meters are directed at the syndrome of electro-hypersensitivity (EHS). This is found in some individuals who in the presence of elevated RF-EMFs develop symptoms of fatigue, headache, brain fog, tinnitus and other symptoms that in some people can be very disabling. EHS symptoms like these and others share much in common with many cancer symptoms and cancer treatment side-effect symptoms so Mr. Friedman's concerns are well founded that RF exposure risks exacerbating some of his present symptoms. These high intensity pulses may be more provocative than continuous waves, as suggested by the report of McCarty et al. (2011), who reported on symptoms experienced by a physician who suffered from EHS, and upon testing in a doubled blinded manner, responded to the on and off of EMFs, not to the steady state.

There is also significant information on self-reported changes in health status by individuals after installation of smart meters on their homes. In a smart meter health effects survey and report submitted and accepted as expert testimony by Dr. Conrad to the Maine PUC in 2013, nearly 98% of the 210 respondents were very sure or fairly sure their new or worsened symptoms correlated with smart meter exposure. 42% of these respondents began suffering symptoms or had preexisting symptoms worsen after smart meter installation but *prior to any knowledge* the meters had been installed. Frequent symptoms included pressure in head, ringing, buzzing/tinnitus, difficulty concentrating, insomnia, heart racing, arrhythmia, headaches and fatigue. Lamech (2014) published a peer-reviewed study of 142 Australians who submitted information on a public web site on changes in health status after a smart meter was installed on their home. The most frequent symptoms were insomnia, headaches, tinnitus, fatigue and cognitive disturbances. She suggests that these individuals have developed EHS as a result of the smart meter RF EMFs. Carpenter (2015) reported on statements made by a California physician and her husband who had a smart meter placed on their home without their knowledge while they were away from home. Upon returning home both developed the symptoms of EHS, which were only later found to be due to the presence of the smart meter. The symptoms were markedly reduced after the smart meter was removed, although both persons remained at elevated sensitivity to EMFs up until the present.

**Radiofrequency fields and cancer:**

In 2011 IARC made the designation that exposure to radiofrequency electromagnetic fields was a "possible human carcinogen", based primarily on studies of development of brain cancer among individuals who used mobile phones frequently for 10 years or more. One reason that RF-EMFs were not rated as "probable" or "known" human carcinogens was the lack of evidence that these exposures caused cancer in animals. The has changed since 2011 when both the US National Toxicology Program (Wyde et al., 2018) and a study from the Ramazzini Institute in Italy (Falcioni et al., 2018) have found that RF-EMFs at intensities modeled to reflect whole body exposure from cell phones (similar wattage to smart meters) and cell towers, respectively, cause malignant brain and cardiac Schwannoma cancers in rodents, and also caused DNA damage to neurons. There is a large body of evidence showing that excessive exposure to EMF of various frequencies increases risk of cancer. The evidence will not be reproduced here, but can be found in the Bioinitiative Report (www.bioinitiative.org) and the review by Belpomme et al. (2018). Regarding the possibility of cardiac Schwannomas, it must be noted that Mr. Friedman history of coronary artery disease already compromises his heart, a risk that need not be compounded by smart meter/RF exposure.

Figure 1, below, shows what is currently understood to be the mechanisms responsible for the diverse effects of EMF exposure, both from extra-low frequency (ELF) signals and radiofrequency (RF) signals. Both generate reactive oxygen species (ROS), which are the ultimate cause of changes in the blood brain barrier (BBB), cerebral blood flow (CBF), brain metabolism, epigenetic changes, DNA damage, gene induction and changes in cellular calcium concentrations. These ultimately lead to an increased risk of cancer and of the syndrome of electro-hypersensitivity (EHS).



There is not strong evidence that Walderstrom macroglobulinemia is caused by exposure to RF-EMFs, but neither is there any evidence that it is not associated with these exposures, since it has not been studied. For other cancers known to be associated with electromagnetic field exposure (childhood leukemia) there is strong evidence that among children who have been diagnosed with leukemia, survival is shortened among children with high EMF exposure as compared to those with lesser exposure (Foliart et al., 2006; Svendsen et al., 2007).

**Conclusion:**

Mr. Friedman is clearly disabled because of his blood cancer. While there is not strong evidence that exposure to the radiofrequency electromagnetic fields caused his cancer (and he does not make that claim), there is clear evidence that elevated exposure to electromagnetic fields shortens survival of children diagnosed with leukemia, also a blood cancer. In my expert opinion, Mr. Friedman is most certainly justified in his concern that having a smart meter installed at his home actually risks worsening his lymphoma's progression or symptoms.

I conclude with a reasonable degree of medical certainty that if a smart meter were placed on Mr. Friedman's house, the elevated exposure coming from it would increase the risk his cancer could worsen which in turn logically may exacerbate his symptoms affecting his quality of life and likely shortening it. This situation is precisely the situation that the Americans with Disabilities Act is designed to prevent by providing access equal to that of the non-disabled.

*David O. Carpenter*

David O. Carpenter, MD

28 October 2012

**References:**

Belpomme D, Hardell L, Belyaev I, Burgio E and Carpenter DO (2018) Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environ Poll 242: 643-658.

Carpenter DO (2015) The microwave syndrome or electro-hypersensitivity: Historical background. Rev Environ Health 30: 217-222.

Conrad R (2013) Exhibit D-Smart Meter Health Effects Survey & Report. Exhibit 9, Pre-filed testimony of Richard Conrad, Ph.D, MPUC Docket No. 2011-00262

Falcioni L, Bua I, Tibaldi E, Lauriola M, De Angelis L, Gnudi F, Mandrioli D, et al. (2018) Report of final results regarding brain and heart tumors in Sprague-Dawley rats exposed from prenatal life until natural death to mobile phone radiofrequency field representative of a 1.8 GHz GSM base station environmental emission. Environ Res 164: 271-279.

Foliart DE, Pollock BH, Mezei G, Iriye R, Silva JM, Ebi KL, Kheifets L, Link M, and Kavet R (2006) Magnetic field exposure and long-term survival among children with leukaemia. Br J Cancer 94; 161-164.

IARC (International Agency for Research on Cancer) (2013) Non-Ionizing Radiation, Part 2: Radiofrequency Electromagnetic Fields. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. World Health Organization.461 pp.

Isotrope Wireless LLC (2013) Report on Examination of Selected Sources of Electromagnetic Fields at Selected Residences in Hastings---on---Hudson https://www.isotrope.im/

https://skyvisionsolutions.files.wordpress.com/2014/04/report-on-examination-of-selected-sources-of-emf-at-selected-residences.pdf

Lamech F (2014) Self-reporting of symptom development from exposure to radiofrequency fields of wireless smart meters in Victoria, Australia: A case series. Alter Therap 20: 28-39.

Lai, H and N.P. Singh (1995), Acute low-intensity microwave exposure increases DNA single-strand breaks in rat brain cells, Bioelectromagnetics 16. 207–210.

McCarty DE, Carrubba S, Chesson Al, Frilot C, Conzalex-Toledo E et al. Electromagnetic hypersensitivity: Evidence for a novel neurological syndrome. Int J Neurosci 121: 670-676.

Svendsen AL, Weihkoph T, Kaaatsch P, Schuz J (2007) Exposure to magnetic fields and survival after diagnosis of childhood leukemia: A German cohort study. Cancer Epidmiol Biomark Prev 16: 1167-1171.

Yakymenko I, Tsybulin O, Sidorik E, Henshel D, Kyrylenko O, Kyrylenko S. (2015) Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med. 2016;35(2):186-202.

Wyde M, Cesta M, Blystone C, Elmore S, Foster P et al., (2018) Report of partial findings from the National Toxicology Program carcinogenesis studies of cell phone radiofrequency radiation in Hsd: Sprague Dawley SD rats (whole body exposure). BioRxiv 055699.