> **EXHIBIT B**
> *(Carpenter Mtn)*

1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
Case No.  20-cv-00237-JDL

* * * * * * * * * * * * * * * * * * *

ED FRIEDMAN,

              Plaintiff

     vs.

CENTRAL MAINE POWER,

              Defendant

* * * * * * * * * * * * * * * * * * *

**ZOOM DEPOSITION OF:  DAVID O. CARPENTER, M.D.**

     BEFORE:  Melissa L. Merenberg, RPR, Notary

Public, in and for the State of Maine, on January 13,

2022, beginning at 10:12 a.m.

APPEARANCES

Bruce M. Merrill, Esq.                For the Plaintiff

Christopher C. Taintor, Esq.          For the Defendant

THE REPORTING GROUP
(207) 281-4230

2

DEPONENT:  DAVID O. CARPENTER, M.D.

EXAMINATION                                    PAGE

By Mr. Taintor                                     3

* * * * *

EXHIBIT LIST

| No. Marked | Description | Mentioned |
|---|---|---|
| 1 | Deposition Notice | 16 |
| 2 | CV | 18 |
| 3 | MPUC Testimony Part I | 18 |
| 4 | MPUC Testimony Part II | 21 |
| 5 | Reported Biological Effects from RFR | 21 |
| 6 | Reference List Filed with MPUC | 21 |
| 7 | Carpenter Report | 36 |
| 8 | Belpomme Article | 81 |
| 9 | Review of Environmental Health Article | 84 |
| 10 | McCarty Article | 107 |
| 11 | Falcioni Article | 110 |
| 12 | Foliart Article | 112 |
| 13 | Lai, et al. | - |
| 14 | Svendsen Study | 116 |
| 15 | National Toxicology Report | 127 |
| 16 | Yakymenko Article | 94 |
| 17 | Michigan PSC Testimony | - |
| 18 | USDC CT Deposition | - |
| 19 | Partial Transcript in Fay School Case | 137 |
| 20 | List of Testimony | 45 |
| 21 | Friedman Carpenter Email | 43 |
| 22 | Handwritten Notes | 40 |

3

1      (This Zoom deposition was taken before Melissa L.
2      Merenberg, RPR, Notary Public, in and for the State of
3      Maine, on January 13, 2022, beginning at 10:12 a.m.)
4                        * * * * *
5      (Also present at the deposition were Ed Friedman
6      and Tim Connolly.)
7                        * * * * *
8      (The deponent was administered the oath by the
9      Notary Public.)
10                       * * * * *
11     <u>DAVID O. CARPENTER, M.D.</u>, called, after having been duly
12     sworn on his oath, deposes and says as follows:
13                     EXAMINATION
14     BY MR. TAINTOR:
15  Q  Good morning again, Dr. Carpenter.  As you know, my
16     name is Chris Taintor.  We met a few minutes ago off
17     the record, and you understand that we're here this
18     morning to take your deposition in the case of Ed
19     Friedman v. Central Maine Power Company?
20  A  I understand, yes.
21  Q  Great.  And I know you've been deposed before.
22        By the way, did you produce today in response to
23     the request on the deposition notice a list of cases
24     in which you've testified as an expert witness within
25     the past 10 years?

4

1   A  Yes.
2   Q  Great.
3        MR. TAINTOR:  And, Bruce, can you make that
4      available to me or --
5        MR. MERRILL:  I thought I sent it out yesterday.
6        (Whereupon there was a break in the deposition at
7      10:16 a.m. and the deposition reconvened at
8      10:18 a.m.)
9   BY MR. TAINTOR:
10  Q  Okay.  So, Dr. Carpenter, you understand that the oath
11     you have taken today is the same oath that you would
12     take in a court of law?
13  A  Yes, I do.
14  Q  And you understand, I take it, that the testimony you
15     give today can be used in proceedings both in this
16     case and potentially in other cases?
17  A  Yes, I do.
18  Q  And you understand that if you give testimony today
19     that you contradict at a later point in time, that
20     contradiction is something that could potentially be
21     pointed out to a judge or a jury?
22  A  Yes, I do.
23  Q  One of the things I would like to ask you to do, and
24     I'm sure you know to do this, is to please let me know
25     if at any time I ask you a question that doesn't make

5

1      sense to you and requires clarification so that I can
2      make sure that I ask you a question that you
3      understand and you're only answering questions that
4      you understand.  Okay?
5   A  Thank you.
6   Q  And if -- you know, I think what we will probably do
7      is take a break every hour or so, but if that doesn't
8      work for you, if you need a break sooner than that,
9      please feel free to let me know and we can take a
10     break whenever you like.  All right?
11  A  Yes, I will.
12  Q  And we will maybe plan on going a few hours.  I don't
13     know how long this will go, but if we -- if it goes
14     for more than a few hours, we will take a lunch break
15     and then resume after that.  Do you have any time
16     limits on your availability today?
17  A  Not today, no.
18  Q  Okay.  Thanks.
19        So I understand that you are a -- you are a
20     physician practicing in the specialty of public health
21     medicine; is that correct?
22  A  That's correct, yes.
23  Q  And I understand that is somewhat similar to but
24     different than the study of epidemiology; is that also
25     true?

6

1   A  Well, epidemiology is one of the core components of
2      public health, but I do not have a Ph.D. in
3      epidemiology, and I usually do not consider myself to
4      be an epidemiologist.  Although, obviously, a lot of
5      my research is using epidemiological methods and so
6      forth.
7   Q  So -- just so I understand, if you're saying that you
8      would not consider yourself an epidemiologist, are
9      there points on which you would defer to an
10     epidemiologist in offering opinions in this case?
11  A  Well, I guess the short answer is yes, but I think
12     that even though I don't have a degree in
13     epidemiology, I've worked in public health for so
14     long, I teach epidemiology, so I understand
15     epidemiology pretty well.
16        On the other hand, you know, in medical school, I
17     had one hour of biostatistics and statistics is a very
18     important part of epidemiology, and I'm quite weak in
19     that area, so in that regard, I would defer to someone
20     on questions especially on statical significance of
21     results.
22  Q  On that point, let me ask you a little about bit about
23     your familiarity with other expert witnesses who have
24     been designated by the plaintiff in this case.
25     There's a Dr. Paul Heroux; you're familiar with him?

7

1   A   Yes, I am.

2   Q   Have you worked with Dr. Heroux on occasions?

3   A   I haven't worked directly with him.  I know him quite

4       well.  I have traveled with him in several states,

5       talking to state attorneys general on the MF issues.

6   Q   And MF issues, MF is an abbreviation for magnetic

7       field?

8   A   Yes.

9   Q   And in what states have you and Dr. Heroux -- and by

10      the way, is that how you pronounce it, Heroux or --

11  A   Heroux.

12  Q   Okay.  It will be easier for me if I can call him

13      Heroux.

14  A   That's fine with me.

15  Q   Okay.  In what states have you traveled with Dr.

16      Heroux to consult with attorneys general about

17      magnetic field issues?

18  A   Definitely in California.  I am not sure I recall the

19      other states.  I think we have been to three or four

20      states, one was either Kansas or Nebraska.  He was not

21      with me here in New York.  And I just don't recall

22      which other states it was.  I believe it was

23      Washington D.C., which isn't a state, but the

24      Government.

25  Q   We can agree that it should be, right?

8

1   A   Yes, we can agree to that.

2   Q   So when you traveled to California with Dr. Heroux,

3       can you give me a little bit more specifics about who

4       you met with and what you talked about?

5   A   Well, we went to several state attorneys general

6       offices basically arguing that, as with the tobacco

7       settlements, state attorneys general had a major role

8       in requiring tobacco companies to declare the hazards

9       of smoking, and we were arguing that the EMF situation

10      was very similar, that this was a hazard that

11      reflected on individuals' health.  We saw little

12      action at the federal level, and we're urging state

13      attorneys general to work together to hold the

14      utilities liable for exposure to humans that we

15      considered to be a threat to their health.

16  Q   And were you focusing on power lines or smart meters

17      or both or neither?

18  A   We were focusing primarily on radiofrequency

19      radiation, which would include smart meters, but many

20      other sources of radiofrequency as well, including the

21      roll out of 5G, but it was all exclusively

22      radiofrequency not magnetic fields from power lines.

23  Q   You mentioned before that you taught or that you

24      teach, I think, epidemiology.  Is that at the

25      University of Albany?

9

1   A   Yes, that's correct.

2   Q   And do you teach a full course on epidemiology?

3   A   Not -- not a course that's called epidemiology, but

4       epidemiology is such a core discipline of public

5       health, the courses I regularly teach are global

6       environmental health policy and environmental

7       physiology, where we're talking about environmental

8       threats to the health of individual organ systems in

9       the human body.  And the evidence for those

10      environmental threats and this, of course, is not

11      exclusive to electromagnetic fields, but chemical

12      exposures and so forth as well -- ionizing, as well as

13      nonionizing radiation.  So in almost all of those

14      situations, the studies that I'm presenting to the

15      students, the studies I'm assigning to students to

16      report on are epidemiological studies.

17  Q   Do you -- do you instruct students in how to properly

18      assess the validity strengths of epidemiological

19      studies?

20  A   Absolutely, that's a major point of this kind of

21      instruction, to teach students to be critical, to not

22      just accept results, but to look in detail at the

23      strength of the evidence that supports whatever

24      conclusion the authors are making.

25  Q   Are there particular resources, either books or

10

1       electronic resources, that you provide to your

2       students to support your instruction on those matters?

3   A   Not really.  I -- I find -- I don't find any textbook

4       to be adequate for these kinds of lectures.  So what

5       I -- I use are publications in the peer-reviewed

6       literature for both the basis of my lectures and the

7       assignments I give to my students.

8   Q   You maintain syllabi for those courses that you teach?

9   A   Yes.

10  Q   Would you be willing to provide those to me?

11  A   Sure.

12  Q   Thanks.

13          What was the outcome of your discussions with the

14      attorneys general or someone from the attorneys

15      general office in California?

16  A   Well, I think the outcome was while there was a lot of

17      interest in the issues, we had a very good reception

18      with a number of people on the attorneys general

19      staff, but I don't think that anything really came of

20      this.  We were asking that the attorneys general of

21      different states work together on this issue, and

22      these were quite different states, some very red

23      states, some very blue states.  And we never did see

24      any concerted action to -- from the attorneys general

25      to organize a common action.

11

1  Q  Did you create any documents, whether correspondence,
2     memoranda, anything like that, that you provided to
3     the attorneys general as part of that effort?
4  A  I did not personally.  There -- the woman that headed
5     this, Dafna Tackover, certainly did provide documents,
6     but I never had them myself.  They were review
7     articles and the sort of thing that I have, but I
8     don't recall which ones specifically she provided to
9     me.
10       A major document always was the BioInitiative
11    Report for which I was the co-editor in chief, which
12    is an encyclopedic listing of research in this area,
13    but we provided other documents, as well, and I just
14    don't recall what those were.
15 Q  Forgive me, is Dafna a man or a woman?
16 A  It's a woman.  She's a lawyer originally from Israel,
17    but has joint U.S. and Israeli citizenship.  She's --
18    yes, she's been very involved in this issue.  She
19    personally is sensitive to radiofrequency fields and,
20    therefore, this is a major cause for her.
21 Q  Do you know how to spell her name?
22 A  Yes, D-a-f-n-a is her first name, Tackover,
23    T-a-c-k-o-v-e-r, I believe.
24 Q  Okay.  And is she affiliated with any particular
25    institutions in the United States that you're aware

12

1     of?
2  A  She was affiliated with the Children's Health Defense,
3     although she is no longer affiliated with them.
4     That's an advocacy organization that is one of the two
5     organizations that were the lead in the ongoing
6     litigation against the Federal Communications
7     Commission.  She apparently had a falling-out with
8     other staff there and so she left that organization
9     some time ago.
10 Q  Okay.  And on any of your visits to California or any
11    other states to try to talk with state attorneys
12    general, did you testify before any commission or
13    agency or committee of the government?
14 A  No, we did not, other than just the back and forth at
15    the meetings with these attorneys generals and their
16    staff.
17 Q  And just to be clear, as far as you know, none of the
18    jurisdictions whether they be a state or District of
19    Columbia adopted any of the policies that were being
20    espoused by you or Dr. Heroux; is that true?
21 A  That's correct.
22 Q  So I don't know if I remember how we got started down
23    this road, but I guess we were -- let me ask you a
24    little bit more about your professional history.  I
25    understand that, although you have a medical degree,

13

1     you've never practiced clinical medicine?
2  A  That is correct.
3  Q  Are you actually licensed to practice medicine in any
4     jurisdiction?
5  A  No, I am not.
6  Q  Have you ever published any article or study or
7     publication of any kind on the subject of
8     Waldenstrom's macroglobulinemia?
9  A  No, I have not.
10 Q  Apart from -- in connection with this case, have you
11    ever conducted any research in or pertaining to
12    Waldenstrom's macroglobulinemia?
13 A  No, I have not specifically on Waldenstrom's
14    macroglobulinemia.  That disease is one of the
15    multiple Non-Hodgkin's lymphomas, and I have been
16    involved in other legal cases on Non-Hodgkin's
17    lymphoma and environmental exposures.  I don't think
18    I've published specifically on Non-Hodgkin's disease,
19    but I am very much involved in the study of it.
20 Q  And what other cases have you testified on matters
21    involving Non-Hodgkin's lymphoma?
22 A  Well, a number of cases with exposure to PCBs as a
23    risk factor for Non-Hodgkin's disease.  Those were all
24    cases directed at Monsanto.  I'm currently involved in
25    similar cases, but with Roundup and Glycel, which is

14

1     also a risk factor for Non-Hodgkin's disease.
2        But Waldenstrom's is a fairly rare disease, and
3     in none of those cases have I focused specifically on
4     the components of Non-Hodgkin's.
5  Q  Have you ever testified in any other case involving
6     exposure to radiofrequency emissions in a patient or
7     person suffering from Waldenstrom's?
8  A  No, I have not.
9  Q  Prior to your involvement in this case, had you heard
10    of Waldenstrom's?
11 A  Yes, I had.
12 Q  And, again, I'm sorry if I -- I am just asking you the
13    same question in a different way.  In this particular
14    case, in any of the research that you've done, have
15    you identified any study, literature of any kind, that
16    addresses specifically the risks to a person with
17    Waldenstrom's from exposure to RF emissions?
18 A  No, I have not.
19 Q  Are you being compensated for your time in this case?
20 A  No.
21 Q  You're just being paid expenses essentially?
22 A  That's correct.
23 Q  And I take it that's because you -- well, why don't
24    you tell me -- instead of me making assumptions, why
25    don't you tell me why it is that you choose to do this

15

| | | |
|---|---|---|
| 1 | | work without compensation? |
| 2 | A | Well, the issue in this case is not one where there's |
| 3 | | going to be a lot of -- of settlement funds.  This is |
| 4 | | an area I know very well.  It's not an area that I |
| 5 | | have to spend a lot of time doing extra work.  I |
| 6 | | certainly -- I have a general principle of never |
| 7 | | accepting expert witness fees myself.  I do charge in |
| 8 | | most cases and use that money to support my students |
| 9 | | and staff. |
| 10 | | But in this case, Mr. Friedman's not asking for |
| 11 | | millions of dollars in compensation, and I have no |
| 12 | | intention of charging, except expenses if it comes to |
| 13 | | that. |
| 14 | Q | Did you -- were you engaged on behalf of Mr. Friedman |
| 15 | | when you testified in the Maine Public Utilities |
| 16 | | Commission case? |
| 17 | A | I don't actually know the answer to that question, but |
| 18 | | I think the answer is no.  I have been involved in |
| 19 | | issues in Maine for a long period of time, but that |
| 20 | | was primarily providing testimony to the State |
| 21 | | Legislature.  I did meet Mr. Friedman on one of those |
| 22 | | occasions, but it was not primarily Mr. Friedman.  I |
| 23 | | was taking the initiative. |
| 24 | Q | In connection with the testimony you gave in the Maine |
| 25 | | Public Utilities Commission case, did you get hired by |

16

| | | |
|---|---|---|
| 1 | | a lawyer or somebody else to provide expert testimony? |
| 2 | A | I actually don't recall. |
| 3 | Q | Did you -- do you recall working with a lawyer name |
| 4 | | Bruce McLaughlin? |
| 5 | A | Bruce who? |
| 6 | Q | Bruce McLaughlin? |
| 7 | A | Yes, I do recall him. |
| 8 | Q | Did he engage you? |
| 9 | A | I suspect so, but I don't actually recall. |
| 10 | Q | I think one of the categories of documents that was |
| 11 | | requested in your deposition notice was all documents |
| 12 | | reflecting communications between you and Friedman or |
| 13 | | his counsel during the pendency of the Maine Public |
| 14 | | Utilities Commission case bearing docket number 2011- |
| 15 | | 262.  Do you recall seeing that? |
| 16 | A | No, I don't. |
| 17 | Q | Do you have Deposition Exhibit 1 in front of you |
| 18 | | today? |
| 19 | A | I'm sorry? |
| 20 | Q | Do you have Deposition Exhibit 1, the deposition |
| 21 | | notice, in front of you today? |
| 22 | A | Yes, I do. |
| 23 | Q | Can you take a look at that, please? |
| 24 | A | I have it now. |
| 25 | Q | Okay.  So -- and I know that you've sent some |

17

| | | |
|---|---|---|
| 1 | | materials I'm going to get when we have a break here, |
| 2 | | but you will see paragraph 4 on page 2 of Exhibit 1 |
| 3 | | asks for those communications that I just described. |
| 4 | | Do you see that now? |
| 5 | A | Yes, I do. |
| 6 | Q | Did you engage in any search of your files to |
| 7 | | determine whether such communications existed? |
| 8 | A | I don't think any communications do exist there, |
| 9 | | although I must say I didn't search very |
| 10 | | systematically.  I just didn't recall any |
| 11 | | communications, therefore, and didn't go searching. |
| 12 | Q | So I believe, and I could stand corrected, but I |
| 13 | | believe Bruce McLaughlin was Mr. Friedman's counsel in |
| 14 | | connection with that matter.  And I think you told me |
| 15 | | a moment ago that you believe that Mr. McLaughlin -- |
| 16 | | you think Mr. McLaughlin may have been the person who |
| 17 | | engaged you.  Do you -- assuming that's the case, do |
| 18 | | you think it's likely that you would have had some |
| 19 | | written communication with him or with Mr. Friedman? |
| 20 | A | I probably would have, but I would almost certainly |
| 21 | | have deleted it. |
| 22 | | My -- if you've received my list of depositions |
| 23 | | and testimonies, that case should be listed there and |
| 24 | | probably lists Bruce McLaughlin, as well.  I just |
| 25 | | didn't recall the details of that, and I guess I |

18

| | | |
|---|---|---|
| 1 | | should have paid a little more attention since that |
| 2 | | was Maine. |
| 3 | Q | Okay.  Well, we'll circle back to that.  I don't need |
| 4 | | to spend a whole lot of time on it now. |
| 5 | | Now, I -- taking a look at Carpenter Deposition |
| 6 | | Exhibit 2, which I think was a CV, and it was just the |
| 7 | | most recent one that I think I could find involving |
| 8 | | you, which may have been back from the Maine Public |
| 9 | | Utilities Commission case.  Do you have a more updated |
| 10 | | CV that you provided today? |
| 11 | A | Yes. |
| 12 | Q | And do you recognize Carpenter Deposition Exhibit 3 as |
| 13 | | testimony that you provided in the Maine Human Rights |
| 14 | | Commission matter -- excuse me -- Maine Public |
| 15 | | Utilities Commission matter? |
| 16 | A | Yes. |
| 17 | Q | Did you also testify in person before the Maine Public |
| 18 | | Utilities Commission? |
| 19 | A | I don't recall. |
| 20 | Q | You mentioned a moment ago that you said you thought |
| 21 | | you had testified before the Maine Legislature.  Do |
| 22 | | you think that's accurate or do you think you were |
| 23 | | referring to the Public Utilities Commission? |
| 24 | A | It was never -- I never testified to the full |
| 25 | | Legislature, but I did testify on more than one |

19

1    occasion to one subcommittee.  There was a member of
2    the Legislature that was very interested in this
3    subject, and I think she brought me to Maine on either
4    two or three occasions to work with this legislative
5    committee, but I certainly did not testify to the full
6    Legislature.
7  Q  Do you recall the name of the legislator?
8  A  I don't at the moment.  I may recall it if I -- as we
9    go along.
10 Q  Do you recall the name of the subcommittee?
11 A  No.
12 Q  And about when do you think that happened?
13 A  Oh, probably 8 or 10 years ago.
14 Q  Do you think that was before you testified before the
15   Maine Public Utilities Commission?
16 A  I don't recall.
17 Q  Do you have any records pertaining to your engagement
18   to serve as an expert witness in the Maine Public
19   Utilities Commission matter?
20 A  No.
21 Q  Do you know that for sure?  I guess my question is,
22   have you checked?
23 A  Well, I haven't checked.
24 Q  Okay.
25 A  I do have a folder on most cases, but my EMF cases

20

1    have been -- it's a minor part of the legal work I
2    have been involved in, and I have not checked.
3  Q  Okay.  Would you be willing to do that?
4  A  Absolutely.  At a break.  I have a file cabinet, and
5    at a break, I can look.
6  Q  And is it likely that insofar as any correspondence
7    exists between you and Mr. Friedman or between you and
8    Mr. McLaughlin or between you and anyone else
9    pertaining to the Maine Public Utilities Commission
10   case, that material would be contained in the file
11   cabinet that you just mentioned?
12 A  Well, a lot of emails would never get into that file,
13   but any -- any written documents should be in that
14   file.
15 Q  Do you save or preserve in any way folders of emails
16   that you exchanged with lawyers or clients who engaged
17   you in Public Utilities Commission cases?
18 A  Maybe on some occasions, but probably most of the
19   time, no.  The cases involving utilities are usually
20   ones that don't involve money, and a lot of it is
21   email traffic, which I simply delete.
22 Q  Okay.  Would you be willing -- have you searched to
23   determine whether you have any email communication
24   with either Mr. McLaughlin or Mr. Friedman?
25 A  I know I do not because -- I haven't searched, but I

21

1    regularly go through my inbox and my deleted files and
2    delete, delete, delete, just to keep ahead of things.
3  Q  When you were working in the Maine PUC case, did you
4    still have the same email address that you have today?
5  A  Probably not.  My university email was changed
6    probably 10 years ago.  I still occasionally receive
7    emails at the old address, but I'm sure that it has
8    changed at about that time one way or the other.
9  Q  Do you recall what that old email address was?
10 A  Yes, Carpent@uamail.Albany.edu.
11 Q  C-a-r-p-e-n-t at what?
12 A  Ua mail, u-a-m-a-i-l dot Albany dot e-d-u.
13 Q  Thank you.
14       MR. TAINTOR:  Why don't I just see if I can go
15   take about a 30-second break to see if I can find the
16   testimonial list.  I will be right back.
17       (Whereupon there was a break in the deposition at
18   10:49 a.m. and the deposition reconvened at 10:50
19   a.m.)
20 BY MR. TAINTOR:
21 Q  I want to ask you questions, Dr. Carpenter, about some
22   of the other deposition exhibits that I sent.  So
23   Exhibits 4, 5, and 6, I think, were all items that
24   were associated with the testimony that you gave in
25   the Maine Public Utilities Commission matter.  Can you

22

1    tell me what these documents are?
2  A  I don't know that I have any of those documents.  I am
3    just looking right now at my list of testimonies.  I'm
4    finding every state except Maine.
5  Q  No, I'm sorry.  These are the exhibits that I sent to
6    Mr. Merrill yesterday and he sent to you, the
7    deposition exhibits.
8  A  Oh, yes.
9  Q  So for -- so Number 4, for example, Carpenter
10   Deposition Exhibit 4 is entitled, Reported Biological
11   Effects from Radiofrequency Radiation at Low Intensity
12   Exposure.
13 A  I'm sorry, you're looking -- I thought you were
14   looking at the -- my deposition notice?
15 Q  No, I'm sorry.  No, I'm --
16       MR. MERRILL:  These were the exhibits I sent you
17   yesterday, David.
18       THE WITNESS:  Okay.  All right.  Yes.
19 BY MR. TAINTOR:
20 Q  Do you have those?  Can you pull those up?
21 A  What was the title of that?  I have hard copies of
22   most of these on my desk here.
23 Q  Reported Biological Effects from Radiofrequency
24   Radiation at Low Intensity Exposure.
25 A  Okay.  That's that long table?

23

1  Q  The long table -- it's one of a couple of long tables.
2  A  Yeah, yeah, I do have that printed out somewhere.
3  Q  I just want to make sure we're talking about the same
4     one.  So is this a document that's been revised over
5     time?
6  A  Well, I believe -- I believe that document came from
7     the BioInitiative Report.  I didn't recognize it, but
8     I don't know where else it would have come from, but
9     it's a listing of a whole variety of studies that are
10    -- report biological effects at various intensities of
11    radiofrequency radiation.
12 Q  Yeah.  And is this something that you created?
13 A  No.
14 Q  I think you presented it -- do you recall presenting
15    this to the Maine Public Utilities Commission back in
16    2013?
17 A  I don't think this is anything I have seen before.
18 Q  You see at the top right-hand corner, it says
19    Carpenter Exhibit B?
20 A  Yes.
21 Q  So I think this was attached to the testimony, the
22    prefiled testimony that you gave in the Maine Public
23    Utilities Commission matter?
24 A  That may be.  This is certainly not something I
25    assembled.  I suspect this is one of the tables from

24

1     the -- the 2007 BioInitiative Report.
2  Q  Okay.  And there's been a 2012 revision of the
3     BioInitiative Report, correct?
4  A  That's right.  I think this one -- actually, this one
5     is probably from the 2012 version of that report.
6  Q  There are some 2010 articles listed here, for example,
7     on the first page?
8  A  Yes.
9  Q  And is there a new -- a new revision of the
10    BioInitiative Report being published currently?
11 A  No, there are some -- some additions added, but that's
12    primarily things added that my co-editor, Cindy Sage,
13    has put up on the website.  She manages the website,
14    but we have not assembled the full panel of people
15    that were part of the 2007 and 2012 group.
16 Q  Looks like I made a mistake by printing two copies of
17    this same document and calling one Exhibit 4 and one
18    Exhibit 5, so I am going to skip over Exhibit 5 and
19    ask you about Exhibit 6.  And what this looks like to
20    me -- this also says, David Carpenter, Exhibit B.  I
21    believe it's from the Maine Public Utilities
22    Commission case.  And I guess what it looked like to
23    me, this sort of corresponds with Exhibit 4 in that it
24    contains the same references, it lists them by author,
25    as opposed to categorizing them by power density.

25

1  Q  Does that appear to you to be the case?
2  A  Yes, I think that is -- let me pull up things in the
3     Dropbox because I am having trouble following what
4     you're asking about.
5  Q  Sure.
6  A  So this is Exhibit 5 there?
7  Q  No, I'm looking at Exhibit 6 now.  I'm comparing 4 and
8     6.
9  A  I think this is just a continuation of -- oh, this is
10    different.  Yes, again, this makes clear that this was
11    prepared by Cindy Sage.
12 Q  So, for example, just to try to put a finer point on
13    this, if we look at Exhibit 4 and you look at the
14    eighth page of Exhibit 4, there is a reference right
15    about in the middle of the eighth page to an article
16    by an author named Repacholi; do you see that?
17 A  This was -- this is the fourth page you said?
18 Q  No, the eighth page of Exhibit 4.
19 A  Well, my -- this is all tipped on it sideways so it's
20    difficult to read, but I know the articles by
21    Repacholi, if that's what you're asking about?
22 Q  Well, here's what I'm trying to get at just so I can
23    understand this better.  The -- actually, why don't
24    you tell me when you've found the eighth page of
25    Exhibit 4.  Do you have that now?

26

1  A  No, I am on the sixth page apparently.  Now I'm on the
2     eighth page.
3  Q  Do you see about halfway down the middle of the page
4     on the far right-hand column it says, Repacholi 1997?
5  A  Yes, I see that now.
6  Q  Okay.  And now if we compare that to Exhibit 6, this
7     one is a little easier because the references are in
8     alphabetical order and there is another reference to
9     Repacholi, a 1997 article, it gives a specific
10    citation to a text called -- or to a journal called
11    Radiation Research, Volume 147.
12 Q  Okay.  Here.  All right.  Let's start that again.
13    You're talking now which exhibit?
14 Q  Exhibit 6.
15 A  Exhibit 6, right.
16 Q  And you see a -- this is in alphabetical order.  What
17    I'm really trying to confirm is that the
18    Repacholi article referred to in Exhibit 6 and
19    identified as an article appearing in the Journal of
20    Radiation Research is the same source that is referred
21    to in Exhibit 4 that we talked about a moment ago; is
22    that true?
23 A  I believe it is.
24 Q  There's just one Repacholi article from 1997 that
25    you're familiar with that --

27

1    A    Yes.

2    Q    -- addresses this issue of lymphoma in transgenic

3         mice?

4    A    That's correct.

5    Q    I did not see, based on my review of this document,

6         which I think was submitted in connection with your

7         testimony in the Maine PUC case, any other references

8         to associations between RF emissions and lymphoma.  My

9         question to you is, are you aware of any other

10        articles or do any of the -- do any of the articles in

11        Exhibit 6, as far as you're aware, address the issue

12        of the association between RF emissions and lymphoma?

13   A    Not in mice, that's correct.  There is one more recent

14        paper that is relevant -- I didn't include it in my

15        statement, but it's -- it's an article by Lerchi or

16        something like that, and it -- it was not on the

17        transgenic -- it was not on transgenic mice, but it

18        did involve radiofrequency exposure and an elevated

19        development of lymphomas in mice.

20   Q    And is that an article that you produced in connection

21        with today's deposition?

22   A    No, I did not.

23   Q    Okay.  Would you -- are you -- is it your testimony

24        that this article that you just referred to supports

25        your opinions or forms any part of the basis for your

28

1         opinions in this case?

2    A    No, I think not and that would be true for the

3         Repacholi article, as well.  I think the strongest

4         evidence is the study done by the National Toxicology

5         Program, which we will get to.  The original Repacholi

6         study, this study by Lerchi, L-e-r-c-h-i, which was

7         published in 2005, sorry, that's 2015, those are small

8         studies in relation to the large, very extensive

9         National Toxicology Program study.  So I think each of

10        these by themselves are interesting, they support an

11        association of the development of lymphoma, but

12        they're not nearly as powerful as the National

13        Toxicology Program study.

14   Q    And when you say they're not nearly as powerful, can

15        you explain to me what you mean by the term powerful

16        and what your basis is for that testimony?

17   A    Well, the number of animals in the studies were much

18        smaller.  The duration of the exposure much longer.

19        And in both of these papers -- I didn't review the

20        Repacholi paper, but I knew it quite well, they --

21        they see associations.  They see associations for

22        which there had not been previous suggestions that

23        there would be a positive effect.  So, yes, they're

24        consistent with lymphoma being elevated by exposure to

25        radiofrequency radiation, but they are not nearly as

29

1         powerful a study as the National Toxicology Program.

2    Q    I understand that you testified before the Michigan

3         Public Service Commission in 2012 in connection with

4         that state's implementation or rollout of advanced

5         metering infrastructure, correct?

6    A    Right.

7    Q    And was it your testimony in that case that the

8         Michigan Public Service Commission should not approve

9         the implementation of AMI because of the danger to the

10        public?

11   A    That is correct.

12   Q    And do you know what the outcome was of that

13        proceeding?

14   A    I do not.

15   Q    I believe in your testimony in that case you indicated

16        that approximately 5 to 10 percent of the population

17        shows symptoms of electromechanical hypersensitivity;

18        do you recall that?

19   A    Well, that -- there is evidence in the peer-reviewed

20        literature suggesting that number.  I certainly recall

21        not in that specific case, but I use that analogy or

22        that statement quite frequently based on results from

23        other people's studies.

24   Q    And so what I'm trying to get at, is that -- that

25        testimony was about 10 years ago.  Is your opinion

30

1         about the prevalence of electromechanical sensitivity

2         the same today as it was back in 2012, it's roughly 5

3         to 10 percent of the population?

4    A    Yes, I think that's -- that's still my opinion.  I'm

5         not aware of any really good study that has

6         systematically looked at a large population of people.

7         One of the problems is many people may be sensitive to

8         these radiofrequency fields and not realize the cause,

9         and there's good evidence, on the other hand, that

10        many people that are ill want to blame electromagnetic

11        fields and when they're brought into a place where

12        they can be studied, they do not demonstrate any

13        ability to identify a sensation in relation to the

14        exposure.  So those numbers are really not well

15        documented in terms of what percentage of the

16        population exhibits these signs.

17   Q    And the studies that you were talking about just a

18        moment ago where you find that people who want to

19        blame radiofrequency for their illness and then that

20        turns out not to be substantiated by the evidence are

21        what you refer to as provocation studies?

22   A    Yes, that's correct.

23   Q    And is the McCarty study the one that you think is

24        helpful in that regard?

25   A    Well, it's one of the ones that I think that's

31

1  helpful.  That was a study done the way it should be
2  done, but it's a study of one person, and it was
3  blinded in terms of whether there was exposure or not
4  exposure.
5      The other thing that makes that a little bit less
6  appropriate for expansion to this case is the -- that
7  was a study of magnetic fields from 60 hertz, electro
8  magnetic fields, not radiofrequency fields.  But there
9  are a variety of things I like about that study.  The
10  subject was a physician, obviously a reasonably
11  well-educated person.  The -- the investigators really
12  did a very good blinded exposure.  She didn't know
13  when things were off.  She didn't know when they were
14  on.  When they were on, she demonstrated symptoms like
15  headache or changes in heartbeat.
16      The other thing that's so interesting about that
17  -- the report and consistent with several others, that
18  what seems to be the most provocative are the rapid
19  ons and off, and that's particularly relevant to the
20  case of smart meters because the -- the radiofrequency
21  fields from smart meters are a sequence of bursts of
22  extraordinarily high intensity, but very brief
23  duration.  And there's a building body of evidence
24  that smart meters are particularly provocative in
25  people that are electrosensitive, even in people that

32

1  were previously not electrosensitive and become
2  electrosensitive.  And I think that my view, and I
3  wouldn't say that it's 100 percent established
4  scientifically, but I think it's these very rapid ons
5  and offs that are more provocative to people that are
6  electrosensitive than just the maintained fields.
7  Q  So I want to try to break apart that last answer just
8     a little bit.  I am probably not going to quote you
9     perfectly accurately, so please correct me if I'm
10     wrong, but I think one of the things you said was that
11     there is a building body of evidence that smart meters
12     are particularly provocative in persons who suffer
13     from electromechanical hypersensitivity; is that
14     correct?
15  A  That's correct.
16  Q  And what is -- can you identify the articles or
17     studies in that building body of evidence?
18  A  Well, the one that is -- that was put up on my site
19     was the Lamech study.  Let me see if I got the name
20     correct.  Which was a study in Australia of where they
21     surveyed -- yes, smart meters were installed and there
22     were a number of complaints, and this one, Lamech,
23     basically collected information from a large number of
24     people and -- and it was the installation of the smart
25     meters that seemed to cause the development of

33

1  symptoms.
2      In my publication on microwave illness, which I
3  know that you have there, I report on other people, a
4  husband and wife in California that were out of --
5  they were in Europe at the time a smart meter was put
6  on their house.  They came back, they both developed
7  hypersensitivity, didn't understand what the cause
8  was, found it was the smart meter, had the smart meter
9  removed, the symptoms declined, but they remained
10  sensitive when they were in other circumstances than
11  their home to high fields.
12      Those are anecdotal.  They don't constitute what
13  I would consider adequate documentation.  The Lamech
14  paper, this is, again, self-reported symptoms, but in
15  issues like this, I try to look at the weight of the
16  evidence and I think the weight of the evidence is
17  consistent with there being something about smart
18  meters that is more likely to trigger symptoms in
19  sensitive people than just Wi-Fi or cell tower
20  stations, talking on the cell phone, and that sort of
21  thing.
22  Q  So just to be clear, though, to make sure I understand
23     what you're saying, the evidence, as you understand
24     it, is that smart meters are particularly provocative
25     for individuals who are electromagnetically

34

1  hypersensitive, which is roughly, as you understand
2  it, 5 to 10 percent of the population, true?
3  A  True.  I think probably the 5 to 10 percent may be a
4     bit high, it may be less than that, but there
5     certainly is a group of people that are sensitive.
6  Q  And is there -- am I correct in understanding that
7     different people, in your opinion, are hypersensitive
8     to different frequencies of electromagnetic radiation?
9  A  Yes, that is my opinion, and that's based on a 1991
10     study by this fellow Rea in Texas.  It's one of the
11     few studies, provacative studies that, I think, really
12     did the study well.  But he did find among those
13     people, this is a study in a blind situation so people
14     didn't know whether the fields were on or not.  But he
15     did find that electrosensitive individuals differed in
16     which frequencies they were particularly sensitive to.
17      That study, you know, 30 years ago has not been
18  replicated by anybody and I would be much happier if
19  it had been replicated, but I think it is consistent
20  with the fact that some people are more vulnerable to
21  magnetic fields and electricity, others to various
22  frequencies within the radiofrequency spectrum.
23      And in that paper Rea states that quite clearly,
24  that electrosensitive people have specifically --
25  specific frequencies to which they respond.

35

1   Q   So -- and does that hypersensitivity, in your opinion,
2       extend all the way from low frequency, say, 60 hertz
3       to the radiofrequencies of -- that are emitted by
4       smart meters?
5   A   Yes.
6   Q   So is it fair then to say that of the ballpark, 5 to
7       10 percent of people who are electromagnetically
8       hypersensitive, some fraction of those would be
9       hypersensitive to radiofrequency emissions at the
10      frequency emitted by smart meters, but that -- it
11      wouldn't be the whole 5 or 10 percent?
12  A   That's correct.  Again, that's not totally supported
13      by published papers, but that is -- that's how I see
14      the situation.
15  Q   Is the -- you didn't cite the Rea article I see in
16      your study, is there a reason for that -- excuse me --
17      in your study, in your report, is there a reason you
18      didn't cite that as supportive of your opinion?
19  A   No, there's not a reason I didn't cite that.  I didn't
20      talk particularly about smart meters.  Obviously,
21      there's a huge literature here that I have, what,
22      three file cabinets full of reports.  And I -- I don't
23      cite everything that's perhaps relevant in the report,
24      but I think that is an important observation, and
25      that's an important paper.

36

1   Q   Just to be clear, what -- what criteria did you use to
2       select the references that you included at the end of
3       your report, which is Exhibit 7?
4   A   Well, I -- I focused a lot on the evidence that if you
5       have cancers of the hematopoietic system, that
6       exposure to radiofrequency radiation is likely to
7       reduce the interval of time when you are in remission.
8   Q   Would you repeat that statement again so I understand
9       it?
10  A   I focused on two publications that -- both dealing
11      actually with -- well, one dealing with the -- in the
12      electromagnetic fields in the -- in the RF range and
13      the other in the radiofrequency range that show that
14      children with leukemia, if they're exposed to elevated
15      electromagnetic fields, the duration of their
16      remission of the cancer is reduced as compared with
17      children that are not exposed to electromagnetic
18      fields.
19          I think in this case with Mr. Friedman's
20      Non-Hodgkin's lymphoma, this is really one of the
21      major reasons why he is vulnerable under the Americans
22      with Disabilities Act to not have to pay extra charges
23      for having an analogue meter on his house.
24          So I wasn't trying to write the dissertation on
25      electromagnetic fields, but rather to focus on the

37

1       specifics of his case and particularly on this
2       question of whether continued exposure had a greater
3       risk for him than for other individuals.
4   Q   Gotcha.  So am I correct -- and, again, I'm trying to
5       condense and recap what you said and if I do it
6       incorrectly, please correct me, I'm sure you will.  I
7       think you just said that you thought that the two most
8       important studies for purposes of this case are those
9       that pertain to the effect of RF exposure on children
10      with leukemia; is that correct?
11  A   I think -- yes, that's partly correct.  I think that
12      one of the really important questions in this case,
13      would exposure from a smart meter have an unusual
14      adverse effect on Mr. Friedman as compared with
15      someone that does not already have a case of
16      Non-Hodgkin's lymphoma?
17  Q   Right.
18  A   And these two papers, the Svendsen and the Foliart
19      studies demonstrate that children with leukemia, not
20      adults, but children with leukemia that are in
21      remission, they -- their duration of remission is
22      lower than it is for individuals that are not so
23      heavily exposed.  And I think that that's also
24      relevant to Mr. Friedman's case.
25          Now, one of them -- I can never remember to

38

1       pronounce it right either, but that particular cancer
2       almost always individuals that develop it will go into
3       remission, and that remission will last for somewhere
4       between 5 and maybe 12 or 15 years, but that
5       particular form of Non-Hodgkin's lymphoma is
6       invariably fatal provided you don't die first of
7       something else.
8           You would hope that that duration of the
9       remission -- and from what I could read on
10      Waldenstrom's lymphoma, almost everyone that develops
11      it will ultimately die of that disease unless they die
12      of something else sooner.  The duration of that
13      remission can be quite long.
14          But these two papers demonstrate that children
15      with leukemia, their period of remission is reduced if
16      they are exposed to elevated electromagnetic fields.
17      This to my mind is the major support for Mr. Friedman
18      not being penalized for keeping an analogue meter, not
19      a smart meter on his house because the greater the
20      exposure that he has to radiofrequency fields the
21      evidence would support that the shorter the period of
22      time he would be from his cancer.
23  Q   Okay.  And, again, to be clear, it's the Foliart and
24      the Svendsen articles that are the primary support for
25      that hypothesis, correct?

39

1  A  That is correct.

2  Q  And to go back and clarify because I think we've now

3     gotten away from this whole issue of hypersensitivity,

4     but I want to be clear whether we are or not. Do you

5     have any basis whatsoever for believing that

6     Mr. Friedman suffers from electromagnetic

7     hypersensitivity?

8  A  I have no basis for drawing that conclusion.

9     Actually, I have never asked him, but I don't think

10    that's a major issue in this case.

11 Q  It's not your contention, just so -- or not your

12    opinion, so I understand it, that he should be

13    accommodated in a particular way because he is

14    electromagnetically hypersensitive?

15 A  No, that is not my opinion.

16 Q  Have you reviewed any of his medical records?

17 A  No, I have not.

18 Q  Do you have any information at all about when or how

19    Mr. Friedman acquired his disease?

20 A  No, I have no information on that.

21 Q  Do you have any information at all about what his

22    symptoms are today or about how they have progressed

23    over the course of his lifetime and by that I mean his

24    symptoms related to his cancer?

25 A  I -- I may have gotten some information from talking

40

1     with Mr. Merrill, possibly with Mr. Friedman, but I

2     don't have any real documentation of anything about

3     his -- when he developed the cancer, what his symptoms

4     are and so forth. All I know is that that's the

5     diagnosis that he has.

6  Q  You referred to long periods of remission for people

7     with Waldenstrom's, do you know what -- for how long

8     Mr. Friedman has been in remission?

9  A  I do not, no.

10 Q  Did you make any notes of conversations that you had

11    either with Mr. Merrill or with Mr. Friedman in which

12    they conveyed to you information about Mr. Friedman's

13    illness or his symptoms?

14 A  I do have one thing of notes. The only thing that I

15    have here is that his symptoms are fatigue and bone

16    and joint pain. But I am due to write a report by

17    November 1, but, no, I don't have anything more than

18    that.

19 Q  Okay. And that's -- I'm sorry. Is that -- you're

20    referring to a page of handwritten notes and that is

21    -- is that the only page of notes that you have about

22    the case, period?

23 A  Yes, it is.

24 Q  Did you provide that information -- I assume you

25    didn't provide that document in response to today's

41

1     deposition notice?

2  A  No, I did not.

3  Q  Are you willing to provide that document?

4  A  Absolutely. And I doubt you will be able to read my

5     writing, but I am certainly willing to provide it.

6  Q  So we have been going for about an hour and a half

7     now. Do you want to take a little break and I can see

8     if I can pull up those documents that were provided

9     this morning?

10 A  Sure. And I will see if I can find -- a file on the

11    Lamech case.

12    (Whereupon there was a break in the deposition at

13    11:28 a.m. and the deposition reconvened at 11:46 a.m.

14 BY MR. TAINTOR:

15 Q  Okay. Doctor, apart from your testimony before the

16    Maine Public Utilities Commission and the Michigan

17    Public Service Commission, have you testified before

18    any other state utility regulatory agencies on the

19    subject of the safety of smart meters?

20 A  Yes.

21 Q  Can you --

22 A  So many that I keep forgetting who they were.

23    Okay. So maybe that's some of what I'll see in this

24    document once it comes through.

25    Let me ask you this question, has -- to your

42

1     knowledge, has any state utility regulatory commission

2     for which you have testified ever declined to

3     implement advanced metering infrastructure based on

4     the conclusion that it posed a danger to the public?

5  A  Not to my knowledge, no.

6  Q  Do you recall whether during the Maine Public

7     Utilities Commission proceedings you had any

8     information about Ed Friedman's medical complaints or

9     circumstances?

10 A  No, I don't, but let me answer the other question. I

11    have a huge folder of the proceedings of that meeting,

12    which I had not reviewed before -- I had totally

13    forgotten about it, so I apologize for that. But I do

14    have a good bit of information, and it confirms that I

15    had thought Mr. Friedman himself was not

16    electrosensitive, but he had taken the lead in

17    organizing the action based on people that were

18    concerned about smart meters. He had a major lead in

19    doing this survey of a large number of people, and I

20    have the results of that survey here. Again, I had

21    not reviewed that information before this deposition.

22 Q  Do you have any actual either written or email

23    correspondence with Mr. Friedman in that file, or is

24    it too big to review?

25 A  I think the answer is yes. I certainly have

43

1    correspondence with Bruce McLaughlin.  I do have
2    emails from Mr. Friedman, yes.
3  Q  Okay.
4  A  One.
5  Q  Can you -- I'm sorry, what was the last thing you
6    said, sir?
7  A  At least one.  I think it's only one email from
8    Mr. Friedman.
9  Q  And can you read that email into the record for us?
10  A  Yes.
11  Q  First of all, what's the date?
12  A  March 20, 2013.  This is a -- a long email.
13  Q  Okay.  Well, if it's multiple pages maybe I won't have
14    you read it all into the record.  Maybe you could --
15    during the break perhaps, you can scan it and email it
16    to Attorney Merrill so he could or you could forward
17    it directly to all of us, if Mr. Merrill agrees?
18      MR. MERRILL:  I would just like to take a look at
19    it first, Chris.
20      MR. TAINTOR:  Sure.
21      MR. MERRILL:  I have no idea what it contains.
22      MR. TAINTOR:  Sure.
23  A  Well, it looks like it was originally more than one
24    page, but I only have front and back copies.  This is
25    comments and references and attachments from Diane

44

1    001, which I just wrote.  The EXN questions are at the
2    bottom of the email.  Thanks, Ed.
3      And then it goes -- describes several different
4    exhibits.
5  Q  Actually, why don't we do this because Attorney
6    Merrill wants to see that, I don't want you to -- I
7    don't want you to read it until he's had a chance to
8    look at it.  So if you could maybe at the break you
9    can send that to Attorney Merrill and then he can
10    decide whether he has any issues with it.
11  A  Not a problem.
12  Q  And can you just -- the one thing I guess is, can you
13    tell me whether -- is Attorney McLaughlin copied on
14    the email?
15  A  No.
16  Q  Any other attorneys that you're aware of or is that
17    just between you and Mr. Friedman?
18  A  It appears to be just between Mr. Friedman and me.
19  Q  Thanks.  All right.  So we'll clear that up at the --
20  A  I will scan that and send that, plus my handwritten
21    notes.
22  Q  That would be great.  Thank you.  And then we can
23    figure out what else is in that file.  Maybe I'll -- I
24    don't know how we're going to do that.  We will think
25    about that as we go along here.

45

1      So I have received the list of testimony from
2    Attorney Merrill.  And I am going to have this scanned
3    and marked as a deposition exhibit.  Before I do that,
4    let me go through -- I think I will start at the end
5    and go backwards in time.  Do you have that in front
6    of you, sir?
7  A  Yes, I do.
8      MR. MERRILL:  Is this going to be Deposition
9    Exhibit 20, Chris?
10      MR. TAINTOR:  If that's where we left off, that's
11    what I'll mark it as, sure.  I haven't done that --
12    actually, let me do that while I'm sitting here.
13  BY MR. TAINTOR:
14  Q  Okay.  So the document that we're going to mark as
15    Deposition Exhibit 20 is a list of your prior
16    testimony and if we start at the end, the most recent
17    testimony, we see that as recently as a month ago you
18    testified in a case involving the Deepwater Horizon?
19  A  That's correct.
20  Q  Let's do it this way, instead of my going through all
21    of these one by one, if we start with the most recent
22    one, can you tell me what the most recent case is in
23    which you testified that involved alleged adverse
24    health effects from exposure to radiofrequency
25    radiation?

46

1  A  I suspect that was the Kosrovani case, which I'm not
2    sure I actually recall the details on that.  I believe
3    this was a man who was electrosensitive and wanted to
4    have, if I remember correctly, a cell tower moved away
5    from his apartment.
6  Q  Okay.
7  A  I have another file if you want to know more details
8    that I would have to check to be sure I am recalling
9    correctly.  That's two years ago and --
10  Q  Yeah.  I understand memories fade.
11  A  Before that there was testimony before the
12    Pennsylvania Public Utilities Commission.
13  Q  Okay.  Let me find that.  Okay.  That's -- all right.
14    That's Richard Myers v. PPL Electric Utility
15    Corporation?
16  A  That's correct.
17  Q  And that was -- you testified for the plaintiff, but
18    to be more accurate, there's probably no plaintiff in
19    that case, right?  It was someone who is challenging
20    some action that was -- that the Pennsylvania Utility
21    Commission --
22  A  That's correct.
23  Q  -- some utility proposed to take?
24  A  That's correct.
25  Q  Do you recall, was that about smart meters or

47

1    something else?

2 A  I don't recall.  I have another file on my computer

3    that I could check if you want to know.

4        Then above that it's New Jersey.  This one I do

5    recall because this was a case not involving smart

6    meters, but a high-voltage power line, that the

7    utilities wanted to put on a rail track that went

8    through a residential community.  And we actually won

9    that case, and they refused to allow the construction

10   of that power line in the right-of-way of the

11   railroad.

12 Q  And do you know whether that was because of

13   conclusions that were drawn concerning adverse health

14   effects from the power line?

15 A  Yes, it was, and it was primarily my testimony, I

16   think, that moved that case.

17 Q  Okay.

18 A  You see most of my -- my cases involve PCBs and

19   Monsanto.

20 Q  Right.

21 A  Before that there was a case before the Michigan

22   Public Service Commission.

23 Q  Before we go back to that, The Fay School case --

24 A  Yes.

25 Q  -- we have testimony here about that, that involved

48

1    Wi-Fi, correct?

2 A  That's correct, yes.  I skipped over that one, I

3    guess.

4 Q  And actually before we move ahead, let me go back and

5    ask you about the Kosrovani case involving the cell

6    tower.  Do you know what the outcome was of that case?

7 A  I do not know.

8 Q  Do you recall what jurisdiction that was in?

9 A  If you give me a moment -- I'm sorry, I don't seem to

10   have any information in my file here.

11 Q  That's fine.  So we talked about The Fay School case

12   and then I think you have got a bunch of Monsanto

13   cases.  I think -- oh, you mentioned the Michigan

14   Public Service Commission case, that's one we already

15   talked about, right?

16 A  Yes.

17 Q  And you understand that the Michigan Public Service

18   Commission approved the implementation of the advanced

19   metering infrastructure?

20 A  Yes.

21 Q  Okay.  Prior to that, can we see -- can you find any

22   that pertained to radiofrequency emissions?  And let

23   me interrupt you, is Florida BC v. Citizens for Safe

24   Technology such a case?

25 A  Yes, that was a case.  That was in British Columbia.

49

1    Again, I was qualified in that case, but we did not

2    win it.

3 Q  Okay.  And did that -- what technology did that

4    pertain to, if you recall?

5 A  That was smart meters.

6 Q  Okay.  And then the Barnett case in Connecticut, I

7    believe that's one of your depositions that I have?

8 A  Yes.

9 Q  That was in Connecticut?

10 A  Right.

11 Q  Okay.  And that was power lines?

12 A  Barker is power lines.

13 Q  Yeah.

14 A  The Quebec case was smart meters.  It was the

15   strangest experience I think I've ever had in a legal

16   situation because they officially disqualified me and

17   then said please testify, so --

18 Q  Why did they officially disqualify you?

19 A  I have no idea.  It was really quite bizarre.  The

20   impression they gave was they had already made up

21   their minds that smart meters were safe and they just

22   had to sort of give me the benefit of having traveled

23   up to Montreal to at least say my peace, but,

24   obviously, nothing happened there.

25 Q  I'm sorry, you said you -- you said that smart meters

50

1    were rolled out notwithstanding your testimony in

2    Quebec?

3 A  That's correct.  That's correct.

4 Q  Then AHM v. Morrison is Wi-Fi, correct?

5 A  That's Wi-Fi, yes.

6 Q  Any others here involving electromagnetic fields?

7 A  The Cybart, et al. is magnetic fields, but, again,

8    I -- I just don't recall very much about that case.

9 Q  Do you recall what jurisdiction that was in?

10 A  I am not certain, but I think that was Pennsylvania.

11 Q  Okay.

12 A  But I don't recall.

13 Q  Okay.  Any others?

14 A  Minnesota, that was a power lines case.

15 Q  What was the nature of the dispute insofar as your

16   testimony?

17 A  It's where the hydro power line would be routed,

18   whether it would go through a residential community or

19   more rural community.  And I believe, in fact, they

20   did re-route the high-voltage power line.

21        Another Pennsylvania case, and I just don't have

22   any recollection of the details of that one.

23 Q  Is that the Salt Creek Estates one you're talking

24   about?

25 A  Before the Pennsylvania Public Utility Commission,

51

1       yeah, Salt Creek Estates.  That's correct.

2  Q  Okay.  You just don't remember that.  Okay.

3  A  Passariello is also a Connecticut power lines case.

4  Q  I guess if we go back this far in time, we're probably

5       not going to see too many smart meters cases there

6       because --

7  A  That's correct because there weren't any smart meters

8       back then.

9  Q  Okay.  So the cases in which you have testified about

10      smart meters are the Maine case, the Michigan case,

11      any others?

12  A  I think I did testify in at least one of the

13      Pennsylvania cases.

14  Q  Okay.  And do you know what the outcome was there?

15  A  I don't think we won in any of those cases, except the

16      one about the high-voltage power line and the railroad

17      tracks.

18  Q  And a situation that's a little confusing to me, I'm

19      just trying to understand the issue with the railroad

20      tracks, so was there already railroad tracks and then

21      there was just an effort to put a high-voltage power

22      line adjacent to it?

23  A  That's correct.

24  Q  Okay.

25  A  But there were railroad tracks that went through this

52

1       residential community.

2  Q  And, again, I apologize if I have asked you this

3      question and you have answered it, but you're not

4      familiar with any jurisdiction -- are you familiar

5      with any jurisdiction that has ever barred the

6      implementation or rollout of advanced metering

7      infrastructure on the ground that it poses an undue

8      risk to public health?

9  A  That is correct.  I am not familiar with any situation

10      where that was the outcome.

11  Q  And other than in this case, have you ever testified

12      in any case involving a claim by a particular

13      individual that he or she was entitled to some

14      particular accommodation for -- or disability laws

15      because of the fear or the risk that exposure to RF

16      radiation would cause him or her disproportionate

17      harm?

18  A  Well, The Fay School case comes closest to that.

19      Now, that case basically was never totally settled.

20      My testimony was accepted.  I am not sure -- I don't

21      understand the legal terms well enough to know, but

22      there was not a decision.  It was deferred, and there

23      were questions of whether it would proceed in another

24      fashion, which to my knowledge it has not.  But that's

25      the only other case where the health effects of

53

1       specific exposure to radiofrequency fields of an

2       individual was -- was the object of the case.

3  Q  I thought I recalled, maybe correct me if you think

4      I'm wrong or if you have different information, that

5      in this case although the court assumed that such a

6      thing as EMF hypersensitivity exists, the court

7      concluded that there was insufficient evidence to find

8      that the student in that case could trace his symptoms

9      to Wi-Fi exposure; do you recall that being the

10      outcome?

11  A  I don't actually know that -- I knew that it was not

12      won, but not totally lost.  And that's about all I

13      know.

14  Q  Okay.

15  A  And I guess I should say that the Portland school case

16      is also similar to that.

17  Q  Right, right, right.  The BioInitiative Report, I

18      think you mentioned before, is a document that you

19      were involved in editing and also somewhat involved in

20      writing, correct?

21  A  Correct.

22  Q  And how did the BioInitiative Report come to be?

23  A  Well, Cindy Sage was the power behind that report, and

24      I worked with her closely, but she was the one that

25      did the majority of the legwork on it.  We, together,

54

1       discussed who would be invited to contribute chapters

2       to it, but, again, Cindy did most of the work.

3           The only part that I had a major role in writing

4       was the public health chapter, which was then

5       subsequently published as a peer-reviewed paper and

6       reviews on environmental health.  A lot of

7       consultation by telephone, by email on specific

8       issues, but the various chapters of the BioInitiative

9       Report are for the most part solely the product of the

10      authors of those chapters.  We contemplated making it

11      a document being published as a book.  The logistics

12      of having everybody's style being the same and so

13      forth was such that we decided not to do that.  So,

14      again, each author did their own thing on their

15      chapters.

16  Q  Yeah, I think taking a look here at -- I apologize.  I

17      am just not finding this as quickly as I wanted to.

18      Was it Chapter 24 of the BioInitiative Report that you

19      authored; is that the one you're talking about?

20  A  It's Section 17 of the 2007 version of the

21      BioInitiative Report.

22  Q  And did that carry over to the 2012 edition?

23  A  Yes, it did, with minimal change.

24  Q  Okay.  And what's Cindy Sage's background?

25  A  She is a master's level person, not in science, and I

55

1    think this was one of the main reasons that I was
2    invited to be the co-editor and chief because Ms. Sage
3    was not a doctor-level person, was not really trained
4    in science and, obviously, I was.
5  Q  So what drove her interest in this effort?
6  A  I am not sure I really know the answer.  She has a --
7    she has a consulting company, but she certainly made
8    no money on this report.  And I think she just -- to
9    the best of my knowledge, she just became convinced
10   that this was a very major public health issue that
11   was not being addressed by governments or
12   international organizations and that there was a need
13   to -- to develop an open-access document that provided
14   the evidence for there being adverse biological
15   effects of electromagnetic fields.
16 Q  So I am looking at Section 24 of the 2012
17   BioInitiative Report entitled, Key Scientific Evidence
18   and Public Health Policy Recommendations, and that
19   appears to be co-authored by you and Cindy Sage?
20 A  Yes, that's sort of an expansion of the Section 17,
21   2007 report.
22 Q  I see.  Okay.  And did you make certain
23   recommendations there with respect to the use of or
24   exposure to smart meters?
25 A  I don't have a hard copy of that in front of me.

56

1  Q  Okay.
2  A  And I don't really recollect whether we specifically
3    addressed smart meters.
4  Q  Okay.
5  A  I suspect we did, but I don't recall.
6  Q  Okay.  Did you make recommendations or have you ever
7    made recommendations for what you believed to be
8    generally safe RF exposure levels?
9  A  Yes, we have recommendations in both the 2007 and
10   2012, and this actually became somewhat of a little
11   bit of a disagreement between Cindy Sage and me.  The
12   recommendation in the 2007 BioInitiative Report is
13   that an appropriate goal -- and we did not use the
14   word standard, but an appropriate goal would be 0.1
15   microwatts per square centimeter.  That's three orders
16   of magnitude lower than most existing standards in the
17   U.S. and other developed countries.
18       In the 2012, Cindy wanted very much to push that
19   down to 0.01 microwatts per centimeter squared.  I
20   objected to that and still object to that, although
21   that's how it was published.  What -- what we do add
22   in both of these reports is a statement that there is
23   no evidence that there is any safe level.  The -- the
24   lower levels were determined primarily by invitro
25   studies of isolated cells, and, you know, there's no

57

1    disagreement on my part, but that there are biological
2    effects from very, very low intensities of
3    radiofrequency fields.  The issue is how realistic is
4    that to achieve in our modern world.  And I think the
5    0.1 was already a level so low it would be very
6    difficult to include that as a standard and the 0.01
7    would be almost impossible.
8       And that is -- that's what gave rise to that long
9    list of studies, the disagreement between Cindy and
10   me, not disagreement about the findings of the
11   studies, but disagreement about setting something up
12   that was so totally unrealistic to implement that I
13   felt the .01 microwatts per square centimeter was
14   difficult enough and that it would be wiser to leave
15   it there.
16 Q  You said a moment ago that there is no evidence that
17   there is a safe exposure level.  Is there any evidence
18   that there is an unsafe exposure level?
19 A  I'm sorry?
20 Q  That there is an unsafe exposure level?
21 A  There certainly is evidence that there are biological
22   effects on isolated cells at very low exposure levels.
23   There's a huge amount of evidence that there are
24   unsafe levels, and those are the studies that deal
25   with things like brain cancer, triggering the symptoms

58

1    of electrohypersensitivity.  That level is certainly
2    very, very much lower than the 10 microwatts per
3    square centimeter that's the FCC standard.
4       I think this is like a lot of other environmental
5    exposures.  What one has to do is balance risk against
6    benefit.  Certainly, I am not of the view that we'll
7    ever go back to a wireless age.  It's like the other
8    things we accept.  We accept air pollution, knowing
9    air pollution is bad for us.  We try to limit the
10   magnitude of the exposure as best we can without
11   causing such enormous harm to economic development
12   that it's unrealistic.
13       So, again, these values, whichever one you choose
14   from the 2007 to 2012 report, are -- are levels at
15   which there is some evidence for adverse biological
16   effects at least in isolated cells in a petri dish.
17 Q  I'm sorry, you said at least in isolated cells in
18   what?
19 A  In a petri dish.
20 Q  In a petri dish, yeah.
21 A  But the levels at which there is a clearly defined
22   adverse human health effect is higher than that, how
23   much higher I don't think I can give you a number.
24 Q  Okay.
25 A  So I -- I stand by what we said in the 2007 report.

59

1    We have no evidence that there is any threshold below
2    which there is no harm to something somewhere, but
3    what we need to be doing is finding ways to use
4    electromagnetic radiation in ways that benefit society
5    at the same time that we minimize the adverse health
6    effects to the best of our ability.  Therefore, our
7    guideline of 0.1 centimeter squared is an appropriate
8    guideline, probably we will never be able to reach
9    that to set it as a standard.
10 Q  I am going to, again, go back and paraphrase something
11   I'm sure inaccurately that you just said, so please
12   correct me.  I think you said that you cannot identify
13   the exposure to radiofrequency radiation that would
14   create an appreciable risk of harm to human beings.
15   I'm not sure that's not exactly what you said.  Can
16   you tell me what you actually said?
17 A  I think you almost got that right, but I think I could
18   not identify an exposure level that was -- the
19   boundary between safe and unsafe.  That we cannot
20   identify.
21 Q  Do you believe it is above 10 microwatts per
22   centimeter squared?
23 A  I believe it's much below that, a much lesser exposure
24   than 10 by -- by at least two orders of magnitude, but
25   I don't think that the evidence for 0.01 microwatts

60

1    per square centimeter, I don't think we have good
2    evidence in humans for disease at that level.  We
3    certainly have evidence for biological effects, at
4    least in isolated systems at intensity exposures below
5    that level.
6  Q  So now, I'm confused, and I'm sure it's my problem,
7    not yours.  You believe the exposure level that
8    creates an appreciable risk of harm to human health is
9    above 0.1 microwatts per centimeter squared?
10 A  That's not exactly what I mean.  What I was trying to
11   say is I don't think anybody has demonstrated a
12   statistically significant increase in the human health
13   risk at levels at -- as low as 0.1 microwatts per
14   centimeter squared.  We have seen biological effects,
15   including some in humans.  That evidence is not as
16   strong as I would want it to be to use to setting a
17   standard.
18        You know, let me explain what my view is on the
19   basis of different things that are more related to my
20   personal research.  I have done a lot of work on
21   exposure to PCBs, polychlorinated biphenyls, and I am
22   often asked there, what is the boundary between safe
23   and unsafe.  EPA has standards, NIH has standards.
24   World Health Organization has standards.  But as we
25   know the mechanisms of how these things act, what PCBs

61

1    do is they bind to what we know as nuclear receptors,
2    and these nuclear receptors cause changes in gene
3    expression.  So I often say the boundary between
4    having an effect and not having an effect is zero
5    versus one molecule because one molecule will change
6    the expression of some genes, clearly that's not
7    enough to cause a human disease.
8         And I think that our evidence for electromagnetic
9    fields is the same.  Any exposure is going to have
10   some biological effect.  Biological effects don't
11   always translate into a human disease or a hazard to
12   people.
13        We know that these radiofrequency fields cause
14   the generation of free radicals in reactive oxygen
15   species, that's the mechanism.  Now, we also know what
16   free radicals in reactive oxygen species do, they
17   damage proteins.  They damage carbohydrates, and they
18   damage DNA.  That damage to DNA can be -- cause
19   mutations, certainly can cause cancer and birth
20   defects and a whole series of things.
21        Now, one radiofrequency photon may generate some
22   reactive oxygen species, but it's not going to cause
23   disease, but I see this -- very similar to the
24   situation with PCBs.  There are biological effects at
25   any exposure, exposures we all get all the time

62

1    because of sun, because of AM and FM radio, from
2    television, and so forth.  But we're -- we cannot
3    avoid exposure on this earth.  But the greater the
4    exposure, the greater the risk of developing these
5    diseases, of developing cancer, of developing
6    fertility problems, of developing
7    electrohypersensitivity.  And the threshold of
8    exposure for any of those outcomes is going to vary
9    somewhat from person to person depending on the
10   genetic makeup and so forth.
11        But I do not believe that we will ever be able to
12   define an exposure level that's the boundary between
13   safe and unsafe.  Therefore, the rational thing to do
14   is to accept the fact that we cannot avoid exposure
15   totally, but that there is a health hazard from
16   exposure and, therefore, we should take steps to
17   reduce our exposure to the degree we can, without
18   major disruption of lifestyle.  As I said, we're not
19   going to go back to a pre-wireless age.
20        But in the case of smart meters, wired meters
21   don't generate any radiofrequency radiation.  We don't
22   need to use wireless everything when we can have full
23   access to the Internet.  You know, smart meters were
24   developed so that the utilities could reduce their
25   personnel costs because you didn't have to hire

63

1        someone to go around and read the meters. There's no
2        reason for smart meters. You can connect the utility
3        with a wired meter.
4            There's no reason for wireless classrooms in
5        schools. When you wire your computer connections, you
6        have no exposure. You have full access to the
7        Internet, but you're not going to be exposing kids.
8  Q   Okay. I appreciate that explanation. And let me just
9        follow up on it a little bit. What I think I hear you
10       saying is that your position is one largely of social
11       environmental policy. You're basically saying, I
12       don't know what the health risks are of having smart
13       meters, but because they don't serve any particular or
14       any particularly compelling purpose, it would be
15       better to do away with them so as not to incrementally
16       increase exposure to a potentially harmful energy; is
17       that fair?
18  A   That's correct. That's exactly correct.
19  Q   And I understand, I think, from reading some of your
20       prior testimony that you, yourself, are not
21       electromagnetically hypersensitive; you use a cell
22       phone and have Wi-Fi in your house, right?
23  A   That's correct. My cell phone is right over here.
24  Q   And --
25  A   But I use my cell phone on speaker always. I never

64

1        hold it to my ear.
2  Q   Right.
3  A   I don't sleep with it under my pillow. And, you know,
4       I think there's so many simple things that people can
5       do that don't adversely impact their quality of life
6       that reduce their exposure.
7  Q   Gotcha. Do you know how the exposure from smart
8       meters compares to the 0.1 microwatts per centimeter
9       squared goal that is articulated in the BioInitiative
10       Report?
11  A   I don't know the answer to that question, I should,
12       but I don't. I suspect it's higher. It certainly is
13       much lower than the FCC standard of 10 microwatts per
14       cubic meter, but I don't know the answer to what that
15       exposure level actually is.
16  Q   And I know you're not an engineer and you don't --
17       well, I shouldn't say this, you don't profess to be --
18       let me take away the preclude to that question. Are
19       you aware of or have you catalogued in your own mind
20       the various manmade sources of radiofrequency
21       radiation or would you leave that to an engineer or a
22       -- someone like that?
23  A   No, I certainly pay attention to that very much so.
24  Q   What would you characterize as the primary sources of
25       manmade radiofrequency radiation?

65

1  A   Well, I think probably without any question, the most
2       serious source is holding your cell phone to your ear,
3       and, again, so totally unnecessary because using a
4       cell phone on speaker or with a wired earpiece, just
5       having it off your body reduces that possibility. The
6       evidence for brain cancers from holding a cell phone
7       in your ear is, in my judgment, overwhelming strong.
8       The evidence related to breast cancer from women that
9       put their cell phone in their bra while they're
10       walking around is also fairly strong. The evidence
11       that holding a wireless laptop on your lap for a man
12       probably means he doesn't need to wear a condom for
13       the next week if he sits there for a long time with
14       that wireless laptop on his lap.
15           But the -- so the -- the sources of exposure are
16       Wi-Fi, they're cell towers and cell phones.
17       There's -- we have 5G coming up, we don't really
18       understand yet. It may be that those higher
19       frequencies are actually less dangerous than the 3G
20       and 4G that we have today. There is almost no
21       research there.
22           We have GPS. We have radio and television. It's
23       just -- we have all these different sources, and
24       there's every -- every reason to believe like any
25       other hazardous substance or source what's really

66

1        important is the aggregate total exposure. Therefore,
2       if we can take any steps to reduce that aggregate
3       total exposure, we protect our health and the health
4       of our families and others.
5  Q   Do you know how the exposure from smart meters
6       compares to the exposure from radio or tv?
7  A   I don't know. I am pretty certain it's greater.
8  Q   Do you have -- maybe I have asked you this, but do you
9       have any information about Mr. Friedman's exposure
10       level in terms of different things, either activities
11       he engages in or where he lives or anything like that
12       that tells you anything about how likely he is to be
13       exposed to manmade radiofrequency radiation?
14  A   I don't really have any information on that. There
15       might actually have been something in this older file,
16       but I haven't reviewed that recently at least.
17  Q   Do you have anything about whether welding is an
18       activity that creates a substantial amount of
19       radiofrequency radiation?
20  A   I don't know about radiofrequency radiation. It
21       certainly creates high magnetic fields because of --
22       of the temperature. I don't know about
23       radiofrequency.
24  Q   Is exposure to magnetic fields that do not require
25       radiofrequency radiation a risk factor for cancer?

67

1  A   Well, there's very strong evidence of childhood
2      cancers elevated by exposure to 60 hertz magnetic
3      fields.  The cancers are probably the same, but
4      clearly the energy level in 60 hertz magnetic fields
5      is much less than, you know, megahertz of frequency --
6      radiofrequency fields and yet we have very strong
7      evidence for cancer generation not just in children,
8      but also in adults.  And I have published a review on
9      that subject.
10 Q   So is there something in the BioInitiative Report that
11     suggested an exposure limit of O. 3 nano watts per
12     centimeter squared to 0.6 nano watts per centimeter
13     squared for total exposure in the frequency range of 3
14     hertz to 300 gigahertz?
15 A   I don't recall that specific recommendation.  If
16     you're reading it, it's probably there.
17 Q   Does that make sense to you?
18 A   I don't really want to answer that without giving it
19     more thought.
20 Q   Is there an always present natural radiofrequency
21     signal from the earth?
22 A   Yes, there certainly is.  The magnetic field of the
23     earth is a DC magnetic field, but as each of us walk
24     around our environment, we preserve that so that it
25     has an AC component to it.  There are radiofrequency

68

1      signals coming from the sun that we're all exposed to
2      if we're out in the open.
3  Q   I'm sorry, would you repeat that last sentence about
4      the radiation from the sun?
5  A   All right.  The radiation from the sun includes many
6      different wavelengths.  There's the very high
7      frequency radiation, the ionizing part of the
8      spectrum, but also from the sun there are
9      radiofrequency waves that come, as well, some of them
10     penetrate through the atmosphere.  And so we're all
11     exposed to low levels of radiofrequency radiation when
12     we're outside.
13         Life, obviously, evolved with that exposure.
14     That doesn't mean that even that low level is totally
15     harmless, but it, obviously, has not prevented life on
16     earth from developing.  And our bodies have quite
17     incredible mechanisms for dealing with these reactive
18     oxygen species that come from both the nonionizing and
19     the ionizing part of the electromagnetic spectrum.
20 Q   So have you reviewed either the exposure study created
21     by Exponent or the study created by the Office of the
22     Public Advocate in the Maine Public Utilities
23     Commission proceedings to analyze the exposure of a
24     person on whose home a Central Maine Power Company
25     central meter is affixed?

69

1  A   No, I have not reviewed that.
2  Q   Is -- would studies that were performed in connection
3      with that proceeding be helpful to you in
4      understanding whether the exposure from a smart meter
5      might be harmful to someone like Mr. Friedman?
6  A   Well, I would not give any credibility to anything
7      produced by Exponent because they're so clearly biased
8      in their approach.  A careful study would be valuable,
9      but it should be a study that is done and published in
10     a peer-reviewed scientific journal to have any
11     credibility, even then that doesn't always assure that
12     the study is done well and objectively, but at least
13     it's one guard against conflicts of interest in
14     recording your results.
15 Q   And tell me the basis for your statement that Exponent
16     is so biased as to be noncredible?
17 A   Their documents are never published in peer-reviewed
18     journals.  They are published as Exponent reports.
19     They are always on the decide -- on the side of
20     defendants.  I've gone up against Exponent people in
21     almost every case that I've been involved in with
22     electromagnetic fields, and I consider them to be
23     hired guns, just a bunch of people that make their
24     living by trying to minimize the adverse health
25     effects of exposure to radiofrequency fields.

70

1  Q   Do you understand that field studies showing the
2      exposure to a person using a Central Maine Power
3      Company smart meter were presented to the Maine Public
4      Utilities Commission in the proceeding in which you
5      testified?
6  A   I don't know the answer to that.
7  Q   You don't recall seeing those studies back at the
8      time?
9  A   I don't.  I actually didn't even remember the
10     proceeding, so I apologize.
11 Q   Sure.  No need to apologize about something that
12     happened eight years ago.  I get it.
13         Do you know what -- do you consider the Office of
14     the Public Advocate a hired gun, as well?
15 A   Basically, yes.  I mean, I -- an advocacy
16     organization, no matter which side it's on, has a
17     built-in conflict of interest.  And, you know, I have
18     been -- I've actually written quite considerably about
19     conflicts of interest.  We're all vulnerable to it.
20     And, you know, I would apply that to myself, as well.
21     But there are degrees of conflicts of interests, and,
22     you know, there's -- there are some institutions, some
23     groups that really can't avoid the fact that they're
24     an advocate group.  You can be an advocate for the
25     plaintiffs, you can be an advocate for the defendants,

71

1    but somewhere in between there has to be people that
2    are objective in reviewing the scientific data and
3    drawing their judgments in an objective fashion.  I
4    try to do that.  Do I always succeed?  I don't know.
5    But I try very hard to base my decisions on the weight
6    of the scientific evidence and separate that from
7    personal advocacy for one thing or another.
8         On the other hand, of course, I'm a public health
9    physician.  Public health is the profession where you
10   try to prevent disease, and so in that regard, a
11   public health physician's job is to identify hazards
12   and try to persuade people to reduce their hazards,
13   whether it's smoking or exposure to radiofrequency
14   MFs.
15 Q  Going back to the Maine Office of the Public Advocate,
16   what -- where do you see the bias or what opinion do
17   you have regarding the bias of the Office of the
18   Public Advocate?
19 A  Let's just say I don't know very much about the Office
20   the Public Advocate, but just the title -- advocates
21   have a position that is not necessarily based on the
22   total science.  I don't know anything -- any more
23   about that particular organization.
24 Q  And I think you've answered this, but you would
25   acknowledge, I take it, that you have a certain bias

72

1    not just in favor of reduction or minimization of
2    disease, but in advancing a view that you hold about
3    desirable social policies, correct?
4  A  That's correct.  And policies based on scientific
5    evidence, but always with the understanding that you
6    must balance risk versus benefit.
7  Q  Are you aware of criticisms of the BioInitiative
8    Report as exhibiting undue bias?
9  A  Very much aware of that, yes.
10 Q  And as I recall, I don't have the references in front
11   of me, but some governments of some nations in Europe,
12   I think, have explicitly condemned the BioInitiative
13   Report as being unbalanced and -- well, let's say
14   unbalanced.  Are you aware of that?
15 A  Yes, certainly.  And, you know, I think in some ways
16   the BioInitiative Report was an advocacy report.  It
17   was the sense that the science demonstrating harm was
18   being ignored by governments by regulatory
19   institutions.  It was clearly published as an advocacy
20   report.  Now, that certainly means it's appropriate to
21   be critical of the evidence presented there, but it
22   was -- it was a report that was based on hard
23   scientific evidence and peer-reviewed journals.  And
24   it was basically looking at the weight of the
25   evidence.  It was not published in a peer-reviewed

73

1    journal.  And one of the criticisms that has been
2    levied against it is that it was not peer-reviewed.
3    We made a specific decision not to have it peer-
4    reviewed and published as such in a scientific
5    journal.  Now, various parts of it, like my public
6    health chapter, was later submitted to a peer-reviewed
7    journal and has been published in that regard.  But
8    the BioInitiative Report was an advocacy report.
9  Q  Which -- do you recall which governments made the
10   judgment that I referred to before about the -- what
11   they regarded at least as the imbalance and
12   unreliability of the BioInitiative Report?
13 A  I have a whole folder of those reports.  I don't
14   recall all of them.  Certainly the Netherlands,
15   Denmark, Australia, I think there were quite a number
16   of others that published documents trying to refute
17   the information in the BioInitiative Report.
18 Q  And maybe -- maybe you can't answer this, but I'm --
19   just my own personal observation is it sounds -- it
20   seems to me like the Netherlands and Denmark are
21   countries that you would think would be pretty tuned
22   into public health concerns.  Were you surprised by
23   their reactions to the report?
24 A  Frankly, yes.  I question whether they actually read
25   it, but I was surprised.

74

1         The other organization that is probably even more
2    important here is the World Health Organization.  They
3    have been very much captured by industry people.
4    Repacholi, that we talked about earlier, worked for
5    the World Health Organization before he retired and
6    went to a cell phone company in Italy.  When he was
7    there, he promoted as an official NGO of the World
8    Health Organization, the International Council for
9    Radiation, ICNIRP the whole thing stands for, which to
10   this day, advises the World Health Organization that
11   there are no adverse effects of RF radiation below the
12   10 microwatts per centimeter squared or some value
13   near there.
14        I and colleagues from Europe went to the WHO to
15   try to persuade them to review the real scientific
16   evidence.  We basically got nowhere.  And this was --
17   as an aside, the Institute for Health and the
18   Environment work at the University of Albany is a
19   collaborating center of the World Health Organization.
20   And these are the same people that have the radiation
21   bureau under them.  So I felt I had at least some
22   credibility because I do so many things with the WHO,
23   but they refused to change their position.  Again, I
24   see this as built-in conflicts of interests.
25 Q  Why would the World Health Organization have a

75

1    conflict of interest?

2  A  Because senior individuals employed by the World

3    Health Organization had that conflict of interest.

4    They developed a body that was basically self-

5    appointed that includes only people that agree with

6    that position.  And to this day, they refuse to really

7    review the scientific evidence and make appropriate

8    responses to that.

9        One of my papers that you do have, the first

10   author being Belpomme was written in response to our

11   visits with the people of the WHO, presenting the

12   evidence, the scientific evidence for harm that they

13   and other governments, including the U.S. Government,

14   have refused to acknowledge.

15  Q  What does it mean to be a collaborating center for the

16   World Health Organization?

17  A  Well, the World Health Organization has a number of

18   collaborating centers in different subjects.  My

19   corroborating center is environmental health.  You

20   don't get any money from the WHO.  It's a pain to get

21   the designation, and then the WHO gives you

22   assignments that they want you to do for them.  The

23   benefit is it's sort of a Good Housekeeping seal of

24   approval, that -- so, for example, in the U.S., mine

25   is the only collaborating center in environmental

76

1    health.  There are others in occupational health, in

2    children's health, that sort of thing.

3        The assignments that I've had, we just published

4    a large review on electronic waste, E-waste in Africa,

5    several issues on E-waste.  I work with endocrine

6    disrupting chemicals.  I have to prepare a report for

7    the WHO on that.

8        So the -- there are -- there are benefits, but

9    they're not benefits in terms of finance.  They're

10   benefits in terms of credibility.  And, you know, that

11   seems incompatible with how I see their position on

12   electromagnetic fields, but they're human, like

13   everybody else, and they have this historical position

14   dating from the time when Repacholi headed the

15   radiofrequency office at WHO.  That has not been

16   changed.

17  Q  So just to try to -- are you suggesting that the issue

18   with the World Health Organization is sort of a

19   confirmation bias, that they staked out a position and

20   they're just worried about deviating from it now?

21  A  That's exactly how I see it.

22  Q  Do you allow for the possibility that you may have the

23   same bias?

24  A  I certainly allow for the position that all of us can

25   be biased.  I think -- I think I make my judgments on

77

1    the basis of the science, and I don't think the World

2    Health Organization is making its judgments on the

3    basis of science.  Now, is there always room for bias?

4    I would never deny that, whether on my part or on the

5    part of others.  I don't think I am bias in this

6    regard.

7        It's true that, you know, if you take a position,

8    sometimes it's very difficult to change your position

9    on the basis of new evidence.  The fact of the matter

10   is, I got involved in this whole issue of

11   electromagnetic fields being very skeptical of there

12   being any adverse health effect.  The work that I was

13   involved in supervising demonstrated there were

14   significant hazards, and in my judgment, the

15   scientific evidence, since that time, has only gotten

16   stronger, and the evidence for a variety of different

17   adverse health outcomes has expanded.

18  Q  Yeah, I actually think I saw in some testimony that

19   you gave, I believe it was in the Connecticut power

20   line case, that you indicated in, I think, 2011 or

21   2012 that you had only just recently become convinced

22   that such a thing as electrohypersensitivity existed;

23   is that true?

24  A  That's correct.  That's absolutely correct.

25  Q  But would you agree with me that your position with

78

1    regard to the appropriate standard for -- the safe

2    exposure level to radiofrequency radiation is

3    distinctly a minority position in the scientific

4    community?

5  A  Yes, I agree with that.

6  Q  And so the fact that the World Health Organization

7    disagrees with you could be a result of their bias or

8    it could just be a product of the fact that they agree

9    with most of the scientific community in the world; is

10   that also true?

11  A  Well, the greater scientific community of the world

12   doesn't read the papers that present the evidence and

13   I think that's also true for WHO.  They have a biased

14   that's so strong that they can only take their advice

15   from this independent organization, which is an

16   official NGO and that -- that's an organization that

17   was built on bias and it remains.

18  Q  And I'm sorry, maybe I'm misunderstanding you, is that

19   an NGO that's different from the WHO?

20  A  Yes.

21  Q  What is that NGO?

22  A  It's the International ICNRP, International Council on

23   Nonionizing Radiation Protection.  It's a group that

24   when one person retires, they appoint another.  It's a

25   self-appointed body.  It was primarily engineers and

79

1    physicists originally.  It's been subjected to huge
2    criticism from people around the world.  They have
3    added some more medically-oriented people, but they
4    appear to choose their people only to have members who
5    minimize any adverse health effects of electromagnetic
6    fields.  And the WHO because they have this official
7    status, their comment to us when we visited them is
8    that that's where they take their advice, from this
9    ICNRP committee.
10   Q    And what did your University or your section of the
11        University need to do to become a collaborating
12        center, was there some sort of an application process
13        that you go through, a vetting process?
14   A    Yes, a major vetting process, and the reason that --
15        that we were invited to present an application to them
16        is that I had been working with the WHO on a whole
17        variety of issues for a long period of time.  I, for a
18        period, chaired an advisory committee.  The WHO
19        International works a lot with the National Institute
20        of Environmental Health Sciences, part of our NIH
21        system, and I chaired the advisory committee between
22        those two organizations, did a lot of work for the WHO
23        and that led to their inviting me to submit an
24        application.
25   Q    And when did that happen roughly?

80

1    A    Oh, probably about 2000, maybe 2005.  I think we've --
2        we've been reviewed and approved three times, and you
3        have to be reevaluated every three years.  So we have
4        had that designation at least 10 years, maybe 11, 12
5        years.
6    Q    But -- and just to be clear, the -- I understand that
7        you believe that ICMIRP is biased in part because --
8        in part because of confirmation bias and in part
9        because it's a self-selected body, but would you agree
10       that the group of folks who put together the
11       BioInitiative Report are similarly self-selected and
12       have similarly staked out a position for the last 15
13       years or so that would be difficult to deviate from
14       even if the evidence contradicted it?
15   A    Yes, I think I would agree with that.  We selected
16       those authors of the various chapters on the basis of
17       the subject matter of their publications.  So if there
18       was a bias, it was Cindy Sage and me in choosing
19       people to write chapters, but we chose them based on
20       the work that they had done, the sanctity of work they
21       had done.
22   Q    Right.
23           (Whereupon there was a break in the deposition at
24       1:01 p.m. and the deposition reconvened at 1:37 p.m.)
25   BY MR. TAINTOR:

81

1    Q    All right.  So I just want to ask you a little bit
2        about your familiarity with any of the other expert
3        witnesses in the case who have been designated by the
4        plaintiff.  We talked about Dr. Heroux or a Heroux,
5        however we pronounce his name.  There's also a fellow
6        named Kent Chamberlin; do you know him?
7    A    No, I do not.
8    Q    Okay.  And a fellow named Eric Anderson, I take it you
9        don't know him either?
10   A    No, I do not.
11   Q    All right.  So I think before you mentioned the
12       Belpomme article, which has been marked as Deposition
13       Exhibit 8.  And I see -- oh, I see you co-authored
14       this with Dr. Hardell, who was a witness in the
15       meeting of the Public Utilities Commission matter and
16       is also a co-author.  Can you tell me about the
17       significance of this case -- this article from your
18       point of view?
19   A    Well, those are the people that went with me to the
20       World Health Organization in Geneva trying to persuade
21       the World Health Organization to change their status.
22       They did not do so and so we wrote this paper as a --
23       again, as sort of a mini BioInitiative Report, but a
24       summary of the evidence for cancer for
25       electrohypersensitivity for neurological and

82

1        reproductive changes in electromagnetic fields with
2        some discussion of the mechanisms whereby these things
3        occurred.
4    Q    Okay.  So all of the folks who were co-authors here
5        were part of this World Health Organization mission
6        with you?
7    A    That's correct.
8    Q    And I have to confess, I haven't looked at this in
9        super close detail, but just looking at some headings,
10       heading number 2 talks about mobile phone use and the
11       risk of glioma, meningioma, and acoustic neuroma.
12       And none of those conditions are at issue in this
13       case, correct?
14   A    That's correct.
15   Q    And then if we look at -- if we skip over number 3 for
16       the moment.  Number 4 is an emerging concern:
17       Cognitive and neurobehavioral problems in children.
18       And can we agree that that's not a concern in this
19       case, correct?
20   A    That's correct.
21   Q    And then heading number 5 has to do with
22       electrohypersensitivity, microwave illness or
23       idiopathic environmental intolerance attributed to
24       electromagnetic fields.  And I think you've told us
25       that you have no basis for believing that Mr. Friedman

83

1    is -- suffers from electrohypersensitivity, correct?
2  A  That's correct.  I mean, he may have some of the
3     symptoms that -- he apparently has ringing in his
4     ears, which is one of the symptoms, but I asked him
5     directly and he does not allege that he is
6     electrohypersensitive.
7  Q  So ringing in the ears is one of those conditions that
8     can be caused by a whole host of conditions, correct?
9  A  Absolutely, yes.
10 Q  And that's what you referred to as a nonspecific
11    complaint?
12 A  Yes.
13 Q  Sorry, I was looking at the some of the documents
14    Bruce emailed over during the break.
15       If we go back to heading number 3, other diseases
16    and pathological conditions attributed to exposure to
17    low-intensity EMFs, are there -- does this section
18    pertain to any of the issues in this case?
19 A  No, I don't think it does.
20 Q  So is there anything in this article that gives us any
21    information about health risks to Ed Friedman?
22 A  Well, the article summarizes the evidence on adverse
23    health effects, but it focuses primarily on brain
24    cancer, which Ed does not have, on
25    electrohypersensitivity, which he does not have, and

84

1    the full syndrome of these and the cognitive effects,
2    which also he does not have.  But it does focus a lot
3    on the mechanisms whereby electromagnetic fields cause
4    diseases and especially on regeneration of reactive
5    oxygen species, and that is important -- I think it's
6    the basic mechanism for all of the effects of
7    electromagnetic fields except those caused directly by
8    DNA damaged by ionizing radiation.
9  Q  So I guess my question is, is there -- this article in
10    terms of talking about the mechanism by which
11    radiofrequency or nonionizing radiation of any kind
12    can cause biological harm in humans focuses on the
13    risk of harm to the population at large and not to
14    people specifically like Ed Friedman with his
15    particular illness; is that true?
16 A  That is true, yes.
17 Q  Deposition Exhibit Number 9 is your article from the
18    Review of Environmental Health, 2015, the microwave
19    syndrome or electrohypersensitivity historical
20    background.  And, again, I -- because I -- I am not
21    sure that there is any -- I think we have agreed that
22    there is no evidence that Mr. Friedman has
23    electrohypersensitivity and we haven't focused on
24    this, but does this article have any relevance to
25    Mr. Friedman's case?

85

1  A  Well, it does indirectly at least because it does
2     report on smart meters as exposures leading to
3     electrohypersensitivity.  Now, he doesn't have
4     electrohypersensitivity, but he had at one point a
5     smart meter.
6  Q  Right.
7  A  So it adds to the general body of evidence that there
8     are adverse health effects at intensities of
9     radiofrequency radiation that don't cause tissue
10    heating.  The -- that's an important point and that's
11    really an issue in the whole paper because the -- the
12    World Health Organization, the FCC, ICNRP, they all
13    acknowledge that microwave ovens are harmful because
14    they cause heating, and they make the assumption that
15    there's no adverse health effect at intensities that
16    do not cause heating, which is just nonsense and
17    totally incompatible with a lot of evidence at various
18    end points.
19 Q  You said that you thought Mr. Friedman had a smart
20    meter at some point; is that your understanding?
21 A  Well, I think that earlier -- that earlier case was
22    about smart meters, and I don't know whether he had
23    one in his home or not, but he was involved in the
24    opposition to smart meters.
25 Q  Right.  But you have no information, do you, that he's

86

1    ever had a smart meter?
2  A  No, I do not have any information.
3  Q  Looking at Exhibit 9, on page 221, the second full
4    paragraph says, The typical exposure from a smart
5    meter is less than that of use of a cell phone held to
6    the head and like that from our sources of RF does
7    decline rapidly with distance from the smart meter.
8       It goes on and we can talk about the other things
9    it says.  What is your understanding of the -- I don't
10   know if this is the right way to put it, the speed
11   with which or the suddenness with which exposure
12   declines with distance from the smart meter?
13 A  Well, it -- again, I don't have personal information
14   there.  I know that it does decline with distance.
15   Almost all sources of RF will decline with distance.
16   I have seen reports that even at something like 8 feet
17   away from the smart meter there's still significant
18   signal.
19      Smart meters are often placed on the outside of
20   houses that are brick and the radiation doesn't
21   penetrate the house very far.  On the other hand, if
22   it's wood or some other substance that can penetrate
23   the house -- but I have, you know, obviously, this is
24   beyond my -- my area of expertise.
25 Q  Okay.  And this may also be beyond your area of

87

1      expertise, and that's fine, please tell me, do you
2      know whether the energy emitted from a smart meter is
3      emitted in a direction or whether it is emitted in
4      multiple directions?
5   A  I believe it's emitted in multiple directions, but
6      clearly the reception is in one direction. But as
7      we've said before, the signals are these very brief
8      and very intense pulses of, oh, something between 10
9      and 20 pulses and then a couple of seconds rest and
10     then another burst of these multiple pulses.
11  Q  And how long do those pulses typically last, if you
12     know?
13  A  Very brief.  I don't know the answer to that question,
14     but they're very brief because you're getting
15     something like 10 to 20 pulses within a period of 1
16     second or less.
17  Q  What is dirty electricity that you refer to in your
18     article?
19  A  Well, it's a term that was developed by other people,
20     Sam Milham, particularly.  This is the -- EMFs are
21     basically a sine wave and the dirty electricity is
22     peaks that are superimposed on the sine wave.  It's
23     characteristic of eclectic magnetic fields from
24     electricity and, obviously, information is carried by
25     peaks superimposed on sine waves in the radiofrequency

88

1      era.
2          So the idea is that it's the dirty electricity,
3      not the sine wave.  This is what I was saying about
4      the signals from smart meters.  These pulses are
5      superimposed on a sine wave, and it appears to be the
6      rapid rise and fall that is so provocative.  Why that
7      would generate reactive oxygen species more than the
8      sine wave, I don't know that there's a good
9      explanation for that, but the evidence -- the weight
10     of evidence is that it's the rapid rise and fall
11     that's so important.
12  Q  And I'm just -- I need to get some clarification from
13     you because you talked about a peak being superimposed
14     on a sine wave.  And I'm -- believe me, even less an
15     engineer than I am a doctor, but doesn't every sine
16     wave have a peak?
17  A  Well, there's the peaks of the natural sine wave, yes,
18     that's not what I'm talking about.
19  Q  Right.
20  A  This is -- you have a sine wave and on that you
21     superimpose information, which is rapid rises and
22     falls.
23  Q  I see.
24  A  In the case of -- the way dirty electricity was --
25     that term was developed early was in relation to the

89

1      magnetic fields of power lines, there's no intent
2      to convey additional information on those sine waves,
3      but in reality depending on how they're constructed
4      above the grounding circuits and that sort of thing, a
5      number of people have seen these rapid rises and falls
6      and have related that to the risk of leukemia in
7      children and other diseases associated with power line
8      magnetic fields.
9   Q  And is that issue related to or distinct from what you
10     have described as the generation of reactive oxygen
11     species?
12  A  It is related to and probably is the basis of the
13     generation of these reactive oxygen species and that's
14     why we -- we believe that the smart meter waveforms
15     being these very rapid rises and falls, why they are
16     so much more toxic to people than just the sine wave,
17     and the reality is that there's some evidence that the
18     sine waves themselves are not very dangerous, that
19     it's only the superimposed rapid rises and falls that
20     generate the reactive oxygen species that are then the
21     cause of the health symptoms.
22  Q  And you said we believe that the superimposition of
23     these very high peaks on the sine waves makes RF
24     emissions generated by smart meters more toxic, has
25     that before been proven?

90

1   A  No, I don't think that's been proven, and I am not
2      sure how you would really prove it.  The reality is if
3      you take a measurement of the intensity from a smart
4      meter over a period of time, the average is not
5      unusually high.  The reality is that of the reports
6      that people that develop the electrohypersensitivity,
7      it seems to be so much just the proximity to smart
8      meters, other things, as well, of course.  But if you
9      looked at the average intensity from a smart meter,
10     there's no indication why that should be so great
11     except when you begin to look at these rapid rises and
12     falls it begins to make some sense.
13         We looked earlier at that Carney paper of this
14     electrosensitive woman physician, and again she
15     responded most to these rapid rises and falls.  In
16     that case, that was what dirty electricity was
17     originally described to be because it was -- it was
18     superimposed pulses on a relatively low frequency sine
19     wave, that being 60 hertz.
20  Q  So can you do your best to explain in laymen's terms
21     what it means to say that reactive oxygen species are
22     generated?
23  A  Well, reactive oxygen species are -- they're -- it's
24     probably best understood if you break down a water
25     molecule.  You have -- you have oxygen -- you break

91

1  the molecule and the balance between the electrons and
2  protons is screwed up, so you end up with a reactive
3  entity that tries to grab onto, tries to seal
4  electrons or protons from whatever is nearby.
5      The body is primarily composed of water.  You can
6  have reactive oxygen species from almost any molecule,
7  but with ionizing radiation, with nonionizing
8  radiation, the thing that's most likely to be hit when
9  the radiation hits the body is a water molecule.  And
10  that breaks down, creates these reactive oxygen
11  species that then try to steal protons or electrons
12  from whatever is nearby.
13      Now, reactive oxygen species are formed normally
14  in metabolism by our body.  They're formed in
15  mitochondria and they're part of the process of
16  generating the ATP, this energy for the body.  So our
17  body has very well-developed, protective mechanisms,
18  different enzymes, superoxide dismutase is one,
19  catalase is another.  Enzymes -- glutathione is
20  another.  Some of the vitamins are reactive oxygen
21  species scavengers.  So it isn't that these are
22  strange to our body, but in sensitive people they are
23  formed in a greater amount than in those of us that
24  are not electrosensitive.  And if they overpower the
25  protected mechanisms the body has, that's when we

92

1  begin to see disease.
2      Now, is all of that super well documented in the
3  scientific literature, no, I am extrapolating how I
4  understand the net result, but I think most people
5  that work in this area would agree with that
6  generalization.
7  Q  And, again, correct me if I'm wrong, but what I think
8  I hear you saying is that that phenomenon you've just
9  described is specific to people who are
10  electrohypersensitive; is that true?
11  A  No, I don't think it's specific to those people.  I
12  think for some reason it may be that they have a
13  deficient supply of these other mechanisms for
14  defending against it.  It may be that for some reason
15  they -- some difference in their body results in a
16  greater generation, but all of us generate reactive
17  oxygen species, when we metabolize food, there's no
18  reason to think that we don't generate them when we're
19  exposed to holding a cell phone to our head, but there
20  is a difference in an individual's sensitivity, which
21  we believe is in their ability to scavenge or to
22  inactivate these reactive oxygen species.
23  Q  And I appreciate that clarification because my
24  question was a poor one.  What I meant to say was, the
25  process or the phenomenon you've described is only

93

1  harmful or disease-producing in people who are
2  electrosensitive, true?
3  A  Well, it's the basis of the electrosensitivity, but I
4  don't think that's true in general because I think the
5  brain tumors that you get if you hold your cell phone
6  to your head for too many hours, that's also
7  development of reactive oxygen species, but most
8  people that develop a brain tumor from using their
9  cell phone too much are not in addition
10  electrosensitive.
11  Q  Gotcha.  Okay.
12  A  So it's a common mechanism with several different
13  outputs.
14  Q  Okay.  And has there ever been an article published
15  or -- let me start with that, has there ever been an
16  article published which, to your knowledge, describes
17  the phenomenon of a person suffering harm from the
18  generation of reactive oxygen species as a result of
19  exposure to a smart meter?
20  A  Specifically to smart meters, I can't think of one at
21  the moment.  There is an article in that Dropbox by
22  Yakymenko or whatever his name is that provides the
23  evidence for reactive oxygen species being generated
24  by RF.  I think most of us believe that reactive
25  oxygen species are the common mechanisms, but whether

94

1  there's a study that's looked specifically at smart
2  meter exposure, I can't think of one at the moment.
3  Q  And the Yakymenko article, is that Exhibit 16?
4  A  Yes, it is.
5  Q  Okay.  And so is this article -- tell me again the
6  significance of this article from your point of view
7  for this particular case?
8  A  Well, this is -- I'm not sure it's actually
9  specifically relevant to this particular case.
10  It's -- it presents the evidence that reactive oxygen
11  species are generated by radiofrequency radiation.  We
12  have some of that in the Belpomme paper, as well.  But
13  we see the reactive oxygen species as the common
14  mechanism for a great variety of health effects.
15      This whole thing about sperm counts, very clear
16  demonstrations that holding a wireless laptop in your
17  lap increases the generation of reactive oxygen
18  species in testicles.  So we think that's the basis of
19  the brain cancer, the fertility problems, the learning
20  and remembering problems, the electrohypersensitivity.
21  It seems to be a critical component of all of those
22  adverse health effects of all RF radiation.
23  Q  Does the Yakymenko article support the proposition
24  that reactive oxygen species are generated at the
25  levels of exposure to RF that come from smart meters?

95

1    A    Well, it's not dealing specifically with smart meters.
2    Q    I get that, yeah.  What I'm talking about is just
3         whether the -- whether this phenomenon is generated at
4         levels of exposure which are similar or analogous to
5         the levels of exposure that you would see from a smart
6         meter or whether these phenomena are observed only at
7         much higher levels of exposure?
8    A    Well, these studies are on isolated cells, so I'm not
9         sure it's -- it's quite fair to say that this article
10        provides support for ROS generation in a human being,
11        but it certainly is one of the best articles that
12        demonstrate that low-intensity radiofrequency
13        radiation at intensities much lower than that that
14        causes tissue heating generates reactive oxygen
15        species.
16   Q    So the Yakymenko article tells us that in an
17        experimental environment exposure to low-intensity
18        radiofrequency radiation can cause ROS in isolated
19        cells, and you infer from that that because that's the
20        case exposure to low levels or low-intensity
21        radiofrequency radiation could cause harm in human
22        beings?
23   A    That's right.  And the other important part of that,
24        getting back to that Belpomme article that I am a
25        co-author on, what Belpomme has done is take blood and

96

1         urine samples from people that have
2         electrohypersensitivity and look for markers of
3         oxidative stress.  Oxidative stress is what this
4         generation of reactive oxygen species leads to, and
5         what he finds is you can detect in blood and urine
6         tests that indicate that people with
7         electrohypersensitivity have more oxidative stress
8         than people that do not have electrohypersensitivity.
9         So I think the combination of the cellular study,
10        which is Yakymenko, and the human studies, which is
11        Belpomme -- and he has a number of other papers that
12        have more of the original data for that support,
13        together that -- they, and other publications, lead
14        one to conclude that the major adverse initial effect
15        of radiofrequency radiation is a generation of
16        reactive oxygen species.
17   Q    However, again, just to be clear -- maybe I should get
18        away from -- let me ask it this way, the significance
19        of the Yakymenko article, I take it, is that this, in
20        your mind, provides support for the proposition that
21        it is biologically plausible that RF emissions from a
22        smart meter could cause harm to a human being; is that
23        true?
24   A    That is correct at very low intensities, and that's
25        important.

97

1    Q    All right.  When we talk about exposure to RF, we're
2         talking about a combination of both intensity and
3         duration; is that true?
4    A    Yes.
5    Q    And if I understand your testimony correctly, correct
6         me if I'm wrong again, if smart meters were just
7         operating at whatever their normal frequency is, sort
8         of in the background, without rapid on/off pulses, you
9         wouldn't be very concerned about them; is that true?
10   A    Would you state -- do that again?
11   Q    Sure.  If smart meters were just operating at their
12        normal frequency without rapid and frequent off/on
13        pulses, you would not be particularly concerned about
14        their health effects; am I right about that?
15   A    Yeah, that is correct.  And that's actually a very
16        important question because the utilities only use
17        information for very brief periods of time, sometimes
18        I guess twice a day, but the smart meters generate
19        these bursts continuously.  And, again, this is one of
20        these examples of if -- if people would accept the
21        fact that there's harm from these continuous bursts of
22        pulses, why can't the utilities only have, you know,
23        three bursts in the morning and three bursts at night?
24        There -- the meters generate this constantly.
25             Now, there is a brief pulse, a little space,

98

1         another brief pulse, goes on 24/7.  So, you know, as
2         we said earlier, I'm not saying there's any threshold
3         for which there's no biological effect, but relative
4         to the smart meter buzzing all day, I wouldn't have
5         any concern about a few pulses with the information
6         being used, but that's not how the smart meters
7         operate.
8    Q    And do you have information about the time of day at
9         which the -- what the duty cycle is, if you will, of
10        the CMP smart meter?
11   A    No, I have no information on that.
12   Q    Hypothetically, if Mr. Friedman has a smart meter
13        attached to -- outside his kitchen and he's asleep 30
14        feet away in the house, when these bursts of energy
15        occur, is he at any risk of exposure from those bursts
16        of energy?
17   A    If he's 30 feet away, I would suspect he is at very
18        minimal, if any, risk.
19   Q    In that regard, have you -- do you have any opinion
20        about the -- from a percentage point of view, about
21        the extent to which harm to Mr. Friedman is heightened
22        or exacerbated by or would be heightened or
23        exacerbated by him having a smart meter on his home?
24   A    Ask that question again.
25   Q    Yeah, it was a really bad question.

99

1    I think it's your belief that everyone in the
2    world is at some heightened risk of harm if they have
3    a smart meter, true?
4  A  True.
5  Q  Do you have any opinion regarding the extent to which
6    Mr. Friedman, because of his Waldenstrom's, is at a
7    greater risk of harm than a healthy person would be?
8  A  Well, yes, I do have a strong opinion on that.  Now, I
9    obviously don't know where his smart meter is, whether
10   it's by the kitchen or by the bedroom, but whatever --
11   in his particular case, he has a form of Non-Hodgkin's
12   lymphoma.  We know that for leukemia, which is a
13   related disease, that the duration of the remission of
14   that -- of that cancer is reduced in relation to
15   excessive exposure.  He is vulnerable to have a
16   briefer period of remission.  This is a uniformly
17   fatal cancer, if you live long enough.
18      It's like prostate cancer.  Every man's going to
19   get prostate cancer if they live to be 120.  But for
20   this particular cancer that he has, elevated exposure
21   to electromagnetic fields from whatever source,
22   including smart meters, is going to decrease the
23   duration of that remission.
24      And while he can -- again, the issue here is
25   while he is allowed to opt out, is he going to have to

100

1    pay an extra charge for that?  And that's just, to my
2    mind, absolutely ridiculous.  He has a disability.
3    It's a serious disability.  We know that excessive
4    exposure's going to increase (sic) the period of his
5    remission, and there is absolutely no justification
6    for making him pay extra for that.
7  Q  Okay.  I want to break that apart in a minute, but,
8    Melissa, could you just read back the last sentence of
9    Dr. Carpenter's testimony so I can quote him
10   accurately or make sure I understand what he said?
11      (Whereupon a portion of the answer was read back
12   by the court reporter.)
13 A  That should have been decrease, decrease the period of
14   his remission.
15 BY MR. TAINTOR:
16 Q  Right.  And I thought that's what you said.  It
17   doesn't matter.  I knew what you were trying to say.
18      But I just want to make sure, you don't actually
19   know that exposure is going to decrease his period of
20   remission, do we?  I mean, we know -- I shouldn't say
21   we know, you believe that there is a risk that that
22   will happen, but you don't know that will happen,
23   true?
24 A  Of course, that's true.  One never -- never knows that
25   something is going to happen, but on the basis of the

101

1    scientific evidence, there is reason to believe that
2    that will happen and that his period of remission will
3    be reduced.
4  Q  Right.  And so my poorly-phrased question earlier was
5    meant to get at the degree of confidence you have in
6    that opinion and the likelihood that you're prepared
7    to ascribe to that possibility.  So are you prepared
8    to say to a reasonable degree of medical certainty
9    that the likelihood of Mr. Friedman's remission,
10   period of remission being decreased -- let me strike
11   that and start over.
12      Are you prepared to say to a reasonable degree of
13   medical certainty that Mr. Friedman's period of
14   remission is likely to be decreased by 1 percent?
15 A  I would certainly say with great confidence that it's
16   more likely than not that his period of remission is
17   going to be decreased.  I would not be willing to give
18   it a percent because I don't have the information on
19   the magnitude of his exposure to the smart meter
20   radiation.  It may be, as we said earlier, if he's 30
21   feet away that there would be effectively no -- no
22   exposure.
23      So I can't give a percentage, but I certainly can
24   say with great confidence that his period of remission
25   is going to be decreased.  Is it 5 seconds, is it 5

102

1    years, I just don't have the information to make that
2    judgment.
3  Q  But it might be 5 seconds?
4  A  That's correct.
5  Q  And you're not prepared to say to a reasonable degree
6    of medical certainty that it would be more than 5
7    seconds?
8  A  No, I am not.
9  Q  Okay.  All right.  Let me figure out where I am here
10   and see if we can plow through the next hour or so.
11      In your report, which is Exhibit 7 --
12      MR. MERRILL:  I'm sorry, what's the number,
13   Chris?
14      MR. TAINTOR:  Seven.
15      MR. MERRILL:  Thanks.
16      MR. TAINTOR:  Yeah.
17 BY MR. TAINTOR:
18 Q  At the top of page 3 of your report is the statement,
19   Besides airborne transmission emissions to the
20   utility, there is some evidence these are RF
21   emissions, as well as lower frequency emissions
22   affecting power quality, may be transmitted throughout
23   structures as conducted and radiating emissions on
24   building wiring, acting as an antennae.
25      Can you explain to me in relatively simple terms

103

1   what you mean by that?

2   A   I'm not seeing -- this is in my report on the third

3       page?

4   Q   Yes, at the end of the -- the follow-on paragraph on

5       the previous page.  It ends with the parenthetical

6       Isotrope, 2013.

7   A   This is my report?

8   Q   Yes, Expert Report, David Carpenter.

9   A   That's one of the other cases?

10  Q   No, that is this case.

11      MR. MERRILL:  You're saying it's on page 3,

12      Chris?

13      MR. TAINTOR:  Well, that is what it is on my copy

14      here.  It starts at the top of the page, says, What is

15      important is cumulative, aggregate RF exposure.

16      MR. MERRILL:  Okay.  And where are you --

17      MR. TAINTOR:  The last sentence of that

18      paragraph.

19  BY MR. TAINTOR:

20  Q   Do you see where I am, Dr. Carpenter?

21  A   No, I don't.

22      MR. MERRILL:  Where it says, Besides airborne

23      transmissions?

24      MR. TAINTOR:  Right.

25  A   This is under smart meters or under this case or under

104

1       radiofrequency fields and cancer?

2   BY MR. TAINTOR:

3   Q   Under smart meters.  It's the first paragraph under

4       the heading, Smart Meters.  It's the last -- last --

5   A   Oh, okay.  Yeah.  Right.  We don't have the same page

6       numbers here.

7   Q   Oh, okay.

8   A   So it's the sentence, Most electronic meters transmit

9       signals, is that it?

10  Q   No, the next -- the next sentence, Besides airborne

11      transmission.  I guess I'm trying to understand what

12      the significance is of that sentence where it talks

13      about radiofrequency being transmitted throughout

14      structures as conducted and radiating emissions on

15      building wiring acting as an antennae, what's your

16      understanding of what that --

17  A   I'm not finding that in my report.  This is under,

18      smart meters, the end of the first paragraph?

19  Q   Right.  It's Exhibit 7 I sent to you yesterday.

20  A   Let me go back to the exhibits because I think you

21      must be in one of the other reports.  There are three

22      other case reports there.

23  Q   This one is captioned, Friedman v. Central Maine Power

24      Company.

25  A   It's the heading?

105

1       MR. MERRILL:  Look at Exhibit 7 of the exhibits I

2       sent you yesterday, David.

3       THE WITNESS:  I'm getting there right now.  Well,

4       the seventh exhibit is my paper on the microwave

5       syndrome, that's not what you're talking about, is it?

6   BY MR. TAINTOR:

7   Q   No.  Mm.  Okay.  That's --

8   A   All right.  This -- all right.  I have got Exhibit 7,

9       which is my report.

10  Q   Top of the third page.

11  A   What is important is cumulative -- okay.  Now we are

12      on the same page.

13  Q   Yeah.  Okay.  So I was asking about that last

14      sentence, and I was trying to understand the

15      significance from your point of view medically of the

16      last sentence, which refers to the transmission of

17      radiofrequency emissions throughout building wiring.

18  A   Yes.

19  Q   Can you tell me how that is significant, in your

20      opinion?

21  A   Well, what I'm trying to explain there, and again I am

22      not an electrical engineer but the -- there -- the

23      engineers do make statements that say that you get

24      radiofrequency emissions from power lines.  You get

25      dirty electricity on all of these different kinds of

106

1       things and that the -- obviously, the electromagnetic

2       fields go through the air, but they can be conducted

3       into the wiring of the house and that can increase the

4       exposure of dirty electricity because of the building

5       wiring, which acts as an antennae.  Again, I shouldn't

6       pretend that I really understand that all that well,

7       but that's why I do have a reference for that because

8       this is the kind of statements that are made by the

9       engineers that do understand how household wiring and

10      whether a house is made of metal or brick or wood

11      influences the lower-frequency emissions that you get.

12  Q   You mean lower -- do you mean lower-intensity

13      emissions or lower frequencies?

14  A   Well, this is -- both RF and lower-frequency emissions

15      that affect the quality of the signal.  I'm not

16      explaining that very well because I don't understand

17      it very well.

18  Q   Okay.  All right.  Well, that makes two of us.  Great.

19      I will ask somebody else.

20      But I guess the point is, the fact or the

21      assumption, I guess, stated in the sentence we just

22      talked about, that lower-frequency emissions may be

23      transmitted through building wiring does not inform

24      your opinions about Mr. Friedman's exposure because as

25      far as I know and as far as you know, I assume, that

107

1  exposure -- the exposure he would receive in a room of
2  his home remote from the smart meter has never been
3  measured; is that true?
4  A  That's correct.  That is correct.  But what I was
5  trying to say there, the smart meters are generating
6  signals that go through the air from the smart meter
7  to the utility.
8  Q  Right.
9  A  And those airborne radiofrequency signals can have
10  influences on the wiring of the house that will act as
11  an antennae and make things worse than they would be
12  if they didn't act on the house wiring.
13  Q  Right.  It could make things worse, but we don't know
14  whether it would be sufficiently worse to have any
15  impact whatsoever on Mr. Friedman, true?
16  A  That's true, yes.  But we don't know that it doesn't
17  either, so it's just an unknown.
18  Q  We're in a state of uncertainty?
19  A  Yes.
20  Q  So we've talked about Exhibits 8 and 9, I think.  Let
21  me ask you about Exhibit 10.  So I guess this is the
22  McCarty article we talked about a little bit before.
23  A  Yes.
24  Q  And would you tell me specifically how -- so I guess
25  you wrote in your report that there's been only one

108

1  completely blinded study of an electrosensitive
2  individual that has documented the ability of that
3  individual to report symptoms in the presence of an
4  electromagnetic field; is this that case report?
5  A  This is that case report, yes.
6  Q  And that's just of one person, correct?
7  A  That's of just one person, yes.
8  Q  And is this -- I think I have seen this described in
9  your testimony in another case, it may have been The
10  Fay School case, I am not sure which, is this the
11  situation where they take somebody into a room that is
12  completely shielded from all other radiofrequency
13  radiation and conduct a provocation study?
14  A  Yes.  Now, I don't know that in this particular paper
15  that they were able to shield all outside radiation,
16  but it was certainly a room where that was
17  dramatically reduced.
18  Q  Okay.  And this is a study of just one person?
19  A  Yes.
20  Q  Is this the one that involves the patient who is a
21  physician?
22  A  Yes.  I probably should have referenced, which I did
23  not, the Rea study, which we discussed earlier, which
24  is a larger number of people, but there were some
25  things done better in this study, which is more -- a

109

1  little more recent than the 1991 Rea study.
2  Q  And Ray, is that R-a-y?
3  A  R-e-a.
4  Q  R-e-a.  1991.  Do you know what journal it was
5  published in?
6  A  I believe it was the Journal of Bioelectricity.
7  Q  Okay.
8  A  That was the study that clearly showed some people
9  that blame radiofrequency radiation for their
10  illnesses.  It was not -- they were not able to
11  distinguish whether they were exposed or not exposed,
12  whereas others could correctly identify when the
13  fields were on.
14  Q  Would you be willing to -- I see -- I see a couple of
15  Rea articles from 1991 in the Journal of
16  Bioelectricity.  I see an article called,
17  Electromagnetic Field Sensitivity, is that the one
18  you're talking about?
19  A  Yes, that's it.
20  Q  I don't know that I have access to the complete
21  article here, so is that something that you reviewed
22  and have provided with the documents today?
23  A  I did not provide it with the documents today, and I
24  think -- I also have the problem that I didn't have an
25  electronic copy of it.  And it's a journal for which

110

1  it wasn't easy to get a copy.  I was being lazy.
2  That's why I didn't reference that paper in addition.
3  Q  Okay.  And then Exhibit 11 is a Falcioni article,
4  that's a more recent one from 2018, I think.  And
5  what's the significance of this article to your
6  opinions?
7  A  Well, this is a study of cancer in rodents on chronic
8  exposure to radiofrequency fields.  This one we
9  perhaps should have discussed after the twelfth, but
10  this one was a study where the exposure was designed
11  to be similar to that from a cell tower, so
12  considerably less than what we will get to with the
13  NTP study, which is the next one, which was designed
14  to expose at the levels you would get from a cell
15  phone.
16      The point is this study from the Ramazzini
17  Institute in Italy demonstrated elevations in schwann
18  cell schwannomas, which is a tumor of the schwann
19  cells that wrap around nerves, which is one of the
20  cancers that's seen in people that use cell phones for
21  long periods of time and an elevation in the risk of
22  gliomas of the brain, which is the other cancer that
23  results from cell phone exposure.  And this
24  complements the results of the NTP study, but it's
25  done at an order of magnitude of lower intensity of

111

1  exposure.

2      And these two studies together are particularly

3  important because the International Agency for

4  Research on Cancer, part of the World Health

5  Organization, came out with a report -- I have it

6  right here, but I don't remember exactly the year, but

7  it was maybe six, eight years ago that rated

8  radiofrequency fields as possible human carcinogens.

9  One of the reasons their evidence was not stronger

10  than that was that there hadn't been good studies of

11  demonstrated cancer in animals.

12      And this study demonstrates cancer in animals at

13  intensities way below that that would cause tissue

14  heating.

15  Q  You said that Falcioni article talks about gliomas and

16  schwannomas?

17  A  That's correct.

18  Q  And are either of those relevant to Mr. Friedman's

19  situation?

20  A  Not directly, but they are -- they're cancers induced

21  by radiofrequency fields.  Now, he is not alleging

22  that his Waldenstrom's lymphoma is due to exposure,

23  but the study is important in demonstrating harmful

24  effects of lower intensity radiofrequency fields that

25  do not cause tissue heating.

112

1  Q  So just to kind of summarize that again, I think what

2  you're saying is this article, like several others,

3  supports, in your view, the proposition that exposure

4  to radiofrequency at a level that is not sufficient to

5  cause tissue heating can cause some cancers?

6  A  That's correct.

7  Q  However, in this case -- however, those are cancers

8  that are different from Mr. Friedman's, and we know

9  that Mr. Friedman is not claiming that exposure to RF

10  caused his cancer; is all that true?

11  A  That is true.

12  Q  The Foliart article, which is Exhibit 12, is another

13  that you've cited in your report.  What's the

14  significance of this study in terms of your opinions?

15  A  Well, this one is very basic because this is one of

16  those studies that show that children who already have

17  leukemia, if they're in an environment where they have

18  elevated exposure, the period of remission of that

19  leukemia after the initial treatment is shortened.

20  While leukemia in children is not the same as

21  Waldenstrom's lymphoma in an adult male, the --

22  lymphomas and leukemias are both cancers of the immune

23  system.

24      And so this one is directly relevant to my

25  opinion that because of the smart meter on

113

1  Mr. Friedman's house, he is in danger of having a

2  recurrence of his cancer at a shorter rate of time

3  than if he were not exposed.

4  Q  Are there selection biases reflected in this study?

5  A  No, I don't think so.  It's a good study.  They looked

6  at a group of children with leukemia and a group of

7  children without leukemia and -- no, I'm sorry.

8  That's not true.

9      They looked at children with leukemia, monitored

10  their homes to find whether there were elevated

11  magnetic fields and demonstrated that those children

12  that had higher EMF exposures had a recurrence of

13  their leukemia in a shorter period of time than those

14  children that did not have those elevated exposures.

15  Q  So if we look at the last page of this article under

16  the heading, Discussion, the authors refer to three

17  limitations of the study; do you see that?

18  A  Yes.

19  Q  One of the limitations noted by the authors was that

20  fewer than one-third of potentially eligible children

21  had enrolled in the study with lower participation

22  among nonwhite children.  Does that reflect the

23  selection bias in your view?

24  A  Well, it's not really a selection bias.  It is a

25  source of possible confounding when you aren't able to

114

1  recover all the people in your original set, but by

2  itself, it's not selection bias.

3  Q  In the last paragraph of the article above the

4  heading, Acknowledgements, reads the sentence, No

5  consistent or statistically significant trend was

6  noted between increasing exposure to MF, magnetic

7  fields, and event-free survival or risk of death.

8  What's the significance of that sentence to

9  interpreting the weight that you would give this

10  article?

11  A  Tell me again where that sentence is.

12  Q  It's about eight lines up from the bottom, above the

13  caption, Acknowledgements.

14  A  Yes.

15  Q  It says, No consistent or statistically significant

16  trend was noted between increasing exposure to MF and

17  event-free survival or risk of death.

18  A  Right.

19  Q  What does that mean?

20  A  What they were saying is they were not able to detect

21  there was a response relationship, so that is a

22  limitation of the study, and it's appropriate for the

23  authors to make that comment.

24      The -- every study is limited both by the number

25  of people, number of subjects or your ability to

115

1    follow them over longer periods of time.  I don't
2    think that detracts from the conclusion of the study,
3    but it certainly is a limitation.
4  Q  That paragraph goes on to say, Although we report
5    poorer survival among children with the highest MF
6    exposure category, clinical inferences are limited
7    with results possibly attributable to chance alone.
8       Does the fact that the results are possibly
9    attributable to chance alone detract, in your mind,
10    from the weight that should be given that study?
11  A  Yes, it detracts from the weight that should be given
12    it, certainly, but, you know, again, this is why one
13    looks at the weight of all of the evidence.
14       We'll get shortly to the Svendsen paper, which
15    basically shows the same kind of thing.  The authors
16    are quite appropriate to state clearly the limitations
17    of their study.  And when authors do that, that makes
18    me actually consider them more carefully because it
19    means the authors are not trying to pull the wool over
20    your eyes with something that isn't well-documented.
21       You're always limited by the number of subjects
22    in your study, especially if you're following over
23    long periods of time, you're retention rate and that
24    sort of thing.  And one study doesn't prove a point
25    beyond a shadow of a doubt, but it, in this case, is

116

1    certainly relevant.
2  Q  Right.  And actually, the last sentence -- the next
3    sentence of this paragraph says that independent
4    confirmation is needed and also says that the author's
5    findings can be viewed only as hypothesis-generating.
6       And is it, in fact, the case that the scientific
7    or the weight to be reported on any study depends in
8    part upon the capacity to replicate the findings of
9    that report?
10  A  Yes, and actually if you look at Number 14, the
11    Svendsen study, they state right up front that the
12    Foliart study was done and seemed to show a shorter
13    remission period and that they wanted to try to
14    replicate that study, which they did.  And so it is
15    not just a single study that demonstrates this
16    shortening of the remission period, but one done in
17    the U.S., one done in Sweden.
18  Q  So the Foliart article, by its own terms, did nothing
19    more than generate a particular hypothesis, correct?
20  A  That's correct, yes.
21  Q  And then the Svendsen article, which is Exhibit 14,
22    first of all, had a different end point than the
23    Foliart study; did it not?
24  A  Yes.
25  Q  And the Svendsen article end point was survival not

117

1    event-free survival?
2  A  Yeah, survival, so they're looking for death.
3  Q  And the follow-up interval of the studies was
4    different?
5  A  Yes, it certainly was different.
6  Q  Did the Svendsen article try to replicate the event-
7    free survival reported by Foliart?
8  A  Well, it certainly didn't have exactly the same design
9    because it was looking for death, not periods of
10    remission, but the -- they clearly believe that they
11    replicated results that were -- supported the
12    hypothesis that was generated in the Foliart study.
13    So, you know, they say in conclusion, this study is
14    generally consistent with previous findings, however
15    it's not the same -- exactly the same study, and it's
16    still small numbers of cases.  So they also
17    acknowledge limitations to their study, but they
18    designed the study basically to be a replication of
19    Foliart, albeit in a different country so they didn't
20    have exactly the same kinds of data, but they get a
21    result that is consistent with the hypothesis that was
22    generated in the Foliart study.
23  Q  And the conclusion of the Svendsen article was that in
24    all the increase is still based on small numbers and
25    the biological mechanism to explain the findings is

118

1    not known, correct?
2  A  That is correct.  Again, that's a responsible
3    statement of the limitations of the study.
4  Q  Have there been further efforts to replicate or
5    confirm the Foliart and Svendsen studies?
6  A  There was one paper that I regret not having mentioned
7    in my report.  I did mention it earlier.  It's --
8    whose author was Lerchi or something like that.  I
9    have it here.  The issue was that -- Lerchi, L-e-c-h-i
10    (sic).  This is a 2015 paper, and its title is, Tumor
11    Promotion by Exposure to Radiofrequency
12    Electromagnetic Migration --
13  Q  I'm sorry, Doctor, you're going to have to repeat that
14    for Melissa, at a slower rate.
15  A  The first author is Lerchi, L-e-r-c-h-i, and the
16    publication is entitled, Tumor Promotion by Exposure
17    to Radiofrequency Electromagnetic -- Electromagnetic
18    Fields Below Exposure Limits for Humans.  And this was
19    not a study in humans.  It was of mice, but they
20    looked to -- they saw a clear dose response curve, the
21    outcome was lymphomas in the exposed animals of -- it
22    was significantly higher than sham-exposed animals, in
23    addition lymphomas were also found to be significantly
24    elevated by exposure.
25  Q  You said that's Lerchi, what year?

119

1   A   2015.

2   Q   Is that one of the articles that you provided today?

3   A   No, it is not.  I should have provided that.  I guess
4       I didn't mainly because it wasn't human, but it is
5       consistent with the other findings.  And in this case,
6       in a mouse study, you can do a clear dose response
7       relationship.  And that's what they have that the
8       human studies really didn't provide.

9   Q   Okay.  Do you have the -- your file from the PUC case
10      still at the ready there?

11  A   Which case?

12  Q   The Maine PUC case?

13  A   Yes, yes.

14  Q   I want to ask you -- I want to go through the email
15      from Mr. Friedman to you.

16  A   Yes.

17  Q   And I haven't had a chance to print this all and get
18      it marked yet, but we'll do that as another exhibit
19      the next time we take a break.

20      So this is an email from Mr. Friedman to you,
21      dated March 20, 2013, correct?

22  A   Correct.

23  Q   And this says the subject is Carpenter, DR, and I
24      assume that's data request responses.  So do you
25      remember working with Mr. Friedman to provide data

120

1       responses to requests from the -- that were submitted
2       in the Maine Public Utilities Commission proceeding?

3   A   I don't remember that, no.  Obviously, I did, but I
4       don't recall.

5   Q   So I'm not sure if this is Mr. Friedman's language or
6       if he's quoting someone else.

7   A   I think all that's in the larger font must have been
8       taken from some other source.

9   Q   Okay.  So the first paragraph after the one that says,
10      Comments, references, and attachments, etc. --

11  A   Yes.

12  Q   -- EXM-017-001, while there are plenty of accounts of
13      electrical sensitivities from exposure to a wide
14      variety of RF sources, there is something unique to
15      smart meters that has triggered an often rapid
16      response in individuals with no prior sensitivities
17      and cause a worsening of symptoms for many with
18      preexisting sensitivities, See Conrad survey.

19      So this is information that Mr. Friedman was
20      providing you to assist you with your work in the
21      Public Utilities Commission case?

22  A   That's correct.

23  Q   And the Conrad survey was a survey of CMP customers'
24      self-reported symptoms?

25  A   That is correct.  And I do have in this file the

121

1       results of that survey, which I actually don't recall
2       at all, but I do have the reports of that survey.  It
3       was self-reported -- self-reported surveys.  They have
4       to be taken with a grain of salt, but in that case,
5       they were reporting that after smart meters were put
6       on hold, some 70 percent of people felt they suffered
7       adverse health effects.

8       Again, I'm a little skeptical of any self-report
9       study when you are asking someone if a specific event,
10      like a smart meter being placed on your house caused
11      you problems because the tendency is to feel that the
12      person asking you wants you to say yes.

13  Q   Right.

14  A   It gave me headaches and so there's an increased risk
15      of getting that kind of information.  In other words,
16      I don't see this as a properly-designed study where
17      one would get injected results.  Nevertheless, there
18      was this report that many people developed responses
19      that they considered adverse.

20  Q   Did you review the Conrad survey when you were
21      preparing your report in this case?

22  A   I have absolutely no recollection of my preparing a
23      report in this case.  I am not even sure I did prepare
24      a report.  This may have only been oral testimony.

25  Q   No, I'm sorry.  In -- what I meant to say was the case

122

1       we're here to talk about today.

2   A   No, I did not review this Conrad report.  I had -- I
3       had totally forgotten about it.

4   Q   Okay.  And the reason I ask is that it is cited in the
5       list of references for your report, and I guess I have
6       to clarify, this is -- I'm sure this is just a
7       typographical error, but if we look at Exhibit 7,
8       fifth page after your signature, the date 28, October,
9       2012 appears.  I assume that should be 28 October
10      2021?

11  A   Yes, yes, that's clearly a mistake.

12  Q   Yeah.  And the third reference you will see is Conrad
13      Exhibit D, Smart Meter Health Effects, etc.  It goes
14      on to talk about -- refer to that as an exhibit to the
15      prefiled testimony of Richard Conrad.

16      So you don't recall and believe, in fact, that
17      you did not refer to the Conrad survey in preparing
18      your report; is that true?

19  A   Well, I know I didn't -- didn't review it.  I am
20      trying to find where that reference is because -- yes.
21      Okay.  So --

22  Q   So let me ask you this, did Mr. Friedman work with you
23      to prepare this report?

24  A   He gave me some advice, but he certainly didn't work
25      with me, but that must have come from him because I --

123

1    I have not reviewed that Conrad report and I didn't

2    even find it until you asked me to see if I had

3    anything in my file cabinets.

4  Q  Do you remember what portions of -- it sounds like

5    Mr. Friedman is the one who provided you with a

6    reference to the Conrad survey.  Did he provide you

7    with any of the other references --

8  A  No.

9  Q  -- that support this report?

10  A  No, none of the other references.

11  Q  Did Mr. Friedman author any other portions of your

12    report?

13  A  Not to my recollection.  As a matter of fact, I am not

14    even certain that he saw my report, but clearly I got

15    that reference from him or one of the other lawyers

16    because I did not have his report, and I do not at the

17    present time have his report.

18  Q  On the section of the report -- of your report

19    starting on page 2, under the heading, This Case,

20    there are two paragraphs that talk about

21    Mr. Friedman's medical history, his legal claims, and

22    the purposes of the discrimination laws under which he

23    is suing.  Did Mr. Friedman provide that information?

24  A  Once again, which information are you talking about?

25  Q  The heading -- the section entitled -- the two

124

1    paragraphs under the heading, This Case?

2  A  This Case.  Okay.  Mr. Friedman certainly provided me

3    with the statement that he was challenging the --

4    Central Maine Power to force him to pay surcharges,

5    and then he listed the three different acts in which

6    he was making those charges.  Yes, that came from

7    Mr. Friedman.

8  Q  And the second paragraph, that section, as well?

9  A  He certainly informed me that he was taking this

10    action on the basis of the Americans with Disabilities

11    Act, but the rest of that is my words.  And, of

12    course, this is the same act which The Fay School was

13    built on, so that -- that was material that I knew

14    rather well.

15  Q  Okay.

16  A  But the specific thing about prohibiting imposition of

17    a surcharge, that obviously is relevant to

18    Mr. Friedman, not The Fay School personnel.

19  Q  That's information that -- is that actually a section

20    of the report that was written by Mr. Friedman or did

21    he tell you something and you --

22  A  No, he told me something, but that certainly is my

23    wording.

24  Q  Okay.  So going back to Mr. Friedman's email to you

25    from March 20, 2013, the paragraph that begins

125

1    EXAM-017-003 says, Swerdlow, S-w-e-r-d-l-o-w, is the

2    chairperson of the AGNIR 2003 report.

3        So do you know who Swerdlow is and what the AGNIR

4    is?

5  A  Well, I know that Swerdlow is a British person that's

6    been active in this area, and the AGNIR was a report.

7    I do have a copy of it somewhere.  It's a report

8    that's been heavily criticized by some people.  I

9    don't actually recall much about it.

10  Q  So is it fair to say -- I got sort of screen shots of

11    this email, so I haven't had a chance to go through

12    the whole thing yet, but it appears to me that this

13    email is Mr. Friedman sort of giving you suggestions

14    on how to structure and frame your testimony in the

15    Public Utilities Commission case?

16  A  I think that's exactly right, yes.

17  Q  Let me go back and find the rest of that.  All right.

18    I guess I am not going to bother to go through the

19    rest of this email now.  As I said, when we take a

20    break, I will mark it as an exhibit so we have it for

21    the record.

22        Can you take a look at your handwritten notes

23    about the case so I can ask you about those, as well?

24  A  Yes.

25  Q  Do you have that document?

126

1  A  Yes, I do.

2  Q  So it looks like your first -- and these are notes

3    that you made in connection with this case, not the --

4    not the PUC case, right?

5  A  That's correct.  This was my notes after a phone call

6    from Ed Friedman.

7  Q  It says, Smart meters, opt out, I think it says,

8    disability claim; is that right?

9  A  That's correct.

10  Q  Have to pay fee monthly so shouldn't have to pay for

11    something you don't want under Americans with

12    Disabilities Act; is that right?

13  A  Right.

14  Q  Illegal surcharges, surcharges underlined, and then I

15    can't quite read the next paragraph.  Can you read

16    that to me?

17  A  Well, I am not sure I can either.  Defense says, no

18    link between smart meters and Ed's cancer.

19    Waldenstrom's, Non-Hodgkin's, fatigue, bone and joint

20    pain.  Ed must prove that having a smart meter

21    actually risks worsening his symptoms and cancer

22    prognosis.

23  Q  Maybe progression?

24  A  Progression, yes.  ROS, written report due November 1.

25    Report would be about the impact of smart meters,

127

1    would increase risk of symptoms of Non-Hodgkin's?

2    Does this increase or worsening -- does this increase

3    or worsen Ed's symptoms, is laymen's terms a

4    Non-Hodgkin's/Waldenstrom's, his rare diagnosis 2013,

5    increased IGM levels.

6   Q   What does the ROS mean on the first page?

7   A   That's reactive oxygen species.

8   Q   And that was -- was that something that came to your

9    mind as you were talking with Mr. Friedman, or was

10   that something he suggested to you?

11  A   I don't recall, but I suspect that's something that

12   came to my mind immediately.

13  Q   Let's keep plowing for now, and we will do the best we

14   can and see how it comes out.  We may have to take

15   another break at some point.

16       Let me ask you about Exhibit 15, which you have

17   talked about a few times.

18  A   Yes.

19  Q   This was your report of the partial findings from the

20   National Toxicology Program, Carcinogenesis Studies of

21   Cell Phone Radiofrequency Radiation.

22       What is HsD?

23  A   It's related to the strain of rats.

24  Q   Okay.  So what is the significance -- I take it you --

25   I think you've mentioned many times that you thought

128

1    this was a particularly relevant piece of literature.

2    What's your --

3   A   Yes, this -- I mentioned IARC, the International

4    Agency for Research on Cancer didn't rate

5    radiofrequency fields as proven human carcinogens and

6    one of the main reasons for that was there had never

7    been demonstration of cancers in animals exposed to

8    cell phone frequencies.  This was actually the

9    largest, most extensive study ever done by the

10   National Toxicology program.

11       They demonstrated elevation of schwannomas, which

12   are like those acoustic neuromas.  Obviously the rats,

13   who had whole body radiation, it wasn't just to their

14   head, so this schwannoma of the heart is the same

15   cancer as the acoustic neuroma of the auditory nerve.

16   They found elevations in gliomas, as did the Ramazzini

17   Institute report I talked about earlier.  They clearly

18   demonstrated DNA damage.

19       Now, again, the intensity used here is like that

20   that you would get from a cell phone, so it's

21   certainly below the intensity that would cause tissue

22   heating.  They also found two other cancers, which

23   hadn't previously been reported in humans, tumors of

24   the adrenal gland and the -- I have forgotten the

25   other one.  But a very comprehensive study, to my

129

1    mind, just sets to rest forever the allegation that

2    radiofrequency fields don't cause cancer.

3   Q   Again, we know that there is no allegation in this

4    case that Mr. Friedman's cancer was caused by

5    radiation, correct?

6   A   That is correct.

7   Q   So --

8   A   So I think the importance of this study and a number

9    of the others was not that it was directly relevant to

10   the disease that Mr. Friedman has, so the cancer that

11   he has, but that it was directly relevant to the idea

12   that exposure to radiofrequency fields cause disease.

13   And in his case, the concern is that they will cause

14   recurrence of his cancer at earlier periods of time

15   than would occur if he were not exposed.

16  Q   And just to put a finer point on that, do you draw

17   that conclusion because of the studies that pertain to

18   reduction of remission time in children with leukemia?

19  A   That is correct.  I think those studies are the

20   evidence to support that -- that conclusion.

21  Q   And leukemia is a different disease than

22   Waldenstrom's, correct?

23  A   Correct.  But they're both diseases of the immune

24   system.

25  Q   And is that overlap, if you will, or similarity

130

1    sufficient, in your mind, to say that the effects,

2    which were shown in studies of children with leukemia,

3    are transferable to an adult with Waldenstrom's?

4   A   Yes, I think that the -- there's reason for that and

5    some of this comes from my own studies, not with

6    electromagnetic fields, but with exposure to

7    polychlorinated biphenyls.  We have looked at rates of

8    all of these cancers of the blood cells, the immune

9    blood cells in relation to exposure to PCBs and what

10   we find is basically all of the blood -- the white

11   blood cell cancers are elevated in relation to

12   exposure to PCBs.  They're -- and that's been --

13   that's been found in a lot of the lawsuits also with

14   PCB exposure, Non-Hodgkin's disease.

15       So they're not exactly the same, of course, but

16   there's every reason to believe that the risk factors

17   are common among the different kinds of cancer.

18  Q   When we look at your -- well, let me ask this

19   question, if I understand your testimony correctly --

20   let me strike that and start again.

21       Is it your belief that evidence that RF exposure

22   causes one kind of cancer is evidence that RF causes

23   all kinds of cancer?

24  A   Let me think about that a moment.  I do think that

25   there is pretty good reason to believe that RF causes

131

1    every kind of cancer.  Now, how strong is that
2    evidence, well, I would certainly say it's -- it's not
3    terribly strong because then every kind of cancer has
4    been studied, but in the IARC document, they certainly
5    list various kinds of cancers.  I think just -- the
6    ones for which there's strong evidence are several
7    kinds of brain cancer, the auditory nerve cancer, the
8    breast cancer.  There's some evidence for lung cancer
9    and gastrointestinal cancers.  Most of the other
10   cancers that are less common have not been studied.
11        So I guess my answer to that question is, what I
12   believe is that I believe that all cancers are
13   increased by RF.  What I can document scientifically
14   is certainly less than that because not all cancers
15   have been studied in relation to exposure, but enough
16   cancers have been so that it's a reasonable hypothesis
17   to think that radiofrequency radiation can increase
18   the risk of all kinds of cancer.
19 Q  And can also exacerbate all kinds of cancer?
20 A  That's correct, reduce the remission periods for all
21   kinds of cancer.  Although, it's only leukemia that's
22   ever been studied.
23 Q  And was that the proposition that you attempted to
24   convey to the Maine Public Utilities Commission when
25   you testified in that case?

132

1  A  Well, I don't recall my testimony in that case, but if
2    asked I certainly would have made the same statement.
3    Of course, that was, what, four years, and there's --
4    there's stronger evidence now than there was four
5    years ago.  But I think even at that time, I would
6    have seen the evidence strongly suggested that it
7    wasn't only leukemia that was increased by exposure to
8    magnetic fields.
9  Q  Despite your belief that the risk of -- that all
10   cancer is increased or that the risk of all cancer is
11   increased by exposure to RF, you're willing to assume
12   the risk of having Wi-Fi in your home, correct?
13 A  Correct.
14 Q  Why is that?
15 A  Well, again, one has to balance risk against benefit.
16   The Wi-Fi I have in my home, first of all, was ordered
17   by my wife, not me, and I argued about it a little
18   while.  But it's -- it's part of our modern life, and
19   I certainly agree that there is an elevated risk of
20   cancers because of our exposure to Wi-Fi, but there's
21   elevated risk of cancers for so many things, some of
22   which we can control, some of which we cannot.
23        So the Wi-Fi -- the degree of elevation of risk
24   from Wi-Fi in my home I judge to be not greater than
25   the benefit that comes from having Wi-Fi in my home.

133

1  Q  Do you have a smart meter in your home?
2  A  I do.
3  Q  That's a risk that you're willing to assume, as well?
4  A  Well, it's interesting, I almost mentioned this
5    earlier, but I wasn't sure this was a smart meter, but
6    I did have a visitor from Europe who had good meters
7    and we did take a good survey of the exposure in my
8    home, including that from the smart meter.  I live in
9    a brick house, and it turns out that the radiation
10   from the smart meter did not significantly penetrate
11   the house.  It -- it was a very high-intensity
12   exposure immediately adjacent to the smart meter
13   outside and then it fell off with distance, so that
14   there was no clear measurement of elevated intensity
15   if you got about 8 feet away from the smart meter.
16        You know, again, in my area, you're not asked if
17   you want to have a smart meter.  It's just put on, and
18   I didn't even realize that we had one for a long time
19   until I looked at it, and someone did change the
20   meter.  This is what's happening all over the place,
21   that these meters are being installed without asking
22   anybody's permission.  They're installed by the
23   utilities and most people aren't even aware of them.
24        In my case, one of my concerns was that just
25   inside the house from the smart meter was the chair

134

1    that my wife spends a lot of time in watching
2    television, but measuring there, there was no
3    elevation from the smart meter.  There was an
4    elevation from the telephone, which was tied to a
5    network for deck phones, even though this was not a
6    deck phone, and that turned out to be a much more
7    significant source of exposure than others.
8        Now, as a result of that survey of my home, which
9    probably is going to get published, we certainly have
10   taken steps to move the -- the wireless router to a
11   more distant part of the house.  The part of the house
12   that is further removed has very low RF levels.  And
13   so you -- once you have the information, you can take
14   steps to -- to use the modern technology, but to
15   reduce the exposure.
16 Q  Do you have the ability to opt out of the smart meter
17   in New York?
18 A  I don't think you do.  As a matter of fact, I know you
19   don't because people that have fought this have had
20   their electricity turned off.  In my area, I -- in the
21   city of Albany, I don't think this has gotten any
22   attention at all.  But I have been involved in
23   advising people in other parts of the state who
24   strongly objected and then were not able to have an
25   analogue meter put on, but had their electricity

135

1    turned off because they had by themselves replaced the
2    smart meter with an analogue meter, which the utility
3    didn't approve.
4  Q  How long ago was it that you discovered that you had a
5    smart meter?
6  A  Last summer.
7  Q  Who's your electricity provider?
8  A  Niagara Mohawk.
9  Q  Did you -- I take it from your testimony that your
10   opinions in this case about the potential biological
11   harm that could occur from exposure to RF is based in
12   part on studies you have conducted on PCBs; is that
13   true?
14 A  No, I don't think that's really true.  I mean, I have
15   done a lot of work on PCBs and, of course, you always
16   learn from -- from what you do, and I always become
17   more convinced of something if it's studies that I
18   have done and know that it was done properly than if
19   it was just done by other people.
20       But I think my -- you know, to go back in my own
21   history, my first involvement with electromagnetic
22   fields was when I came to New York State as the
23   director of the Wadsworth Center for Laboratories and
24   Research, the laboratory part of the New York State
25   Department of Health, and two weeks before I arrived,

136

1    there had been a settlement between the Public Service
2    Commission and the New York power authority, the
3    state-owned utility, alleging that there were health
4    effects of magnetic fields from power lines.  As the
5    new guy on the block, and I had worked for the defense
6    nuclear agency and had probably more knowledge of
7    ionizing and nonionizing radiation than most people, I
8    was put in charge of administering that program.  I
9    worked with that for seven years.  And at the end of
10   the time, we confirmed findings that exposure to
11   magnetic fields increased risk of childhood leukemia.
12   And we did a series of animal studies in different
13   laboratories in the U.S./Canada and found a number of
14   biological effects on the nervous system on animal
15   behavior.  We did not find elevations in cancer in
16   rodents, but we didn't do as long a study as the NTP
17   study, but on the basis of all of those studies, it
18   was very clear to me that there are biological effects
19   of electromagnetic fields at low intensities that are
20   much below the state and the national standards.  And
21   beyond that, this has never been my personal research,
22   so I depend on other research in this area.
23       A lot of my research on PCBs is sort of similar,
24   but I think my -- my major views on EMFs is that --
25   have been derived from the studies that I've either

137

1    administered or have reviewed from other people, and
2    there are certain similarities in the results with
3    PCBs, which are a much more dangerous exposure than I
4    find that electromagnetic fields are, but the patterns
5    are somewhat similar with regard to cancer.
6  Q  All right.  Have you, to your knowledge, ever had your
7    proposed opinion testimony excluded by any court?
8  A  Yes, yes, it has both in PCBs and in EMF.  I mentioned
9    earlier that the -- that strange situation in Montreal
10   where, as I was preparing to testify, they told me
11   that my views were not accepted and then told me to go
12   ahead and testify anyhow.
13       I think most of the other reports have not
14   been -- they've been for commissions and so forth
15   where my testimony wasn't excluded, it was just
16   ignored.
17 Q  Right.  Let's take a look at Exhibit 19, which is
18   probably a partial transcript of your testimony in The
19   Fay School case, the Massachusetts Wi-Fi case.  Do you
20   have that, sir?
21 A  Yes, I do.
22 Q  Starting at page 26 of that, down on the bottom, first
23   of all, I know I only sent this to you yesterday, but
24   have you had a chance to look it over and do you feel
25   as though this partial transcript is pretty faithful

138

1    to what you actually sent?
2  A  I'm sorry, I really haven't had a chance to --
3  Q  That's all right.
4  A  -- look it over.  Page 26, did you say?
5  Q  Yeah, bottom of page 26.
6  A  Okay.  I'm there.
7  Q  You said one thing that I feel very strongly, and I
8    think is supported by the literature, is that it's the
9    intensity of the radiofrequency radiation, not whether
10   it's comes from Wi-Fi or from a cell phone, from a
11   cell tower, from a smart meter, it's the intensity and
12   the duration of exposure that are the critical
13   variables in EHS.
14       First of all, is that, in fact, your opinion?
15 A  Yes, it is.
16 Q  And then the next question --
17 A  Well, I guess let me just qualify that answer, it is
18   intensity, it's duration, but, again, it's these rapid
19   rises and falls, this dirty electricity, if you want
20   to use that word, that is very important, and that's
21   not covered if you just talk about intensity and
22   duration.
23 Q  Gotcha.
24 A  Although, intensity and duration are certainly
25   important.

139

1  Q  Okay.  And then the next question is, And do you have
2     a particular intensity level that you designate as
3     safe versus non-safe?  And you say, Well, I would only
4     have to go back to that precautionary level from the
5     BioInitiative Report.  I think the short answer to
6     your question, though, is no.  I don't have -- I think
7     when you have an exposure at whatever level that
8     triggers symptoms in a person, then that exceeds the
9     safety level, but that intensity of exposure is going
10    to vary greatly from individual to individual.
11        Is that -- does that accurately reflect your
12    opinion today?
13 A  Yes, it does.
14 Q  So --
15 A  Let me elaborate on that a little bit.
16 Q  Sure.
17 A  You know, this is -- that's my opinion in terms of
18    individual to individual.  But, again, as a public
19    health official, it's my firm belief that as a society
20    we should protect the most vulnerable, not just the
21    average person, and that -- that, which I feel
22    strongly about, is not captured in that sentence that
23    you just quoted.
24 Q  Right.  So what I read this to say, and please correct
25    me if I'm wrong, is that you have no way of knowing

140

1     what exposure, if any, would cause harm to any
2     particular individual who's exposed to RF; is that
3     true?
4  A  That is true.
5  Q  So exposure that could be completely benign to one
6     person might be mildly harmful to another and might be
7     seriously harmful to another, true?
8  A  True.
9  Q  And we don't know where Ed Friedman falls in that
10    spectrum, do we?
11 A  That is correct.
12 Q  All right.  I think I am going to make one last try to
13    get those documents from Dropbox, unless something has
14    happened in the last little bit.
15        (Whereupon there was a break in the deposition at
16    3:30 p.m. and the deposition reconvened at 3:52 p.m.)
17        MR. MERRILL:  Dr. Carpenter would like to clarify
18    one aspect of his study regarding the Yakymenko study.
19        MR. TAINTOR:  Sure.
20 BY MR. TAINTOR:
21 Q  All right.  So, Doctor, why don't you -- we've had a
22    little break, and I guess you've had a chance to speak
23    with Attorney Merrill and Mr. Friedman --
24 A  Well, I guess there was a concern that I didn't really
25    discuss what the Yakymenko study really was.  It was

141

1     not a single experimental study on cells.  It was a
2     review article of 100 studies from different
3     laboratories that looked to see how many of that 100
4     studies demonstrated that radiofrequency radiation
5     increased reactive oxygen species.  The answer is that
6     93 of that 100 studies clearly demonstrated increases
7     in reactive oxygen species.
8         So I think the point is, I think this has been so
9     well-established that I perhaps didn't state it as
10    clearly as I should have.  There's a huge body of
11    evidence that radiofrequency radiation triggers the
12    generation of reactive oxygen species.  It's been seen
13    in many different laboratories and different cells,
14    and I consider that to be very well-established.
15 Q  Okay.  So that is -- so can you just point me to the
16    language in the Yakymenko article that you're
17    referring to?
18 A  Well, if you look in the -- just in the abstract it
19    says, Out of 100 currently available peer-reviewed
20    studies dealing with oxidative effects of
21    low-intensity RFR, in general 93 confirmed that RFR,
22    that being radiofrequency radiation, induces oxidative
23    effects in biological systems.
24 Q  Okay.  And what does that say -- what do those 93
25    studies say, if anything, about the actual impact of

142

1     RF on human health or human disease?
2  A  Well, most of these are studies of isolated cells, so
3     they're not directly relevant to human health, but I
4     think it adds to this overwhelming body of evidence
5     that radiofrequency radiation generates reactive
6     oxygen species, triggers oxidative damage and stress,
7     and that is consistent with what I said is the general
8     hypothesis of most people working in the field is
9     that these reactive oxygen species are the primary
10    mechanism whereby all of the various health effects
11    are caused.
12 Q  And do those studies tell us anything about whether
13    exposure to RF at the level that is emitted by a smart
14    meter causes oxidative stress?
15 A  Yes, I think they do.  Now, again, you've got 100
16    studies so all of them are slightly different,
17    different intensities applied, but the great majority
18    of them demonstrate the development of reactive oxygen
19    species.
20        Now, the waveforms were not those of smart
21    meters, if I recall correctly, in none of these cells,
22    but they show the same effect of various intensities,
23    all nonthermal levels of RFR.
24 Q  Okay.  So as you -- as you look through these studies
25    -- so are these the ones that are listed in Table 2,

143

1     are these the studies that -- the 93 studies?

2 A   I think the things in Table 2 are the 100 studies, but

3     you see they're all in -- they're from different

4     laboratories. They're on different cell types.

5     They're at various intensities. And this is why --

6     this is what I like to see, you look at the weight of

7     evidence from multiple groups, looking at slightly

8     different parameters on the same general subject, and

9     this shows you get consistency of results.

10 Q   What is the -- so Table 2, according to this caption,

11     consists of publications which reported positive

12     findings on oxidative stress caused by RFR exposure of

13     animals and plants --

14 A   Yes.

15 Q   -- correct? Most of these are studies of rats, most

16     all, right?

17 A   Yes, Table 1 is cells. Table 2 is primarily rats,

18     some things are guinea pigs.

19 Q   Right.

20 A   Some things are flies. But, again, the point is --

21     some are rabbits. The point is, there is a

22     consistency of there being generation of reactive

23     oxygen species.

24 Q   Right. But what -- and I understand you're telling me

25     that these exposures can produce reactive -- or

144

1     generate reactive oxygen species, but which of these

2     RFR exposures are sufficiently similar in intensity to

3     smart meter exposure to be relevant in this case?

4 A   I don't think we can -- we can really say that. Now,

5     of course, as I said earlier in terms of the smart

6     meter in my house, it totally depends on how far away

7     from the smart meter you are. If you are very close,

8     if you have very high intensities, then you can

9     actually get tissue heating right up against the smart

10     meter, but people are not standing up against a smart

11     meter. So the intensity varies over a large range

12     depending on distance away.

13       So I would say without going through the results

14     on each study that almost all of these studies are

15     relevant to smart meters, depending on how close you

16     are to the meter.

17 Q   Well, I mean -- and I don't want to argue with a

18     scientist because I'm not one, but, for example, if we

19     look at the Ilhan study, I-l-h-a-n, study from 2004 in

20     Table 2, do you see where I am?

21 A   Yes.

22 Q   That talks about exposing a rat to 900 megahertz from

23     a cell phone for 1 hour a day for 7 days.

24 A   Yes.

25 Q   That's very, very different from exposing a human

145

1     being to a -- the RF from a smart meter for any period

2     of time, isn't it?

3 A   That's correct, but what they were measuring there was

4     a -- MDA is a metabolite of -- it's an indication of

5     oxidative stress. And this is one of the markers in

6     those Belpomme studies that we talked about earlier in

7     people that show electrohypersensitivity. They're

8     excreting more of this MDA.

9       So I don't think any of these are exactly the

10     waveform that we have from a smart meter, but they are

11     radiofrequency radiation of various intensities and

12     coming from various laboratories. So that's the only

13     point I would make about the study, that there is a

14     consistency in the findings that radiofrequency

15     radiation causes oxidative stress by --

16       THE COURT REPORTER: I'm sorry, can you say that

17     again?

18       THE WITNESS: I said, there is a consistency in

19     the studies that radiofrequency radiation generates

20     reactive oxygen species and oxidative stress.

21       THE COURT REPORTER: Thank you very much.

22 BY MR. TAINTOR:

23 Q   But there is not a consistency in the studies, based

24     on this article, to support the proposition that

25     radiofrequency of the intensity or duration that comes

146

1     from a smart meter generates reactive oxygen species

2     or oxidative injury, true?

3 A   It's true that none of these studies use smart meter

4     frequencies, that is correct.

5 Q   Not only do they not use smart meter frequencies, but

6     they also don't have similar intensity or duration?

7 A   That is correct.

8 Q   So you can't really draw any inferences from this

9     article that are directly relevant to Mr. Friedman's

10     situation with a smart meter outside of his house?

11 A   Well, I don't think I agree with that, but I certainly

12     agree that the waveforms are not exactly the same as a

13     smart meter, but I think again what I would look at is

14     the weight of the evidence. And the only point from

15     this article is that in many studies, you can get

16     evidence of generation of reactive oxygen species from

17     RF radiation. And I wouldn't go past that to say this

18     is specifically for -- specific for smart meters.

19 Q   Or for Mr. Friedman?

20 A   Or for Mr. Friedman.

21 Q   Do you have -- I was wondering about the one case in

22     which I think you said you had been excluded, and I

23     think there was only one, that was the Quebec case,

24     right?

25 A   Yes.

147

1   Q   Do you have a file on that case and do you happen to
2       have a decision in that case addressing that issue?
3   A   No, I do not.  I never did have.
4   Q   Okay.  And do you know what jurisdiction that was in
5       in the province of Quebec; do you recall?
6   A   That should have been in -- should have been listed in
7       my --
8   Q   Let me see if I can find it.
9   A   I don't have that listed in my depositions list.
10  Q   Do you remember what kind of proceeding it was?
11  A   It was a proceeding in front of a panel of three
12      individuals that were taking testimony on hazards of
13      smart meters.  It was -- it must have been a
14      provincial committee, to the best of my recollection.
15  Q   A committee of the province?
16  A   And that was 10 years ago, so my memory may not be
17      very accurate.
18  Q   You think it was probably, though, a committee of the
19      provincial Government?
20  A   Yes.
21  Q   And I'm sorry, is that the Association Québécoise?
22  A   Yes.
23  Q   So Dominique Newman was the person that hired you?
24  A   Yes, that's correct.
25  Q   Okay.  And lastly, I think, can you just catalog for

148

1       me -- I want to just know what we're -- what we might
2       be missing from the Maine Public Utilities Commission
3       file.  I know you told me it was a pretty big file.
4       Can you pull it out and sort of --
5   A   Yes.
6   Q   -- catalog the documents for me that are contained in
7       that?
8   A   Right.  The first thing is a draft order.  It's a
9       four-page document --
10  Q   Draft order --
11  A   This was ordering an audit of the provisions of a
12      specific thing of the commission and setting a date
13      for the time at which that audit should be prepared.
14          Then I have a copy of a rather large document,
15      which is the examiner's report containing
16      recommendations of the commission's staff, although
17      it's in the form of a draft commission order, it does
18      not constitute commission action.  I assume this is
19      the product of that audit that was ordered.
20          I have a document on risk valuation.  This is,
21      Take Caution with Cell Phones from the Epic Times.  I
22      have a copy of EPRI comments on the BioInitiative
23      Report, which I'm sure were not complimentary.
24  Q   Are the documents you're referring to things that you
25      relied on in your testimony to the Maine Public

149

1       Utilities Commission?
2   A   I doubt very much that they were.
3   Q   What was the thing before the EPRI -- and just,
4       Melissa, EPRI is an acronym, E-P-R-I.
5           THE COURT REPORTER:  Thank you.
6   BY MR. TAINTOR:
7   Q   What was before the EPRI report?
8   A   This is a two-page thing -- well, actually, it's more
9       than that.  It's page 17 of 25, but it's -- it appears
10      to be something from an advocacy organization, which
11      gives a quote from me.  It talks about the World
12      Health Organization classifying electromagnetic fields
13      as possible carcinogens, talks about cell phones.  It
14      gives a link to cancer, cell phones, children,
15      legislation, technology.  So, again, I think it's
16      nothing I would have relied on.
17  Q   Do you think it's something that you reviewed and
18      referred to forming your opinions before the PUC?
19  A   I doubt it.
20  Q   Okay.
21  A   If it's quoting me, it's obviously --
22  Q   That's authoritative right there, isn't it?
23  A   Absolutely.
24  Q   Okay.
25  A   Then there's a fairly long email from Bruce McLaughlin

150

1       -- well, it's -- it's a one-page email, but then he's
2       attached a document, which I clearly did review
3       because I've got some underlines in it about the
4       Federal Communications Commission and orders on RF
5       fields.  There's a section on specific comments to the
6       testimony of David Carpenter, so this, again, is
7       someone that's criticizing my presentation.  Talks
8       about the systemic review by Repacholi, which we've
9       already discussed.
10          So I think this is a critique of my testimony.
11  Q   So let me go back to the McLaughlin email.  Can you --
12      unless Attorney Merrill wants to have -- to vet it
13      first -- maybe you can tell me, Bruce, if you feel the
14      need to.  I would like you to read it into the record
15      unless Bruce tells you not to.
16          MR. MERRILL:  I'm sorry, who is doing the
17      critique, David?
18          THE WITNESS:  Well, this is a -- it says,
19      Attached is a copy of the lengthy rebuttal testimony
20      that was filed by Exponent.  So that's what all of
21      these pages are is --
22          MR. MERRILL:  Okay.
23          THE WITNESS:  -- Exponent's rebuttal of my
24      testimony.
25  BY MR. TAINTOR:

151

1 Q Okay. I misunderstood you. I thought you said that
2 there was a lengthy email from Attorney McLaughlin.
3 A I did say that, but I was mistaken.
4 Q Okay.
5 A The attachment was -- was the rebuttal.
6 Q All the email says is, Here's Exponent's testimony?
7 A Well, it goes on from that. It says, I will have an
8 opportunity to cross-examine Dr. Bailey on Thursday on
9 his rebuttal and would like any comments you may have
10 on that. Generally speaking, please point out any
11 glaring errors, misrepresentations, or faulty
12 reasoning in his discussions of the science or
13 particular studies that you notice in reviewing his
14 rebuttal. Unrelated to your testimony, can you help
15 me or point me to someone who can debunk Bailey's
16 assertions that natural RF from human bodies and the
17 earth are not different in kind from smart meter RF
18 for purposes of considering health risks? With
19 respect to Bailey's testimony about you on pages 36 to
20 67 I have the following questions: On page 36 to 38,
21 he criticizes the BioInitiative Report and cites
22 critical reviews of the reports. Have there been any
23 responses to these reviews or other commentaries
24 defending the reports that would help me? On page 38
25 to 42, he criticizes your reliance on metaanalyses,

152

1 Hardell, Carrubba, Kundi, and Moon, any misstatements
2 here?
3 Three, on page 45, he makes a point about
4 exposure levels and dose response relationships, does
5 this make sense?
6 Four, on page 45 to 48, he criticizes your cell
7 and radio tower cases referring to them as ecologic
8 studies that are inferior to case control studies. He
9 cites Marsonique (phonetic) 2008 and Elliott 2010.
10 Any come back to this?
11 Five, any comments on his critique on the cancer
12 rate evidence on page 57 and 58?
13 Thanks for your help.
14 Q So one of the things that Attorney McLaughlin asked
15 you about was whether you could debunk or point him to
16 someone who could debunk Dr. Bailey's testimony about
17 the radiofrequency emissions from the earth and from
18 the human body being similar to those from smart
19 meters; were you able to do that?
20 A I don't recall. I don't have any -- I don't have a
21 copy of any response I made to this. I certainly
22 would have debunked those. There certainly are
23 radiofrequency emissions from the human body, our
24 nervous system, are muscles are electrical cells, they
25 generate electricity, and that generates magnetic

153

1 fields. They're at quite different frequencies, but
2 there -- there are obviously things that human life
3 evolved with and cannot be considered to be hazardous.
4 But I don't have any of my response here.
5 Q Okay. So is there -- after that email and the
6 Exponent testimony attached, are there more contents
7 of that file?
8 A Yes, there's the 126 Maine Legislature First
9 Regulatory Session, which includes some documents on
10 electric utility industry experience with geomagnetic
11 disturbances. It's about a 10-page document, but
12 nothing that I prepared. There is the law document,
13 the Supreme Judicial Court sitting as the Law Court,
14 Ed Friedman, et. al v. Maine Public Utilities
15 Commission and Central Maine Power. Again, a 20 or so
16 page double-spaced paper.
17 There's a document, Power Logistic Solutions on
18 Transients and Electric Power. I don't know what this
19 is about.
20 Q That's not something you recall focusing on or --
21 A No, not at all. There's a PowerPoint from Niko
22 Talamone (phonetic) from Finland, again nothing that I
23 would have relied on particularly.
24 There's an Exhibit D, Smart Meter Health Effects
25 Survey and Report. This is -- I think this may be

154

1 that report that we were talking about earlier that on
2 the -- the reported health effects of people after
3 smart meters were put on their homes.
4 Q The Conrad survey?
5 A Yes. And then there's the testimony of William Bailey
6 and Mykhaylo Shkolnikov whose testimony they gave in
7 that case. I have an email from a Maria Powell, but
8 that's not relevant to this case, but it's about smart
9 meters.
10 Q Who is Maria Powell and what did she say about smart
11 meters?
12 A I don't -- well, this is -- she's from a community
13 based organization in Madison, Wisconsin. It happened
14 to be filed away in this file.
15 There's another email from someone from Mexico.
16 This is a report of a student project that surveyed
17 students on health effects of radiofrequency
18 radiation. Again, that -- that was not particularly
19 relevant to this case.
20 There's my -- a copy of my prefiled testimony in
21 this case.
22 Q In this case being the PUC case?
23 A The PUC case, yes. I don't know exactly what this is.
24 This is from the lawyers and describes the various
25 people that were going to be presenting expert witness

155

1   testimony in that case.
2   Q   Is that from Mr. McLaughlin?
3   A   That's from McLaughlin, yes.
4   Q   And can you tell me what that says?
5       MR. MERRILL:  I'm going to object to anything
6       that the lawyer is sending him, Chris.
7   BY MR. TAINTOR:
8   Q   Why don't we just get a general description --
9   A   Well, it's a listing of the expert witness testimony
10      of Leonard Hardell, Jerry Phillips, Darius Lesintisky
11      (phonetic), Coumb Lee -- De Coumb Lee (phonetic),
12      Hersh Kumar, David Carpenter, Lloyd Morgan, William
13      Rea, Richard Conrad.  So it's a brief summary, one
14      paragraph on each of us, what our backgrounds were,
15      and what we would be -- what we -- what he would
16      expect us to be testifying on.
17  Q   Gotcha.
18  A   There's an executive summary of the last AG MIR
19      review.  Again, that's probably something I put in the
20      file.  It wasn't directly relevant to the case.
21      And then there is a letter to me from Bruce
22      McLaughlin inviting me to -- this is the first letter
23      inviting me to serve as the expert witness in this
24      case, dated October 17, 2012.
25  Q   I understand Attorney Merrill has an objection to that

156

1       so I want to be careful about this, can you -- what's
2       the length of the document?
3   A   It's a three-page letter.
4   Q   Does it provide factual information about the case?
5   A   Why don't I just read the first paragraph at least?
6   Q   Before you do that, check with Attorney Merrill to
7       make sure he wants you to.
8       MR. MERRILL:  I don't want you to read anything,
9       David, just give a synopsis of what it is.
10  A   Well, it describes the pending case, the various
11      orders, background on when smart meters were
12      installed, lists the experts that CMP were going to
13      call, and invites me to serve as an expert witness in
14      the case.
15      MR. TAINTOR:  Okay.  So I guess, Bruce, my view
16      would be, I think, that communications -- and I'll
17      leave this to you guys to figure out, I don't need to
18      fight about it on the record, but my understanding is
19      that the Maine PUC follows the Maine Rules of
20      Procedure, Maine Rules of Civil Procedure, so to the
21      extent that there is factual information about the
22      case contained in the letter, it would be
23      discoverable, but why don't you, after the deposition,
24      have Dr. Carpenter send you that and then you can
25      decide whether you --

157

1       MR. MERRILL:  That's fine.
2   BY MR. TAINTOR:
3   Q   Is that pretty much everything in there,
4       Dr. Carpenter?
5   A   That's it, yes.
6   Q   So I think the only things -- we've got that -- that
7       potentially open piece, and then we have got a couple
8       of articles that I think you mentioned that you
9       thought were important, but that you had not produced
10      and that was the Rea, R-a-e (sic) and possibly the
11      Lamech, L-a-m-e-c-h --
12  A   I did produce the Lamech study.
13  Q   Oh, you did.  Okay.  So the Rea study, and I thought
14      there was another one, Lerchi, L-e-r-c-h-i?
15  A   Yes.
16  Q   Are those the two studies that you thought were
17      particularly important, but had not been produced?
18  A   Yes, that's right.
19  Q   So I don't expect it's going to be an issue, I don't
20      know if, you know, how you want to do this, if you
21      want to try to find those now and send them to me or
22      if you want to potentially hold off until you revisit
23      those issues in case, God forbid, there should be
24      something particularly stunning in those articles.  I
25      just don't want to -- you know, if there's information

158

1       you relied on that I haven't had a chance to look at,
2       I would be hesitant to close out the deposition
3       forever without having the chance to ask questions on
4       that.
5   A   Well, I can -- I can certainly try to find those.  I
6       don't think I have an electronic copy of the Rea
7       study, so I might have to scan and send it to you.
8       The other thing you asked for, you really want
9       syllabi of the two courses I teach?
10  Q   Yeah, I think I do.  Yeah.
11  A   Okay.
12  Q   If you can produce them.
13      So, Doctor, to what extent do you believe the
14      focus of your opinions in this case differs from the
15      focus of the testimony you gave in the PUC litigation?
16  A   I don't think it differs in any major regard.  I think
17      that in the intervening, what is it, four or six
18      years, there is new evidence that strengthens my
19      confidence in the opinions I expressed then, but I
20      don't think my opinions have changed in any
21      substantive fashion.
22  Q   Okay.  I think those are all my questions.  I'll leave
23      it there.  I don't know if Mr. Merrill is going to do
24      any cross-examination or not.
25      MR. MERRILL:  No.

159

1     MR. TAINTOR:  No.  Okay.

2         (The deposition was concluded at 4:25 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

160

1                    CERTIFICATE

2        I, Melissa L. Merenberg, RPR, a Notary Public in

3     and for the State of Maine, hereby certify that

4     the within-named deponent was sworn to testify to

5     the truth, the whole truth, and nothing but the

6     truth, in the aforementioned cause of action.

7        I further certify that this deposition was

8     stenographically reported by me and later reduced

9     to print through computer-aided transcription and

10    that the foregoing is a full and true record of

11    the testimony given by the deponent.

12        I further certify that I am a disinterested

13    person in the event or outcome of the above-named

14    cause of action.

15        IN WITNESS WHEREOF, I subscribe my hand and

16    affix my seal this 24th day of January, 2022.

17

18

19              /s/ Melissa L. Merenberg

20            MELISSA L. MERENBERG, RPR

21                 NOTARY PUBLIC

22                 Court Reporter

23

24    My commission expires:  February 28, 2022.

25

161

1                    SIGNATURE PAGE

2        I, DAVID O. CARPENTER, have read the foregoing

3     pages of my transcript or have had the foregoing pages

4     of my testimony read to me and have noted any changes

5     in form or substance of my testimony, together with

6     their respective corrections and the reasons

7     therefore, on the following errata

8     sheet(s).

9         _____

10            DAVID O. CARPENTER, M.D.

11        _____

12            (Date)

13

14    ******************************************************

15

16    TO BE COMPLETED BY NOTARY PUBLIC OR ATTORNEY:

17        I, a Notary Public/Attorney in and for the State

18    of Maine, hereby acknowledge that the above-named

19    witness personally appeared before me, swore to the

20    truth of the foregoing statements and affixed his/her

21    signature above as his/her true act and deed.

22        _____

23            (Date)

24    My commission expires:

25

162

1                 ERRATA SHEET INSTRUCTIONS

2        Please note on the errata sheet below any

3     changes in form or substance to your testimony

4     contained in your deposition transcript.  For each

5     change, list the page and line number, the words you

6     wish to change, the change, and the reason for the

7     change; ex:  Typo, wrong word, word omitted, etc. be

8     sure to sign the errata sheet.  You must also sign the

9     signature page and have it notarized.  Please return

10    the errata sheet and signature page to the attorney

11    mentioned on the cover letter.

12

13    _____

14    Page/Line:  Words to Change:  Changed to:  Reason:

15    _____

16

17

18

19

20

21

22        _____

23            Signature of Deponent

24

25

163

THE REPORTING GROUP
P.O. Box 404
Springvale, ME 04083
(207) 281-4230
Thereportinggroupmaine@gmail.com


January 24, 2022


RE:  Ed Friedman v. Central Maine Power Company.


Deposition of:  David O. Carpenter, M.D.


INSTRUCTIONS FOR READING & SIGNING TRANSCRIPT

    Enclosed please find a copy of your deposition
taken on January 13, 2022, in the above-referenced
matter Within thirty (30) days, please read the
transcript, indicating any errors on the enclosed
errata sheet, and sign the signature page and
errata sheet before a notary public.  Please
return the properly executed original signature
page and errata sheet to:


Christopher C. Taintor, Esq.
Ctaintor@nhdlaw.com
Norman, Hanson & DeTroy
P.O. Box 4600
Portland, ME 04112-4600

3.      Any and all documents reviewed, referred to, or relied upon by the deponent in forming the opinions to which he testified before the Maine Public Utilities Commission in the case bearing Docket No. 2011-262.

4.      All documents reflecting communications between the deponent and Ed Friedman or his counsel during the pendency of the Maine Public Utilities Commission case bearing Docket No. 2011-262.

5.      Any and all documents including but not limited to any reports, prepared or created by the deponent, in regards to the above-captioned matter.

6.      A list of all publications authored by the deponent within the past ten years.

7.      A list of all cases in which the deponent has testified as an expert witness within the past ten years.

8.      All documents pertaining to any charges or payments for the services of the deponent as an expert witness in this case.

You are invited to attend and cross-examine.

Please provide The Reporting Group with your contact information and email address so that an email invitation can be sent to you and/or your representatives a link to Zoom to participate in this deposition.  The Reporting Group can be reached at (207) 281-4230 or thereportinggroupmaine@gmail.com.

Dated at Portland, Maine this 5ᵗʰ day of January, 2022.

Christopher C. Taintor, Esq.
Russell B. Pierce, Jr., Esq.
Attorneys for Defendant
Central Maine Power

NORMAN, HANSON & DeTROY
Two Canal Plaza, P.O. Box 4600
Portland, Maine  04112-4600
(207) 774-7000
ctaintor@nhdlaw.com

> *CARPENTER DEPO*
> *EXHIBIT 2*

# DAVID CARPENTER
# EXHIBIT A

## *CURRICULUM VITAE*

**Name:**    David O. Carpenter

**Home Address:**    2749 Old State Road
Schenectady, New York  12303

Positions Held:
Director, Institute for Health and the Environment
University at Albany
Professor, Environmental Health Sciences
School of Public Health, University at Albany
5 University Place, A217, Rensselaer, NY 12144

Honorary Professor
Queensland Children's Medical Research Institute
University of Queensland
Brisbane, Australia

**Education:**    1959    B.A., Harvard College, Cambridge, MA
1964    M.D., Harvard Medical School, Boston, MA

**Positions Held:**

9/61-6/62    Research Fellow, Department of Physiology, University of Göteborg, Sweden with Professor Anders Lundberg

7/64-6/65    Research Associate, Department of Physiology, Harvard Medical School, Boston, MA under the direction of Dr. Elwood Henneman

7/65-2/73    Neurophysiologist, Laboratory of Neurophysiology, National Institutes of Mental Health, Dr. Edward V. Evarts, Chief,  Assistant Surgeon, USPHS, currently a Reserve Officer in the USPHS.

2/73-3/80    Chairman, Neurobiology Department Armed Forces Radiobiology Research Institute, Defense Nuclear Agency, Bethesda, MD

3/80-9/85    Director, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

9/85-1/98    Dean, School of Public Health, University at Albany

9/85-Pres.    Professor, Departments of Environmental Health Sciences and Biomedical Sciences, School of Public Health, University at Albany.

9/85-7/98    Research Physician, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

1/98-1/05    Adjunct Professor in the Center for Neuropharmacology & Neuroscience, Albany Medical College, Albany, NY

2001-Pres.    Director, Institute for Health and the Environment, University at Albany, SUNY, Rensselaer, NY.  The Institute was named a Collaborating Center of the World Health Organization in 2011.

2005-Pres.    Senior Fellow, Alden March Bioethics Institute, Albany Medical College/Center, Albany, New York

- 1 -

DAVID CARPENTER
EXHIBIT A

| | |
|---|---|
| Editor-in-Chief: | Cellular and Molecular Neurobiology, 1981 – 1987 |
| Editor-In Chief: | Reviews on Environmental Health 2012-present |
| Editor-in-Chief: | Journal of Local and Global Health Sciences 2012-present |
| Editorial Advisor: | Cellular and Molecular Neurobiology, 1987 - Present |
| Editorial Boards: | Journal of Public Health Management and Practice, 1995 - 2002 |
| | International Journal of Occupational Medicine & Environmental Health 1996 – Present |
| | Journal of Alzheimer's Disease – Associate Editor,2007-2009 |
| | Reviews in Environmental Health; 2008-2012 |
| | International Archives of Occupational and Environmental Health; 2009-present. |
| | Journal of Environmental and Public Health, 2009-present. |
| | Environmental Health Perspectives, 2010-present |
| | Global Health Perspective, 2012-present |

## National and International Committees:

| | |
|---|---|
| 1978, 1981 | Physiology Study Section (Ad hoc member) |
| 1979-1985 | NIH International Fellowship Study Section |
| 1974-1981 | Member, Steering Committee of the Section on the Nervous System, American Physiological Society (Chairman of the Committee, 9/76-4/80) |
| 1981-1989 | Member, USA National Committee for the International Brain Research Organization |
| 1985-1986 | Committee on Electric Energy Systems of the Energy Engineering Board, National Research Council |
| 1986-1987 | Member, Neurophysiology Peer Panel for the National Aeronautics and Space Administration |
| 1987-1989 | Member, Science Advisory Council of the American Paralysis Association |
| 1987-1990 | Advisory Panel for the Electric Energy System Division, U.S. Department of Energy |
| 1985-1993 | Committee #79, National Council on Radiation Protection and Measurements |
| 1986-1997 | Member, Legislative and Education Committees, Association of Schools of Public Health |
| 1989-1994 | Member, Neuroscience Discipline Working Group, Life Sciences Division of the NASA |
| 1994, 1995 | Federation of American Societies for Experimental Biology Consensus Conference on FY 1995 Federal Research Funding |
| 1994-1997 | Member, Legislative Committee of the Association of Schools of Public Health |
| 1997 | Member, Executive Committee of the Association of Schools of Public Health |
| 1997-2000 | National Advisory Environmental Health Sciences Council of the National Institutes of Health |
| 1998-Pres. | Member, U.S. Section of the Great Lakes Science Advisory Board of the International Joint Commission |
| 2000-Pres. | Member, Board of Directors, Pacific Basin Consortium for Hazardous Waste Health and Environment;   Treasurer, 2001-2004, 2008-pres; Chair, 2004-2008 |
| 2001-2008 | United States Co-Chair, Workgroup on Ecosystem Health of the Science Advisory Board of the International Joint Commission |
| 2002-2003 | Member, Committee on the Implications of Dioxin in the Food Supply, The National Academies, Institute of Medicine |
| 2003-2008 | Member, United States Environmental Protection Agency, Children's Health Protection Advisory Committee |
| 2003-Pres. | Chair, Advisory Committee to the World Health Organization and National Institute of Environmental Health Sciences on collaborative activities. |
| 2004-Pres. | Member, Blue Ocean Institute Curriculum Advisory Board. |
| 2007-2011 | Chair, Workgroup on Risks vs. Benefits of Fish Consumption, Science Advisory Board, International Joint Commission. |

- 2 -

DAVID CARPENTER
EXHIBIT A

**State and Local Committees:**

| | |
|---|---|
| 1980-1987 | Executive Secretary, New York State Power Lines Project |
| 1985-1989 | Board of Scientific Advisors, Institute of Basic Research, OMRDD, N.Y. |
| 1986-1989 | Member, Steering Committee, Health Policy and Administrative Consortium of the Capital District |
| 1991-1992 | Member, Connecticut Academy of Sciences and Engineering Committee on Electromagnetic Field Health Effects |
| 1991-1992 | Member, Board of Directors of the Capital District Chapter of the Alzheimer's Disease and Related Disorders Association, Inc. |
| 1991-1992 | Member, State Task Force for the Reform of Middle Level Education in NY State |
| 1992-1993 | Member, State Needs Task Force on Health Care and Education |
| 1987-1998 | Delegate-at-Large, New York State Public Health Association |
| 1991-1995 | Member, Board of Directors of the Capital District Amyotrophic Lateral Sclerosis Association |
| 1994 | Chair, Council of Deans, University at Albany, SUNY |
| 1997-2008. | Member, Board of Directors, (Chair 1998-2004) Albany-Tula Inc.: A Capital Region Alliance |
| 2000-Pres. | Member, Board of Directors, Healthy Schools Network, Inc. |
| 2000-2003 | Member, Medical Advisory Board, Hepatitis C Coalition, New York |
| 2000-2004 | Member, Environmental Protection Agency /National Association of State Universities and Land Grant Colleges Task Force |
| 2001-2008 | Member, Board of Directors, Environmental Advocates of New York |
| 2004-2007 | Member, Ad Hoc Advisory Group on Brownfield Cleanup Standards |
| 2005-Pres. | Member, Schooling Chefs Curriculum Advisory Board |
| 2005-Pres. | Member, Advisory Board, Healthy Child Healthy World |
| 2005-2008 | Member, Board of Directors, Citizens Environmental Coalition |
| 2006-2009 | Member, Board of Directors, Marine Environmental Research Institute |
| 2007-2009 | Member, New York State Renewable Energy Task Force |

**Honors, Awards and Fellowships:**

| | |
|---|---|
| 1959 | B.A. awarded magna cum laude. Thesis entitled "Metamorphosis of visual pigments: A study of visual system of the salamander, Ambystoma tigrinum" (Thesis advisor, Professor George Wald) |
| | Elected to Phi Beta Kappa and to Sigma Xi |
| 1964 | M.D. awarded cum laude for a thesis in a special field. Thesis entitled "Electrophysiological observations on the importance on neuron size in determining responses to excitation and inhibition in motor and sensory systems" (Thesis advisor, Dr. Elwood Henneman) |
| 1964 | Awarded the Leon Resnick Prize given to a Harvard Medical School graduate showing promise in research |
| 1970 | Awarded the Moseley Traveling Fellowship for study in England (Fellowship declined) |
| 1971 | Invited as Visiting Professor of Physiology, Centro de Investigacion y de Estudios Avanzados, del Institute Politecnico Nacional, Mexico 14, D.F., Mexico, for 3 months |
| 1982, 1986 | Visiting Professor of Physiology, Department of Physiology, Kyushu |
| 1987 | University, Fukuoka, Japan, for a period of three months each |
| 1989 | Awarded Jacob Javits Neuroscience Investigator Award from the National Institute of Neurological and Communicative Diseases and Stroke |
| 1999 | Awarded Homer N. Calver Award from the American Public Health Association for studies |

**DAVID CARPENTER**
**EXHIBIT A**

in environmental health.

2001    Awarded 2001 Academic Laureate from the University at Albany Foundation.

2010    Awarded the Albion O. Bernstein, M.D. Award in recognition of an outstanding contribution to public health and the prevention of disease though lifelong research of environmental health hazards and for limitless devotion to medical education by the Medical Society of the State of New York.

2011    Awarded the Rodney Wylie Eminent Visiting Fellowship 2011 at the University of Queensland, Brisbane, Australia for a period of four weeks.

**Federal Grants Held:** (Principal Investigator Only)

1980-1983    United States Air Force, "Mechanisms of Radiation-Induced Emesis in Dogs", $76,847 total direct costs.

1982-1988    National Institute of Health, "Mechanisms of Desensitization at Central Synapses", $464,786 total direct costs.

1984-1986    Defense Nuclear Agency, "Mechanisms of Radiation-Induced Emesis in Dogs@, $330,504 total direct costs.

1986-1996    National Institute of Health, "Mechanisms of Excitatory Amino Acids Actions and Toxicity", 1986-1989 $231,848 total direct costs; 1990-1996 $562,926 total direct costs.

1989-1993    National Institute of Health, "Mechanisms of Lead Neurotoxicity" $373,576 total direct costs

1990-1995    National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs and PCDFs at a Waste Site", D.O. Carpenter, P.I. $5,783,419 total direct costs.

1995-2001    Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health. ACentral/Eastern European Environ/Occup Training Program@, D.O. Carpenter, P.I. $657,520 total costs.

1995-2001    National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs," D.O. Carpenter, P.I. $12,653,709 total direct costs.

1998-1999    Environmental Protection Agency, AIndoor Air Risk at Akwesasne - Pilot Project@, D.O. Carpenter, P.I. $9,996 total costs.

2000-2002    Association Liaison Office for University Cooperation in Development, ACooperative Program in Environmental Health between the Institute of Public Health at Makerere University, Kampala, Uganda and the School of Public Health, University at Albany, USA@, D.O. Carpenter, P.I. $96,432 total costs.

2001-2007    Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health. AMultidisciplinary Environmental Health Training@, D.O. Carpenter, P.I. $850,000 total costs.

2006-2011    Pakistan-US Science and Technology Cooperative Program (US National Academy of Sciences). "Association of particulate matter with daily morbidity in an urban population," D.O. Carpenter, P.I., $391,104 total costs.

2009-2013    Exploratory Center on Minority Health and Health Disparities in Smaller Cities. Project 2: Environmental contaminants and reproductive health of Akwesasne Mohawk women.

- 4 -

DAVID CARPENTER
EXHIBIT A

$387,825 for year 1.  D.O. Carpenter, Co-PI.

2010-2013   Department of the Army, "Gulf War Illness: Evaluation of an Innovative Detoxification Program:  D.O. Carpenter, P.I., $636,958 total costs.

2010-2013   Higher Education for Development of the United States Agency for International Development, "Drinking Water Supply, Sanitation, and Hygiene Promotion : Health Interventions in Two Urban Communities of Kampala City and Mukono Municipality, Uganda".  D. O. Carpenter, P.I., $299,736 total costs.

2011-2016   National Institute of Environmental Health Sciences (1RO1ES019620), "Protecting the health of future generations:  Assessing and preventing exposures."  PK Miller, FA von Hippel, CL Buck and DO Carpenter, Co-P.I.s, $471,521 for the period 8/08/11-4/30/12, $2,354,871 for the period 2011-2016.

**Research Interests:**

- Exposure to persistent organic pollutants and risk of diabetes, cardiovascular disease, and hypertension.
- Cognitive and behavioral effects of environmental contaminants on children (IQ, ADHD) and older adults (dementias, Parkinson's Disease and ALS).
- Ionizing and non-ionizing radiation biology.
- Effects of air pollution on respiratory and cardiovascular function.

**Other Professional Activities:**

Host, The Public Radio Health Show (a 30 min public health information show carried on 170+ stations nationwide), plus the Armed Forces Radio Network and Voice of America, 1985-2001.

Authored a biweekly health column in The Troy Record, a local newspaper, 1997-1999.

**Major Peer-Reviewed Publications:**

1. Carpenter, D.O., Lundberg, A. and Norrsell, U.  Effects from the pyramidal tract on primary afferents and on spinal reflex actions to primary afferents.  Experientia, 18:337, 1962.

2. Carpenter, D.O., Engberg, I. and Lundberg, A.  Presynaptic inhibition in the lumbar cord evoked from the brain stem.  Experientia, 18:450, 1962.

3. Carpenter, D.O., Lundberg, A. and Norrsell, U.  Primary afferent depolarization evoked from the sensorimotor cortex.  Acta Physiol. Scand., 59:126-142.

4. Carpenter, D.O., Engberg, I., Funkenstein, H. and Lundberg, A.  Decerebrate control of reflexes to primary afferents.  Acta Physiol. Scand., 59:424-437, 1963.

5. Carpenter, D.O., Engberg, I. and Lundberg, A.  Differential supraspinal control of inhibitory and excitatory actions from the FRA to ascending spinal pathways.  Acta Physiol. Scand., 63:103-110, 1965.

6. Henneman, E., Somjen, G.G. and Carpenter, D.O.  Excitability and inhibitibility of motoneurons of different sizes.  J. Neurophysiol., 28:599-620, 1965.

- 5 -

7.  Henneman, E., Somjen, G.G. and Carpenter, D.O.  Functional significance of cell size in spinal motoneurons.  J. Neurophysiol., 28:560-580, 1965.

8.  Somjen, G.G., Carpenter, D.O. and Henneman, E.  Selective depression of alpha motoneurons of small size by ether.  J. Pharmacol., 148:380-385, 1965.

9.  Somjen, G., Carpenter, D.O. and Henneman, E.  Response of motoneurons of different sizes to graded stimulation of supraspinal centers of the brain.  J. Neurophysiol., 28:958-965, 1965.

10. Carpenter, D.O., Engberg, I. and Lundberg, A.  Primary afferent depolarization evoked from the brain stem and the cerebellum.  Arch. Ital. Biol., 104:73-85, 1966.

11. Carpenter, D.O. and Henneman, E.  A relation between the threshold of stretch receptors in skeletal muscle and the diameter of axons.  J. Neurophysiol., 29:353-368, 1966.

12. Carpenter, D.O.  Temperature effects on pacemaker generation, membrane potential, and critical firing threshold in Aplysia neurons.  J. Gen. Physiol., 50:1469-1484, 1967.

13. Chase, T.N., Breese, G., Carpenter, D., Schanberg, S. and Kopin, I.  Stimulation-induced release of serotonin from nerve tissue.  Adv. Pharmacol., 6A:351-364, 1968.

14. Carpenter, D.O. and Alving, B.O.  A contribution of an electrogenic $Na^+$ pump to membrane potential in Aplysia neurons.  J. Gen. Physiol., 52:1-21, 1968.

15. Olson, C.B., Carpenter, D.O. and Henneman, E.  Orderly recruitment of muscle action potentials.  Arch. Neurol., 19:591-597, 1968.

16. Carpenter, D.O.  Membrane potential produced directly by the $Na^+$ pump in Aplysia neurons.  Comp. Biochem. Physiol., 35:371-385, 1970.

17. Carpenter, D.O. and Gunn, R.  The dependence of pacemaker discharge of Aplysia neurons upon $Na^+$ and $Ca^{++}$.  J. Cell. Physiol., 75:121-127, 1970.

18. Kraus, K.R., Carpenter, D.O. and Kopin, I. R.  Acetylcholine-induced release of norepin-ephrine in the presence of tetrodotoxin.  J. Pharmacol. Exp. Therap., 73:416-421, 1970.

19. Barker, J.L. and Carpenter, D.O.  Thermosensitivity of neurons in the sensorimotor cortex of the cat.  Science, 169:597-598, 1970.

20. Carpenter, D.O., Hovey, M.M. and Bak, A.  Intracellular conductance of Aplysia neurons and squid axon as determined by a new technique.  Intl. J. Neurosci., 2:35-48, 1971.

21. Carpenter, D.O., Breese, G., Schanberg, S. and Kopin, I.  Serotonin and dopamine:  Distribution and accumulation in Aplysia nervous and non-nervous tissues.  Int. J. Neurosci., 2:49-56, 1971.

22. Hovey, M.M., Bak, A.F. and Carpenter, D.O.  Low internal conductivity of Aplysia neuron somata.  Science, 176:1329-1331, 1972.

23. Carpenter, D.O.  Electrogenic sodium pump and high specific resistance in nerve cell bodies of the squid.  Science, 179:1336-1338, 1973.

24. Carpenter, D.O. and Rudomin, P.  The organization of primary afferent depolarization in the isolated spinal cord of the frog.  J. Physiol. (Lond.), 229:471-493, 1973.

25. Shain, W., Green, L.A., Carpenter, D.O., Sytkowski, A.J. and Vogel, Z.  Aplysia acetylcholine receptors:  Blockage by and binding of α-bungarotoxin.  Brain Res., 72:225-240, 1974.

26. Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Mammalian cold receptor afferents:  Role of an electrogenic sodium pump in sensory transduction.  Brain Res., 73:156-160, 1974.

27. Saavedra, J.M., Brownstein, M.J., Carpenter, D.O. and Axelrod, J.  Octopamine:  Presence in single neurons in Aplysia suggests neurotransmitter function.  Science, 185:364-365, 1974.

- 6 -

**DAVID CARPENTER**
**EXHIBIT A**

28.   Willis, J.A., Gaubatz, G.L. and Carpenter, D.O.  The role of the electrogenic sodium pump in modulation of pacemaker discharge of Aplysia neurons.  J. Cell. Physiol., 84:463-472, 1974.

29.   Brownstein, M.J., Saavedra, J.M., Axelrod, J., Zeman, G.H. and Carpenter, D.O.  Coexistence of several putative neurotransmitters in single identified neurons of Aplysia.  Proc. Natl. Acad. Sci. (USA), 71:4662-4665, 1975.

30.   Carpenter, D.O. and Gaubatz, G.L.  Octopamine receptors on Aplysia neurons mediate hyperpolarization by increasing membrane conductance.  Nature, 252:483-485, 1974.

31.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Afferent nerve fiber activity responding to temperature changes of the scrotal skin of the rat.  J. Neurobiol., 38:601-612, 1975.

32.   Carpenter, D.O. and Gaubatz, G.L.  $H_1$ and $H_2$ histamine receptors on Aplysia neurons.  Nature, 254:343-344, 1975.

33.   Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Resistivity of axoplasm.  II.  Internal restivity of giant axons of squid and Myxicola.  J. Gen. Physiol., 66:139-148, 1975.

34.   Zeman, G.H. and Carpenter, D.O.  Asymmetric distribution of aspartate in ganglia and single neurons of Aplysia.  Comp. Biochem. Physiol., 52C:23-26, 1975.

35.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Effect of ouabain and potassium-free solution on mammalian thermosensitive afferents in vitro.  Pflugers Arch., 359:349-356, 1975.

36.   Swann, J.W. and Carpenter, D.O.  The organization of receptors for neurotransmitters on Aplysia neurons.  Nature, 258:751-754, 1975.

37.   Yarowsky, P.J. and Carpenter, D.O.  Aspartate:  distinct receptors on Aplysia neurons.  Science, 192:806-809, 1976.

38.   Foster, K.R., Bidinger, J.M. and Carpenter, D.O.  The electrical resistivity of aqueous cytoplasm.  Biophys. J., 16:991-1001, 1976.

39.   Carpenter, D.O., Greene, L.A., Shain, W. and Vogel, Z.  Effects of eserine and neostigmine on the interaction of α-bungarotoxin with Aplysia acetylcholine receptors.  Mol. Pharmacol., 12:999-1006, 1976.

40.   Saavedra, J.M., Ribas, J., Swann, J. and Carpenter, D.O.  Phenylethanolamine:  A new putative neurotransmitter in Aplysia.  Science, 195:1004-1006, 1977.

41.   Carpenter, D.O., Swann, J.W. and Yarowsky, P.J.  Effect of curare on responses to different putative neurotransmitters in Aplysia neurons.  J. Neurobiol., 8:119-132, 1977.

42.   Yarowsky, P.J. and Carpenter, D.O.  GABA mediated excitatory responses on Aplysia neurons.  Life Sci., 20:1441-1448, 1977.

43.   Willis, J.A., Myers, P.R. and Carpenter, D.O.  An ionophoretic module which controls electroosmosis.  J. Electrophysiol. Tech., 6:34-41, 1977.

44.   Yarowsky, P.J. and Carpenter, D.O.  Receptors for gamma-aminobutyric acid (GABA) on Aplysia neurons.  Brain Res., 144:75-94, 1978.

45.   Carpenter, D.O., Gaubatz, G., Willis, J.A. and Severance, R.  Effects of irradiation of Aplysia pacemaker neurons with 20 MeV electrons.  Rad. Res., 76:32-47, 1978.

46.   Yarowsky, P.J. and Carpenter, D.O.  A comparison of similar ionic responses to gamma-aminobutyric acid and acetylcholine.  J. Neurophysiol., 41:531-541, 1978.

47.   Blum, B., Auker, C.R. and Carpenter, D.O.  A head holder and stereotaxic device for the rattlesnake.  Brain Res. Bull., 3:271-274, 1978.

- 7 -

48. Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Dopamine-induced muscle contractions and modulation of neuromuscular transmission in Aplysia.  Brain Res., 157:167-172, 1978.

49. Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Evidence for identified dopamine motor neurons to the gill of Aplysia.  Neurosci. Lett., 10:275-280, 1978.

50. Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Regulation of cyclic AMP in heart and gill of Aplysia by the putative neurotransmitters, dopamine and serotonin.  Life Sci., 24:1757-1764, 1979.

51. Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores.  Brain Res. Bull., 4:149-152, 1979.

52. Pellmar, T.C. and Carpenter, D.O.  Voltage-dependent calcium current induced by serotonin.  Nature, 277:483-484, 1979.

53. Ruben, P.C., Swann, J.W. and Carpenter, D.O.  Neurotransmitter receptors on gill muscle fibers and the gill peripheral nerve plexus in Aplysia.  Canad. J. Physiol. Pharmacol., 57:1088-1097, 1979.

54. Pellmar, T.C. and Carpenter, D.O.  Serotonin induces a voltage-sensitive calcium current in neurons of Aplysia californica.  J. Neurophysiol., 44:423-439, 1980.

55. Parver, L.M., Auker, C. and Carpenter, D.O.  Choroidal blood flow as a heat dissipating mechanism in the macula.  Am. J. Ophthamol., 89:641-646, 1980.

56. Mell, L.D., Jr. and Carpenter, D.O.  Fluorometric determination of octopamine in tissue homegenates by high-performance liquid chromatography.  Neurochem. Res., 5:1089-1096, 1980.

57. Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Thyrotropin-releasing hormone has multiple actions in cortex.  Brain Res., 194:244-248, 1980.

58. Meszler, R.M., Auker, C.R. and Carpenter, D.O.  Fine structure and organization of the infrared receptor relay, the lateral descending nucleus of the trigeminal nerve in pit vipers.  J. Comp. Neurol., 196:571-584, 1981.

59. Auker, C.R., Parver, L.M., Doyle, T. and Carpenter, D.O.  Choroidal blood flow: I.  Ocular tissue temperature as a measure of flow.  Arch. Opthal., 100:1323-1326, 1982.

60. Parver, L.M., Auker, C., Carpenter, D.O. and Doyle, T.  Choroidal blood flow: II.  Reflexive control in the monkey.  Arch. Opthal., 100:1327-1330. 1982.

61. Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Lateral olfactory tract transmitter: Glutamate, aspartate or neither?  Cell. Mol. Neurobiol., 1:115-120, 1981.

62. Scappaticci, K.A., Dretchen, K.L., Carpenter, D.O. and Pellmar, T.C.  Effects of furosemide on neural mechanisms in Aplysia.  J. Neurobiol., 12:329-341, 1981.

63. Pellmar, T.C. and Carpenter, D.O.  Cyclic AMP induces a voltage-dependent current in neurons of Aplysia californica.  Neurosci. Lett., 22:151-157, 1981.

64. Parver, L., Auker, C. and Carpenter, D.O.  Stabilization of macular temperature:  The stabilizing effect of the choroidal circulation on the temperature environment of the macula.  Retina, 2:117-120, 1982.

65. Green, R.W. and Carpenter, D.O.  Biphasic responses to acetylcholine  in mammalian reticulospinal neurons.  Cell. Molec. Neurobiol., 1:401-405, 1981.

66. Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Pharmacologic sensitivity of amino acid responses and synaptic activation of in vitro prepyriform neurons.  J. Neurophysiol., 48:1289-1301, 1982.

- 8 -

67.   Slater, N.T. and Carpenter, D.O.  Blockade of acetylcholine-induced inward currents in Aplysia neurons by strychnine and desipramine:  effect of membrane potential.  Cell. Molec. Neurobiol., 2:53-58, 1982.

68.   Swann, J.W., Sinback, C.N., Pierson, M.G. and Carpenter, D.O.  Dopamine produces muscle contractions and modulates motoneuron-induced contractions in Aplysia gill.  Cell. Molec. Neurobiol., 2:291-308, 1982.

69.   Swann, J.W., Sinback, C.N., Kebabian, P.R. and Carpenter, D.O.  Motoneurons which may utilize dopamine as their neurotransmitter.  Cell. Molec. Neurobiol., 2:309-324, 1982.

70.   Auker, C.R., Meszler, R.M. and Carpenter, D.O.  Apparent discrepancy between single unit activity and $^{14}$C-deoxyglucose labelling in the optic tectum of the rattlesnake.  J. Neurophysiol., 49:1504-1516, 1983.

71.   Slater, N.T., Carpenter, D.O., Freedman, J.E. and Snyder, S.H.  Vipoxin both activates and antagonizes three types of acetylcholine response in Aplysia neurons.  Brain Res., 278:266-270, 1983.

72.   ffrench-Mullen, J.M.H., Hori, N., Nakanishi, H., Slater, N.T. and Carpenter, D.O.  Assymetric distribution of acetylcholine receptors and M channels on prepyriform neurons.  Cell. Molec. Neurobiol., 3:163-182, 1983.

73.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Responses of neurons of canine area postrema to neurotransmitters and peptides.  Cell. Molec. Neurobiol., 3:113-126, 1983.

74.   Slater, N.T. and Carpenter, D.O.  Blocking kinetics at excitatory acetylcholine responses on Aplysia neurons.  Biophys. J., 45:24-25, 1984.

75.   Chesnut, T.J. and Carpenter, D.O.  Two-component desensitization of three types of responses to acetylcholine in Aplysia.  Neurosci. Lett., 39:285-290, 1983.

76.   Haas, H.L., Jeffreys, J.G.R., Slater, N.T. and Carpenter, D.O.  Modulation of low calcium induced field bursts in the hippocampus by monoamines and cholinomimetics.  Pflugers Arch., 400:28-33, 1984.

77.   Parvar, L.M., Auker, C.R. and Carpenter, D.O.  Choroidal blood flow.  III.  Reflexive control in human eyes.  Arch. Ophthamol., 101:1604-1606, 1983.

78.   Slater, N.T., Haas, H.L. and Carpenter, D.O.  Kinetics of acetylcholine-activated cation channel blockade by the calcium antagonist D-600 in Aplysia neurons.  Cell. Molec. Neurobiol., 3:329:344, 1983.

79.   McCreery, M.J. and Carpenter, D.O.  Modulation of neuronal responses to L-glutamate in Aplysia.  Cell. Molec. Neurobiol., 4:91-95, 1984.

80.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Peptide-induced emesis in dogs.  Behav. Brain Res., 11:277-281, 1984.

81.   ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate and L-aspartate activate distinct receptors in prepyriform cortex.  Cell. Molec. Neurobiol., 4:185-189, 1984.

82.   Slater, N.T. and Carpenter, D.O.  A study of the cholinolytic actions of strychnine using the technique of concentration jump relaxation analysis.  Cell Molec Neurobiol 4:263-271,1984.

83.   Slater, N.T., Hall, A.F. and Carpenter, D.O.  Kinetic properties of cholinergic desensitization in Aplysia neurons.  Proc. Roy. Soc. Lond. B, 223:63-78, 1984.

84.   Akaike, N., Hattori, K., Oomura, Y. and Carpenter, D.O.  Bicuculline and picrotoxin block gamma-aminobutyric acid-gated Cl conductance by different mechanisms.  Experientia, 41:70-71, 1985.

85.   Slater, N.T., Carpenter, D.O., Freedman, J.E. and Synder, S.H.  Dual effects of the snake venom polypeptide vipoxin on receptors for acetylcholine and biogenic amines in *Aplysia* neurons. Neurosci., 14:723-733, 1985.

86.   Mizuno, Y., Oomura, Y., Hori, N. and Carpenter, D.O.  Action of vasopressin on CA1 pyramidal neurons in rat hippocampal slices.  Brain Res., 309:241-246, 1984.

87.   Slater, N.T., Hall, A.F. and Carpenter, D.O.  Trifluoperazine and calcium antagonists accelerate cholinergic desensitization in *Aplysia* neurons.  Brain Res., 329:275-279, 1985.

88.   ffrench-Mullen, J.M.H., Koller, K., Zaczek, R., Coyle, J.T., Hori, N. and Carpenter, D.O. N-acetylaspartylglutamate:  Possible role as the neurotransmitter of the lateral olfactory tract.  Proc. Nat. Acad. Sci., 82:3897-3900, 1985.

89.   Greene, R.W. and Carpenter, D.O.  Actions of neurotransmitters on pontine medial reticular formation neurons of the cat.  J. Neurophysiol., 54:520-531, 1985.

90.   Hori, N., ffrench-Mullen, J.M.H. and Carpenter, D.O.  Kainic acid responses and toxicity show pronounced $Ca^{2+}$ dependence.  Brain Res., 358:380-384, 1985.

91.   Gaillard, W.D. and Carpenter, D.O.  Spectra of neurotransmitter receptors and ionic responses on cerebral A and B neurons in *Aplysia californica*.  Brain Res., 373:303-310, 1986.

92.   Gaillard, W.D. and Carpenter, D.O.  On the transmitter at the A-to-B cell in *Aplysia californica*.  Brain Res., 373:311-315, 1986.

93.   ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O.  A comparison on the effects of quinolinate and N-methyl-aspartate on neurons in rat piriform cortex.  Neurosci. Lett., 63:66-70, 1986.

94.   ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O.  Receptors for the excitatory amino acids on neurons in rat pyriform cortex.  J. Neurophysiol., 55:1283-1294, 1986.

95.   Slater, N.T., David, J.A. and Carpenter, D.O.  Relaxation studies on the interaction of hexamethonium with acetylcholine-receptor channels in *Aplysia* neurons.  Cell. Molec. Neurobiol., 6:191-211, 1986.

96.   Leung, M.K., S.-Rozsa, K., Hall, A., Kuruvilla, S., Stefano, G.B. and Carpenter, D.O.  Enkephalin-like substance in *Aplysia* nervous tissue and actions of leu-enkephalin on single neurons.  Life Sci., 38:1529-34, 1986.

97.   Slater, N.T., Filbert, M. and Carpenter, D.O.  Multiple interactions of anticholinesterases with *Aplysia* acetylcholine responses.  Brain Res., 375:407-412, 1986.

98.   Carpenter, D.O. and Briggs, D.B.  Insulin excites neurons of the area postrema and causes emesis. Neurosci. Lett., 68:85-89, 1986.

99.   Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.L.  Radiation-induced emesis in the dog:  Effects of lesions and drugs.  Rad. Res., 108:307-316, 1986.

100.  Briggs, D.B. and Carpenter, D.O.  Excitation of neurons in the canine area postrema by prostaglandins.  Cell. Molec. Neurobiol., 6:421-426, 1986.

101.  Chesnut, T.J., Carpenter, D.O. and Strichartz, G.R.  Three effects of venom from conus striatus on the delayed rectifier potassium current of molluscan neurons.  Toxicon, 25:267-278, 1987.

102.  Yakushiji, T., Tokutomi, N., Akaike, N. and Carpenter, D.O.  Agonists of GABA responses, studied using internally perfused frog dorsal root ganglion neurons.  Neuroscience 22:1123-1133, 1987.

103.  Akaike, N., Yakushiji, T., Tokutomi, N. and Carpenter, D.C.  Multiple mechanisms of antagonism of GABA responses.  Cell. Molec. Neurobiol., 7:97-103, 1987.

- 10 -

DAVID CARPENTER
EXHIBIT A

104. Hori, N., Galeno, T. and Carpenter, D.O.  Responses of pyriform cortex neurons to excitatory amino acids:  Voltage dependence, conductance changes and effects of divalent cations.  Cell. Molec. Neurobiol., 7:73-90, 1987.

105. Oyama, Y., King, W.M. and Carpenter, D.O.  Edrophonium-induced membrane current in single neurons physically isolated from Aplysia californica.  Brain Res., 438:95-100, 1988.

106. Jahan-Parwar, B., S.-Rozsa, K., Salanki, J., Evans, M.L. and Carpenter, D.O.  In vivo labeling of serotonin containing neurons by 5,7-dihydroxytryptamine in Aplysia.  Brain Res., 426:173-178, 1987.

107. King, W.M. and Carpenter, D.O.  Distinct GABA and glutamate receptors may share a common channel in Aplysia neurons.  Neurosci. Lett., 82:343-348, 1987.

108. Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.  Excitation of area postrema neurons by transmitters, peptides and cyclic nucleotides.  J. Neurophysiol., 59:358-369, 1988.

109. Carpenter, D.O., Hall, A.F. and Rahmann, H.  Exogenous gangliosides induce direct voltage and conductance changes on isolated neurons.  Cell. Molec. Neurobiol., 8:245-250, 1988.

110. Hori, N., Carpenter, D.O. and Katsuda, N.  Effect of acetylcholine on the pyramidal cell in the rat piriform cortex in vitro.  Neurosciences, 13:172-174, 1987 (in Japanese).

111. Hori, N. and Carpenter, D.O.  Excitatory amino acid receptors in piriform cortex do not show receptor desensitization.  Brain Res., 457:350-354, 1988.

112. Allen, C.N., Brady, R., Swann, J., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate (NMDA) receptors are inactivated by trypsin.  Brain Res., 458:147-150, 1988.

113. Oyama, Y., Akaike, N. and Carpenter, D.O.  Strychnine decreases the voltage-dependent $Ca^{2+}$ current of both Aplysia and frog ganglion neurons.  Cell. Molec. Neurobiol., 8:307-314, 1988.

114. Oyama, Y., King, W.M., Allen, C.N., Hori, N. and Carpenter, D.O.  Characterization of an inward current elicited by edrophonium in physically isolated and internally perfused Aplysia neurons.  Brain Res., 463:124-132, 1988.

115. Hori, N., Akaike, N. and Carpenter, D.O.  Piriform cortex brain slices:  Techniques for isolation of synaptic inputs.  J. Neurosci. Methods, 25:197-208, 1988.

116. Oyama, Y., Evans, M.L., Akaike, N. and Carpenter, D.O. Electrophysiological detection of acetylcholinesterase activity using concentration clamp on physically isolated Aplysia neurons.  Neuroscience Res., 6:174-180, 1988.

117. Tsuda, Y., Oyama, Y., Carpenter, D.O. and Akaike, N.  Effects of $Ca^{2+}$ on the transient outward current of single isolated Helix central neurones.  Brit J. Pharmacol., 95:526-530, 1988.

118. Oyama, Y., Hori, N., Evans, M.L., Allen, C.N. and Carpenter, D.O.  Electrophysiological estimation of the actions of acetylcholinesterase inhibitors on acetylcholine receptor and cholinesterase in physically isolated Aplysia neurones.  Brit. J. Pharmacol., 96:573-582,1989.

119. King, W.M. and Carpenter, D.O.  Voltage-clamp characterization of Cl- conductance gated by GABA and L-glutamate in single neurons of Aplysia.  J. Neurophysiol., 61:892-899, 1989.

120. Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a chloride acetylcholine response in Aplysia.  Brain Res., 495:309-318, 1989.

121. Salanki, J., Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a K+ acetylcholine response in Aplysia.  Brain Res., 495:298-308, 1989.

122. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of exogenous ganglioside and cholesterol application on excitability of Aplysia neurons.  Membrane Biochemistry, 8:19-26, 1989.

- 11 -

123.  Carpenter, D.  Neural mechanisms of emesis.  Canad. J. Physiol. Pharmacol., 68:230-236, 1990.

124.  Oyama, Y., Hori, N., Allen, C.N., and Carpenter, D.O.  Influences of trypsin and collagenase on acetylcholine responses of physically-isolated single neurons of Aplysia californica.  Cell. Molec. Neurobiol., 10:193-205, 1990.

125.  Büsselberg, D., Evans, M.L., Rahmann, H., and Carpenter, D.O.  Lead inhibits the voltage-activated calcium current of Aplysia neurons.  Toxicol. Lett., 51:51-57, 1990.

126.  Doi, N., Carpenter, D.O. and Hori, N.  Differential effects of baclofen and GABA on rat piriform cortex pyramidal neurons in vitro.  Cell. Molec. Neurobiol., 10: 559-564, 1991.

127.  Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  $Zn^{2+}$ blocks the voltage activated calcium current of Aplysia neurons.  Neurosci. Letts., 117:117-122, 1990.

128.  Büsselberg, D., Carpenter, D.O., Sugita, M., Araki, S., Satake, M. and Rahmann, H.  Effects of exogenous lipid application on excitability of Aplysia neurons.  Biomed. Res., 11:77-86, 1990.

129.  Evans, M.L., Kadan, M.J., Hartig, P.R. and Carpenter, D.O.  Correlation of $^{125}$I-LSD autoradiographic labelling with serotonin voltage clamp responses in Aplysia neurones.  Synapse, 8:22-29, 1991.

130.  S.-Rozsa, K., Stefano, G., Salanki, J. and Carpenter, D.O.  Characterization of responses to enkephalins and FMRFamide on B neurons of the cerebral ganglion of Aplysia.  Comp. Biochem. Physiol., 99C:403-412, 1991.

131.  Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Lead and zinc block a voltage activated calcium channel of Aplysia neurons.  J. Neurophysiol., 65:786-795, 1991.

132.  Hori, N., Doi, N., Miyahara, S., Shinoda, Y. and Carpenter, D.O.  Appearance of NMDA receptors triggered by anoxia independent of voltage in vivo and in vitro.  Exp. Neurol., 112:304-311, 1991.

133.  Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of inorganic and triethyl lead and inorganic mercury on the voltage activated calcium channel of Aplysia neurons.  NeuroToxicology, 12:733-744, 1991.

134.  Evans, M.L., Büsselberg, D. and Carpenter, D.O.  $Pb^{2+}$ blocks calcium currents of cultured dorsal root ganglion cells.  Neurosci. Letts., 129:103-106, 1991.

135.  Kemenes, G., S.-Rozsa, K., Stefano, G. and Carpenter, D.O.  Distinct receptors for leu- and met-enkephalin on the metacerebral giant cell of Aplysia.  Cell. Molec. Neurobiol., 12:107-119, 1992.

136.  Ayrapetyan, S.N. and Carpenter, D.O.  Very low concentrations of acetylcholine and GABA modulate transmitter responses.  NeuroReport 2:563-565, 1991.

137.  Carpenter, D.O. and Hori, N.  Neurotransmitter and peptide receptors on medial vestibular nucleus neurons.  Ann. NY Acad. Sci., 656:668-686, 1992.

138.  Hernadi, L., S.-Rozsa, K., Jahan-Parwar, B. and Carpenter, D.O.  A topography and ultrastructural characterization of in vivo 5,7-dihydroxytryptamine-labelled serotonin-containing neurons in the central nervous system of Aplysia californica.  Cell. Molec. Neurobiol., 12:317-326, 1992.

139.  Carpenter, D.O., Fejtl, M., Ayrapetyan, S., Szarowski, D. and Turner, J.N.  Dynamic changes in neuronal volume resulting from osmotic and sodium transport manipulations.  Acta Biologica Hungarica, 43:39-48, 1992.

140.  Ayrapetyan, S.N. and Carpenter, D.O.  On the modulating effect of ultralow transmitter concentrations on the functional activity of the neuron membrane.  J. Evol. Biochem. Physiol., 27:110-116, 1991.

**DAVID CARPENTER**
**EXHIBIT A**

141. Büsselberg, D., Michael, D., Evans, M.L., Carpenter, D.O. and Haas, H.L. Zinc ($Zn^{2+}$) blocks voltage gated calcium channels in cultured rat dorsal root ganglion cells. Brain Res., 593:77-81, 1992.

142. Matthews, M.R., Parsons, P.J. and Carpenter, D.O. Solubility of lead as lead (II) chloride in HEPES-Ringer and artificial seawater (Ca-ASW) solutions. NeuroToxicology, 14:283-290, 1993.

143. Hori, N., Büsselberg, D., Matthews, R., Parsons, P.J. and Carpenter, D.O. Lead blocks LTP by an action not at NMDA receptors. Exp. Neurol., 119: 192-197, 1993.

144. Büsselberg, D., Evans, M.L., Haas, H.L. and Carpenter, D.O. Blockade of mammalian and invertebrate calcium channels by lead. NeuroToxicology, 14:249-258, 1993.

145. Riepe, M., Hori, N., Ludolph, A.C., Carpenter, D.O., Spencer, P.S. and Allen, C.N. Inhibition of energy metabolism by 3-nitropropionic acid activates ATP-sensitive potassium channels. Brain Res., 586:61-66, 1992.

146. Hori, N., Hirotsu, I., Davis, P.J. and Carpenter, D.O. Long-term potentiation is lost in aged rats but preserved by calorie restriction. NeuroReport, 3:1085-1088, 1992.

147. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O. Behavioral studies of emetic sensitivity in the ferret. Brain Res. Bull., 31:477-484, 1993.

148. Allen, C.N., Spencer, P.S. and Carpenter, D.O. ß-N-methylamino-L-alanine in the presence of bicarbonate is an agonist at non-N-methyl-D-aspartate-type receptors. Neuroscience 54:567-574, 1993.

149. Elekes, K., Stefano, G.B. and Carpenter, D.O. Enkephalin-like immunoreactive neurons in the central nervous system of gastropods (*Helix pomatia, Lymnaea stagnalis, Aplysia californica*): A comparative immunocytochemical study. Cell Tiss. Res. 272:329-41, 1993.

150. Büsselberg, D., Platt, B., Haas, H.L. and Carpenter, D.O. Voltage gated calcium channel currents of rat dorsal root ganglion (DRG) cells are blocked by $Al^{3+}$. Brain Res. 622:163-168, 1993.

151. Strominger, N.L., Knox, A.P. and Carpenter, D.O. The connectivity of the area postrema in the ferret. Brain Res. Bull., 33:33-47, 1994.

152. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O. The central connections of the vagus nerve in the ferret. Brain Res. Bull., 33:49-63, 1994.

153. Lin, Y. and Carpenter, D.O. Medial vestibular neurons are endogenous pacemakers whose discharge is modulated by neurotransmitters. Cell. Molec. Neurobiol., 13:601-613, 1993.

154. Kemenes, G., S.-Rózsa, K. and Carpenter, D.O. Cyclic-AMP-mediated excitatory responses to leucine enkephalin in *Aplysia* neurones. J. Exp. Biol. 181: 321-328, 1993.

155. Büsselberg, D., Platt, B., Michael, D., Carpenter, D.O. and Haas, H.L. Mammalian voltage-activated calcium channel currents are blocked by $Pb^{2+}$, $Zn^{2+}$ and $Al^{3+}$. J. Neurophysiol., 71:1491-1497, 1994.

156. Hori, N. and Carpenter, D.O. Transient ischemia causes a reduction of $Mg^{2+}$ blockade of NMDA receptors. Neurosci. Letts., 173:75-78, 1994.

157. Riepe, M.W., Hori, N., Ludolph, A.C. and Carpenter, D.O. Failure of neuronal ion exchange, not potentiated excitation, causes excitotoxicity after inhibition of oxidative phosphorylation. Neuroscience, 64:91-97, 1995.

158. Hori, N. and Carpenter, D.O. Functional and morphological changes induced by transient *in vivo* ischemia. Exp. Neurol., 129:279-289, 1994.

159. Lin, Y. and Carpenter, D.O. Direct excitatory opiate effects mediated by non-synaptic actions on rat medial vestibular neurons. Eur. J. Pharmacol., 262:99-106, 1994.

- 13 -

**DAVID CARPENTER**
**EXHIBIT A**

160. Carpenter, D.O.  Epidemiological evidence for an association between exposure to 50 and 60 Hz magnetic fields and cancer.  James Bay Publication Series, Hydro-Electric Development: Environmental Impacts - Paper No. 6, pp. 2-31, 1994.

161. Carpenter, D.O.  Communicating with the public on issues of science and public health.  Environ. Health Perspect. 103:127-130, 1995.

162. Fejtl, M., Gyori, J. and Carpenter, D.O.  $Hg^{2+}$ increases the open probability of carbachol-activated $Cl^-$ channels in Aplysia neurons.  NeuroReport, 5:2317-2320, 1994.

163. Carpenter, D.O. The public health significance of metal neurotoxicity.   Cell. Molec. Neurobiol., 14:591-597, 1994.

164. Gyori, J., Fejtl, M. and Carpenter, D.O.  Effect of $HgCl_2$ on acetylcholine, carbachol and glutamate currents of Aplysia neurons.  Cell. Molec. Neurobiol., 14:653-664, 1994.

165. Fejtl, M., Gyori, J. and Carpenter, D.O.  Mercuric (II) chloride modulates single channel properties of carbachol activated $Cl^-$ channels in cultured neurons of Aplysia californica.  Cell. Molec. Neurobiol., 14:665-674, 1994.

166. Carpenter, D.O., Matthews, M.R., Parsons, P.J. and Hori, N.  Long-term potentiation in piriform cortex is blocked by lead.  Cell. Molec. Neurobiol., 14:723-733, 1994.

167. Salanki, J., Gyori, J. and Carpenter, D.O.  Action of lead on glutamate-activated chloride currents in Helix Pomatia L. neurons.  Cell. Molec. Neurobiol., 14:755-768, 1994.

168. Carpenter, D.O.  How hazardous wastes affect hu man health.  Cent. Eur. J. Publ. Hlth. 2:6-9, 1994.

169. Oyama, Y., Carpenter, D.O., Ueno, S., Hayashi, H. and Tomiyoshi, F.  Methylmercury induces $Ca^{2+}$-dependent hyperpolarization of mouse thymocytes: A flow-cytometric study using fluorescent dyes.  Eur. J. Pharmacol., 293:101-107, 1995.

170. Fejtl, M., Szarowski, D.H., Decker, D., Buttle, K., Carpenter, D.O. and Turner, J.N.  Three-dimensional imaging and electrophysiology of live Aplysia neurons during volume perturbation: confocal light and high-voltage electron microscopy.  JMSA 1(2):75-85, 1995.

171. Carpenter, D.O., Kemenes, G., Elekes, K., Leung, M., Stefano, G., S.-Rozsa, K. and Salanki, J.  Opioid peptides in the nervous system of Aplysia: A combined biochemical immunocytochemical, and electrophysiological study.  Cell. Molec. Neurobiol. 15:239-256, 1995.

172. Riepe, M. and Carpenter, D.O.  Delayed increase of cell volume of single pyramidal cells in live hippocampal slices upon kainate application.  Neurosci. Letts. 191:35-38, 1995.

173. Son, H. And Carpenter, D.O.  Protein kinase C activation is necessary but not sufficient for induction of LTP at the synapse of mossy fiber-CA3 in the rat hippocampus.  Neuroscience 72:1-13, 1996.

174. Iwase, T., Hori, N., Morioka, T. and Carpenter, D.O.  Low power laser irradiation reduces ischemic damage in hippocampal slices in vitro.  Lasers Surg. Med., 19:465-450, 1996.

175. Carpenter, D.O., King, W.M. and McCreery, M.J.  The role of glutamate reuptake in regulation of glutamate responses in Aplysia neurons.  Acta Biologica Hungaria 46:363-373, 1995.

176. Saghian, A.A., Ayrapetyan, S.N. and Carpenter, D.O.  Low concentrations of ouabain stimulate Na/Ca exchange in neurons.  Cell. Molec. Neurobiol., 16:489-498, 1996.

177. Platt, B., Carpenter, D.O., Büsselberg, D., Reymann, K.G. and Riedel, G.  Aluminum impairs hippocampal long-term potentiation in rats in vitro and in vivo.  Exp. Neurol., 134:73-86, 1995.

178. Rubakhin, S.S., Gyori, J., Carpenter, D.O. and Salanki, J.  $HgCl_2$ potentiates GABA activated currents in Lymnaea stagnalis L. neurons.  Acta Biologica Hungaria, 46:431-444, 1995.

DAVID CARPENTER
EXHIBIT A

179. Fejtl, M. and Carpenter, D.O.  Neurite outgrowth is enhanced by conditioning factor(s) released from central ganglia of Aplysia californica.  Neurosci. Letts., 199:33-36, 1995.

180. Riepe, M.W., Niemi, W.N., Megow, D., Ludolph, A.C. and Carpenter, D.O.  Mitochondrial oxidation in rat hippocampus can be preconditioned by selective chemical inhibition of SDH.  Exp. Neurol., 138:15-21, 1996.

181. Son, H. and Carpenter, D.O.  Interactions among paired-pulse facilitation and post-tetanic and long-term potentiation in the mossy fiber-CA3 pathway in rat hippocampus.  Synapse, 23:302-311, 1996.

182. Carpenter, D.O., Suk, W.A., Blaha, K. and Cikrt, M.  Hazardous wastes in Eastern and Central Europe.  Environ. Health Perspect., 104:244-248, 1996.

183. Son, H., Davis, P.J. and Carpenter, D.O.  Time course and involvement of protein kinase C-mediated phosphorylation of F1/GAP-43 in area CA3 after the mossy fiber stimulation.  Cell. Molec. Neurobiol., 17:171-194, 1997.

184. Dyatlov, V.A., Platoshin, A.V., Lawrence, D.A. and Carpenter, D.O.  Mercury (Hg2[+]) enhances the depressant effect of kainate on Ca-inactivated potassium current in telencephalic cells derived from chick embryos.  Toxicol. Appl. Pharmacol., 138:285-297, 1996.

185. Carpenter, D.O. and Conway, J.B.  Optimizing professional education in public health.  J. Public Health Management Practice, 2:66-72, 1996.

186. Carpenter, D.O.  Great Lakes contaminants:  A shift in human health outcomes.  Health and Environment Digest, 10:17-19, 1996.

187. Boldyrev, A.A., Stvolinsky, S.L., Tyulina, O.V., Koshelev, V.B., Hori, N. and Carpenter, D.O.  Biochemical and physiological evidence that carnosine is an endogenous neuroprotector against free radicals.  Cell. Molec. Neurobiol., 17:259-271, 1997.

188. Szücs, A., Angiello, C., Salánki, J. and Carpenter, D.O.  Effects of inorganic mercury and methylmercury on the ionic currents of cultured rat hippocampal neurons.  Cell. Molec. Neurobiol., 17:273-288, 1997.

189. Niemi, W.D., Slivinski, K., Audi, J., Rej, R. and Carpenter, D.O.  Propylthiouracil treatment reduces long-term potentiation in area CA1 of neonatal rat hippocampus.  Neurosci. Letts., 210:127-129, 1996.

190. Son, H., Madelian, V. and Carpenter, D.O.  The translocation and involvement of protein kinase C in mossy fiber-CA3 long-term potentiation in hippocampus of the rat brain.  Brain Res., 739:282-292, 1997.

191. Oyama, Y., Carpenter, D.O., Chikahisa, L. and Okazaki, E.  Flow-cytometric estimation on glutamate- and kainate-induced increases in intracellular $Ca^{2+}$ of brain neurons.  Brain Research, 728:121-124, 1996.

192. Carpenter, D.O., Stoner, C.R.T. and Lawrence, D.A.  Flow cytometric measurements of neuronal death triggered by PCBs.  NeuroToxicology, 18:507-514, 1997.

193. Azatian, K.V., Ayrapetyan, S.N. and Carpenter, D.O.  Metabotropic GABA receptors regulate acetylcholine responses on snail neurons.  Gen. Pharmacol., 29:67-72, 1997.

194. Carpenter, D.O., Stoner, C.T., Lawrence, D.A., Niemi, W.D., Shain, W. and Seegal, R.  Multiple mechanisms of PCB neurotoxicity.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 404-918.

195. Carpenter, D.O.  New Dimensions in our understanding of the human health effects of environmental pollutants.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 37-53.

- 15 -

DAVID CARPENTER
EXHIBIT A

196. Carpenter, D.O.  Possible effects of electromagnetic fields on the nervous system and development. Men. Retard. Dev. Dis. Res. Rev. 3:270-274, 1997.

197. Chiarenzelli, J., Scrudato, R., Bush, B., Carpenter, D. and Bushart, S.  Do large-scale remedial and dredging events have the potential to release significant amounts of semi-volatile compounds to the atmosphere?  Environ. Hlth. Perspect., 106:47-49, 1998.

198. Dyatlov, V.A., Dytlova O.M., Parsons, P.H., Lawrence, D.A. and Carpenter, D.O.  Lipopolysaccharide and interleukin-6 enhance lead entry into cerebellar neurons:  Application of a new and sensitive flow cytometric technique to measure intracellular lead and calcium concentrations. NeuroToxicology, 19:293-302, 1998.

199. Dyatlov, V.A., Platoshin, A.V.,Lawrence, D.A. and Carpenter, D.O.  Lead potentiates cytokine- and glutamate-mediated increases in permeability of the blood-brain barrier. NeuroToxicology, 19:283-292, 1998.

200. Niemi, W.D., Audi, J., Bush, B. and Carpenter, D.O.  PCBs reduce long-term potentiation in the CA1 region of rat hippocampus. Exper. Neurol., 151:26-34, 1998.

201. Carpenter, D.O.  Health effects of metals. Cent. Eur. J. Publ. Hlth., 6:160-163, 1998.

202. Carpenter, D.O., Bláha, K., Buekens, A., Cikrt, M., Damstra, T., Dellinger, B., Sarofim, A., Suk, W.A., Wyes, H. and Zejda, J.  Remediation of hazardous wastes in Central and Eastern Europe: Technology and health effects. Cent. Eur. J. Publ. Hlth., 6:77-78, 1998.

203. Carpenter, D.O.  Human health effects of environmental pollutants: New Insights.  Environ. Monitor. Assess. J., 53:245-258, 1998.

204. Dyatlov, V.A., Makovetskaia, V.V., Leonhardt, R., Lawrence, D.A. and Carpenter, D.O.  Vitamin E enhances $Ca^{2+}$-mediated vulnerability of immature cerebellar granule cells to ischemia. Free Rad. Biol. Med., 25: 793-802, 1998.

205. Fitzgerald, E.F., Schell, L.M., Marshall, E.G., Carpenter, D.O., Suk, W.A. and Zejda, J.E.  Environmental pollution and child health in Central and Eastern Europe. Environ. Health Persp., 106:307-311, 1998.

206. Carpenter, D.O., Arcaro, K.F., Bush, B., Niemi, W.D., Pang, S. and Vakharia, D.D.  Human health and chemical mixtures: An overview. Environ. Health Perspect., 106: 1263-1270, 1998.

207. Carpenter, D.O., Cikrt, M. and Suk, W.A.  Hazardous wastes in Eastern and Central Europe: Technology and health effects. Environ. Health Perspect., 107: 3-4, 1999.

208. Carpenter, D.O.  Polychlorinated biphenyls and human health. Int. J. Occup. Med. Environ. Hlth. 11: 291-303, 1998.

209. Boldyrev, A.A., Johnson, P., Yanzhang, W., Tan, Y. and Carpenter, D.O.  Carnosine and taurine protect rat cerebellar granular cells from free radical damage. Neurosci. Letts., 263: 169-172, 1999.

210. Boldyrev, A.A., Carpenter, D.O., Huentelman, M.J., Peters, C.M. and Johnson, P.  Sources of reactive oxygen species production in excitotoxin-stimulated neurons. Biophys. Biochem. Res. Commun., 256: 320-324, 1999.

211. Ayrapetyan, S.N., Ayrapetyan, G. and Carpenter, D.O. The electrogenic sodium pump activity in Aplysia neurons is not potential dependent. Acta Biologica Hungarica, 50: 27-34, 1999.

212. Boldyrev, A., Song, R., Lawrence, D. and Carpenter, D.O.  Carnosine protects against excitotoxic cell death independently of effects on reactive oxygen species. Neuroscience, 94: 571-577, 1999.

213. Boldyrev, A., Song, R., Dyatlov, V.A., Lawrence, D.A. and Carpenter, D.O.   Neuronal cell death and reactive oxygen species. Cell. Molec. Neurobiol., 20:433-450, 2000.

- 16 -

DAVID CARPENTER
EXHIBIT A

214. Gyori, J., Platoshyn, O., Carpenter, D.O. and Salanki, J.  Effect of inorganic- and organic tin compounds on ACh- and voltage-activated Na currents. Cell. Molec. Neurobiol. 20:591-604, 2000.

215. Hussain, R.J., Gyori, J., DeCaprio, A.P. and Carpenter, D.O.  In vivo and in vitro exposure to PCB 153 reduces long-term potentiation. Environ. Hlth. Perspect., 108 :827-831, 2000.

216. Negoita, S., Swamp, L., Kelley, B. and Carpenter, D.O.  Chronic diseases surveillance of St. Regis Mohawk health service patients. J. Public Health Management Practice, 7:84-91, 2001.

217. Hussain, R.J., Parsons, P.J., Carpenter, D.O. Effects of lead on long-term potentiation in hippocampal CA3 vary with age. Dev. Brain Res., 121: 243-252, 2000.

218. Tanji, M., Katz, B.H., Spink, B.C. and Carpenter, D.O.  Growth inhibition of MCF-7 cells by estrogen is dependent upon a serum factor. Anticancer Res., 20: 2779-2784, 2000.

219. Tanji, M. and Carpenter, D.O.  A steroid-binding protein mediates estrogen-dependent inhibition of growth of MCF-7 breast cancer cells. Anticancer Res., 20:2785-2790, 2000.

220. Gyori, J., Hussain, R., Carpenter, D.O.  Long-term potentiation in CA1 region of rat brain slices is blocked by PCB 153. Cent. Europ. J. Publ. Hlth., 8: 21-22, 2000.

221. Carpenter, D.O.  Human health effects of polychlorinated biphenyls. Cent. Eur. J. Public Health, 8: 23-24, 2000.

221a. Sukdolova, V., Negoita, S., Hubicki, L., DeCaprio, A., and Carpenter, D.O.  The assessment of risk to acquired hypothyroidism from exposure to PCBs: a study among Akwesasne Mohawk women. Cent. Eur. J. Public Health, 8: 167-168, 2000.

222. Carpenter, D.O., Chew, F.T., Damstra, T., Lam, L.H., Landrigan, P.J., Makalinao, I., Peralta, G.L. and Suk, W.A.  Environmental threats to the health of children: The Asian perspective. Environ. Hlth. Perspect., 108: 989-992, 2000.

223. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.  Natural mechanisms of protection of neurons against oxidative stress. Recent Res. Devel. Comparative Biochem. & Physiol. 1: 91-103, 2000.

224. Strominger, N.L., Hori, N., Carpenter, D.O., Tan, Y. and Folger W.H.  Effects of acetylcholine and GABA on neurons in the area postrema of Suncus murinus brainstem slices. Neurosci. Letts. 309: 77-80, 2001.

225. Strominger, N.L., Brady, R., Gullikson, G. and Carpenter, D.O.  Imiquimod-elicited emesis is mediated by the area postrema, but not by direct neuronal activation. Brain Res. Bull. 55: 445-451, 2001.

226. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O.  Intracellular activity of rat spinal cord motoneurons in slices. J. Neurosci. Meth. 112: 185-191, 2001.

227. Sukocheva, O.A., Abramov, A.Y., Levitskaya, J.O., Gagelgans, A.I. and Carpenter, D.O.  Modulation of intracellular Ca concentration by vitamin B12 in rat thymocytes. Blood Cells. Mol. Dis. 27: 812-824, 2001.

228. Gilbertson, M., Carpenter, D. and Upshur, R.  Methodology for assessing community health in Areas of Concern: Measuring the adverse effects on human health. Environ. Health Perspect. 109 (Suppl 6): 811-812, 2001.

229. Carpenter, D.O., Shen, Y., Nguyen, T., Le, L. and Lininger, L.L.  Incidence of endocrine disease among residents of New York Areas of Concern. Environ. Health Perspect. 109: (Suppl 6) 845-851, 2001.

230. Suk, W.A., Carpenter, D.O., Cirkt, M. and Smerhovsky, Z.  Metals in Eastern and Central Europe: Health effects, sources of contamination and methods of remediation. Internat. J. Occup. Med. Environ. Health 14, 151-156, 2001.

- 17 -

DAVID CARPENTER
EXHIBIT A

231. Carpenter, D.O.  Effects of metals on the nervous system of humans and animals.  Internat. J Occup. Med. Environ. Health 14: 209-218, 2001.

232. Carpenter, D.O., Arcaro, K. and Spink, D.C. Understanding the human health effects of chemical mixtures.  Environ. Health Perspect. 110 (Suppl 1), 25-42, 2002.

233. Carpenter, D.O., Nguyen, T., Le, L., Kudyakov, R. and Lininger, L.  Human disease in relation to residence near hazardous waste sites.  Proceedings of The 10th Pacific Basin Conference on Hazardous Waste, Okayama, Japan, December 5-7, 2001.

234. Carpenter, D.O., Tarbell, A., Fitzgerald, E., Kadlec, M.J., O'Hehir, D.O. and Bush, B.  University-community partnership for the study of environmental contamination at Akwesasne.  In: Biomarkers of Environmentally Associated Disease, S.H. Wilson and W.A. Suk, editors, CRC Press/Lewis Publishers, 507-523, 2002.

235. Carpenter, D.O., Hussain, R.J., Berger, D.F., Lombardo, J.P., Park, H-Y.  Electrophysiological and behavioral effects of perinatal and acute exposure of rats to lead and polychlorinated biphenyls.  Environ. Health Perspect., 110: 377-386, 2002.

236. Hori, N., Tan, Y. King, M., Strominger, N.L. and Carpenter, D.O.  Differential actions and excitotoxicity of glutamate agonists on motoneurons in adult mouse cervical spinal cord slices.  Brain Res., 958: 434-438, 2002.

237. Laemle, L.K., Hori, N., Strominger, N.L., Tan, Y. and Carpenter, D.O.  Physiological and anatomical properties of the suprachiasmatic nucleus of an anophthalmic mouse.  Brain Res., 953: 73-81, 2002.

238. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O.  Rat motoneuron cell death in development correlates with loss of N-methyl-D-aspartate receptors.  Neurosci. Letts., 330:131-134, 2002.

239. Carpenter, D.O., Morris, D.L. and Legator, M.  Initial attempts to profile health effects with types of exposure in Anniston, Alabama.  FEB, 12: 191-195, 2003.

240. Carpenter, D.O., Nguyen, T., Le, L., Baibergenova, A. and Kudyakov, R.  Profile of health effects related to proximity to PCB-contaminated hazardous waste sites in New York. FEB, 12: 173-180, 2003.

241. Hori, N., Carp, J.S., Carpenter, D.O. and Akaike, N.  Corticospinal transmission to motoneurons in cervical spinal slices from adult rats.  Life Sci., 72: 389-396, 2002.

242. Carpenter, D.O. and Hussain, R.J.  Cell-to-cell communication of neurons is impaired by metals.  Mat.-wiss. U. Werkstofftech. 34: 1-8, 2003.

243. Tan, Y., Hori, N. and Carpenter, D.O.  The mechanism of presynaptic long-lasting-depression mediated by group 1 metabotropic glutamate receptors.  Cell. Molec. Neurobiol., 23: 187-203, 2003.

244. Baibergenova, A., Kudyakov, R., Zdeb, M., and Carpenter, D.O.  Low birth weight and residential proximity to PCB-contaminated waste sites.  Environ. Health Perspect., 111: 1352-1357, 2003.

245. Nishizaki, Y., Oyama, Y., Sakai, Y., Hirama, S., Tomita, K., Nakao, H., Umebayashi, C., Ishida, S., Okano, Y. and Carpenter, D.O.  $PbCl_2$-induced hyperpolarization of rat thymocytes: Involvement of charybdotoxin-sensitive K+ channels.  Environ. Toxicol., 18(5): 321-326, 2003.

246. Hussain, R.J. and Carpenter, D.O.  The effects of protein kinase C activity on synaptic transmission in two areas of rat hippocampus.  Brain Res., 990: 28-37, 2003.

247. Suk, W.A., Ruchirawat, K., Balakrishnan, K., Berger, M., Carpenter, D., Damstra, T,. Pronczuk de Garbino, J., Koh, D., Landrigan, P.J., Makalinao, I., Sly, P.D., Xu, Y. and Zheng, B.S.  Environmental threats to children=s health in Southeast Asia and the Western Pacific.  Environ. Health Perspect. 111: 1340, 2003.

- 18 -

DAVID CARPENTER
EXHIBIT A

248. Carpenter, D.O. The need for global environmental health policy. New Solutions, 13(1): 53-59, 2003.

249. Tan, Y., Li, D., Song, R., Lawrence, D. and Carpenter, D.O. Ortho-substituted PCBs kill thymocytes. Toxicol. Sci., 76: 328-337, 2003.

250. Boldyrev, A., Bulygina, E., Carpenter, D.O. and Schoner, W. Glutamate receptors communicate with Na+/K+-ATPase in rat cerebellum granule cells: Demonstration of differences in the action of several metabotropic and ionotropic glutamate agonists on intracellular reactive oxygen species and the sodium pump. J. Molec. Neurosci., 21:213-222, 2003.

251. Hites, R.A., Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Global assessment of organic contaminants in farmed salmon. Science 303: 226-229, 2004.

252. Sandal, S., Yilmaz, B., Chen, C-H and Carpenter, D.O. Comparative effects of technical toxaphene, 2,5-dichloro-3-biphenylol and octabromodiphenylether on cell viability, $[Ca^{2+}]_i$ levels and membrane fluidity in mouse thymocytes. Toxicol. Letts., 151: 417-428, 2004.

253. Tan, Y., Chen, C-H., Lawrence, D. and Carpenter, D.O. Ortho-substituted PCBs kill cells by altering membrane structure. Toxicol. Sci., 80: 54-59, 2004.

254. Tan, Y., Song, R., Lawrence, D. and Carpenter, D.O. Ortho-substituted but not coplanar PCBs rapidly kill cerebellular granule cells. Toxicol. Sci., 79: 147-156, 2004.

255. Ozcan, M., Yilmaz, B., King, W.M. and Carpenter, D.O. Hippocampal long-term potentiation (LTP) is reduced by a coplanar PCB congener. NeuroToxicology, 25: 981-988, 2004.

256. Ssempebwa, J.C., Carpenter, D.O., Yilmaz, B., DeCaprio, A.P., O=Hehir, D.J. and Arcaro, K.F. Waste crankcase oil: an environmental contaminant with potential to modulate estrogenic responses. J. Toxicol. Environ. Hlth, Part A, 67: 1081-1094, 2004.

257. Foran, J.A., Hites, R.A., Carpenter, D.O., Hamilton, M.C., Mathews-Amos, A. and Schwager, S.J. A survey of metals in tissues of farmed Atlantic and wild Pacific salmon. Environ. Toxicol. Chem., 23: 2108-2110, 2004.

258. Oenga, G.N., Spink, D.C. and Carpenter, D.O. TCDD and PCBs inhibit breast cancer cell proliferation in vitro. Toxicol. In Vitro, 18: 811-819, 2004.

259. Hussain, R.J. and Carpenter, D.O. A comparison of the roles of protein kinase C in long-term potentiation in rat hippocampal areas CA1 and CA3. Cell. Molec. Neurobiol., 25: 649-661, 2005.

260. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Global assessment of polybrominated diphenyl ethers in farmed and wild salmon. Organohalogen Compounds, 66: 3826-3829, 2004.

261. Kudyakov, R., Baibergenova, A., Zdeb, M. and Carpenter, D.O. Respiratory disease in relation to patient residence near to hazardous waste sites. Environ. Toxicol. Pharmacol., 18: 249-257, 2004.

262. Gilbertson, M. and Carpenter, D.O. An ecosystem approach to the health effects of mercury in the Great Lakes basin ecosystem. Environ. Res. 95: 240-246, 2004.

263. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Global assessment of polybrominated diphenyl ethers in farmed and wild salmon. Environ. Sci. Technol., 38: 4945-4949, 2004.

264. DeCaprio, A.P., Johnson, G.W., Tarbell, A.M., Carpenter, D.O. Chiarenzelli, J.R., Morse, G.S., Santiago-Rivera, A.L., Schymura, M.J., and the Akwesasne Task Force on the Environment. PCB exposure assessment by multivariate statistical analysis of serum congener profiles in an adult Native American population. Environ. Res., 98: 284-302, 2005.

- 19 -

265. Boldyrev, A.A., Kazey, V.I., Leinsoo, T.A., Mashkina, A.P., Tyulina O.V., Tuneva, J.O., Chittur, S. and Carpenter, D.O. Rodent lymphocytes express functionally active glutamate receptors. Biochem. Biophys. Res. Comm., 324: 133-139, 2004.

266. Boldyrev, A.A., Koudinov, A., Berezov, T. and Carpenter, D.O. Amyloid-β induced cell death is independent of free radicals. J. Alzheimer=s Dis., 6: 633-638, 2004.

267. Neagu, B., Strominger, N.L. and Carpenter, D.O. Use of bipolar parallel electrodes for well-controlled microstimulation in a mouse hippocampal brain slice. J. Neurosci. Meth., 144: 153-163, 2005.

268. Suk, W.A., Avakian, M.D., Carpenter, D., Groopman, J.D., Scammell, M. and Wild, C.P. Human exposure monitoring and evaluation in the Arctic: The importance of understanding exposures to the development of public health policy. Environ. Health Perspect. 112: 113-120, 2004.

269. Neagu, B., Neagu, E.R., Strominger, N.L. and Carpenter, D.O. A new fast electro-physiological response measured extracellularly in a mouse hippocampal brain slice. Neurosci. Letts., 381: 179-184, 2005.

270. Sergeev, A.V. and Carpenter, D.O. Hospitalization rates for coronary heart disease in relation to residence near areas contaminated with POPs and other pollutants. Environ. Health Perspect., 113: 756-761, 2005.

271. Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Risk-based consumption advice for farmed Atlantic and wild Pacific salmon contaminated with dioxins and dioxin-like compounds. Environ. Health Perspect. 113: 552-556, 2005.

272. Shaw, S.D., Bourakovsky, A., Brenner, D., Carpenter, D.O., Tao, L., Kannan, K. and Hong, C-S. Polybrominated diphenyl ethers (PBDEs) in farmed salmon from Maine and Eastern Canada. In: Proceedings of 25th International Symposium on Halogenated Environmental Organic Pollutants and POPs (DIOXIN 2005), August 21-26, 2005, Toronto, Canada.

273. Carpenter, D.O., DeCaprio, A.P., O=Hehir, D., Akhtar, F., Johnson, G., Scrudato, R.J., Apatiki, L., Kava, J., Gologergen, J., Miller, P.K. and Eckstein, L. Polychlorinated biphenyls in serum of the Siberian Yupik people from St. Lawrence Island, Alaska. Int. J. Circumpolar Health, 64(4): 322-335, 2005.

274. Foran, J.A., Good, D.H., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Quantitative analysis of the benefits and risks of consuming farmed and wild salmon. J. Nutr 135: 2639-2643, 2005.

275. Huang, X., Hites, R.A., Foran, J.A., Hamilton, C., Knuth, B.A., Schwager, S.J. and Carpenter, D.O. Consumption advisories for salmon based on risk of cancer and non-cancer health effects. Environ. Res., 101: 263-274, 2006.

276. Shcherbatykh, I., Huang, X., Lessner, L. and Carpenter, D.O. Hazardous waste sites and stroke in New York State. Environ. Health, 4:18, 2005.

277. Hamilton, M.C., Hites, R.A., Schwager, S.J., Foran, J.A., Knuth, B.A. and Carpenter, D.O. Lipid composition and contaminants in farmed and wild salmon. Environ. Sci. Tech., 39: 8622-8629, 2005.

278. Yilmaz, B., Sandal, S., Chen, C-H. and Carpenter, D.O. Effects of PCB 52 and PCB 77 on cell viability, [Ca$^{2+}$]$_i$ levels and membrane fluidity in mouse thymocytes. Toxicology, 217: 184-193, 2006.

279. Tan, Y., Hori, N., and Carpenter, D.O. Electrophysiological effects of three groups of glutamate metabotropic receptors in rat piriform cortex. Cell. Molec. Neurobiol., 26: 915-924, 2006.

280. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.A., Emerging evidence for a similar role of glutamate receptors in the nervous and immune systems. J. Neurochem., 95: 913-918, 2005.

- 20 -

DAVID CARPENTER
EXHIBIT A

281. Sandal, S., Yilmaz, B., Godekmerdan, A., Kelestimur, H. and Carpenter, D.O.  Effects of PCBs 52 and 77 on Th1/Th2 balance in mouse thymocyte cell cultures.  Immunopharmacol. Immununotoxicol. 27: 601-613, 2005.

282. Carpenter, D.O.  Environmental contaminants and learning and memory.  International Congress Series, 1287: 185-189, 2006.

283. Carpenter, D.O.  Polychlorinated biphenyls (PCBs): Routes of exposure and effects on human health.  Rev. Environ. Health, 21: 1-23, 2006.

284. Huang, X., Lessner, L. and Carpenter, D.O.  Exposure to persistent organic pollutants and hypertensive disease.  Environ. Res., 102: 101-106, 2006.

285. Carpenter, D.O., El-Qaderi, S., Fayzieva, D., Gilani, A., Hambartsumyan, A., Herz, K., Isobaev, M., Kasymov, O., Kudyakov, R., Majitova, Z., Mamadov, E., Nemer, L., Revich, B., Stege, P., Suk, W., Upshur, R., Yilmaz, B. and Zaineh K.  Children's environmental health in Central Asia and the Middle East.  Int. J. Occup. Environ. Health, 12: 362-368, 2006.

286. King, W.M., Sarup, V., Sauve, Y., Moreland, C.M., Carpenter, D.O. and Sharma. S.C.  Expansion of visual receptive fields in experimental glaucoma.  Visual Neurosci. 23: 137-142, 2006.

287. Tuneva, J., Chittur, S., Boldyrev, A.A., Birman, I. and Carpenter, D.O.  Cerebellar granule cell death induced by aluminum.  Neurotox. Res., 9: 297-304, 2006.

288. Trasande, L., Boscarino, J., Graber, N., Falk, R., Schechter, C., Dunkel, G., Geslani, J., Moline, J., Kaplan-Liss, E., Miller, R.K., Korfmacher, K., Carpenter, D., Balk, S.J., Laraque, D., Frumkin, H. and Landrigan, P.J.  The environment in pediatric practice:  A study of New York pediatricians' attitudes, beliefs, and practices towards children's environmental health.  J. Urban Health, 2006, DOI: 10.1007/s11524-006-9071-4.

289. Surdu, S., Montoya, L.D., Tarbell, A. and Carpenter, D.O.  Childhood asthma and indoor allergens in Native Americans in New York.  Environ. Health: A Global Access Science Source, 5:22, 2006. DOI: 10.1186/1476-069X-5-22.

290. Ozcan M., Yilmaz, B. and Carpenter, D.O.  Effects of melatonin on synaptic transmission and long term potentiation in two areas of mouse hippocampus.  Brain Res., 1111: 90-94, 2006.

291. Shaw, S.D., Brenner, D., Berger, M.L., Pulser, E.L., Carpenter, D.O., Hong, C-W and Kannan K.  PCBs, dioxin-like PCBs, dioxins, and organochlorine pesticides in farmed salmon (Salmo salar) from Maine and Eastern Canada.  Environ. Sci. Technol. 40: 5347-5354, 2006.

292. Yilmaz, B., Ssempebwa J., Mackerer, C.R., Arcaro, K.F. and Carpenter, D.O.  Effects of polycyclic aromatic hydrocarbon-containing oil mixtures on generation of reactive oxygen species and cell viability in MCF-7 breast cancer cells.  J. Toxicol. Environ. Health, Part A: 70: 1-8, 2007.

293. Kouznetsova, M., Huang, X., Ma, J., Lessner, L. and Carpenter, D.O.  Increased rate of hospitalization for diabetes and residential proximity of hazardous waste sites.  Environ. Health Perspect., 115:75-79, 2007.

294. Yilmaz, Y., Seyran, A.D., Sandal, S., Aydin, M., Colakoglu, N., Kocer, M. and Carpenter, D.O.  Modulatory effects of Aroclors 1221 and 1254 on bone turnover and vertebral histology in intact and ovariectomized rats.  Toxicology Letts., 166: 276-294, 2006.

295. Shcherbatykh, I. and Carpenter, D.O.  The role of metals in the etiology of Alzheimer's disease.  J. Alzheimer's Dis., 11: 191-205, 2007.

296. Surdu S, Neamtiu I, Gurzau E, Kasler I and Carpenter D. Blood lead levels and hand lead contamination in children ages 4-6 in Copsa Mica, Romania.  In:  Environmental Health in Central and Eastern Europe.  KC Donnelly and LH Cizmas, Eds.  Springer Netherlands.  pp. 123-134, 2007.

- 21 -

DAVID CARPENTER
EXHIBIT A

297. Carpenter D.O. The importance of the Great Lakes Water Quality Agreement. J Public Health Policy 28: 216-220, 2007.

298. Codru N, Schymura MJ, Negoita S, the Akwesasne Task Force on the Environment, Rej R and Carpenter DO. Diabetes in relation to serum levels of polychlorinated biphenyls (PCBs) and chlorinated pesticides in adult Native Americans. Environ Health Perspect. 115: 1442-1447, 2007.

299. Carpenter DO. Biomarcadores de efectos neuroconductuales. Acta Toxicol Argent 14 (Suplemento): 11-12, 2006.

300. Hennig B, Ormsbee L, Bachas L, Silverstone A, Milner J, Carpenter D, Thompson C and Suk WA. Introductory comments: nutrition, environmental toxins and implications in prevention and intervention of human diseases. J Nutrit Biochem 189: 161-163, 2007.

301. Arnold R, Armour MA, Barich J, Cebrian M, Cifuentes L, Kirk D, Koh D, Lewis ND, Ling B, Makalinao I, Maiden T, Paz-y-Mino C, Peralta G, Singh K, Sly P, Suk W, Woodward A, Zheng B and Carpenter DO. Threats to human health and environmental sustainability in the Pacific Basin: The 11th International Conference of the Pacific Basin Consortium. Environ Health Perspect. 115: 1770-1775, 2007.

302. Parrish RR, Horstwood M, Arnason JG, Chenery S, Brewer T, Lloyd NS and Carpenter DO (2008) Depleted uranium contamination by inhalation exposure and its detection after approximately 25 years: Implications for health assessment. Sci Total Environ 390: 58-68.

303. Goncharov A, Haase RF, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment, McCaffrey RJ, Rej R and Carpenter DO. (2008) High serum PCBs are associated with elevation of serum lipids and cardiovascular disease in a Native American population. Environ Res. 106: 226-239.

304. Ma J, Kouznetsova M, Lessner L and Carpenter DO. Asthma and infectious respiratory disease in children – correlation to residence near hazardous waste sites. Paediatr Respir Rev 8: 292-298, 2007.

305 Schell LM, Gallo MV, Denham M, Ravenscroft J, DeCaprio AP and Carpenter DO (2008) Relationship of thyroid hormone levels of polychlorinated biphenyls, lead, p,p'-DDE and other toxicants in Akwesasne Mohawk youth. Environ Health Perspect. 116: 806-813.

306. Ssempebwa J and Carpenter DO (2009) The generation, use and disposal of waste crankcase oil in developing countries: A case for Kampala District, Uganda. J Hazard Materials 161: 835-841.

307. Carpenter DO (2008) Environmental contaminants as risk factors for developing diabetes. Rev Environ Health 23: 59-74.

308. Shaw SD, Berger ML, Brenner D, Carpenter DO, Lao L, Hong CS and Kannan K (2008) Polybrominated diphenyl ethers (PBDEs) in farmed and wild salmon marketed in the Northeastern United States. Chemosphere 71: 1422-1431.

309. Sandel S, Yilmaz B and Carpenter DO (2008) Genotoxic effects of PCB 52 and PCB 77 on cultured human peripheral lymphocytes. Mutation Res. 654: 88-92.

310. Carpenter DO and Sage C (2008) Setting prudent public health policy for electromagnetic field exposures. Rev Environ Health 23: 91-117.

311. Neagu B, Strominger NL and Carpenter DO (2008) Contribution of NMDA receptor-mediated component to the EPSP in mouse Schaffer collateral synapses under single pulse stimulation protocol. Brain Res. 1240: 54-61.

312. Holdren J, Tao S and Carpenter DO (2008) Environment and health in the 21st Century: Challenges and solutions. Ann NY Acad Sci. 1140:1-21.

313. Carpenter DO, Ma J and Lessner L (2008)  Asthma and infectious respiratory disease in relation to residence near hazardous waste sites. Ann NY Acad Sci. 1140: 201-208.

314. Sandal S, Tuneva J, Yilmaz B and Carpenter DO (2009)  Effects of cholesterol and docosahexaenoic acid on cell viability and $(Ca^{2+})_i$ levels in acutely isolated mouse thymocytes. Cell Biochem Funct 27: 155-161.

315. Steele RE, de Leeuw, E and Carpenter DO (2009)  A novel and effective treatment modality for medically unexplained symptoms.  J Pain Management 1: 402-412

316. Sage C and Carpenter DO (2009)  Public health implications of wireless technologies. Pathophysiology 16: 233-246.

317. Sly PD, Eskenazi B, Pronczuk J, Sram R, Diaz-Barriga F, Machin DG, Carpenter DO, Surdu S and Meslin EM (2009)  Ethical issues in measuring biomarkers in children's environmental health. Environ Health Perspect. 117: 1185-1190.

318. Goncharov A, Rej R, Negoita S, Schymura M, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment and Carpenter DO (2009)  Lower serum testosterone associated with elevated polychlorinated biphenyl concentrations in Native American men.  Environ Health Perspect. 117:1454-1460.

319. Tuneva JO, Karpova LV, Shittur SV, Carpenter DO, Johnson P and Boldyrev AA (2009)  Amyloid-β and aluminum ions enhance neuronal damage mediated by NMDA-activated glutamate receptors. Biochemistry (Moscow) Supplement Series A: Membrane and Cell Biology 4: 466-471.

320  Carpenter DO and Nevin R (2009) Environmental causes of violence.  Physiol Behavior 99: 260-268.

321. Goncharov A, Bloom MS, Pavuk M, Carpenter DO for the Anniston Environmental Health Research Consortium. (2009)  Exposure to PCBs and hypertension in the Anniston Community Health Survey. Organohal Comp 71: 0-136.

322. Sergeev AV and Carpenter DO (2010) Residential proximity to environmental sources of persistent organic pollutants and first-time hospitalizations for myocardial infarction with comorbid diabetes mellitus: A 12-year population-based study.  Int J Occup Med Environ Health 23: 5-13.

323. Carpenter DO (2010)  Electromagnetic fields and cancer:  The cost of doing nothing.  Rev Environ Health 25: 75-80.

324. Sergeev AV and Carpenter DO (2010)  Exposure to persistent organic pollutants increases hospitalization rates for myocardial infarction with comorbid hypertension.  Primary Prevention Insights.  2: 1-9.

325. Hori N, Kadota MT, Watanabe M, Ito Y, Akaike N and Carpenter DO (2010)  Neurotoxic effects of methamphetamine on rat hippocampus pyramidal neurons. Cell Mol Neurobiol.30: 849-856.

326. Hardell, S, Tilander H, Welfinger-Smith G and Carpenter DO (2010)  Levels of polycholorinated biphenyls (PCBs) and three organochlorine pesticides in fishes from the Aleutian Islands of Alaska. PLoS ONE, 5:e12396.

327. Carpenter, DO. (2010)  Human health effects of EMFs:  The cost of doing nothing.  IOP Conf. Series: Earth and Environmental Science 10: 012004.  doi:10:1088/1755-1315/10/1/10/012004.

328. Goncharov A, Bloom M, Pavuk M, Birman I and Carpenter DO for the Anniston Environmental Health Research Consortium.  Blood pressure and hypertension in relation to levels of serum polychlorinated biphenyls in residents of Anniston, Alabama. J Hypertension.  28: 2053-2060..

329. Prasad A, Ahs M, Goncharov A and Carpenter DO (2010)  Omega-3 and omega-6 fatty acids kill thymocytes and increase membrane fluidity.  The Open Cell Development & Biology Journal 3: 1-8

- 23 -

DAVID CARPENTER
EXHIBIT A

330. Sergeev AV and Carpenter DO (2010)  Increased hospitalizations for ischemic stroke with comorbid diabetes and residential proximity to source of organic pollutants: A 12-year population-based study. Neuroepidemiology 35:196-201.

331. Prasad A, Bloom M and Carpenter DO (2010)  Role of calcium and ROS in cell death induced by polyunsaturated fatty acids in murine thymocytes.  J Cell Physiol. 225: 829-836.

332. Sergeev AV and Carpenter DO (2010)  Geospatial patterns of hospitalization rates for stroke with comorbid hypertension in relation to environmental sources of persistent organic pollutants:  Results from a 12-year population-based study.  Environ Sci Pollut Res Int 18: 576-585.

333. Brown D, Goncharov A, Paul E, Simonin H and Carpenter DO. (2010)  The relationships between Adirondack lake pH and levels of mercury in yellow perch.  J Aquat Animal Health. 22:280-290.

334. Gavidia T, Brune M-N, McCarty KM, Pronczuk J, Etzel R, Neira M, Carpenter DO, Suk WA, Arnold RG, Ha EH, and Sly PD (2010)  Children's environmental health – from knowledge to action. Lancet 377:1134-1136.

335. Bushkin-Bedient S and Carpenter DO (2010)  Benefits versus risks associated with consumption of fish and other seafood.  Rev Environ Health 25: 161-191.

336. Goncharov A, Pavuk M, Foushee HR and Carpenter DO for the Anniston Environmental Health Consortium (2010) Blood pressure in relation to concentrations of PCB congeners and chlorinated pesticides.  Environ Health Perspect. 119:319-325.

337. Yilmaz B, Sandal S and Carpenter DO (2010) PCB 9 exposure induces endothelial cell death while increasing intracellular calcium and ROS levels. Environ Toxicol.  In press. doi: 10.1002/tox.20676.

338. Sly PD, Arnold RG and Carpenter DO (2011) Environmental exposures in the era of climate change. Rev Environ Health 26: 1-4.

339. Carpenter DO (2011)  Health effects of persistent organic pollutants:  The challenge for the Pacific Basin and for the World.  Rev Environ Health 26: 61-69.

340. Sergeev AV and Carpenter DO (2011) Increase in metabolic syndrome-related hospitalizations in relation to environmental sources of persistent organic pollutants.  Int J Environ Res Public Health 8:762-776.

341. Carpenter DO, Miller PK, Waghiyi, Welfinger-Smith G (2011) Environmental contamination of the Yupik people of St. Lawrence Island, Alaska.  J Indigenous Res In Press.

342. Carpenter DO (2010) Human health effects of EMFs: The cost of doing nothing. IOP C Ser Earth Env 10:1-6.

343. Kamalov J, Carpenter DO, Birman I (2011)  Cytotoxicity of environmentally relevant concentrations of aluminum in murine thymocytes and lymphocytes. J Toxicol. Doi:10.1155/2011/796719.

344. Silbernagel S, Carpenter DO, Gilbert SG, Gochfeld M, Groth E, Hightower JM, Schiavone FM. (2011)  Recognizing and preventing over exposure to methylmercury from fish and seafood consumption: Information for physicians.  J Toxicol, 2011; doi:10.1155/2011/983072

345. Welfinger-Smith G, Minholz JL, Byrne S, Waghiyi V, Gologergen J, Kava J, Apatiki M, Ungott E, Miller PK, Arnason J and Carpenter DO.  (2011) Organochlorine and metal contaminants in traditional foods from St. Lawrence Island, Alaska.  J Toxicol Environ Health A. 74: 1-20.

346. Åhs M, Prasad A, Aminov Z and Carpenter DO (2011)  Mechanisms of cell death of thymocytes induced by polyunsaturated, monounsaturated and trans-fatty acids.  J Cell. Biochem.  112: 3863-3871.

DAVID CARPENTER
EXHIBIT A

347. Boberg E, Lessner L and Carpenter DO. (2011) The role of residence near hazardous waste sites containing benzene in the development of hematologic cancers in upstate New York. Int J Occup Med Environ Health. 24: 1-12..

348. Turyk ME, Bhazsar SP, Bowerman W, Boysen E, Clark M, Diamond M, Mergler D, Pantazopoulos P, Schantz S and Carpenter DO (2012) Risks and benefits of consumption of Great Lakes fish. Environ Health Perspect. 120: 11-18.

349. Ma J, Lessner L, Schreiber J and Carpenter DO (2009) Association between residential proximity to PERC dry cleaning establishments and kidney cancer in New York city. J Environ Public Health doi:10.1155/2009/183920.

350. Morse GS, Duncan G, Noonan C, Carroutte E, Santiago-Rivera A, Carpenter DO and Tarbell A (2011) J Indigen Res 1: (1) Article 6. http://digitalcommons.usu.edu/kicjir/vol1/iss1/6.

351. Liu X, Lessner L and Carpenter DO (2012) Association between residential proximity to fuel-fired power plants and hospitalization rate for respiratory diseases. Environ Health Perspect 120: 807-810.

352. Ruzzin J, Lee D-H, Carpenter DO and Jacobs DR Jr. (2012) Reconsidering metabolic disease: The impact of persistent organic pollutants. Atherosclerosis 224: 1-3.

353. Florea A-M, Busselberg D and Carpenter D (2012) Metals and disease. J Toxicol 2012. Doi:10.1155/2012/825354.

354. Smolyaninova LV, Carpenter DO, Dergalev AA, Kulebyakin KY and Boldyrev AA (2012) Carnosine prevents necrotic and apoptotic death of rat thymocytes via ouabain sensitive Na/K-ATPase. Cell Biochem Funct. DOI: 10.1002/cbf.2856.

355. Khwaja HA, Fatmi Z, Malashock D, Aminov Z, Siddique A and Carpenter DO (2012) Effect of air pollution on daily morbidity in Karachi, Pakistan. J Local Global Health Science, In press.

356. Scrudato RJ, Chiarenzelli FR, Miller PK, Alexander CR, Arnason J, Zamzow K, Zweifel K, Gologergen J, Kava J, Waghiyi V and Carpenter DO. (2012) Contaminants at Arctic formerly used defense sites. J Local Global Health Science. In press.

357. Hoover E, Cook K, Plain R, Sanchez K, Waghiyi V, Miller P, Dufault R, Sislin C and Carpenter DO (2012) Indigenous peoples of North America: Environmental exposures and reproductive justice. Environ Health Perspect. 120: 1645-1649.

358. Pantazopoulos P, Sawyer JM, Turyk ME, Diamond M, Bhavsar SP, Mergler D, Schantz S, Ratnayake N and Carpenter DO (2012) Fatty acids in Great Lakes lake trout and whitefish. J Great Lakes Res. In press.

**Books:**

1. Cellular Pacemakers I: Mechanisms of Pacemaker Generation, David O. Carpenter, editor; John Wiley & Sons, New York, 1982.

2. Cellular Pacemakers II: Function in Normal and Disease States, David O. Carpenter, editor; John Wiley & Sons, New York 1982.

3. Biologic Effects of Electric and Magnetic Fields, Volume I: Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

4. Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

5. Environmental Challenges in the Pacific Basin, David O. Carpenter, ed. New York Academy of Sciences, Vol 1140, 457 pp, 2008.

DAVID CARPENTER
EXHIBIT A

6.   Effects of Persistent and Bioactive Organic Pollutants on Human Health.  David O. Carpenter, ed. Wiley-Blackwell, In press, 2013.

**Reviews and Book Chapters:**

1.   Carpenter, D.O.  Ionic mechanisms and models of endogenous discharge of Aplysia neurons. Proceedings of the Symposium on Neurobiology of Invertebrates:  Mechanisms of Rhythm Regulation. Tihany, Hungary, August 2-5, 1971, Hungarian Academy of Sciences, pp. 35-58, 1973.

2.   Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Measurements of intracellular conductivity in Aplysia neurons:  Evidence for organization of water and ions.  Ann. NY Acad. Sci., 204:502-533, 1973.

3.   Carpenter, D.O., Hubbard, J.H., Humphrey, D.R., Thompson, H.K. and Marshall, W.H.  $CO_2$ effects on nerve cell function.  In:  Topics in Environmental Physiology and Medicine:  Carbon Dioxide and Metabolic Regulation.  (Eds.:  G. Nahas and K.A. Schaefer), Springer-Verlag, New York, pp. 49-62, 1974.

4.   Parmentier, J. and Carpenter, D.O.  Blocking action of snake venom neurotoxins at receptor sites to putative central nervous system transmitters.  In:  Animal, Plant and Microbial Toxins (Eds.: A. Ohaska, K. Hayashi, and Y. Sawai), Plenum Press, London, Vol. 2, pp. 179-191, 1976.

5.   Pierau, Fr.-K. and Carpenter, D.O.  Metabolic control of peripheral temperature receptors in the scrotal skin of the rat.  Israel J. Med. Sci., 12:1044-1046, 1976.

6.   Carpenter, D.O.  Membrane Excitability:  In:  Mammalian Cell Membranes Vol. 4, Membranes and Cellular Functions, (Eds.: G.A. Jamieson and D.M. Robinson), Butterworth & Co., London, pp. 184-206, 1977.

7.   Carpenter. D.O., Myers, P.R., Shain, W., Sinback, C.N. and Swann, J.W.  Interchangeable association of neurotransmitter receptors and ionophores in vertebrate and invertebrate cells. Proc. Symposium:  "Iontophoresis and Transmitter Mechanisms in the Mammalian Central Nervous System", Cambridge, England, Raven Press, pp. 203-205, 1978.

8.   Carpenter, D.O., McCreery, M.J., Woodbury, C.M. and Yarowsky, P.J.  Modulation of endogenous discharge in neuron R-15 through specific receptors for several neurotransmitters.  In:  Abnormal Neuronal Discharges, (Eds:  N. Chalazonitis and M. Boisson), Raven Press, New York, pp. 189-203, 1978.

9.   Tsien, R.W. and Carpenter, D.O.  Ionic mechanisms of pacemaker activity in cardiac purkinje fibers.  Fed. Proc., 37:2127-2131, 1978.

10.  Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Serotonin causes accumulation of cyclic AMP in Aplysia hear.  The Proceedings of the Fourth International Catecholamine Symposium, (Eds: E. Usdin and I. Kopin), Pergamon Press, New York, pp. 1167-1169.

11.  Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Direct and modulatory actions of thyrotropin-releasing hormone (TRH) in sensorimotor cortex. Proc. EMBO Workshop on Drug Receptors in the Central Nervous System, Weizman Institute of Science, Rehovot, Israel, February 10-14, 1980.

12.  Carpenter, D.O.  Ionic and metabolic bases of neuronal thermosensitivity.  Fed. Proc., 40:2808-2813, 1981.

13.  Carpenter, D.O. and Reese, T.S.  Chemistry and Physiology of Synaptic Transmissions.  In:  Basic Neurochemistry, 3rd Edition, (Eds.:  Siegel, Albers, Agranoff and Katzman), Little, Brown and Company, pp. 161-168, 1981.

14.  Shain, W. and Carpenter, D.O.  Mechanisms of synaptic modulation.  Intl. Rev. Neurobiol., 22:205-247, 1981.

- 26 -

DAVID CARPENTER
EXHIBIT A

15. Wiederhold, M.L. and Carpenter, D.O.  Possible Role of Pacemaker Mechanisms in Sensory Systems.  In:  Cellular Pacemakers II:  Function in Normal and Disease States, (Ed.: D.O. Carpenter), John Wiley & Sons, New York, pp. 27-58, 1982.

16. Carpenter, D.O.  The generator potential mechanism in cold afferents may be an electrogenic sodium pump.  Workshop on Mechanisms of Thermal Regulations.  J. Therm. Biol., 387-390, 1983.

17. Carpenter, D.O. and Gregg, R.A.  Functional significance of electrogenic pumps in neurons.  In: Electrogenic transport:  Fundamental Principles and Physiological Implications, (Eds.: M. Blaustein and M. Liebermann), Raven Press, pp. 253-270, 1984.

18. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Behavioral and electrophysiological studies of peptide-induced emesis in dogs.  Fed. Proc., 43:16-18, 1984.

19. Coyle, J.T., Blakeley, R.D., Zaczeck, R., Ory-Lavollee, L., Koller, K., ffrench-Mullen, J.M.H. and Carpenter, D.O.  Acidic peptides in brain:  Do they act at putative glutamatergic synapses.  In: Excitatory Amino Acids and Epilepsy, (Eds.: Y. Ben-Ari and R. Schwarcz), Plenum Press, New York, pp. 375-384.

20. Carpenter, D.O., ffrench-Mullen, J.M.H., Hori, N., Sinback, C.N. and Shain, W.  Segregation of synaptic function on excitable cells.  In:  Neural Mechanisms of Conditioning, (Eds.: D. Alkon and C.D. Woody), Plenum Press, NY, pp. 355-369, 1985.

21. Carpenter, D.O. and Hall, A.F.  Responses of Aplysia cerebral ganglion neurons to leucine enkephalin.  In:  Comparative Aspects of Opioid and Related Neuropeptide Mechanisms, (Eds.: M. Leung and G. Stefano), CRC Press, pp. 49-57.

22. Zaczeck, R., Koller, K., Carpenter, D.O., Fisher, R., ffrench-Mullen, J.M.H. and Coyle, J.T. Interactions of acidic peptides:  Excitatory amino acid receptors.  In:  Excitatory Amino Acids, (Ed.: P.J. Roberts), Macmillan, London, 1987.

23. Carpenter, D.O.  Central nervous system mechanisms in deglutition and emesis.  In:  Handbook of Physiology, Section 6:  The Gastrointestinal System.  Vol. I, Motility and Circulation, (Ed.: J.D. Wood), American Physiological Society, Chapter 18, pp. 685-714, 1989.

24. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Mechanisms of radiation-induced emesis in the dog.  Pharmacol. Ther., 39:367-371, 1988.

25. Carpenter, D.O.  Comparative biology of neurotransmitter functions.  Biology International, 15:2-9, 1987.

26. Carpenter, D.O.  Electromagnetic Fields:  Do We Know Enough to Act?  In:  Health and Environmental Digest, Vol. 2, pp. 3-4, 1988.

27. Carpenter, D.O.  The New York State Power Lines Project:  Summary and Conclusions.  In:  20th Annual National Conference on Radiation Control, CRCPD Publication 88-6, Nashville, Tennessee, May 15-19, 1988, pp. 399-409.

28. S.-Rozsa, K., Carpenter, D.O., Stefano, G.B. and Salanki, J.  Distinct responses to opiate peptides and FMRFamide on B-neurons of the Aplysia cerebral ganglia.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano), Manchester University Press, Chapter 6, pp. 73-86, 1991.

29. Carpenter, D.O.  A common mechanism of excitation of area postrema neurons by several neuropeptides, hormones and monoamines.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano) Manchester University Press, Chapter 21, pp. 260-270, 1991.

30. Carpenter, D. O., Hirotsu, I., Katsuda, N. and Hori, N.  The effects of acetylcholine and aging on electrical excitability of the central nervous system.  In:  Neuroregulatory Mechanisms in Aging, Pergamon Press LTD, pp. 5-23, 1993.

- 27 -

DAVID CARPENTER
EXHIBIT A

31. Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of neurons: fluorescent and reflection stains. Methods in Cell Biology, 38:345-366, 1993.

32. Deno, D. and Carpenter, D.O. Sources and characteristics of electric and magnetic fields in the environment. In: Biologic Effects of Electric and Magnetic Fields, Volume I: Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 3-59, 1994.

33. Carpenter, D.O. The public health implications of magnetic field effects on biological systems. In: Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 321-329, 1994.

34. Carpenter, D.O. Multidisciplinary study of hazardous wastes at a Great Lakes Superfund Site. Great Lakes Research Review, 1: 37-39, 1994.

35. Fejtl, M. and Carpenter, D.O. Single-channel studies in molluscan neurons. In: Ion Channels, Vol. 4, Toshio Narahashi, ed., Plenum Press, New York, pp. 333-376, 1996.

36. Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of central nervous system tissue, and neurons and glia in culture. In: International Review of Experimental Pathology, V.J. Savin and T.B. Wiegmann, editors, Volume 36, Academic Press, pp. 53-72, 1996.

37. Boldyrev, A., Lawrence, D. and Carpenter, D. Effect of carnosine and its natural derivatives on apoptosis of neurons induced by excitotoxic compounds. In: Peptide Science-Present and Future, Y. Shimonishi, editor, Kluwer Academic Publishers, Great Britain, pp. 424-426, 1998.

38. Carpenter, D.O., Hussain, R., Tan, Y., Niemi, W. and Hori, N. Long-term potentiation and long-term depression: Relevance to learning and memory. In: Modern Problems of Cellular and Molecular Biophysics. S.N. Ayrapetyan and A.C.T. North, editors, Nayan Tapan, pp. 83-94, 2001.

39. Carpenter, D.O. NMDA receptors and molecular mechanisms of excitotoxicity. In: Oxidative Stress at Molecular, Cellular and Organ Levels, A. Boldyrev and P. Johnson, editors, Research Signpost, pp. 77-88, 2002.

40. Carpenter, D.O. Clearing the air: Asthma an indoor exposure. JNMA 96: 1-2, 2004.

41. Carpenter DO. Environmental contaminants and human health: The health effects of persistent toxic substances. Firat Tip Dergisi 10: ____: 2005.

42. Hermanson MH, Johnson GW and Carpenter DO. Routes of human exposure to PCBs in Anniston, Alabama. ACS Division of Environmental Chemistry, 232rd National Meeting, 46: 1117-1122, 2006

43. Carpenter DO and Welfinger-Smith G. The Hudson River: A case study of PCB contamination. In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures. Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 303-327.

44. Welfinger-Smith G and Carpenter DO. Addressing sources of PCBs and other chemical pollutants in water. In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures. Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 359-384.


**Other Publications:**


1. Barker, J.L. and Carpenter, D.O. Neuronal thermosensitivity. Science, 172:1361-1362, 1971.

DAVID CARPENTER
EXHIBIT A

2.     Carpenter, D.O.  Cellular Pacemakers.  Fed. Proc., 37:2125-2126, 1978.

3.     Carpenter, D.O.  Membrane biophysics and general neurobiology in Japan.  ONR Tokyo Scientific Bulletin, 3:23-27, 1978.

4.     Carpenter, D.O.  Research on the primate nervous system in Japan.  ONR Tokyo Scientific Bulletin, 3:28-32, 1978.

5.     Carpenter, D.O.  Report on the Sixth International Biophysics Congress, Kyoto, Japan.  ONR Tokyo Scientific Bulletin, 3:38-40, 1978.

6.     Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores. Brain Research Bulletin, 4:149-152, 1978.

7.     Carpenter, D.O. and Ahlbom, A.  Power lines and cancer:  Public health and policy implications. Forum, 3:96-101, 1988.

8.     Carpenter, D.O.  Setting Health Policy When the Science and the Risk are Uncertain.  In: The Scientific Basis of Health Policy in the 1990s, Proceedings of the School of Public Health's Fifth Anniversary Symposium, 54-63, 1990.

9.     Carpenter, D.O.  Integrating public health in professional education.  Optometry and Vision Science, 70: 699-702, 1993.

10.    Bowerman, W.W., Carey, J., Carpenter, D.O., Colborn, T., DeRosa, C., Fournier, M., Fox, G.A., Gibson, B.L., Gilbertson, M., Henshel, D., McMaster, S. and Upshur, R. Is it time for a Great Lakes Ecosystem Agreement separate from the Great Lakes Water Quality Agreement?  J. Great Lakes Res.  25:237-238, 1999.

11.    Carpenter, D.O. Editorial Comment of APrimary hypoxic tolerance and chemical preconditioning during estrus cycle@.  Stroke, 30:1262, 1999.

12.    Carpenter, D.O. Bring environmental health back into public Health.   J. Pub. Health Mgmt. Pract., 5:vii-viii, 1999.

13.    Carpenter, D.O.  Should children and women of childbearing age eat Great Lakes fish?  Great Lakes Commission Advisor, 13: 8, 2000.

14.    Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Response to comment on AGlobal Assessment of Polybrominated Diphenyl Ethers in Farmed and Wild Salmon@.  Environ. Sci. Technol. 39: 379-380.

15.    Carpenter, D.O.  Blood lead and IQ in older children.  Letter to the editor.  Environ. Health Perspect., 113: A581-A582, 2005.

16.    Foran, J.A., Carpenter, D.O., Good, D.H., Hamilton, M.C., Hites, R.A., Knuth, B.A. and Schwager, S.J.  Risks and benefits of seafood consumption.  Letter to the editor.  Am. J. Prev. Med. 30: 438-439, 2006.

17.    Bolte G, Kohlhuber M, Carpenter DO and Tamburlini G  Environmental inequalities among children and adolescents in Europe.  Report prepared and submitted to the World Health Organization, 2009.

18.    Toxins and the Brain.  PSR's Environmental Health Policy Institute, 9 April 2012

**_CARPENTER DEPO_**
**_EXHIBIT 3_**

### _PRE-FILED TESTIMONY_
### _OF DAVID O. CARPENTER, M.D._
### _MPUC Docket No. 2011-00262_

1   Q.   **Please state your name and business address.**

2   A.   My name is David O. Carpenter.  My business address is:

3        Institute for Health and the Environment
4        University at Albany
5        Five University Place, Room A217
6        Rensselaer, NY  12144-3456

7   Q.   **Briefly state your occupation, educational background and current**

8        **employment.**

9   A.   I am a public health physician and professor, with a medical degree from Harvard

10       Medical School.  I have held various positions in the public health field. My

11       current title is Director of the Institute for Health and the Environment at the

12       University at Albany and Professor of Environmental Health Sciences within the

13       School of Public Health.  In addition I am an Honorary Professor, Queensland

14       Children's Medical Research Unit, University of Queensland, Brisbane, Australia.

15            Formerly, I was the Director of the Wadsworth Center for Laboratories and

16       Research of the New York State Department of Health and the Dean of the School

17       of Public Health at the University of Albany, while remaining employed by the

18       New York State Department of Health.  I assumed my current position in 1998.

19            I served as the Executive Secretary to the New York State Powerlines

20       Project in the 1980s, a program of research that showed that children living in

21       homes with elevated magnetic fields coming from powerlines suffered from an

1

1    elevated risk of developing leukemia, and that electromagnetic field (EMF)

2    exposure altered a variety of responses studied in animals and in cellular systems.

3    After this, I became the spokesperson on EMF issues for New York during the

4    time of my employment in the Department of Health.

5        Attached as Exhibit A is my *curriculum vitae*.

6  Q.  **Are you a member of any professional organizations?**

7  A.  I participate in many international, national, state and local organizations and

8    committees as listed in my *curriculum vitae* along with the Honors, Awards, and

9    Fellowships I have received.

10 Q.  **Have you authored any papers or journal articles?**

11 A.  I have authored over 350 major publications in peer-reviewed scientific journals,

12   have edited five books and have numerous other publications as listed in my

13   *curriculum vitae*.

14 Q.  **Briefly describe your work and experience related to the study of health risks**

15   **related to electromagnetic fields and radio frequency waves in the 30 MHz to**

16   **300 GHz range ("RF").  Identify any studies or published writings on the**

17   **subject.**

18       I have published several reviews and have edited two books on the Biologic

19   Effects of Electric and Magnetic Fields.  I am also a Co-Editor and a Contributing

20   Author of the *BioInitiative Report: A Rationale for a Biologically-based Public*

21   *Exposure Standard for Electromagnetic Fields (ELF and RF)*

22   www.bioinitative.org.  This report was first published in 2007, and has just now

2

1    been updated in 2012.  The *BioInitiative Report* documents bioeffects, adverse

2    health effects and public health conclusions about impacts of electromagnetic

3    radiation (electromagnetic fields including extremely-low frequency ELF-EMF

4    and radiofrequency /microwave or RF-EMF fields).   I will refer to specific

5    sections of the report where appropriate but I also reference the entire report as a

6    comprehensive and up-to-date review of the scientific information on this subject.

7    .

8         In 2009, I was invited to present to the President's Cancer Panel on the

9    subject of power line and radiofrequency fields and cancer, and have also testified

10   on this issue before the United States House of Representatives.

11   Q.   **Are you familiar with peer-reviewed studies addressing the biological effects**

12        **of exposure to low-level RF, and their potential health effects?**

13   A.   There are many peer-reviewed studies reporting biological effects and health risks

14        related to low-level RF exposure.  A comprehensive listing of these publications is

15        found in the *Bioinitiative Report,* which includes both positive and negative

16        research studies.  In this testimony, I will not list peer-reviewed publications dated

17        prior to 2000 or any covered by publications that are systematic reviews or meta-

18        analyses reported after that time.  I will focus on human studies, and only cover

19        briefly the huge number of cellular and animal studies.  In my judgment the

20        scientific results of greatest importance, consistency and relevance to human

21        health are listed first.

3

1   Q.   Is there reliable evidence from epidemiological studies to support the conclusion

2        that low-level RF (below the level at which thermal effects are confirmed) can

3        cause adverse health effects?

4            There is consistent evidence for harm from low-level RF radiation in

5        studies of individuals using cell phones for prolonged periods of time, which gives

6        a localized exposure to the ipsilateral brain, auditory nerve and parotid gland in the

7        cheek.  There have been seven major publications that are either meta-analyses or

8        pooled analyses that evaluate all of the earlier literature, and most find statistically

9        significant relations between elevated exposure to radiofrequency radiation from

10       cell phones and increased risk of brain cancer.  I will also discuss several recent

11       individual studies on cell phone exposure and some relevant studies on radio

12       transmission exposure.  I will refer frequently to the odds ratio (OR) or risk ratio

13       (RR).  These are statistical analysis terms that are used to determine whether or

14       not results are statistically significant.  The standard use is to give an OR or RR

15       followed by the 95% confidence interval.  Thus, if there is no difference between

16       the "exposed" and "control" populations, the OR or RR will be 1.  If there is an

17       elevated risk the OR or RR will be greater than 1.0, whereas if the exposure

18       reduces risk of disease the OR or RR will be less than 1.0.  For exposures that

19       increase risk, results are considered to be statistically significant if the 95% CI has

20       a lower bound that is greater than 1, which is to say that there is less than a 5%

21       possibility that the result occurred by chance.  The seven major meta-analysis and

22       pooled analysis publications I mentioned are summarized below:

4

a.      Hardell L, Carlberg M, Soderqvist F, Mild KH. 2008. Meta-analysis of long-term mobile phone use and the association with brain tumours. Internat J Oncology 12: 1097-1103.  In ten studies of glioma, cell phone use for more than ten years gave an OR of 1.2 (95%CI=0.8-1.9) (thus this result would not be considered to be significant, since the lower bound is less than 1.0).  For ipsilateral cell phone use for more than 10 year the OR = 2.0 (1.2-3.4) (thus this result is statistically significant, since the lower bound is greater than 1.0). There was also a significant association for acoustic neuroma and ipsilateral cell phone use for ten years or more, but no relation for meningioma.

b.      Kundi M. 2009. The controversy about a possible relationship between mobile phone use and cancer.  Environ Health Perspect 117: 316-324.  Reviewed data from 33 epidemiological studies and concludes that the combined OR = 1.5 (1.2-1.8) for glioma and 1.1 (0.8-1.4) for meningioma.

c.      Myung SK, Ju W, McDonnell DD, Lee YJ, Ksazinet G, Cheng CT, Moskowitz JM. 2009. Mobile phone use and risk of tumors: A meta-analysis. J Clin Oncol 27:5565-5572.   Reviewed 465 publications that reported on 12,344 cases of cancer and 25,572 controls.  Risk of developing brain cancer was OR = 1.8 (1.04-1.34) for more than ten years use.

d.      Ahlbom A, Feychting M, Green A. Kheifet L, Savitz DA and Swedlow AJ (ICNIRP Standing Committee on Epidemiology). 2009. Epidemiologic evidence on mobile phones and tumor risk: A review. Epidemiology 20: 639-652.  Comment that most studies of glioma show small increased or decreased risk among users, although a subset of studies show appreciably elevated risks.  They then argue that there are methodological reasons for these positive studies.

e.      Khurana VG, Teo C, Kundi M, Hardell L and Carlberg. 2009.  Cell phones and brain tumors: a review including the long-term epidemiological data.  Surg Neurol 72: 205-214.  Meta-analysis of 11 studies.  They conclude that using a cell phone for more than 10 years approximately doubles the risk of being diagnosed with a brain tumor (glioma. OR = 1.9, 1.4-2.4, and acoustic neurona, OR = 1.6, 1.1-2.4) on the ipsilateral side of the head.

f.      Repacholi MH, Lerchl A, Roosli M, Sienkiewica Z, Auvinen A, et al. 2012.  Systematic review of wireless phone use and brain cancer and other head tumors. Bioelectromagnetics 33: 187-206.  Meta-analysis of

5

studies shows no relationship between brain cancers and ever use of a mobile phone (for glioma, OR = 1.07, 0.89-1.29, based on eight studies and use for one to five years), but there is sparse data on long-term use. Meta-analysis of oncogenicity, tumor promotion and genotoxicity studies also showed no statistically significant relationship between RF exposure and genotoxic damage to brain cells.

g.      Hardell L, Carlberg M, Hansson Mild K. 2012. Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology doi:10.1016/j.pathophys.2012.11.001. In a review of current evidence they report that a meta-analysis for glioma in the temporal lobe, gave an OR = 1.74 (1.04-2.81). For ipsilateral mobile phone use for 1640 hours or more gave an OR = 2.29 (1.56-3.37). For acoustic neuroma, use for more than 10 years gave an OR = 1.81 (0.73-4.45), and for ipsilateral cumulative us of the same duration the OR = 2.55 (1.50-4.40).

A partial list of recent research studies on cell phone exposure (not reviews) are listed below:

a.      The INTERPHONE Study Group. 2010. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Int J Epidemiol 39:675-694. While ever vs. never using a cell phone did not increase risk of brain cancer, there was a significant OR= 2.18 (1.43-3.31) for use for ten or more years, OR=1.82 (1.15-2.89) for use for 1640 hours or more and OR=1.31 (0.82-2.11) for more than 270 calls, all for glioma. No significant relations were seen for meningioma. It should be noted that separate INTERPHONE results have been published for Sweden (Lonn et al. 2005. J Epidemiol 161: 526-636) and Germany (Schuz et al. 2006. J Epidemiol 163: 512-520). The German, but not the Swedish study, reported elevated rates of glioma with cell phone use for more than 10 years.

b.      The INTERPHONE Study Group. 2011. Acoustic neuroma risk in relation to mobile telephone use: Results of the INTERPHONE international case-control study. Cancer Epidemiol 35: 453-464. Ever using a cell phone was not associated with elevated risk, nor was use for 10 years or more. For more than 1640 hours of use the OR was 2.79 (1.51-5.16).

c.      Larjavaara S, Schüz J, Swerdlow A, Feychting M, Johansen C, et al. 2011. Location of gliomas in relation to mobile telephone use: A case-case and case-specular analysis. Am J Epidemiol 174: 2-11. Investigated 888

6

gliomas from seven European countries (INTERPHONE data) to determine whether the gliomas were located on the side of the head where the cell phone was regularly used. They found an elevated, but not significant, relationship in case-case analysis, but no difference in the case-specular analysis.

d.      Levis AG, Minicuci N, Ricci P, Gennaro V, Gabisa S. 2011. Mobile phones and head tumours. The discrepancies in cause-effect relationships in the epidemiological studies – how do they arise? Environ Health 10:59 doi: 10.1186/1476-069X-10-59. When studies that were blinded, free from errors and bias were considered, cell phone use for more than ten years resulted in a near doubling in ipsilateral glioma and acoustic neuroma.

e.      Aydin D, Feychting M, Schuz J, Tynes T, Andersen TV, et al. 2011. Mobile phone use and brain tumors in children and adolescents: A multicenter case-control study. J Natl Cancer Inst 103: 1264-1276. Studied all children between ages 7-19 with a brain tumor in four European countries. OR for regular mobile phone users was 1.36 (0.92-2.02), and for those using phones at least five years was 1.26 (0.70-2.28). Thus, rates were elevated but not statistically significant and there was no evidence of a dose-response relationship. However, for more than 2.8 years subscription the OR = 2.15 (1.07-4.29), and almost all ORs were elevated when comparing users to non-users. There were highly significant ORs with time since first use, cumulative duration of subscriptions, cumulative duration of call and cumulative number of calls, and these were found on both ipsi- and contralateral sides of the head. This is important, since the evidence for elevated risk only ipsilateral comes from data only on adults, and other evidence indicates greater penetration into the brain of a child. None-the-less, the authors conclude that this study provides no support for a relationship between cell phone use and brain cancer in children and adolescents because of the failure to find a dose-response relationship. The conclusions drawn in this study have been questioned by Soderqvist et al. (Environ Health 2011, 10:106) on the basis of the fact that individuals using cordless phones, which generate comparable RF exposure to that from cell phones, was included in the "unexposed" category, and that among the four countries studied ORs for Denmark, Sweden and Switzerland were 1.73, 1.49 and 1.69, respectively, while that for Norway was 0.51. They suggest that this may reflect some methodological difference or bias.

f.      Cardis E, Armstrong BK, Bowman JD, Giles GG, Hours M, et al. 2011. Risk of brain tumours in relation to estimated RF dose from mobile phones: results from five Interphone countries. Occup Environ Med 68:

7

631-640.  ORs for tumours in the most exposed part of the brain in those with 10+ years of mobile phone use were 2.80 (1.13-6.94), and were significantly elevated after 7 years of use.  The pattern for meningioma was similar but the ORs were lower.

g.      Frei P, Poulsen AH, Johansen C, Olsen JH, et al. 2011.  Use of mobile phones and risk of brain tumours: update of Danish cohort study. BMJ doi: 10.1136/bmj.d6387.  Used the Danish cancer registry of 3.8 million persons.  There were 10,729 cases of brain cancer between 1990-2007.  No increased risk of brain tumors were found among cell phone subscribers as compared to non-subscribers.  However, cordless phone subscribers were treated as non-cell phone users in this study.

h.      Carlberg M, Hardell L. 2012.  On the association between glioma, wireless phones, heredity and ionizing radiation.  Pathophysiology 19: 243-252.  Reports on two case-control studies of 1148 glioma cases.  They find an OR = 2.9 (1.8-4.7) for ipsilateral use of mobile phones for more than ten years.  For use of cordless phones they find an OR = 3.8 (1.8-8.1) for ipsilateral use for more than 10 years.  ORs were higher for high grade gliomas.  Risks were highest among those under age 20.

There are several reports investigating rates of cancer, particularly leukemia, in persons living near to AM or FM radio transmission towers or cell towers.  While most of these studies report elevations in rates of cancer, their assessment of exposure is limited only to residential proximity to the towers, which is not a very exact monitor.  None-the-less, these studies are significant because they directly monitor rates of human cancer.  They also suggest that leukemia is the cancer of greatest concern when the whole body is exposed to radiofrequency radiation, in contrast to more localized cancers with localized exposure.

a.      Michelozzi P, Capon A, Kirchmayer U, Forastiere F, Biggeri A, Barca A, Perucci CA. 2002. Adult and childhood leukemia near a high-power radio station in Rome, Italy. Am J Epidemiol 155: 1098-1103. The authors show that there is a significant elevation of childhood leukemia among residents living near to Vatican Radio (Standardized mortality ratio

8

= 2.2, 1.0-4.1), and that the risk declines with distance away from the transmitter (p = 0.03).

b.      Eger H, Hagen KU, Lucas B, Vogel P and Voit H. 2004. Einfluss der raumlichen Nahe von Mobilfunksendeanlagen auf die Krebsinzidenz. Umwelt-Medizin-Gellschaft 17: 326-332.  A German government-supported study of cancer risk in relation to residence close to cell towers found that rates were significantly higher (OR = 3.38, 95% CI =1.39-8.25; 99% CI = 1.05-10.91) for persons living within 400 m than among those living further away from the towers.

c.      Park SK, Ha M, Im HJ. 2004. Ecological study on residences in the vicinity of AM radio broadcasting towers and cancer death: preliminary observations in Korea. Int Arch Occup Environ Health. 77:387-394.  This study found higher mortality areas for all cancers and leukemia in some age groups in the area near the AM towers.

d.      Ha M, Im H, Lee M, Kim HJ, Kim BC, Gimm YM, Pack JK. 2007. Radiofrequency radiation exposure from AM radio transmitters and childhood leukemia and brain cancer. Am J Epidemiol 166: 270-279. Leukemia and brain cancer in children in Korea were investigated in relation to residence within 2 km of AM radio transmitters. There was a significant elevation in rates of leukemia (OR = 2.15, 1.00-4.67), but not of brain cancer in relation to peak, but not total radiofrequency exposure for children living within 2 km as compared to more than 20 km from the transmitters.

e.      Merzenich H, Schmiedel S, Bannack S, Bruggemeyer H, Phillipp J, et al. 2008.  Childhood leukemia in relation to radio frequency electromagnetic fields in the vicinity of TV and radio broadcast transmitters.  Am J Epidemiol 168: 1169-1178.  Studied 1,959 cases of leukemia and 5,848 controls in Germany.  They did not find any significant relationship between risk of leukemia and living within 2 km of a broadcast transmitter as compared to those living 10-15 km away.

f.      Elliott P, Toledano MB, Bennett J, Beale L, Best N, Briggs DF. 2010.  Mobile phone base stations and early childhood cancer: case-control study.  BMJ 340: c3077 doi:10.1136/bmj/c3077.  No association was found between risk of early childhood cancers and estimates of mother's exposure to mobile phone base stations during pregnancy.

g.      Dode AC, Leao M, Tejo FdeAF, Gomes ACR, Dode DC, Dode MC, Moreira CW, Condessa VA, Albinatti C and Calaffa WT. 2011. Mortality

9

1  by neoplasia and cellular telephone base stations in the Belo Horizonte
2  municipality, Minas Gerais State, Brazil. Sci Total Environ 409: 3649-
3  3665. This study shows higher rates of death from cancer among
4  individuals living close to cell towers than among those living further away.
5  Rates were highest in residences less than 100 m, falling to near
6  background a 1,000 m.

8  In summary, the ten major meta-analyses/pooled analyses, the recent cell phone

9  exposure studies, and the radio transmission exposure studies provide convincing

10  evidence of adverse health effects in humans associated with low-level RF

11  exposure.  Other relevant evidence of human health effects is discussed in

12  Sections 11 and 12 of the *Bioinitiative Report* 2012.

13  Q.  Is there evidence about the mechanisms by which low-level RF may adversely

14  affect human physiology?

15  Some, especially those from the physics and engineering community, are skeptical

16  of the ability of radiofrequency radiation to alter human physiological functions

17  because of the low energy of the non-ionizing portion of the electromagnetic

18  spectrum.  The studies listed below provide evidence that cell phone use and

19  applied low-level radiofrequency radiation alter the metabolism of the brain and

20  various clinical measures in humans.  They report a variety of effects on humans

21  including dose-dependent changes in cortisol and alpha-amylase, increased brain

22  glucose metabolism, chronic dysregulation of the catacholamine system, and

23  decreases in ACTH, cortisol, thyroid hormones, and prolactin in young females

24  and testosterone in males.

25  a.  Augner C, Hacker GW, Oberfeld G, Florian M, Hitzl W, Hutter J,
26  Pauser G. 2010. Effects of exposure to base station signals on salivary

10

cortisol, alpha amylase and immunoglobulin A. Biomed Environ Sci 23:199-207. This was a human experimental study with exposure to pulsed wave microwave radiation wherein immune indicators were monitored after five 50-minute sessions. The researchers found dose-dependent changes in cortisol and alpha-amylase.

b.      Volkow ND, Tomasi D, Wange GJ, Vaska P, Fowler JS, Teland F, Alexoff D, Logan J, Wong C. 2011. Effects of cell phone radiofrequency signal exposure on brain glucose metabolism. JAMA 305:808-814. In healthy participants and compared with no exposure, 50-minute cell phone exposure was associated with increased brain glucose metabolism in the region closest to the antenna. This shows direct effects of RF radiation on the brain with cell phone use.

c.      Buchner K, Eger H. 2011. Changes of clinically important neurotransmitters under the influence of modulated RF fields – a long-term study under real-life conditions. Umwelt-Medizin-Gesellschaft 24:44-57. There was clear evidence of health-relevant effects, including an increase in adrenaline and noradrenaline, and a subsequent decrease in dopamine in people living near to a new MW-emitting base station. Levels or phenylethylamine decreased and remained decreased, indicating chronic dysregulation of the catacholamine system. Clinically documented increases in sleep problems, headaches, dizziness, concentration problems and allergies followed the onset of new microwave transmissions.

d.      Eskander EF, Estefan SF, Abd-Rabou AA. 2011. How does long term exposure to base stations and mobile phones affect human hormone profiles? Clin Biochem 45:157-161. Measured hormone levels in 82 mobile phone users and 20 controls over a period of 6 years. Report that there were decreases in ACTH, cortisol, thyroid hormones, and prolactin in young females and testosterone in males. There was no change in serum progesterone in females, but in older females prolactin increased with exposure. Exposure from cell phone base stations was associated with significant decreases in ACTH and cortisol.

The following studies report changes in male fertility and reproductive systems associated with cell phone and low-level RF exposure.

a.      Wdowiak A, Wdowiak L, Wiktor H. 2007. Evaluation of the effect of using mobile phones on male fertility. Ann Agric Environ Med 14: 169-172. Among Polish males with an infertility problem there was "an increase in the percentage of sperm cells of abnormal morphology associated with duration of exposure to waves emitted by the GSM phone.

11

It was also confirmed that a decrease in the percentage of sperm cells in vital progressing motility in the semen is correlated with the frequency of using mobile phones."

b.      Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J. 2008.  Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fert Steril 89: 124-128.. "Use of cell phones decreases the semen quality in men by decreasing the sperm count, motility, viability, and normal morphology.  The decrease in sperm parameters was dependent on the duration of daily exposure to cell phones and independent of the initial semen quality."

c.      Baste V, Riise T, Moen BE. 2008. Radiofrequency electromagnetic fields: male infertility and sex ratio of offspring. Int J Epidemiol 23:369-377.  This is a study of Norwegian Navy personnel chronically exposed to RF fields on the job. The rates of infertility were related to level of exposure in a dose-dependent fashion.

d.      Agarwal A, Desai NR, Makker K, Varghese A, et al. 2009.  Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an *in vitro* pilot study.  Fert Stert 92: 1318-1325. "Radiofrequency electromagnetic waves emitted from cell phones may lead to oxidative stress in human semen.  We speculate that keeping the cell phone in a trouser pocket in talk mode may negatively affect spermatozoa and impair male fertility.

e.      LaVignera S, Condorelli RA, Vicari E, D'Adata R, Calogero AE. 2012. Effects of the exposure to mobile phones on male reproduction: A review of the literature.  J Androl 33: 350-356.  Studies in animals and humans  show that "RF-EMR decreases sperm count and motility and increases oxidative stress….The results showed that human spermatozoa exposed to RF-EMR have decreased motility, morphometric abnormalities and increased oxidative stress, whereas men using mobile phones have decreased sperm concentration, decreased motility (particularly rapid progressive motility), normal morphology and decreased viability.  These abnormalities seem to be directly related to the duration of the mobile phone use."

f.      Avendaño C, Mata A, Sanchez Sarmiento CA, Doncel GF. 2012. Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases sperm DNA fragmentation. Fert Steril 97:39-45.  In this study human sperm were exposed to Wi-Fi from a laptop, and were found to show reduced motility after a 4-hour exposure. The

12

1    results are consistent with other publications (see Agarwal et al., 2008. Fert
2    Steril 89:124-128) that reported that those who use cell phone regularly
3    have reduced sperm count.
4
5    Other evidence of fertility and reproductive effects of low-level RF exposure is

6    discussed in Section 18 of the *Bioinitiative Report 2012.*

7  Q.  Is there evidence that some people may become hyper-sensitive to low-level RF

8    and experience related adverse health effects?

9    Electrical hypersensitivity (EHS) is a syndrome of relatively non-specific

10   complaints that are reported to be associated with exposure to electromagnetic

11   fields.  The major symptoms are headache, fatigue, tinnitus, disruption of sleep,

12   mental dullness and a general feeling of ill health.  Whether or not EHS exists has

13   been widely debated.  In spite of widespread reports that up to 10% of the

14   population may suffer from EHS, most studies in laboratories with blinded

15   exposures (ie., the subjects do not know whether or not the fields are applied) have

16   not demonstrated that persons reporting to be electrosensitive can correctly

17   distinguish when the fields are on.  However, there is increasing evidence that

18   EHS does exist and can be a disabling condition for some particularly sensitive

19   persons, although evidence to date is certainly incomplete.

20       There has been only one report of a completely blinded study of an

21   electrosensitive individual that has documented the ability of this individual to

22   report symptoms (primarily headache) in the presence of an electromagnetic field:

23
24       a.    McCarty DE, Carrubba S, Chesson AL, Frilor C, Gonzalex-Toledo
25       E, Marino AA. 2011. Electromagnetic hypersensitivity: Evidence for a

13

novel neurological syndrome. Internat J Neurosci 121: 670-676.  In a female physician who is electrosensitive, blinded application of electromagnetic fields triggered temporal pain, headache, muscle twitching and skipped heartbeats within 100 seconds of field application.

There are a number of other reports investigating the prevalence of symptoms in areas near to sources and/or other measures of human response to electromagnetic fields.  There are many publications on this subject, and the following are representative of both positive and negative studies:

a.     Hietanen M, Hamalainen A-M, Husman T. 2002.  Hypersensitivity symptoms associated with exposure to cellular telephones: No causal link. Bioelectromagnetics 23: 264-270.  Studied 20 volunteers who reported themselves to be electrosensitive and exposed them to fields in a blinded manner.  "None of the test subjects could distinguish real RF exposure from sham exposures."

b.     Abelin T, Altpeter E, Röösli M. 2005. Sleep disturbances in the vicinity of the short-wave broadcast transmitter Schwarzenburg. Somnologie 9:203-209.  There is strong evidence of a causal relationship between operation of a short-wave radio transmitter and sleep disturbances in the surrounding population.

c.     Hutter HP, Moshammer H, Wallner P, Kundi M. 2006. Subjective symptoms, sleeping problems, and cognitive performance in subjects living near mobile phone base stations. Occup Environ Med 63:307-313. There was a significant relation of some symptoms, especially headaches, to measured power density, as well as effects on wellbeing and performance.

d.     Eliyahu I, Luria R, Hareuveny R, Margaliot M, Neiran N, Shani G. 2006. Effects of radiofrequency radiation emitted by cellular telephones on the cognitive functions of humans. Bioelectromagnetics 27:119-266.  A total of 36 human subjects were exposed to pulse-modulated microwaves and were tested on four distinct cognitive tasks. Exposure to the left side of the brain slows left-hand response time in three of the four tasks.

e.     Altpeter ES, Röösli M, Battaglia M, Pfluger D, Minder CE, Abelin T. 2006. Effect of short-wave magnetic fields on sleep quality and melatonin cycle in humans: The Schwarzenburg shut-down study.

14

Bioelectromagnetics 27:142-150.  Sleep quality improved and melatonin excretion increased when the transmitter was shut down.

f.      Preece AW, Georgious AG, Duunn EJ, Farrow SC.  2007. Health response of two communities to military antennae in Cyprus.  Occup Environ Med 64:402-408. Compared to residents of a control village, there was a highly significant excess in the reporting of migraine, headache and dizziness in residents living near to military and cell phone antenna systems.

g.      Barth A, Winker R, Ponocny-Seliger E, Mayrhofer W, Ponocny I, Sauter C, Vana N. 2008. A meta-analysis for neurobehavioural effects due to electromagnetic field exposure emitted by GSM mobile phones.  Occup Environ Med 65: 342-345.  The authors looked at 19 studies of cognitive function in cell phone users, and found in the meta-analysis that there is evidence for a decreased reaction time, altered working memory and increased number of errors in exposed persons.

h.      Landgrebe M, Frick U, Hauser S, Langguth B, et al. 2008. Cognitive and neurobiological alterations in electromagnetic hypersensitive patients: results of a case-control study.  Psychol Med 38: 1781-1791. Studies 89 EHS subjects and 107 age and gender matched controls.  Found that discrimination ability was significantly reduced in EHS subjects, while intra-cortical facilitation was decreased in younger, but increased in older EHS subjects. They conclude that there are significant cognitive and neurobiological alterations pointing to a higher genuine individual vulnerability in EHS subjects.

i.      Landgrebe M, Frick U, Hauser S, Hajak G, Langguth B. 2009. Association of tinnitus and electromagnetic hypersensitivity: hints for a shared pathophysiology?  PLoS One 4: e5026 doi: 10.1371/journal.pone.0005026.  Tinnitus occurrence and severity were assessed by questionnaire in 89 EHS and 107 control subjects.  Tinnitus was significantly more frequent in the EHS group, but there were no differences in severity or duration.  They conclude that tinnitus is associated with subjective EHS.

j.      Furubayashi T, Ushiyama A, Teerao Y, Mizuno Y, et al. 2009. Effects of short-term W-CDMA mobile phone base station exposure on women with or without mobile phone related symptoms. Bioelectromagnetics 30: 100-113. In a double-blind, cross over study of 11 subjects with cell phone-related symptoms and 43 controls, subjected to continuous, intermittent and sham exposure with or without noise, no

15

significant effects were found on any psychological, cognitive or autonomic response.

k.      Dahmen N, Ghezel-Ahmadi D, Engel A. 2009.  Blood laboratory findings in patients suffering from self-perceived electromagnetic hypersensitivity (EHS).  Bioelectromagnetics 30: 299-306.  Monitored thyroid hormone, liver enzymes, hemoglobin, hematocrit and c-reactive protein in subjects with and without EHS.  "Our results identified laboratory signs of thyroid dysfunction, liver dysfunction and chronic inflammatory processes in small, but remarkable fractions of EHS sufferers."

l.      Eger H, Jahn M. 2010.  [Specific health symptoms and cell phone radiation in Selbitz (Bavaria, Germany)- Evidence of a dose-response relationship.]  Umwelt-Medizin-Gesellschaft 23: 2.  Reports on symptoms of individuals based on residential location and RF measurements of local cell phone radiation levels.  "For symptoms as sleep problems, depressions, cerebral symptoms, joint problems, infections, skin problems, cardiovascular problems as well as disorder of the visual and auditory systems and the gastrointestinal tract, a significant dose-response relationship was observed in relation to objectively determined exposure levels".

m.      Robertson JA, Théberge J, Weller J, Drost DJ, Prato FS, Thomas AW. 2010. Low-frequency pulsed electromagnetic field exposure can alter neuro-processing in humans.  JR Soc Interface 7:467-473.  A functional magnetic resonance imaging study demonstrated how the neuromodulation effect of extremely low-frequency magnetic fields influences the processing of acute thermal pain. The study concludes that magnetoreception may be more common than presently thought. This study was already filed in the present case as Exhibit C-SE-AQLPA-0043, SE-AQLPA-5, Document 10.

n.      Heinrich S, Thomas S, Heumann C, von Kries R and Radon K. 2010. Association between exposure to radiofrequency electromagnetic fields assessed by dosimetry and acute symptoms in children and adolescents: a population based cross-sectional study.  Environ Health 9: 75 doi: 10.1186/1476-069X-9-75.  The authors studied 1484 children and 1508 adolescents with radiofrequency exposure monitored by a personal dosimeter.  Self-reported statistically significant effects found include increased headache (OR 1.50, 1.03-2.19), greater irritation in the evening (OR 1.79, 1.23-2.61) and higher concentrations problems (OR = 1.55, 1.02-2.33) in individuals with greater exposures.  However, many others measures did not lead to statistically significant associations.

16

o.      Mohler E, Frei P, Braun-Fahrlander C, Frohlich J, et al. 2010. Effects of everyday radiofrequency electromagnetic field exposure on sleep quality: A cross-sectional study. Rad Res 174: 347-356. Studied 1375 inhabitants of Basel with a questionnaire and using a prediction model of exposure. "Neither mobile phone use nor cordless phone use was associated with decreased sleep quality."

p.      Roosli M, Frei P, Mohler E, Hug K. 2010. Systematic review on the health effects of exposure to radiofrequency electromagnetic fields from mobile phone base stations. Bull World Health Organ 88: 887-896. Reviewed 17 publications on non-specific symptoms of ill health from RF exposure from mobile phone base stations, and concluded that "At present there is insufficient data to draw firm conclusions about health effects from long-term low-level exposure typically occurring in the everyday environment."

q.      Papageorgiou CC, Hountala CD, Maganioti AE, Kyprianou MA, Rabavilas AD, Papadimitriou GN, Capsalis CN. 2011. Effects of wi-fi signals on the p300 component of event-related potentials during an auditory Hayling task. J Integr Neurosci 10:189-202. The Hayling Sentence Completion test was used to evaluate response initiation and response inhibition. This study concludes that WI-FI exposure may exert gender-related alterations on neural activity.

r.      Oshima N, Nishida A, Shimodera S, Tochigi M, et al. 2012. The suicidal feelings, self-injury, and mobile phone use after lights out in adolescents. J Pediat Psychol 37: 1023-1030. Studied 17,920 adolescents using a self-report questionnaire. "Logistic regression showed significant associations of the nocturnal mobile phone use with poor mental health, suicidal feelings, and self-injury after controlling for sleep length and other confounders."... "A mechanism of the association might be worsening of the quality of sleep."

In summary, some studies are suggestive of an association, but the reported evidence falls short of proof.   In the context of exposure to RF emissions from smart meters, there is a substantial body of evidence from the personal accounts of utility customers who report experiencing EHS symptoms.  This evidence should

17

1      not be disregarded in setting public policy that will determine whether and to what

2      extent people are exposed to these devices.

3              Further discussion of studies of EHS effects can be found in Sections 6 and

4      8 of the Bioinitiative Report 2012.

5  Q.     Is there evidence that brain cancer rates have increased in recent decades?

6  A.     If use of cell phones causes brain cancer, then one might expect that overall rates

7      of brain cancer would show an increase, since cell phone use has grown

8      enormously in recent years.  However, since use of cell phones is relatively recent

9      and the latency for development of brain cancer following other environmental

10     exposures is long (up to 20-30 years), there might not yet be a clear pattern of

11     increased incidence.  The following studies address this issue:

12

13       a.    Central Brain Tumor Registry of the United States (CBTRUS).
14     Supplemental Report:  Primary Brain Tumors in the United States, 2004.
15     Hinsdale, IL; Central Brain Tumor Registry of the Unites States 2008.
16     Age-adjusted CNS tumor incidence was 18.2 cases per 100,000 in 2004,
17     but 13.4 cases per 100,000 in 1995.

18

19       b.    Lehrer S, Green S, Stock RG. 2010.  Association between number of
20     cell phone contracts and brain tumor incidence in nineteen U.S. states. J
21     Neuro-Oncol 101:505-507.  "The effect of cell phone subscriptions was
22     significant ($P = 0.017$), and independent of effect of mean family income ($P$
23     $= 0.894$), population ($P = 0.003$) and age (0.499).  The very linear
24     relationship between cell phone usage and brain tumor incidence is
25     disturbing and certainly needs further epidemiological evaluation.  In the
26     meantime, it would be prudent to limit exposure to all source of electro-
27     magnetic radiation."

28

29       c.    De Vocht F, Burstyn I, Cherrie JW. 2011.  Time trends (1998-2007)
30     in brain cancer incidence rates in relation to mobile phone use in England.
31     Bioelectromagnetics 32:334-339.  "There were no time trends in overall
32     incidence of brain cancers for either gender, or any specific age groups.

18

Systematic increases in rates for cancer of the temporal lobe in men… and women… were observed, along with decreases in the rates of cancer of the parietal lobe… and cerebellum…"

d.      Little MP, Curtis RE, Devesa SS, Inskip PD, et al. 2012.  Mobile phone use and glioma risk: comparison of epidemiological study results with incidence trends in the United States.  BMJ 344: e1147 doi: 10.1136/bmj.e1147.  "Raised risks of glioma with mobile phone use, as reported by one (Swedish) study forming the basis of the IARC's re-evaluation of mobile phone exposure, are not consistent with observed incidence trends in US population data, although US data could be consistent with the modest excess risks in the Interphone study."

e.      Dobes M, Shadbolt B, Khurana VG, Jain S, et al. 2011.  A multicenter study of primary brain tumor incidence in Australia (2009-2008).  Neuro-Oncol 13: 783-790.  The authors observed an increased increase in malignant primary brain tumors over the period 2000-2008, but cannot determine whether it was due to improved detection, diagnosis or to a true elevated incidence.

f.      Deltour I, Auviene A, Feychting M, Johansen C, et al. 2012.  Mobile phone use and incidence of glioma in the Nordic countries 1979-2008.  Epidemiology 23:301-307. "No clear trend change in glioma incidence rates was observed.  Several of the risk increases seen in case-control studies appear to be incompatible with the observed lack of incidence rate increase in middle-aged men.  This suggests longer induction periods than currently investigated, lower risks than reported from some case-control studies, or the absence of any association."

g.      The Danish Cancer Society recently reported that the number of men who are diagnosed with the most malignant form of brain cancer (glioblastoma) has almost doubled over the past ten years. (http://www.cancer.dk/Nyheder/nyhedsartikler/2012kv4/Kraftig+stigning+i +hjernesvulster.htm)

Further discussion of the relevance of brain cancer rates to the debate about the association between cell phone and RF exposure to cancer is found in Section 11 of the *Bioinitiative Report, 2012*.

19

1   Q.   In addition to the foregoing evidence of the effects of low-level RF on humans, is

2        there additional evidence from studies of animals and isolated cells?

3   A.   Some, but not all studies of isolated cells and intact animals have shown that

4        RF/MW exposures may cause changes in cell membrane function, cell

5        communication, metabolism, activation of proto-oncogenes, and can trigger the

6        production of stress proteins at exposure levels below the above FCC and Health

7        Canada guidelines. Resulting effects in cellular studies include DNA breaks and

8        chromosome aberrations, cell death including death of brain neurons, increased

9        free radical production, activation of the endogenous opioid system, cell stress and

10       premature aging.    Additional studies show neurologic, immune, endocrine,

11       reproductive and cardiac, adverse health effects from low-dose, chronic exposure

12       to RF/MW radiation in humans.  These studies will not be presented here because

13       there are too many and their relevance to human health is uncertain.  Please see

14       Bioinitiative Report, 2012 for a comprehensive review of these studies.  In

15       summary they do provide additional evidence of biological effects and evidence

16       for possible mechanisms whereby radiofrequency fields may cause adverse health

17       effects including cancer, reproductive and neurobehavioral effects through

18       generation of reactive oxygen species, gene induction and alteration of ion fluxes,

19       but not all positive observations have been fully replicated.

20  Q.   **Are there any safety standards or guidelines governing RF devices in the**

21       **United  States that are designed to protect people from non-thermal effects of**

22       **RF exposure?**

20

1    A.    The standards set by the US Federal Communications Commission (FCC)

2    and most international government and non-government organizations are based

3    on the fallacious assumption that there are no adverse human health effects from

4    radiofrequency radiation that does not cause measureable heating.  These

5    standards provide no protection whatsoever against non-thermal effects of RF.

6    Some biological effects are known to occur at several hundred thousand times

7    below the FCC public exposure guidelines and the similar guidelines of Health

8    Canada's Safety Code no. 6 (of 6,000,000 $\mu W/m^2$ or 600 $\mu W/cm^2$ for the 902-928

9    MHz bandwidth), as documented in the 2012 *Bioinitiative Report*, Section 24.  It

10    is further to be noted that FCC guidelines also apply to 30-minute averaging and

11    Health Canada's Safety Code no. 6 applies to 6-minute averaging.    There is no

12    evidence that averaging exposures over time is appropriate for assessing maximum

13    exposure limits to low-level RF.

14        Furthermore, these limits are based on the incorrect biological assumption

15    that body temperatures must increase at least 1°C to lead to potential biological

16    impacts and the impacts of absorbing RF within the band of the electromagnetic

17    spectrum that smart meters use would only be limited to behavioral disruption.

18    These limits do not take into account the scientific research that show tissue

19    heating may result in many adverse health effects other than "behavioral

20    disruption".  These limits also do not take into account the accepted biological fact

21    that every enzyme system in the body is exquisitely sensitive to temperature and

22    may increase activity by even a fraction of a degree increase in temperature. What

21

1 is defined as "non-thermal" effect is therefore partly a function of our ability to

2 measure the temperature increase.   *See Bioinitiative Report*, Section 24 for further

3 discussion.

4   FCC public RF/MW radiation exposure guidelines (and the similar Health

5 Canada Safety Code no. 6 guidelines) are based on the height, weight and stature

6 of a 6-foot tall man, not children or adults of smaller stature. The guidelines do not

7 take into account the unique susceptibility of growing children to RF/MW

8 radiation exposures. Since children are growing, their rate of cellular activity and

9 division is more rapid, and they are at a greater risk for DNA damage and

10 subsequent cancers. Growth and development of the central nervous system is still

11 occurring well into the teenage years, such that the neurological impairments

12 predictable by the extant science may have great impact upon development,

13 cognition, learning, and behavior.

14 Q. **Have you reviewed the joint testimony of William H. Bailey, Ph.D. and Yakov**

15  **Shkolnikov, Ph.D., dated September 19, 2012?**

16 A. Yes.

17 Q. **In their testimony, Dr. Bailey and Dr. Shkolnikov cite a report by the**

18  **ICNIRP Committee, which concluded that "the trend in the accumulated**

19  **evidence is increasingly against the hypothesis that mobile phone use causes**

20  **brain tumors." Do you agree with that conclusion?**

21 A. I strongly disagree.  The weight of evidence indicates that mobile phone use is

22  associated with elevated risk of brain cancer which becomes apparent after ten or

                            22

1    more years of intensive use and occurs primarily on the side of the head where the

2    user holds his/her phone the majority of the time.  There is emerging evidence that

3    younger people are at greater risk than older individuals.  The great majority of the

4    meta-analyses that have been published on the subject demonstrate a statistically

5    significant elevation in rates of brain cancer with long-term cell phone use. This

6    statement by Bailey and Shkolnikov is simply not true.

7         It is necessary to comment on the ICNIRP report, as well as on the UK

8    Advisory Group on Non-Ionising Radiation (AGNIR) report, published in April,

9    2012, which is also cited by Bailey and Shkolnikov.  It should be noted that there

10   is considerable overlap in the membership of these two groups.  Both ignore or

11   attempt to discredit the information presented above.  The AGNIR report fails to

12   even mention the IARC classification of radiofrequency fields as possible human

13   carcinogens.  Neither is a fair and balanced review of the scientific evidence

14   concerning the human health effects of radiofrequency fields.  A much more

15   convincing review of the evidence is found in the Ramazzini Institute European

16   Journal of Oncology Library, Volume 5, entitled "Non-thermal effects and

17   mechanisms of interaction between electromagnetic fields and living matter,"

18   published in 2010, and in the *Bioinitiative Report, 2012*.  The primary reason that I

19   and the other authors prepared the *Bioinitiative Report* was and is to counter the

20   prejudicial and false conclusions of these reports, and to do so by presenting a

21   comprehensive review of scientific evidence.

23

1   Q.   **Do you agree with their testimony that the authors of the *Bioinitiative Report***

2        **used flawed methods and failed to follow "the standard, scientific methods for**

3        **developing exposure limits."**

4   A.   I strongly disagree with this statement.  It should be noted that the *Bioinitiative*

5        *Report* does not recommend exposure limits *per se*, but rather identifies exposures

6        levels which are associated with biological effects, some of which are adverse

7        effects on human health.  The public health chapter, of which I am a co-author,

8        identifies a "no observed effect level" (NOEL), based on the scientific evidence

9        from peer-reviewed scientific studies, then applies safety factors for sensitive

10       populations (the fetus, children, the aged, etc.) as is standard practice in chemical

11       risk assessment.  This chapter presents clear documentation of why more stringent

12       limits on exposure are necessary to protect human health.

13            The *Bioinitiative Report* is aimed at *restoring* the balance, by providing a

14       more comprehensive review of the evidence.  The *Bioinitiative Report* mentions

15       many negative reports, discusses the weight of evidence, and looks for

16       inconsistencies.  For example, Prof. Henry Lai of the University of Washington in

17       the 2012 *Bioinitiative Report* presents summaries of 86 scientific studies on

18       genotoxic effects of radiofrequency radiation published since 2007, and finds that

19       63% of these found statistically significant positive effects, while of 155 new

20       studies on neurological effects, 98 found effects.  The *Bioinitiative Report*, unlike

21       either the ICNIRP or AGNIR reports, reviews of the scientific research available,

22       both those showing and not showing biological effects and human disease, and

                                                                                  24

1    draws conclusions based on the weight of the evidence that standard setting

2    organizations were failing to properly take into account.

3

4  **Q.**   **Dr. Bailey and Dr. Shkolnikov testified that: "The weight of the evidence does**

5    **not support the idea that significant biological or adverse health effects can**

6    **occur" from RF exposure.  Do you agree with this conclusion?**

7  A.   This statement is almost incomprehensible given the strength of the evidence

8    demonstrating consistent and serious adverse health effects in both animal and

9    human studies.  The studies of greatest importance are those which demonstrated

10    elevations in cancers, especially leukemia and brain cancer, in association with

11    exposure to radiofrequency EMFs.  There is evidence that exposure to cell phone

12    frequencies increased uptake of glucose in the brain, which indicates that RF

13    radiation alters fundamental process within the nervous system.  The thousands of

14    studies in cellular and animal systems provide additional evidence that

15    radiofrequency fields alter a host of biochemical, physiological and behavioral

16    factors. While certainly not every study reports positive and statistically

17    significant results, the majority do as clearly documented in the 2012 *Biointiative*

18    *Report.*  No objective person could possibly make a statement such as this if they

19    are at all familiar with the literature published in high-quality, peer-reviewed

20    scientific journals, and if they are coming to the question with an open mind

21    without a major conflict of interest.

25

1          Standards setting organizations aimed at regulating RF exposure have for a

2     long time been dominated by physicists and engineers, often with close ties with

3     the industry, with little input from biological and medical science.  In spite of

4     evidence to the contrary, many such people have as a statement of faith that RF

5     fields that do not cause measureable tissue heating cannot have biologic effects.

6     This point of view is incompatible with the science.  Standards setting

7     organizations also often explicitly take into account the economic impacts of the

8     standards when faced with scientific uncertainty. Both because of their training

9     and because of their ties with the industry, members of most of these organizations

10    have been reluctant to take the above biological findings into account when

11    proposing exposure limits.

12         These organizations have generally refused to accept epidemiological and

13    laboratory research findings linking RF electromagnetic fields exposure with

14    various non-thermal biological effects, as being inconclusive and requiring further

15    research.  The difficulty stems from the fact that, although links have been

16    demonstrated repeatedly between RF electromagnetic fields exposure and non-

17    thermal biological effects in humans, there is a lack of a comprehensive biological

18    theory explaining why these effects take place, and therefore causality cannot, at

19    the present time, be demonstrated with certainty. Animals do not always respond

20    to RF electromagnetic fields as do humans. Also, in some cases, experimental

21    results in cellular studies have not been replicated in other laboratories; in some

22    cases attempts to duplicate results showed negative results or variations in the

26

1     results. These discrepancies are, however, normal in the research process and may

2     result from slight, but significant differences in procedures; they indicate that

3     biological systems are complex and that different variables need to be isolated in

4     order to fully understand these systems.  Research is still needed in order to

5     determine to what extent non-thermal biological effects may vary with frequency,

6     with modulation and depend on the pulsed (instead of continuous) character of RF

7     emissions.  There may also be variance between the levels of reaction of different

8     subjects for reasons that still remain to be explained. This is what the research

9     process is about.  In biology and medicine there is nothing that is 100% proven;

10    our understanding of various illnesses, cancer and Alzheimer's, for example, is

11    still largely incomplete.  We rely on statistical significance and weight of evidence

12    and, therefore, on judgment, when drawing conclusions about health effects.

13   Q.    **In your opinion, could a careful scientist familiar with the body of knowledge**

14       **on the subject reliably conclude that there are no risks of adverse health**

15       **effects from the exposure to RF in the 2.4 GHz range?**

16   A.    On the basis of the vast body of scientific literature, many public health experts,

17       myself included, are of the opinion that exposure to RF/MW radiation and EMFs,

18       including in the range of 2.4GHz, poses a potential of serious threat to public

19       health.  The degree of risk will vary with both the intensity and duration of

20       exposure.  It is likely society will face markedly increased incidence of neurotoxic

21       effects, neurodegenerative diseases, cancers and genotoxicity in the future,

27

1    resulting from the extreme and mostly involuntary exposure to RF/MW radiation

2    and EMFs.

3  Q.   **Are you familiar with smart meter technology?**

4  A.   I am familiar with smart meter technology.

5  Q.   **In your opinion, could a careful scientist familiar with the body of knowledge**

6       **on the subject reliably conclude that there are no risks of adverse health**

7       **effects from exposure to RF from smart meters emitting RF radiation in the**

8       **2.4 GHz range with peak power densities of approximately 0.44 mW/cm$^2$?**

9  A.   There are two types of smart meter technology.  Wired smart meters pose no risk

10      of exposure to RF radiation.  Wireless smart meters, on the other hand, pose a

11      substantial risk of RF exposure which is dependent on the frequency of pulsed RF,

12      the intensity of the pulsed RD and the individual's distance from the meter.  While

13      there have not been human health studies done to date of the effects of exposure to

14      smart meter RF, because the technology is too new and the latency for adverse

15      effects for diseases such as cancer is long, the evidence from the cell phone studies

16      demonstrates convincingly that wireless smart meters pose a risk to human health.

17           Smart meters send pulsed RF radiation at intermittent periods of time.

18      While the frequency of these pulses may vary with different smart meters, some

19      have been reported to send pulses over 30 times a minute at peak power density

20      reading of over 67mW/m$^2$ (0.0067mW/cm$^2$) (Maisch. 2012. Smart meter health

21      concerns: Just a nocebo effect or an emerging public health nightmare?  ACNEM

22      Journal 31: 15-19), and this exposure has been associated with self-reported

28

1     experimental studies that provide some of the evidence of low intensity exposure

2     effects from radiofrequency radiation at low-intensity exposures. Because the

3     meters operate intermittently 24/7, an individual in the vicinity of the meter will be

4     continuously exposed to RF.

5          It is correct that the CMP smart meters comply with the FCC standard of 1

6     $mW/cm^2$. The problem is that the FCC standard is based on the assumption that

7     there are no effects of RF radiation other than tissue heating, which is simply not

8     the case.

9          For most smart meter use, the cumulative average RF exposure is not great,

10    but the reported health effects are large. This raises the important question as to

11    whether the exposure of greatest concern is the cumulative average, or rather the

12    peak power levels in the pulses. This issue is discussed in Chapter 24 of the 2012

13    *Biointiative Report*, which presents some evidence that it is the peak power that is

14    important. However, the total exposure will only increase in the future as RF

15    devices are being placed in every appliance in the home, and will use RF to

16    communicate to the smart meter which will communicate with the utility. This

17    will make the home, especially the kitchen, a source of highly elevated RF

18    exposure whenever an appliance is used.

19         Further investigation of the human health effects of smart meter exposures

20    is essential. In the meantime it is extremely unwise to implement the smart grid

21    with wireless smart meters until we understand fully the potential for harm to

22    human health.

29

1

Dated this 18th day of January, 2013.

*David O. Carpenter*
David O. Carpenter, M.D.

STATE OF NEW YORK
RENSSELAER, ss:                                      January 22, 2013

Personally appeared the above-named David O. Carpenter, M.D., and stated under oath that the foregoing Affidavit made by him is true and based upon his own personal knowledge, information or belief, and so far as upon information and belief, he believes the information to be true.  Before me,

*Doreen A Van Vorst*
Notary Public/Attorney-at-Law
*Doreen A Van Vorst*
Name Typed or Printed
My Commission Expires: _____

DOREEN A. VanVORST
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01VA6063634
My Commission Expires Aug. 25, 20_13_

30

DAVID CARPENTER
EXHIBIT A

### *CURRICULUM VITAE*

| | |
|---|---|
| Name: | David O. Carpenter |
| Home Address: | 2749 Old State Road<br>Schenectady, New York  12303 |

Positions Held:
Director, Institute for Health and the Environment
University at Albany
Professor, Environmental Health Sciences
School of Public Health, University at Albany
5 University Place, A217, Rensselaer, NY 12144

Honorary Professor
Queensland Children's Medical Research Institute
University of Queensland
Brisbane, Australia

| Education: | 1959 | B.A., Harvard College, Cambridge, MA |
|---|---|---|
| | 1964 | M.D., Harvard Medical School, Boston, MA |

**Positions Held:**

9/61-6/62   Research Fellow, Department of Physiology, University of Göteborg, Sweden with Professor Anders Lundberg

7/64-6/65   Research Associate, Department of Physiology, Harvard Medical School, Boston, MA under the direction of Dr. Elwood Henneman

7/65-2/73   Neurophysiologist, Laboratory of Neurophysiology, National Institutes of Mental Health, Dr. Edward V. Evarts, Chief,  Assistant Surgeon, USPHS, currently a Reserve Officer in the USPHS.

2/73-3/80   Chairman, Neurobiology Department Armed Forces Radiobiology Research Institute, Defense Nuclear Agency, Bethesda, MD

3/80-9/85   Director, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

9/85-1/98   Dean, School of Public Health, University at Albany

9/85-Pres.   Professor, Departments of Environmental Health Sciences and Biomedical Sciences, School of Public Health, University at Albany.

9/85-7/98   Research Physician, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

1/98-1/05   Adjunct Professor in the Center for Neuropharmacology & Neuroscience, Albany Medical College, Albany, NY

2001-Pres.   Director, Institute for Health and the Environment, University at Albany, SUNY, Rensselaer, NY.  The Institute was named a Collaborating Center of the World Health Organization in 2011.

2005-Pres.   Senior Fellow, Alden March Bioethics Institute, Albany Medical College/Center, Albany, New York

DAVID CARPENTER
EXHIBIT A

**Editor-in-Chief:** Cellular and Molecular Neurobiology, 1981 – 1987
**Editor-in Chief:** Reviews on Environmental Health 2012-present
**Editor-in-Chief:** Journal of Local and Global Health Sciences 2012-present
**Editorial Advisor:** Cellular and Molecular Neurobiology, 1987 - Present
**Editorial Boards:** Journal of Public Health Management and Practice, 1995 - 2002
International Journal of Occupational Medicine & Environmental Health 1996 – Present
Journal of Alzheimer's Disease – Associate Editor,2007-2009
Reviews in Environmental Health; 2008-2012
International Archives of Occupational and Environmental Health; 2009-present.
Journal of Environmental and Public Health, 2009-present.
Environmental Health Perspectives, 2010-present
Global Health Perspective, 2012-present

**National and International Committees:**

| | |
|---|---|
| 1978, 1981 | Physiology Study Section (Ad hoc member) |
| 1979-1985 | NIH International Fellowship Study Section |
| 1974-1981 | Member, Steering Committee of the Section on the Nervous System, American Physiological Society (Chairman of the Committee, 9/76-4/80) |
| 1981-1989 | Member, USA National Committee for the International Brain Research Organization |
| 1985-1986 | Committee on Electric Energy Systems of the Energy Engineering Board, National Research Council |
| 1986-1987 | Member, Neurophysiology Peer Panel for the National Aeronautics and Space Administration |
| 1987-1989 | Member, Science Advisory Council of the American Paralysis Association |
| 1987-1990 | Advisory Panel for the Electric Energy System Division, U.S. Department of Energy |
| 1985-1993 | Committee #79, National Council on Radiation Protection and Measurements |
| 1986-1997 | Member, Legislative and Education Committees, Association of Schools of Public Health |
| 1989-1994 | Member, Neuroscience Discipline Working Group, Life Sciences Division of the NASA |
| 1994, 1995 | Federation of American Societies for Experimental Biology Consensus Conference on FY 1995 Federal Research Funding |
| 1994-1997 | Member, Legislative Committee of the Association of Schools of Public Health |
| 1997 | Member, Executive Committee of the Association of Schools of Public Health |
| 1997-2000 | National Advisory Environmental Health Sciences Council of the National Institutes of Health |
| 1998-Pres. | Member, U.S. Section of the Great Lakes Science Advisory Board of the International Joint Commission |
| 2000-Pres. | Member, Board of Directors, Pacific Basin Consortium for Hazardous Waste Health and Environment;   Treasurer, 2001-2004, 2008-pres; Chair, 2004-2008 |
| 2001-2008 | United States Co-Chair, Workgroup on Ecosystem Health of the Science Advisory Board of the International Joint Commission |
| 2002-2003 | Member, Committee on the Implications of Dioxin in the Food Supply, The National Academies, Institute of Medicine |
| 2003-2008 | Member, United States Environmental Protection Agency, Children's Health Protection Advisory Committee |
| 2003-Pres. | Chair, Advisory Committee to the World Health Organization and National Institute of Environmental Health Sciences on collaborative activities. |
| 2004-Pres. | Member, Blue Ocean Institute Curriculum Advisory Board. |
| 2007-2011 | Chair, Workgroup on Risks vs. Benefits of Fish Consumption, Science Advisory Board, International Joint Commission. |

**DAVID CARPENTER**
**EXHIBIT A**

**State and Local Committees:**

| | |
|---|---|
| 1980-1987 | Executive Secretary, New York State Power Lines Project |
| 1985-1989 | Board of Scientific Advisors, Institute of Basic Research, OMRDD, N.Y. |
| 1986-1989 | Member, Steering Committee, Health Policy and Administrative Consortium of the Capital District |
| 1991-1992 | Member, Connecticut Academy of Sciences and Engineering Committee on Electromagnetic Field Health Effects |
| 1991-1992 | Member, Board of Directors of the Capital District Chapter of the Alzheimer's Disease and Related Disorders Association, Inc. |
| 1991-1992 | Member, State Task Force for the Reform of Middle Level Education in NY State |
| 1992-1993 | Member, State Needs Task Force on Health Care and Education |
| 1987-1998 | Delegate-at-Large, New York State Public Health Association |
| 1991-1995 | Member, Board of Directors of the Capital District Amyotrophic Lateral Sclerosis Association |
| 1994 | Chair, Council of Deans, University at Albany, SUNY |
| 1997-2008. | Member, Board of Directors, (Chair 1998-2004) Albany-Tula Inc.: A Capital Region Alliance |
| 2000-Pres. | Member, Board of Directors, Healthy Schools Network, Inc. |
| 2000-2003 | Member, Medical Advisory Board, Hepatitis C Coalition, New York |
| 2000-2004 | Member, Environmental Protection Agency /National Association of State Universities and Land Grant Colleges Task Force |
| 2001-2008 | Member, Board of Directors, Environmental Advocates of New York |
| 2004-2007 | Member, Ad Hoc Advisory Group on Brownfield Cleanup Standards |
| 2005-Pres. | Member, Schooling Chefs Curriculum Advisory Board |
| 2005-Pres. | Member, Advisory Board, Healthy Child Healthy World |
| 2005-2008 | Member, Board of Directors, Citizens Environmental Coalition |
| 2006-2009 | Member, Board of Directors, Marine Environmental Research Institute |
| 2007-2009 | Member, New York State Renewable Energy Task Force |

**Honors, Awards and Fellowships:**

| | |
|---|---|
| 1959 | B.A. awarded magna cum laude. Thesis entitled "Metamorphosis of visual pigments: A study of visual system of the salamander, Ambystoma tigrinum" (Thesis advisor, Professor George Wald)<br><br>Elected to Phi Beta Kappa and to Sigma Xi |
| 1964 | M.D. awarded cum laude for a thesis in a special field. Thesis entitled "Electrophysiological observations on the importance on neuron size in determining responses to excitation and inhibition in motor and sensory systems" (Thesis advisor, Dr. Elwood Henneman) |
| 1964 | Awarded the Leon Resnick Prize given to a Harvard Medical School graduate showing promise in research |
| 1970 | Awarded the Moseley Traveling Fellowship for study in England (Fellowship declined) |
| 1971 | Invited as Visiting Professor of Physiology, Centro de Investigacion y de Estudios Avanzados, del Institute Politecnico Nacional, Mexico 14, D.F., Mexico, for 3 months |
| 1982, 1986 | Visiting Professor of Physiology, Department of Physiology, Kyushu |
| 1987 | University, Fukuoka, Japan, for a period of three months each |
| 1989 | Awarded Jacob Javits Neuroscience Investigator Award from the National Institute of Neurological and Communicative Diseases and Stroke |
| 1999 | Awarded Homer N. Calver Award from the American Public Health Association for studies |

DAVID CARPENTER
EXHIBIT A

in environmental health.

| | |
|---|---|
| 2001 | Awarded 2001 Academic Laureate from the University at Albany Foundation. |
| 2010 | Awarded the Albion O. Bernstein, M.D. Award in recognition of an outstanding contribution to public health and the prevention of disease though lifelong research of environmental health hazards and for limitless devotion to medical education by the Medical Society of the State of New York. |
| 2011 | Awarded the Rodney Wylie Eminent Visiting Fellowship 2011 at the University of Queensland, Brisbane, Australia for a period of four weeks. |

**Federal Grants Held**:  (Principal Investigator Only)

| | |
|---|---|
| 1980-1983 | United States Air Force, "Mechanisms of Radiation-Induced Emesis in Dogs", $76,847 total direct costs. |
| 1982-1988 | National Institute of Health, "Mechanisms of Desensitization at Central Synapses", $464,786 total direct costs. |
| 1984-1986 | Defense Nuclear Agency, "Mechanisms of Radiation-Induced Emesis in Dogs@,  $330,504 total direct costs. |
| 1986-1996 | National Institute of Health, "Mechanisms of Excitatory Amino Acids Actions and Toxicity", 1986-1989 $231,848 total direct costs; 1990-1996 $562,926 total direct costs. |
| 1989-1993 | National Institute of Health, "Mechanisms of Lead Neurotoxicity" $373,576 total direct costs |
| 1990-1995 | National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs and PCDFs at a Waste Site", D.O. Carpenter, P.I. $5,783,419 total direct costs. |
| 1995-2001 | Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health.  ACentral/Eastern European Environ/Occup Training Program@, D.O. Carpenter, P.I.  $657,520 total costs. |
| 1995-2001 | National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs," D.O. Carpenter, P.I. $12,653,709 total direct costs. |
| 1998-1999 | Environmental Protection Agency, AIndoor Air Risk at Akwesasne - Pilot Project@, D.O. Carpenter, P.I.  $9,996 total costs. |
| 2000-2002 | Association Liaison Office for University Cooperation in Development, ACooperative Program in Environmental Health between the Institute of Public Health at Makerere University, Kampala, Uganda and the School of Public Health, University at Albany, USA@, D.O. Carpenter, P.I. $96,432 total costs. |
| 2001-2007 | Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health. AMultidisciplinary Environmental Health Training@, D.O. Carpenter, P.I. $850,000 total costs. |
| 2006-2011 | Pakistan-US Science and Technology Cooperative Program (US National Academy of Sciences).  "Association of particulate matter with daily morbidity in an urban population," D.O. Carpenter, P.I., $391,104 total costs. |
| 2009-2013 | Exploratory Center on Minority Health and Health Disparities in Smaller Cities. Project 2: Environmental contaminants and reproductive health of Akwesasne Mohawk women. |

- 4 -

DAVID CARPENTER
EXHIBIT A

$387,825 for year 1.  D.O. Carpenter, Co-PI.

2010-2013    Department of the Army, "Gulf War Illness: Evaluation of an Innovative Detoxification Program: D.O. Carpenter, P.I., $636,958 total costs.

2010-2013    Higher Education for Development of the United States Agency for International Development, "Drinking Water Supply, Sanitation, and Hygiene Promotion : Health Interventions in Two Urban Communities of Kampala City and Mukono Municipality, Uganda". D. O. Carpenter, P.I., $299,736 total costs.

2011-2016    National Institute of Environmental Health Sciences (1RO1ES019620), "Protecting the health of future generations:  Assessing and preventing exposures."  PK Miller, FA von Hippel, CL Buck and DO Carpenter, Co-P.I.s, $471,521 for the period 8/08/11-4/30/12, $2,354,871 for the period 2011-2016.

**Research Interests:**

- Exposure to persistent organic pollutants and risk of diabetes, cardiovascular disease, and hypertension.
- Cognitive and behavioral effects of environmental contaminants on children (IQ, ADHD) and older adults (dementias, Parkinson's Disease and ALS).
- Ionizing and non-ionizing radiation biology.
- Effects of air pollution on respiratory and cardiovascular function.

**Other Professional Activities:**

Host, The Public Radio Health Show (a 30 min public health information show carried on 170+ stations nationwide), plus the Armed Forces Radio Network and Voice of America, 1985-2001.

Authored a biweekly health column in The Troy Record, a local newspaper, 1997-1999.

**Major Peer-Reviewed Publications:**

1.  Carpenter, D.O., Lundberg, A. and Norrsell, U.  Effects from the pyramidal tract on primary afferents and on spinal reflex actions to primary afferents.  Experientia, 18:337, 1962.

2.  Carpenter, D.O., Engberg, I. and Lundberg, A.  Presynaptic inhibition in the lumbar cord evoked from the brain stem.  Experientia, 18:450, 1962.

3.  Carpenter, D.O., Lundberg, A. and Norrsell, U.  Primary afferent depolarization evoked from the sensorimotor cortex.  Acta Physiol. Scand., 59:126-142.

4.  Carpenter, D.O., Engberg, I., Funkenstein, H. and Lundberg, A.  Decerebrate control of reflexes to primary afferents.  Acta Physiol. Scand., 59:424-437, 1963.

5.  Carpenter, D.O., Engberg, I. and Lundberg, A.  Differential supraspinal control of inhibitory and excitatory actions from the FRA to ascending spinal pathways.  Acta Physiol. Scand., 63:103-110, 1965.

6.  Henneman, E., Somjen, G.G. and Carpenter, D.O.  Excitability and inhibitibility of motoneurons of different sizes.  J. Neurophysiol., 28:599-620, 1965.

DAVID CARPENTER
EXHIBIT A

7.   Henneman, E., Somjen, G.G. and Carpenter, D.O.  Functional significance of cell size in spinal motoneurons.  J. Neurophysiol., 28:560-580, 1965.

8.   Somjen, G.G., Carpenter, D.O. and Henneman, E.  Selective depression of alpha motoneurons of small size by ether.  J. Pharmacol., 148:380-385, 1965.

9.   Somjen, G., Carpenter, D.O. and Henneman, E.  Response of motoneurons of different sizes to graded stimulation of supraspinal centers of the brain.  J. Neurophysiol., 28:958-965, 1965.

10.  Carpenter, D.O., Engberg, I. and Lundberg, A.  Primary afferent depolarization evoked from the brain stem and the cerebellum.  Arch. Ital. Biol., 104:73-85, 1966.

11.  Carpenter, D.O. and Henneman, E.  A relation between the threshold of stretch receptors in skeletal muscle and the diameter of axons.  J. Neurophysiol., 29:353-368, 1966.

12.  Carpenter, D.O.  Temperature effects on pacemaker generation, membrane potential, and critical firing threshold in Aplysia neurons.  J. Gen. Physiol., 50:1469-1484, 1967.

13.  Chase, T.N., Breese, G., Carpenter, D., Schanberg, S. and Kopin, I.  Stimulation-induced release of serotonin from nerve tissue.  Adv. Pharmacol., 6A:351-364, 1968.

14.  Carpenter, D.O. and Alving, B.O.  A contribution of an electrogenic $Na^+$ pump to membrane potential in Aplysia neurons.  J. Gen. Physiol., 52:1-21, 1968.

15.  Olson, C.B., Carpenter, D.O. and Henneman, E.  Orderly recruitment of muscle action potentials.  Arch. Neurol., 19:591-597, 1968.

16.  Carpenter, D.O.  Membrane potential produced directly by the $Na^+$ pump in Aplysia neurons.  Comp. Biochem. Physiol., 35:371-385, 1970.

17.  Carpenter, D.O. and Gunn, R.  The dependence of pacemaker discharge of Aplysia neurons upon $Na^+$ and $Ca^{++}$.  J. Cell. Physiol., 75:121-127, 1970.

18.  Kraus, K.R., Carpenter, D.O. and Kopin, I. R.  Acetylcholine-induced release of norepin-ephrine in the presence of tetrodotoxin.  J. Pharmacol. Exp. Therap., 73:416-421, 1970.

19.  Barker, J.L. and Carpenter, D.O.  Thermosensitivity of neurons in the sensorimotor cortex of the cat.  Science, 169:597-598, 1970.

20.  Carpenter, D.O., Hovey, M.M. and Bak, A.  Intracellular conductance of Aplysia neurons and squid axon as determined by a new technique.  Intl. J. Neurosci., 2:35-48, 1971.

21.  Carpenter, D.O., Breese, G., Schanberg, S. and Kopin, I.  Serotonin and dopamine:  Distribution and accumulation in Aplysia nervous and non-nervous tissues.  Int. J. Neurosci., 2:49-56, 1971.

22.  Hovey, M.M., Bak, A.F. and Carpenter, D.O.  Low internal conductivity of Aplysia neuron somata.  Science, 176:1329-1331, 1972.

23.  Carpenter, D.O.  Electrogenic sodium pump and high specific resistance in nerve cell bodies of the squid.  Science, 179:1336-1338, 1973.

24.  Carpenter, D.O. and Rudomin, P.  The organization of primary afferent depolarization in the isolated spinal cord of the frog.  J. Physiol. (Lond.), 229:471-493, 1973.

25.  Shain, W., Green, L.A., Carpenter, D.O., Sytkowski, A.J. and Vogel, Z.  Aplysia acetylcholine receptors:  Blockage by and binding of α-bungarotoxin.  Brain Res., 72:225-240, 1974.

26.  Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Mammalian cold receptor afferents:  Role of an electrogenic sodium pump in sensory transduction.  Brain Res., 73:156-160, 1974.

27.  Saavedra, J.M., Brownstein, M.J., Carpenter, D.O. and Axelrod, J.  Octopamine:  Presence in single neurons in Aplysia suggests neurotransmitter function.  Science, 185:364-365, 1974.

**DAVID CARPENTER
EXHIBIT A**

28.   Willis, J.A., Gaubatz, G.L. and Carpenter, D.O.  The role of the electrogenic sodium pump in modulation of pacemaker discharge of Aplysia neurons.  J. Cell. Physiol., 84:463-472, 1974.

29.   Brownstein, M.J., Saavedra, J.M., Axelrod, J., Zeman, G.H. and Carpenter, D.O.  Coexistence of several putative neurotransmitters in single identified neurons of Aplysia.  Proc. Natl. Acad. Sci. (USA), 71:4662-4665, 1975.

30.   Carpenter, D.O. and Gaubatz, G.L.  Octopamine receptors on Aplysia neurons mediate hyperpolarization by increasing membrane conductance.  Nature, 252:483-485, 1974.

31.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Afferent nerve fiber activity responding to temperature changes of the scrotal skin of the rat.  J. Neurobiol., 38:601-612, 1975.

32.   Carpenter, D.O. and Gaubatz, G.L.  $H_1$ and $H_2$ histamine receptors on Aplysia neurons.  Nature, 254:343-344, 1975.

33.   Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Resistivity of axoplasm.  II.  Internal restivity of giant axons of squid and Myxicola.  J. Gen. Physiol., 66:139-148, 1975.

34.   Zeman, G.H. and Carpenter, D.O.  Asymmetric distribution of aspartate in ganglia and single neurons of Aplysia.  Comp. Biochem. Physiol., 52C:23-26, 1975.

35.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Effect of ouabain and potassium-free solution on mammalian thermosensitive afferents in vitro.  Pflugers Arch., 359:349-356, 1975.

36.   Swann, J.W. and Carpenter, D.O.  The organization of receptors for neurotransmitters on Aplysia neurons.  Nature, 258:751-754, 1975.

37.   Yarowsky, P.J. and Carpenter, D.O.  Aspartate:  distinct receptors on Aplysia neurons.  Science, 192:806-809, 1976.

38.   Foster, K.R., Bidinger, J.M. and Carpenter, D.O.  The electrical resistivity of aqueous cytoplasm.  Biophys. J., 16:991-1001, 1976.

39.   Carpenter, D.O., Greene, L.A., Shain, W. and Vogel, Z.  Effects of eserine and neostigmine on the interaction of $\alpha$-bungarotoxin with Aplysia acetylcholine receptors.  Mol. Pharmacol., 12:999-1006, 1976.

40.   Saavedra, J.M., Ribas, J., Swann, J. and Carpenter, D.O. Phenylethanolamine:  A new putative neurotransmitter in Aplysia.  Science, 195:1004-1006, 1977.

41.   Carpenter, D.O., Swann, J.W. and Yarowsky, P.J.  Effect of curare on responses to different putative neurotransmitters in Aplysia neurons.  J. Neurobiol., 8:119-132, 1977.

42.   Yarowsky, P.J. and Carpenter, D.O.  GABA mediated excitatory responses on Aplysia neurons.  Life Sci., 20:1441-1448, 1977.

43.   Willis, J.A., Myers, P.R. and Carpenter, D.O.  An ionophoretic module which controls electroosmosis.  J. Electrophysiol. Tech., 6:34-41, 1977.

44.   Yarowsky, P.J. and Carpenter, D.O.  Receptors for gamma-aminobutyric acid (GABA) on Aplysia neurons.  Brain Res., 144:75-94, 1978.

45.   Carpenter, D.O., Gaubatz, G., Willis, J.A. and Severance, R.  Effects of irradiation of Aplysia pacemaker neurons with 20 MeV electrons.  Rad. Res., 76:32-47, 1978.

46.   Yarowsky, P.J. and Carpenter, D.O.  A comparison of similar ionic responses to gamma-aminobutyric acid and acetylcholine.  J. Neurophysiol., 41:531-541, 1978.

47.   Blum, B., Auker, C.R. and Carpenter, D.O.  A head holder and stereotaxic device for the rattlesnake.  Brain Res. Bull., 3:271-274, 1978.

DAVID CARPENTER
EXHIBIT A

48.   Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Dopamine-induced muscle contractions and modulation of neuromuscular transmission in Aplysia.  Brain Res., 157:167-172, 1978.

49.   Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Evidence for identified dopamine motor neurons to the gill of Aplysia.  Neurosci. Lett., 10:275-280, 1978.

50.   Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Regulation of cyclic AMP in heart and gill of Aplysia by the putative neurotransmitters, dopamine and serotonin.  Life Sci., 24:1757-1764, 1979.

51.   Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores. Brain Res. Bull., 4:149-152, 1979.

52.   Pellmar, T.C. and Carpenter, D.O.  Voltage-dependent calcium current induced by serotonin. Nature, 277:483-484, 1979.

53.   Ruben, P.C., Swann, J.W. and Carpenter, D.O.  Neurotransmitter receptors on gill muscle fibers and the gill peripheral nerve plexus in Aplysia.  Canad. J. Physiol. Pharmacol., 57:1088-1097, 1979.

54.   Pellmar, T.C. and Carpenter, D.O.  Serotonin induces a voltage-sensitive calcium current in neurons of Aplysia californica.  J. Neurophysiol., 44:423-439, 1980.

55.   Parver, L.M., Auker, C. and Carpenter, D.O.  Choroidal blood flow as a heat dissipating mechanism in the macula.  Am. J. Ophthalmol., 89:641-646, 1980.

56.   Mell, L.D., Jr. and Carpenter, D.O.  Fluorometric determination of octopamine in tissue homegenates by high-performance liquid chromatography.  Neurochem. Res., 5:1089-1096, 1980.

57.   Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Thyrotropin-releasing hormone has multiple actions in cortex.  Brain Res., 194:244-248, 1980.

58.   Meszler, R.M., Auker, C.R. and Carpenter, D.O.  Fine structure and organization of the infrared receptor relay, the lateral descending nucleus of the trigeminal nerve in pit vipers.  J. Comp. Neurol., 196:571-584, 1981.

59.   Auker, C.R., Parver, L.M., Doyle, T. and Carpenter, D.O.  Choroidal blood flow:  I.  Ocular tissue temperature as a measure of flow.  Arch. Opthal., 100:1323-1326, 1982.

60.   Parver, L.M., Auker, C., Carpenter, D.O. and Doyle, T.  Choroidal blood flow:  II.  Reflexive control in the monkey.  Arch. Opthal., 100:1327-1330. 1982.

61.   Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Lateral olfactory tract transmitter: Glutamate, aspartate or neither?  Cell. Mol. Neurobiol., 1:115-120, 1981.

62.   Scappaticci, K.A., Dretchen, K.L., Carpenter, D.O. and Pellmar, T.C.  Effects of furosemide on neural mechanisms in Aplysia.  J. Neurobiol., 12:329-341, 1981.

63.   Pellmar, T.C. and Carpenter, D.O.  Cyclic AMP induces a voltage-dependent current in neurons of Aplysia californica.  Neurosci. Lett., 22:151-157, 1981.

64.   Parver, L., Auker, C. and Carpenter, D.O.  Stabilization of macular temperature:  The stabilizing effect of the choroidal circulation on the temperature environment of the macula.  Retina, 2:117-120, 1982.

65.   Green, R.W. and Carpenter, D.O.  Biphasic responses to acetylcholine  in mammalian reticulospinal neurons.  Cell. Molec. Neurobiol., 1:401-405, 1981.

66.   Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Pharmacologic sensitivity of amino acid responses and synaptic activation of in vitro prepyriform neurons.  J. Neurophysiol., 48:1289-1301, 1982.

DAVID CARPENTER
EXHIBIT A

67. Slater, N.T. and Carpenter, D.O.  Blockade of acetylcholine-induced inward currents in Aplysia neurons by strychnine and desipramine:  effect of membrane potential.  Cell. Molec. Neurobiol., 2:53-58, 1982.

68. Swann, J.W., Sinback, C.N., Pierson, M.G. and Carpenter, D.O.  Dopamine produces muscle contractions and modulates motoneuron-induced contractions in Aplysia gill.  Cell. Molec. Neurobiol., 2:291-308, 1982.

69. Swann, J.W., Sinback, C.N., Kebabian, P.R. and Carpenter, D.O.  Motoneurons which may utilize dopamine as their neurotransmitter.  Cell. Molec. Neurobiol., 2:309-324, 1982.

70. Auker, C.R., Meszler, R.M. and Carpenter, D.O.  Apparent discrepancy between single unit activity and $^{14}$C-deoxyglucose labelling in the optic tectum of the rattlesnake.  J. Neurophysiol., 49:1504-1516, 1983.

71. Slater, N.T., Carpenter, D.O., Freedman, J.E. and Snyder, S.H.  Vipoxin both activates and antagonizes three types of acetylcholine response in Aplysia neurons.  Brain Res., 278:266-270, 1983.

72. ffrench-Mullen, J.M.H., Hori, N., Nakanishi, H., Slater, N.T. and Carpenter, D.O.  Assymetric distribution of acetylcholine receptors and M channels on prepyriform neurons.  Cell. Molec. Neurobiol., 3:163-182, 1983.

73. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Responses of neurons of canine area postrema to neurotransmitters and peptides.  Cell. Molec. Neurobiol., 3:113-126, 1983.

74. Slater, N.T. and Carpenter, D.O.  Blocking kinetics at excitatory acetylcholine responses on Aplysia neurons.  Biophys. J., 45:24-25, 1984.

75. Chesnut, T.J. and Carpenter, D.O.  Two-component desensitization of three types of responses to acetylcholine in Aplysia.  Neurosci. Lett., 39:285-290, 1983.

76. Haas, H.L., Jeffreys, J.G.R., Slater, N.T. and Carpenter, D.O.  Modulation of low calcium induced field bursts in the hippocampus by monoamines and cholinomimetics.  Pflugers Arch., 400:28-33, 1984.

77. Parvar, L.M., Auker, C.R. and Carpenter, D.O.  Choroidal blood flow.  III.  Reflexive control in human eyes.  Arch. Ophthamol., 101:1604-1606, 1983.

78. Slater, N.T., Haas, H.L. and Carpenter, D.O.  Kinetics of acetylcholine-activated cation channel blockade by the calcium antagonist D-600 in Aplysia neurons.  Cell. Molec. Neurobiol., 3:329:344, 1983.

79. McCreery, M.J. and Carpenter, D.O.  Modulation of neuronal responses to L-glutamate in Aplysia.  Cell. Molec. Neurobiol., 4:91-95, 1984.

80. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Peptide-induced emesis in dogs.  Behav. Brain Res., 11:277-281, 1984.

81. ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate and L-aspartate activate distinct receptors in prepyriform cortex.  Cell. Molec. Neurobiol., 4:185-189, 1984.

82. Slater, N.T. and Carpenter, D.O.  A study of the cholinolytic actions of strychnine using the technique of concentration jump relaxation analysis.  Cell Molec Neurobiol 4:263-271,1984.

83. Slater, N.T., Hall, A.F. and Carpenter, D.O.  Kinetic properties of cholinergic desensitization in Aplysia neurons.  Proc. Roy. Soc. Lond. B, 223:63-78, 1984.

84. Akaike, N., Hattori, K., Oomura, Y. and Carpenter, D.O.  Bicuculline and picrotoxin block  gamma-aminobutyric acid-gated Cl$^-$ conductance by different mechanisms.  Experientia, 41:70-71, 1985.

- 9 -

DAVID CARPENTER
EXHIBIT A

85. Slater, N.T., Carpenter, D.O., Freedman, J.E. and Synder, S.H. Dual effects of the snake venom polypeptide vipoxin on receptors for acetylcholine and biogenic amines in *Aplysia* neurons. Neurosci., 14:723-733, 1985.

86. Mizuno, Y., Oomura, Y., Hori, N. and Carpenter, D.O. Action of vasopressin on CA1 pyramidal neurons in rat hippocampal slices. Brain Res., 309:241-246, 1984.

87. Slater, N.T., Hall, A.F. and Carpenter, D.O. Trifluoperazine and calcium antagonists accelerate cholinergic desensitization in *Aplysia* neurons. Brain Res., 329:275-279, 1985.

88. ffrench-Mullen, J.M.H., Koller, K., Zaczek, R., Coyle, J.T., Hori, N. and Carpenter, D.O. N-acetylaspartylglutamate: Possible role as the neurotransmitter of the lateral olfactory tract. Proc. Nat. Acad. Sci., 82:3897-3900, 1985.

89. Greene, R.W. and Carpenter, D.O. Actions of neurotransmitters on pontine medial reticular formation neurons of the cat. J. Neurophysiol., 54:520-531, 1985.

90. Hori, N., ffrench-Mullen, J.M.H. and Carpenter, D.O. Kainic acid responses and toxicity show pronounced $Ca^{2+}$ dependence. Brain Res., 358:380-384, 1985.

91. Gaillard, W.D. and Carpenter, D.O. Spectra of neurotransmitter receptors and ionic responses on cerebral A and B neurons in Aplysia californica. Brain Res., 373:303-310, 1986.

92. Gaillard, W.D. and Carpenter, D.O. On the transmitter at the A-to-B cell in Aplysia californica. Brain Res., 373:311-315, 1986.

93. ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O. A comparison on the effects of quinolinate and N-methyl-aspartate on neurons in rat piriform cortex. Neurosci. Lett., 63:66-70, 1986.

94. ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O. Receptors for the excitatory amino acids on neurons in rat pyriform cortex. J. Neurophysiol., 55:1283-1294, 1986.

95. Slater, N.T., David, J.A. and Carpenter, D.O. Relaxation studies on the interaction of hexamethonium with acetylcholine-receptor channels in *Aplysia* neurons. Cell. Molec. Neurobiol., 6:191-211, 1986.

96. Leung, M.K., S.-Rozsa, K., Hall, A., Kuruvilla, S., Stefano, G.B. and Carpenter, D.O. Enkephalin-like substance in *Aplysia* nervous tissue and actions of leu-enkephalin on single neurons. Life Sci., 38:1529-34, 1986.

97. Slater, N.T., Filbert, M. and Carpenter, D.O. Multiple interactions of anticholinesterases with *Aplysia* acetylcholine responses. Brain Res., 375:407-412, 1986.

98. Carpenter, D.O. and Briggs, D.B. Insulin excites neurons of the area postrema and causes emesis. Neurosci. Lett., 68:85-89, 1986.

99. Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.L. Radiation-induced emesis in the dog: Effects of lesions and drugs. Rad. Res., 108:307-316, 1986.

100. Briggs, D.B. and Carpenter, D.O. Excitation of neurons in the canine area postrema by prostaglandins. Cell. Molec. Neurobiol., 6:421-426, 1986.

101. Chesnut, T.J., Carpenter, D.O. and Strichartz, G.R. Three effects of venom from conus striatus on the delayed rectifier potassium current of molluscan neurons. Toxicon, 25:267-278, 1987.

102. Yakushiji, T., Tokutomi, N., Akaike, N. and Carpenter, D.O. Agonists of GABA responses, studied using internally perfused frog dorsal root ganglion neurons. Neuroscience 22:1123-1133, 1987.

103. Akaike, N., Yakushiji, T., Tokutomi, N. and Carpenter, D.C. Multiple mechanisms of antagonism of GABA responses. Cell. Molec. Neurobiol., 7:97-103, 1987.

- 10 -

DAVID CARPENTER
EXHIBIT A

104. Hori, N., Galeno, T. and Carpenter, D.O.  Responses of pyriform cortex neurons to excitatory amino acids:  Voltage dependence, conductance changes and effects of divalent cations.  Cell. Molec. Neurobiol., 7:73-90, 1987.

105. Oyama, Y., King, W.M. and Carpenter, D.O.  Edrophonium-induced membrane current in single neurons physically isolated from Aplysia californica.  Brain Res., 438:95-100, 1988.

106. Jahan-Parwar, B., S.-Rozsa, K., Salanki, J., Evans, M.L. and Carpenter, D.O.  In vivo labeling of serotonin containing neurons by 5,7-dihydroxytryptamine in Aplysia.  Brain Res., 426:173-178, 1987.

107. King, W.M. and Carpenter, D.O.  Distinct GABA and glutamate receptors may share a common channel in Aplysia neurons.  Neurosci. Lett., 82:343-348, 1987.

108. Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.  Excitation of area postrema neurons by transmitters, peptides and cyclic nucleotides.  J. Neurophysiol., 59:358-369, 1988.

109. Carpenter, D.O., Hall, A.F. and Rahmann, H.  Exogenous gangliosides induce direct voltage and conductance changes on isolated neurons.  Cell. Molec. Neurobiol., 8:245-250, 1988.

110. Hori, N., Carpenter, D.O. and Katsuda, N.  Effect of acetylcholine on the pyramidal cell in the rat piriform cortex in vitro.  Neurosciences, 13:172-174, 1987 (in Japanese).

111. Hori, N. and Carpenter, D.O.  Excitatory amino acid receptors in piriform cortex do not show receptor desensitization.  Brain Res., 457:350-354, 1988.

112. Allen, C.N., Brady, R., Swann, J., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate (NMDA) receptors are inactivated by trypsin.  Brain Res., 458:147-150, 1988.

113. Oyama, Y., Akaike, N. and Carpenter, D.O.  Strychnine decreases the voltage-dependent $Ca^{2+}$ current of both Aplysia and frog ganglion neurons.  Cell. Molec. Neurobiol., 8:307-314, 1988.

114. Oyama, Y., King, W.M., Allen, C.N., Hori, N. and Carpenter, D.O.  Characterization of an inward current elicited by edrophonium in physically isolated and internally perfused Aplysia neurons.  Brain Res., 463:124-132, 1988.

115. Hori, N., Akaike, N. and Carpenter, D.O.  Piriform cortex brain slices:  Techniques for isolation of synaptic inputs.  J. Neurosci. Methods, 25:197-208, 1988.

116. Oyama, Y., Evans, M.L., Akaike, N. and Carpenter, D.O. Electrophysiological detection of acetylcholinesterase activity using concentration clamp on physically isolated Aplysia neurons.  Neuroscience Res., 6:174-180, 1988.

117. Tsuda, Y., Oyama, Y., Carpenter, D.O. and Akaike, N.  Effects of $Ca^{2+}$ on the transient outward current of single isolated Helix central neurones.  Brit J. Pharmacol., 95:526-530, 1988.

118. Oyama, Y., Hori, N., Evans, M.L., Allen, C.N. and Carpenter, D.O.  Electrophysiological estimation of the actions of acetylcholinesterase inhibitors on acetylcholine receptor and cholinesterase in physically isolated Aplysia neurones.  Brit. J. Pharmacol., 96:573-582,1989.

119. King, W.M. and Carpenter, D.O.  Voltage-clamp characterization of Cl- conductance gated by GABA and L-glutamate in single neurons of Aplysia.  J. Neurophysiol., 61:892-899, 1989.

120. Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a chloride acetylcholine response in Aplysia.  Brain Res., 495:309-318, 1989.

121. Salanki, J., Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a K+ acetylcholine response in Aplysia.  Brain Res., 495:298-308, 1989.

122. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of exogenous ganglioside and cholesterol application on excitability of Aplysia neurons.  Membrane Biochemistry, 8:19-26, 1989.

- 11 -

DAVID CARPENTER
EXHIBIT A

123. Carpenter, D.  Neural mechanisms of emesis.  Canad. J. Physiol. Pharmacol., 68:230-236, 1990.

124. Oyama, Y., Hori, N., Allen, C.N., and Carpenter, D.O.  Influences of trypsin and collagenase on acetylcholine responses of physically-isolated single neurons of *Aplysia californica*.  Cell. Molec. Neurobiol., 10:193-205, 1990.

125. Büsselberg, D., Evans, M.L., Rahmann, H., and Carpenter, D.O.  Lead inhibits the voltage-activated calcium current of *Aplysia* neurons.  Toxicol. Lett., 51:51-57, 1990.

126. Doi, N., Carpenter, D.O. and Hori, N.  Differential effects of baclofen and GABA on rat piriform cortex pyramidal neurons *in vitro*.  Cell. Molec. Neurobiol., 10: 559-564, 1991.

127. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  $Zn^{2+}$ blocks the voltage activated calcium current of *Aplysia* neurons.  Neurosci. Letts., 117:117-122, 1990.

128. Büsselberg, D., Carpenter, D.O., Sugita, M., Araki, S., Satake, M. and Rahmann, H.  Effects of exogenous lipid application on excitability of *Aplysia* neurons.  Biomed. Res., 11:77-86, 1990.

129. Evans, M.L., Kadan, M.J., Hartig, P.R. and Carpenter, D.O.  Correlation of $^{125}$I-LSD autoradiographic labelling with serotonin voltage clamp responses in *Aplysia* neurones.  Synapse, 8:22-29, 1991.

130. S.-Rozsa, K., Stefano, G., Salanki, J. and Carpenter, D.O.  Characterization of responses to enkephalins and FMRFamide on B neurons of the cerebral ganglion of *Aplysia*.  Comp. Biochem. Physiol., 99C:403-412, 1991.

131. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Lead and zinc block a voltage activated calcium channel of *Aplysia* neurons.  J. Neurophysiol., 65:786-795, 1991.

132. Hori, N., Doi, N., Miyahara, S., Shinoda, Y. and Carpenter, D.O.  Appearance of NMDA receptors triggered by anoxia independent of voltage *in vivo* and *in vitro*.  Exp. Neurol., 112:304-311, 1991.

133. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of inorganic and triethyl lead and inorganic mercury on the voltage activated calcium channel of *Aplysia* neurons.  NeuroToxicology, 12:733-744, 1991.

134. Evans, M.L., Büsselberg, D. and Carpenter, D.O.  $Pb^{2+}$ blocks calcium currents of cultured dorsal root ganglion cells.  Neurosci. Letts., 129:103-106, 1991.

135. Kemenes, G., S.-Rozsa, K., Stefano, G. and Carpenter, D.O.  Distinct receptors for leu- and met-enkephalin on the metacerebral giant cell of *Aplysia*.  Cell. Molec. Neurobiol., 12:107-119, 1992.

136. Ayrapetyan, S.N. and Carpenter, D.O.  Very low concentrations of acetylcholine and GABA modulate transmitter responses.  NeuroReport 2:563-565, 1991.

137. Carpenter, D.O. and Hori, N.  Neurotransmitter and peptide receptors on medial vestibular nucleus neurons.  Ann. NY Acad. Sci., 656:668-686, 1992.

138. Hernadi, L., S.-Rozsa, K., Jahan-Parwar, B. and Carpenter, D.O.  A topography and ultrastructural characterization of *in vivo* 5,7-dihydroxytryptamine-labelled serotonin-containing neurons in the central nervous system of *Aplysia californica*.  Cell. Molec. Neurobiol., 12:317-326, 1992.

139. Carpenter, D.O., Fejtl, M., Ayrapetyan, S., Szarowski, D. and Turner, J.N.  Dynamic changes in neuronal volume resulting from osmotic and sodium transport manipulations.  Acta Biologica Hungarica, 43:39-48, 1992.

140. Ayrapetyan, S.N. and Carpenter, D.O.  On the modulating effect of ultralow transmitter concentrations on the functional activity of the neuron membrane.  J. Evol. Biochem. Physiol., 27:110-116, 1991.

DAVID CARPENTER
EXHIBIT A

141. Büsselberg, D., Michael, D., Evans, M.L., Carpenter, D.O. and Haas, H.L.  Zinc ($Zn^{2+}$) blocks voltage gated calcium channels in cultured rat dorsal root ganglion cells.  Brain Res., 593:77-81, 1992.

142. Matthews, M.R., Parsons, P.J. and Carpenter, D.O.  Solubility of lead as lead (II) chloride in HEPES-Ringer and artificial seawater (Ca-ASW) solutions.  NeuroToxicology, 14:283-290, 1993.

143. Hori, N., Büsselberg, D., Matthews, R., Parsons, P.J. and Carpenter, D.O.  Lead blocks LTP by an action not at NMDA receptors.  Exp. Neurol., 119: 192-197, 1993.

144. Büsselberg, D., Evans, M.L., Haas, H.L. and Carpenter, D.O.  Blockade of mammalian and invertebrate calcium channels by lead.  NeuroToxicology, 14:249-258, 1993.

145. Riepe, M., Hori, N., Ludolph, A.C., Carpenter, D.O., Spencer, P.S. and Allen, C.N.  Inhibition of energy metabolism by 3-nitropropionic acid activates ATP-sensitive potassium channels.  Brain Res., 586:61-66, 1992.

146. Hori, N., Hirotsu, I., Davis, P.J. and Carpenter, D.O.  Long-term potentiation is lost in aged rats but preserved by calorie restriction.  NeuroReport, 3:1085-1088, 1992.

147. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O.  Behavioral studies of emetic sensitivity in the ferret.  Brain Res. Bull., 31:477-484, 1993.

148. Allen, C.N., Spencer, P.S. and Carpenter, D.O.  ß-N-methylamino-L-alanine in the presence of bicarbonate is an agonist at non-N-methyl-D-aspartate-type receptors.  Neuroscience 54:567-574, 1993.

149. Elekes, K., Stefano, G.B. and Carpenter, D.O.  Enkephalin-like immunoreactive neurons in the central nervous system of gastropods (Helix pomatia, Lymnaea stagnalis, Aplysia californica): A comparative immunocytochemical study.  Cell Tiss. Res. 272:329-41, 1993.

150. Büsselberg, D., Platt, B., Haas, H.L. and Carpenter, D.O.  Voltage gated calcium channel currents of rat dorsal root ganglion (DRG) cells are blocked by $Al^{3+}$.  Brain Res. 622:163-168, 1993.

151. Strominger, N.L., Knox, A.P. and Carpenter, D.O.  The connectivity of the area postrema in the ferret.  Brain Res. Bull., 33:33-47, 1994.

152. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O.  The central connections of the vagus nerve in the ferret.  Brain Res. Bull., 33:49-63, 1994.

153. Lin, Y. and Carpenter, D.O.  Medial vestibular neurons are endogenous pacemakers whose discharge is modulated by neurotransmitters.  Cell. Molec. Neurobiol., 13:601-613, 1993.

154. Kemenes, G., S.-Rózsa, K. and Carpenter, D.O.  Cyclic-AMP-mediated excitatory responses to leucine enkephalin in Aplysia neurones.  J. Exp. Biol. 181: 321-328, 1993.

155. Büsselberg, D., Platt, B., Michael, D., Carpenter, D.O. and Haas, H.L.  Mammalian voltage-activated calcium channel currents are blocked by $Pb^{2+}$, $Zn^{2+}$ and $Al^{3+}$.  J. Neurophysiol., 71:1491-1497, 1994.

156. Hori, N. and Carpenter, D.O.  Transient ischemia causes a reduction of $Mg^{2+}$ blockade of NMDA receptors.  Neurosci. Letts., 173:75-78, 1994.

157. Riepe, M.W., Hori, N., Ludolph, A.C. and Carpenter, D.O.  Failure of neuronal ion exchange, not potentiated excitation, causes excitotoxicity after inhibition of oxidative phosphorylation.  Neuroscience, 64:91-97, 1995.

158. Hori, N. and Carpenter, D.O.  Functional and morphological changes induced by transient in vivo ischemia.  Exp. Neurol., 129:279-289, 1994.

159. Lin, Y. and Carpenter, D.O.  Direct excitatory opiate effects mediated by non-synaptic actions on rat medial vestibular neurons.  Eur. J. Pharmacol., 262:99-106, 1994.

DAVID CARPENTER
EXHIBIT A

160. Carpenter, D.O.  Epidemiological evidence for an association between exposure to 50 and 60 Hz magnetic fields and cancer.  James Bay Publication Series, Hydro-Electric Development: Environmental Impacts - Paper No. 6, pp. 2-31, 1994.

161. Carpenter, D.O.  Communicating with the public on issues of science and public health.  Environ. Health Perspect. 103:127-130, 1995.

162. Fejtl, M., Gyori, J. and Carpenter, D.O.  $Hg^{2+}$ increases the open probability of carbachol-activated $Cl^-$ channels in Aplysia neurons.  NeuroReport, 5:2317-2320, 1994.

163. Carpenter, D.O. The public health significance of metal neurotoxicity.  Cell. Molec. Neurobiol., 14:591-597, 1994.

164. Gyori, J., Fejtl, M. and Carpenter, D.O.  Effect of $HgCl_2$ on acetylcholine, carbachol and glutamate currents of Aplysia neurons.  Cell. Molec. Neurobiol., 14:653-664, 1994.

165. Fejtl, M., Gyori, J. and Carpenter, D.O.  Mercuric (II) chloride modulates single channel properties of carbachol activated $Cl^-$ channels in cultured neurons of Aplysia californica.  Cell. Molec. Neurobiol., 14:665-674, 1994.

166. Carpenter, D.O., Matthews, M.R., Parsons, P.J. and Hori, N.  Long-term potentiation in piriform cortex is blocked by lead.  Cell. Molec. Neurobiol., 14:723-733, 1994.

167. Salanki, J., Gyori, J. and Carpenter, D.O.  Action of lead on glutamate-activated chloride currents in Helix Pomatia L. neurons.  Cell. Molec. Neurobiol., 14:755-768, 1994.

168. Carpenter, D.O.  How hazardous wastes affect hu man health.  Cent. Eur. J. Publ. Hlth. 2:6-9, 1994.

169. Oyama, Y., Carpenter, D.O., Ueno, S., Hayashi, H. and Tomiyoshi, F.  Methylmercury induces $Ca^{2+}$-dependent hyperpolarization of mouse thymocytes: A flow-cytometric study using fluorescent dyes.  Eur. J. Pharmacol., 293:101-107, 1995.

170. Fejtl, M., Szarowski, D.H., Decker, D., Buttle, K., Carpenter, D.O. and Turner, J.N.  Three-dimensional imaging and electrophysiology of live Aplysia neurons during volume perturbation: confocal light and high-voltage electron microscopy.  JMSA 1(2):75-85, 1995.

171. Carpenter, D.O., Kemenes, G., Elekes, K., Leung, M., Stefano, G., S.-Rozsa, K. and Salanki, J.  Opioid peptides in the nervous system of Aplysia: A combined biochemical immunocytochemical, and electrophysiological study.  Cell. Molec. Neurobiol. 15:239-256, 1995.

172. Riepe, M. and Carpenter, D.O.  Delayed increase of cell volume of single pyramidal cells in live hippocampal slices upon kainate application.  Neurosci. Letts. 191:35-38, 1995.

173. Son, H. And Carpenter, D.O.  Protein kinase C activation is necessary but not sufficient for induction of LTP at the synapse of mossy fiber-CA3 in the rat hippocampus.  Neuroscience 72:1-13, 1996.

174. Iwase, T., Hori, N., Morioka, T. and Carpenter, D.O.  Low power laser irradiation reduces ischemic damage in hippocampal slices in vitro.  Lasers Surg. Med., 19:465-450, 1996.

175. Carpenter, D.O., King, W.M. and McCreery, M.J.  The role of glutamate reuptake in regulation of glutamate responses in Aplysia neurons.  Acta Biologica Hungaria 46:363-373, 1995.

176. Saghian, A.A., Ayrapetyan, S.N. and Carpenter, D.O.  Low concentrations of ouabain stimulate Na/Ca exchange in neurons.  Cell. Molec. Neurobiol., 16:489-498, 1996.

177. Platt, B., Carpenter, D.O., Büsselberg, D., Reymann, K.G. and Riedel, G.  Aluminum impairs hippocampal long-term potentiation in rats in vitro and in vivo.  Exp. Neurol., 134:73-86, 1995.

178. Rubakhin, S.S., Gyori, J., Carpenter, D.O. and Salanki, J.  $HgCl_2$ potentiates GABA activated currents in Lymnaea stagnalis L. neurons.  Acta Biologica Hungaria, 46:431-444, 1995.

- 14 -

DAVID CARPENTER
EXHIBIT A

179. Fejtl, M. and Carpenter, D.O.  Neurite outgrowth is enhanced by conditioning factor(s) released from central ganglia of Aplysia californica.  Neurosci. Letts., 199:33-36, 1995.

180. Riepe, M.W., Niemi, W.N., Megow, D., Ludolph, A.C. and Carpenter, D.O.  Mitochondrial oxidation in rat hippocampus can be preconditioned by selective chemical inhibition of SDH.  Exp. Neurol., 138:15-21, 1996.

181. Son, H. and Carpenter, D.O.  Interactions among paired-pulse facilitation and post-tetanic and long-term potentiation in the mossy fiber-CA3 pathway in rat hippocampus.  Synapse, 23:302-311, 1996.

182. Carpenter, D.O., Suk, W.A., Blaha, K. and Cikrt, M.  Hazardous wastes in Eastern and Central Europe.  Environ. Health Perspect., 104:244-248, 1996.

183. Son, H., Davis, P.J. and Carpenter, D.O.  Time course and involvement of protein kinase C-mediated phosphorylation of F1/GAP-43 in area CA3 after the mossy fiber stimulation.  Cell. Molec. Neurobiol., 17:171-194, 1997.

184. Dyatlov, V.A., Platoshin, A.V., Lawrence, D.A. and Carpenter, D.O.  Mercury ($Hg2^+$) enhances the depressant effect of kainate on Ca-inactivated potassium current in telencephalic cells derived from chick embryos.  Toxicol. Appl. Pharmacol., 138:285-297, 1996.

185. Carpenter, D.O. and Conway, J.B.  Optimizing professional education in public health.  J. Public Health Management Practice, 2:66-72, 1996.

186. Carpenter, D.O.  Great Lakes contaminants:  A shift in human health outcomes.  Health and Environment Digest, 10:17-19, 1996.

187. Boldyrev, A.A., Stvolinsky, S.L., Tyulina, O.V., Koshelev, V.B., Hori, N. and Carpenter, D.O.  Biochemical and physiological evidence that carnosine is an endogenous neuroprotector against free radicals.  Cell. Molec. Neurobiol., 17:259-271, 1997.

188. Szücs, A., Angiello, C., Salánki, J. and Carpenter, D.O.  Effects of inorganic mercury and methylmercury on the ionic currents of cultured rat hippocampal neurons.  Cell. Molec. Neurobiol., 17:273-288, 1997.

189. Niemi, W.D., Slivinski, K., Audi, J., Rej, R. and Carpenter, D.O.  Propylthiouracil treatment reduces long-term potentiation in area CA1 of neonatal rat hippocampus.  Neurosci. Letts., 210:127-129, 1996.

190. Son, H., Madelian, V. and Carpenter, D.O.  The translocation and involvement of protein kinase C in mossy fiber-CA3 long-term potentiation in hippocampus of the rat brain.  Brain Res., 739:282-292, 1997.

191. Oyama, Y., Carpenter, D.O., Chikahisa, L. and Okazaki, E.  Flow-cytometric estimation on glutamate- and kainate-induced increases in intracellular $Ca^{2+}$ of brain neurons.  Brain Research, 728:121-124, 1996.

192. Carpenter, D.O., Stoner, C.R.T. and Lawrence, D.A.  Flow cytometric measurements of neuronal death triggered by PCBs.  NeuroToxicology, 18:507-514, 1997.

193. Azatian, K.V., Ayrapetyan, S.N. and Carpenter, D.O.  Metabotropic GABA receptors regulate acetylcholine responses on snail neurons.  Gen. Pharmacol., 29:67-72, 1997.

194. Carpenter, D.O., Stoner, C.T., Lawrence, D.A., Niemi, W.D., Shain, W. and Seegal, R.  Multiple mechanisms of PCB neurotoxicity.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 404-918.

195. Carpenter, D.O.  New Dimensions in our understanding of the human health effects of environmental pollutants.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 37-53.

DAVID CARPENTER
EXHIBIT A

196. Carpenter, D.O.  Possible effects of electromagnetic fields on the nervous system and development. Men. Retard. Dev. Dis. Res. Rev. 3:270-274, 1997.

197. Chiarenzelli, J., Scrudato, R., Bush, B., Carpenter, D. and Bushart, S.  Do large-scale remedial and dredging events have the potential to release significant amounts of semi-volatile compounds to the atmosphere? Environ. Hlth. Perspect., 106:47-49, 1998.

198. Dyatlov, V.A., Dytlova O.M., Parsons, P.H., Lawrence, D.A. and Carpenter, D.O. Lipopolysaccharide and interleukin-6 enhance lead entry into cerebellar neurons:  Application of a new and sensitive flow cytometric technique to measure intracellular lead and calcium concentrations. NeuroToxicology, 19:293-302, 1998.

199. Dyatlov, V.A., Platoshin, A.V.,Lawrence, D.A. and Carpenter, D.O.  Lead potentiates cytokine- and glutamate-mediated increases in permeability of the blood-brain barrier. NeuroToxicology, 19:283-292, 1998.

200. Niemi, W.D., Audi, J., Bush, B. and Carpenter, D.O.  PCBs reduce long-term potentiation in the CA1 region of rat hippocampus. Exper. Neurol., 151:26-34, 1998.

201. Carpenter, D.O.  Health effects of metals. Cent. Eur. J. Publ. Hlth., 6:160-163, 1998.

202. Carpenter, D.O., Bláha, K., Buekens, A., Cikrt, M., Damstra, T., Dellinger, B., Sarofim, A., Suk, W.A., Wyes, H. and Zejda, J.  Remediation of hazardous wastes in Central and Eastern Europe: Technology and health effects. Cent. Eur. J. Publ. Hlth., 6:77-78, 1998.

203. Carpenter, D.O.  Human health effects of environmental pollutants:  New Insights. Environ. Monitor. Assess. J., 53:245-258, 1998.

204. Dyatlov, V.A., Makovetskaia, V.V., Leonhardt, R., Lawrence, D.A. and Carpenter, D.O.  Vitamin E enhances $Ca^{2+}$-mediated vulnerability of immature cerebellar granule cells to ischemia. Free Rad. Biol. Med., 25: 793-802, 1998.

205. Fitzgerald, E.F., Schell, L.M., Marshall, E.G., Carpenter, D.O., Suk, W.A. and Zejda, J.E. Environmental pollution and child health in Central and Eastern Europe. Environ. Health Persp., 106:307-311, 1998.

206. Carpenter, D.O., Arcaro, K.F., Bush, B., Niemi, W.D., Pang, S. and Vakharia, D.D.  Human health and chemical mixtures: An overview. Environ. Health Perspect., 106: 1263-1270, 1998.

207. Carpenter, D.O., Cikrt, M. and Suk, W.A.  Hazardous wastes in Eastern and Central Europe: Technology and health effects. Environ. Health Perspect., 107: 3-4, 1999.

208. Carpenter, D.O.  Polychlorinated biphenyls and human health. Int. J. Occup. Med. Environ. Hlth. 11: 291-303, 1998.

209. Boldyrev, A.A., Johnson, P., Yanzhang, W., Tan, Y. and Carpenter, D.O.  Carnosine and taurine protect rat cerebellar granular cells from free radical damage. Neurosci. Letts., 263: 169-172, 1999.

210. Boldyrev, A.A., Carpenter, D.O., Huentelman, M.J., Peters, C.M. and Johnson, P.  Sources of reactive oxygen species production in excitotoxin-stimulated neurons. Biophys. Biochem. Res. Commun., 256: 320-324, 1999.

211. Ayrapetyan, S.N., Ayrapetyan, G. and Carpenter, D.O. The electrogenic sodium pump activity in Aplysia neurons is not potential dependent. Acta Biologica Hungarica, 50: 27-34, 1999.

212. Boldyrev, A., Song, R., Lawrence, D. and Carpenter, D.O.  Carnosine protects against excitotoxic cell death independently of effects on reactive oxygen species. Neuroscience, 94: 571-577, 1999.

213. Boldyrev, A., Song, R., Dyatlov, V.A., Lawrence, D.A. and Carpenter, D.O.  Neuronal cell death and reactive oxygen species. Cell. Molec. Neurobiol., 20:433-450, 2000.

214. Gyori, J., Platoshyn, O., Carpenter, D.O. and Salanki, J.  Effect of inorganic- and organic tin compounds on ACh- and voltage-activated Na currents.  Cell. Molec. Neurobiol. 20:591-604, 2000.

215. Hussain, R.J., Gyori, J., DeCaprio, A.P. and Carpenter, D.O.  In vivo and in vitro exposure to PCB 153 reduces long-term potentiation.  Environ. Hlth. Perspect., 108 :827-831, 2000.

216. Negoita, S., Swamp, L., Kelley, B. and Carpenter, D.O.  Chronic diseases surveillance of St. Regis Mohawk health service patients.  J. Public Health Management Practice, 7:84-91, 2001.

217. Hussain, R.J., Parsons, P.J., Carpenter, D.O. Effects of lead on long-term potentiation in hippocampal CA3 vary with age.  Dev. Brain Res., 121: 243-252, 2000.

218. Tanji, M., Katz, B.H., Spink, B.C. and Carpenter, D.O.  Growth inhibition of MCF-7 cells by estrogen is dependent upon a serum factor.  Anticancer Res., 20: 2779-2784, 2000.

219. Tanji, M. and Carpenter, D.O.  A steroid-binding protein mediates estrogen-dependent inhibition of growth of MCF-7 breast cancer cells.  Anticancer Res., 20:2785-2790, 2000.

220. Gyori, J., Hussain, R., Carpenter, D.O.  Long-term potentiation in CA1 region of rat brain slices is blocked by PCB 153.  Cent. Europ. J. Publ. Hlth., 8: 21-22, 2000.

221. Carpenter, D.O.  Human health effects of polychlorinated biphenyls.  Cent. Eur. J. Public Health, 8: 23-24, 2000.

221a. Sukdolova, V., Negoita, S., Hubicki, L., DeCaprio, A., and Carpenter, D.O.  The assessment of risk to acquired hypothyroidism from exposure to PCBs: a study among Akwesasne Mohawk women. Cent. Eur. J. Public Health, 8: 167-168, 2000.

222. Carpenter, D.O., Chew, F.T., Damstra, T., Lam, L.H., Landrigan, P.J., Makalinao, I., Peralta, G.L. and Suk, W.A.  Environmental threats to the health of children: The Asian perspective.  Environ. Hlth. Perspect., 108: 989-992, 2000.

223. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.  Natural mechanisms of protection of neurons against oxidative stress.  Recent Res. Devel. Comparative Biochem. & Physiol. 1: 91-103, 2000.

224. Strominger, N.L., Hori, N., Carpenter, D.O., Tan, Y. and Folger W.H.  Effects of acetylcholine and GABA on neurons in the area postrema of Suncus murinus brainstem slices.  Neurosci. Letts. 309: 77-80, 2001.

225. Strominger, N.L., Brady, R., Gullikson, G. and Carpenter, D.O.  Imiquimod-elicited emesis is mediated by the area postrema, but not by direct neuronal activation.  Brain Res. Bull. 55: 445-451, 2001.

226. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O.  Intracellular activity of rat spinal cord motoneurons in slices.  J. Neurosci. Meth. 112: 185-191, 2001.

227. Sukocheva, O.A., Abramov, A.Y., Levitskaya, J.O., Gagelgans, A.I. and Carpenter, D.O.  Modulation of intracellular Ca concentration by vitamin B12 in rat thymocytes.  Blood Cells. Mol. Dis. 27: 812-824, 2001.

228. Gilbertson, M., Carpenter, D. and Upshur, R.  Methodology for assessing community health in Areas of Concern: Measuring the adverse effects on human health.  Environ. Health Perspect. 109 (Suppl 6): 811-812, 2001.

229. Carpenter, D.O., Shen, Y., Nguyen, T., Le, L. and Lininger, L.L.  Incidence of endocrine disease among residents of New York Areas of Concern.  Environ. Health Perspect. 109: (Suppl 6) 845-851, 2001.

230. Suk, W.A., Carpenter, D.O., Cirkt, M. and Smerhovsky, Z.  Metals in Eastern and Central Europe: Health effects, sources of contamination and methods of remediation.  Internat. J. Occup. Med. Environ. Health 14, 151-156, 2001.

- 17 -

DAVID CARPENTER
EXHIBIT A

231. Carpenter, D.O. Effects of metals on the nervous system of humans and animals. Internat. J Occup. Med. Environ. Health 14: 209-218, 2001.

232. Carpenter, D.O., Arcaro, K. and Spink, D.C. Understanding the human health effects of chemical mixtures. Environ. Health Perspect. 110 (Suppl 1), 25-42, 2002.

233. Carpenter, D.O., Nguyen, T., Le, L., Kudyakov, R. and Lininger, L. Human disease in relation to residence near hazardous waste sites. Proceedings of The 10th Pacific Basin Conference on Hazardous Waste, Okayama, Japan, December 5-7, 2001.

234. Carpenter, D.O., Tarbell, A., Fitzgerald, E., Kadlec, M.J., O'Hehir, D.O. and Bush, B. University-community partnership for the study of environmental contamination at Akwesasne. In: Biomarkers of Environmentally Associated Disease, S.H. Wilson and W.A. Suk, editors, CRC Press/Lewis Publishers, 507-523, 2002.

235. Carpenter, D.O., Hussain, R.J., Berger, D.F., Lombardo, J.P., Park, H-Y. Electrophysiological and behavioral effects of perinatal and acute exposure of rats to lead and polychlorinated biphenyls. Environ. Health Perspect., 110: 377-386, 2002.

236. Hori, N., Tan, Y. King, M., Strominger, N.L. and Carpenter, D.O. Differential actions and excitotoxicity of glutamate agonists on motoneurons in adult mouse cervical spinal cord slices. Brain Res., 958: 434-438, 2002.

237. Laemle, L.K., Hori, N., Strominger, N.L., Tan, Y. and Carpenter, D.O. Physiological and anatomical properties of the suprachiasmatic nucleus of an anophthalmic mouse. Brain Res., 953: 73-81, 2002.

238. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O. Rat motoneuron cell death in development correlates with loss of N-methyl-D-aspartate receptors. Neurosci. Letts., 330:131-134, 2002.

239. Carpenter, D.O., Morris, D.L. and Legator, M. Initial attempts to profile health effects with types of exposure in Anniston, Alabama. FEB, 12: 191-195, 2003.

240. Carpenter, D.O., Nguyen, T., Le, L., Baibergenova, A. and Kudyakov, R. Profile of health effects related to proximity to PCB-contaminated hazardous waste sites in New York. FEB, 12: 173-180, 2003.

241. Hori, N., Carp, J.S., Carpenter, D.O. and Akaike, N. Corticospinal transmission to motoneurons in cervical spinal slices from adult rats. Life Sci., 72: 389-396, 2002.

242. Carpenter, D.O. and Hussain, R.J. Cell-to-cell communication of neurons is impaired by metals. Mat.-wiss. U. Werkstofftech. 34: 1-8, 2003.

243. Tan, Y., Hori, N. and Carpenter, D.O. The mechanism of presynaptic long-lasting-depression mediated by group 1 metabotropic glutamate receptors. Cell. Molec. Neurobiol., 23: 187-203, 2003.

244. Baibergenova, A., Kudyakov, R., Zdeb, M., and Carpenter, D.O. Low birth weight and residential proximity to PCB-contaminated waste sites. Environ. Health Perspect., 111: 1352-1357, 2003.

245. Nishizaki, Y., Oyama, Y., Sakai, Y., Hirama, S., Tomita, K., Nakao, H., Umebayashi, C., Ishida, S., Okano, Y. and Carpenter, D.O. PbCl$_2$-induced hyperpolarization of rat thymocytes: Involvement of charybdotoxin-sensitive K+ channels. Environ. Toxicol., 18(5): 321-326, 2003.

246. Hussain, R.J. and Carpenter, D.O. The effects of protein kinase C activity on synaptic transmission in two areas of rat hippocampus. Brain Res., 990: 28-37, 2003.

247. Suk, W.A., Ruchirawat, K., Balakrishnan, K., Berger, M., Carpenter, D., Damstra, T,. Pronczuk de Garbino, J., Koh, D., Landrigan, P.J., Makalinao, I., Sly, P.D., Xu, Y. and Zheng, B.S. Environmental threats to children=s health in Southeast Asia and the Western Pacific. Environ. Health Perspect. 111: 1340, 2003.

248. Carpenter, D.O. The need for global environmental health policy.  New Solutions, 13(1): 53-59, 2003.

249. Tan, Y., Li, D., Song, R., Lawrence, D. and Carpenter, D.O.  Ortho-substituted PCBs kill thymocytes. Toxicol. Sci., 76: 328-337, 2003.

250. Boldyrev, A., Bulygina, E., Carpenter, D.O. and Schoner, W.  Glutamate receptors communicate with Na+/K+-ATPase in rat cerebellum granule cells: Demonstration of differences in the action of several metabotropic and ionotropic glutamate agonists on intracellular reactive oxygen species and the sodium pump.  J. Molec. Neurosci., 21:213-222, 2003.

251. Hites, R.A., Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J.  Global assessment of organic contaminants in farmed salmon.  Science 303: 226-229, 2004.

252. Sandal, S., Yilmaz, B., Chen, C-H and Carpenter, D.O.  Comparative effects of technical toxaphene, 2,5-dichloro-3-biphenylol and octabromodiphenylether on cell viability, [Ca$^{2+}$]$_i$ levels and membrane fluidity in mouse thymocytes. Toxicol. Letts., 151: 417-428, 2004.

253. Tan, Y., Chen, C-H., Lawrence, D. and Carpenter, D.O.  Ortho-substituted PCBs kill cells by altering membrane structure. Toxicol. Sci., 80: 54-59, 2004.

254. Tan, Y., Song, R., Lawrence, D. and Carpenter, D.O.  Ortho-substituted but not coplanar PCBs rapidly kill cerebellular granule cells.  Toxicol. Sci., 79: 147-156, 2004.

255. Ozcan, M., Yilmaz, B., King, W.M. and Carpenter, D.O.  Hippocampal long-term potentiation (LTP) is reduced by a coplanar PCB congener.  NeuroToxicology, 25: 981-988, 2004.

256. Ssempebwa, J.C., Carpenter, D.O., Yilmaz, B., DeCaprio, A.P., O=Hehir, D.J. and Arcaro, K.F. Waste crankcase oil: an environmental contaminant with potential to modulate estrogenic responses.  J. Toxicol. Environ. Hlth, Part A, 67: 1081-1094, 2004.

257. Foran, J.A., Hites, R.A., Carpenter, D.O., Hamilton, M.C., Mathews-Amos, A. and Schwager, S.J.  A survey of metals in tissues of farmed Atlantic and wild Pacific salmon.  Environ. Toxicol. Chem., 23: 2108-2110, 2004.

258. Oenga, G.N., Spink, D.C. and Carpenter, D.O.  TCDD and PCBs inhibit breast cancer cell proliferation in vitro.  Toxicol. In Vitro, 18: 811-819, 2004.

259. Hussain, R.J. and Carpenter, D.O.  A comparison of the roles of protein kinase C in long-term potentiation in rat hippocampal areas CA1 and CA3.  Cell. Molec. Neurobiol., 25: 649-661, 2005.

260. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O.  Global assessment of polybrominated diphenyl ethers in farmed and wild salmon.  Organohalogen Compounds, 66: 3826-3829, 2004.

261. Kudyakov, R., Baibergenova, A., Zdeb, M. and Carpenter, D.O.  Respiratory disease in relation to patient residence near to hazardous waste sites.  Environ. Toxicol. Pharmacol., 18: 249-257, 2004.

262. Gilbertson, M. and Carpenter, D.O.  An ecosystem approach to the health effects of mercury in the Great Lakes basin ecosystem.  Environ. Res. 95: 240-246, 2004.

263. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O.  Global assessment of polybrominated diphenyl ethers in farmed and wild salmon.  Environ. Sci. Technol., 38: 4945-4949, 2004.

264. DeCaprio, A.P., Johnson, G.W., Tarbell, A.M., Carpenter, D.O. Chiarenzelli, J.R., Morse, G.S., Santiago-Rivera, A.L., Schymura, M.J., and the Akwesasne Task Force on the Environment.  PCB exposure assessment by multivariate statistical analysis of serum congener profiles in an adult Native American population.  Environ. Res., 98: 284-302, 2005.

**DAVID CARPENTER**
**EXHIBIT A**

265. Boldyrev, A.A., Kazey, V.I., Leinsoo, T.A., Mashkina, A.P., Tyulina O.V., Tuneva, J.O., Chittur, S. and Carpenter, D.O.  Rodent lymphocytes express functionally active glutamate receptors. Biochem. Biophys. Res. Comm., 324: 133-139, 2004.

266. Boldyrev, A.A., Koudinov, A., Berezov, T. and Carpenter, D.O.  Amyloid-β induced cell death is independent of free radicals.  J. Alzheimer=s Dis., 6: 633-638, 2004.

267. Neagu, B., Strominger, N.L. and Carpenter, D.O.  Use of bipolar parallel electrodes for well-controlled microstimulation in a mouse hippocampal brain slice.  J. Neurosci. Meth., 144: 153-163, 2005.

268. Suk, W.A., Avakian, M.D., Carpenter, D., Groopman, J.D., Scammell, M. and Wild, C.P.  Human exposure monitoring and evaluation in the Arctic: The importance of understanding exposures to the development of public health policy.  Environ. Health Perspect. 112: 113-120, 2004.

269. Neagu, B., Neagu, E.R., Strominger, N.L. and Carpenter, D.O.  A new fast electro-physiological response measured extracellularly in a mouse hippocampal brain slice.  Neurosci. Letts., 381: 179-184, 2005.

270. Sergeev, A.V. and Carpenter, D.O.  Hospitalization rates for coronary heart disease in relation to residence near areas contaminated with POPs and other pollutants.  Environ. Health Perspect., 113: 756-761, 2005.

271. Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J.  Risk-based consumption advice for farmed Atlantic and wild Pacific salmon contaminated with dioxins and dioxin-like compounds.  Environ. Health Perspect. 113: 552-556, 2005.

272. Shaw, S.D., Bourakovsky, A., Brenner, D., Carpenter, D.O., Tao, L., Kannan, K. and Hong, C-S.  Polybrominated diphenyl ethers (PBDEs) in farmed salmon from Maine and Eastern Canada. In: Proceedings of 25th International Symposium on Halogenated Environmental Organic Pollutants and POPs (DIOXIN 2005), August 21-26, 2005, Toronto, Canada.

273. Carpenter, D.O., DeCaprio, A.P., O=Hehir, D., Akhtar, F., Johnson, G., Scrudato, R.J., Apatiki, L., Kava, J., Gologergen, J., Miller, P.K. and Eckstein, L.  Polychlorinated biphenyls in serum of the Siberian Yupik people from St. Lawrence Island, Alaska.  Int. J. Circumpolar Health, 64(4): 322-335, 2005.

274. Foran, J.A., Good, D.H., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J.  Quantitative analysis of the benefits and risks of consuming farmed and wild salmon.  J. Nutr 135: 2639-2643, 2005.

275. Huang, X., Hites, R.A., Foran, J.A., Hamilton, C., Knuth, B.A., Schwager, S.J. and Carpenter, D.O.  Consumption advisories for salmon based on risk of cancer and non-cancer health effects.  Environ. Res., 101: 263-274, 2006.

276. Shcherbatykh, I., Huang, X., Lessner, L. and Carpenter, D.O.  Hazardous waste sites and stroke in New York State.  Environ. Health, 4:18, 2005.

277. Hamilton, M.C., Hites, R.A., Schwager, S.J., Foran, J.A., Knuth, B.A. and Carpenter, D.O.  Lipid composition and contaminants in farmed and wild salmon.  Environ. Sci. Tech., 39: 8622-8629, 2005.

278. Yilmaz, B., Sandal, S., Chen, C-H. and Carpenter, D.O.  Effects of PCB 52 and PCB 77 on cell viability, $[Ca^{2+}]_i$ levels and membrane fluidity in mouse thymocytes.  Toxicology, 217: 184-193, 2006.

279. Tan, Y., Hori, N., and Carpenter, D.O.  Electrophysiological effects of three groups of glutamate metabotropic receptors in rat piriform cortex.  Cell. Molec. Neurobiol., 26: 915-924, 2006.

280. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.A.  Emerging evidence for a similar role of glutamate receptors in the nervous and immune systems.  J. Neurochem., 95: 913-918, 2005.

- 20 -

DAVID CARPENTER
EXHIBIT A

281. Sandal, S., Yilmaz, B., Godekmerdan, A., Kelestimur, H. and Carpenter, D.O.  Effects of PCBs 52 and 77 on Th1/Th2 balance in mouse thymocyte cell cultures.  Immunopharmacol. Immununotoxicol. 27: 601-613, 2005.

282. Carpenter, D.O.  Environmental contaminants and learning and memory.  International Congress Series, 1287: 185-189, 2006.

283. Carpenter, D.O.  Polychlorinated biphenyls (PCBs): Routes of exposure and effects on human health. Rev. Environ. Health, 21: 1-23, 2006.

284. Huang, X., Lessner, L. and Carpenter, D.O.  Exposure to persistent organic pollutants and hypertensive disease.  Environ. Res., 102: 101-106, 2006.

285. Carpenter, D.O., El-Qaderi, S., Fayzieva, D., Gilani, A., Hambartsumyan, A., Herz, K., Isobaev, M., Kasymov, O., Kudyakov, R., Majitova, Z., Mamadov, E., Nemer, L., Revich, B., Stege, P., Suk, W., Upshur, R., Yilmaz, B. and Zaineh K.  Children's environmental health in Central Asia and the Middle East.  Int. J. Occup. Environ. Health, 12: 362-368, 2006.

286. King, W.M., Sarup, V., Sauve, Y., Moreland, C.M., Carpenter, D.O. and Sharma. S.C.  Expansion of visual receptive fields in experimental glaucoma.  Visual Neurosci. 23: 137-142, 2006.

287. Tuneva, J., Chittur, S., Boldyrev, A.A., Birman, I. and Carpenter, D.O.  Cerebellar granule cell death induced by aluminum.  Neurotox. Res., 9: 297-304, 2006.

288. Trasande, L., Boscarino, J., Graber, N., Falk, R., Schechter, C., Dunkel, G., Geslani, J., Moline, J., Kaplan-Liss, E., Miller, R.K., Korfmacher, K., Carpenter, D., Balk, S.J., Laraque, D., Frumkin, H. and Landrigan, P.J  The environment in pediatric practice:  A study of New York pediatricians' attitudes, beliefs, and practices towards children's environmental health.  J. Urban Health, 2006, DOI: 10.1007/s11524-006-9071-4.

289. Surdu, S., Montoya, L.D., Tarbell, A. and Carpenter, D.O.  Childhood asthma and indoor allergens in Native Americans in New York.  Environ. Health: A Global Access Science Source, 5:22, 2006. DOI: 10.1186/1476-069X-5-22.

290. Ozcan M., Yilmaz, B. and Carpenter, D.O.  Effects of melatonin on synaptic transmission and long term potentiation in two areas of mouse hippocampus.  Brain Res., 1111: 90-94, 2006.

291. Shaw, S.D., Brenner, D., Berger, M.L., Pulser, E.L., Carpenter, D.O., Hong, C-W and Kannan K.  PCBs, dioxin-like PCBs, dioxins, and organochlorine pesticides in farmed salmon (Salmo salar) from Maine and Eastern Canada. Environ. Sci. Technol. 40: 5347-5354, 2006.

292. Yilmaz, B., Ssempebwa J., Mackerer, C.R., Arcaro, K.F. and Carpenter, D.O.  Effects of polycyclic aromatic hydrocarbon-containing oil mixtures on generation of reactive oxygen species and cell viability in MCF-7 breast cancer cells. J. Toxicol. Environ. Health, Part A: 70: 1-8, 2007.

293. Kouznetsova, M., Huang, X., Ma, J., Lessner, L. and Carpenter, D.O.  Increased rate of hospitalization for diabetes and residential proximity of hazardous waste sites.  Environ. Health Perspect., 115:75-79, 2007.

294. Yilmaz, Y., Seyran, A.D., Sandal, S., Aydin, M., Colakoglu, N., Kocer, M. and Carpenter, D.O.  Modulatory effects of Aroclors 1221 and 1254 on bone turnover and vertebral histology in intact and ovariectomized rats. Toxicology Letts., 166: 276-294, 2006.

295. Shcherbatykh, I. and Carpenter, D.O.  The role of metals in the etiology of Alzheimer's disease.  J. Alzheimer's Dis., 11: 191-205, 2007.

296. Surdu S, Neamtiu I, Gurzau E, Kasler I and Carpenter D. Blood lead levels and hand lead contamination in children ages 4-6 in Copsa Mica, Romania. In: Environmental Health in Central and Eastern Europe.  KC Donnelly and LH Cizmas, Eds.  Springer Netherlands.  pp. 123-134, 2007.

DAVID CARPENTER
EXHIBIT A

297. Carpenter D.O.  The importance of the Great Lakes Water Quality Agreement.  J Public Health Policy 28: 216-220, 2007.

298. Codru N, Schymura MJ, Negoita S, the Akwesasne Task Force on the Environment, Rej R and Carpenter DO.  Diabetes in relation to serum levels of polychlorinated biphenyls (PCBs) and chlorinated pesticides in adult Native Americans.  Environ Health Perspect. 115: 1442-1447, 2007.

299. Carpenter DO.  Biomarcadores de efectos neuroconductuales.  Acta Toxicol Argent 14 (Suplemento): 11-12, 2006.

300. Hennig B, Ormsbee L, Bachas L, Silverstone A, Milner J, Carpenter D, Thompson C and Suk WA. Introductory comments: nutrition, environmental toxins and implications in prevention and intervention of human diseases.  J Nutrit Biochem 189: 161-163, 2007.

301. Arnold R, Armour MA, Barich J, Cebrian M, Cifuentes L, Kirk D, Koh D, Lewis ND, Ling B, Makalinao I, Maiden T, Paz-y-Mino C, Peralta G, Singh K, Sly P, Suk W, Woodward A, Zheng B and Carpenter DO.  Threats to human health and environmental sustainability in the Pacific Basin:  The 11th International Conference of the Pacific Basin Consortium.  Environ Health Perspect. 115: 1770-1775, 2007.

302. Parrish RR, Horstwood M, Arnason JG, Chenery S, Brewer T, Lloyd NS and Carpenter DO (2008) Depleted uranium contamination by inhalation exposure and its detection after approximately 25 years:  Implications for health assessment.  Sci Total Environ 390: 58-68.

303. Goncharov A, Haase RF, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment, McCaffrey RJ, Rej R and Carpenter DO.  (2008) High serum PCBs are associated with elevation of serum lipids and cardiovascular disease in a Native American population.  Environ Res. 106: 226-239.

304. Ma J, Kouznetsova M, Lessner L and Carpenter DO.  Asthma and infectious respiratory disease in children – correlation to residence near hazardous waste sites. Paediatr Respir Rev 8: 292-298, 2007.

305 Schell LM, Gallo MV, Denham M, Ravenscroft J, DeCaprio AP and Carpenter DO (2008) Relationship of thyroid hormone levels of polychlorinated biphenyls, lead, p,p'-DDE and other toxicants in Akwesasne Mohawk youth.  Environ Health Perspect. 116: 806-813.

306. Ssempebwa J and Carpenter DO (2009)  The generation, use and disposal of waste crankcase oil in developing countries: A case for Kampala District, Uganda.  J Hazard Materials 161: 835-841.

307. Carpenter DO (2008)  Environmental contaminants as risk factors for developing diabetes.  Rev Environ Health 23: 59-74.

308. Shaw SD, Berger ML, Brenner D, Carpenter DO, Lao L, Hong CS and Kannan K (2008) Polybrominated diphenyl ethers (PBDEs) in farmed and wild salmon marketed in the Northeastern United States.  Chemosphere 71: 1422-1431.

309. Sandel S, Yilmaz B and Carpenter DO (2008)  Genotoxic effects of PCB 52 and PCB 77 on cultured human peripheral lymphocytes.  Mutation Res. 654: 88-92.

310. Carpenter DO and Sage C (2008)  Setting prudent public health policy for electromagnetic field exposures.  Rev Environ Health 23: 91-117.

311. Neagu B, Strominger NL and Carpenter DO (2008) Contribution of NMDA receptor-mediated component to the EPSP in mouse Schaffer collateral synapses under single pulse stimulation protocol.  Brain Res. 1240: 54-61.

312. Holdren J, Tao S and Carpenter DO (2008)  Environment and health in the 21st Century: Challenges and solutions.  Ann NY Acad Sci.  1140:1-21.

DAVID CARPENTER
EXHIBIT A

313. Carpenter DO, Ma J and Lessner L (2008) Asthma and infectious respiratory disease in relation to residence near hazardous waste sites. Ann NY Acad Sci. 1140: 201-208.

314. Sandal S, Tuneva J, Yilmaz B and Carpenter DO (2009) Effects of cholesterol and docosahexaenoic acid on cell viability and $(Ca^{2+})_i$ levels in acutely isolated mouse thymocytes. Cell Biochem Funct 27: 155-161.

315. Steele RE, de Leeuw, E and Carpenter DO (2009) A novel and effective treatment modality for medically unexplained symptoms. J Pain Management 1: 402-412

316. Sage C and Carpenter DO (2009) Public health implications of wireless technologies. Pathophysiology 16: 233-246.

317. Sly PD, Eskenazi B, Pronczuk J, Sram R, Diaz-Barriga F, Machin DG, Carpenter DO, Surdu S and Meslin EM (2009) Ethical issues in measuring biomarkers in children's environmental health. Environ Health Perspect. 117: 1185-1190.

318. Goncharov A, Rej R, Negoita S, Schymura M, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment and Carpenter DO (2009) Lower serum testosterone associated with elevated polychlorinated biphenyl concentrations in Native American men. Environ Health Perspect. 117:1454-1460.

319. Tuneva JO, Karpova LV, Shittur SV, Carpenter DO, Johnson P and Boldyrev AA (2009) Amyloid-$\beta$ and aluminum ions enhance neuronal damage mediated by NMDA-activated glutamate receptors. Biochemistry (Moscow) Supplement Series A: Membrane and Cell Biology 4: 466-471.

320 Carpenter DO and Nevin R (2009) Environmental causes of violence. Physiol Behavior 99: 260-268.

321. Goncharov A, Bloom MS, Pavuk M, Carpenter DO for the Anniston Environmental Health Research Consortium. (2009) Exposure to PCBs and hypertension in the Anniston Community Health Survey. Organohal Comp 71: 0-136.

322. Sergeev AV and Carpenter DO (2010) Residential proximity to environmental sources of persistent organic pollutants and first-time hospitalizations for myocardial infarction with comorbid diabetes mellitus: A 12-year population-based study. Int J Occup Med Environ Health 23: 5-13.

323. Carpenter DO (2010) Electromagnetic fields and cancer: The cost of doing nothing. Rev Environ Health 25: 75-80.

324. Sergeev AV and Carpenter DO (2010) Exposure to persistent organic pollutants increases hospitalization rates for myocardial infarction with comorbid hypertension. Primary Prevention Insights. 2: 1-9.

325. Hori N, Kadota MT, Watanabe M, Ito Y, Akaike N and Carpenter DO (2010) Neurotoxic effects of methamphetamine on rat hippocampus pyramidal neurons. Cell Mol Neurobiol.30: 849-856.

326. Hardell, S, Tilander H, Welfinger-Smith G and Carpenter DO (2010) Levels of polycholorinated biphenyls (PCBs) and three organochlorine pesticides in fishes from the Aleutian Islands of Alaska. PLoS ONE, 5:e12396.

327. Carpenter, DO. (2010) Human health effects of EMFs: The cost of doing nothing. IOP Conf. Series: Earth and Environmental Science 10: 012004. doi:10:1088/1755-1315/10/1/10/012004.

328. Goncharov A, Bloom M, Pavuk M, Birman I and Carpenter DO for the Anniston Environmental Health Research Consortium. Blood pressure and hypertension in relation to levels of serum polychlorinated biphenyls in residents of Anniston, Alabama. J Hypertension. 28: 2053-2060..

329. Prasad A, Ahs M, Goncharov A and Carpenter DO (2010) Omega-3 and omega-6 fatty acids kill thymocytes and increase membrane fluidity. The Open Cell Development & Biology Journal 3: 1-8

DAVID CARPENTER
EXHIBIT A

330. Sergeev AV and Carpenter DO (2010) Increased hospitalizations for ischemic stroke with comorbid diabetes and residential proximity to source of organic pollutants: A 12-year population-based study. Neuroepidemiology 35:196-201.

331. Prasad A, Bloom M and Carpenter DO (2010) Role of calcium and ROS in cell death induced by polyunsaturated fatty acids in murine thymocytes. J Cell Physiol. 225: 829-836.

332. Sergeev AV and Carpenter DO (2010) Geospatial patterns of hospitalization rates for stroke with comorbid hypertension in relation to environmental sources of persistent organic pollutants: Results from a 12-year population-based study. Environ Sci Pollut Res Int 18: 576-585.

333. Brown D, Goncharov A, Paul E, Simonin H and Carpenter DO. (2010) The relationships between Adirondack lake pH and levels of mercury in yellow perch. J Aquat Animal Health. 22:280-290.

334. Gavidia T, Brune M-N, McCarty KM, Pronczuk J, Etzel R, Neira M, Carpenter DO, Suk WA, Arnold RG, Ha EH, and Sly PD (2010) Children's environmental health – from knowledge to action. Lancet 377:1134-1136.

335. Bushkin-Bedient S and Carpenter DO (2010) Benefits versus risks associated with consumption of fish and other seafood. Rev Environ Health 25: 161-191.

336. Goncharov A, Pavuk M, Foushee HR and Carpenter DO for the Anniston Environmental Health Consortium (2010) Blood pressure in relation to concentrations of PCB congeners and chlorinated pesticides. Environ Health Perspect. 119:319-325.

337. Yilmaz B, Sandal S and Carpenter DO (2010) PCB 9 exposure induces endothelial cell death while increasing intracellular calcium and ROS levels. Environ Toxicol. In press. doi: 10.1002/tox.20676.

338. Sly PD, Arnold RG and Carpenter DO (2011) Environmental exposures in the era of climate change. Rev Environ Health 26: 1-4.

339. Carpenter DO (2011) Health effects of persistent organic pollutants: The challenge for the Pacific Basin and for the World. Rev Environ Health 26: 61-69.

340. Sergeev AV and Carpenter DO (2011) Increase in metabolic syndrome-related hospitalizations in relation to environmental sources of persistent organic pollutants. Int J Environ Res Public Health 8:762-776.

341. Carpenter DO, Miller PK, Waghiyi, Welfinger-Smith G (2011) Environmental contamination of the Yupik people of St. Lawrence Island, Alaska. J Indigenous Res In Press.

342. Carpenter DO (2010) Human health effects of EMFs: The cost of doing nothing. IOP C Ser Earth Env 10:1-6.

343. Kamalov J, Carpenter DO, Birman I (2011) Cytotoxicity of environmentally relevant concentrations of aluminum in murine thymocytes and lymphocytes. J Toxicol. Doi:10.1155/2011/796719.

344. Silbernagel S, Carpenter DO, Gilbert SG, Gochfeld M, Groth E, Hightower JM, Schiavone FM. (2011) Recognizing and preventing over exposure to methylmercury from fish and seafood consumption: Information for physicians. J Toxicol, 2011; doi:10.1155/2011/983072

345. Welfinger-Smith G, Minholz JL, Byrne S, Waghiyi V, Gologergen J, Kava J, Apatiki M, Ungott E, Miller PK, Arnason J and Carpenter DO. (2011) Organochlorine and metal contaminants in traditional foods from St. Lawrence Island, Alaska. J Toxicol Environ Health A. 74: 1-20.

346. Åhs M, Prasad A, Aminov Z and Carpenter DO (2011) Mechanisms of cell death of thymocytes induced by polyunsaturated, monounsaturated and trans-fatty acids. J Cell. Biochem. 112: 3863-3871.

- 24 -

DAVID CARPENTER
EXHIBIT A

347. Boberg E, Lessner L and Carpenter DO. (2011) The role of residence near hazardous waste sites containing benzene in the development of hematologic cancers in upstate New York.  Int J Occup Med Environ Health.  24: 1-12..

348. Turyk ME, Bhazsar SP, Bowerman W, Boysen E, Clark M, Diamond M, Mergler D, Pantazopoulos P, Schantz S and Carpenter DO (2012)  Risks and benefits of consumption of Great Lakes fish.  Environ Health Perspect. 120: 11-18.

349. Ma J, Lessner L, Schreiber J and Carpenter DO (2009)  Association between residential proximity to PERC dry cleaning establishments and kidney cancer in New York city.  J Environ Public Health doi:10.1155/2009/183920.

350. Morse GS, Duncan G, Noonan C, Carroutte E, Santiago-Rivera A, Carpenter DO and Tarbell A (2011) J Indigen Res 1: (1) Article 6. http://digitalcommons.usu.edu/kicjir/vol1/iss1/6.

351. Liu X, Lessner L and Carpenter DO (2012)  Association between residential proximity to fuel-fired power plants and hospitalization rate for respiratory diseases.  Environ Health Perspect 120: 807-810.

352. Ruzzin J, Lee D-H, Carpenter DO and Jacobs DR Jr. (2012)  Reconsidering metabolic disease:  The impact of persistent organic pollutants.  Atherosclerosis 224: 1-3.

353. Florea A-M, Busselberg D and Carpenter D (2012)  Metals and disease.  J Toxicol 2012.  Doi:10.1155/2012/825354.

354. Smolyaninova LV, Carpenter DO, Dergalev AA, Kulebyakin KY and Boldyrev AA (2012)  Carnosine prevents necrotic and apoptotic death of rat thymocytes via ouabain sensitive Na/K-ATPase.  Cell Biochem Funct.  DOI: 10.1002/cbf.2856.

355. Khwaja HA, Fatmi Z, Malashock D, Aminov Z, Siddique A and Carpenter DO (2012) Effect of air pollution on daily morbidity in Karachi, Pakistan.  J Local Global Health Science, In press.

356. Scrudato RJ, Chiarenzelli FR, Miller PK, Alexander CR, Arnason J, Zamzow K, Zweifel K, Gologergen J, Kava J, Waghiyi V and Carpenter DO. (2012) Contaminants at Arctic formerly used defense sites.  J Local Global Health Science.  In press.

357. Hoover E, Cook K, Plain R, Sanchez K, Waghiyi V, Miller P, Dufault R, Sislin C and Carpenter DO (2012)  Indigenous peoples of North America: Environmental exposures and reproductive justice.  Environ Health Perspect.  120: 1645-1649.

358. Pantazopoulos P, Sawyer JM, Turyk ME, Diamond M, Bhavsar SP, Mergler D, Schantz S, Ratnayake N and Carpenter DO (2012)  Fatty acids in Great Lakes lake trout and whitefish.  J Great Lakes Res.  In press.

**Books:**

1. Cellular Pacemakers I:  Mechanisms of Pacemaker Generation, David O. Carpenter, editor; John Wiley & Sons, New York, 1982.

2. Cellular Pacemakers II:  Function in Normal and Disease States, David O. Carpenter, editor; John Wiley & Sons, New York 1982.

3. Biologic Effects of Electric and Magnetic Fields, Volume I:  Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

4. Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

5. Environmental Challenges in the Pacific Basin, David O. Carpenter, ed.  New York Academy of Sciences, Vol 1140, 457 pp, 2008.

DAVID CARPENTER
EXHIBIT A

6.    <u>Effects of Persistent and Bioactive Organic Pollutants on Human Health.</u>  David O. Carpenter, ed. Wiley-Blackwell, In press, 2013.

**Reviews and Book Chapters:**

1.    Carpenter, D.O.  Ionic mechanisms and models of endogenous discharge of <u>Aplysia</u> neurons. <u>Proceedings of the Symposium on Neurobiology of Invertebrates:  Mechanisms of Rhythm Regulation.</u> Tihany, Hungary, August 2-5, 1971, Hungarian Academy of Sciences, pp. 35-58, 1973.

2.    Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Measurements of intracellular conductivity in <u>Aplysia</u> neurons:  Evidence for organization of water and ions.  <u>Ann. NY Acad. Sci.</u>, 204:502-533, 1973.

3.    Carpenter, D.O., Hubbard, J.H., Humphrey, D.R., Thompson, H.K. and Marshall, W.H.  $CO_2$ effects on nerve cell function.  In:  <u>Topics in Environmental Physiology and Medicine:  Carbon Dioxide and Metabolic Regulation.</u>  (Eds.:  G. Nahas and K.A. Schaefer), Springer-Verlag, New York, pp. 49-62, 1974.

4.    Parmentier, J. and Carpenter, D.O.  Blocking action of snake venom neurotoxins at receptor sites to putative central nervous system transmitters.  In:  <u>Animal, Plant and Microbial Toxins</u> (Eds.: A. Ohaska, K. Hayashi, and Y. Sawai), Plenum Press, London, Vol. 2, pp. 179-191, 1976.

5.    Pierau, Fr.-K. and Carpenter, D.O.  Metabolic control of peripheral temperature receptors in the scrotal skin of the rat.  <u>Israel J. Med. Sci.</u>, 12:1044-1046, 1976.

6.    Carpenter, D.O.  Membrane Excitability:  In:  <u>Mammalian Cell Membranes</u> Vol. 4, <u>Membranes and Cellular Functions</u>, (Eds.: G.A. Jamieson and D.M. Robinson), Butterworth & Co., London, pp. 184-206, 1977.

7.    Carpenter. D.O., Myers, P.R., Shain, W., Sinback, C.N. and Swann, J.W.  Interchangeable association of neurotransmitter receptors and ionophores in vertebrate and invertebrate cells. Proc. Symposium:  <u>"Iontophoresis and Transmitter Mechanisms in the Mammalian Central Nervous System"</u>, Cambridge, England, Raven Press, pp. 203-205, 1978.

8.    Carpenter, D.O., McCreery, M.J., Woodbury, C.M. and Yarowsky, P.J.  Modulation of endogenous discharge in neuron R-15 through specific receptors for several neurotransmitters.  In:  <u>Abnormal Neuronal Discharges</u>, (Eds:  N. Chalazonitis and M. Boisson), Raven Press, New York, pp. 189-203, 1978.

9.    Tsien, R.W. and Carpenter, D.O.  Ionic mechanisms of pacemaker activity in cardiac purkinje fibers.  <u>Fed. Proc.</u>, 37:2127-2131, 1978.

10.    Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Serotonin causes accumulation of cyclic AMP in <u>Aplysia</u> hear.  <u>The Proceedings of the Fourth International Catecholamine Symposium</u>, (Eds: E. Usdin and I. Kopin), Pergamon Press, New York, pp. 1167-1169.

11.    Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Direct and modulatory actions of thyrotropin-releasing hormone (TRH) in sensorimotor cortex.  Proc. EMBO Workshop on <u>Drug Receptors in the Central Nervous System</u>, Weizman Institute of Science, Rehovot, Israel, February 10-14, 1980.

12.    Carpenter, D.O.  Ionic and metabolic bases of neuronal thermosensitivity.  <u>Fed. Proc.</u>, 40:2808-2813, 1981.

13.    Carpenter, D.O. and Reese, T.S.  Chemistry and Physiology of Synaptic Transmissions.  In:  <u>Basic Neurochemistry</u>, 3rd Edition, (Eds.: Siegel, Albers, Agranoff and Katzman), Little, Brown and Company, pp. 161-168, 1981.

14.    Shain, W. and Carpenter, D.O.  Mechanisms of synaptic modulation.  <u>Intl. Rev. Neurobiol.</u>, 22:205-247, 1981.

15. Wiederhold, M.L. and Carpenter, D.O.  Possible Role of Pacemaker Mechanisms in Sensory Systems.  In:  Cellular Pacemakers II:  Function in Normal and Disease States, (Ed.: D.O. Carpenter), John Wiley & Sons, New York, pp. 27-58, 1982.

16. Carpenter, D.O.  The generator potential mechanism in cold afferents may be an electrogenic sodium pump.  Workshop on Mechanisms of Thermal Regulations.  J. Therm. Biol., 387-390, 1983.

17. Carpenter, D.O. and Gregg, R.A.  Functional significance of electrogenic pumps in neurons.  In: Electrogenic transport:  Fundamental Principles and Physiological Implications, (Eds.: M. Blaustein and M. Liebermann), Raven Press, pp. 253-270, 1984.

18. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Behavioral and electrophysiological studies of peptide-induced emesis in dogs.  Fed. Proc., 43:16-18, 1984.

19. Coyle, J.T., Blakeley, R.D., Zaczeck, R., Ory-Lavollee, L., Koller, K., ffrench-Mullen, J.M.H. and Carpenter, D.O.  Acidic peptides in brain:  Do they act at putative glutamatergic synapses.  In: Excitatory Amino Acids and Epilepsy, (Eds.: Y. Ben-Ari and R. Schwarcz), Plenum Press, New York, pp. 375-384.

20. Carpenter, D.O., ffrench-Mullen, J.M.H., Hori, N., Sinback, C.N. and Shain, W.  Segregation of synaptic function on excitable cells.  In:  Neural Mechanisms of Conditioning, (Eds.: D. Alkon and C.D. Woody), Plenum Press, NY, pp. 355-369, 1985.

21. Carpenter, D.O. and Hall, A.F.  Responses of Aplysia cerebral ganglion neurons to leucine enkephalin.  In:  Comparative Aspects of Opioid and Related Neuropeptide Mechanisms, (Eds.: M. Leung and G. Stefano), CRC Press, pp. 49-57.

22. Zaczeck, R., Koller, K., Carpenter, D.O., Fisher, R., ffrench-Mullen, J.M.H. and Coyle, J.T. Interactions of acidic peptides:  Excitatory amino acid receptors.  In:  Excitatory Amino Acids, (Ed.: P.J. Roberts), Macmillan, London, 1987.

23. Carpenter, D.O.  Central nervous system mechanisms in deglutition and emesis.  In:  Handbook of Physiology, Section 6:  The Gastrointestinal System.  Vol. I, Motility and Circulation, (Ed.: J.D. Wood), American Physiological Society, Chapter 18, pp. 685-714, 1989.

24. Carpenter, D.O., Briggs, D.B. and Strominger, N.  Mechanisms of radiation-induced emesis in the dog.  Pharmacol. Ther., 39:367-371, 1988.

25. Carpenter, D.O.  Comparative biology of neurotransmitter functions.  Biology International, 15:2-9, 1987.

26. Carpenter, D.O.  Electromagnetic Fields:  Do We Know Enough to Act?  In:  Health and Environmental Digest, Vol. 2, pp. 3-4, 1988.

27. Carpenter, D.O.  The New York State Power Lines Project:  Summary and Conclusions.  In:  20th Annual National Conference on Radiation Control, CRCPD Publication 88-6, Nashville, Tennessee, May 15-19, 1988, pp. 399-409.

28. S.-Rozsa, K., Carpenter, D.O., Stefano, G.B. and Salanki, J.  Distinct responses to opiate peptides and FMRFamide on B-neurons of the Aplysia cerebral ganglia.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano), Manchester University Press, Chapter 6, pp. 73-86, 1991.

29. Carpenter, D.O.  A common mechanism of excitation of area postrema neurons by several neuropeptides, hormones and monoamines.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano) Manchester University Press, Chapter 21, pp. 260-270, 1991.

30. Carpenter, D. O., Hirotsu, I., Katsuda, N. and Hori, N.  The effects of acetylcholine and aging on electrical excitability of the central nervous system.  In:  Neuroregulatory Mechanisms in Aging, Pergamon Press LTD, pp.  5-23, 1993.

DAVID CARPENTER
EXHIBIT A

31.  Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of neurons: fluorescent and reflection stains. Methods in Cell Biology, 38:345-366, 1993.

32.  Deno, D. and Carpenter, D.O.  Sources and characteristics of electric and magnetic fields in the environment.  In:  Biologic Effects of Electric and Magnetic Fields, Volume I:  Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 3-59, 1994.

33.  Carpenter, D.O.  The public health implications of magnetic field effects on biological systems.  In: Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 321-329, 1994.

34.  Carpenter, D.O.  Multidisciplinary study of hazardous wastes at a Great Lakes Superfund Site. Great Lakes Research Review, 1: 37-39, 1994.

35.  Fejtl, M. and Carpenter, D.O.  Single-channel studies in molluscan neurons.  In: Ion Channels, Vol. 4, Toshio Narahashi, ed., Plenum Press, New York, pp. 333-376, 1996.

36.  Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of central nervous system tissue, and neurons and glia in culture.  In: International Review of Experimental Pathology, V.J. Savin and T.B. Wiegmann, editors, Volume 36, Academic Press, pp. 53-72, 1996.

37.  Boldyrev, A., Lawrence, D. and Carpenter, D.  Effect of carnosine and its natural derivatives on apoptosis of neurons induced by excitotoxic compounds. In:  Peptide Science-Present and Future, Y. Shimonishi, editor, Kluwer Academic Publishers, Great Britain, pp. 424-426, 1998.

38.  Carpenter, D.O., Hussain, R., Tan, Y., Niemi, W. and Hori, N.  Long-term potentiation and long-term depression: Relevance to learning and memory.  In: Modern Problems of Cellular and Molecular Biophysics.  S.N. Ayrapetyan and A.C.T. North, editors, Nayan Tapan, pp. 83-94, 2001.

39.  Carpenter, D.O.  NMDA receptors and molecular mechanisms of excitotoxicity.  In: Oxidative Stress at Molecular, Cellular and Organ Levels, A. Boldyrev and P. Johnson, editors, Research Signpost, pp. 77-88, 2002.

40.  Carpenter, D.O.  Clearing the air: Asthma an indoor exposure.  JNMA 96: 1-2, 2004.

41.  Carpenter DO.  Environmental contaminants and human health: The health effects of persistent toxic substances.  Firat Tip Dergisi 10: ____: 2005.

42.  Hermanson MH, Johnson GW and Carpenter DO.  Routes of human exposure to PCBs in Anniston, Alabama.  ACS Division of Environmental Chemistry, 232rd National Meeting, 46: 1117-1122, 2006

43.  Carpenter DO and Welfinger-Smith G.  The Hudson River:  A case study of PCB contamination. In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures.  Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 303-327.

44.  Welfinger-Smith G and Carpenter DO.  Addressing sources of PCBs and other chemical pollutants in water.   In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures.  Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 359-384.

**Other Publications:**

1.  Barker, J.L. and Carpenter, D.O.  Neuronal thermosensitivity.  Science, 172:1361-1362, 1971.

- 28 -

DAVID CARPENTER
EXHIBIT A

2.    Carpenter, D.O.  Cellular Pacemakers.  Fed. Proc., 37:2125-2126, 1978.

3.    Carpenter, D.O.  Membrane biophysics and general neurobiology in Japan.  ONR Tokyo Scientific Bulletin, 3:23-27, 1978.

4.    Carpenter, D.O.  Research on the primate nervous system in Japan.  ONR Tokyo Scientific Bulletin, 3:28-32, 1978.

5.    Carpenter, D.O.  Report on the Sixth International Biophysics Congress, Kyoto, Japan.  ONR Tokyo Scientific Bulletin, 3:38-40, 1978.

6.    Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores. Brain Research Bulletin, 4:149-152, 1978.

7.    Carpenter, D.O. and Ahlbom, A.  Power lines and cancer:  Public health and policy implications. Forum, 3:96-101, 1988.

8.    Carpenter, D.O.  Setting Health Policy When the Science and the Risk are Uncertain.  In: The Scientific Basis of Health Policy in the 1990s, Proceedings of the School of Public Health's Fifth Anniversary Symposium, 54-63, 1990.

9.    Carpenter, D.O.  Integrating public health in professional education.  Optometry and Vision Science, 70: 699-702, 1993.

10.   Bowerman, W.W., Carey, J., Carpenter, D.O., Colborn, T., DeRosa, C., Fournier, M., Fox, G.A., Gibson, B.L., Gilbertson, M., Henshel, D., McMaster, S. and Upshur, R. Is it time for a Great Lakes Ecosystem Agreement separate from the Great Lakes Water Quality Agreement?  J. Great Lakes Res.  25:237-238, 1999.

11.   Carpenter, D.O. Editorial Comment of APrimary hypoxic tolerance and chemical preconditioning during estrus cycle@.  Stroke, 30:1262, 1999.

12.   Carpenter, D.O. Bring environmental health back into public Health.    J. Pub. Health Mgmt. Pract., 5:vii-viii, 1999.

13.   Carpenter, D.O.  Should children and women of childbearing age eat Great Lakes fish?  Great Lakes Commission Advisor, 13: 8, 2000.

14.   Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Response to comment on AGlobal Assessment of Polybrominated Diphenyl Ethers in Farmed and Wild Salmon@.  Environ. Sci. Technol. 39: 379-380.

15.   Carpenter, D.O.  Blood lead and IQ in older children.  Letter to the editor.  Environ. Health Perspect., 113: A581-A582, 2005.

16.   Foran, J.A., Carpenter, D.O., Good, D.H., Hamilton, M.C., Hites, R.A., Knuth, B.A. and Schwager, S.J.  Risks and benefits of seafood consumption.  Letter to the editor.  Am. J. Prev. Med. 30: 438-439, 2006.

17.   Bolte G, Kohlhuber M, Carpenter DO and Tamburlini G  Environmental inequalities among children and adolescents in Europe.  Report prepared and submitted to the World Health Organization, 2009.

18.   Toxins and the Brain.  PSR's Environmental Health Policy Institute, 9 April 2012

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

*CARPENTER DEPO EXHIBIT 4*

| Power Density (Microwatts/centimeter2 – uW/cm2) | | Reference |
|---|---|---|
| As low as ($10^{-13}$) or 100 femtowatts/cm2 | Super-low intensity RFR effects at MW resonant frequencies resulted in changes in genes; problems with chromatin conformation (DNA) | Belyaev, 1997 |
| 5 picowatts/cm2 ($10^{-12}$) | Changed growth rates in yeast cells | Grundler, 1992 |
| 0.1 nanowatt/cm2 ($10^{-10}$) or 100 picowatts/cm2 | Super-low intensity RFR effects at MW resonant frequencies resulted in changes in genes; problems with chromatin condensation (DNA) intensities comparable to base stations | Belyaev, 1997 |
| 0.00034 uW/cm2 | Chronic exposure to mobile phone pulsed RF significantly reduced sperm count, | Behari, 2006 |
| 0.0005 uW/cm2 | RFR decreased cell proliferation at 960 MHz GSM 217 Hz for 30-min exposure | Velizarov, 1999 |
| 0.0006 - 0.0128 uW/cm2 | Fatigue, depressive tendency, sleeping disorders, concentration difficulties, cardio- vascular problems reported with exposure to GSM 900/1800 MHz cell  phone signal at base station level exposures. | Oberfeld, 2004 |
| 0.0009 uW/cm2 | RFR induced 10%-40% increase in DNA synthesis in glioma cells (brain) | Stagg, 1997 |
| 0.003 - 0.02 uW/cm2 | In children and adolescents (8-17 yrs) short-term exposure caused headache, irritation, concentration difficulties in school. | Heinrich, 2010 |
| 0.003 to 0.05 uW/cm2 | In children and adolescents (8-17 yrs) short-term exposure caused conduct problems in school (behavioral problems) | Thomas, 2010 |
| 0.005 uW/cm2 | In adults (30-60 yrs) chronic exposure caused sleep disturbances, (but not significantly increased across the entire population) | Mohler, 2010 |
| 0.005 - 0.04 uW/cm2 | Adults exposed to short-term cell phone radiation reported headaches, concentration difficulties (differences not significant, but elevated) | Thomas, 2008 |
| 0.006 - 0.01 uW/cm2 | Chronic exposure to base station RF (whole-body) in humans showed increased stress hormones; dopamine levels substantially decreased; higher levels of adrenaline and nor-adrenaline; dose-response seen; produced chronic physiological stress in cells even after 1.5 years. | Buchner, 2012 |
| 0.01 - 0.11 uW/cm2 | RFR from cell towers caused fatigue, headaches, sleeping problems | Navarro, 2003 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

254

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 – uW/cm2) | | Reference |
|---|---|---|
| 0.01 – 0.05 uW/cm2 | Adults (18-91 yrs) with short-term exposure to GSM cell phone radiation reported headache, neurological problems, sleep and concentration problems. | Hutter, 2006 |
| 0.005 – 0.04 uW/cm2 | Adults exposed to short-term cell phone radiation reported headaches,  concentration difficulties (differences not significant, but elevated) | Thomas, 2008 |
| 0.015 – 0.21 uW/cm2 | Adults exposed to short-term GSM 900 radiation reported changes in mental state (e.g., calmness) but limitations of study on language descriptors prevented refined word choices (stupified, zoned-out) | Augner, 2009 |
| 0.05 – 0.1 uW/cm2 | RFR linked to adverse neurological, cardio symptoms and cancer risk | Khurana, 2010 |
| 0.05 – 0.1 uW/cm2 | RFR related to headache, concentration and sleeping problems, fatigue | Kundi, 2009 |
| 0.07 – 0.1 uW/cm2 | Sperm head abnormalities in mice exposed for 6-months to base station level RF/MW. Sperm head abnormalities occurred in 39% to 46% exposed mice (only 2% in controls) abnormalities was also found to be dose dependent.  The implications of the pin-head and banana-shaped sperm head.  The occurrence of sperm head observed increase occurrence of sperm head abnormalities on the reproductive health of humans living in close proximity to GSM base stations were discussed." | Otitoloju, 2010 |
| 0.38 uW/cm2 | RFR affected calcium metabolism in heart cells | Schwartz, 1990 |
| 0.8 – 10 uW/cm2 | RFR caused emotional behavior changes, free-radical damage by super-weak MWs | Akoev, 2002 |
| 0.13 uW/cm2 | RFR from 3G cell towers decreased cognition, well-being | Zwamborn, 2003 |
| 0.16 uW/cm2 | Motor function, memory and attention of school children affected (Latvia) | Kolodynski, 1996 |
| 0.168 – 1.053 uW/cm2 | Irreversible infertility in mice after 5 generations of exposure to RFR from an 'antenna park' | Magras & Zenos, 1997 |
| 0.2 – 8 uW/cm2 | RFR caused a two-fold increase in leukemia in children | Hocking, 1996 |
| 0.2 – 8 uW/cm2 | RFR decreased survival in children with leukemia | Hocking, 2000 |
| 0.21 – 1.28 uW/cm2 | Adolescents and adults exposed only 45 min to UMTS cell phone radiation reported increases In headaches. | Riddervold, 2008 |

255

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

## Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
### (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 – uW/cm2) | | Reference |
|---|---|---|
| 0.5 uW/cm2 | Significant degeneration of seminiferous epithelium in mice at 2.45 GHz, 30-40 min. | Saunders, 1981 |
| 0.5 - 1.0 uW/cm2 | Wi-FI level laptop exposure for 4-hr resulted in decrease in sperm viability, DNA fragmentation with sperm samples placed in petri dishes under a laptop connected via WI-FI to the internet. | Avendano, 2012 |
| 1.0 uW/cm2 | RFR induced pathological leakage of the blood-brain barrier | Persson, 1997 |
| 1.0 uW/cm2 | RFR caused significant effect on immune function in mice | Fesenko, 1999 |
| 1.0 uW/cm2 | RFR affected function of the immune system | Novoselova, 1999 |
| 1.0 uW/cm2 | Short-term (50 min) exposure in electrosensitive patients, caused loss of well-being after GSM and especially UMTS cell phone radiation exposure | Eltiti, 2007 |
| 1.3 - 5.7 uW/cm2 | RFR associated with a doubling of leukemia in adults | Dolk, 1997 |
| 1.25 uW/cm2 | RFR exposure affected kidney development in rats (in-utero exposure) | Pyrpasopoulou, 2004 |
| 1.5 uW/cm2 | RFR reduced memory function in rats | Nittby, 2007 |
| 2 uW/cm2 | RFR induced double-strand DNA damage in rat brain cells | Kesari, 2008 |
| 2.5 uW/cm2 | RFR affected calcium concentrations in heart muscle cells | Wolke, 1996 |
| 2 - 4 uW/cm2 | Altered cell membranes; acetycholine-induced ion channel disruption | D'Inzeo, 1988 |
| 4 uW/cm2 | RFR caused changes in hippocampus (brain memory and learning) | Tattersall, 2001 |
| 4 - 15 uW/cm2 | Memory impairment, slowed motor skills and retarded learning in children | Chiang, 1989 |
| 5 uW/cm2 | RFR caused drop in NK lymphocytes (immune function decreased) | Boscolo, 2001 |
| 5.25 uW/cm2 | 20 minutes of RFR at cell tower frequencies induced cell stress response | Kwee, 2001 |
| 5 - 10 uW/cm2 | RFR caused impaired nervous system activity | Dumansky, 1974 |
| 6 uW/cm2 | RFR induced DNA damage in cells | Phillips, 1998 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

256

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 - uW/cm2) | | Reference |
|---|---|---|
| 8.75 uW/cm2 | RFR at 900 MHz for 2-12 hours caused DNA breaks in leukemia cells | Marinelli, 2004 |
| 10 uW/cm2 | Changes in behavior (avoidance) after 0.5 hour exposure to pulsed RFR | Navakatikian, 1994 |
| 10 - 100 uW/cm2 | Increased risk in radar operators of cancer; very short latency period; dose response to exposure level of RFR reported. | Richter, 2000 |
| 12.5 uW/cm2 | RFR caused calcium efflux in cells - can affect many critical cell functions | Dutta, 1989 |
| 13.5 uW/cm2 | RFR affected human lymphocytes - induced stress response in cells | Sarimov, 2004 |
| 14.75 uW/cm2 | RFR increased biomarker for cell division in glioma brain tumor cells | Stagg, 1997 |
| 20 uW/cm2 | Increase in serum cortisol (a stress hormone) | Mann, 1998 |
| 28.2 uW/cm2 | RFR increased free radical production in rat cells | Yurekli, 2006 |
| 37.5 uW/cm2 | Immune system effects - elevation of PFC count (antibody producing cells) | Veyret, 1991 |
| 45 uW/cm2 | Pulsed RFR affected serum testosterone levels in mice | Forgacs, 2006 |
| 50 uW/cm2 | Cell phone RFR caused a pathological leakage of the blood-brain barrier in 1 hour | Salford, 2003 |
| 50 uW/cm2 | An 18% reduction in REM sleep (important to memory and learning functions) | Mann, 1996 |
| 60 uW/cm2 | RFR caused structural changes in cells of mouse embryos | Somozy, 1991 |
| 60 uW/cm2 | Pulsed RFR affected immune function in white blood cells | Stankiewicz, 2006 |
| 60 uW/cm2 | Cortex of the brain was activated by 15 minutes of 902 MHz cell phone | Lebedeva, 2000 |
| 65 uW/cm2 | RFR affected genes related to cancer | Ivaschuk, 1999 |
| 92.5 uW/cm2 | RFR caused genetic changes in human white blood cells | Belyaev, 2005 |
| 100 uW/cm2 | Changes in immune function | Elekes, 1996 |
| 100 uW/cm2 | A 24.3% drop in testosterone after 6 hours of CW RFR exposure | Navakatikian, 1994 |

257

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

## Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
### (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 – uW/cm2) | | Reference |
|---|---|---|
| 120 uW/cm2 | A pathological leakage in the blood-brain barrier with 915 MHz cell RF | Salford, 1994 |
| 500 uW/cm2 | Intestinal epithelial cells exposed to 2.45 GHz pulsed at 16 Hz showed changes in intercellular calcium. | Somozy, 1993 |
| 500 uW/cm2 | A 24.6% drop in testosterone and 23.2% drop in insulin after 12 hrs of pulsed RFR exposure. | Navakatikian, 1994 |
| **STANDARDS** | | |
| 530 - 600 uW/cm2 | Limit for uncontrolled public exposure to 800-900 MHz | ANSI/IEEE and FCC |
| 1000 uW/cm2 | PCS STANDARD for public exposure (as of September 1,1997) | FCC, 1996 |
| 5000 uW/cm2 | PCS STANDARD for occupational exposure (as of September 1, 1997) | FCC, 1996 |
| **BACKGROUND LEVELS** | | |
| 0.003 uW/cm2 | Background RF levels in US cities and suburbs in the 1990s | Mantiply, 1997 |
| 0.05 uW/cm2 | Median ambient power density in cities in Sweden (30-2000 MHz) | Hamnierius, 2000 |
| 0.1 - 10 uW/cm2 | Ambient power density within 100-200' of cell site in US (data from 2000) | Sage, 2000 |

258

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.000064 - 0.000078 W/Kg | Well-being and cognitive function affected in humans exposed to GSM-UMTS cell phone frequencies; RF levels similar near cell sites | TNO Physics and |
| 0.00015 - 0.003 W/Kg | Calcium ion movement in isolated frog heart tissue is increased 18% (P<.01) and by 21% (P<.05) by weak RF field modulated at 16 Hz | Schwartz, 1990 |
| 0.000021 - 0.0021 W/Kg | Changes in cell cycle; cell proliferation (960 MHz GSM mobile phone) | Kwee, 1997 |
| 0.0003 - 0.06 W/Kg | Neurobehavioral disorders in offspring of pregnant mice exposed in utero to cell phones - dose-response impaired glutamatergic synaptic transmission onto layer V pyramidal neurons of the prefrontal cortex. Hyperactivity and impaired memory function in offspring. Altered brain development. | Aldad, 2012 |
| 0.0009 W/Kg | Changes in brain glial cells with TDMA 836.55 MHz frequency | Stagg, 1997 |
| 0.0016 - 0.0044 W/Kg | Very low power 700 MHz CW affects excitability of hippocampus tissue, consistent with reported behavioral changes. | Tattersall, 2001 |
| 0.0021 W/Kg | Heat shock protein HSP 70 is activated by very low intensity microwave exposure in human epithelial amnion cells | Kwee, 2001 |
| 0.0024 - 0.024 W/Kg | Digital cell phone RFR at very low intensities causes DNA damage in human cells; both DNA damage and impairment of DNA is reported | Phillips, 1998 |
| 0.0027 W/Kg | Changes in active avoidance conditioned behavioral effect is seen after one-half hour of pulsed radiofrequency radiation | Navakatikian, 1994 |
| 0.0035 W/Kg | 900 MHz cell phone signal induces DNA breaks and early activation of p53 gene; short exposure of 2-12 hours leads cells to acquire greater survival chance - linked to tumor agressiveness. | Marinelli, 2004 |
| 0.0095 W/Kg | MW modulated at 7 Hz produces more errors in short-term memory functioin on complex tasks (can affect cognitive processes such as attention and memory) | Lass, 2002 |
| 0.001 W/Kg | 750 MHz continuous wave (CW) RFR exposure caused increase in heat shock protein (stress proteins). Equivalent to what would be induced by 3 degree C. heating of tissue (but no heating occurred) | De Pomerai, 2000 |

259

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

## Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
### (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.001 W/Kg | Statistically significant change in intracellular calcium concentration in heart muscle cells exposed to RFR (900 MHz/50 Hz modulation) | Wolke, 1996 |
| 0.0021 W/Kg | A significant change in cell proliferation not attributable to thermal heating.  RFR induces non-thermal stress proteins (960 MHz GSM) | Velizarov, 1999 |
| 0.004 – 0.008 W/Kg | 915 MHz cell phone RFR caused pathological leakage of blood-brain barrier. Worst at lower SAR levels and worse with CW compared to Frequency of pathological changes was 35% in rats exposed to pulsed radiation at 50% to continuous wave RFR.  Effects observed at a specific absorption (SA) of > 1.5 joules/Kg in human tissues | Persson, 1997 |
| 0.0059 W/Kg | Cell phone RFR induces glioma (brain cancer) cells to significantly increase thymidine uptake, which may be indication of more cell division | Stagg, 1997 |
| 0.014 W/Kg | Sperm damage from oxidative stress and lowered melatonin levels resulted from 2-hr per day/45 days exposure to 10 GHz. | Kumar, 2012 |
| 0.015 W/Kg | Immune system effects - elevation of PFC count (antibody-producing cells) | Veyret, 1991 |
| 0.02 W/Kg | A single, 2-hr exposure to GSM cell phone radiation results in serious neuron damage (brain cell damage) and death in cortex, hippocampus, and basal ganglia of brain- even 50+ days later blood-brain barrier is still leaking albumin (P<.002) following only one cell phone exposure | Salford, 2003 |
| 0.026 W/Kg | Activity of c-jun (oncogene or cancer gene) was altered in cells after 20 minutes exposure to cell phone digital TDMA signal | Ivaschuk, 1997 |
| 0.0317 W/Kg | Decrease in eating and drinking behavior | Ray, 1990 |
| 0.037 W/Kg | Hyperactivity caused by nitric oxide synthase inhibitor is countered by exposure to ultra-wide band pulses (600/sec) for 30 min | Seaman, 1999 |
| 0.037 – 0.040 W/Kg | A 1-hr cell phone exposure causes chromatin condensation; impaired DNA repair mechanisms; last 3 days (longer than stress response) the effect reaches saturation in only one hour of exposure; electro- sensitive (ES) people have different response in formation of DNA repair foci, compared to healthy individuals; effects depend on carrier frequency (915 MHz = 0.037 W/Kg but 1947 MHz = 0.040 W/Kg) | Belyaev, 2008 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.05 W/Kg | Significant increase in firing rate of neurons (350%) with pulsed 900 MHz cell phone radiation exposure (but not with CW) in avian brain cells | Beason, 2002 |
| 0.09 W/Kg | 900 MHz study of mice for 7 days, 12-hr per day (whole-body) resulted in significant effect on mitochondria and genome stability | Aitken, 2005 |
| 0.091 W/Kg | Wireless internet 2400 MHz, 24-hrs per day/20 weeks  increased DNA damage and reduced DNA repair; levels below 802.11 g Authors say "findings raise questions about safety of radiofrequency exposure from Wi-Fi internet access devices for growing organisms of reproductive age, with a potential effect on fertility and integrity of germ cells" (male germ cells are the reproductive cells=sperm) | Atasoy, 2012 |
| 0.11 W/Kg | Increased cell death (apoptosis) and DNA fragmentation at 2.45 GHz for 35 days exposure (chronic exposure study) | Kesari, 2010 |
| 0.121 W/Kg | Cardiovascular system shows significant decrease in arterial blood pressure (hypotension) after exposure to ultra-wide band pulses | Lu, 1999 |
| 0.13 - 1.4 W/Kg | Lymphoma cancer rate doubled with two 1/2-hr exposures per day of cell phone radiation for 18 months (pulsed 900 MHz cell signal) | Repacholi, 1997 |
| 0.14 W/Kg | Elevation of immune response to RFR exposure | Elekes, 1996 |
| 0.141 W/Kg | Structural changes in testes - smaller diameter of seminiferous | Dasdag, 1999 |
| 0.15 - 0.4 W/Kg | Statistically significant increase in malignant tumors in rats chronically exposed to RFR | Chou, 1992 |
| 0.26 W/Kg | Harmful effects to the eye/certain drugs sensitize the eye to RFR | Kues, 1992 |
| 0.28 - 1.33 W/Kg | Significant increase in reported headaches with increasing use of hand-held cell phone use (maximum tested was 60 min per day) | Chia, 2000 |
| 0.3 - 0.44 W/Kg | Cell phone use results in changes in cognitive thinking/mental tasks related to memory retrieval | Krause, 2000 |
| 0.3 - 0.44 W/Kg | Attention function of brain and brain responses are speeded up | Preece, 1999 |
| 0.3 - 0.46 W/Kg | Cell phone RFR doubles pathological leakage of blood-brain barrier permeability at two days (P=.002) and triples permeability at four days (P=.001) at 1800 MHz GSM cell phone radiation | Schirrmacher, 2000 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.43 W/Kg | Significant decrease in sperm mobility; drop in sperm concentration; and decrease in seminiferous tubules at 800 MHz, 8-hr/day, 12 weeks, with mobile phone radiation level on STANDBY ONLY (in rabbits) | Salama, 2008 |
| 0.5 W/Kg | 900 MHz pulsed RF affects firing rate of neurons (Lymnea stagnalis) but continuous wave had no effect | Bolshakov, 1992 |
| 0.58 - 0.75 W/Kg | Decrease in brain tumors after chronic exposure to RFR at 836 MHz | Adey, 1999 |
| 0.6 - 0.9 W/Kg | Mouse embryos develop fragile cranial bones from in utero 900 MHz The authors say "(O)ur results clearly show that even modest exposure (e.g., 6 min daily for 21 days" is sufficient to interfere with the normal mouse developmental process" | Fragopoulou, 2009 |
| 0.6 and 1.2 W/Kg | Increase in DNA single and double-strand DNA breaks in rat brain cells with exposure to 2450 MHz RFR | Lai & Singh, 1996 |
| 0.795 W/Kg | GSM 900 MHz, 217 Hz significantly decreases ovarian development and size of ovaries, due to DNA damage and premature cell death of nurse cells and follicles in ovaries (that nourish egg cells) | Panagopoulous, 2012 |
| 0.87 W/Kg | Altered human mental performance after exposure to GSM cell phone radiation (900 MHz TDMA digital cell phone signal) | Hamblin, 2004 |
| 0.87 W/Kg | Change in human brainwaves; decrease in EEG potential and statistically significant change in alpha (8-13 Hz) and beta (13-22 Hz) brainwave activity in humans at 900 MHz; exposures 6/min per day for 21 days (chronic exposure) | D'Costa, 2003 |
| 0.9 W/Kg | Decreased sperm count and more sperm cell death (apoptosis) after 35 days exposure, 2-hr per day | Kesari, 2012 |
| < 1.0 W/Kg | Rats exposed to mobile phone radiation on STANDBY ONLY for 11-hr 45-min plus 15-min TRANSMIT mode; 2 times per day for 21 days showed decreased number of ovarian follicles in pups born to these pregnant rats. The authors conclude "the decreased number of follicles in pups exposed to mobile phone microwaves suggest that intrauterine exposure has toxic effects on ovaries." | Gul, 2009 |
| 0.4 - 1.0 W/Kg | One 6-hr exposure to 1800 MHz cell phone radiation in human sperm cells caused a significant dose response and reduced sperm motility and viability; reactive oxygen species levels were significantly increased after exposure to 1.0 W/Kg; study confirms detrimental effects of RF/MW to human sperm.  The authors conclude "(T)hese findings have clear implicatiions for the safety of extensive mobile phone use by males of reproductive age, potentially affecting both their fertility and the health and wellbeing of their offspring." | De Iuliis, 2009 |

262

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 1.0 W/Kg | Human semen degraded by exposure to cell phone frequency RF increased free-radical damage. | De Iuliis, 2009 |
| 1.0 W/Kg | Motility, sperm count, sperm morphology, and viability reduced in active cell phone users (human males) in dose-dependent manner. | Agarwal, 2008 |
| 1.0 W/Kg | GSM cell phone use modulates brain wave oscillations and sleep EEG | Huber, 2002 |
| 1.0 W/Kg | Cell phone RFR during waking hours affects brain wave activity. (EEG patterns) during subsequent sleep | Achermann, 2000 |
| 1.0 W/Kg | Cell phone use causes nitric oxide (NO) nasal vasodilation (swelling inside nasal passage) on side of head phone use | Paredi, 2001 |
| 1.0 W/Kg | Four-fold increase in eye cancer (uveal melanoma) in cell phone users | Stang, 2001 |
| 1.0 W/Kg | Increase in headache, fatigue and heating behind ear in cell phone users | Sandstrom, 2001 |
| 1.0 W/Kg | Significant increase in concentration difficulties using 1800 MHz cell phone compared to 900 MHz cell phone | Santini, 2001 |
| 1.0 W/Kg | Sleep patterns and brain wave activity are changed with 900 MHz cell phone radiation exposure during sleep | Borbely, 1999 |
| 1.4 W/Kg | GSM cell phone exposure induced heat shock protein HSP 70 by 360% (stress response) and phosphorylation of ELK-1 by 390% | Weisbrot, 2003 |
| 1.46 W/Kg | 850 MHz cell phone radiation decreases sperm motility, viability is significantly decreased; increased oxidative damage (free-radicals) significantly decreased; increased oxidative damage (free-radicals) | Agarwal, 2009 |
| 1.48 W/Kg | A significant decrease in protein kinase C activity at 112 MHz with 2-hr per day for 35 days; hippocampus is site, consistent with reports that RFR negatively affects learning and memory functions | Paulraj, 2004 |
| 1.0 - 2.0 W/Kg | Significant elevation in micronuclei in peripheral blood cells at 2450 MHz (8 treatments of 2-hr each) | Trosic, 2002 |
| 1.5 W/Kg | GSM cell phone exposure affected gene expression levels in tumor suppressor p53-deficient embryonic stem cells; and significantly increased HSP 70 heat shock protein production | Czyz, 2004 |

263

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 1.8 W/Kg | Whole-body exposure to RF cell phone radiation of 900-1800 MHz 1 cm from head of rats caused high incidence of sperm cell death; deformation of sperm cells; prominent clumping together of sperm cells into "grass bundle shapes" that are unable to separate/swim.  Sperm cells unable to swim and fertilize in normal manner. | Yan, 2007 |
| 2.0 W/Kg | GSM cell phone exposure of 1-hr activated heat shock protein HSP 27 (stress response) and P38 MAPK (mutagen-activated protein kinase) that authors say facilitates brain cancer and increased blood-brain barrier permeability, allowing toxins to cross BBB into brain | Leszczynski, 2002 |
| 2 W/Kg | 900 MHz cell phone exposure caused brain cell oxidative damage by increasing levels of NO, MDA, XO and ADA in brain cells; caused statistically significant increase in 'dark neurons' or damaged brain cells in cortex, hippocampus and basal ganglia with a 1-hr exposure for 7 consecutive days | Ilhan, 2004 |
| 2.6 W/Kg | 900 MHz cell phone exposure for 1-hr significantly altered protein expression levels in 38 proteins following irradiation; activates P38 MAP kinase stress signalling pathway and leads to changes in cell sie and shape (shrinking and rounding up) and to activation of HSP 27, a stress protein (heat shock protein) | Leszczynski, 2004 |
| 2.0 - 3.0 W/Kg | RFR accelerated development of both skin and breast tumors | Szmigielski, 1982 |
| 2 W/Kg | Pulse-modulated RFR and MF affect brain physiology (sleep study) | Schmidt, 2012 |

| STANDARDS | | |
|---|---|---|
| 0.08 W/Kg | IEEE Standard uncontrolled public environment (whole body) | IEEE |
| 0.4 W/Kg | IEEE Standard controlled occupational environment (whole body) | IEEE |
| 1.6 W/Kg | FCC (IEEE) SAR limit for 1 gram of tissue in a partial body exposure | FCC, 1996 |
| 2 W/Kg | ICNIRP SAR limit for 10 grams of tissue | ICNIRP, 1996 |

| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
|---|---|
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

264

DAVID CARPENTER
EXHIBIT B

## Reference List
## Reported Biological Effects from Radiofrequency Radiation (RFR)
## at Low-Intensity Exposure Levels
(Cell Tower, WI-FI, Wireless Laptop,
Wireless Utility Meters 'smart meters')

Prepared November 22, 2012 by:
Cindy Sage. MA, Sage Associates

Acherman P et al, 2000. Exposure to pulsed high-frequency electromagnetic field during waking affects human sleep EEG. NeuroReport 11(15):3321-3325.

Adey,WR et al, 1999. Incidence of spontaneous and nitrosourea-induced primary tumors of the central nervous system in Fischer 344 rats chronically exposed to modulated microwaves. Radiation Research 152: 293-302.

Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J.2008. Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fertil Steril. 89(1): 124-8.

Agarwal A, Desai NR, Makker K, Varghese A, Mouradi R, Sabanegh E, Sharma R. 2009. Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil Steril. 92(4) 1318-1325.

Aitken RJ, Bennetts LE, Sawyer D, Wiklendt AM, King BV. 2005 Impact of radio frequency electromagnetic radiation on DNA integrity in the male germline 28:171-179.

Akoev, IG et al, 2002. Enzymatic activity of some tissues and blood serum from animals and humans exposed to microwaves and hypothesis on the possible role of free radical processes in the nonlinear effects and modification of emotional behavior of animals. Radiats Biol Radioecol, 42(3):32-330.

Atasoy HI, Gunal MY, Atasoy P, Elgun S, Bugdayci G. 2012 Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. J Pediatr Urol. [Epub ahead of print]

Avendano C, Mata A, Sanchez Sarmiento CA, Doncei GF. 2012. Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases sperm DNA fragmentation. Fertility and Sterility. American Society for Reproductive Medicine, Published by Elsevier Inc. doi:10.1016/j.fertnstert.2011.10.012.

**DAVID CARPENTER**
**EXHIBIT B**

Beason, RC & Semm, P, 2002. Responses of neurons to an amplitude modulated microwave stumuls. Neuroscience Letters 333:175-178.

Behari J, Kesari KK 2006. Effects of microwave radiations on reproductive system of male rats. Embryo Talk 1 (Suppl.1):81-5.

Belokrinitsky, VS, 1982,. Destructive and reparative processes in hippocampus with long-term exposure to nonionizing radiation. In: U.S.S.R. Report, Effects of Nonionizing Microwave Radiation, No. 7, JPRS 81865, pp. 15-20.

Belyaev IY, Alipov YD, Harms-Ringdahl M. 1997. Effects of zero magnetic field on the conformation of chromatin in human cells. Biochim Biophys Acta 1336(3):465-473.

Belyaev IY, Hillert L, Protopopova M, Tamm C, Malmgren LO, Persson BR, Selivanova G, Harms-Ringdahl M. 2005. 915 MHz microwaves and 50 Hz magnetic field affect chromatin conformation and 53BP1 foci in human lymphocytes from hypersensitive and healthy persons. Bioelectromagnetics. 26(3):173-184.

Belyaev IY, Markova E, Hillert L, Malmgren LOG, Persson BRR. 2009. Microwaves from UMTS/GSM mobile phones induce long- lasting inhibition of 53BP1/γ-H2AX DNA repair foci in human lymphocytes. Bioelectromagnetics 30(2):129-41.

Bolshakov, MA & Alekseev, SI, 1992. Bursting responses of Lymnea neurons to microwave radiation. Bioelectromagnetics 13(2): 119-129.

Borbely, AA et al, 1999. Pulsed high-frequency electromagnetic field affects human sleep and sleep electroencephalogram. Neuroscience Letters 275(3): 207-210.

Boscolo et al, 2001. Effects of electromagnetic fields produced by radiotelevision broadcasting stations on the immune system of women. Sci Total Environ 273(1-3):1-10.

Buchner K, Eger H., 2011. Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields — A Long-term Study under Real-life ConditionsUmwelt-Medizin-Gesellschaft 24(1): 44-57. Original study in German.

Chia SE et al, 2000. Prevalence of headache among handheld cellular telephone users in Singapore: A Community Study. Environmental Health Perspectives 108(11):1059-1062.

Chiang, H et al, 1989. Health effects of environmental electromagnetic fields. Journal of Bioelectricity 8: 127-131.

Chou, CK et al, 1992. Long-term low level microwave irradiation of rats. Bioelectromagnetics 13:469-496.

Czyz J et al, 2004. High frequency electromagnetic fields (GSM signals) affect gene expression levels in tumor suppressor p53-deficient embryonic stem cells. Bioelectromagnetics 25: 296-307.

DAVID CARPENTER
EXHIBIT B

Dasdag, S et al, 1999.  Whole-body microwave exposure emitted by cellular phones and testicular function of rats. Urological Research  27(3):219-223.

D'Costa, H et al.  2003.  Human brain wave activity during exposure to radiofrequency field emissions from mobile phones.  Australasian Physical & Engineering Sciences in Medicine, Vol. 26, No. 4

De Pomerai, D et al, 2000.  Non-thermal heat-shock response to microwaves.  Nature 405: 417-418.

D'Inzeo, G et al, 1988.  Microwave effects on acetylcholine-induced channels in cultured chick myotubes.  Bioelectromagnetics 9: 363-372.

De Iuliis GN, Newey RJ, King BV, Aitken RJ. 2009. Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro. PLoS One 4(7):e6446.

Dolk, H et al, 1997.  Cancer incidence near radio and television transmitters in Great Britain. American Journal of Epidemiology 145(1): 1-9.

Dumansky, JD  & Shandala, MG, 1974.  The biological action and hygenic significance of electromagnetic fields of superhigh and ultrahigh frequencies in densely populated areas.  In: Biological Effects and Health Hazards of Microwave Radiation. Proceedings of an International Symposium, Czerski, P et al, (Eds) Warsaw, 15-18 October 1973, Polish Medical Publishers.

Dutta, SK et al, 1989.  Radiofrequency radiation-induced calcium ion efflux enhancement from human and other neuroblastoma cells in culture.  Bioelectromagnetics 10: 197-202.

Elekes, E, 1996.  Effect on the immune system of mice exposed chronically to 50 Hz amplitude-modulated 2.45 GHz microwaves.  Bioelectromagnetics 17:246-248.

Eltiti S, Wallace D, Ridgewell A, Zougkou K, Russo R, Sepulveda F, Mirshekar-Syahkal D, Rasor P, Deeble R, Fox E. 2007. Does short-term exposure to mobile phone base station signals increase symptoms in individuals who report sensitivity to electromagnetic fields? A double-blind randomized provocation study. Environ Health Perspect 115(11): 1603-8.

Eltiti S, Wallace D, Ridgewell A, Zougkou K, Russo R, Sepulveda F, Fox E. 2009. Short-term exposure to mobile phone base station signals does not affect cognitive functioning or physiological measures in individuals who report sensitivity to electromagnetic fields and controls. Bioelectromagnetics 30(7):556-63.

DAVID CARPENTER
EXHIBIT B

Federal Communications Commission, 1997.  OET Bulletin 65: 1997-01

Fesenko, EE et al, 1999.  Microwaves and cellular immunity.  I. Effect of whole body microwave irradiation on tumor necrosis factor production in mouse cells.  Bioelectrochemistry and Bioenergetics 49 (1): 29-35.

Fragopoulou AF, Koussoulakos SL, Margaritis LH. 2010. Cranial and postcranial skeletal variations induced in mouse embryos by mobile phone radiation. Pathophysiology. 17(3): 169-77.

Garaj-Vrhrovac, V et al, 1999.  Micronucleus assay and lymphocyte mitotic activity in risk assessment of occupational exposure to microwave radiation.  Chemosphere 39 (13) 2301-2312.

Grundler W, Kaiser F, Keilmann F, Walleczek J. 1992. Mechanisms of electromagnetic interaction with cellular systems. Naturwissenschaften 79(12):551-9.

Gul A, Celebi H, Uğraş S.2009.  The effects of microwave emitted by cellular phones on ovarian follicles in rats. Arch Gynecol Obstet. 280(5):729-33,

Hamblin, D. et al, 2004.  Examining the effects of electromagnetic fields emitted by GSM mobile phones on human event-related potentials and performance during an auditory task. Clinical Neurophysiology 115:171-178.

Hamnerius, Y, 2000.  Microwave exposure from mobile phones and base stations in Sweden. International Conference on Cell Tower Siting, June 7-8, 2000, Sponsored by the University of Vienna & LandSalzburg, Salzburg, Austria.

Heinrich S, Thomas S, Heumann C, von Kries R, Radon K. 2010. Association between exposure to radiofrequency electromagnetic fields assessed by dosimetry and acute symptoms in children and adolescents: a population based cross-sectional study. Environ Health 9:75.

Hjollund NH, Bonde JP, Skotte J, 1997 Semen analysis of personnel operating military radar equipment. Reprod Toxicol 11(6):897

Hocking, B et al, 1996.  Cancer incidence and mortality and proximity to TV towers Medical Journal of Australia 165(11-12): 601-605.

Hocking, B et al, 2000.  Decreased survival for childhood leukemia in proximity to TV towers. Poster presented at the Annual Scientific Meeeting of the Royal Australian College of Physicians in Adelaide, SA, Australia, May 2000.

DAVID CARPENTER
EXHIBIT B

Huber, R et al, 2002. Electromagnetic fields, such as those from mobile phonesm alter regional cerebral blood flow and sleep and waking EEG. J. Sleep Res. 11: 289-295.

Hutter HP, Moshammer H, Wallner P. Kundi M. 2006. Subjective symp- toms, sleeping problems, and cognitive performance in subjects living near mobile phone base stations, Occup. Environ. Med. 63. 307–313.

IEEE, 1999. C95: 1-1999(US)

Ilhan A, Gurel A, Armutcu F, Kamisli S, Iraz M, Akyol O, Ozen S. 2004, Ginkgo biloba prevents mobile phone-induced oxidative stress in rat brain. Clin Chim Acta. 340(1-2): 153-162.

Ilhan, A et al. 2004. Ginkgo biloba prevents mobile phone-induced oxidative stress in rat brain. Clinica Chimica Acta 340, 153-162.

Ivaschuk, OI et al, 1997. Exposure of nerve growth factor-treated PC 12 rat pheochromocytoma cells to a modulated radiofrequency field at 836.55 MHz: effects on c-jun and c-fos expression. Bioelectromagnetics 18 (3): 223-229.

Kesari KK, Behari J. 2012 Evidence for mobile phone radiation exposure effects on reproductive pattern of male rats: Role of ROS. Electromagn Biol Med. 31(3):213-22,

Khurana VG, Hardell L, Everaert J, Bortkiewicz A, Carlberg M, Ahonen M. 2010. Epidemiological evidence for a health risk from mobile phone base stations. Int J Occup Environ Health. 16(3):263-267.

Koivisto, M et al, 2000a. Effects of 902 MHz electromagnetic field emitted by cellular telephones on response times in humans. Neuroreport 11: 413-415.

Koivisto, M et al, 2000b. The effects of electromagnetic field emitted by GSM phones on working memory. Neuroreport 11:1641-1643.

Kolodynski, AA, & Kolodynska VV, 1996. Motor and psychological functions of school children living in the area of the Skrunda radio location station in Latvia. Science of the Total Environment 180:87-93.

Krause, CM et al, 2000. Effects of electromagnetic field emitted by a cellular phone on the EEG during a memory task. Neuroreport 11:761-764.

Kues, HA et al, 1992. Increased sensitivity of the non-human primate eye to radiation following opthalmic drug pretreatment. Bioelectromagnetics 13:379-393.

Kumar S Behari J Sisodia R. 2012. Impact of Microwave at X-Band in the aetiology of male infertility. Electromagnetic Biology and Medicine, 31(3): 223–232. online DOI: 10.3109/15368378.2012.700293.

DAVID CARPENTER
EXHIBIT B

Kundi M. Hutter HP.  2009. Mobile phone base stations—Effects on wellbeing and health. Pathophysiology 16 123–135.

Kwee, S et al, 1997. The biological effects of microwave radiation.  Proceedings of the Second World Congress for Electricity and Magnetism in Biology and Medicine, Bologna, Italy, June 1997.

Kwee, S et al, 2001. Changes in cellular protiens due to environmental non-ionizing radiation. I. Heat-shock protiens. Electro-and Magnetobiology 20:141-152.

Lai H, & Singh, NP, 1996.  Single and double strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation. International Journal of Radiation Biology 69:513-21.

Lass, J et al, 2002. Effects of 7 Hz-modulated 450 MHz electromagnetic radiation on human performance in visual memory tasks. Int. J. Radiat. Biol. 73(10): 937-944.

Lebedeva NN et al, 2000.  Cellular phone electromagnetic field effects on bioelectric activity of human brain.  Crit Rev Biomed Eng 28(1-2) 323-337.

Leszczynski, D et al, 2002. Non-thermal activation of the hsp27/p38MAPK stress pathway by mobile phone radiation in the human endothelial cells: Molecular mechanism for cancer- and blood-brain barrier-related effects. Differentiation 70: 120-129.

Leszczynski, D et al, 2004.  Proteomics analysis of human endothelial cell line EA.hy926 after exposue to GSM 900 radiation.  Short Communication.  Proteomics  4, 1359-1365.

Lu, ST et al, 1999.  Ultrawide-band electromagnetic pulses induced hypotension in rats. Physiology and Behavior, 67:753-761.

Magras, IN & Zenos, TD, 1997. RF Radiation-induced changes in the prenatal development of mice.  Bioelectromagnetics 18:455-461.

Mann, K et al, 1996.  Effects of pulsed high-frequency electromagnetic fields on human sleep. Neuropsychobiology 33:41-47.

Mann, K et al, 1998.  Effects of pulsed high-frequency electromagnetic fields on the neuroendocrine system.  Neuroendocrinology 67: 139-144.

Mantiply, ED et al, 1997.  Summary of measured radiofrequency electric and magnetic fields (10 kHz to 30 GHz) in the general and work environment.  Bioelectromagnetics 18: 563-577.

Markova E, Hillert L, Malmgren L, Persson BRR, Belyaev IY.  2005.  Microwaves from GSM mobile telephones affect 53BP1 and y-H2AX foci in human lymphocytes from hypersensitive and healthy persons.  Environmental Health Perspectives Vol 113: No. 91 1172-1177

DAVID CARPENTER
EXHIBIT B

Marinelli, F  La Sala D  Ciccciotti G  Cattini L  Trimarchi C  Putti S  Zamparelli A  Giuilani L  Tomassetti G Cinti C. 2004.  Exposure to 900 MHz Electromagnetic Field induces an unbalance between pro-apoptotic and pro-survival signals in T-lymphoblastoid leukemia CCRF-CEM cells. Journal of Cellular Physiology 198: 324 – 332.

Mohler E, Frei P, Braun-Fahrländer C, Fröhlich J, Neubauer G, Röösli M; Qualifex Team. 2010. Effects of everyday radiofrequency electromagnetic-field exposure on sleep quality: a cross-sectional study. Radiat Res 174(3):347-56.

Oberfeld, G Enrique, NA  Manuel P Ceferino M Gomez-Perrretta C. 2004. The Microwave Syndrome – Further Aspects of a Spanish Study. 3rd International Workshop on Biological Effects of Electromagnetic Fields. Kos, Greece.

Otitoloju AA, Obe IA, Adewale OA, Otubanjo OA, Osunkalu VO. 2010. Preliminary study on the induction of sperm head abnormalities in mice, Mus musculus, exposed to radiofrequency radiations from global system for mobile communication base stations. Bulletin of Environmental Contamination and Toxicology 84(1):51-4.

Navakatikian, MA & Tomashevskaya, LA, 1994 Phasic behavioral and endocrine effects of microwaves of nonthermal intensity. In: Biological Effects of Electric and Magnetic Fields, Volume 1, Carpenter, DO, (Ed.) Academic Press, Inc., San Diego, CA., pp. 333-342.

Navarro EA, Sequra J, Portoles M, Gomez-Perretta de Mateo C. 2003. The Microwave Syndrome: A Preliminary Study in Spain. Electromag Biol Med 22:161-169,

Novoselova, FG et al, 1999. Microwaves and cellular immunity. II Immunostimulating effects of microwaves and naturally occurring antioxident nutrients. Bioelectrochemistry and Bioenergetics 49 (1): 37-41.

Panagopoulos DJ. 2012. Effect of microwave exposure on the ovarian development of Drosophila melanogaster. Cell Biochem Biophys. 63(2):121-132,.

Paulraj R, Bchari J. 2004. Radio frequency radiation effects on protein kinase C activity in rats' brain. Mutat Res. 545(1-2):127-130,

Persson, RR et al, 1997. Blood-brain barrier permeability in rats exposed to electromagnetic fields used in wireless communication. Wireless Networks 3:455-461.

Paredi P et al, 2001. Local Vasodilator Response to Mobile Phones. Laryngoscope 111: 159-162.

Phillips, J et al, 1998. DNA damage in molt-4 lymphoblastoid cells exposed to cellular telephone radiofrequency fields in vitro. Bioelectrochemistry and Bioenergetics 45:103-110.

DAVID CARPENTER
EXHIBIT B

Preece. A et al, 1999.  Effect of a 915-MHz simulated mobile phone signal on cognitive function in man.  International Journal of Radiation Biology 75: 447-456.

Pyrpasopoulou, A et al, 2004.  Bone morphogenetic protein expression in newborn rat kidneys after prenatal exposure to radiofrequency radiation.  Bioelectromagnetics 25: 216-227.

Ray, S & Behari, J, 1990.  Physiological changes in rats after exposure to low levels of microwaves.  Radiation Research 123: 190-202.

Repacholi, M. et al, 1997.  Lymphomas in E$\mu$-Pim1 transgenic mice exposed to pulsed 900 MHz electromagnetic fields.  Radiation Research 147:31-40.

Richter, E et al, 2000.  Cancer in radar technicians exposed to radiofrequency/microwave radiation: sentinel episodes.  International Journal of Occupational Health 6(3): 187-193.

Riddervold IS, Pedersen GF, Andersen NT, Pedersen AD, Andersen JB, Zachariae R, Mølhave L, Sigsgaard T, Kjaergaard SK. 2008. Cognitive function and symptoms in adults and adolescents in relation to RF radiation from UMTS base stations. Bioelectromagnetics 29(4):257-67.

Sage Associates, 2004.  An Overview of Low-Intensity Radiofrequency/Microwave Radiation Studies Relevant to Wireless Communications and Data.  Bioelectromagnetics Society Annual Meeting, Washington DC, June 2004.

Sage Associates, 2004.  Epidemiology for Decisionmakers:  A Visual Guide to Residential and Occupational EMF Epidemiological Results on Leukemia 1979-2004.
International Conference on Leukemia, London, September 2004.  Children with Leukemia Trust (UK Registered Charity No. 298405).

Sage Associates, 2000.  An overview of radiofrequency/microwave radiation studies relevant to wireless communications and data.  International Conference on Cell Tower Siting, Salzburg, Austria, Land Salzburg-Landessanitatsdirektion – Umweltmedizin, Federal State of Salzburg Public Health Department, Environmental Health Unit, June 7-8, 2000.

Salama N, Kishimoto T, Kanayama HO. 2010. Effects of exposure to a mobile phone on testicular function and structure in adult rabbit. Int J Androl. 33(1):88-94.

Salford, LG et al. 1994.  Permeability of the blood brain barrier induced by 915 MHz electromagnetic radiation, continuous wave and modulated at 8, 16, 50 and 200 Hz. Microscopy Research and Technique 27:535-542.

Salford, LG et al, 2003. Nerve cell damage in mammalian brain after exposure to microwaves from GSM mobile phones. Environmental Health Perspectives Online January 29.

DAVID CARPENTER
EXHIBIT B

Sandstrom M et al, 2001. Mobile phone use and subjective symptoms. Comparison of symptoms experienced by users of analogue and digital mobile phones. Occup Med 51(1) 25-35.

Santini R et al, 2001. Symptoms rapportes par des utilisateurs de telephones mobiles cellulaires. Path Biol 49:222-226.

Sarimov, R., Malmgren, L.O.G., Markova, E., Persson, B.R.R.. Belyaev, I.Y. 2004. Nonthermal GSM microwaves affect chromatin conformation in human lymphocytes similar to heat shock. IEEE Trans Plasma Sci 32:1600-1608,

Schirmacher, A et al, 2000. Electromagnetic fields (1.8 GHz) increase the permeability of sucrose of the blood-brain barrier in vitro. Bioelectromagnetics 21:338-345.

Schmidt M Murbach M Inelustenberger C Maire M Kuster N Achermann P. s2012. Sleep EEG alterations: effects of pulsed magnetic fields versus pulse-modulated radio frequency electromagnetic fields. J. Sleep Research, European Sleep Research Society DOI: 10.1111/j.1365-2869.2012.01025.x.

Schwartz, JL et al, 1990. Exposure of frog hearts to CW or amplitude-modulated VHF fields: selective efflux of calcium ions at 16Hz. Bioelectromagnetics 11(4): 349-358.

Seaman, RL et al, 1999. Hyperactivity caused by nitric oxide synthase inhibitor is countered by ultra-wide band pulses. Bioelectromagnetics 20: 431-439.

Somosy, Z et al, 1991. Effects of modulated and continuous microwave irradiation on the morphology and cell surface negative charge of 3T3 fibroblasts. Scanning Microsc 5(4): 1145-1155.

Somosy, Z et al, 1993. Effects of modulated and continuous microwave irradiation on pyroantimonate precipitable calcium content in junctional complex of mouse small intestine. Scanning Microsc 7(4): 1255-1261.

Stagg RB et al, 1997. DNA synthesis and cell proliferation in C6 glioma and primary glial cells exposed to 836.55 MHz modulated radiofrequency field. Bioelectromagnetics 18(3):230-236.

Stang A et al, 2001. The possible role of radiofrequency radiation in the development of uveal melanoma. Epidemiology 12(1):7-12.

Stankiewicz W, Dąbrowski MP, Kubacki R, Sobiczewska E, Szmigielski S. 2006. Immunotropic Influence of 900 MHz Microwave GSM Signal on Human Blood Immune Cells Activated in Vitro. Electromagnetic Biology and Medicine 25(1) 45-51.

Stark KD et al, 1997. Absence of chronic effect of exposure to short-wave radio broadcast signal on salivary melatonin concentrations in dairy cattle. J Pineal Res 22(4):171:176.

DAVID CARPENTER
EXHIBIT B

Sun W, Shen X, Lu D, Fu Y, Chiang H. 2012. A 1.8-GHz radiofrequency radiation induces EGF receptor clustering and phosphorylation in cultured human amniotic (FL) cells. Int J Radiat Biol 88(3):239-44.

Szmigielski, S et al, 1982. Accelerated development of spontaneous and benzpyrene-induced skin cancer in mice exposed to 2350 MHz microwave radiation. Bioelectromagnetics 3: 179-192.

Tattersall, JE et al, 2001. Effects of low intensity radiofrequency electromagnetic fields on electrical activity in rat hippocampal slices. Brain Res 904(1): 43-53.

Thomas S, Kühnlein A, Heinrich S, Praml G, Nowak D, von Kries R, Radon K. 2008. Personal exposure to mobile phone frequencies and well-being in adults: a cross-sectional study based on dosimetry. Bioelectromagnetics 29:463-470.

Thomas S, Heinrich S, von Kries R, Radon K. 2010. Exposure to radio-frequency electromagnetic fields and behavioural problems in Bavarian children and adolescents. Eur J Epidemiol 25(2):135-41.

TNO Physics and Electronics Laboratory, The Netherlands. 2003. Effects of Global Communication System radio-frequency fields on well-being and cognitive functions of human beings with and without subjective complaints. Netherlands Organization for Applied Scientific Research 1-63.

Trosic, I et al, 2002. Micronucleus induction after whole-body microwave irradiation of rats. Mutation Research 521: 73-79.

Velizarov, S et al, 1999. The effects of radiofrequency fields on cell proliferation are non-thermal. Bioelectrochemistry and Bioenergetics 48: 177-180.

Veyret, B et al, 1991. Antibody responses of mice exposed to low-power microwaves under combined, pulse and amplitude modulation. Bioelectromagnetics 12: 47-56.

Weisbrot, D et al, 2003. Effects of mobile phone radiation on reproduction and development in Drosophila melanogastor. Journal of Cellular Biochemistry 89: 48-55.

Wolke, S et al, 1996. Calcium homeostasis of isolated heart muscle cells exposed to pulsed high-frequency electromagnetic fields. Bioelectromagnetics 17(2): 144-153.

Yan JG, Agresti M, Bruce T, Yan YH, Granlund A, Matloub HS. 2007. Effects of cellular phone emissions on sperm motility in rats. Fertility and Sterility 88(4):957-64.

All rights reserved per Sections 107 and 108 of the United States Copyright Act. Permission is required to reproduce this publication in any form or by any means.
Requests: Cindy Sage, Sage Associates (sage@silcom.com)

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

CARPENTER DEPO
EXHIBIT 5

| Power Density (Microwatts/centimeter2 - uW/cm2) | | Reference |
|---|---|---|
| As low as (10$^{-13}$) or 100 femtowatts/cm2 | Super-low intensity RFR effects at MW resonant frequencies resulted in changes in genes; problems with chromatin conformation (DNA) | Belyaev, 1997 |
| 5 picowatts/cm2 (10$^{-12}$) | Changed growth rates in yeast cells | Grundler, 1992 |
| 0.1 nanowatt/cm2 (10$^{-10}$) or 100 picowatts/cm2 | Super-low intensity RFR effects at MW resonant frequencies resulted in changes in genes; problems with chromatin condensation (DNA) intensities comparable to base stations | Belyaev, 1997 |
| 0.00034 uW/cm2 | Chronic exposure to mobile phone pulsed RF significantly reduced sperm count, | Behari, 2006 |
| 0.0005 uW/cm2 | RFR decreased cell proliferation at 960 MHz GSM 217 Hz for 30-min exposure | Velizarov, 1999 |
| 0.0006 - 0.0128 uW/cm2 | Fatigue, depressive tendency, sleeping disorders, concentration difficulties, cardio- vascular problems reported with exposure to GSM 900/1800 MHz cell  phone signal at base station level exposures. | Oberfeld, 2004 |
| 0.0009 uW/cm2 | RFR induced 10%-40% increase in DNA synthesis in glioma cells (brain) | Stagg, 1997 |
| 0.003 - 0.02 uW/cm2 | In children and adolescents (8-17 yrs) short-term exposure caused headache, irritation, concentration difficulties in school. | Heinrich, 2010 |
| 0.003 to 0.05 uW/cm2 | In children and adolescents (8-17 yrs) short-term exposure caused conduct problems in school (behavioral problems) | Thomas, 2010 |
| 0.005 uW/cm2 | In adults (30-60 yrs) chronic exposure caused sleep disturbances, (but not significantly increased across the entire population) | Mohler, 2010 |
| 0.005 - 0.04 uW/cm2 | Adults exposed to short-term cell phone radiation reported headaches, concentration difficulties (differences not significant, but elevated) | Thomas, 2008 |
| 0.006 - 0.01 uW/cm2 | Chronic exposure to base station RF (whole-body) in humans showed increased stress hormones; dopamine levels substantially decreased; higher levels of adrenaline and nor-adrenaline; dose-response seen; produced chronic physiological stress in cells even after 1.5 years. | Buchner, 2012 |
| 0.01 - 0.11 uW/cm2 | RFR from cell towers caused fatigue, headaches, sleeping problems | Navarro, 2003 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

## Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
### (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 – uW/cm2) | | Reference |
|---|---|---|
| 0.01 – 0.05 uW/cm2 | Adults (18-91 yrs) with short-term exposure to GSM cell phone radiation reported headache, neurological problems, sleep and concentration problems. | Hutter, 2006 |
| 0.005 - 0.04 uW/cm2 | Adults exposed to short-term cell phone radiation reported headaches, concentration difficulties (differences not significant, but elevated) | Thomas, 2008 |
| 0.015 - 0.21 uW/cm2 | Adults exposed to short-term GSM 900 radiation reported changes in mental state (e.g., calmness) but limitations of study on language descriptors prevented refined word choices (stupified, zoned-out) | Augner, 2009 |
| 0.05 – 0.1 uW/cm2 | RFR linked to adverse neurological, cardio symptoms and cancer risk | Khurana, 2010 |
| 0.05 – 0.1 uW/cm2 | RFR related to headache, concentration and sleeping problems, fatigue | Kundi, 2009 |
| 0.07 – 0.1 uW/cm2 | Sperm head abnormalities in mice exposed for 6-months to base station level RF/MW. Sperm head abnormalities occurred in 39% to 46% exposed mice (only 2% in controls) abnormalities was also found to be dose dependent. The implications of the pin-head and banana-shaped sperm head. The occurrence of sperm head observed increase occurrence of sperm head abnormalities on the reproductive health of humans living in close proximity to GSM base stations were discussed." | Otitoloju, 2010 |
| 0.38 uW/cm2 | RFR affected calcium metabolism in heart cells | Schwartz, 1990 |
| 0.8 - 10 uW/cm2 | RFR caused emotional behavior changes, free-radical damage by super-weak MWs | Akoev, 2002 |
| 0.13 uW/cm2 | RFR from 3G cell towers decreased cognition, well-being | Zwamborn, 2003 |
| 0.16 uW/cm2 | Motor function, memory and attention of school children affected (Latvia) | Kolodynski, 1996 |
| 0.168 - 1.053 uW/cm2 | Irreversible infertility in mice after 5 generations of exposure to RFR from an 'antenna park' | Magras & Zenos, 1997 |
| 0.2 - 8 uW/cm2 | RFR caused a two-fold increase in leukemia in children | Hocking, 1996 |
| 0.2 - 8 uW/cm2 | RFR decreased survival in children with leukemia | Hocking, 2000 |
| 0.21 - 1.28 uW/cm2 | Adolescents and adults exposed only 45 min to UMTS cell phone radiation reported increases In headaches. | Riddervold, 2008 |

| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
|---|---|
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 - uW/cm2) | | Reference |
|---|---|---|
| 0.5 uW/cm2 | Significant degeneration of seminiferous epithelium in mice at 2.45 GHz, 30-40 min. | Saunders, 1981 |
| 0.5 - 1.0 uW/cm2 | Wi-FI level laptop exposure for 4-hr resulted in decrease in sperm viability, DNA fragmentation with sperm samples placed in petri dishes under a laptop connected via WI-FI to the internet. | Avendano, 2012 |
| 1.0 uW/cm2 | RFR induced pathological leakage of the blood-brain barrier | Persson, 1997 |
| 1.0 uW/cm2 | RFR caused significant effect on immune function in mice | Fesenko, 1999 |
| 1.0 uW/cm2 | RFR affected function of the immune system | Novoselova, 1999 |
| 1.0 uW/cm2 | Short-term (50 min) exposure in electrosensitive patients, caused loss of well-being after GSM and especially UMTS cell phone radiation exposure | Eltiti, 2007 |
| 1.3 - 5.7 uW/cm2 | RFR associated with a doubling of leukemia in adults | Dolk, 1997 |
| 1.25 uW/cm2 | RFR exposure affected kidney development in rats (in-utero exposure) | Pyrpasopoulou, 2004 |
| 1.5 uW/cm2 | RFR reduced memory function in rats | Nittby, 2007 |
| 2 uW/cm2 | RFR induced double-strand DNA damage in rat brain cells | Kesari, 2008 |
| 2.5 uW/cm2 | RFR affected calcium concentrations in heart muscle cells | Wolke, 1996 |
| 2 - 4 uW/cm2 | Altered cell membranes; acetycholine-induced ion channel disruption | D'Inzeo, 1988 |
| 4 uW/cm2 | RFR caused changes in hippocampus (brain memory and learning) | Tattersall, 2001 |
| 4 - 15 uW/cm2 | Memory impairment, slowed motor skills and retarded learning in children | Chiang, 1989 |
| 5 uW/cm2 | RFR caused drop in NK lymphocytes (immune function decreased) | Boscolo, 2001 |
| 5.25 uW/cm2 | 20 minutes of RFR at cell tower frequencies induced cell stress response | Kwee, 2001 |
| 5 - 10 uW/cm2 | RFR caused impaired nervous system activity | Dumansky, 1974 |
| 6 uW/cm2 | RFR induced DNA damage in cells | Phillips, 1998 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

277

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 - uW/cm2) | | Reference |
|---|---|---|
| 8.75 uW/cm2 | RFR at 900 MHz for 2-12 hours caused DNA breaks in leukemia cells | Marinelli, 2004 |
| 10 uW/cm2 | Changes in behavior (avoidance) after 0.5 hour exposure to pulsed RFR | Navakatikian, 1994 |
| 10 - 100 uW/cm2 | Increased risk in radar operators of cancer; very short latency period; dose response to exposure level of RFR reported. | Richter, 2000 |
| 12.5 uW/cm2 | RFR caused calcium efflux in cells - can affect many critical cell functions | Dutta, 1989 |
| 13.5 uW/cm2 | RFR affected human lymphocytes - induced stress response in cells | Sarimov, 2004 |
| 14.75 uW/cm2 | RFR increased biomarker for cell division in glioma brain tumor cells | Stagg, 1997 |
| 20 uW/cm2 | Increase in serum cortisol (a stress hormone) | Mann, 1998 |
| 28.2 uW/cm2 | RFR increased free radical production in rat cells | Yurekli, 2006 |
| 37.5 uW/cm2 | Immune system effects - elevation of PFC count (antibody producing cells | Veyret, 1991 |
| 45 uW/cm2 | Pulsed RFR affected serum testosterone levels in mice | Forgacs, 2006 |
| 50 uW/cm2 | Cell phone RFR caused a pathological leakage of the blood-brain barrier in 1 hour | Salford, 2003 |
| 50 uW/cm2 | An 18% reduction in REM sleep (important to memory and learning functions) | Mann, 1996 |
| 60 uW/cm2 | RFR caused structural changes in cells of mouse embryos | Somozy, 1991 |
| 60 uW/cm2 | Pulsed RFR affected immune function in white blood cells | Stankiewicz, 2006 |
| 60 uW/cm2 | Cortex of the brain was activated by 15 minutes of 902 MHz cell phone | Lebedeva, 2000 |
| 65 uW/cm2 | RFR affected genes related to cancer | Ivaschuk, 1999 |
| 92.5 uW/cm2 | RFR caused genetic changes in human white blood cells | Belyaev, 2005 |
| 100 uW/cm2 | Changes in immune function | Elekes, 1996 |
| 100 uW/cm2 | A 24.3% drop in testosterone after 6 hours of CW RFR exposure | Navakatikian, 1994 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| Power Density (Microwatts/centimeter2 - uW/cm2) | | Reference |
|---|---|---|
| 120 uW/cm2 | A pathological leakage in the blood-brain barrier with 915 MHz cell RF | Salford, 1994 |
| 500 uW/cm2 | Intestinal epithelial cells exposed to 2.45 GHz pulsed at 16 Hz showed changes in intercellular calcium. | Somozy, 1993 |
| 500 uW/cm2 | A 24.6% drop in testosterone and 23.2% drop in insulin after 12 hrs of pulsed RFR exposure. | Navakatikian, 1994 |

| STANDARDS | | |
|---|---|---|
| 530 - 600 uW/cm2 | Limit for uncontrolled public exposure to 800-900 MHz | ANSI/IEEE and FCC |
| 1000 uW/cm2 | PCS STANDARD for public exposure (as of September 1,1997) | FCC, 1996 |
| 5000 uW/cm2 | PCS STANDARD for occupational exposure (as of September 1, 1997) | FCC, 1996 |

| BACKGROUND LEVELS | | |
|---|---|---|
| 0.003 uW/cm2 | Background RF levels in US cities and suburbs in the 1990s | Mantiply, 1997 |
| 0.05 uW/cm2 | Median ambient power density in cities in Sweden (30-2000 MHz) | Hamnierius, 2000 |
| 0.1 - 10 uW/cm2 | Ambient power density within 100-200' of cell site in US (data from 2000) | Sage, 2000 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.000064 - 0.000078 W/Kg | Well-being and cognitive function affected in humans exposed to GSM-UMTS cell phone frequencies; RF levels similar near cell sites | TNO Physics and |
| 0.00015 - 0.003 W/Kg | Calcium ion movement in isolated frog heart tissue is increased 18% (P≤.01) and by 21% (P≤.05) by weak RF field modulated at 16 Hz | Schwartz, 1990 |
| 0.000021 - 0.0021 W/Kg | Changes in cell cycle; cell proliferation (960 MHz GSM mobile phone) | Kwee, 1997 |
| 0.0003 - 0.06 W/Kg | Neurobehavioral disorders in offspring of pregnant mice exposed in utero to cell phones - dose-response impaired glutamatergic synaptic transmission onto layer V pyramidal neurons of the prefrontal cortex. Hyperactivity and impaired memory function in offspring. Altered brain development. | Aldad, 2012 |
| 0.0009 W/Kg | Changes in brain glial cells with TDMA 836.55 MHz frequency | Stagg, 1997 |
| 0.0016 - 0.0044 W/Kg | Very low power 700 MHz CW affects excitability of hippocampus tissue, consistent with reported behavioral changes. | Tattersall, 2001 |
| 0.0021 W/Kg | Heat shock protein HSP 70 is activated by very low intensity microwave exposure in human epithelial amnion cells | Kwee, 2001 |
| 0.0024 - 0.024 W/Kg | Digital cell phone RFR at very low intensities causes DNA damage in human cells; both DNA damage and impairment of DNA is reported | Phillips, 1998 |
| 0.0027 W/Kg | Changes in active avoidance conditioned behavioral effect is seen after one-half hour of pulsed radiofrequency radiation | Navakatikian, 1994 |
| 0.0035 W/Kg | 900 MHz cell phone signal induces DNA breaks and early activation of p53 gene; short exposure of 2-12 hours leads cells to acquire greater survival chance - linked to tumor agressiveness. | Marinelli, 2004 |
| 0.0095 W/Kg | MW modulated at 7 Hz produces more errors in short-term memory functioin on complex tasks (can affect cognitive processes such as attention and memory) | Lass, 2002 |
| 0.001 W/Kg | 750 MHz continuous wave (CW) RFR exposure caused increase in heat shock protein (stress proteins). Equivalent to what would be induced by 3 degree C. heating of tissue (but no heating occurred) | De Pomerai, 2000 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.001 W/Kg | Statistically significant change in intracellular calcium concentration in heart muscle cells exposed to RFR (900 MHz/50 Hz modulation) | Wolke, 1996 |
| 0.0021 W/Kg | A significant change in cell proliferation not attributable to thermal heating. RFR induces non-thermal stress proteins (960 MHz GSM) | Velizarov, 1999 |
| 0.004 - 0.008 W/Kg | 915 MHz cell phone RFR caused pathological leakage of blood-brain barrier. Worst at lower SAR levels and worse with CW compared to Frequency of pathological changes was 35% in rats exposed to pulsed radiation at 50% to continuous wave RFR. Effects observed at a specific absorption (SA) of > 1.5 joules/Kg in human tissues | Persson, 1997 |
| 0.0059 W/Kg | Cell phone RFR induces glioma (brain cancer) cells to significantly increase thymidine uptake, which may be indication of more cell division | Stagg, 1997 |
| 0.014 W/Kg | Sperm damage from oxidative stress and lowered melatonin levels resulted from 2-hr per day/45 days exposure to 10 GHz. | Kumar, 2012 |
| 0.015 W/Kg | Immune system effects - elevation of PFC count (antibody-producing cells) | Veyret, 1991 |
| 0.02 W/Kg | A single, 2-hr exposure to GSM cell phone radiation results in serious neuron damage (brain cell damage) and death in cortex, hippocampus, and basal ganglia of brain- even 50+ days later blood-brain barrier is still leaking albumin (P<.002) following only one cell phone exposure | Salford, 2003 |
| 0.026 W/Kg | Activity of c-jun (oncogene or cancer gene) was altered in cells after 20 minutes exposure to cell phone digital TDMA signal | Ivaschuk, 1997 |
| 0.0317 W/Kg | Decrease in eating and drinking behavior | Ray, 1990 |
| 0.037 W/Kg | Hyperactivity caused by nitric oxide synthase inhibitor is countered by exposure to ultra-wide band pulses (600/sec) for 30 min | Seaman, 1999 |
| 0.037 - 0.040 W/Kg | A 1-hr cell phone exposure causes chromatin condensation; impaired DNA repair mechanisms; last 3 days (longer than stress response) the effect reaches saturation in only one hour of exposure; electro- sensitive (ES) people have different response in formation of DNA repair foci, compared to healthy individuals; effects depend on carrier frequency (915 MHz = 0.037 W/Kg but 1947 MHz = 0.040 W/Kg) | Belyaev, 2008 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood pressure, vascular effects |

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.05 W/Kg | Significant increase in firing rate of neurons (350%) with pulsed 900 MHz cell phone radiation exposure (but not with CW) in avian brain cells | Beason, 2002 |
| 0.09 W/Kg | 900 MHz study of mice for 7 days, 12-hr per day (whole-body) resulted in significant effect on mitochondria and genome stability | Aitken, 2005 |
| 0.091 W/Kg | Wireless internet 2400 MHz, 24-hrs per day/20 weeks  increased DNA damage and reduced DNA repair; levels below 802.11 g Authors say "findings raise questions about safety of radiofrequency exposure from Wi-Fi internet access devices for growing organisms of reproductive age, with a potential effect on fertility and integrity of germ cells" (male germ cells are the reproductive cells=sperm) | Atasoy, 2012 |
| 0.11 W/Kg | Increased cell death (apoptosis) and DNA fragmentation at 2.45 GHz for 35 days exposure (chronic exposure study) | Kesari, 2010 |
| 0.121 W/Kg | Cardiovascular system shows significant decrease in arterial blood pressure (hypotension) after exposure to ultra-wide band pulses | Lu, 1999 |
| 0.13 - 1.4 W/Kg | Lymphoma cancer rate doubled with two 1/2-hr exposures per day of cell phone radiation for 18 months (pulsed 900 MHz cell signal) | Repacholi, 1997 |
| 0.14 W/Kg | Elevation of immune response to RFR exposure | Elekes, 1996 |
| 0.141 W/Kg | Structural changes in testes - smaller diameter of seminiferous | Dasdag, 1999 |
| 0.15 - 0.4 W/Kg | Statistically significant increase in malignant tumors in rats chronically exposed to RFR | Chou, 1992 |
| 0.26 W/Kg | Harmful effects to the eye/certain drugs sensitize the eye to RFR | Kues, 1992 |
| 0.28 - 1.33 W/Kg | Significant increase in reported headaches with increasing use of hand-held cell phone use (maximum tested was 60 min per day) | Chia, 2000 |
| 0.3 - 0.44 W/Kg | Cell phone use results in changes in cognitive thinking/mental tasks related to memory retrieval | Krause, 2000 |
| 0.3 - 0.44 W/Kg | Attention function of brain and brain responses are speeded up | Preece, 1999 |
| 0.3 - 0.46 W/Kg | Cell phone RFR doubles pathological leakage of blood-brain barrier permeability at two days (P=.002) and triples permeability at four days (P=.001) at 1800 MHz GSM cell phone radiation | Schirmacher, 2000 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 0.43 W/Kg | Significant decrease in sperm mobility; drop in sperm concentration; and decrease in seminiferous tubules at 800 MHz, 8-hr/day, 12 weeks, with mobile phone radiation level on STANDBY ONLY (in rabbits) | Salama, 2008 |
| 0.5 W/Kg | 900 MHz pulsed RF affects firing rate of neurons (Lymnea stagnalis) but continuous wave had no effect | Bolshakov, 1992 |
| 0.58 - 0.75 W/Kg | Decrease in brain tumors after chronic exposure to RFR at 836 MHz | Adey, 1999 |
| 0.6 - 0.9 W/Kg | Mouse embryos develop fragile cranial bones from in utero 900 MHz The authors say "(O)ur results clearly show that even modest exposure (e.g., 6 min daily for 21 days" is sufficient to interfere with the normal mouse developmental process" | Fragopoulou, 2009 |
| 0.6 and 1.2 W/Kg | Increase in DNA single and double-strand DNA breaks in rat brain cells with exposure to 2450 MHz RFR | Lai & Singh, 1996 |
| 0.795 W/Kg | GSM 900 MHz, 217 Hz significantly decreases ovarian development and size of ovaries, due to DNA damage and premature cell death of nurse cells and follicles in ovaries (that nourish egg cells) | Panagopoulous, 2012 |
| 0.87 W/Kg | Altered human mental performance after exposure to GSM cell phone radiation (900 MHz TDMA digital cell phone signal) | Hamblin, 2004 |
| 0.87 W/Kg | Change in human brainwaves; decrease in EEG potential and statistically significant change in alpha (8-13 Hz) and beta (13-22 Hz) brainwave activity in humans at 900 MHz; exposures 6/min per day for 21 days (chronic exposure) | D'Costa, 2003 |
| 0.9 W/Kg | Decreased sperm count and more sperm cell death (apoptosis) after 35 days exposure, 2-hr per day | Kesari, 2012 |
| < 1.0 W/Kg | Rats exposed to mobile phone radiation on STANDBY ONLY for 11-hr 45-min plus 15-min TRANSMIT mode; 2 times per day for 21 days showed decreased number of ovarian follicles in pups born to these pregnant rats. The authors conclude "the decreased number of follicles in pups exposed to mobile phone microwaves suggest that intrauterine exposure has toxic effects on ovaries." | Gul, 2009 |
| 0.4 - 1.0 W/Kg | One 6-hr exposure to 1800 MHz cell phone radiation in human sperm cells caused a significant dose response and reduced sperm motility and viability; reactive oxygen species levels were significantly increased after exposure to 1.0 W/Kg; study confirms detrimental effects of RF/MW to human sperm.  The authors conclude "(T)hese findings have clear implications for the safety of extensive mobile phone use by males of reproductive age, potentially affecting both their fertility and the health and wellbeing of their offspring." | De Iuliis, 2009 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood-pressure, vascular effects |

CARPENTER EXHIBIT 8

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 1.0 W/Kg | Human semen degraded by exposure to cell phone frequency RF increased free-radical damage. | De Iuliis, 2009 |
| 1.0 W/Kg | Motility, sperm count, sperm morphology, and viability reduced in active cell phone users (human males) in dose-dependent manner. | Agarwal, 2008 |
| 1.0 W/Kg | GSM cell phone use modulates brain wave oscillations and sleep EEG | Huber, 2002 |
| 1.0 W/Kg | Cell phone RFR during waking hours affects brain wave activity. (EEG patterns) during subsequent sleep | Achermann, 2000 |
| 1.0 W/Kg | Cell phone use causes nitric oxide (NO) nasal vasodilation (swelling inside nasal passage) on side of head phone use | Paredi, 2001 |
| 1.0 W/Kg | Four-fold increase in eye cancer (uveal melanoma) in cell phone users | Stang, 2001 |
| 1.0 W/Kg | Increase in headache, fatigue and heating behind ear in cell phone users | Sandstrom, 2001 |
| 1.0 W/Kg | Significant increase in concentration difficulties using 1800 MHz cell phone compared to 900 MHz cell phone | Santini, 2001 |
| 1.0 W/Kg | Sleep patterns and brain wave activity are changed with 900 MHz cell phone radiation exposure during sleep | Borbely, 1999 |
| 1.4 W/Kg | GSM cell phone exposure induced heat shock protein HSP 70 by 360% (stress response) and phosphorylation of ELK-1 by 390% | Weisbrot, 2003 |
| 1.46 W/Kg | 850 MHz cell phone radiation decreases sperm motility, viability is significantly decreased; increased oxidative damage (free-radicals) significantly decreased; increased oxidative damage (free-radicals) | Agarwal, 2009 |
| 1.48 W/Kg | A significant decrease in protein kinase C activity at 112 MHz with 2-hr per day for 35 days; hippocampus is site, consistent with reports that RFR negatively affects learning and memory functions | Paulraj, 2004 |
| 1.0 - 2.0 W/Kg | Significant elevation in micronuclei in peripheral blood cells at 2450 MHz (8 treatments of 2-hr each) | Trosic, 2002 |
| 1.5 W/Kg | GSM cell phone exposure affected gene expression levels in tumor suppressor p53-deficient embryonic stem cells; and significantly increased HSP 70 heat shock protein production | Czyz, 2004 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effects | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood pressure, vascular effects |

CARPENTER EXHIBIT B

# Reported Biological Effects from Radiofrequency Radiation at Low-Intensity Exposure
## (Cell Tower, Wi-Fi, Wireless Laptop and 'Smart' Meter RF Intensities)

| SAR (Watts/Kilogram) | | Reference |
|---|---|---|
| 1.8 W/Kg | Whole-body exposure to RF cell phone radiation of 900-1800 MHz 1 cm from head of rats caused high incidence of sperm cell death; deformation of sperm cells; prominent clumping together of sperm cells into "grass bundle shapes" that are unable to separate/swim.  Sperm cells unable to swim and fertilize in normal manner. | Yan, 2007 |
| 2.0 W/Kg | GSM cell phone exposure of 1-hr activated heat shock protein HSP 27 (stress response) and P38 MAPK (mutagen-activated protein kinase) that authors say facilitates brain cancer and increased blood-brain barrier permeability, allowing toxins to cross BBB into brain | Leszczynski, 2002 |
| 2 W/Kg | 900 MHz cell phone exposure caused brain cell oxidative damage by increasing levels of NO, MDA, XO and ADA in brain cells; caused statistically significant increase in 'dark neurons' or damaged brain cells in cortex, hippocampus and basal ganglia with a 1-hr exposure for 7 consecutive days | Ilhan, 2004 |
| 2.6 W/Kg | 900 MHz cell phone exposure for 1-hr significantly altered protein expression levels in 38 proteins following irradiation; activates  P38 MAP kinase stress signalling pathway and leads to changes in cell sie and shape (shrinking and rounding up) and to activation of HSP 27, a stress protein (heat shock protein) | Leszczynski, 2004 |
| 2.0 - 3.0 W/Kg | RFR accelerated development of both skin and breast tumors | Szmigielski, 1982 |
| 2 W/Kg | Pulse-modulated RFR and MF affect brain physiology (sleep study) | Schmidt, 2012 |

| STANDARDS | | |
|---|---|---|
| 0.08 W/Kg | IEEE Standard uncontrolled public environment (whole body) | IEEE |
| 0.4 W/Kg | IEEE Standard controlled occupational environment (whole body) | IEEE |
| 1.6 W/Kg | FCC (IEEE) SAR limit for 1 gram of tissue in a partial body exposure | FCC, 1996 |
| 2 W/Kg | ICNIRP SAR limit for 10 grams of tissue | ICNIRP, 1996 |

| | |
|---|---|
| Stress proteins, HSP, disrupted immune function | Brain tumors and blood-brain barrier |
| Reproduction/fertility effeccts | Sleep, neuron firing rate, EEG, memory, learning, behavior |
| Oxidative damage/ROS/DNA damage/DNA repair failure | Cancer (other than brain), cell proliferation |
| Disrupted calcium metabolism | Cardiac, heart muscle, blood pressure, vascular effects |

# DAVID CARPENTER
# EXHIBIT B

*CARPENTER DEPO
EXHIBIT 6*

### Reference List
### Reported Biological Effects from Radiofrequency Radiation (RFR)
### at Low-Intensity Exposure Levels
(Cell Tower, WI-FI, Wireless Laptop,
Wireless Utility Meters 'smart meters')

Prepared November 22, 2012 by:
Cindy Sage. MA, Sage Associates

Acherman P et al, 2000. Exposure to pulsed high-frequency electromagnetic field during waking affects human sleep EEG. NeuroReport 11(15):3321-3325.

Adey,WR et al, 1999. Incidence of spontaneous and nitrosourea-induced primary tumors of the central nervous system in Fischer 344 rats chronically exposed to modulated microwaves. Radiation Research 152: 293-302.

Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J.2008. Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fertil Steril. 89(1): 124-8.

Agarwal A, Desai NR, Makker K, Varghese A, Mouradi R, Sabanegh E, Sharma R. 2009. Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil Steril. 92(4) 1318-1325.

Aitken RJ, Bennetts LE, Sawyer D, Wiklendt AM, King BV. 2005 Impact of radio frequency electromagnetic radiation on DNA integrity in the male germline 28:171-179.

Akoev, IG et al, 2002. Enzymatic activity of some tissues and blood serum from animals and humans exposed to microwaves and hypothesis on the possible role of free radical processes in the nonlinear effects and modification of emotional behavior of animals. Radiats Biol Radioecol, 42(3):32-330.

Atasoy HI, Gunal MY, Atasoy P, Elgun S, Bugdayci G. 2012 Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. J Pediatr Urol. [Epub ahead of print]

Avendano C, Mata A, Sanchez Sarmiento CA, Doncei GF. 2012. Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases sperm DNA fragmentation. Fertility and Sterility. American Society for Reproductive Medicine, Published by Elsevier Inc. doi:10.1016/j.fertnstert.2011.10.012.

**DAVID CARPENTER
EXHIBIT B**

Beason, RC & Semm, P, 2002. Responses of neurons to an amplitude modulated microwave stumuls. Neuroscience Letters 333:175-178.

Behari J, Kesari KK 2006. Effects of microwave radiations on reproductive system of male rats. Embryo Talk 1 (Suppl.1):81-5.

Belokrinitsky, VS, 1982,. Destructive and reparative processes in hippocampus with long-term exposure to nonionizing radiation. In: U.S.S.R. Report, Effects of Nonionizing Microwave Radiation, No. 7, JPRS 81865, pp. 15-20.

Belyaev IY, Alipov YD, Harms-Ringdahl M. 1997. Effects of zero magnetic field on the conformation of chromatin in human cells. Biochim Biophys Acta 1336(3):465-473.

Belyaev IY, Hillert L, Protopopova M, Tamm C, Malmgren LO, Persson BR, Selivanova G, Harms-Ringdahl M. 2005. 915 MHz microwaves and 50 Hz magnetic field affect chromatin conformation and 53BPI foci in human lymphocytes from hypersensitive and healthy persons. Bioelectromagnetics. 26(3):173-184.

Belyaev IY, Markova E, Hillert L, Malmgren LOG, Persson BRR. 2009. Microwaves from UMTS/GSM mobile phones induce long- lasting inhibition of 53BP1/γ-H2AX DNA repair foci in human lymphocytes. Bioelectromagnetics 30(2):129-41.

Bolshakov, MA & Alekseev, SI, 1992. Bursting responses of Lymnea neurons to microwave radiation. Bioelectromagnetics 13(2): 119-129.

Borbely, AA et al, 1999. Pulsed high-frequency electromagnetic field affects human sleep and sleep electroencephalogram. Neuroscience Letters 275(3): 207-210.

Boscolo et al, 2001. Effects of electromagnetic fields produced by radiotelevision broadcasting stations on the immune system of women. Sci Total Environ 273(1-3):1-10.

Buchner K, Eger H., 2011. Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields—A Long-term Study under Real-life ConditionsUmwelt-Medizin-Gesellschaft 24(1): 44-57. Original study in German.

Chia SE et al, 2000. Prevalence of headache among handheld cellular telephone users in Singapore: A Community Study. Environmental Health Perspectives 108(11):1059-1062.

Chiang, H et al, 1989. Health effects of environmental electromagnetic fields. Journal of Bioelectricity 8: 127-131.

Chou, CK et al, 1992. Long-term low level microwave irradiation of rats. Bioelectromagnetics 13:469-496.

Czyz J et al, 2004. High frequency electromagnetic fields (GSM signals) affect gene expression levels in tumor suppressor p53-deficient embryonic stem cells. Bioelectromagnetics 25: 296-307.

DAVID CARPENTER
EXHIBIT B

Dasdag, S et al, 1999. Whole-body microwave exposure emitted by cellular phones and testicular function of rats. Urological Research 27(3):219-223.

D'Costa, H et al. 2003. Human brain wave activity during exposure to radiofrequency field emissions from mobile phones. Australasian Physical & Engineering Sciences in Medicine, Vol. 26, No. 4

De Pomerai, D et al, 2000. Non-thermal heat-shock response to microwaves. Nature 405: 417-418.

D'Inzeo, G et al, 1988. Microwave effects on acetylcholine-induced channels in cultured chick myotubes. Bioelectromagnetics 9: 363-372.

De Iuliis GN, Newey RJ, King BV, Aitken RJ. 2009. Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro. PLoS One 4(7):e6446.

Dolk, H et al, 1997. Cancer incidence near radio and television transmitters in Great Britain. American Journal of Epidemiology 145(1): 1-9.

Dumansky, JD & Shandala, MG, 1974. The biological action and hygenic significance of electromagnetic fields of superhigh and ultrahigh frequencies in densely populated areas.   In: Biological Effects and Health Hazards of Microwave Radiation. Proceedings of an International Symposium, Czerski, P et al, (Eds) Warsaw, 15-18 October 1973, Polish Medical Publishers.

Dutta, SK et al, 1989. Radiofrequency radiation-induced calcium ion efflux enhancement from human and other neuroblastoma cells in culture. Bioelectromagnetics 10: 197-202.

Elekes, E, 1996. Effect on the immune system of mice exposed chronically to 50 Hz amplitude-modulated 2.45 GHz microwaves. Bioelectromagnetics 17:246-248.

Eltiti S, Wallace D, Ridgewell A, Zougkou K, Russo R, Sepulveda F, Mirshekar-Syahkal D, Rasor P, Deeble R, Fox E. 2007. Does short-term exposure to mobile phone base station signals increase symptoms in individuals who report sensitivity to electromagnetic fields? A double-blind randomized provocation study. Environ Health Perspect 115(11): 1603-8.

Eltiti S, Wallace D, Ridgewell A, Zougkou K, Russo R, Sepulveda F, Fox E. 2009. Short-term exposure to mobile phone base station signals does not affect cognitive functioning or physiological measures in individuals who report sensitivity to electromagnetic fields and controls. Bioelectromagnetics 30(7):556-63.

DAVID CARPENTER
EXHIBIT B

Federal Communications Commission, 1997. OET Bulletin 65: 1997-01

Fesenko, EE et al, 1999. Microwaves and cellular immunity. I. Effect of whole body microwave irradiation on tumor necrosis factor production in mouse cells. Bioelectrochemistry and Bioenergetics 49 (1): 29-35.

Fragopoulou AF, Koussoulakos SL, Margaritis LH. 2010. Cranial and postcranial skeletal variations induced in mouse embryos by mobile phone radiation. Pathophysiology. 17(3): 169-77.

Garaj-Vrhrovac, V et al, 1999. Micronucleus assay and lymphocyte mitotic activity in risk assessment of occupational exposure to microwave radiation. Chemosphere 39 (13) 2301-2312.

Grundler W, Kaiser F, Keilmann F, Walleczek J. 1992. Mechanisms of electromagnetic interaction with cellular systems. Naturwissenschaften 79(12):551-9.

Gul A, Celebi H, Uğraş S.2009. The effects of microwave emitted by cellular phones on ovarian follicles in rats. Arch Gynecol Obstet. 280(5):729-33,

Hamblin, D. et al, 2004. Examining the effects of electromagnetic fields emitted by GSM mobile phones on human event-related potentials and performance during an auditory task. Clinical Neurophysiology 115:171-178.

Hamnerius, Y, 2000. Microwave exposure from mobile phones and base stations in Sweden. International Conference on Cell Tower Siting, June 7-8, 2000, Sponsored by the University of Vienna & LandSalzburg, Salzburg, Austria.

Heinrich S, Thomas S, Heumann C, von Kries R, Radon K. 2010. Association between exposure to radiofrequency electromagnetic fields assessed by dosimetry and acute symptoms in children and adolescents: a population based cross-sectional study. Environ Health 9:75.

Hjollund NH, Bonde JP, Skotte J, 1997 Semen analysis of personnel operating military radar equipment. Reprod Toxicol 11(6):897

Hocking, B et al, 1996. Cancer incidence and mortality and proximity to TV towers Medical Journal of Australia 165(11-12): 601-605.

Hocking, B et al, 2000. Decreased survival for childhood leukemia in proximity to TV towers. Poster presented at the Annual Scientific Meeeting of the Royal Australian College of Physicians in Adelaide, SA, Australia, May 2000.

**DAVID CARPENTER
EXHIBIT B**

Huber, R et al, 2002. Electromagnetic fields, such as those from mobile phonesm alter regional cerebral blood flow and sleep and waking EEG. J. Sleep Res. 11: 289-295.

Hutter HP, Moshammer H, Wallner P. Kundi M. 2006. Subjective symp- toms, sleeping problems, and cognitive performance in subjects living near mobile phone base stations, Occup. Environ. Med. 63. 307–313.

IEEE, 1999. C95: 1-1999(US)

Ilhan A, Gurel A, Armutcu F, Kamisli S, Iraz M, Akyol O, Ozen S. 2004, Ginkgo biloba prevents mobile phone-induced oxidative stress in rat brain. Clin Chim Acta. 340(1-2): 153-162.

Ilhan, A et al. 2004. Ginkgo biloba prevents mobile phone-induced oxidative stress in rat brain. Clinica Chimica Acta 340, 153-162.

Ivaschuk, OI et al, 1997. Exposure of nerve growth factor-treated PC 12 rat pheochromocytoma cells to a modulated radiofrequency field at 836.55 MHz: effects on c-jun and c-fos expression. Bioelectromagnetics 18 (3): 223-229.

Kesari KK, Behari J. 2012 Evidence for mobile phone radiation exposure effects on reproductive pattern of male rats: Role of ROS. Electromagn Biol Med. 31(3):213-22,

Khurana VG, Hardell L, Everaert J, Bortkiewicz A, Carlberg M, Ahonen M. 2010. Epidemiological evidence for a health risk from mobile phone base stations. Int J Occup Environ Health. 16(3):263-267.

Koivisto, M et al, 2000a. Effects of 902 MHz electromagnetic field emitted by cellular telephones on response times in humans. Neuroreport 11: 413-415.

Koivisto, M et al, 2000b. The effects of electromagnetic field emitted by GSM phones on working memory. Neuroreport 11:1641-1643.

Kolodynski, AA, & Kolodynska VV, 1996. Motor and psychological functions of school children living in the area of the Skrunda radio location station in Latvia. Science of the Total Environment 180:87-93.

Krause, CM et al, 2000. Effects of electromagnetic field emitted by a cellular phone on the EEG during a memory task. Neuroreport 11:761-764.

Kues, HA et al, 1992. Increased sensitivity of the non-human primate eye to radiation following opthalmic drug pretreatment. Bioelectromagnetics 13:379-393.

Kumar S Behari J Sisodia R. 2012. Impact of Microwave at X-Band in the aetiology of male infertility. Electromagnetic Biology and Medicine, 31(3): 223–232. online DOI: 10.3109/15368378.2012.700293.

DAVID CARPENTER
EXHIBIT B

Kundi M. Hutter HP.  2009. Mobile phone base stations—Effects on wellbeing and health. Pathophysiology 16 123–135.

Kwee, S et al, 1997. The biological effects of microwave radiation.  Proceedings of the Second World Congress for Electricity and Magnetism in Biology and Medicine, Bologna, Italy, June 1997.

Kwee, S et al, 2001. Changes in cellular protiens due to environmental non-ionizing radiation. I. Heat-shock protiens. Electro-and Magnetobiology 20:141-152.

Lai H, & Singh, NP, 1996.  Single and double strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation. International Journal of Radiation Biology 69:513-21.

Lass, J et al, 2002. Effects of 7 Hz-modulated 450 MHz electromagnetic radiation on human performance in visual memory tasks. Int. J. Radiat. Biol. 73(10): 937-944.

Lebedeva NN et al, 2000.  Cellular phone electromagnetic field effects on bioelectric activity of human brain.  Crit Rev Biomed Eng 28(1-2) 323-337.

Leszczynski, D et al, 2002. Non-thermal activation of the hsp27/p38MAPK stress pathway by mobile phone radiation in the human endothelial cells: Molecular mechanism for cancer- and blood-brain barrier-related effects. Differentiation 70: 120-129.

Leszczynski, D et al, 2004.  Proteomics analysis of human endothelial cell line EA.hy926 after exposue to GSM 900 radiation.  Short Communication.  Proteomics  4, 1359-1365.

Lu, ST et al, 1999.  Ultrawide-band electromagnetic pulses induced hypotension in rats. Physiology and Behavior, 67:753-761.

Magras, IN & Zenos, TD, 1997. RF Radiation-induced changes in the prenatal development of mice. Bioelectromagnetics 18:455-461.

Mann, K et al, 1996.  Effects of pulsed high-frequency electromagnetic fields on human sleep. Neuropsychobiology 33:41-47.

Mann, K et al, 1998.  Effects of pulsed high-frequency electromagnetic fields on the neuroendocrine system.  Neuroendocrinology 67: 139-144.

Mantiply, ED et al, 1997.  Summary of measured radiofrequency electric and magnetic fields (10 kHz to 30 GHz) in the general and work environment.  Bioelectromagnetics 18: 563-577.

Markova E, Hillert L, Malmgren L, Persson BRR, Belyaev IY.  2005.  Microwaves from GSM mobile telephones affect 53BP1 and y-H2AX foci in human lymphocytes from hypersensitive and healthy persons.  Environmental Health Perspectives Vol 113: No. 91 1172-1177

DAVID CARPENTER
EXHIBIT B

Marinelli, F  La Sala D  Cicciotti G  Cattini L  Trimarchi C  Putti S  Zamparelli A  Giuilani L  Tomassetti G Cinti C. 2004.  Exposure to 900 MHz Electromagnetic Field induces an unbalance between pro-apoptotic and pro-survival signals in T-lymphoblastoid leukemia CCRF-CEM cells. Journal of Cellular Physiology 198: 324 – 332.

Mohler E, Frei P, Braun-Fahrländer C, Fröhlich J, Neubauer G, Röösli M; Qualifex Team. 2010. Effects of everyday radiofrequency electromagnetic-field exposure on sleep quality: a cross-sectional study. Radiat Res 174(3):347-56.

Oberfeld, G Enrique, NA  Manuel P Ceferino M Gomez-Perretta C.  2004.  The Microwave Syndrome – Further Aspects of a Spanish Study.  3rd International Workshop on Biological Effects of Electromagnetic Fields. Kos, Greece.

Otitoloju AA, Obe IA, Adewale OA, Otubanjo OA, Osunkalu VO.  2010. Preliminary study on the induction of sperm head abnormalities in mice, Mus musculus, exposed to radiofrequency radiations from global system for mobile communication base stations. Bulletin of Environmental Contamination and Toxicology 84(1):51-4.

Navakatikian, MA & Tomashevskaya, LA, 1994 Phasic behavioral and endocrine effects of microwaves of nonthermal intensity.  In: Biological Effects of Electric and Magnetic Fields, Volume 1, Carpenter, DO, (Ed.) Academic Press, Inc., San Diego, CA., pp. 333-342.

Navarro EA, Sequra J, Portoles M, Gomez-Perretta de Mateo C. 2003. The Microwave Syndrome: A Preliminary Study in Spain. Electromag Biol Med 22:161-169,

Novoselova, FG et al, 1999.  Microwaves and cellular immunity. II Immunostimulating effects of microwaves and naturally occurring antioxident nutrients.  Bioelectrochemistry and Bioenergetics 49 (1): 37-41.

Panagopoulos DJ. 2012. Effect of microwave exposure on the ovarian development of Drosophila melanogaster. Cell Biochem Biophys. 63(2):121-132,.

Paulraj R, Behari J. 2004.  Radio frequency radiation effects on protein kinase C activity in rats' brain. Mutat Res. 545(1-2):127-130,

Persson, RR et al, 1997.  Blood-brain barrier permeability in rats exposed to electromagnetic fields used in wireless communication.  Wireless Networks 3:455-461.

Paredi P et al, 2001.  Local Vasodilator Response to Mobile Phones.  Laryngoscope 111: 159-162.

Phillips, J et al, 1998.  DNA damage in molt-4 lymphoblastoid cells exposed to cellular telephone radiofrequency fields in vitro.  Bioelectrochemistry and Bioenergetics 45:103-110.

DAVID CARPENTER
EXHIBIT B

Preece. A et al, 1999.  Effect of a 915-MHz simulated mobile phone signal on cognitive function in man.  International Journal of Radiation Biology 75: 447-456.

Pyrpasopoulou, A et al, 2004.  Bone morphogenetic protein expression in newborn rat kidneys after prenatal exposure to radiofrequency radiation.  Bioelectromagnetics 25: 216-227.

Ray, S & Behari, J, 1990.  Physiological changes in rats after exposure to low levels of microwaves.  Radiation Research 123: 190-202.

Repacholi, M. et al, 1997.  Lymphomas in E$\mu$-Pim1 transgenic mice exposed to pulsed 900 MHz electromagnetic fields.  Radiation Research 147:31-40.

Richter, E et al, 2000.  Cancer in radar technicians exposed to radiofrequency/microwave radiation: sentinel episodes.  International Journal of Occupational Health 6(3): 187-193.

Riddervold IS, Pedersen GF, Andersen NT, Pedersen AD, Andersen JB, Zachariae R, Mølhave L, Sigsgaard T, Kjaergaard SK. 2008. Cognitive function and symptoms in adults and adolescents in relation to RF radiation from UMTS base stations. Bioelectromagnetics 29(4):257-67.

Sage Associates, 2004.  An Overview of Low-Intensity Radiofrequency/Microwave Radiation Studies Relevant to Wireless Communications and Data.  Bioelectromagnetics Society Annual Meeting, Washington DC, June 2004.

Sage Associates, 2004.  Epidemiology for Decisionmakers:  A Visual Guide to Residential and Occupational EMF Epidemiological Results on Leukemia 1979-2004.
International Conference on Leukemia, London, September 2004.  Children with Leukemia Trust (UK Registered Charity No. 298405).

Sage Associates, 2000.  An overview of radiofrequency/microwave radiation studies relevant to wireless communications and data.  International Conference on Cell Tower Siting, Salzburg, Austria, Land Salzburg-Landessanitatsdirektion -- Umweltmedizin, Federal State of Salzburg Public Health Department, Environmental Health Unit, June 7-8, 2000.

Salama N, Kishimoto T, Kanayama HO. 2010. Effects of exposure to a mobile phone on testicular function and structure in adult rabbit. Int J Androl. 33(1):88-94.

Salford, LG et al.  1994.  Permeability of the blood brain barrier induced by 915 MHz electromagnetic radiation, continuous wave and modulated at 8, 16, 50 and 200 Hz. Microscopy Research and Technique 27:535-542.

Salford, LG et al, 2003. Nerve cell damage in mammalian brain after exposure to microwaves from GSM mobile phones. Environmental Health Perspectives Online January 29.

DAVID CARPENTER
EXHIBIT B

Sandstrom M et al, 2001. Mobile phone use and subjective symptoms. Comparison of symptoms experienced by users of analogue and digital mobile phones. Occup Med 51(1) 25-35.

Santini R et al, 2001. Symptoms rapportes par des utilisateurs de telephones mobiles cellulaires. Path Biol 49:222-226.

Sarimov, R., Malmgren, L.O.G., Markova, E., Persson, B.R.R.. Belyaev, I.Y. 2004. Nonthermal GSM microwaves affect chromatin conformation in human lymphocytes similar to heat shock. IEEE Trans Plasma Sci 32:1600-1608,

Schirmacher, A et al, 2000. Electromagnetic fields (1.8 GHz) increase the permeability of sucrose of the blood-brain barrier in vitro. Bioelectromagnetics 21:338-345.

Schmidt M Murbach M Inelustenberger C Maire M Kuster N Achermann P. s2012. Sleep EEG alterations: effects of pulsed magnetic fields versus pulse-modulated radio frequency electromagnetic fields. J. Sleep Research, European Sleep Research Society DOI: 10.1111/j.1365-2869.2012.01025.x.

Schwartz, JL et al, 1990. Exposure of frog hearts to CW or amplitude-modulated VHF fields: selective efflux of calcium ions at 16Hz. Bioelectromagnetics 11(4): 349-358.

Seaman, RL et al, 1999. Hyperactivity caused by nitric oxide synthase inhibitor is countered by ultra-wide band pulses. Bioelectromagnetics 20: 431-439.

Somosy, Z et al, 1991. Effects of modulated and continuous microwave irradiation on the morphology and cell surface negative charge of 3T3 fibroblasts. Scanning Microsc 5(4): 1145-1155.

Somosy, Z et al, 1993. Effects of modulated and continuous microwave irradiation on pyroantimonate precipitable calcium content in junctional complex of mouse small intestine. Scanning Microsc 7(4): 1255-1261.

Stagg RB et al, 1997. DNA synthesis and cell proliferation in C6 glioma and primary glial cells exposed to 836.55 MHz modulated radiofrequency field. Bioelectromagnetics 18(3):230-236.

Stang A et al, 2001. The possible role of radiofrequency radiation in the development of uveal melanoma. Epidemiology 12(1):7-12.

Stankiewicz W, Dąbrowski MP, Kubacki R, Sobiczewska E, Szmigielski S. 2006. Immunotropic Influence of 900 MHz Microwave GSM Signal on Human Blood Immune Cells Activated in Vitro. Electromagnetic Biology and Medicine 25(1) 45-51.

Stark KD et al, 1997. Absence of chronic effect of exposure to short-wave radio broadcast signal on salivary melatonin concentrations in dairy cattle. J Pineal Res 22(4):171:176.

**DAVID CARPENTER
EXHIBIT B**

Sun W, Shen X, Lu D, Fu Y, Chiang H. 2012. A 1.8-GHz radiofrequency radiation induces EGF receptor clustering and phosphorylation in cultured human amniotic (FL) cells. Int J Radiat Biol 88(3):239-44.

Szmigielski, S et al, 1982. Accelerated development of spontaneous and benzpyrene-induced skin cancer in mice exposed to 2350 MHz microwave radiation. Bioelectromagnetics 3: 179-192.

Tattersall, JE et al, 2001. Effects of low intensity radiofrequency electromagnetic fields on electrical activity in rat hippocampal slices. Brain Res 904(1): 43-53.

Thomas S, Kühnlein A, Heinrich S, Praml G, Nowak D, von Kries R, Radon K. 2008. Personal exposure to mobile phone frequencies and well-being in adults: a cross-sectional study based on dosimetry. Bioelectromagnetics 29:463-470.

Thomas S, Heinrich S, von Kries R, Radon K. 2010. Exposure to radio-frequency electromagnetic fields and behavioural problems in Bavarian children and adolescents. Eur J Epidemiol 25(2):135-41.

TNO Physics and Electronics Laboratory, The Netherlands. 2003. Effects of Global Communication System radio-frequency fields on well-being and cognitive functions of human beings with and without subjective complaints. Netherlands Organization for Applied Scientific Research 1-63.

Trosic, I et al, 2002. Micronucleus induction after whole-body microwave irradiation of rats. Mutation Research 521: 73-79.

Velizarov, S et al, 1999. The effects of radiofrequency fields on cell proliferation are non-thermal. Bioelectrochemistry and Bioenergetics 48: 177-180.

Veyret, B et al, 1991. Antibody responses of mice exposed to low-power microwaves under combined, pulse and amplitude modulation. Bioelectromagnetics 12: 47-56.

Weisbrot, D et al, 2003. Effects of mobile phone radiation on reproduction and development in Drosophila melanogastor. Journal of Cellular Biochemistry 89: 48-55.

Wolke, S et al, 1996. Calcium homeostasis of isolated heart muscle cells exposed to pulsed high-frequency electromagnetic fields. Bioelectromagnetics 17(2): 144-153.

Yan JG, Agresti M, Bruce T, Yan YH, Granlund A, Matloub HS. 2007. Effects of cellular phone emissions on sperm motility in rats. Fertility and Sterility 88(4):957-64.

All rights reserved per Sections 107 and 108 of the United States Copyright Act. Permission is required to reproduce this publication in any form or by any means.
Requests:   Cindy Sage, Sage Associates (sage@silcom.com)

CARPENTER DEPO
EXHIBIT 7

## EXPERT REPORT

### Re: Friedman vs. Central Maine Power Company

### 2:20-cv-00237-JDL

### David O. Carpenter, MD

**Qualifications:**

My name is David O. Carpenter. I am a public health physician and professor, with a medical degree from Harvard Medical School. My current title is Director of the Institute for Health and the Environment at the University at Albany, which has been designed as a Collaborating Centre of the World Health Organization, as well as Professor of Environmental Health Sciences within the School of Public Health. In addition I am an Honorary Professor, Queensland Children's Medical Research Unit, University of Queensland, Brisbane, Australia. Formerly, I was the Director of the Wadsworth Center for Laboratories and Research of the New York State Department of Health (1980-1985) and the Dean of the School of Public Health at the University of Albany (1985-1998), while remaining employed by the New York State Department of Health. I assumed my current position in 1998.

In the 1980s I served as Executive Secretary of the New York State Powerlines Project, a state-funded study designed to determine whether there were adverse health effects from living near power lines. The program of research showed children living in homes with elevated magnetic fields coming from power lines suffered from an elevated risk of developing leukemia, and that electromagnetic field (EMF) exposure altered a variety of responses studied in animals and in cellular systems. After the Powerlines Project was finished, I became the spokesperson for New York State on the issue of health effects of electromagnetic fields.

I have published several reviews and have edited two books on the Biologic Effects of Electric and Magnetic Fields. I am also a Co-Editor and a Contributing Author of the *BioInitiative Report: A Rationale for a Biologically-based Public Exposure Standards for Electromagnetic Fields (ELF and RF)* (www.bioinitiative.org). This report was first published in 2007, and has been updated in 2012 and 2014. The *BioInitiative Report* documents effects on cellular and animals model systems, adverse human health effects and public health conclusions about impacts of electromagnetic radiation [electromagnetic fields including extremely-low frequency (ELF-EMF) and radiofrequency /microwave (RF/MW-EMF) fields]. I will refer to specific sections of the report where appropriate. I also reference the entire report as a comprehensive and up-to-date review of the scientific information on this subject.

Attached as Exhibit A is my *curriculum vitae.* I am an active researcher and educator. My research activities at present are focused on the general subject of environmental causes of human disease. I have authored over 460 major publications in peer-reviewed scientific journals, have edited six books and have numerous other publications as listed in my *curriculum vitae.* I participate in many international, national, state and local organizations and committees as listed in my *curriculum vitae* along with the Honors, Awards, and Fellowships I have received. I have had sufficient research, administrative and evaluation responsibilities related to human health effects of power line magnetic fields so as to be known as an international expert in this field. In 2009, I was invited to present to the United States President's Cancer Panel on the subject of

power line and radiofrequency fields and cancer. This invitation was based on recognition that I am an expert on this subject. In addition I was invited to testify on the more general issue of adverse health effects resulting from human exposure to electromagnetic fields before the United States House of Representatives. This invitation was based on my reputation as being an expert on this subject. I have also testified on the specific subject of adverse health effects resulting from exposure to magnetic fields arising from power lines. In recent cases I was certified by the courts to be qualified as an expert for health effects of magnetic fields coming from power lines (State of New Jersey, Board of Public Utilities, BPU Docket No. EO16080750; OAL Docket No. PUC 12098-16; 6/22/2018) and radiofrequency electromagnetic fields (US District Court, District of Massachusetts, Civil Action No. 4:15-CV-40116-TSH; 12/8/2015).

**This Case:**

Mr. Ed Friedman suffers from a form of non-Hodgkin's Lymphoma, called Waldenstrom's macroglobulinemia. This is in general not a curable disease although progression can be delayed with treatment. Mr. Friedman, as well as other residents of Maine, had opposed the installation of RF-emitting smart meters as replacement of analog meters which require someone to read the degree of electrical usage. The courts ruled that Central Maine Power (CMP) could install smart meters, but when an individual requested for any reason, to opt-out of having one placed on their home, they could do so, but would be charged an opt-out fee in addition to the regular electrical usage bill. Mr. Friedman is challenging the right of Central Maine Power to force him to pay surcharges under the American's With Disabilities Act (ADA), Fair Housing Act (FHA) and Rehabilitation Act (RA), based on his cancer, for the same safe power his non-disabled neigbors receive without an extra surcharge. Prior to his disconnection by CMP, he did pay his usage bill. Were they to reconnect him, he requests relief from the discriminatory surcharge because of his cancer. The risk of exacerbating his cancer from 24/7 smart meter exposure means he does not have an option to opt-out as one might with other objections to smart meters but instead has a necessity to avoid the smart meter.

The Americans with Disabilities Act (as well as FHA and RA) are designed to prevent discrimination against individuals who suffer from any disability for which the usual scope of business or other activity would put the disabled person at a disadvantage. The ADA also specifically prohibits imposition of a surcharge on an individual with a disability in order for that individual to avoid the discriminating action. (The FHA specifically cites discrimination in the provision of services and the RA prohibits discrimination for any recipient of federal funding like CMP.) In this case that action is for Mr. Friedman to avoid the likely exacerbating effects of exposure to radiofrequency EMFs that would occur upon placement of a smart meter on his house.

**Smart Meters:**

There are no careful studies specifically on cancer being caused by electronic meters to my knowledge, in great part because they haven't been around very long, cancer has a long latency between exposure and disease, and all of us are exposed to multiple sources of RF. But smart meter utilize the same type of RF radiation that is used in cell phones. It should be noted that the World Health Organization has declared radiofrequency radiation (including that from smart meters) to be a possible human carcinogen. While it is true that the nature of exposure to RF from electronic meters is only somewhat different from that coming from other wireless devices,

what is important is cumulative, aggregate RF exposure. Most electronic meters transmit signals to the utility for relatively short periods of time but generate radiofrequency pulses at frequent intervals all day and night. Thus the device continuously generates modulated pulses of RF radiation that will expose anyone nearby 24/7. Besides airborne transmission emissions to the utility there is some evidence these RF emissions as well as lower frequency emissions affecting power quality, may be transmitted throughout structures as conducted and radiating emissions on building wiring, acting as an antenna.(Isotrope, 2013).

The waveform used by smart meters consists of very high intensity but very brief burst of pulses. While the average total exposure over periods of time usually do not exceed FCC standards, those standards are not set based on critical peak intensities. An analogy, illustrating the importance of peak is often made with a bullet, the force and damage from the peak impact being far more than the average force. There is building evidence that the rapid rise and fall of these RF peaks is particularly provocative to humans.

While there are not yet specific studies connecting smart meters directly to cancer, there have long been studies showing DNA damage from exposure to RF including at 2450MHz (Lai and Singh 1995), the same frequency used by CMP smart meters. DNA damage is often a precursor to cancers whether through oxidative stress (Yakemenko, et al., 2015) or other mechanisms.

Most of the published reports on health effects specifically from smart meters are directed at the syndrome of electro-hypersensitivity (EHS). This is found in some individuals who in the presence of elevated RF-EMFs develop symptoms of fatigue, headache, brain fog, tinnitus and other symptoms that in some people can be very disabling. EHS symptoms like these and others share much in common with many cancer symptoms and cancer treatment side-effect symptoms so Mr. Friedman's concerns are well founded that RF exposure risks exacerbating some of his present symptoms. These high intensity pulses may be more provocative than continuous waves, as suggested by the report of McCarty et al. (2011), who reported on symptoms experienced by a physician who suffered from EHS, and upon testing in a doubled blinded manner, responded to the on and off of EMFs, not to the steady state.

There is also significant information on self-reported changes in health status by individuals after installation of smart meters on their homes. In a smart meter health effects survey and report submitted and accepted as expert testimony by Dr. Conrad to the Maine PUC in 2013, nearly 98% of the 210 respondents were very sure or fairly sure their new or worsened symptoms correlated with smart meter exposure. 42% of these respondents began suffering symptoms or had preexisting symptoms worsen after smart meter installation but *prior to any knowledge* the meters had been installed. Frequent symptoms included pressure in head, ringing, buzzing/tinnitus, difficulty concentrating, insomnia, heart racing, arrhythmia, headaches and fatigue. Lamech (2014) published a peer-reviewed study of 142 Australians who submitted information on a public web site on changes in health status after a smart meter was installed on their home. The most frequent symptoms were insomnia, headaches, tinnitus, fatigue and cognitive disturbances. She suggests that these individuals have developed EHS as a result of the smart meter RF EMFs. Carpenter (2015) reported on statements made by a California physician and her husband who had a smart meter placed on their home without their knowledge while they were away from home. Upon returning home both developed the symptoms of EHS, which were only later found to be due to the presence of the smart meter. The symptoms were markedly reduced after the smart meter was removed, although both persons remained at elevated sensitivity to EMFs up until the present.

**Radiofrequency fields and cancer:**

In 2011 IARC made the designation that exposure to radiofrequency electromagnetic fields was a "possible human carcinogen", based primarily on studies of development of brain cancer among individuals who used mobile phones frequently for 10 years or more.  One reason that RF-EMFs were not rated as "probable" or "known" human carcinogens was the lack of evidence that these exposures caused cancer in animals.  The has changed since 2011 when both the US National Toxicology Program (Wyde et al., 2018) and a study from the Ramazzini Institute in Italy (Falcioni et al., 2018) have found that RF-EMFs at intensities modeled to reflect whole body exposure from cell phones (similar wattage to smart meters) and cell towers, respectively, cause malignant brain and cardiac Schwannoma cancers in rodents, and also caused DNA damage to neurons.  There is a large body of evidence showing that excessive exposure to EMF of various frequencies increases risk of cancer.  The evidence will not be reproduced here, but can be found in the Bioinitiative Report (www.bioinitiative.org) and the review by Belpomme et al. (2018). Regarding the possibility of cardiac Schwannomas, it must be noted that Mr. Friedman history of coronary artery disease already compromises his heart, a risk that need not be compounded by smart meter/RF exposure.

Figure 1, below, shows what is currently understood to be the mechanisms responsible for the diverse effects of EMF exposure, both from extra-low frequency (ELF) signals and radiofrequency (RF) signals.  Both generate reactive oxygen species (ROS), which are the ultimate cause of changes in the blood brain barrier (BBB), cerebral blood flow (CBF), brain metabolism, epigenetic changes, DNA damage, gene induction and changes in cellular calcium concentrations.  These ultimately lead to an increased risk of cancer and of the syndrome of electro-hypersensitivity (EHS).



There is not strong evidence that Walderstrom macroglobulinemia is caused by exposure to RF-EMFs, but neither is there any evidence that it is not associated with these exposures, since it has not been studied.  For other cancers known to be associated with electromagnetic field exposure (childhood leukemia) there is strong evidence that among children who have been diagnosed with leukemia, survival is shortened among children with high EMF exposure as compared to those with lesser exposure (Foliart et al., 2006; Svendsen et al., 2007).

**Conclusion:**

Mr. Friedman is clearly disabled because of his blood cancer. While there is not strong evidence that exposure to the radiofrequency electromagnetic fields caused his cancer (and he does not make that claim), there is clear evidence that elevated exposure to electromagnetic fields shortens survival of children diagnosed with leukemia, also a blood cancer. In my expert opinion, Mr. Friedman is most certainly justified in his concern that having a smart meter installed at his home actually risks worsening his lymphoma's progression or symptoms.

I conclude with a reasonable degree of medical certainty that if a smart meter were placed on Mr. Friedman's house, the elevated exposure coming from it would increase the risk his cancer could worsen which in turn logically may exacerbate his symptoms affecting his quality of life and likely shortening it. This situation is precisely the situation that the Americans with Disabilities Act is designed to prevent by providing access equal to that of the non-disabled.

David O. Carpenter, MD

28 October 2012

**References:**

Belpomme D, Hardell L, Belyaev I, Burgio E and Carpenter DO (2018) Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environ Poll 242: 643-658.

Carpenter DO (2015) The microwave syndrome or electro-hypersensitivity: Historical background. Rev Environ Health 30: 217-222.

Conrad R (2013) Exhibit D-Smart Meter Health Effects Survey & Report. Exhibit 9, Pre-filed testimony of Richard Conrad, Ph.D, MPUC Docket No. 2011-00262

Falcioni L, Bua I, Tibaldi E, Lauriola M, De Angelis L, Gnudi F, Mandrioli D, et al. (2018) Report of final results regarding brain and heart tumors in Sprague-Dawley rats exposed from prenatal life until natural death to mobile phone radiofrequency field representative of a 1.8 GHz GSM base station environmental emission. Environ Res 164: 271-279.

Foliart DE, Pollock BH, Mezei G, Iriye R, Silva JM, Ebi KL, Kheifets L, Link M, and Kavet R (2006) Magnetic field exposure and long-term survival among children with leukaemia. Br J Cancer 94; 161-164.

IARC (International Agency for Research on Cancer) (2013) Non-Ionizing Radiation, Part 2: Radiofrequency Electromagnetic Fields. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. World Health Organization.461 pp.

Isotrope Wireless LLC (2013) Report on Examination of Selected Sources of Electromagnetic Fields at Selected Residences in Hastings---on---Hudson https://www.isotrope.im/

https://skyvisionsolutions.files.wordpress.com/2014/04/report-on-examination-of-selected-sources-of-emf-at-selected-residences.pdf

Lamech F (2014)  Self-reporting of symptom development  from exposure to radiofrequency fields of wireless smart meters in Victoria, Australia: A case series.  Alter Therap 20: 28-39.

Lai, H and N.P. Singh (1995), Acute low-intensity microwave exposure increases DNA single-strand breaks in rat brain cells, Bioelectromagnetics 16. 207–210.

McCarty DE, Carrubba S, Chesson AI, Frilot C, Conzalex-Toledo E et al.   Electromagnetic hypersensitivity: Evidence for a novel neurological syndrome.  Int J Neurosci 121: 670-676.

Svendsen AL, Weihkoph T, Kaaatsch P, Schuz J (2007) Exposure to magnetic fields and survival after diagnosis of childhood leukemia: A German cohort study. Cancer Epidmiol Biomark Prev 16: 1167-1171.

Yakymenko I, Tsybulin O, Sidorik E, Henshel D, Kyrylenko O, Kyrylenko S. (2015) Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med. 2016;35(2):186-202.

Wyde M, Cesta M, Blystone C, Elmore S, Foster P et al., (2018) Report of partial findings from the National Toxicology Program carcinogenesis studies of cell phone radiofrequency radiation in Hsd: Sprague Dawley SD rats (whole body exposure).  BioRxiv 055699.

Environmental Pollution 242 (2018) 643–658

*CARPENTER DEPO EXHIBIT 8*



Contents lists available at ScienceDirect

# Environmental Pollution

journal homepage: www.elsevier.com/locate/envpol



# Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective ☆



Dominique Belpomme [a, b, 1], Lennart Hardell [a, c, 1, 2], Igor Belyaev [a, d, e, 1], Ernesto Burgio [a, f], David O. Carpenter [a, g, h, *, 1]

[a] European Cancer Environment Research Institute, Brussels, Belgium
[b] Paris V University Hospital, Paris, France
[c] Department of Oncology, Orebro University Hospital, Faculty of Medicine, Orebro, Sweden
[d] Department of Radiobiology, Cancer Research Institute, Biomedical Research Center, Slovak Academy of Science, Bratislava, Slovak Republic
[e] Laboratory of Radiobiology, Institute of General Physics, Russian Academy of Science, Moscow, Russian Federation
[f] Instituto Scientifico Biomedico Euro Mediterraneo, Mesagne, Italy
[g] Institute for Health and the Environment, University at Albany, Albany, NY, USA
[h] Child Health Research Centre, The University of Queensland, Faculty of Medicine, Brisbane, Australia

## ARTICLE INFO

*Article history:*
Received 6 April 2018
Received in revised form
31 May 2018
Accepted 4 July 2018
Available online 6 July 2018

## ABSTRACT

Exposure to low frequency and radiofrequency electromagnetic fields at low intensities poses a significant health hazard that has not been adequately addressed by national and international organizations such as the World Health Organization. There is strong evidence that excessive exposure to mobile phone-frequencies over long periods of time increases the risk of brain cancer both in humans and animals. The mechanism(s) responsible include induction of reactive oxygen species, gene expression alteration and DNA damage through both epigenetic and genetic processes. *In vivo* and *in vitro* studies demonstrate adverse effects on male and female reproduction, almost certainly due to generation of reactive oxygen species. There is increasing evidence that the exposures can result in neurobehavioral decrements and that some individuals develop a syndrome of "electro-hypersensitivity" or "microwave illness", which is one of several syndromes commonly categorized as "idiopathic environmental intolerance". While the symptoms are non-specific, new biochemical indicators and imaging techniques allow diagnosis that excludes the symptoms as being only psychosomatic. Unfortunately standards set by most national and international bodies are not protective of human health. This is a particular concern in children, given the rapid expansion of use of wireless technologies, the greater susceptibility of the developing nervous system, the hyperconductivity of their brain tissue, the greater penetration of radiofrequency radiation relative to head size and their potential for a longer lifetime exposure.

© 2018 Published by Elsevier Ltd.

## 1. Introduction

Electromagnetic fields (EMFs) are packets of energy that have no mass. They vary in frequency and wavelength. At the high end of the electromagnetic spectrum there are cosmic and X-rays that have enough energy to cause ionization, and therefore are known as ionizing EMFs. Below in frequency and energy are ultraviolet, visible light and infrared EMFs. Excessive exposure to ultraviolet EMFs poses clear danger to human health, but life on earth would not be possible without visible light and infrared EMFs. Below these forms of EMF are those used for communications (radiofrequency or RF-EMFs, 30 kHz-300 GHz) and those generated by electricity (extremely low-frequency or ELF-EMFs, 3 Hz-3 kHz). These EMFs do not have sufficient energy to directly cause ionization, and are therefore known as non-ionizing radiation. RF-EMFs at sufficient intensity cause tissue heating, which is the basis of operation of the microwave oven. However the question to be addressed here is human health effects secondary to exposures to non-ionizing EMFs at low intensities that do not cause measureable heating.

☆ This paper has been recommended for acceptance by Payam Dadvand.
* Corresponding author. Institute for Health and the Environment, University at Albany, Rennselaer, NY 12144, USA.
  *E-mail address:* dcarpenter@albany.edu (D.O. Carpenter).
[1] These authors contributed equally to this work.
[2] Current address: The Environment and Cancer Research Foundation, Örebro, Sweden.

https://doi.org/10.1016/j.envpol.2018.07.019
0269-7491/© 2018 Published by Elsevier Ltd.

644                               D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658

In spite of a large body of evidence for human health hazards from non-ionizing EMFs at intensities that do not cause measureable tissue heating, summarized in an encyclopedic fashion in the Bioinitiative Report (www.bioinitiative.org), the World Health Organization (WHO) and governmental agencies in many countries have not taken steps to warn of the health hazards resulting from exposures to EMFs at low, non-thermal intensities, nor have they set exposure standards that are adequately health protective. In 2001 the International Agency for Research on Cancer (IARC, 2002), part of the WHO, declared ELF-EMFs to be "possibly carcinogenic to humans", and in 2011 they made a similar declaration for RF-EMFs (Baan et al., 2011; IARC, 2013). The classification of RF-EMFs as a "possible" human carcinogen was based primarily on evidence that long-term users of mobile phones held to the head resulted in an elevated risk of developing brain cancer. One major reason that the rating was not at "probable" or "known" was the lack of clear evidence from animal studies for exposure leading to cancer. The US National Toxicology Program has released preliminary results of a study of long term exposure of rats to cell phone radiation which resulted in a statistically significant increase in brain gliomas, the same cancer found in people after long-term cell phone use, and schwannomas, a tumor similar to the acoustic neuroma also seen after intensive mobile phone use (Wyde et al., 2016). Similar results in rats have been reported in an independent study at the Ramazzini Institute with exposures similar to those from a mobile phone base station (Falcioni et al., 2018). This evidence, in conjunction with the human studies, demonstrates conclusively that excessive exposure to RF-EMF results in an increased risk of cancer. In light of this new evidence for cancer in rodents in response to prolonged exposure to mobile phone frequencies, the IARC rating should be raised at least to "probable" (Group 2A) if not "known" (Group 1).

Unfortunately the International EMF Project of the WHO, which is part of the Department of Public Health, Environment and Social Determinants of Health in Geneva, has consistently minimized health concerns from non-ionizing EMFs at intensities that do not cause tissue heating (WHO, 2014). In this regard WHO has failed to provide an accurate and human health-protective analysis of the dangers posed to health, especially to the health of children, resulting from exposure to non-thermal levels of electromagnetic fields. The Department of Public Health, Environment and Social Determinates of Disease takes its advice on the issues related to human health effects of non-ionizing EMFs from the International Commission on Non-ionizing Radiation Protection (ICNIRP). Almost all members of the core group preparing the new Environmental Health Criteria (EHC) document for the WHO are members of ICNIRP (Starkey, 2016; Hardell, 2017), a non-goverment organization (NGO) whose members are appointed by other members. In spite of recent efforts to control for conflicts of interest, ICNIRP has a long record of close associations with industry (Maisch, 2006). When queried as to why the WHO would take recommendations from such a group, WHO staff replied that ICNIRP is an official NGO which works closely with the WHO. Why this should exclude other scientific research groups and public health professionals is unclear, particularly since most members of ICNIRP are not active researchers in this field. We are particularly concerned that a new WHO EHC document on RF-EMFs is scheduled to be released soon, and that the members of the EHC Core Group and the individuals whose assistance has been acknowledged are known to be in denial of serious non-thermal effects of RF-EMFs in spite of overwhelming scientific evidence to the contrary (Starkey, 2016; Hardell, 2017).

Others have dismissed the strong evidence for harm from ELF- and RF-EMFs by arguing that we do not know the mechanism whereby such low energetic EMFs might cause cancer and other diseases. We have definitive evidence that use of a mobile phone results in changes in brain metabolism (Volkow et al., 2011). We know that low-intensity ELF- and RF-EMFs generate reactive oxygen species (ROS), alter calcium metabolism and change gene expression through epigenetic mechanisms, any of which may result in development of cancer and/or other diseases or physiological changes (see www.bioinitiative.org for many references). We do not know the mechanisms behind many known human carcinogens, dioxins and arsenic being two examples. Given the strength of the evidence for harm to humans it is imperative to reduce human exposure to EMFs. This is the essence of the 'precautionary principle".

There are a number of reasons for our concern. In the past the major exposure of the general population to RF-EMFs came from radio and television signals. Now there are almost as many mobile phones as there are people in the world, all of them being exposed to RF-EMFs. There are mobile phone towers everywhere, and in many developing countries there are no land-lines that allow communication without exposure to RF-EMFs. There is rapid movement in many developed countries to place small cell transmitting devices (5G) operating at higher frequencies (24–70 GHz) every approximately 300 m along sidewalks in residential neighborhoods. There are other significant sources of exposure, coming from WiFi, smart meters and soon from automobiles operating without a human driver. Therefore human exposure has increased dramatically in recent years, and continues to increase rapidly. While we already are seeing harm from these exposures, the degree of harm will only increase with time because of the latency that is known to occur between exposure and development of diseases such as cancer.

Standards for protection of human health from EMFs vary greatly around the world. Many countries set standards based on the false assumption that there are no adverse health effects of RF-EMFs other than those that are caused by tissue heating. This is the case in North America, Australia and some European countries. Many countries from the former Soviet Union have much more restrictive standards. However information from cellular and human studies show biological effects that constitute hazards to human health at exposure levels that are often exceeded during daily life.

This report follows a recent non-official meeting in Geneva with WHO representatives, where the authors urged WHO to acknowledge low intensity effects of ELF-EMFs and non-thermal health effects of RF-EMFs. This report does not attempt to present a complete overview of the subject [see the Bioinitiative Report (www.bioinitiative.org) for that] but rather to provide a holistic picture of the processes explaining most or all of the adverse effects of EMF exposures. It summarizes the evidence for cancer resulting from exposure to EMFs, and identifies other diseases or pathological conditions such as Alzheimer's disease and hypofertility that have been shown to be associated with excessive exposure to low-intensity EMFs. We also focus on electrohypersensitivity (EHS) in both children and adults and cognitive and behavioural problems in children resulting from the increasing exposure. Finally we discuss what is known about the mechanisms whereby non-thermal EMF radiation can cause disease with special reference to EMF-related free radical production and epigenetic and genetic mechanisms.

## 2. Mobile phone use and the risk for glioma, meningioma and acoustic neuroma

The brain is the main target for exposure to RF-EMF radiation during use of handheld wireless phones, both mobile and cordless phones (Cardis et al., 2008; Gandhi et al., 2012). An increased risk for brain tumors has been of concern for a long time. The results of the Swedish National Inpatient Register have documented an

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*                    645

increasing incidence of brain tumors in recent years (Carlberg and Hardell, 2017). In May 2011 RF radiation in the frequency range 30 kHz–300 GHz was evaluated to be a Group 2B, i.e. a "possible" human carcinogen, by IARC (Baan et al., 2011; IARC, 2013). This was based on an increased risk for glioma and acoustic neuroma in human epidemiological studies. In the following an updated summary is given of case-control studies on brain and head tumors; glioma, meningioma and acoustic neuroma. The Danish cohort study on 'mobile phone users' (Johansen et al., 2001; Schüz et al., 2006) is not included due to serious methodological shortcomings in the study design, including misclassification of exposure (see Söderqvist et al., 2012a).

### 2.1. Glioma

Glioma is the most common malignant brain tumor and represents about 60% of all central nervous system (CNS) tumors. Most of these are astrocytic tumors that can be divided into low-grade (WHO grades I-II) and high-grade (WHO grades III-IV). The most common glioma type is glioblastoma multiforme (WHO grade IV) with peak incidence in the age group 45–75 years and median survival less than one year (Ohgaki and Kleihues, 2005). Three research groups have provided results in case-control studies on glioma (Interphone, 2010; Coureau et al., 2014; Hardell and Carlberg, 2015). Hardell and colleagues have published results from case-control studies on use of wireless phones and brain tumor risk since the end of the 1990s (Hardell et al., 1990; for more discussion see Carlberg and Hardell, 2017).

A random effects model was used for meta-analyses of published studies, based on test for heterogeneity in the overall group ("all mobile"). Note that only the Hardell group also assessed use of cordless phones. Thus their reference category included cases and controls with no use of wireless phones in contrast to the other studies investigating only mobile phone use. In Table 1 results for highest cumulative use in hours of mobile phones is given. All studies reported statistically significant increased risk for glioma and the meta-analysis yielded an odds ratio (OR) = 1.90 [95% confidence interval (CI) = 1.31–2.76]. For ipsilateral mobile phone use the risk increased further to OR = 2.54 (95% CI = 1.83–3.52) in the meta-analysis based on 247 exposed cases and 202 controls.

Carlberg and Hardell (2014) found shorter survival in patients with glioblastoma multiforme associated with use of wireless phones compared with patients with no use. Interestingly mutation of the p53 gene involved in disease progression has been reported in glioblastoma multiforme in patients with mobile phone use ≥3 h per day. The mutation was statistically significantly correlated with shorter overall survival time (Akhavan-Sigari et al., 2014). Further support for the increased risk of glioma associated with mobile phone use has been obtained in additional analyses of parts of the Interphone study (Cardis et al., 2011; Grell et al., 2016; Momoli

et al., 2017).

### 2.2. Meningioma

Meningioma is an encapsulated, well-demarked and rarely malignant tumor. It is the most common benign tumor and accounts for about 30% of intracranial neoplasms. It develops from the pia and arachnoid membranes that cover the CNS. It is slowly growing and gives neurological symptoms by compression of adjacent structures. The most common symptoms are headaches and seizures. The incidence is about two times higher in women than in men. Meningioma develops mostly among middle aged and older persons (Cea-Soriano et al., 2012). Carlberg and Hardell (2015) included meningioma in their case-control studies. The results of the meta-analysis for cumulative exposure in the highest category are given in Table 2. In total there was an increased (but not statistically significant) risk for cumulative exposure but the increased risk was statistically significant for ipsilateral use of mobile phones (OR = 1.49, 95% CI = 1.08–2.06).

### 2.3. Acoustic neuroma

Acoustic neuroma, also called vestibular schwannoma, is a benign tumor located on the eighth cranial nerve from the inner ear to the brain. It is usually encapsulated and grows in relation to the auditory and vestibular portions of the nerve. It grows slowly and due to the narrow anatomical space may give compression of vital brain stem structures. First symptoms of acoustic neuroma are usually tinnitus and hearing problems. Results for use of mobile phones in Interphone (2011) and Hardell et al. (2013) are given in Table 3. Statistically significant increased risk was found for cumulative ipsilateral use ≥1640 h yielding OR = 2.71 (95% CI = 1.72–4.28).

The study by Moon et al. (2014) was not included in the meta-analysis because data on cumulative mobile phone use with numbers of cases and controls were not given. Support of an increased risk was seen in the case-case part of the study (Moon et al., 2014) and also in the report by Sato et al. (2011). Pettersson et al. (2014) made a case-control study on acoustic neuroma in Sweden not overlapping the Hardell et al. (2013) study. An increased risk for the highest category of cumulative use of both mobile phone (≥680 h OR = 1.46, 95% CI = 0.98–2.17) and cordless phone (≥900 h OR = 1.67, 95% CI = 1.13–2.49) was found. Pettersson et al. (2014) was not included in the meta-analysis due to the many scientific shortcomings in the study, e.g. laterality analysis was not made for cordless phone, the numbers in the laterality analysis for mobile phone are not consistent in text and tables and the 'unexposed' reference category included subjects using either mobile and cordless phone, which is clearly not correct (Hardell and Carlberg, 2014).

**Table 1**
Numbers of exposed cases (Ca) and controls (Co) and odds ratio (OR) with 95% confidence interval (CI) for glioma in case-control studies in the highest category of cumulative hours of mobile phone use.

| | All | | | Ipsilateral | | |
|---|---|---|---|---|---|---|
| | Ca/Co | OR | 95% CI | Ca/Co | OR | 95% CI |
| Interphone 2010 | | | | | | |
| Cumulative use ≥1640 h | 210/154 | 1.40 | 1.03–1.89 | 100/62 | 1.96 | 1.22–3.16 |
| Coureau et al., 2014 | | | | | | |
| Cumulative use ≥896 h | 24/22 | 2.89 | 1.41–5.93 | 9/7 | 2.11 | 0.73–6.08 |
| Carlberg and Hardell, 2015 | | | | | | |
| Cumulative use ≥1640 h | 211/301 | 2.13 | 1.61–2.82 | 138/133 | 3.11 | 2.18–4.44 |
| Meta-analysis | | | | | | |
| Longest cumulative use | 445/477 | 1.90 | 1.31–2.76 | 247/202 | 2.54 | 1.83–3.52 |

646        *D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

**Table 2**
Numbers of exposed cases (Ca) and controls (Co) and odds ratio (OR) with 95% confidence interval (CI) for meningioma in case-control studies in the highest category of cumulative hours of mobile phone use.

| | All | | | Ipsilateral | | |
|---|---|---|---|---|---|---|
| | Ca/Co | OR | 95% CI | Ca/Co | OR | 95% CI |
| Interphone 2010 Cumulative use ≥1640 h | 130/107 | 1.15 | 0.81–1.62 | 46/35 | 1.45 | 0.80–2.61 |
| Coureau et al., 2014 Cumulative use ≥896 h | 13/9 | 2.57 | 1.02–6.44 | 6/4 | 2.29 | 0.58–8.97 |
| Carlberg and Hardell 2015 Cumulative use ≥1640 h | 141/301 | 1.24 | 0.93–1.66 | 67/133 | 1.46 | 0.98–2.17 |
| Meta-analysis Longest cumulative use | 284/417 | 1.27 | 0.98–1.66 | 119/172 | 1.49 | 1.08–2.06 |

**Table 3**
Numbers of exposed cases (Ca) and controls (Co) and odds ratio (OR) with 95% confidence interval (CI) for acoustic neuroma in case-control studies in the highest category of cumulative hours of mobile phone use.

| | All | | | Ipsilateral | | |
|---|---|---|---|---|---|---|
| | Ca/Co | OR | 95% CI | Ca/Co | OR | 95% CI |
| Interphone 2011 Cumulative use ≥1640 h | 77/107 | 1.32 | 0.88–1.97 | 47/46 | 2.33 | 1.23–4.40 |
| Hardell et al., 2013 Cumulative use ≥1640 h | 27/301 | 2.40 | 1.39–4.16 | 19/133 | 3.18 | 1.65–6.12 |
| Meta-analysis Cumulative use ≥1640 h | 104/408 | 1.73 | 0.96–3.09 | 66/179 | 2.71 | 1.72–4.28 |

### 2.4. In summary

Based on case-control studies there was a consistent finding of increased risk for glioma and acoustic neuroma associated with use of mobile phones. Similar results were found for cordless phones in the Hardell group studies, although such use was not reported by the other study groups. The findings are less consistent for meningioma although somewhat increased risk was seen in the meta-analysis of ipsilateral mobile phone use. A longer follow-up time is necessary for this type of slow growing tumor.

The results on glioma and acoustic neuroma are supported by results from animal studies showing co-carcinogenic and tumor promoting effects from RF-EMF (Tillmann et al., 2010; Lerchl et al., 2015). Recent results from the National Toxicology Program (NTP) study showed genotoxicity of RF radiation in rats and mice exposed to RF-EMF (Smith-Roe et al., 2017). That result supports previous findings of DNA strand breaks in rat brain cells exposed to RF-EMF (Lai and Singh, 1997).

Of importance also is that the results in the NTP and Ramazzini studies both demonstrated an increased incidence of tumors of the same type, glioma and malignant schwannoma, as has been seen in humans with mobile phone use (Wyde et al., 2016; Falcioni et al., 2018). Acoustic neuroma (vestibular schwannoma) is a similar type of tumor as malignant schwannoma, although benign. In fact, rates of brain tumors are increasing in Sweden and use of wireless phones has been suggested to be the cause (Hardell and Carlberg, 2017).

### 3. Other diseases and pathological conditions attributed to exposure to low-intensity EMFs

The evidence for harm from RF-EMF is strongest for cancer as a consequence of intensive mobile phone use, especially gliomas, glioblastomas and acoustic neuromas. But there is other evidence for elevation in risk of leukemia among children living near to very high intensity radio transmission towers (Michelozzi et al., 2002; Ha et al., 2007). This is particularly interesting because leukemia is the cancer most associated with elevated exposure to ELF-EMFs

arising from power lines (Ahlbom et al., 2000; Greenland et al., 2000). There is some evidence for elevations in breast cancer risk among women who wear their mobile phones in their bra (West et al., 2013). Heavy use of a mobile phone was associated with significantly elevated rates of ipsilateral parotid tumors in studies from both Israel (Sadetzki et al., 2007) and China (Duan et al., 2011). No increased risk was found in a Swedish study, but the results were limited by low number of participants and lack of data on heavy and long-term use of wireless phones (Söderqvist et al., 2012b).

There are other significant human health hazards of concern. There is strong animal and human evidence that exposure to RF-EMFs as well as ELF-EMFs reduces fertility in both males (reviewed by McGill and Agarwal, 2014) and females (Roshangar et al., 2014). An association between spontaneous abortion and non-thermal EMF exposure including ELF-EMFs was reported in several case-control studies (Dodge, 1970; Juutilainen et al., 1993; Li et al., 2017). The increased use of mobile phones and increased exposure coming from WiFi, smart meters and other wireless devices has been paralled in time with male hypofertility and sperm abnormalities in semen (Rolland et al., 2013). These effects may be related to holding an active wireless laptop in a man's lap or having an active mobile phone on their belt, but more study is needed. There is evidence that isolated human sperm exposed to RF-EMFs are damaged by generation of reactive oxygen species (Agarwal et al., 2009).

There are other diseases or physiologic alterations which have been reported to be associated with exposure to non-thermal EMFs in humans and in animals (Belyaev et al., 2016). Alzheimer disease has been shown to be significantly associated with chronic ELF-EMF occupational exposure in prospective epidemiological studies (García et al., 2008; Davanipour and Sobel, 2009). Exposure to RF-EMFs has been reported to increase neuropsychiatric and behavioural disorders (Johansson et al., 2010; Divan et al., 2012), trigger cardiac rhythm alteration and peripheral arterial pressure instability (Havas, 2013; Saili et al., 2015), induce changes in immune system function (Lyle et al., 1983; Grigoriev et al., 2010; Sannino et al., 2011, 2014) and alter salivary (Augner et al., 2010) and

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643—658*                                                                                             647

thyroid (Koyu et al., 2005; Mortazavi et al., 2009; Pawlak et al., 2014) function. There is an urgent need for more study of these diseases or biological alterations in relation to exposure to both ELF- and RF-EMFs.

## 4. An emerging concern: cognitive and neurobehavioral problems in children

Children, and especially fetuses, are more vulnerable than adults for most environmental exposures (Sly and Carpenter, 2012). This is because their cells are rapidly dividing and their organ systems are not mature. As a result, events that perturb cellular function early in life can result in abnormalities that last. There is a building body of evidence indicating that exposure to RF-EMFs has adverse effects on cognition and neurobehavior, especially in children and adolescents. Concern about the particular sensitivity of children to RF-EMFs emitted from mobile phone was first raised in 2000 by a British independent expert group (IEG, 2000) that noted that the increased sensitivity to EMFs of children could be due not only to the natural vulnerability of the developing nervous system, but also to the smaller head size and thickness of the skull. These factors, plus the higher conductivity of the young nervous system, result in greater penetration of RF-EMFs into the brain (Gandhi et al., 1996). Of concern is the fact that any adverse effects during development may have life-long consequences and that young people, because they will have a longer life span, will receive a greater cumulative exposure than adults (Kheifets et al., 2005; Hansson Mild et al., 2006).

There are several reasons to be concerned. Animal studies have shown that *in utero* RF-EMF exposure from mobile phones affects fetal programming and leads to alteration in neurodevelopment and behavior of offsprings (Aldad et al., 2012; Zhang et al., 2015). Exposure of young rats to non-thermal intensities impairs learning and spatial memory secondary to a deleterious impact of EMFs on hippocampal, pyramidal or cortical neurons. Similar detrimental cognitive and behavioural defects were also observed in adult animals exposed to low-intensity.

EMFs (Bas et al., 2009; Deshmukh et al., 2015; Kumari et al., 2017; Shahin et al., 2017). The exposure induces markers of oxidative stress and inflammation in the brain (Dasdag et al., 2012; Megha et al., 2015).

There are human data consistent with these animal studies. Divan et al. (2008) reported that prenatal and to a lesser degree postnatal exposure to cell phones is associated with emotional and hyperactivity problems in 7-year old children. This finding was confirmed in a second replicative study involving different participants (Divan et al., 2012). Birks et al. (2017) used data from studies in five cohorts from five different countries (83,884 children) and concluded that maternal mobile phone use during pregnancy increased the risk that the child will show hyperactivity and inattention problems. A meta-analysis involving 125,198 children (mean age 14.5 years) reported statistically significant associations between access to and use of portable screen-based media devices (e.g. mobile phones and tablets) and inadequate sleep quality and quantity and excessive daytime sleepiness (Carter et al., 2016). Early life exposure to lead has long been known to cause a reduction in cognitive function and shortened attention span (Needleman et al., 1979). Two studies have shown that prenatal (Choi et al., 2017) or postnatal (Byun et al., 2017) mobile phone exposure results in greater neurobehavioral effects in children with elevated lead levels than those seen with elevated lead alone. These results raise concern that EMFs may have synergistic actions with other environmental contaminants known to cause a reduction in intelligence quotient (IQ) and attention, such as polychlorinated biphenyls, methyl mercury, environmental tobacco smoke and probably others (Carpenter, 2006).

Finally the problem should be considered at the societal, worldwide level. Many adolescents (Lenhart, 2015) and even very young children and infants (Kabali et al., 2015) use cordless devices immoderately, to such a point that the common intensive use of devices in children and adolescents has been ascribed as an addiction (Paz de la Puente and Balmori, 2007; Roberts et al., 2014).

The specific absorption rate (SAR)-based ICNIRP safety limits were established on the basis of simulation of EMF energy absorption using standardized adult male phantoms, and designed to protect people only from the thermal effects of EMFs. These assumptions are not valid for two reasons. Not only do they fail to consider the specific morphological and bioclinical vulnerabilities of children, but also they ignore the effects known to occur at non-thermal intensities. The same criticisms apply to other so called "independent" advisory groups or agencies, such as the Advisory Group of Non-Ionizing Radiation in the UK (AGNIR, 2012), the French Agency for Food, Environmental and Occupational Health & Safety in France (ANSES, 2013), and the Scientific Committee on Emerging Newly Identified Health Risk (SCENIHR, 2009), all of whom deny the detrimental health effects of low intensity, non thermal EMF exposure and make recommendations based only on thermal SAR considerations.

Although several scientific authorities, such as the US American Academy of Pediatrics (AAP, 2013), and the Russian National Committee on Non-Ionizing Radiation Protection (RNCNIRP, 2011) have made specific recommendations to not allow the use of mobile phones by children and to limit their use by adolescents, unfortunately these age categories remain a target for marketing of mobile phone devices [http://www.who.int/peh-emf/project/mapnatreps/RUSSIA%20report%202008.pdf]. The RNCNIRP has warned that if no rational, health-based safety limits are adopted for children and adolescents and no measures are taken to limit the use of cordless devices, we can expect disruption of memory, decreases in learning and cognitive capabilities, increases in irritability, sleep disturbance, and loss of stress adaptation in this population. There will also be long-term effects, including an increase in brain cancer, infertility, EHS, Alzheimer disease and other neurodegenerative diseases (RNCNIRP, 2011; Markov and Grigoriev, 2015). National and international bodies, particularly the WHO, will bear major responsiblity for failing to provide specific science-based guidance and recommendations so as to avoid such global health threats.

## 5. Electrohypersensitivity, microwave illness or idiopathic environmental intolerance attributed to electromagnetic fields

There is a segment of the human population that is unusually intolerant to EMFs. The term "electromagnetic hypersensitivity" or "electrohypersensitivity (EHS)" to describe the clinical conditions in these patients was first used in a report prepared by a European group of experts for the European Commission (Bergqvist et al., 1997). Santini et al. (2001, 2003) reported similar symptoms occurring in users of digital cellular phones and among people living near mobile phone base stations.

In 2004, because of the seemingly increasing worldwide prevalence, WHO organized an international scientific workshop in Prague in order to define and characterize EHS. Although not acknowledging EHS as being caused by EMF exposure, the Prague working group report clearly defined EHS as "a phenomenon where individuals experience adverse health effects while using or being in the vicinity of devices emanating electric, magnetic or electromagnetic fields" (www.who.int/pehemf/EHS_Proceedings_June2006.pdf). Following this meeting, WHO acknowledged EHS as an adverse health condition (WHO, 2005).

306

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

According to the Prague Workshop recommendations, it was proposed to use the term "idiopathic environmental intolerance (IEI) attributed to electromagnetic fields" (IEI-EMF) because of the lack of a proven causal link with EMF exposure (Hansson Mild et al., 2006). This pathological disorder is identical to what has been previously described under the term "microwave illness" (Carpenter, 2015).

This syndrome is characterized by fatigue, chronic pain and impaired cognitive function (see the Paris appeal, http://appel-de-paris.com/?lang=en). The precise mechanism(s) whereby environmental exposure to either ELF- or RF-EMFs can cause the development of this syndrome are still uncertain. However several lines of experimental and clinical data are sufficiently strong so as to indicate that ELF-EMFs and RF-EMFs exposure is associated with adverse biological and clinical health effects in humans as well as animals (Rea et al., 1991; McCarty et al., 2011; Belpomme et al., 2015; Hedendahl et al., 2015; Irigaray et al., 2018a). The prevalence of EHS has been estimated to range 1–10% in developed countries (Hallberg and Oberfeld, 2006) but appears today to be around 3% (Huang et al., 2018).

Since WHO official reports on mobile phone exposure and public health (WHO, 2014) and more particularly on EHS (WHO, 2005), much clinical and biological progress has been made to identify and objectively characterize EHS, as was summarized during the international scientific consensus meeting of the 5th Paris Appeal Congress that took place in May 2015 in Brussels at the Royal Belgium Academy of Medicine (ISD, 2015). EHS has many characteristics in common with other IEI pathological disorders, including chronic fatigue syndrome, fibromyalgia, Gulf War Illness and especially the syndrome of multiple chemical senssitvity (MCS), which Belpomme et al. (2015) have shown to be associated with EHS in many patients who report being electrohypersensitive.

### 5.1. Bioclinical identification and characterisation of electrohypersensitivity

In a prospective study involving systematic face-to-face questionnaire-based interviews and clinical physical examinations of nearly two thousand patients who self-reported having EHS or EHS and MCS, Belpomme and colleagues reported that EHS is a well-defined clinico-biological entity, characterized by the progressive occurrence of neurologic symptoms, including headache, tinnitus, hyperacusis, superficial and/or deep sensibility abnormalities, fibromyalgia, vegetative nerve dysfunction and reduced cognitive capability. These symptoms are repeatedly reported by the patients to occur each time they are exposed to EMFs, even of weak intensity. They result in chronic insomnia, fatigue, emotional lability and depressive tendency (Belpomme et al., 2015; Irigaray et al., 2018b).

Table 4 presents the detailed symptomatic picture which was obtained during face-to-face interviews with subjects with EHS in comparison to those with both EHS and MCS and to a series of apparently healthy control subjects that showed no evidence of EHS and/or MCS. As shown in the Table, the symptoms reported are consistent with those in other published questionnaire-based studies of EHS patients (Dodge, 1970; Johansson et al., 2010; Nordin et al., 2014; Medeiros and Sanchez, 2016; Röösli, 2008). The clinical symptoms observed in EHS or EHS/MCS patients are statistically significantly much more frequent that those in apparently normal controls. Although many of these symptoms are non-specific, the general clinical picture resulting from their association and frequency strongly suggests that EHS can be recognized and identified as a specific neurological disorder.

Because of the multiple and relatively common symptoms and the lack of recognized objective diagnosis criteria, studies on EHS were left with only the patient's self-reported interpretation for many years. As a result, EHS has unfortunately been considered to be a psychiatric disease of unknown origin. This helps explain why most mainstream public health and societal bodies claim there is not sufficient data proving that the clinical symptoms experienced and reported by EHS patients are caused by EMF exposure. Therefore they refuse to acknowledge EHS as a true neuropathological disorder. This negative point of view was supported by some blind or double blind studies showing that most individuals who report they suffer from EHS were not able to identify when they were exposed to either EMFs or sham controls (Rubin et al., 2011; Eltiti et al., 2015). However other studies have found that EHS subjects can identify EMF exposure in a statistically significant manner when they are blinded to whether or not the exposure was on (Rea et al., 1991; McCarty et al., 2011).

To account for these seemingly negative results a nocebo effect was suggested (ANSES, 2017). However there is presently no consensus on a biological mechanism through which a nocebo effect could occur (Medeiros and Sanchez, 2016; Chrousos and Gold, 1992; Jakovljevic, 2014). Moreover, results obtained in a carefully designed psycho-clinical study in self-reporting EHS patients are not consistent with an initial nocebo response to perceived EMF exposure, even though it is plausible that after the onset of the disease such phenomena may intervene secondarily through an acquired learning and conditioning process (Dieudonné, 2016). In addition, a meta-analysis of cross sectional studies has documented a 38% greater risk of development of headaches among mobile phone users than non-users, and an increasing risk of headache with longer daily call duration (Wang et al., 2017).

Belpomme, Irigaray and colleagues recently identified several biomarkers in EHS and/or MCS patients which allow physicians to identify and objectively characterize EHS as a true somatic pathological disorder, discounting the hypothesis of a causal psychosomatic or nocebo-related process. These came in part from a prospective clinical and biological analysis of a series of several hundred consecutive cases of individuals who self-reported that they suffered from EHS or both EHS and MCS (Belpomme et al., 2015) and more recently from the prospective anlaysis of an additional series of EHS patients (Irigaray et al., 2018a). Table 5 summarizes the different biomarkers that have been measured in the peripheral blood of these patients and the results which have been obtained based on the EHS and EHS/MCS patient groups. Note that among the different markers, the 6-hydroxymelatonin sulfate/creatinine ratio in urine appears to be the best marker to be used in medical practice since it has been found to be decreased in all cases evaluated to date (Belpomme et al., 2015).

By measuring different major oxidative stress-related biomarkers, such as thiobarbituric acid reactive substances (TBARS), oxided glutathione (GSSG) and nitrotyrosine (NTT) in EHS patients, Irigaray et al. (2018b) have recently shown that near 80% of the EHS patients present with detectable oxidative stress biomarkers (Fig. 1). More than 40% of EHS patients present with at least one positive biomarker, 20% with two and 15% will all three of the biomarkers investigated. This indicates that in addition to the inflammation-related biomarkers previously associated with EHS, EHS patients are also characterized by exhibiting biomarkers of oxidative stress (Belpomme et al., 2015; Irigaray et al., 2018a,b).

The significance of the different biomarkers measured in the peripheral blood of EHS and EHS/MCS patients is that these results imply that these patients present with some degree of oxidative/nitrosative stress, inflammation and autoimmune response. Increased levels of several of these markers (notably protein S100B and NTT) may reflect hypoxia-associated oxidative stress-induced blood brain barrier (BBB) opening. It has been previously hypothesized that opening of the BBB can be caused by environmental

D. Belpomme et al. / Environmental Pollution 242 (2018) 643—658

649

**Table 4**
Clinical symptom occurrence in EHS and EHS/MCS patients in comparison with normal controls[a].

| | EHS | EHS/MCS | p[b] | Normal controls | p[c] | p[d] |
|---|---|---|---|---|---|---|
| Headache | 88% | 96% | 0.065 | 0% | <0.0001 | <0.0001 |
| Dysesthesia | 82% | 96% | 0.002 | 0% | <0.0001 | <0.0001 |
| Myalgia | 48% | 76% | <0.0001 | 6% | <0.0001 | <0.0001 |
| Arthralgia | 30% | 56% | <0.001 | 18% | 0.067 | <0.0001 |
| Ear heat/otalgia | 70% | 90% | <0.001 | 0% | <0.0001 | <0.0001 |
| Tinnitus | 60% | 88% | <0.0001 | 6% | <0.0001 | <0.0001 |
| Hyperacousis | 40% | 52% | 0.118 | 6% | <0.0001 | <0.0001 |
| Dizziness | 70% | 68% | 0.878 | 0% | <0.0001 | <0.0001 |
| Balance disorder | 42% | 52% | 0.202 | 0% | <0.0001 | <0.0001 |
| Concentration/Attention deficiency | 76% | 88% | 0.041 | 0% | <0.0001 | <0.0001 |
| Loss of immediate memory | 70% | 84% | 0.028 | 6% | <0.0001 | <0.0001 |
| Confusion | 8% | 20% | 0.023 | 0% | 0.007 | <0.0001 |
| Fatigue | 88% | 94% | 0.216 | 12% | <0.0001 | <0.0001 |
| Insomnia | 74% | 92% | 0.001 | 6% | <0.0001 | <0.0001 |
| Depression tendency | 60% | 76% | 0.022 | 0% | <0.0001 | <0.0001 |
| Suicidal ideation | 20% | 40% | 0.003 | 0% | <0.0001 | <0.0001 |
| Transitory cardiovascular abnormalities | 50% | 56% | 0.479 | 0% | <0.0001 | <0.0001 |
| Occular deficiency | 48% | 56% | 0.322 | 0% | <0.0001 | <0.0001 |
| Anxiety/Panic | 38% | 28% | 0.176 | 0% | <0.0001 | <0.0001 |
| Emotivity | 20% | 20% | 1 | 12% | 0.176 | 0.176 |
| Irritability | 24% | 24% | 1 | 6% | <0.001 | <0.001 |
| Skin lesions | 16% | 45% | <0.0001 | 0% | <0.0001 | <0.0001 |
| Global body dysthermia | 14% | 8% | 0.258 | 0% | <0.0001 | <0.007 |

[a] This data results from the clinical analysis of the 100 first clinically evaluated cases issued from the already published series of EHS and/or MCS patients who have been investigated for biological markers [Belpomme et al., 2015]. It has been compared symptomatically with data obtained from a series of 50 apparently normal subjects matched for age and sex, used as controls.
[b] Significance levels (p values) obtained for comparison between the EHS and EHS/MCS groups.
[c] Significance levels (p values) obtained for comparison between the EHS and normal control groups.
[d] Significance levels (p values) obtained for comparison between the EHS/MCS and normal control groups.

**Table 5**
Patient mean values and standard deviations of biomarker levels in comparison with normal reference values as well as the percentage of patients with abnormal values in the peripheral blood in subjects with EHS or both EHS and MCS (Belpomme et al., 2015).

| Biomarker and Normal reference values | Patients groups | | | |
|---|---|---|---|---|
| | EHS Mean ± SD % Above normal | | EHS/MCS Mean ± SD % Above Normal[a] | |
| hs-CRP < 3 mg/l | 10.3 ± 1.9 | 15% | 6.9 +/1.7 | 14.3% |
| Vitamine D > 30 ng/ml | 20.6 ± 0.5 | 69.3% | 14.5 ± 1.3 | 70.1% |
| Histamine< 10 nmol/l | 13.6 ± 0.2 | 37% | 13.6 ± 0.4 | 41.5% |
| IgE< 100 UI/ml | 329.5 ± 43.9 | 22% | 385 ± 70 | 24.7% |
| S100B < 0.105 µg/l | 0.20 ± 0.03 | 14.7% | 0.17 ± 0.03 | 19.7% |
| Hsp 70 < 5 ng/ml | 8.2 ± 0.2 | 18.7% | 8 ± 0.3 | 25.4% |
| Hsp 27< 5 ng/ml | 7.3 ± 0.2 | 25.8% | 7.2 ± 0.3 | 31.8% |
| Anti-O-myelin auto-antibodies[b] | Positive | 22.9% | Positive | 23.6% |
| 24-h urine 6-OHMS/creatinine ratio >0.8[c] | 0.042 ± 0.003 | 100% | 0.048 ± 0.006 | 100% |

hs-CRP, high-sensitivity C-reactive protein; IgE, Immunoglobulin E; S100B, S 100 calcium binding protein B; Hsp 27, heat shock protein 27; Hsp 70, heat shock protein 70; anti-O-myelin auto-antibodies, auto-antibodies against O-myelin; 6-OHMS, 6-hydroxymelatonin sulfate.
[a] There is no statistically significant difference between the two groups of patients for the different biomarkers analyzed, suggesting that EHS and MCS share a common pathological mechanism for genesis.
[b] Qualitative test.
[c] Data restricted to those not on neuroleptic medication as the simultaneous use of several psychotherapeutic drugs may also be associated with a decrease of this 24-h urine ratio by modifying melatonine metabolism.

stressors, be they chemicals or EMFs. This may have occurred in these patients, as has been shown to occur in several (but not all) animal experiments involving EMF exposure (Oscar and Hawkins, 1977; Persson et al., 1997; Eberhardt et al., 2008; Sirav and Seyhan, 2009). Comparable data using metabolic and genetic biomarkers were also obtained in another large series of EHS patients (De Luca et al., 2014). Overall these data indicate that the clinical use of biomarkers allows the objective characterisation and identification of EHS and MCS as two etiopathologic facets of a unique

pathological disorder, and also allows insight into the genesis of these two diseases.
The development of new imaging techniques has also greatly increased our ability to objectively characterize EHS and MCS. Using ultrasonic cerebral tomosphygmography (UCTS) (Parini et al., 1984), EHS- and EHS/MCS-patients were found to have a statistically significant decrease in mean pulsometric index in several middle cerebral artery-dependant portions of the temporal lobes, especially in the capsulo-thalamic area, which is part of the limbic

D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658



**Fig. 1.** Percentage of EHS self-reporting patients having positive TBARs, GSSG and/or NTT oxidative stress biomarkers measured in the peripheral blood. "Positive" biomarkers correspond to marker levels above the upper normal limit; "total" corresponds to the patients with one or more positive biomarker levels. Black bars show the percentage of patients with one, two or all three of the biomarkers for TBARS, GSSG and NTT. The white bars show the percentage of patients with either TBARs or GSSG or both oxidative stress markers.

system and the thalamus. This suggests that EHS and EHS/MCS may be associated with a brain blood flow (BBF) deficiency and/or neuronal dysfunction in these brain structures (Belpomme et al., 2015; Irigaray et al., 2018a,b). Irigaray et al. (2018c) have recently confirmed that UCTS is the best imaging technique to diagnose EHS and to follow patients treated for EHS and/or MCS.

In addition, using positron emission tomography (PET) it has been shown that short term exposure to pulse-modulated RF-EMF causally affects regional BBF in normal subjects using a mobile phone (Aalto et al., 2006; Huber et al., 2005), a finding that may account for the modifications observed in the sleep and waking EEG (Huber et al., 2002). By use of functional MRI (fMRI) in EHS patients exposed chronically to ELF-EMFs, regional BBF changes have been reported in the frontal lobes, such as abnormal default mode network and more particularly a decrease in BBF and cerebral metabolism. These observations indicate that fMRI may also be a tool for diagnosis of EHS and clinical follow up of patients (Heuser and Heuser, 2017). A decreased BBF-associated pulsometric index decrease in both hemispheres was also recently observed by the Belpomme group by using transcranial Doppler ultrasound (TDU) (Purlauastja and Sorond, 2012) applied to the middle cerebral artery in a study involving 120 EHS and/or MCS patients. This study revealed a decrease in pulsatility index and an increase in diastolic flow velocity in 70% of the 120 cases investigated to date.

In summary it is the strong opinion of the authors that there is presently sufficient clinical, biological and radiological data emanating from different independent international scientific research groups for EHS, whatever its causal origin, to be acknowledged as a well-defined, objectively characterized pathological disorder. As a result, patients who self-report that they suffer from EHS should be diagnosed and treated utilizing presently available objective biological tests, among which are the concentration of peripheral blood biomarkers and the use of imaging techniques such as PET, fMRI and TDU and, when available, UCTS. Whatever its etiological origin and mechanism of action, EHS should be acknowledge by the WHO as a real and distinct neurological and pathological disorder (McCarty et al., 2011; Hedendahl et al., 2015) and thus be included in the International Classification of Diseases.

### 5.2. Possible etiopathogenic processes involved in genesis of electro-hypersensitivity

EMFs, both RF-EMFs at non-thermal intensities and ELF-EMFs, have been found to cause persistent adverse biological effects in microorganisms (Fojt et al., 2004), plants (Roux et al., 2008; Maffei, 2014), birds (Balmori, 2005; Balmori and Hallberg, 2007; Frey, 1993), and mammals. Therefore the effects observed in humans cannot be due to only a nocebo or psychosomatic effect. These biological effects may be due both to the pulsed and polarised characteristics of man-made EMFs emitted by electric or wireless technologies as opposed to the terrestrial non-polarised and continuously emitted natural EMFs (Blackman, 2009; Belyaev, 2015; Panagopoulos et al., 2015).

The inflammatory and oxidative/nitrosative states that have been documented in EHS patients are remarkable since they confirm the data obtained experimentally in animals exposed to non-thermal EMFs (Esmekaya et al., 2011; Burlaka et al., 2013), and especially in the brain (Megha et al., 2015; Kesari et al., 2011). The limbic system—associated capsulo-thalamic abnormalities that the Belpomme group has observed by using UCTS in EHS and/or MCS patients (Belpomme et al., 2015; Irigaray et al., 2018a,c) may likely correspond to the hippocampal neuronal alterations caused by EMF exposure in the rats (Bas et al., 2009; Furtado-Filho et al., 2015; Deshmukh et al., 2013). Fig. 2 summarizes our hypothesis regarding the inflammation and oxidative stress-related mechanisms which may account for EMF- and/or chemically-related health effects in the brain and consequently for EHS genesis.

### 6. Mechanisms whereby low intensity electromagnetic fields cause biological effects and harm

Arguments used in the past to attempt to discount the evidence showing deleterious health effects of ELF-EMFs and RF-EMF exposure at non-thermal SAR levels were based on the difficulties encountered in understanding the underlying biological effects and the lack of recognized basic molecular mechanisms accounting for these effects. This is no longer the case. There are a number of well-documented effects of low intensity EMFs that are the mechanistic basis behind the biological effects documented above (www.

D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658

651

bioinitiative.org). These include induction of oxidative stress, DNA damage, epigenetic changes, altered gene expression and induction including inhibition of DNA repair and changes in intracellular calcium metabolism. Both low-intensity ELF-EMF and non-thermal RF-EMF effects depend on a number of physical parameters and biological variables and physical parameters, which account for the variation in health outcomes (Belyaev, 2015; Belyaev et al., 1999). Importantly, the most severe health effects are observed with prolonged chronic exposures even when intensities are very low (Belyaev, 2017). The physics of non-equilibrium and non-linear systems and quantum mechanics are at least in part the basis of the physical mechanisms responsible for the non-thermal molecular and biological effects of non-thermal EMF radiation (Belyaev, 2015), although a detailed report on these actions is beyond the scope of this review.

Lower RF-EMF intensity is not necessarily less bioactive or less harmful. Non-thermal EMF effects can be observed at intensities which are very close to ordinary background levels and quite similar to intensities emitted by mobile phone base stations. There are time windows for observation of non-thermal EMF effects which may be dependent upon the endpoint measured, the cell type and the duration and power density of exposure. Non-thermal RF-EMF effects are affected by static magnetic fields and electromagnetic stray fields, which result in the variation of non-thermal EMF effects from mobile phones because of adjacent electrical appliances, power lines and other sources of ELF and static magnetic fields, including changes in the geomagnetic field (Gapeev et al., 1999a and b).

Cell-to-cell interactions potentiate the response to non-thermal EMFs (Belyaev et al., 1996). Biological responses to EMFs have been shown to be influenced by sex and age (Zhang et al., 2015; Sirav and Seyhan, 2016). Physiological parameters such as the stage of cell growth, oxygen, divalent ions and temperature are important variables affecting cellular responses to EMFs (Liburdy and Vanek, 1987; Sannino et al., 2011).

### 6.1. Combined exposures

EMFs at non-thermal intensities may interfere with other environmental stressors, showing an interplay of molecular pathways and resulting in either beneficial or detrimental health effects, depending on the nature and conditions of co-exposures (Novoselova et al., 2017; Ji et al., 2016). One example is the demonstration that RF-EMF exposure modulates the DNA damage and repair induced by ionizing radiation (Belyaev et al., 1993). Another example is the synergistic of exposure to lead and EMFs on cognitive function in children described above (Choi et al., 2017; Byun et al., 2017). These co-exposure factors should be considered when assessment of detrimental effects, including carcinogenicity, is performed.

Not all of the effects of EMFs on the nervous system and other organs are necessarily harmful. The best example of a positive effect is the well-documented and clinically useful benefit of applied magnetic fields to promote bone healing (Bassett, 1994). Both ELF-EMF (Zhang et al., 2015) and RF-EMF (Arendash et al., 2010) have been reported to slow cognitive decline in rodent models of Alzheimer's disease. Some human studies report a facilitating effects of cognitive performance (Lee et al., 2001) while Koivisto et al. (2000) reported an increase in response time and vigilance tasks but a decrease in mental arithmetic tasks. These studies clearly show that EMFs have biological effects at non-thermal intensities, but suggest that not all biological effects are necessarily harmful.

### 6.2. Duration of exposure and dose intensity

Such parameters as power density, dose, and duration of exposure have been analyzed for development of reliable safety standards, which would protect against the detrimental health effects of chronic exposure to RF-EMFs at non-thermal intensities. Some studies show no effect under fixed short-term exposures, but this does not imply that there are no effects from longer-term exposures (Choi et al., 2014). Exposure in studies showing RF-EMF effects was on average twice the duration as those with no significant effects (Cucurachi et al., 2013). The response to non-thermal EMFs depends on both power density and duration of exposure. Importantly, the same response is observed with lower power density but prolonged exposure as at higher power density and shorter exposure (Nordenson et al., 1994). While SAR is a good surrogate for thermal RF effects from acute exposures, many studies have shown that SAR should be either replaced by "dose-specific absorption" or power density complimented by duration of exposure for description of non-thermal RF effects (Belyaev, 2015). Recent studies have provided more evidence for the greater importance of dose and duration of exposure than SAR alone for biological and health effects from long-term exposures to non-thermal RF-EMFs (Furtado-Filho et al., 2015).

### 6.3. Oxidative stress

Non-ionizing radiation does not have sufficient energy to directly break chemical bonds, and therefore the DNA damage that occurs with non-ionizing EMF exposures is primarily a consequence of generation of reactive oxygen species (ROS), resulting in oxidative stress. There are numerous animal experiments which clearly demonstrate that non thermal EMFs can cause oxidative stress (Esmekaya et al., 2011; Burlaka et al., 2013), particularly in the brain (Shahin et al., 2017; Dasdag et al., 2012; Megha et al., 2015; Furtado-Filho et al., 2015). Oxidative stress is known to



**Fig. 2.** Hypothetical EHS/MCS common etiopathogenic model based on neuroinflammation and oxidative/nitrosative stress-induced blood brain barrier disruption (Belpomme et al., 2015).

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

play a central role in development of cancer and aging and serves as a signaling agent in the inflammatory response (Holmstrom and Finkel, 2014).

The brain is a particularly important organ for sensitivity to EMFs. Brain cancer resulting from EMF exposures is a serious concern, and EHS is a disease of the central nervous system. Several mechanisms at the cellular and molecular levels have been reported that may be the basis of these non-thermal RF-EMF effects on brain function. ELF- and/or RF-EMF exposure at embryonic or early postnatal stages can alter *in vivo* synaptic efficacy and plasticity of neurons (Balassa et al., 2014), a finding which was further supported by *in vitro* studies showing a significant decrease in the differentiation of neural stem cells into neurons (Eghlidospour et al., 2017), the alteration of transcript levels of neuronal differentiation-related genes and impairment of neurite outgrowth of embryonic neural stem cells exposed to ELF- or RF-EMFs (Ma et al., 2014). These observations support the conclusion that low-intensity but prolonged exposure to non-thermal EMFs may have adverse effects on neurogenesis during development and indicate how important it is to protect the fetus and young child from excessive exposure to all mobile devices.

Animal studies have documented that 900 MHz or 2.45 GHz non thermal RF-EMF exposure in rats, either short term or chronic, can trigger neuronal dysfunction and even apoptosis of hippocampal pyramidal cells (Bas et al., 2009; Shahin et al., 2017) and cerebellum Purkinje cells (Sonmez et al., 2010) through induction of oxidative stress. Exposure of pregnant dams elicited EMF oxidative stress-induced neuronal pathologic changes in offspring (Odaci et al., 2016). Such pathological changes could be due to ROS-induced opening of the BBB (Nordal and Wong, 2005) and/or to ROS-associated brain hypoxia caused by a decrease in EMF-induced BBF and/or EMF-induced hemoglobin deoxygenation (Mousavy et al., 2009; Muehsam et al., 2013). The resulting hypoxia may induce metabolic neuronal dysfunction as in the case of EHS patients (Belpomme et al., 2015) but also neuronal cell death by either apoptosis or necrosis as in the case of Alzheimer's disease and other forms of dementia (Bell and Zlokovic, 2009).

While some consider the laboratory data on EMFs as being inconsistent, showing either detrimental or no effects and on occasion even beneficial effects, the vast majority still show detrimental effects. For example Henry Lai in the Bioinitiative Report Research Summaries Update of November 2017, Chapter 6 on Genotoxic Effects, reported that i) of 46 studies on ELF genotoxicity with the comet assay as the end point, 34 studies (74%) showed detrimental effects, ii). Of 189 total studies on ELF and oxidative stress, 162 (87%) showed a positive correlation, and iii) of 200 studies on RF and free radicals, 180 (90%) showed detrimental effects. One reason for variability between laboratory studies is the strong dependence on low-threshold EMF effects on a number of physical and biological variables (Belyaev, 2010).

### 6.4. Genetic and epigenetic mechanisms

Genetic effects are the most direct cause for carcinogenicity. This is true both for genotoxic changes caused by exposure to EMFs and existing polymorphic genetic differences within a population that increase susceptibility to cancer. DNA can no longer be considered to be unaffected by environmental EMF levels, as many studies have shown that DNA can be activated and damaged by EMFs at levels that have been considered to be safe (Blank and Goodman, 1999).

The primary mechanism through which low-intensity EMFs can alter DNA is through ROS production. Lai and Singh (2004) first reported that a 2 h exposure of rats to 60 Hz EMFs at 0.1–0.5 mT resulted in DNA strand breaks in neurons, and provided evidence

that this effect was mediated by free radical formation and blocked by free radical scavengers. Vijayalaxmi and Prihoda (2009) in a meta-analysis of 87 publications found a biologically small but statistically significant difference between DNA damage in ELF-EMF-exposed somatic cells as compared to controls, and reported evidence for epigenetic changes for some outcomes. For ELF-EMFs this breakage effect was stronger when exposure was intermittent rather than continuous (Nordenson et al., 1994).

Yang et al. (2008) have reported an OR = 4.31 (95% CI = 1.54–12.08) for leukemia in children living within 100 m of a high voltage powerline if they had a certain polymorphism of a DNA repair gene.

Exposure to RF-EMFs can also induce DNA damage under specific conditions (Markova et al., 2005). Tice et al. (2002) and Vijayalaxmi et al. (2013) reported DNA damage and micronuclei formation in cultured human leukocytes and lymphocytes upon exposure to RF-EMF signals of at least 5 W/kg. Not all cell types showed similar responses. Schwartz et al. (2008) reported micronucleus changes in fibroblasts but not lymphocytes exposed to 1950 MHz EMFs. Kesari et al. (2014) also demonstrated DNA strand breaks in the brains of rats exposed for 2 h per day for 60 days to a 3G mobile phone. Changes in DNA secondary structure (Semin, 1995; Diem et al., 2005) and chromosome instability (Mashevich, 2003) have been observed upon exposure to RF-EMFs emitted by mobile phones.

Epigenetic changes, rather than genetic changes in DNA, may underlie many or even most of the biological effects of non-thermal EMFs (Sage and Burgio, 2017). Non-thermal EMFs are epigenetic stressors which can alter gene expression by acting through physical or biochemical processes and be reflected as chromatin remodeling (Belyaev et al., 1997), histone modification (Wei et al., 1990) or altered microRNA (Dasdag et al., 2015) at intensities far below those that cause measureable tissue heating.

Chromatin plays a key regulatory role in controlling gene expression and, more particularly, the access of transcription factors to DNA. It has been shown that extremely low intensity RF-EMF exposure, i.e. at intensities comparable to that of mobile phone and towers, results in changes in chromatin conformation and gene expression (Belyaev et al., 1997; Belyaev and Kravchenko, 1994; Belyaev et al., 2006; Belyaev et al., 2009). In a large number of cells and tissues, compaction of chromatin in specific loci may lead to gene silencing, loss of histone regulatory effects and DNA repair capacity (Wei et al., 1990). Belyaev and collaborators (Markova et al., 2005; Belyaev et al., 2009) have shown that exposure to RF-EMFs emitted by GSM mobile phone alters chromatin conformation in human lymphocytes and inhibits formation of p53-binding protein 1 (53BP1) and phosphorylated histone H2AX (γ-H2AX) DNA repair foci.

EMFs in both the ELF and RF ranges may epigenetically affect DNA by inducing the expression of stress response genes and consequently the synthesis of chaperone stress proteins (Blank and Goodman, 2011a and b). A specific gene sequence has been identified that acts as a sort of antenna, specifically sensitive and responsive to EMFs (Blank and Goodman, 2011b). This is a gene sequence coding for HSP70, a protein belonging to a family of conserved, ubiquitously expressed "heat shock proteins" that sense danger signals and protect cells from the most disparate stress conditions. This is an unambiguous demonstration that EMF exposure even at non-tissue heating intensities has the potential to be harmful to cells and organisms. The HSP70 promotor contains different DNA regions that are specifically sensitive to diverse stressors, thermal and non-thermal. The EMFs are specifically perceived by the sequences sensitive to non-thermal stimuli. During the process of HSP70-response induction, EMFs can activate directly the HSP70 gene promoter (Rodrequez-De la Fuente et al.,

D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658

2010) which contains a magnetic field-responsive domain (Lin et al., 1999, 2001).

EMF-related HSP70 and HSP27 stress responses have been detected in the hippocampus of rats exposed to non-thermal EMFs (Yang et al., 2012). Shahin et al. (2017) reported that mice exposed to 2G mobile phones continuously for four months showed elevated ROS, lipid peroxidation, total nitrate and nitrite concentrations and malondialdehyde levels in homogenates of different tissues, and decreased levels of several antioxidant enzymes. These observations justify the use of these markers to characterize EHS in patients who report that they are sensitive to EMFs.

The EMF effects have been suggested to be mediated by the mitogen-activated protein kinase (MAPk) cascades, which is a central signaling transduction pathway which governs all stress-related cellular processes occurring in response to extracellular stimuli (Friedman et al., 2007). It has been shown that long term exposure of cells to mobile phone frequencies or to ELF-EMFs (Goodman et al., 2009) activates the extracellular-signal regulated kinase (ERK), which is one of the four MAPk cascades so far identified.

Non-thermal RF-EMFs may also alter expression of other genes. As long ago as Byus et al., 1988 showed that 450 MHz RF increased ornithine decarboxylase activity in hepatoma cells. Markova et al. (2005) exposed human fibroblasts and mesenchymal stem cells to mobile phone RF-EMFs with analysis of tumor suppressor p53 binding protein 1. Formation of 53BP1 foci was inhibited in both cells types, but the stem cells always showed a greater response. Fragopoulou et al. (2011) exposed mice to either a typical mobile phone or a wireless DECT base station and analyzed the brain proteome. They found significant alteration in 143 specific proteins (ranging from a 0.003 fold downregulation to up to a 114-fold overexpression.) Luo et al. (2013) exposed pregnant women undergoing a first trimester abortion to a mobile phone applied to the abdomen and performed a proteomic analysist of placental villous tissue. They report 15 proteins which were significantly altered by at least 2- to 2.5-fold in exposed women as compared to control women. Twelve of these proteins were identified. Yan et al. (2008) exposed rats to mobile phones 6 h per day for 126 days, and found upregulation of specific mRNAs that regulated several proteins, including calcium ATPase, neural cell adhesion molecule, neural growth factor and vascular endothelial growth factor. EMFs at non thermal levels may not only alter the expression of many proteins but also may directly affect protein conformation (Fragopoulou et al., 2011; Bohr and Bohr, 2013; Beyer et al., 2013) and modify enzyme activity (Vojisavljevic et al., 2010), so altering the regulating capacity of the epigenome. These are epigenetic, not genetic, effects (Sage and Burgio, 2017).

Non-thermal EMF exposure can epigenetically interfere with the differentiation and proliferation programs of stem cells in fetal and adult tissues through ROS production (Wolf et al., 2007; Falone et al., 2007; Ayşe et al., 2010; Park et al., 2014). Stem cells are the most sensitive cells to EMF exposure (Eghlidospour et al., 2017; Markova et al., 2010) and this is particularly the case for neural stem cells of the hippocampus (Leone et al., 2014).

The endogenous natural ionic currents and electrical fields in the human body (Jaffe and Nuccitelli, 1977) are vulnerable to the oscillary properties of non-thermal EMFs. These consequently may cause detrimental effect on cell differentiation and proliferation in adult tissues (Levin, 2003) in addition to the effects on cell differentiation, proliferation and migration in the fetus (Wolf et al., 2007; Ayşe et al., 2010; Leone et al., 2014). Fetal programming cannot be reduced to only genetic programs. Developmental processes are essentially epigenetic (Leone et al., 2014), and exposure to epigenetic stressors such as non-thermal EMFs are much more dangerous for the fetus than for the adults.

### 6.5. Calcium regulation

There has long been evidence that EMFs alter several aspects of calcium function. This is important because calcium regulates many different aspects of cell function. Bawin and Adey (1976) reported that very weak ELF-EMFs trigger efflux of calcium from isolated chick brain, although the implications of this observation were not clear. Later they reported a similar action of RF-EMFs (Adey et al., 1982). Pulsed low-frequency EMFs promote bone healing and promote calcium uptake into bone (Spadaro and Bergstrom, 2002) and osteoblasts (Zhang et al., 2010). 50 Hz EMFs increase the number of voltage-gated calcium channels in neuroendocrine cells (Grasso et al., 2004) and presynaptic nerve cell terminals (Sun et al., 2016). Wei et al. (2015) found that ELF-EMFs also altered the frequency of calcium transients in cardiomyocytes and decreased calcium concentrations in sarcoplasmic reticulum. These changes in calcium in heart muscle may be the basis for the cardiovascular effects reported in humans on exposure to EMFs (Havas, 2013). In spite of numerous studies reporting altered calcium metabolism upon exposure to both ELF- and RF-EMFs, the overall implications of these effects are still not clear. However, some have suggested (Ledoigt and Belpomme, 2013) that calcium activation of proteins could be the initial event that results in altered protein configuration, leading to generation of ROS and ultimately activating the molecular pathways to cancer.

## 7. Public Health Implications of Human Exposure to EMFs

The incidence of brain cancer in children and adolescents has increased between 2000 and 2010 (Ostrom et al., 2015). Gliomas are increasing in the Netherlands (Ho et al., 2014), glioblastomas are increasing in Australia (Dobes et al., 2011) and England (Philips et al., 2018) and all brain cancers are increasing in Spain (Etxeberrua et al., 2015) and Sweden (Hardell and Carlberg, 2017). The latency period between initial exposure and clinical occurrence of brain cancer is not known but is estimated to be long. While not all reports of brain cancer rates show an increase, some do. The continually increasing exposure to EMFs from all sources may contribute to these increases. The prevalence of EHS is unknown, but various reports suggest that it is between 1 and 10% of the population (Hallberg and Oberfeld, 2006; Huang et al., 2018). Male fertility has been declining (Geoffroy-Siraudin et al., 2012; Levine et al., 2017). EMFs increase the risk of each of these diseases and others. Alzheimer's disease is increasing in many countries worldwide and its association with ELF-EMF occupational exposure has been clearly demonstrated through several independent epidemiological studies (Davanipour and Sobel, 2009; Sobel et al., 1996; Qiu et al., 2004) and a meta-analysis of these studies (García et al., 2008). A recent meta-analysis (Huss et al., 2018) has reported an increased risk of amyotrophic lateral sclerosis in workers occupationally exposure to ELF-EMFs.

Safety limits for RF exposure have been based (until today) on the thermal effects of EMFs. But these standards do not protect people, particularly children, from the deleterious health effects of non-thermal EMFs (Nazıroğlu et al., 2013; Mahmoudabadi et al., 2015). Each of these diseases is associated with decrements in health and quality of life. Brain cancer patients often die in spite of some improvement in treatment, while EHS patients present with increased levels of distress, inability to work, and progressive social withdrawal. The ability for humans to reproduce is fundamental for the maintenance of our species.

The scientific evidence for harm from EMFs is increasingly strong. We do not advocate going back to the age before electricity or wireless communication, but we deplore the present failure of public health international bodies to recognize the scientific data

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

showing the adverse effects of EMFs on human health. It is encouraging that some governments are taking action. France has removed WiFi from pre-schools and ordered Wi-Fi to be shut off in elementary schools when not in use (http://www.telegraph.co.uk. news/2017/12/11/france-ipose-total-ban-mobile-phones-schools/). The State of California Department of Public Health has issued a warning on use of mobile phones and offered advice on how to reduce exposure (State of California, 2017). There are many steps that are neither difficult nor expensive that can be taken to use modern technology but in a manner that significantly reduces threats to human health.

It is urgent that national and international bodies, particularly the WHO, take this significant public health hazard seriously and make appropriate recommendations for protective measures to reduce exposures. This is especially urgently needed for children and adolescents. It is also important that all parts of society, especially the medical community, educators, and the general public, become informed about the hazards associated with exposure to EMFs and of the steps that can be easily taken to reduce exposure and risk of associated disease.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at https://doi.org/10.1016/j.envpol.2018.07.019.

## References

Aalto, S., Haarala, C., Brück, A., Sipilä, H., Hämäläinen, H., Rinne, J.O., 2006. Mobile phone affects cerebral blood flow in humans. J. Cerebr. Blood Flow Metabol. 26, 885–890.

AAP (American Academy of Pediatrics), 2013. American Academy of Pediatrics Demands FCC Protect Children from Cell Phone & Wireless Radiation. Letter from the American Academy of Pediatrics to the FCC Regarding Radiofrequency Electromagnetic Radiation Standards. Available at: the FCC's web site at. http:// bit.ly/17tQclg.    http://www.saferemr.com/2013/09/american-academy-of-pediatrics-demands.html.

Adey, W.R., Bawin, S.M., Lawrence, A.F., 1982. Effects of weak amplitude-modulated microwave fields on calcium efflux from awake cat cerebral cortex. Bio-electromagnetics 3, 295–307.

Agarwal, A., Desai, N.R., Makker, K., Varghese, A., Mouradi, R., Sabanegh, E., et al., 2009. Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil. Steril. 92, 1318–1325.

AGNIR (Advisory Group of Non-ionizing Radiation), 2012. Health Effects from Radiofrequency Electromagnetic Fields. Report of the independent advisory group on non-ionising radiation. April 2012.

Ahlbom, A., Day, N., Feychting, M., Roman, E., Skinner, J., Dockerty, J., et al., 2000. A pooled analysis of magnetic fields and childhood leukaemia. Br. J. Canc. 843, 692–698.

Akhavan-Sigari, R., Baf, M.M., Ariabod, V., Rohde, V., Rahighi, S., 2014. Connexion between cell phone use, p53 gene expression in different zones of glioblastoma multiforme and survival prognoses. Rare Tumors 2014 (6), 5350. https:// doi.org/10.4081/rt.2014.5350.

Aldad, T.S., Gan, G., Gao, X.B., Taylor, H.S., 2012. Fetal radiofrequency radiation exposure from 800-1900 MHz-rated cellular telephones affects neuro-development and behavior in mice. Sci. Rep. 2, 312.

ANSES (French Agency for Food, Environmental and Occupational Health & Safely), 2013. Radiofrequences et sante. October 2013.

ANSES (French Agency for Food, Environmental and Occupational Health & Safely), 2017. Hypersensibilite Electromagnetique Ou Intolerance Environnementale Idi-opathique Attribuee Aux Champs Electromagnetiques. Pre-rapport du groupe de travail "Radiofrequence et Sante.").

Arendash, G.W., Sanchez-Ramos, J., Mori, T., Mamcarz, M., Lin, X., Runfeldt, M., et al., 2010. Electromagnetic field treatment protects against and reverses cognitive impairment in Alzheimer's disease mice. J. Alzheim. Dis. 19, 191–210.

Augner, C., Hacker, G.W., Oberfeld, G., Florian, M., Hitzl, W., Hutter, et al., 2010. Effects of exposure to GSM mobile phone base station signals on salivary cortisol, alpha-amylase, and immunoglobulin A. Biomed. Environ. Sci. 23, 199–207.

Ayşe, I.G., Zafer, A., Sule, O., Işil, I.T., Kalkan, T., 2010. Differentiation of K562 cells under ELF-EMF applied at different time courses. Electromagn. Biol. Med. 29, 122–130.

Baan, R., Grosse, Y., Lauby-Secretan, B., El Ghissassi, F., Bouvard, V., et al., 2011. Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncol. 12, 624–626.

Balassa, T., Varró, P., Elek, S., Drozdovszky, O., Szemerszky, R., Világi, I., et al., 2014. Changes in synaptic efficacy in rat brain slices following extremely low-frequency magnetic field exposure at embryonic and early postnatal age. Int. J. Dev. Neurosci. 31, 724–730.

Balmori, A., 2005. Possible effects of electromagnetic fields from masts on a population of white stork (Ciconia ciconia). Electromagn. Biol. Med. 24, 109–119.

Balmori, A., Hallberg, O., 2007. The urban decline of the house sparrow (Passer domesticus): a possible link with electromagnetic radiation. Electromagn. Biol. Med. 26, 141–151.

Bas, O., Odaci, E., Kaplan, S., Acer, N., Ucok, K., Colakoglu, S., 2009. 900 MHz elec-tromagnetic field exposure affects qualitative and quantitative features of hippocampal pyramidal cells in the adult female rat. Brain Res. 1265, 178–185.

Bassett, A., 1994. Therapeutic uses of electric and magnetic fields in orthopaedics. In: Carpenter, D.O., Ayrapetyan. S. (Eds.), Biological Effects of Electric and Magnetic Fields, vol. 2, pp. 13–48.

Bawin, S.M., Adey, W.R., 1976. Sensitivity of calcium binding in cerebral tissue to weak environmental electric fields oscillating at low frequency. Proc. Natl. Acad. Sci. Unit. States Am. 73, 1999–2003.

Bell, R.Z., Zloković, B.V., 2009. Neurovascular mechanisms and blood-brain barrier disorder in Alzheimer's disease. Acta Neuropathol. 118, 103–113.

Belpomme, D., Campagnac, C., Irigaray, P., 2015. Reliable disease biomarkers char-acterizing and identifying electrohypersensitivity and multiple chemical sensitivity as two etiopathogenic aspects of a unique pathological disorder. Rev. Environ. Health 30, 251–271.

Belyaev, I.Y., 2010. Dependence of non-thermal biological effects of microwaves on physical and biological variables: implications for reproducibility and safety standards. Eur J Oncol Library 5, 187–218.

Belyaev, I., 2015. Biophysical mechanisms for nonthermal microwave effects. In: Markov, M. (Ed.), Electromagnetic Fields in Biology and Medicine, vol. 2015. CRC Press, Boca Raton, London, New York, pp. 49–68.

Belyaev, I., 2017. Duration of exposure and dose in assessing nonthermal biological effects of microwaves. In: Dosimetry in Bioelectromagnetics. CRC Press, pp. 171–184.

Belyaev, I.Y., Alipov, Y.D., Harms-Ringdahl, M., 1997. Effects of zero magnetic field on the conformation of chromatin in human cells. Biochim. Biophys. Acta 1336, 465–473.

Belyaev, I.Y., Alipov, Y.D. Harms-Ringdahl, M., 1999. Effects of weak ELF on E. coli cells and human lymphocytes: role of genetic, physiological, and physical pa-rameters. In: Bersani, F. (Ed.), Electricity and Magnetism in Biology and Medi-cine. Kluwer Academic/Plenum Publ, New York, pp. 481–484.

Belyaev, I., Dean, A., Eger, H., Hubmann, G., Jandrisovits, R., Kern, M., et al., 2016. EUROPAEM EMF Guideline 2016 for the prevention, diagnosis and treatment of EMF-related health problems and illnesses. Rev. Environ. Health 31, 363–397.

Belyaev, I.Y., Koch, C.B., Terenius, O., Roxstrom-Lindquist, K., Malmgren, L.O., Sommer, W., et al., 2006. Exposure of rat brain to 915-MHz GSM microwaves induces changes in gene expression but not double stranded DNA breaks or effects on chromatin conformation. Bioelectromagnetics 27, 295–306.

Belyaev, IYa, Kravchenko, V.G., 1994. Resonance effect of low-intensity millimeter waves on the chromatin conformational state of rat thymocytes. Z. Naturforsch. C Biosci. 49, 352–358.

Belyaev, I.Y., Markovà, E., Hillert, L., Malmgren, L.O., Persson, B.R., 2009. Microwaves from UMTS/GSM mobile phones induce long-lasting inhibition of 53BP1/gamma-H2AX DNA repair foci in human lymphocytes. Bioelectromagnetics 30, 129–141.

Belyaev, I.Y., Shcheglov, V.S., Alipov, Y.D., Polunin, V.A., 1996. Resonance effect of millimeter waves in the power range from 10(-19) to 3 x 10(-3) W/cm2 on Escherichia coli cells at different concentrations. Bioelectromagnetics 17, 312–321.

Belyaev, I.Y., Shcheglov, V.S., Alipov, Y.D., Radko, S.P., 1993. Regularities of separate and combined effects of circularly polarized millimeter waves on E. coli cells at different phases of culture growth. Bioelectrochem. Bioenerg. 31, 49–63.

Bergqvist, U., Vogel, E., Authors, 1997. Possible health implications of subjective symptoms and electromagnetic fields. In: A Report Prepared by a European Group of Experts for the European Commission, DGV. Arbete Och Hälsa, 19. Swedish National Institute for Working Life, Stockholm, Sweden. Available from: http://www2.niwl.se/forlag/en/.

Beyer, C., Christen, P., Jelesarov, I., Fröhlich, J., 2013. Experimental system for real-time assessment of potential changes in protein conformation induced by electromagnetic fields. Bioelectromagnetics 34, 419–428.

Birks, L., Guxens, M., Papadopoulou, E., Alexander, J., Ballester, F., Estarlich, M., et al., 2017. Maternal cell phone use during pregnancy and child behavioral problems in five birth cohorts. Environ. Int. 104, 122–131.

Blackman, C., 2009. Cell phone radiation. Evidence from ELF and RF studies sup-porting more inclusive risk identification and assessment. Pathophysiology 16, 205–216.

Blank, M., Goodman, R., 1999. Electromagnetic fields may act directly on DNA. J. Cell. Biochem. 75, 369–374.

Blank, M., Goodman, R., 2011a. Electromagnetic fields stress living cells. Patho-physiology 16, 71–78.

Blank, M., Goodman, R., 2011b. DNA is a fractal antenna in electromagnetic fields. Int. J. Radiat. Biol. 87, 409–415.

Bohr, H., Bohr, J., 2013. Microwave enhanced kinetics observed in ORD studies of a protein. Bioelectromagnetics 21, 68–72.

Burlaka, A., Tsybulin, O., Sidorik, E., Lukin, S., Polishuk, V., Tsehmistrenko, S., et al., 2013. Overproduction of free radical species in embryonal cells exposed to low

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

655

intensity radiofrequency radiation. Exp. Oncol. 35, 219–225.

Byun, Y.H., Ha, M., Kwon, H.J., Hong, Y.C., Leem, J.H., Salong, J., et al., 2017. Mobile phone use, blood lead levels, and attention deficit hyperactivity symptoms in children: a longitudinal study. PLoS One 8, e59742.

Byus, C.V., Karun, K., Pieper, S., Ady, W.R., 1988. Increased ornithine decarboxylase activity in cultured cells exposed to low frequency modulated microwave fields and porbol ester tumor promoters. Canc. Res. 48, 4222–4226.

Cardis, E., Armstrong, B.K., Bowman, J.D., Giles, G.G., Hours, M., Krewski, D., et al., 2011. Risk of brain tumours in relation to estimated RF dose from mobile phones: results from five Interphone countries. Occup. Environ. Med. 68, 631–640.

Cardis, E., Deltour, I., Mann, S., Moissonnier, M., Taki, M., Varsier, N., et al., 2008. Distribution of RF energy emitted by mobile phones in anatomical structures of the brain. Phys. Med. Biol. 53, 2771–2783.

Carlberg, M., Hardell, L., 2014. Decreased survival of glioma patients with astrocytoma grade IV (glioblastoma multiforme) associated with long-term use of mobile and cordless phones. Int. J. Environ. Res. Publ. Health 11, 10790–10805.

Carlberg, M., Hardell, L., 2015. Pooled analysis of Swedish case-control studies during 1997-2003 and 2007-2009 on meningioma risk associated with the use of mobile and cordless phones. Oncol. Rep. 33, 3093–3098.

Carlberg, M., Hardell, L., 2017. Evaluation of mobile phone and cordless phone use and glioma risk using the Bradford Hill viewpoints from 1965 on association or causation. BioMed Res. Int. 2017, 9218486. https://doi.org/10.1155/2017/9218486.

Carpenter, D.O., 2006. Environmental contaminants and learning and memory. Int. Congr. 1287, 185–189.

Carpenter, D.O., 2015. The microwave syndrome or electro-hypersensitivity: historical background. Rev. Environ. Health 30, 217–222.

Carter, B., Rees, P., Haie, L., Bhattacharjee, D., Paradkar, M.S., 2016. Association between portable screen-based media device access or use and sleep outcomes: a systematic review and meta-analysis. JAMA Pediatr 170, 1202–1208.

Cea-Soriano, L., Wallander, M.A., Garcia Rodriguez, L.A., 2012. Epidemiology of meningioma in the United Kingdom. Neuroepidemiology 39, 27–34.

Choi, K.H., Ha, M., Ha, E.H., Park, H., Kim, Y., Hong, Y.C., et al., 2017. Neurodevelopment for the first three years following prenatal mobile phone use, radiofrequent radiation and lead exposure. Environ. Res. 156, 810–817.

Choi, S.B., Kwon, M.K., Chung, J.W., Park, J.S., Chung, K., Kim, D.W., 2014. Effects of short-term radiation emitted by WCDMA mobile phones on teenagers and adults. BMC Publ. Health 14, 438.

Chrousos, G.P., Gold, P.W., 1992. The concepts of stress and stress system disorders. Overview of physical and behavioral homeostasis. JAMA 267, 1244–1252.

Coureau, G., Bouvier, G., Lebailly, P., Fabbro-Peray, P., Gruber, A., Leffondre, K., et al., 2014. Mobile phone use and brain tumours in the CERENAT case-control study. Occup. Environ. Med. 71, 514–522.

Cucurachi, S., Tamis, W.L., Vijver, M.G., Peijnenburg, W.J., Bolte, J.F., de Snoo, G.R., 2013. A review of the ecological effects of radiofrequency electromagnetic fields (RF-EMF). Environ. Int. 51, 116–140.

Dasdag, S., Akdag, M.Z., Kizil, G., Kizil, M., Cakir, D.U., Yokus, B., 2012. Effect of 900 MHz radio frequency radiation on beta amyloid protein, protein carbonyl, and malondialdehyde in the brain. Electromagn. Biol. Med. 31, 67–74.

Dasdag, S., Akdag, M.Z., Erdal, M.E., Erdal, N., Av, O.L., Ay, M.E., et al., 2015. Effects of 2.4 GHz radiofrequency radiation emitted from Wi-Fi equipment on microRNA expression in brain tissue. Int. J. Radiat. Biol. 91, 555–561.

Davanipour, Z., Sobel, E., 2009. Long-term exposure to magnetic fields and the risks of Alzheimer's Disease and breast cancer. Pathophysiology 16, 149–156.

De Luca, C., Thai, J.C., Raskovic, D., Cesareo, E., Caccamo, D., Trukhanov, A., et al., 2014. Metabolic and genetic screening of electromagnetic hypersensitive subjects as a feasible tool for diagnostics and intervention. Mediat. Inflamm. 2014, 924184.

Deshmukh, P.S., Megha, K., Banerjee, B.D., Ahmed, R.S., Chandna, S., Abegaonkar, M.P., Tripathi, A.K., 2013. Detection of low level microwave radiation induced deoxyribonucleic acid damage vis-a-vis genotoxicity in brain of fischer rats. Toxicol. Int. 20, 19–24.

Deshmukh, P.S., Nasare, N., Megha, K., Banerjee, B.D., Ahmed, R.S., Singh, D., et al., 2015. Cognitive impairment and neurogenotoxic effects in rats exposed to low-intensity microwave radiation. Int. J. Toxicol. 34, 284–290.

Diem, E., Schwarz, C., Adlkofer, F., Jahn, O., Rüdiger, H., 2005. Non-thermal DNA breakage by mobile-phone radiation (1800 MHz) in human fibroblasts and in transformed GFSH-R17 rat granulosa cells in vitro. Mutat. Res. 583, 178–183.

Dieudonné, M., 2016. Does electromagnetic hypersensitivity originate from nocebo responses? Indications from a qualitative study. Bioelectromagnetics 37, 14–24.

Divan, H.A., Kheifets, L., Obel, C., Olsen, J., 2008. Prenatal and postnatal exposure to cell phone use and behavioral problems in children. Epidemiology 19, 523–529.

Divan, H.A., Kheifets, L., Obel, C., Olsen, J., 2012. Cell phone use and behavioural problems in young children. J. Epidemiol. Community Health 66, 524–529.

Dobes, M., Khurana, V.G., Shadbolt, B., Jain, S., Smith, S.F., Smee, R., et al., 2011. Increasing incidence of glioblastoma multiforme and meningioma, and decreasing incidence of Schwannoma (2000-2008): findings of a multicentre Australian study. Surg. Neurol. Int. 2, 176.

Dodge, C.H., 1970. Clinical and hygienic aspects of exposure to electromagnetic fields. In: Cleary, S.I. (Ed.), Biol. Effects and Health Implications of Microwave Radiation, "Symp. Proc. vols. 70–72, pp. 140–149. USDHEW, Dept. BRH/DBE.

Duan, Y., Zhang, Z., Bu, R.F., 2011. Correlation between cellular phone use and epithelial parotid gland malignancies. Int. J. Oral Maxillofac. Surg. https://doi.org/10.1016/j.ijom.2011.03.007.

Eberhardt, J.L., Persson, B.R.R., Brun, A.E., Salfor, L.G., Malmgren, L.O.G., 2008. Blood-brain barrier permeability and nerve cell damage in rat brain 14 and 28 days after exposure to microwaves from GSM mobile phones. Electromagn. Biol. Med. 27, 215–229.

Eghlidospour, M., Ghanbari, A., Mortazavi, S.M.J., Azari, H., 2017. Effects of radiofrequency exposure emitted from a GSM mobile phone on proliferation, differentiation, and apoptosis of neural stem cells. Anat Cell Biol 50, 115–123.

Eltiti, S., Wallace, D., Russo, R., Fox, E., 2015. Aggregated data from two double-blind base station provocation studies comparing individuals with idiopathic environmental intolerance with attribution to electromagnetic fields and controls. Bioelectromagnetics 36, 96–107.

Esmekaya, M.A., Ozer, C., Seyhan, N., 2011. 900 MHz pulse-modulated radiofrequency radiation induces oxidative stress on heart, lung, testis and liver tissues. Gen. Physiol. Biophys. 30, 84–89.

Etxeberrua, H., San Roman, E., Burgui, R., Guevara, M., Moreno-Iribas, C., Urbina, M.J., Ardanaz, E., 2015. Brain and central nervous system cancer incidence in Navarre (Spain), 1973-2008 and projections for 2014, J. Canc. 6, 177–183.

Falcioni, L., Bua, L., Tibaldi, M., Lauriola, L., De Angelis, F., Gnudi, F., et al., 2018. Report of final results regarding brain and heart tumors in Sprague-Dawley rats exposed from prenatal life until natural death to mobile phone radiofrequency field representative of a 1.8 GHz GSM base station. Environ. Res. 65, 496–503.

Falone, S., Grossi, M.R., Cinque, B., D'Angelo, B., Tettamanti, E., Cimini, A., et al., 2007. Fifty hertz extremely low-frequency electromagnetic field causes changes in redox and differentiative status in neuroblastoma cells. Int. J. Biochem. Cell Biol. 39, 2093–2106.

Fojt, L., Strasák, L., Vetterl, V., Smarda, J., 2004. Comparison of the low-frequency magnetic field effects on bacteria *Escherichia coli, Leclercia adecarboxylata* and *Staphylococcus aureus*. Bioelectrochemistry 63, 337–341.

Fragopoulou, A.F., Samara, A., Antonelou, M.H., Xanthopoulou, A., Papadopoulou, A., Vougas, K., et al., 2011. Brain proteome response following whole body exposure of mice to mobile phone or wireless DECT base radiation. Electromagn. Biol. Med. 31, 250–274.

Frey, A.H., 1993. Electromagnetic field interactions with biological systems. FASEB J 7, 272–281.

Friedman, J.I, Kraus, S., Hauptman, Y., Schiff, Y., Seger, R., 2007. Mechanism of short-term ERK activation by electromagnetic fields at mobile phone frequencies. Biochem. J. 405, 559–568.

Furtado-Filho, O.V., Borba, J.B., Maraschin, T., Souza, L.M., Henriques, J.A., Moreira, J.C., Saffi, J., 2015. Effects of chronic exposure to 950 MHz ultra-high-frequency electromagnetic radiation on reactive oxygen species metabolism in the right and left cerebral cortex of young rats of different ages. Int. J. Radiat. Biol. 91, 891–897.

Gandhi, O.P., Lazzi, G., Furse, C.M., 1996. Electromagnetic absorption in the human head and neck for mobile telephones at 835 and 1900 MHz. IEEE Trans. Microw. Theor. Tech. 44 (10), 1884–1897.

Gandhi, O.P., Morgan, L.L., de Salles, A.A., Han, Y.Y., Herberman, R.F, Davis, D.L., 2012. Exposure limits: the underestimation of absorbed cell phone radiation, especially in children. Electromagn. Biol. Med. 31, 34–51.

Gapeev, A.B., Iakushina, V.S., Chemeris, N.K., Fesenko, E.E., 1999a. Modulated extremely high frequency electromagnetic radiation of low intensity activates or inhibits respiratory burst in neutrophils depending on modulation frequency (in Russian). Biofizika 42, 1125–1134.

Gapeev, A.B., Iakushina, V.S., Chemeris, N.K., Fesenko, E.E., 1999b. Dependence of EHF EMF effects on the value of the static magnetic field. Dokl. Akad. Nauk. 369, 404–407.

García, A.M., Sisternas, A., Hoyos, S.P., 2008. Occupational exposure to extremely low frequency electric and magnetic fields and Alzheimer disease: a meta-analysis. Int. J. Epidemiol. 37, 329–340.

Geoffroy-Straudin, C., Loundou, A.D., Romain, F., Achard, V., Courbiere, B., Perrad, M.H., et al., 2012. Decline of semen quality among 10932 males consulting for couple infertility over a 20-year period in Marseille, France. Asian J Andol 14, 584–490.

Goodman, R., Lin-Ye, A., Geddis, M.S., Wickramaratne, P.J., Hodge, S.E., Pantazatos, S.P., et al., 2009. Extremely low frequency electromagnetic fields activate the EMX cascade, increase hsp70 protein levels and promote regeneration in Planaria. Int. J. Radiat. Biol. 85, 851–859.

Grasso, C.M., D'Ascenzo, M., Torsello, A., Martinotti, G., Wolf, F., Cittadini, A., et al., 2004. Effects of 50 Hz electromagnetic fields on voltage-gated $Ca^{2+}$ channels and their role in modulation of neuroendocrine cell proliferation and death. Cell Calcium 35, 307–315.

Greenland, S., Sheppard, A.R., Kaune, W.T., Poole, C., Kelsh MA for the Childhood Leukemia-EMF Study Group, 2000. A pooled analysis of magnetic fields, wire codes, and childhood leukemia. Epidemiology 11, 624–634.

Grell, K., Frederiksen, K., Schüz, J., Cardis, E., Armstrong, B., Siemiatycki, J., et al., 2016. The intracranial distribution of gliomas in relation to exposure from mobile phones: analyses from the INTERPHONE study. Am. J. Epidemiol. 184, 818–828.

Grigoriev, Y.G., Grigoriev, O.A., Ivanov, A.A., Lyaginskaya, A.M., Merkulov, A.V., Stepanov, V.S., et al., 2010. Autoimmune process after long-term low-level exposure to electromagnetic field (experimental results). Part 1. Mobile communications and changes in electromagnetic conditions for the population: need for additional substantiation of existing hygienic standards. Biophysics 55, 1041–1045.

656                                    D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658

Ha, M., Im, H., Lee, M., Kim, H.J., Kim, B.-C., Kim, B.-C., Gimm, Y.-M., Pack, J.-K., 2007. Radio-frequency radiation exposure from AM radio transmitters and childhood leukemia and brain cancer. Am. J. Epidemiol. 168, 270–279.

Hallberg, O., Oberfeld, G., 2006. Letter to the editor: will we all become electro-sensitive? Electromagn. Biol. Med. 25, 189–191.

Hardell, L., 2017. World Health Organization, radiofrequency radiation and health — a hard nut to crack (Review). Int. J. Oncol. 51, 405–413.

Hardell, L., Carlberg, M., Söderqvist, F., Hansson Mild, K., 2013. Pooled analysis of case-control studies on acoustic neuroma diagnosed 1997-2003 and 2007-2009 and use of mobile and cordless phones. Int. J. Oncol. 43, 1036–1044.

Hardell, L., Carlberg, M., 2014. Long-term mobile phone use and acoustic neuroma. Epidemiology 25, 778.

Hardell, L., Carlberg, M., 2015. Mobile phone and cordless phone use and the risk for glioma — analysis of pooled case-control studies in Sweden, 1997-2003 and 2007-2009. Pathophysiology 22, 1–13.

Hardell, L., Carlberg, M., 2017. Mobile phones, cordless phones and rates of brain tumors in different age groups in the Swedish National Inpatient Register and the Swedish Cancer Register during 1998-2015. PLoS One 12 (10) e0185461. https://doi.org/10.1371/journal.pone.0185461.

Hardell, L., Näsman, Å., Påhlson, A., Halkquist, A., Hansson Mild, K., 1990. Use of cellular telephones and the risk for brain tumours: a case-control study. Int. J. Oncol. 15, 113–116.

Hansson Mild, K., Repacholi, M., van Deventer, E., Ravazzani, P. (Eds.), 2006. Electromagnetic Hypersensitivity: Proceedings, International Workshop on EMF Hypersensitivity, Prague, Czech Republic, October 25-27, 2004. Geneva (Switzerland), WHO Press, p. 16.

Havas, M., 2013. Radiation from wireless technology affects the blood, the heart, and the autonomic nervous system. Rev. Environ. Health 28, 75–84.

Hedendahl, L., Carlberg, M., Hardell, L., 2015. Electromagnetic hypersensitivity - an increasing challenge to the medical profession. Rev. Environ. Health 30, 209–215.

Heuser, G., Heuser, S.A., 2017. Functional brain MRI in patients complaining of electrohypersensitivity after long term exposure to electromagnetic fields. Rev. Environ. Health 32, 291–299.

Ho, V.K.Y., Reijneveld, J.C., Enting RHBienfait, H.P., Robe, P., Baumert, B.G., Visser, O., on behalf of the Dutch Society of Neuro-Oncology, 2014. Changing incidence and improved survival of gliomas. Eur. J. Canc. 50, 2309–2318.

Holmstrom, K.M., Finkel, T., 2014. Cellular mechanisms and physiological consequences of redox-dependent signaling. Nat. Rev. Mol. Cell Biol. 15, 411–421.

Huang, P.C., Cheng, M.T., Guo, H.R., 2018. Representative survey on idiopathic environmental intolerance attributed to electromagnetic fields in Taiwan and comparison with the international literature. Environ. Health 17, 5–12.

Huber, R., Treyer, V., Schuderer, J., Berthold, T., Buck, A., Kuster, N., et al., 2005. Exposure to pulse-modulated radio frequency electromagnetic fields affects regional cerebral blood flow. Eur. J. Neurosci. 21, 1000–1006.

Huber, R., Treyer, V., Borbély, A.A., Schuderer, J., Gottselig, J.M., Landolt, H.P., et al., 2002. Electromagnetic fields, such as those from mobile phones, alter regional cerebral blood flow and sleep and waking EEG. J. Sleep Res. 11, 289–295.

Huss, A., Peters, S., Vermeulen, R., 2018. Occupational exposure to extremely low-frequency magnetic fields and the risk of ALS: a systematic review and meta-analysis. Bioelectromagnetics 39, 156–163.

IARC (International Agency for Research on Cancer), 2002. IARC monographs on the evaluation of carcinogenic risks to humans. In: Non-ioizing Radiation, Part 1: Static and Extremely Low-frequency (ELF) Electric and Magnetic Fields, vol. 80. IARC Press, Lyon, France, 341pp.

IARC (International Agency for Research on Cancer), 2013. IARC monographs on the evaluation of carcinogenic risks to humans. In: Non-ionization Radiation, Part 2: Radiofrequency Electromagnetic Fields, vol. 102. IARC Press, Lyon, France, 406 pp.

IEG (Independent Expert Group on Mobile Phones), 2000. Report of the Group (The Stewart Report). Available at: www.iegmp.org.uk/report/index.htm.

Interphone Study Group, 2011. Acoustic neuroma risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Cancer Epidemiol 35, 453–464.

Interphone Study Group, 2010. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Int. J. Epidemiol. 39, 675–694.

Irigaray, P., Caccamo, D., Belpomme, D., 2018b. Oxidative stress in electro-hypersensitivity self-reporting patients: results of a prospective in vivo investigation with comprehensive molecular analysis. Int. J. Mol. Med. https://doi.org/10.3892/ijmm.

Irigaray, P., Garrel, C., Houssay, C., Mantello, P., Belpomme, D., 2018a. Beneficial effects of a fermented papaya preparation for the treatment of electro-hypersensitivity self-reporting patients: results of a phase I-II clinical trial with special reference to cerebral pulsation measurement and oxidative stress analysis. Funct Foods Health Dis 8, 122–144.

Irigaray, P., Lebar, P., Belpomme, D., 2018c. How ultrasonic cerebral tomos-phygmography can contribute to the diagnosis of electrohypersensitivity. JBR J. Clin. Diag. Res. In press.

ISD (International Scientific Declaration on EHS & MCS), 2015. Brussels International Scientific Declaration on Electromagnetic Hypersensitivity and Multiple Chemical Sensitivity Following the 5th Paris Appeal Congress that Took Place on the 18th of May, 2015 at the Royal Academy of Medicine, Brussels, Belgium. Available from: http://eceri-institute.org/fichiers/1441982737_Statment_FR_DEFINITIF.pdf.

Jaffe, L.F., Nuccitelli, R., 1977. Electrical controls of development. Annu. Rev. Biophys. Bioeng. 6, 445–213.

Jakovljevic, M., 2014. The placebo-nocebo response: controversies and challenges from clinical and research perspective. Eur. Neuropsychopharmacol 24, 333–341.

Ji, Y., He Q.Sun, Y., Tong, J., Cao, Y., 2016. Adaptive respone in mouse bone-marrow stromal cells exposed to 900-MHz radiofrequency fields: gamma-radiation-induce DNA strand breaks and repair. J. Toxicol. Environ. Health 79, 419–426.

Johansen, C., Boice Jr., J., McLaughlin, J., Olsen, J., 2001. Cellular telephones and cancer — a nationwide cohort study in Denmark. J. Natl. Cancer Inst. 93, 203–207.

Johansson, A., Nordin, S., Heiden, M., Sandström, M., 2010. Symptoms, personality traits, and stress in people with mobile phone-related symptoms and electro-magnetic hypersensitivity. J. Psychosom. Res. 68, 37–45.

Juutilainen, J., Matilainen, P., Saankoski, S., Laara, E., Suonio, S., 1993. Early pregnancy loss and exposure to 50-Hz magnetic fields. Bioelectromagnetics 14, 229–236.

Kabali, H.K., Irigoyen, M.M., Nunez-Davis, R., Budacki, J.G., Mohanty, S.H., Leister, K.P., Bonner Jr., R.L., 2015. Exposure and use of mobile media devices by young children. Pediatrics 136, 1044–1050.

Kesari, K.K., Kumar, S., Behari, J., 2011. 900-MHz microwave radiation promotes oxidation in rat brain. Electromagn. Biol. Med. 30, 219–234.

Kesari, K.K., Meena, R., Nirala, J., Kumaar, J., Verma, H.N., 2014. Effect of 3G cell phone exposure with computer controlled 2-D stepper motor on non-thermal activation of the hsp27/p38MAPK stress pathway in rat brain. Cell Biochem. Biophys. 68, 347–358.

Kheifets, L., Repacholi, M., Saunders, R., van Deventer, E., 2005. The sensitivity of children to electromagnetic fields. Pediatrics 116, e303–e313.

Koivisto, M., Revonsuo, A., Krause, C., Laarala, C., Sillanmaki, L., et al., 2000. Effects of 902 MHz electromagnetic filed emitted by cellular telephones on response times in humans. Cog Neurosci Neuropsychol 11, 413–415.

Koyu, A., Cesur, G., Ozguner, F., Akdogan, M., Mollaoglu, H., Ozen, S., 2005. Effects of 900 MHz electromagnetic field on TSH and thyroid hormones in rats. Toxicol. Lett. 137, 257–262.

Kumari, K., Koiviato, H., Viluksela, M., Paidanius, K.M.A., Maritinen, M., Hiiitunen, M., et al., 2017. Behavioral testing of mice exposed to intermediate frequency magnetic fields indicates mild memory impairment. PLoS One 12, e188880.

Lai, H., Singh, N.P., 1997. Melatonin and a spin-trap compound block radiofrequency electromagnetic radiation-induced DNA strand breaks in rat brain cells. Bioelectromagnetics 18, 446–454.

Lai, H., Singh, N., 2004. Magnetic field-induced DNA strand breaks in brain cells of the rat. Environ. Health Perspect. 112, 687–694.

Ledoigt, G., Belpomme, D., 2013. Cancer induction molecular pathways and HF-EMF irradiation. Adv. Biol. Chem. 3, 177–186.

Lee, T.M.C., Ho, S.M.Y., Tsang, L.Y.H., Yang, S.Y.C., Li, L.S.W., Chan, C.C.H., 2001. Effect on human attention of exposure to the electromagnetic field emitted by mobile phones. Cog Neurosci Neuropsychol 12, 729–731.

Lenhart, A., 2015. Teens, social media & technology overview. Pew Research Center, 47 pages. Retrieved from. http://pewinternet.org/2015/04/09/teens-social-media-technology.2015.

Leone, L., Fusco, S., Mastrodonato, A., Piacentini, R., Barbati, S.A., et al., 2014. Epigenetic modulation of adult hippocampal neurogenesis by extremely low-frequency electromagnetic fields. Mol. Neurobiol. 49, 1472–1486.

Lerchl, A., Klose, M., Grote, K., Wilhelm, A.F., Spathmann, O., Fiedler, T., et al., 2015. Tumor promotion by exposure to radiofrequency electromagnetic fields below exposure limits for humans. Biochem. Biophys. Res. Commun. 459, 585–590.

Levin, M., 2003. Bioelectromagnetics in morphogenesis. Bioelectromagnetics 24, 295–315.

Levine, H., Jorgensen, N., Martino-Andrade, A., Mendiola, J., Weksler-Derri, D., Mindlis, I., et al., 2017. Temporal trends in sperm count: a systematic review and meta-regression analysis. Hum. Reprod. Update 23, 646–659.

Li, D.K., Chen, H., Ferber, J.R., Odouli, R., Quesenberry, C., 2017. Exposure to magnetic field non-ionizing radiation and the risk of miscarriage: a prospective cohort study. Sci. Rep. 7, 17541.

Liburdy, R.P., Vanek Jr., P.F., 1987. Microwaves and the cell membrane. III. Protein shedding is oxygen and temperature dependent: evidence for cation bridge involvement. Radiat. Res. 109, 382–395.

Lin, H., Blank, M., Goodman, R., 1999. A magnetic field-responsive domain in the human HSP70 promoter. J. Cell. Biochem. 75, 170–176.

Lin, H., Blank, M., Rossol-Haseroth, K., Goodman, R., 2001. Regulating genes with electromagnetic response elements. J. Cell. Biochem. 81, 143–148.

Luo, Q., Jiang, Y., Jin, M., Xu, J., Huang, H.F., 2013. Proteomic analysis on the alteration of protein expression in the early-stage placental villous tissue of electromagnetic fields associated with cell phone exposure. Reprod, Sci, 20, 1055–1061.

Lyle, D.B., Schecher, P., Adey, W.R., Lundak, R.L., 1983. Suppression of T-lymphocyte cytotoxicity following exposure to sinusoidally amplitude-modulated fields. Bioelectromagnetics 4, 281–292.

Ma, Q., Deng, P., Zhu, G., Liu, C., Zhang, L., Zhou, Z., et al., 2014. Extremely low-frequency electromagnetic fields affect transcript levels of neuronal differentiation-related genes in embryonic neural stem cells. PLoS One 9, e90041.

Maffei, M.E., 2014. Magnetic field effects on plant growth, development, and evolution. Front. Plant Sci. 5, 445. https://doi.org/10.3389/fpls.2014.00445.

Mahmoudabadi, F.S., Ziaei, S., Firoozabadi, M., Kazemnejad, A., 2015. Use of mobile

D. Belpomme et al. / Environmental Pollution 242 (2018) 643—658

657

phone during pregnancy and the risk of spontaneous abortion. J Environ Health Sci Eng 13, 34, https://doi.org/10.1186/s40201-015-0193-z.

Maisch, D., 2006. Conflict of interest & bias in health advisory committees: a case study of the WHO's Electromagnetic Field (EMF) Task Group. J Aust Coll Nutr & Env Med 25, 15—17.

Markov, M., Grigoriev, Y., 2015. Protect children from EMF. Electromagn. Biol. Med. 34, 251—256.

Markova, E., Hillert, L., Malmgren, L., Persson, B.R., Belyaev, Y., 2005. Microwaves from GSM mobile telephones affect 53BP1 and gamma-H2AX foci in human lymphocytes from hypersensitive and healthy persons. Environ. Health Perspect. 113, 1172—1176.

Markova, E., Malmgren, L., Belyaev, I., 2010. Microwaves from mobile phones inhibit 53BP1 focus formation in human stem cells stronger than in differentiated cells: possible mechanistic link to cancer risk. Environ. Health Perspect. 118, 394—399.

Mashevich, M., 2003. Exposure of human peripheral blood lymphocytes to electromagnetic fields associated with cellular phones leads to chromosomal instability. Bioelectromagnetics 24, 82—90.

McCarty, D.E., Carrubba, S., Chesson, A.L., Frilot, C., Gonzalez-Toledo, E., Marino, A.A., 2011. Electromagnetic hypersensitivity: evidence for a novel neurological syndrome. Int. J. Neurosci. 121, 670—676.

McGill, J.J., Agarwal, A., 2014. The impact of cell phone, laptop computer, and microwave oven usage on male fertility. In: du Plessis al, S.S. (Ed.), Male Infertility: a Complete Guide to Lifestyll Ad Environmental Factors. Springer Scıece + buxiness Media, New York. https://doi.org/10.1007/978-1-4939-1040-3_11.

Medeiros, L.N., Sanchez, T.G., 2016. Tinnitus and cell phones: the role of electromagnetic radiofrequency radiation. Braz J OtorhinolaryngoI 82, 97—104.

Megha, K., Deshmukh, P.S., Banerjee, B.D., Tripathi, A.K., Ahmed, R., Abegaonkar, M.P., 2015. Low intensity microwave radiation induced oxidative stress, inflammatory response and DNA damage in rat brain. Neurotoxicology 51, 158—165.

Michelozzi, P., Capon, A., Kirchmayer, U., Forastiere, F., Biggeri, A., Barca, A., Perucci, C.A., 2002. Adult and childhood leukemia near a high-power radio station in Rome. Am. J. Epidemiol. 155, 1096—1103.

Momoli, F., Siemiatycki, J., McBride, M.L., Parent, M.E., Richardson, L., Bedard, D., Platt, R., et al., 2017. Probabilistic multiple-bias modelling applied to the Canadian data from the INTERPHONE study of mobile phone use and risk of glioma, meningioma, acoustic neuroma, and parotid gland tumors. Am. J. Epidemiol. 186, 885—893.

Moon, J.S., Kim, B.G., Kim, J., Lee, J.D., Lee, W.S., 2014. Association between vestibular schwannomas and mobile phone use. Tumour Biol. 35, 581—587.

Mortavazi, S., Habib, A., Ganj-Karami, A., Samimi-Doost, R., Pour-Abedi, A., Babaie, A., 2009. Alterations in TSH and thyroid hormones following mobile phone use. Oman Med. J. 24, 274—278.

Mousavy, S.J., Riazi, G.H., Kamarei, M., Aliakbarian, H., Sattarahmady, N., Sharifizadeh, A., et al., 2009. Effects of mobile phone radiofrequency on the structure and function of normal human haemoglobin. Int. J. Biol. Macromol. 44, 278—285.

Muehsam, D., Lalezari, P., Lekhraj, R., Abruzzo, P., Boiotta, A., Marini, M., et al., 2013. Non-thermal radio frequency and static magnetic fields increase rate of haemoglobin deoxygenation in a cell-free preparation. PLoS One 8, e61752.

Nazıroğlu, M., Yüksel, M., Köse, S.A., Özkaya, M.O., 2013. Recent reports of Wi-Fi and mobile phone-induced radiation on oxidative stress and reproductive signaling pathways in females and males. J. Membr. Biol. 246, 869—875.

Needleman, H.L., Gunnoe, C.G., Leviton, A., Reed, R.R., Peresie, H., Maher, C., Barrett, P., 1979. Deficits in psychologic and classroom performance of children with elevated dentine lead levels. N. Engl. J. Med. 300, 684—695.

Nordal, R.A., Wong, C.S., 2005. Molecular targets in radiation-induced blood-brain barrier disruption. Int. J. Radiat. Oncol. Biol. Phys. 62, 279—287.

Nordenson, I., Mild, K.H., Andersson, G., Sandström, M., 1994. Chromosomal aberrations in human amniotic cells after intermittent exposure to fifty hertz magnetic fields. Bioelectromagnetics 15, 293—301.

Nordin, S., Neely, G., Olsson, D., Sandström, M., 2014. Odor and noise intolerance in persons with self-reported electromagnetic hypersensitivity. Int. J. Environ. Res. Publ. Health 11, 8794—8805.

Novoselova, E.G., Glushkova, O.V., Khrenov, M.O., Novoselova, T.V., Lunin, S.M., et al., 2017. Extremely low-level microwaves attenuate immune imbalance induced by inhalation exposure to low-level toluene in mice. Int. J. Radiat. Biol. 93, 535—543.

Odaci, E., Hanci, H., Okinci, A., Fikret, O., Sonmez, F., Aslan, A., et al., 2016. Maternal exposure to a continuous 900-MHz electromagnetic field provokes neuronal loss and pathological changes in cerebellum of 32-day female rat offspring. J Clin Neuroanat 75, 105—110.

Ohgaki, H., Kleihues, P., 2005. Population-based studies on incidence, survival rates, and genetic alterations in astocytic and oligodendroglial gliomas. J. Neuropathol. Exp. Neurol. 64, 479—489.

Oscar, K.J., Hawkins, T.D., 1977. Microwave alteration of the blood-brain barrier system of rats. Brain Res. 126, 281—293.

Ostrom, Q.T., Gittleman, H., Fulo0, J., Liu, M., Blanda, R., Kromer, C., et al., 2015. CBTRUS statistical report: primary brain and central nervous system tumors diagnosed in the United States in 2008-2012. Neuro Oncol. 17, iv1—iv62.

Panagopoulos, D.J., Johansson, O., Carlo, G.L., 2015. Real versus simulated mobile phone exposures in experimental studies. BioMed Res. Int., 607053

Parini, M., Lepetit, J.M., Dumas, M., Tapie, P., Lemoine, J., 1984. Ultrasonic cerebral tomosphygmography. Application in 143 healthy subjects. Agressologie 25,

585—589.

Park, J.E., Seo, Y.K., Yoon, H.H., Kim, C.W., Park, J.K., Jeon, S., 2014. Electromagnetic fields induce neural differentiation of human bone marrow derived mesenchymal stem cells via ROS mediated EGFR activation. Neurochem. Int. 62, 418—424.

Pawlak, K., Seehman, B., Nieckarz, Z., 2014. Plasma thyroid hormones and corticosterone levels in blood of chicken embryos and post-hatch chickens exposed during incubation to 1800 MHz electromagnetic fields. Int. J. Occup. Med. Environ. Health 27, 114—122.

Paz de la Puente, M., Balmori, A., 2007. Addiction to cell phones: are there neurophysiological mechanisms involved? Proyecto 61, 8—12 s. 8.

Persson, B.RR, Salford, L.G., Brun, A., 1997. Blood-brain barrier permeability in rats exposed to electromagnetic fields used in wireless communication. Wireless Network 3, 455—461.

Pettersson, D., Mathiesen, T., Prochazka, M., Bergenheim, T., Florentzson, R., Harder, H., et al., 2014. Long-term mobile phone use and acoustic neuroma risk. Epidemiology 25, 233—241.

Philips, A., Henshaw, D.L., Lamburn, G., O'Carroll, M.J., 2018. Brain tumours: rise in glioblastoma multiforme incidence in England 1995-2015 suggests an adverse environmental or lifestyle factor. J Environ Public Health, 7910754, 10 pages.

Purlauastja, S., Sorond, P., 2012. Transcranial Doppler ultrasound: technique and application. Semin. Neurol. 32, 411—420.

Qiu, C., Fratiglioni, L., Karp, A., Winblad, B., Bellander, T., 2004. Occupational exposure to electromagnetic fields and risk of Alzheimer's disease. Epidemiology 15, 687—694.

Rea, W.J., Pan, Y., Fenyves, E.F., Sujisawa, I., Suyama, H., et al., 1991. Electromagnetic sensitivity. J Bioelectricity 10, 214—256.

RNCNIRP (Russian National Committee on Non-Ionizing Radiation Protection), 2011. Resolution: Electromagnetic Fields from Mobile Phones: Health Effect on Children and Teenagers, 19th April 2011. Available at: http://iemfa.org/images/pdf/RNCNIRP_Resolution_2011.pdf.

Roberts, J.A., Yaya, L.H., Manolis, C., 2014. The invisible addiction: cell-phone activities and addiction among male and female college students. J Behav Addict 3, 254—265.

Rodrequez-De la Fuente, A.O., Alcocer-Gonzalez, J.M., Heredia-Rojas, J.A., Rodriquez-Padilla, C., Rodriquez-Flores, L.E., et al., 2010. Effect of 60 Hz electromagnetic fields on the activity of hsp70 promotoer: an in vivo study. Cell Biol. Int. Rep. 19 e00014.

Rolland, M., Le Moal, J., Wagner, V., Royere, D., De Mouzon, J., 2013. Decline in semen concentration and morphology in a sample of 26,609 men close to general population between 1989 and 2005 in Europe. Hum. Reprod. (Eynsham) 28, 462—270.

Röösli, M., 2008. Radiofrequency electromagnetic field exposure and non-specific symptoms of ill health: a systematic review. Environ. Res. 107, 277—287.

Roshangar, L., Hamdi, B.A., Khaki, A.A., Rad, J.S., Soleimani-Rad, S., 2014. Effect of low-frequency electromagnetic field exposure on oocyte differentiation and follicular development. Adv. Biomed. Res. 3, 76.

Roux, D., Vian, A., Girard, S., Bonnet, P., Paladian, F., Davies, E., et al., 2008. High frequency (900 MHz) low amplitude (5 V m-1) electromagnetic field: a genuine environmental stimulus that affects transcription, translation, calcium and energy charge in tomato. Planta 227, 883—891.

Rubin, G.J., Hillert, L., Nieto-Hernandez, R., van Rongen, E., Oftedal, G., 2011. Do people with idiopathic environmental intolerance attributed to electromagnetic fields display physiological effects when exposed to electromagnetic fields? A systematic review of provocation studies. Bioelectromagnetics 32, 593—609.

Sadetzki, S., Chetrit, A., Jarus-Hakak, A., Cardis, E., Deutch, Y., Duvdevani, Sh, et al., 2007. Cellular phone use and risk of benign and malignant parotid gland tumors – a nationwide case-control study. Am. J. Epidemiol. 167, 457—467.

Sage, C., Burgio, E., 2017. Electromagnetic fields, pulsed radiofrequency radiation, and epigenetics: how wireless technologies may affect childhood development. Child Dev. https://doi.org/10.1111/cdev.12824.

Saili, L, Hanini, A., Smirani, C., Azzouz, I., Azzouz, A., Sakly, M., et al., 2015. Effects of acute exposure to WiFi signals (2.45GHz) on heart variability and blood pressure in albino rabbits. Environ. Toxicol. Pharmacol. 40, 600—605.

Sannino, A., Zeni, O., Sarti, M., Romeo, S., Reddy, S.B., et al., 2011. Induction of adaptive response in human blood lymphocytes exposed to 900 MHz radiofrequency fields: influence of cell cycle. Int. J. Radiat. Biol. 87, 993—999.

Sannino, A., Zeni, O., Romeo, S., Massa, R., Gialanella, G., Grossi, G., Manti, L., Vijayalaxmi, Scarfi, M.R., 2014. Adaptive response in human blood lymphocytes exposed to non-ionizing radiofrequency fields: resistance to ionizing radiation-induced damage. J. Radiat. Res. 55, 210—217.

Santini, R., Seigne, M., Bonhomme-Faivre, L., Bouffet, S., Defrasne, E., Sage, M., 2001. Symptoms experienced by users of digital cellular phones: a study of a French engineering school. Electromagn. Biol. Med. 21, 81—88.

Santini, R., Santini, P., Le Ruz, P., Danze, J.M., Seigne, M., 2003. Survey study of people living in the vicinity of cellular phone base. Electromagn. Biol. Med. 22, 41—49.

Sato, Y., Akiba, S., Kubo, O., Yamaguchi, N., 2011. A case-case study of mobile phone use and acoustic neuroma risk in Japan. Bioelectromagnetics 32, 85—93.

SCENIHR (Scientific Committee on Emerging Newly Identified Health Risk), 2009. Health Effects of Exposure to EMF. European Commission. Directorate-General for Health & Consumers, 19 January 2009.

Schwartz, C., Kratochvil, E., Pilger, A., Kuster, N., Adlkofer, F., Rudiger, H.W., 2008. Radiofrequency electromagnetic fields (UMTS, 1,950 MHz) induce genotoxic effects in vitro in human fibroblasts but not in lymphocytes. Int. Arch. Occup.

*D. Belpomme et al. / Environmental Pollution 242 (2018) 643–658*

Environ. Health 81, 755–767.

Schüz, J., Jacobsen, R., Olsen, J.H., Boice Jr., J.D., McLaughlin, J.K., et al., 2006. Cellular telephone use and cancer risk: update of a nationwide Danish cohort. J. Natl. Cancer Inst. 98, 1707–1713.

Semin, I.A., 1995. Changes in secondary structure of DNA under the influence of electromagnetic fields. Radiats Biol Radioecol 35, 36–41.

Shahin, S., Banerjee, S., Swarup, V., Singh, S.P., Chaturvedi, C.M., 2017. 2.45 GHz microwave radiation impairs hippocampal learning and spatial memory: involvement of local stress mechanism induced suppression of iGluR/ERK/CREB signaling. Toxicol. Sci. 161, 349–374.

Sirav, B., Seyhan, N., 2009. Blood-brain barrier disruption by continuous-wave radio frequency radiation. Electromagn. Biol. Med. 28, 213–222.

Sirav, B., Seyhan, N., 2016. Effects of GSM modulated radio-frequency electromagnetic radiation on permeability of blood-brain barrier in male & female rats. J. Chem. Neuroanat. 75, 123–127.

Sly, J.L., Carpenter, D.O., 2012. Special vulnerability of children to environmental exposures. Rev. Environ. Health 27, 151–157.

Smith-Roe, S.L., Wyde, M.E., Stout, M.D., Winters, J.W., Hobbs, C.A., Shepard, K.G., et al., 2017. Evaluation of the genotoxicity of cell phone radiofrequency radiation in male and female rats and mice following subchronic exposure. In: Environmental Mutagenesis and Genomics Society, Annual Meeting, Raleigh, North Carolina, USA September 9–13.

Sobel, E., Dunn, M., Davanipour, Z., Qian, Z., Chui, H.C., 1996. Elevated risk of Alzheimer's disease among workers with likely electromagnetic field exposure. Neurology 47, 1477–1481.

Söderqvist, F., Carlberg, M., Hardell, L., 2012a. Review of four publications on the Danish cohort study on mobile phone subscribers and risk of brain tumors. Rev. Environ. Health 27, 51–58.

Söderqvist, F., Carlberg, M., Hardell, L., 2012b. Use of wireless phones and risk of salivary gland tumours: a case-control study. Eur. J. Canc. Prev. 21, 576–579.

Sonmez, O.F., Odaci, E., Bas, O., Kaplan, S., 2010. Purkinje cell number decreases in the adult female rat cerebellum following exposure to 90 MHz electromagnetic fields. Brain Res. 1356, 95–101.

Spadaro, J.A., Bergstrom, W.H., 2002. In vivo and in vitro effects of a pulsed electromagnetic field on net calcium flux in rat clavarial bone. Calcif. Tissue Int. 70, 496–502.

Starkey, S.J., 2016. Inaccurate official assessment of radiofrequency safety by the Advisory Group on Non-ionizing radiation. Rev. Environ. Health 31, 493–501.

State of California, 2017. How to reduce exposure to radiofrequency energy from cell phones. In: Division of Environmental and Occupational Disease Control, California Department of Public Health, December, 2017.

Sun, Z.C., Ge, J.L., Guo, B., Guo, J., Hao, M., Wu, Y.C., et al., 2016. Extremely low frequency electromagnetic fields facilitate vesicle endocytosis by increasing presynaptic calcium channel expression at a central synapse. Sci. Rep. 6, 21774.

Tice, R.R., Hook, G.G., Donner, M., McRee, D.I., Guy, A.W., 2002. Genotoxicity of radiofrequency signals. 1. Investigation of DNA damage and micronuclei induction in cultured human blood cells. Bioelectromagnetics 23, 113–128.

Tillmann, T., Ernst, H., Streckert, J., Zhou, Y., Taugner, F., Hansen, V., et al., 2010. Indication of cocarcinogenic potential of chronic UMTS-modulated radiofrequency exposure in an ethylnitrosourea mouse model. Int. J. Radiat. Biol. 86, 529–541.

Vijayalaxmi, Pridoda, T., 2009. Genetic damage in mammalian somatic cells exposed to extremely low frequency electro-magnetic fields: a meta-analysis of data from 87 publications (1990-2007). Int. J. Radiat. Biol. 85, 196–213.

Vijayalaxmi, Reddy AB., McKenzie, R.J., McIntosh, R.L., Prihoda, T.J., Wood, A.W., 2013. Incidence of micronuclei in human peripheral blood lymphocytes exposed to modulated and unmodulated 2450 MHz radiofrequency fields. Bioelectromagnetics 34, 542–548.

Vojisavljevic, V., Pirogova, E., Cosic, I., 2010. Review of studies on modulating enzyme activity by low intensity electromagnetic radiation. Conf Proc IEEE Eng Med Biol Soc 835–838.

Volkow, N.D., Tomasi, D., Wang, G.F., Vaska, P., Fowler, J.S., Teland, F., et al., 2011. Effects of cell phone radiofrequency signal exposure on brain glucose metabolism. J. Am. Med. Assoc. 305, 808–814.

Wang, J., Su, H., Xie, W., Yu, S., 2017. Mobile phone use and the risk of headache: a systematic review and meta-analysis of cross-sectional studies. Sci. Rep. 7, 12595.

Wei, J., Sun, J., Xu, H., Shi, L., Sun, L., Zhang, J., 2015. Effects of extremely low frequency electromagnetic fields on intracellular calcium transients in cardiomyocytes. Electromagn. Biol. Med. 34, 77–84.

Wei, L.X., Goodman, R., Henderson, A., 1990. Changes in levels of c-myc and histone H2B following exposure of cells to low frequency sinusoidal electromagnetic fields: evidence for a window effect. Bioelectromagnetics 11, 269–272.

West, J.G., Kopoor, N.S., Liao, S.-Y., Chen, J.W., Bailey, L., Nagourney, R.A., 2013. Multifocal Breast Cancer in Young Women with Prolonged Contact between Their Breast and Their Cllular Phones. Case Report Med. https://doi.org/10.1155/2013/354682.

WHO (World Health Organization, 2005. WHO Fact Sheet No. 296. Electromagnetic Fields and Public Health, Electromagnetic Hypersensitivity. Available from: http://www.who.int/peh-emf/publications/facts/fs296/en/.

WHO (World Health Organization), 2014. Electromagnetic Fields and Public Health: Mobile Phones. Fact sheet No. 193, reviewed October, 2014.

Wolf, F.I., Torsello, A., Tedesco, B., Fasanella, S., Boninsegna, A., D'Ascenzo, M., et al., 2007. 50-Hz extremely low frequency electromagnetic fields enhance cell proliferation and DNA damage: possible involvement of a redox mechanism. Biochim. Biophys. Acta 1743, 120–129.

Wyde, M., Cesta, M., Blystone, C., Elmore, S., Foster, P., Hooth, M., et al., 2016. Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD Rats (Whole Body Exposures). Draft 5-19-2016. US National Toxicology Program (NTP). Available online: https://doi.org/10.1101/055699 http://biorxiv.org/content/biorxiv/early/2016/05/26/055699.full.pdf (accessed on 30 July, 2017).

Yan, H.G., Agresti, M., Zhang, L.L., Yan, Y., Mathoul, H.S., 2008. Upregulation of specific mRNA levels in rat brain after cell phone exposure. Electromagn. Biol. Med. 27, 147–154.

Yang, X.S., He, G.L., Hao, Y.T., Xiao, Y., Chen, C.H., Zhang, G.B., et al., 2012. Exposure to 2.45 GHz electromagnetic fields elicits an HSP-related stress response in rat hippocampus. Brain Res. Bull. 88, 371–378.

Yang, Y., Jin, X., Yn, C., Tian, Y., Tang, J., Shen, X., 2008. Case-only study of interactions between DNA repair genes (hMLH1, APEX1, MGMT, XRCC1 and XPD) and low-frequency electromagnetic fields in childhood acute leukemia. Leuk. Lymphoma 49, 2344–2350.

Zhang, X., Liu, X., Pan, L., Lee, I., 2010. Magnetic fields at extremely low-frequency (50 Hz, 0.8 mT) can induce the uptake of intracellular calcium levels in osteoblasts. Biochem. Biophys. Res. Commun. 396, 662–666.

Zhang, Y., Li, Z., Gao, Y., Zhang, C., 2015. Effects of fetal microwave radiation exposure on offspring behavior in mice. J. Radiat. Res. 56, 261–268.

CARPENTER DEPO
EXHIBIT 9

DE GRUYTER

Rev Environ Health 2015; 30(4): 217–222

David O. Carpenter*

# The microwave syndrome or electro-hypersensitivity: historical background

DOI 10.1515/reveh-2015-0016
Received July 8, 2015; accepted October 7, 2015; previously published online November 10, 2015

**Abstract:** Microwave generating equipment first became common during World War 2 with the development of radar. Soviet bloc countries reported that individuals exposed to microwaves frequently developed headaches, fatigue, loss of appetite, sleepiness, difficulty in concentration, poor memory, emotional instability, and labile cardiovascular function, and established stringent exposure standards. For a variety of reasons these reports were discounted in Western countries, where the prevailing belief was that there could be no adverse health effects of electromagnetic fields (EMFs) that were not mediated by tissue heating. The reported Soviet effects were at lower intensities than those that cause heating. However, there were several accidental exposures of radar operators in Western countries that resulted in persistent symptoms similar to those described above. The Soviets irradiated the US Embassy in Moscow with microwaves during the period 1953–1975, and while no convincing evidence of elevated cancer rates was reported, there were reports of "microwave illness". Officials passed these complaints off as being due to anxiety, not effects of the microwave exposure. There is increasing evidence that the "microwave syndrome" or "electro-hypersensitivity" (EHS) is a real disease that is caused by exposure to EMFs, especially those in the microwave range. The reported incidence of the syndrome is increasing along with increasing exposure to EMFs from electricity, WiFi, mobile phones and towers, smart meters and many other wireless devices. Why some individuals are more sensitive is unclear. While most individuals who report having EHS do not have a specific history of an acute exposure, excessive exposure to EMFs, even for a brief period of time, can induce the syndrome.

**Keywords:** cognitive dysfunction; electromagnetic fields; headache; insomnia.

---

*Corresponding author: David O. Carpenter, MD, Institute for Health and the Environment, University at Albany, 5 University Place, A217, Rensselaer, NY 12144, USA, Phone: +518-525-2660, Fax: +518-525-2665, E-mail: dcarpenter@albany.edu

## Introduction

Electro-hypersensitivity (EHS) is a syndrome that may include some or all of the following: excessive fatigue, headache, tinnitus, insomnia, photophobia, a feeling of cognitive dysfunction and impaired memory, irritability, pain at various sites and often cardiovascular abnormalities (1). However, these are all relatively common complaints. All of us have on occasion suffered from headaches and insomnia. Because the symptoms are relatively non-specific, and because the adverse health effects of electromagnetic fields (EMFs) is a contentious issue, and also because primary care physicians have no objective diagnostic algorithms by which to diagnose EHS, patients suffering from EHS are often referred to a psychiatrist. There is, however, a body of evidence, both old and more recent, that indicates that symptoms are triggered by exposure to EMFs in sensitive individuals. This is the case for exposure to both the extra low electromagnetic fields (ELF) coming from electricity and the radiofrequency (RF) EMFs coming from radar, communication devices, WiFi, smart meters and many other forms of wireless devices.

The symptoms of EHS have a number of commonalities to those of several other syndromes, including chronic fatigue, fibromyalgia, multiple chemical sensitivity, Gulf War Illness and others. These are sometimes collectively identified as "idiopathic environmental intolerance". They have in common symptoms of fatigue, weakness, headaches, difficulty concentrating, multiple aches and pains, difficulty with sleep, and often difficulties with balance and vertigo. While the triggering events vary for each of these syndromes, many people suffer from more than one. A critical question is why some develop these sensitivities while others do not.

There are conflicting estimates on what percent of the population suffers from EHS, with some suggesting that between 5 and 10% of people have the syndrome, and that the incidence is increasing with time (2). However, there are several reports of tests of individuals taken into a laboratory and their responses recorded when they were unaware of whether or not an EMF field was being applied. Some of these studies have not shown that individuals who report that they are electro-sensitive are in

Bereitgestellt von De Gruyter / TCS
Angemeldet
Heruntergeladen am | 16.12.15 13:52

fact able to discern if the EMFs are present or not (3–6). However, these reports are balanced by others that show that at least some individuals do respond with adverse symptoms when exposed to EMFs in a blinded fashion (7, 8). Thus not everyone who believes they are electrosensitive really is, but it is also likely that some have the symptoms of EHS but have not identified the cause. Thus the true incidence of EHS is currently not known.

Table 1 lists the symptoms reported in two studies by individuals who believe that they suffer from EHS. These are self-reported symptoms, and because all occur commonly in the general population they illustrate the difficulty in confirming that the cause is exposure to EMFs.

## Microwave sickness

Soviet and Eastern European standards for exposure to EMFs have long been much more stringent than those in Western countries (11). As shown in Table 2 the Soviet countries' standard for maximal permissible exposure during the workday is 1,000 times lower than that in the US. These lower standards were set based on concern for the "asthenic syndrome," characterized by fatigue, pain, depression, blood pressure lability, fainting, and "apathic ambulic" disorders consisting of hypersomnia, hypokinesis, hypothalamo-pituitary-suprarenal weakness, and inhibition of sexual and digestive reflexes [reviewed by references (12) and (13)]. Memory and general mental function was also described as being impaired. Frey

**Table 1:** Reported symptoms from Röösli et al. (9) and Lamech (10).

|  | Röösli et al. (n=429) | Lamech (n=92) |
|---|---|---|
| Insomnia | 58% | 48% |
| Headaches | 41% | 45% |
| Fatigue | 18% | 32% |
| Concentration difficulties | 16% | 30% |
| Nervousness | 19% | 13% |

**Table 2:** US Armed Forces and Soviet standards for maximum permissible exposure to microwaves (10 mW/cm²=0.01 mW/m²) [Data from reference (15)].

| USDOD standard | USSR standard |
|---|---|
| 10 mW/cm² | 0.01 mW/cm² over an entire workday<br>No more than 0.1 mW/cm² for more than 2 h<br>No more than 1.0 mW/cm² for more than 15–20 min |

(14) has reviewed other studies by Soviet scientists who report a variety of behavioral and nervous system affects in animals and humans with EMF exposures much below the levels that cause tissue heating.

The strength of the evidence supporting the lower standards in Soviet and Eastern European countries is difficult to evaluate because most publications lack sufficient experimental details regarding exposure parameters and documentation of experimental results. Nonetheless these symptoms are very much those that comprise the syndrome of EHS.

During the period 1953–1975 the Soviets irradiated the US Embassy in Moscow with microwaves (2.5–4.0 GHz) at intensities up to 18 μW/cm² (16, 17). A health study of 1,800 employees who worked at the Moscow embassy and more than 3,000 dependents was performed by AM Lillienfeld from the Johns Hopkins University, as compared to employees at other embassies in Eastern Europe. The study was never published although he summarized some of the results briefly in a review article (18). The study was reported to not show an excess risk of cancer or early death, but did find significantly more depression, irritability, difficulty in concentrating and more memory loss among the exposed Embassy staff, especially in men. While the intensity of symptoms did not correlate with the intensity of exposure (19), this could reflect differences in individual susceptibility. However, as emphasized by Johnson-Liakouris (20), the health conditions that were reported match those of the microwave sickness syndrome.

Serious questions (21) have been raised about how the results were reported and interpreted. Goldsmith examined the original report as compared to the information that was released by the US State Department, and found that the conclusions of Prof. Lillienfeld had been altered and in some cases deleted, and found that this was at the request of his contracting officer. Goldsmith concluded that there had been a persistent cover-up and deliberate distortions of the conclusions made by the author of the report. Among other findings he concluded that there was an elevated rate of leukemia among the highly exposed group, and that information on some of the cancers was withheld from Dr. Lillienfeld until after the report was submitted. In a later publication Goldsmith (22) reported that there were more lymphocyte chromosomal changes in the Moscow workers as well. Unfortunately we will probably never know the actual results of this study.

This is, however, other evidence that EHS is a real disease. Djordjevic et al. (23) investigated the health status of 322 radar workers all of whom had 5–10 years of occupational exposure to microwave fields. They did not find

significant differences in clinical or laboratory findings, but did report that the radar operators had more subjective complaints than a control group. This was particularly true for headache, fatigue, irritability, sleep disturbances and inhibition of sexual activity. However, the authors concluded that the subjective complaints likely reflected factors other than microwave exposure, however.

Some of the strongest evidence that EHS is a real syndrome comes from cases of acute high intensity exposure to microwaves of healthy people, which resulted in prolonged illness. Williams and Webb (24) reported effects of two airmen exposed to high levels of RF radiation. After an immediate sensation of heat, they later developed nausea, lightheadedness and extreme apprehension with poor appetite and photosensitivity. Forman et al. (25) reported on two men who were accidentally and acutely exposed to microwave radiation. Both exhibited symptoms of headaches, insomnia, irritability and emotional lability even after a 12-month follow-up. Both also developed hypertension several months after exposure. Schilling (26) reported on three men accidentally exposed to 785 MHz RF radiation. All experienced immediate sensations of heating, followed by pain, headache, numbness and parasthesiae, malaise, diarrhea and skin erythema. The first man, age 44, experienced lassitude, lack of stamina, drowsiness and chronic headache. The symptoms gradually improved over 3 years follow-up, but he still had chronic headaches at 3 years. The second man, age 47, also had lassitude, lack of stamina, drowsiness and chronic left sided frontoparietal headache, which was made worse by exposure to sun or heating. The symptoms improved somewhat over 3 years follow-up but the headaches remained. The third man had a lower exposure and his symptoms almost disappeared after 18 months. Schilling (27) reported on six antenna engineers exposed in two separate incidents. All experienced acute headache, parathesias, diarrhea, malaise and lassitude. Four of the men showed no improvement in symptoms after follow-up for 3 or 4 years, with headache, loss of stamina, several malaise and lassitude being the major symptoms.

Reeves (28) reported on 34 US Air Force personnel who were at some point exposed to RF at intensities greater than the permissible exposure limits. Acute symptoms included a sensation of heat, headaches, muscle pain and photophobia. An unspecified number of these subjects exhibited longer lasting symptoms, but these were dismissed as being due to factors other than the exposure. Two-thirds of the subjects were given psychometric testing and found to have "abnormalities including antisocial personality, mild organic brain syndrome, anxiety, tendency toward hypochondriasis and somatization, and in one case, frank malingering in an individual described as being 'emotionally invested in maintaining symptoms for the purpose of meeting emotional needs'". The author concluded that the several subjects who complained of prolonged fatigue, generalized weakness, irritability, decrease memory and concentration and weight changes "seem to reflect a personal 'coping style' of long duration or else manifestation of pre-exposure organic dysfunction, rather than an acute change attributable to RFR overexposure." This general attitude of dismissal of prolonged symptoms in young, otherwise healthy males is indicative of the general response to EHS. Is seems very unlikely that 2/3rd of young, otherwise healthy US Air Force personnel suffer from serious psychiatric disease!

## Does some acute exposure trigger EHS? Case studies

The author has also had opportunity to review the exposure and medical history of several individuals whose history is similar to that of the radar operators. Brief summaries of their exposures and symptoms are given below.

JG was a technical expert at repair of RF generating equipment who prior to an accidental RF exposure was healthy. In 2011 he was called to a site to troubleshoot three radios and antenna cables in a facility where all other RF generation equipment was supposed to be shut down. After 1–2 h of work within the facility he began to feel hot and developed a headache, dizziness and nausea. He left the room and was taken a hospital, where he was found to have mild burns on his face, head and neck. It was subsequently determined that not all of the equipment had been turned off and that he had been exposed to concentrated RF for the whole period of time he was in the room. When seen by a neurologist 1 month later he was found to suffer from headaches, dizziness, photosensitivity, nausea, confusion and difficulty with cognition. His gait was unsteady and he was easily disoriented. He noted that he was more irritable, less spontaneous, had decreased sex drive and memory problems. When he and the author met two and a half years after the exposure he complained of constant headaches, confusion and memory loss, lower back, hip and stomach pain, nausea, weight loss, vertigo and constant anxiety and depression. Thus an acute excessive exposure to RF radiation led to a syndrome of adverse health effects that continued essentially unabated for at least two and a half years, and had all of the characteristics of EHS.

Bereitgestellt von De Gruyter / TCS
Angemeldet
Heruntergeladen am | 18.12.15 18:52

JJ is a 41-year-old man who also was healthy prior to a near electrocution event while working at home. Upon contacting a live wire he froze, lost consciousness for about 30 s, but did not suffer from cardiac problems. He went to the hospital with a very bad headache, but was not found to have other abnormalities. Subsequently he was fatigued, had severe photophobia and very severe headaches, which he had never had before. Four year later he has constant dizziness, frequent headaches, vertigo, and nausea, and the symptoms are greatly increased when he is in the presence of EMFs, particularly RF. Again it appears that an acute exposure caused an increased sensitivity to EMFs which has not gone away over a period of several years. However, in this case the acute exposure was to electric current from the household electricity, including extremely lower frequency EMFs.

DL served multiple tours in the US Army in Afghanistan and Iraq as a gunner in a vehicle that used equipment to detect cell phone-detonated improvised explosive devices (IEDs). These electronic counter measures (ECMs) are vehicle-mounted high-power microwave systems that put out a wide range of frequencies at high wattage. He reported that these devices were put into the field rather quickly without any real studies conducted as to the long term effects on health. Gunners were directly exposed to the ECMs, and when they were running he could actually hear a buzzing sound inside the head phones he wore for internal vehicle communications. Upon returning home he suffered constant headaches, difficulty thinking clearly, nausea and tinnitus. He was treated for post-traumatic stress syndrome, but believes these symptoms arose because of the RF exposure. It is interesting and relevant that Westhoff et al. (29) recently published a report of six soldiers in two separate incidents who experienced nausea and headache during an ECM mission in southwest Asia. Their symptoms were dismissed by the military authorities who concluded "the symptoms could not be linked with exposure to the HPM (high-power microwave) systems in any manner 'consistent with current scientific literature'".

A different DL, age 34, worked in information technology but developed insomnia and headaches. He discovered the cause was a DECT cordless phone, which caused tinges in his vision and severe headaches. These symptoms disappeared within 12 h after the DECT phone was turned off. Shortly after that he noticed intolerance to his laptop, and then over a period of 6 months developed difficulties in concentration. He noticed heart palpitations when he was close to the cordless phone base or laptop. This evolved within a recent period of being intolerant of his neighbor's WiFi, but again he got relief when it was turned off. He is currently in good health as long as he stays away from sources of RF.

JJ, a civil engineer, and his wife live in California. Both were in excellent health. They went on vacation, and when they returned found that they both suffered from intense headaches, heart palpitations, tinnitus and insomnia while in their home, with relief when they left their home. Without their knowledge while they were away a rack of wireless smart meters had been installed directly below their bedroom. It took 4 months to get the utility to remove the smart meters, but by that time both had become electro-hypersensitive. This resulted in splitting headaches if using a cell phone, and it was painful to be in a WiFi environment or use a computer. The symptoms have not diminished over time if either is in an RF environment.

## Discussion

EMFs are almost never simple sine waves. Powerline EMFs also have many higher frequency RF components, transients, harmonics and resonance frequencies (30–33). Furthermore most RF EMFs are pulse-modulated and often on carrier waves (34). Some applications of RF EMFs, such as in smart meters, use atypical short pulses of RF of very high intensity but very brief duration of individual pulses.

Recent years have seen a marked increase in overall exposure to EMFs. Urbinello et al. (35) monitored RF exposures in several European cities and found that in 1 year there were increases of between 20.1 and 57.1%, with much of the increase coming from mobile phone base stations and public transport. In many countries "smart" meters are being placed on homes, apartments and business establishments which report electricity usage to the utility using RF EMFs. And the use of RF to monitor electrical usage is scheduled to increase significantly. As the "smart (or perhaps not-so-smart) grid" develops, each household application will have a Zigbee RF generator in every kitchen and laundry room appliance, with each appliance sending RF signals to the smart meter, which will send RF signals to the utility. This will significantly increase RF levels inside homes, adding to the WiFi and other existing sources.

The report by Lamech (10) raises the possibility that excessive exposure to RF, perhaps to some specific characteristic of the RF waveforms associated with smart meters, triggers the development of EHS. As stated in this paper "….since the beginning of installation of wireless smart meters in the state of Victoria, people from various regional and metropolitan areas, of all ages and during all

Bereitgestellt von De Gruyter / TCS
Angemeldet
Heruntergeladen am | 16.12.15 19:02

seasons have started to report symptoms from exposure to the meters' radiofrequency fields…, only 8% of cases stated that they had suffered from EHS prior to exposure to smart meters, which suggests that when it comes to wireless meters, the threshold for symptom development appears to be significantly lower compared to that for other wireless devices".

There has always been uncertainty over which characteristics of EMFs are most important with regard to human health effects. Because the mechanisms whereby these various adverse health outcomes arise are still not well understood, it is important to ask the question of which components pose the greatest risk, whether or not we are confident of the answer. Frey (36, 37) first suggested that peak power density was more important than average power density. Litovitz et al. (38) concluded that 60 Hz EMFs and RF EMFs do very much the same things, and later studies suggested that the low frequency, modulatory component of RF was particularly important (39). Others have implicated on-off transients, "dirty electricity" and other characteristics of the fields than the steady 50 or 60 Hz fields.

The typical exposure from a smart meter is less than that of use of a cell phone held to the head [see Table 1 in reference (40)], and like that from other sources of RF does decline rapidly with distance from the smart meter. However, the smart meter RF radiation is significantly different from many other forms of RF, in that it consists of brief but very high intensity pulses. Thus, whereas the average exposure over time is not excessive it appears possible that the high intensity pulses are responsible for the development of EHS. Brief intense pulses have been described as "dirty electricity" by Milham and Morgan (33), who suggest that many of the reported adverse effects of EMFs are due to these brief events, rather than the sine wave forms. Since brief transients are founds among all forms of EMFs, including power line frequencies, these events may be the more important variable.

## Conclusion

The weight of evidence indicates that EHS is a real syndrome induced by exposure to either ELF or RF EMF. In some cases it results from a brief, high intensity exposure, whereas in others it appears to reflect ambient exposures, especially those of increasing intensity and perhaps of certain waveforms. Whether from acute high intensity exposure or ambient background exposure from cell towers, mobile phones, smart meters and other devices, it is clear that not everyone develops EHS, for

reasons not well understood. Certainly more research is needed to understand exactly which of the components of EMF exposures pose the greatest danger to human health, and what biological mechanisms are responsible. But the important conclusion is that there is something about EMFs of various forms that do pose direct hazards to human health.

## References

1. World Health Organization. Electromagnetic fields and public health: Electromagnetic hypersensitivity. Available at: http://www.who.int/peh-emf/publications/facts/fs296/en/. Accessed March 30, 2013.
2. Hallberg O, Oberfeld G. Letter to the editor: will we all become electrosensitive? Electromag Biol Med 2006;25:189–91.
3. Eltiti S, Wallace D, Ridgewell A, Zoughou K, Russo R, et al. Does short-term exposure to mobile phone base station signals increase symptoms in individuals who report sensitivity to electromagnetic fields? Environ Health Perspect 2007;115:1603–8.
4. Eltiti S, Wallace D, Russo R, Fox E. Aggregated data from two double-blind base station provocation studies comparing individuals with idiopathic environmental intolerance with attribution to electromagnetic fields and controls. Bioelectromagnetics 2015;36:96–107.
5. Rubin GJ, Hillert L, Nieto-Hernandez R, van Rongen E, Oftedal G. Do people with idiopathic environmental intolerance attributed to electromagnetic fields display physiological effects when exposed to electromagnetic fields? A systematic review of provocation studies. Bioelectromagnetics 2011;32:593–609.
6. Rubin GJ, Nieto-Hernandez R, Wessely S. Idiopathic environmental intolerance attributed to electromagnetic fields (formerly 'electromagnetic hypersensitivity'): an updated systematic review of provocation studies. Bioelectromagnetics 2010;31:1–11.
7. Rea WJ, Pan Y, Yenyves EJ, Sujisawa I, Samadi N, et al. Electromagnetic field sensitivity. J Bioelect 1991;10:241–56.
8. McCarty DE, Carrubba S, Chesson AL, Frilot C, Gonzalex-Toledo E, et al. Electromagnetic hypersensitivity: Evidence for a novel neurological syndrome. Int J Neurosci 2011;121:670–6.
9. Röösli M. Symptoms of ill health ascribed to electromagnetic field exposure–a questionnaire survey. Int J Hyg Environ Health 2004;207:141–50.
10. Lamech F. Self-reporting of symptom development from exposure to radiofrequency fields of wireless smart meters in Victoria, Australia: A case study. Alter Ther 2014;20:28–39.
11. Marha K. Microwave radiation safety standards in Eastern Europe. IEEE Trans Microwave Theory Tech 1971;MTT-19:165–8.
12. Dodge CH. Clinical and hygienic aspects of exposure to electromagnetic fields: a review of the Soviet and Eastern European literature. 1979. In: Biological Effects and Health Implications of Microwave Radiation, Symposium Proceedings. Richmond, Virginia. BRH/DBE 70–2, PB 193 898.
13. Silverman C. Nervous and behavioral effects of microwave radiation in humans. Am J Epidemiol 1973;97:219–24.
14. Frey AH. Behavioral biophysics. Psych Bull 1965;63:322–37.
15. Michaelson SM, Dodge CH. Soviet views on the biological effects of microwaves – An analysis. Health Phys 1971;21:108–11.

Bereitgestellt von | De Gruyter / TCS
Angemeldet
Heruntergeladen am | 16.12.16 19:52

16. Pollack H. The microwave syndrome. Bull NY Acad Med 1979;55:1240–3.

17. Silverman C. Epidemiologic studies of microwave effects. Proc IEEE 1980;68:78–85.

18. Lillienfeld AM. Practical limitations of epidemiologic methods. Environ Health Perspect 1983;52:3–8.

19. Elwood JM. Microwaves in the cold war: the Moscow embassy study and its interpretation. Review of a retrospective cohort study. Environ Health 2012;11:85.

20. Johnson-Liakouris AG. Radiofrequency (RF) sickness in the Lillenfeld study: an effect of modulated microwaves? Arch Environ Health 1998;53:236–8.

21. Goldsmith JR. Ethical problems arising when the trail of professional work lead to evidence of cover-up of serious risk and misrepresentation of scientific judgement concerning human exposures to radar or microwaves. Eubios J Asian Internat Bioethics 1995;5:92–5.

22. Goldsmith JR. Epidemiologic evidence relevant to radar (microwave) effects. Environ Health Perspect 1997; 105(Suppl 6):1579–87.

23. Djordjevic Z, Kolak A, Stojkovic, Rankovic N, Ristic P. A study of the health status of radar workers. Avia Space Environ Med 1979;50:396–8.

24. Williams RA, Webb TS. Exposure to radio-frequency radiation from an aircraft radar unit. Aviat Space Environ Med 1980;51:1243–4.

25. Forman SA, Holmes CK, McManamon TV, Wedding WR. Psychological symptoms and intermittent hypertension following acute microwave exposure. J Occup Med 1982;24:932–4.

26. Schilling CJ. Effects of acute exposure to ultrahigh radiofrequency radiation on three antenna engineers. Occup Environ Med 1997;54:281–4.

27. Schilling CJ Effects of exposure to very high frequency radiofrequency radiation on six antenna engineers in two separate incidents. Occup Med 2000;50:49–56.

28. Reeves GI. Review of extensive workups of 34 patients overexposed to radiofrequency radiation. Aviat, Space Environ Med 2000;71:206–15.

29. Westhoff JL, Roberts BJ, Erickson K. Vehicle-mounted high-power microwave systems and health risk communication in a deployed environment. Mil Med 2013;178:34–6.

30. Deadman JE, Camus M, Armstrong BG, Heroux P, Cyr D, et al. Occupational and residential 60-Hz electromagnetic fields and high-frequency electric transients: exposure assessments using a new dosimeter. Am Ind Hyg Assoc J 1988;49:409–19.

31. Deno DW, Carpenter DO. Sources and characteristics of electric and magnetic fields in the environment. In: Carpenter DO, Ayrapetyan S, editors. Biological effects of electric and magnetic fields: sources and mechanisms. Waltham, MA, USA: Academic Press, 1994:3–51.

32. Vignati M, Guiliani L. Radiofrequency exposure near high-voltage lines. Environ Health Perspect 1997;105(Suppl 6):1569–73.

33. Milham S, Morgan LL. A new electromagnetic exposure metric: High frequency voltage transients associated with increased cancer incidence in teachers in a California school. Am J Ind Med 2008;51:579–86.

34. Cleveland RF Jr. Radiofrequency radiation in the environment: Sources, exposure standards, and related issues. In: Carpenter DO, Ayrapetyan S, editors. Biological effects of electric and magnetic fields: sources and mechanisms. Waltham, MA, USA: Academic Press, 1994:53–81.

35. Urbinello D, Joseph W, Verloock L, Martens L, Röösli M. Temporal trends of radio-frequency electromagnetic field (RF-EMF) exposure in everyday environments across European cities. Environ Res 2014;134:134–42.

36. Frey AH. Human auditory system response to modulated electromagnetic energy. J Appl Physiol 1962;17:689–92.

37. Frey AH. Brain stem evoked response associated with low-intensity pulsed UHF energy. J Appl Physiol 1967;23:984–8.

38. Litovitz TA, Krause D, Penafiel M, Elson EC, Mullins JM. The role of coherence time in the effect of microwaves on ornithine decarboxylase activity. Bioelectromagnetics 1993;14:395–403.

39. Penafiel LM, Litovitz T, Krause D, Desta A, Mullins JM. Role of modulation on the effect of microwaves on ornithine decarboxylase activity in L929 cells. Bioelectromagnetics 1997;18:132–41.

40. Carpenter DO. Human disease resulting from exposure to electromagnetic fields. Rev Environ Health 2013;28:159–72.

Bereitgestellt von De Gruyter / TCS
Angemeldet
Heruntergeladen am | 10.12.15 13:52





## International Journal of Neuroscience

*CARPENTER DEPO EXHIBIT 10*

ISSN: 0020-7454 (Print) 1543-5245 (Online) Journal homepage: https://www.tandfonline.com/loi/ines20

# Electromagnetic Hypersensitivity: Evidence for a Novel Neurological Syndrome

David E. McCarty, Simona Carrubba, Andrew L. Chesson Jr., Clifton Frilot II, Eduardo Gonzalez-Toledo & Andrew A. Marino

**To cite this article:** David E. McCarty, Simona Carrubba, Andrew L. Chesson Jr., Clifton Frilot II, Eduardo Gonzalez-Toledo & Andrew A. Marino (2011) Electromagnetic Hypersensitivity: Evidence for a Novel Neurological Syndrome, International Journal of Neuroscience, 121:12, 670-676, DOI: 10.3109/00207454.2011.608139

**To link to this article:** https://doi.org/10.3109/00207454.2011.608139

Published online: 05 Sep 2011.

Submit your article to this journal ⧉

Article views: 1121

View related articles ⧉

Citing articles: 9 View citing articles ⧉

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=ines20

*International Journal of Neuroscience*, 121, 670–676, 2011
Copyright © 2011 Informa Healthcare USA, Inc.
ISSN: 0020-7454 print / 1543-5245 online
DOI: 10.3109/00207454.2011.608139

informa
healthcare

# Electromagnetic Hypersensitivity: Evidence for a Novel Neurological Syndrome

David E. McCarty,[1] Simona Carrubba,[1] Andrew L. Chesson, Jr.,[1] Clifton Frilot, II,[2] Eduardo Gonzalez-Toledo,[3] and Andrew A. Marino[1]

[1]*Department of Neurology, LSU Health Sciences Center, Shreveport, Louisiana, USA*

[2]*School of Allied Health Sciences, LSU Health Sciences Center, Shreveport, Louisiana, USA*

[3]*Department of Radiology, LSU Health Sciences Center, Shreveport, Louisiana, USA*

**ABSTRACT**

*Objective*: We sought direct evidence that acute exposure to environmental-strength electromagnetic fields (EMFs) could induce somatic reactions (EMF hypersensitivity). *Methods*: The subject, a female physician self-diagnosed with EMF hypersensitivity, was exposed to an average (over the head) 60-Hz electric field of 300 V/m (comparable with typical environmental-strength EMFs) during controlled provocation and behavioral studies. *Results*: In a double-blinded EMF provocation procedure specifically designed to minimize unintentional sensory cues, the subject developed temporal pain, headache, muscle twitching, and skipped heartbeats within 100 s after initiation of EMF exposure ($p < .05$). The symptoms were caused primarily by field transitions (off–on, on–off) rather than the presence of the field, as assessed by comparing the frequency and severity of the effects of pulsed and continuous fields in relation to sham exposure. The subject had no conscious perception of the field as judged by her inability to report its presence more often than in the sham control. *Discussion*: The subject demonstrated statistically reliable somatic reactions in response to exposure to subliminal EMFs under conditions that reasonably excluded a causative role for psychological processes. *Conclusion*: EMF hypersensitivity can occur as a *bona fide* environmentally inducible neurological syndrome.

**KEYWORDS:** electromagnetic fields, evoked potentials, hypersensitivity, provocation study, sensory transduction, sleep study

## INTRODUCTION

Man-made electromagnetic fields (EMFs) such as those produced by cell phones, powerlines, or computers are ubiquitous in the general and workplace environments. About 3%–5% of the population subjectively associates acute or subacute exposure to EMFs with departures from normal function or feeling (EMF hypersensitivity) (Levallois, Neutra, Lee, & Hristova, 2002; Schreier, Huss, & Röösli, 2006). The prevalence of self-reported EMF hypersensitivity has usually been attributed to somatization disorders (Rubin, Das Munshi, & Wessely, 2005; Rubin, Nieto-Hernandez, & Wessely, 2010).

A possible nonpsychological basis for EMF hypersensitivity was provided by the discovery of the abil-

ity of human beings to detect weak EMFs, as evidenced by the occurrence of field-onset and field-offset brain potentials (Carrubba, Frilot, Chesson, & Marino, 2007), and the induction of steady-state changes in brain electrical activity that persisted during the presence of the field (Marino, Carrubba, Frilot, Chesson, & Gonzalez-Toledo, 2010). The underlying mechanism of field sensory transduction appears to be an electric-force-sensitive ion channel (Marino, Carrubba, Frilot, & Chesson, 2009). Animal studies suggest that the electroreceptor cells and/or afferent processing cells are located in the brain stem (Frilot, Carrubba, & Marino, 2009, 2011).

Despite the physiological and biophysical evidence that could explain at least some cases of human somatic responses to EMFs without invoking psychological processes (Carrubba et al., 2007; Frilot et al., 2009, 2011; Marino et al., 2009, 2010), direct evidence of nonpsychological EMF hypersensitivity is lacking. Our purpose was to determine whether EMFs could

Received 25 May 2011

Address correspondence to Andrew A. Marino, Ph.D., Department of Neurology, LSU Health Sciences Center, P.O. Box 33932, Shreveport, LA 71130-3932, USA. E-mail: amarino@lsuhsc.edu

produce symptomatic responses in a putatively hyper-sensitive subject while appropriately controlling for chance, confounders, and somatization.

## METHODS

### Subject

In the context of ongoing human, animal, and bio-physical studies involving EMF sensory transduction in our laboratory, we were contacted by a 35-year-old female physician with multiple neurologic and somatic symptoms including headaches, hearing and visual disturbances, subjective sleep disturbances and non-restorative sleep, and musculoskeletal complaints, all of which she reported could be precipitated by exposure to environmental EMFs and abated by withdrawal from the fields. Among the environmental triggering sources she identified were cell phones, computers, powerlines, and various common electrical devices. During extensive interviews she credibly explained the reasons for her belief that EMFs from common environmental sources could provoke her symptoms.

After she agreed to medical tests appropriate for evaluating her medical condition, she was admitted as a patient on the neurology service and underwent a physical exam including a comprehensive neurologic exam, a clinical electroencephalogram (EEG) exam, a noncontrast magnetic resonance (MR) imaging of the brain, an overnight sleep study (with video and expanded EEG montage) in which the resulting polysomnogram was scored in accordance with standardized rules (American Academy of Sleep Medicine, 2007), a standard laboratory evaluation of serum electrolytes and blood chemistries, liver function tests, serum fasting cortisol, and complete blood count, and direct evaluations of her EMF sensitivity in a series of EMF provocation and behavioral studies (see below). The institutional review board at the LSU Health Sciences Center approved all experimental procedures, and the subject gave her written informed consent.

### EMF Exposure

The subject sat in a comfortable wooden chair with her eyes closed, and uniaxial 60-Hz (unless noted otherwise) sinusoidal electric fields were generated by applying a voltage to parallel 49-cm square metal plates spaced 36 cm apart (Figure 1). The equipment that controlled the field was located outside the subject's view and emitted no visual or auditory stimuli. The background electric field (the field present irrespective of whether or not a voltage was applied to the parallel plates) was about 1 V/m throughout the region occupied by the subject (HI-



**FIGURE 1.**   Spatial distribution of the external electric field (E) in the mid-sagittal plane. E was generated by applying $V_{AC} = 100$ volts to parallel metal plates while the subject was electrically isolated (insert), and calculated at all points in the subject's environment. Average E surrounding the head was about 300 V/m.

3603, Holaday, Eden Prairie, MN, USA). The plate arrangement did not produce magnetic fields. The continuously present background 60-Hz magnetic field was 0.1 mG, and the geomagnetic field was 599.8 mG, 68.4° below the horizontal component (component along the direction of the applied field, 360.5 mG) (MAG-03, Bartington, GMW, Redwood City, CA, USA). High-frequency signals from cell-phone towers and other distant antennae (1–10 GHz) were less than 0.1 $\mu$W/cm$^2$ (the background fields in the sleep-study room were similar; (Spectran, Aaronia, Euscheid, Germany).

In the provocation studies the electric field was applied for 100-s intervals with a duty cycle of 50% and a repetition rate of 10 Hz, which resulted in alternating field-on and field-off pulses of 100 ms (pulsed field); a continuous field (100% duty cycle) was used in one of the provocation studies. Duty cycle, pulse structure, and interval length were regulated by a microcontroller programmed to produce the desired signals. When the duty cycle was 50%, the actual EMF stimuli consisted of (1) 10 onset stimuli per second × 100 s = 1,000 field-onset stimuli per interval; (2) an equal number of field-offset stimuli; and (3) the presence of the EMF for a total of 50 s. When the duty cycle was 100%, there was only one field-onset stimulus and one field-offset stimulus, and the EMF was present for 100 s. In the behavioral studies, the electric field was applied in trials consisting of a 2-s epoch when a pulsed field was applied (50%

© 2011 Informa Healthcare USA, Inc.

672    D. E. McCarty *et al.*

duty cycle, 10-Hz repetition rate) and a 10-s field-free control epoch.

## Field Strength

The applied electric field was significantly distorted by the subject's body, resulting in strong inhomogeneities in the field surrounding the subject. To overcome the problem of measuring the external field, we used Maxwell's laws to calculate it at every point in the subject's vicinity. The subject was modeled as an electrically isolated composite of rectangular solids representing the trunk and lower extremities and an ellipsoid representing the head. The assumed conductivity was 1 S/m. The total electric field at every point was determined for $V_{AC} = 100$ V using finite-element analysis consisting of approximately $10^6$ elements; a more detailed mesh was automatically generated in the head region (Multiphysics, Comsol, Los Angeles, CA, USA). The peak external electric field was about 1,000 V/m (see Figure 1); the average field was about 300 V/m around the head and less than 50 V/m around the body. The peak and average field strength and duration of exposure were far below the levels generally recognized as capable of producing physiological effects in human subjects (International Commission on Non-Ionizing Radiation Protection, 1998).

The external electric field resulted in an induced internal electric field in the brain in accordance with physical law. The strength of the induced brain electric field was comparable with that induced by environmental-strength power-frequency electric and magnetic fields (Carrubba, Frilot, Chesson, & Marino, 2010; Carrubba, Frilot, Hart, Chesson, & Marino, 2009).

## Somatic Responses

A pulsed field (50% duty cycle) was applied for 100 s in 10 independent field-exposure intervals. The controls were ten 100-s sham-exposure intervals during which a field was not applied. The order of the field and sham intervals was determined randomly. The environmental conditions during the field-exposure and sham-exposure intervals were identical except that the wires carrying the plate voltage were disconnected during the sham-exposure intervals. At the end of each interval the subject was questioned by an interviewer blinded to whether or not the field had been applied and asked to describe any symptoms she developed during the interval, whether or not the symptoms had persisted into the interview period. She was queried using descriptive terms she had employed. Whenever she reported symptoms, commencement of the next interval was delayed until she reported that they had abated.

We used a pulsed field because we expected it would result in a stronger symptomatic response compared with a continuous field (Carrubba, Frilot, Chesson, & Marino, 2008; Frilot et al., 2011). To test this reasoning, we performed a second study to assess whether the subject developed a differential symptomatic response to the pulsed and continuous fields. The subject was exposed or sham exposed for 100-s intervals and immediately after each interval was interviewed as described above. A sham (S) field, continuous (C) field (100% duty cycle), and pulsed (P) field (50% duty cycle, 10 Hz) were applied, and the SCP pattern was repeated five times. The subject was blinded regarding the use of different EMFs; from her perspective, the laboratory procedures were identical to those followed in the first study. The interviewer was aware that the effects of C and P fields were being compared but was blinded regarding the actual sequence of the fields.

## Behavioral Responses

We considered the possibility that any symptomatic response might be a result of the combined processes of conscious awareness of the EMF followed by a somatization reaction based on a fear that EMFs were harmful. We approached the issue by determining whether the subject could consciously perceive a field when it was presented in multiple independent trials. A field having the same strength and spatial distribution as previously (Figure 1) was applied in a series of trials each of which consisted of a 2-s epoch during which a pulsed field (50% duty cycle, 10-Hz repetition rate) was applied and a 10-s field-free control epoch. Eight independent sequences were employed, each with 30–50 trials. In three sequences, the frequency was 60 Hz; in two, it was 1 kHz; and in three others, the respective frequencies were 10, 100, and 500 kHz.

The subject held a small plastic box that housed a buzzer, a button labeled YES and another button labeled NO. In the middle of each on and off epoch the buzzer emitted a 4-kHz tone at 60 dB that lasted 100 ms, and she was instructed to press the YES or NO button whenever she heard the tone, depending on whether or not she had any conscious sensation of a field at that moment. Employing a custom-designed virtual instrument (LabView, National Instruments, Austin, TX, USA), we determined the number of YES and NO responses in the presence and absence of the field in each sequence. In addition, four sham sequences (minimum of 30 trials in each) were conducted in which a field was not applied. The subject had no knowledge that an off–on pattern was being used in the field sequences or that some sequences consisted of sham exposure.

*International Journal of Neuroscience*

TABLE 1.   Polysomnography results. Comparison with usual night, per patient: "Same as usual." No epileptiform activity noted during arousals associated with unintended gross motor activity. Normal REM-related atonia.

| | Subject | Normal range |
|---|---|---|
| Sleep latency | 6 min | 13.4 ± 10.1 (Hirshkowitz, Moore, Hamilton, Rando, & Karacan, 1992) |
| Stage N1 sleep | 13.8% | 3%–8% (Chokroverty, Thomas, & Bhatt, 2005) |
| Stage N2 sleep | 51.8% | 44%–55% (Chokroverty et al., 2005) |
| Stage N3 sleep | 23.6% | 10%–15% (Chokroverty et al., 2005) |
| Stage R sleep | 10.7% | 20%–25% (Chokroverty et al., 2005) |
| REM latency | 150.5 min | 57%–66 min (Pressman, 2002) |
| WASO index | 6/hr | 1.3 ± 0.8 (Hirshkowitz et al., 1992) |
| WASO total | 40.5 min | 10.7 ±11 min (Naifeh, Severinghaus, & Kamiya, 1987) |
| Total sleep time | 340.5 min | 340.0 ± 70 (Hirshkowitz et al., 1992) |
| Sleep efficiency | 88% | 86.4% ± 11.6% (Hirshkowitz et al., 1992) |
| Arousal index | 34.2/hr | 16.8 ± 6.2 (Bonnet & Arand, 2007) |
| PLM index | 7.8/hr | < 5/hr (Nicolas, Michaud, Lavigne, & Montplaisir, 1999) |
| AH index | 0.2/hr | < 5/hr (American Academy of Sleep Medicine, 2005) |

*Note*: REM, rapid eye movement; WASO, wake after sleep onset; PLM, periodic limb movement; AH, apnea/hypopnea.

## Statistics

The frequencies of the somatic and behavioral responses in the presence and absence of the field were evaluated using the chi-square test (2 × 2 tables) or the Freeman–Halton extension of the Fisher exact probability test (2 × 3 tables; Freeman & Halton, 1951).

## RESULTS

### Clinical Studies

The patient's physical examination was unremarkable. The presence of frequent subjective awakenings from sleep, sometimes with unintended gross motor activity such as muscle twitching and leg jerking, prompted clinical concern for a sleep-related movement disorder, parasomnia, or nocturnal epilepsy. The polysomnogram revealed significant sleep fragmentation and discontinuity (Table 1) but no evidence of significant sleep-disordered breathing, nocturnal epilepsy, or abnormal rapid-eye-movement–related (REM-related) atonia. Periodic limb movements were noted but did not appear to be a major sleep-disrupting force.

Standard and 24-hr video-accompanied EEG recordings revealed normal-appearing background rhythms and no epileptiform activity. EEG performed in the presence of active cellular telephone use provoked a right-sided headache, but produced no unusual EEG waveforms. The MR image revealed evidence of cortical dysplasia in the right temporal lobe, and right parietal polygyria, both without interval change when compared with a study performed 19 months earlier. Laboratory evaluation for common metabolic/endocrine problems and blood count abnormalities was unremarkable.

## Somatic Responses

The sequence and characteristics of the symptomological and behavioral experiments are shown in Table 2.

The question of a relation between the presence of the field and the occurrence of symptoms was directly addressed by interviewing the subject immediately following 100-s field-exposure or sham-exposure intervals; both the interviewer and the subject were blinded regarding the exposure condition. During the interviews, the subject reported a range of symptoms including localized pain in her jaw, ear, or the side of her head, a more diffuse head pain, and muscle pain or twitching in the hip, neck, and back. Sometimes she qualified the symptom as "strong" or "mild," and sometimes she denied all symptoms. We grouped the symptoms related to localized head pain as "temporal pain," those related to diffuse head pain as "headache," and those related to muscle effects as "muscle pain/twitching." Symptoms reported more rarely were indicated explicitly (see Table 3a). The subject consistently reported pronounced symptoms that occurred during the field intervals, particularly in intervals 7, 13, 14, 15, and 18. In the sham intervals, she reported no symptoms in intervals 4, 6, 8, 16, and 20; weak temporal pain in intervals 2, 3, and

TABLE 2.   Sequence and characteristics of experiments

| Experiment | Electric field Condition | No. of trials | Trial Duration (sec) | Response |
|---|---|---|---|---|
| 1 | Pulsed | 10 | 100 | Symptoms |
| | Sham | 10 | 100 | |
| 2 | Pulsed | 5 | 100 | Symptoms |
| | Continuous | 5 | 100 | |
| | Sham | 5 | 100 | |
| 3 | Pulsed | 300 | 1 | Behavior |
| | Sham | 150 | 1 | |

© 2011 Informa Healthcare USA, Inc.

674   D. E. McCarty et al.

TABLE 3.   Evaluation of the relation between presentation of a pulsed electric field and the development of symptoms. (a) Results from the individual 100-s exposure intervals. (b) Summary table

| (a) | Interval no. | Condition | Result |
|---|---|---|---|
| | 1 | Pulsed field | Temporal pain |
| | 2 | Sham | Mild temporal pain |
| | 3 | Sham | Mild temporal pain |
| | 4 | Sham | No symptoms |
| | 5 | Pulsed field | Temporal pain; headache |
| | 6 | Sham | No symptoms |
| | 7 | Pulsed field | Skipped heartbeats; feeling unease |
| | 8 | Sham | No symptoms |
| | 9 | Pulsed field | Headache |
| | 10 | Sham | Mild headache |
| | 11 | Pulsed field | Temporal pain |
| | 12 | Sham | Mild headache |
| | 13 | Pulsed field | Muscle twitch; feeling unease |
| | 14 | Pulsed field | Strong headache |
| | 15 | Pulsed field | Strong headache |
| | 16 | Sham | No symptoms |
| | 17 | Pulsed field | Stiff neck |
| | 18 | Pulsed field | Muscle twitch; temporal pain |
| | 19 | Sham | Mild temporal pain |
| | 20 | Sham | No symptoms |

| | | Symptoms | | |
|---|---|---|---|---|
| (b) | Field condition | None | Mild | $\geq$ Mild |
| | Sham | 5 | 5 | 0 |
| | Pulsed field* | 0 | 0 | 10 |

*$p < .05$.

TABLE 4.   Evaluation of the comparative effect of continuous and pulsed fields relative to a sham field on the development of symptoms. (a) Results from individual 100-s exposure intervals. (b) Summary table

| (a) | Interval no. | Condition | Result |
|---|---|---|---|
| | 1 | Sham | No symptoms |
| | 2 | Continuous field | No symptoms |
| | 3 | Pulsed field | Temporal pain |
| | 4 | Sham | No symptoms |
| | 5 | Continuous field | No symptoms |
| | 6 | Pulsed field | Mild headache |
| | 7 | Sham | Mild headache |
| | 8 | Continuous field | Muscle twitch |
| | 9 | Pulsed field | Severe pain |
| | 10 | Sham | No symptoms |
| | 11 | Continuous field | Temporal pain |
| | 12 | Pulsed field | Headache; muscle twitch |
| | 13 | Sham | No symptoms |
| | 14 | Continuous field | Mild temporal pain |
| | 15 | Pulsed field | Mild temporal pain |

| | | Symptoms | | |
|---|---|---|---|---|
| (b) | Condition | None | Mild | $\geq$ Mild |
| | Sham | 4 | 1 | 0 |
| | Continuous field | 2 | 0 | 3 |
| | *Pulsed field | 0 | 2 | 3 |

*$p < .05$.

## Behavioral Responses

The possible influence of conscious awareness of the EMF on the development of symptoms was investigated by assessing whether the subject could consciously perceive the field. A total of 300 independent trials involving carrier frequencies of 60 Hz to 500 kHz were used; the controls consisted of 150 sham trials. The results did not depend on the carrier frequency, and consequently the data were combined for analysis (see Table 5).

The subject failed to respond to the tone seven times while the field was on and seven times while it was off, resulting in a total of 293 responses for each of the two conditions. There were no missed responses in the sham trials. The overall YES response rate in the field trials was $(51/586) \times 100 = 8.7\%$. The occurrence of a YES response was significantly associated with the presence of the field ($p < .05$; see Table 5a), but the sensitivity of the YES responses was low ([32/(32 + 261)] $\times$ 100 = 11%). The YES response rate in the sham trials was slightly higher than that seen in the field trials ([27/273] $\times$ 100 = 9.9%) (see Table 5b).

19; and a weak headache in intervals 10 and 12. The field and sham distributions of symptoms differed significantly ($p < .05$; see Table 3b).

In a second study, the relative role of EMF changes (number of onsets and offsets) and steady-state presence of the EMF were directly addressed by interviewing the subject immediately following 100-s exposure intervals in which either a pulsed field or a continuous field was presented. She was queried regarding her symptoms as previously and reported symptoms in both field intervals (see Table 4a). The symptoms triggered by the pulsed field were more intense compared with the sham control ($p < .05$; see Table 4b); the symptoms triggered by the continuous field did not differ from the sham control ($p = .16$). The subject reported no symptoms in four of five sham intervals (intervals 1, 4, 10, 13).

**Table 5.** Evaluation of conscious perception of a pulsed electric field. The subject's responses during the presence (on) and absence (off) of the field, respectively

|     |          | Pulsed field | |
| --- | -------- | ---- | ---- |
|     | Response | On   | Off  |
| (a) |          |      |      |
|     | Yes*     | 32   | 19   |
|     | No       | 261  | 274  |
|     |          | Sham | |
|     | Response | On   | Off  |
| (b) |          |      |      |
|     | Yes      | 15   | 12   |
|     | No       | 135  | 138  |

*$p < .05$.

## DISCUSSION

Appropriately controlled provocation studies are required to establish the existence of EMF hypersensitivity and to understand the relative importance of psychological and nonpsychological processes in mediating any observed symptoms. A working laboratory definition of EMF hypersensitivity formulated in symptomological terms is therefore needed to permit recognition of hypersensitivity reactions when they occur. In previous provocation studies, the assumption was made that true hypersensitive subjects would exhibit more or less the same symptoms in response to repeated provocations. The assumption led to experimental designs that involved averaging across exposed and control groups, which is an inherently insensitive statistical procedure for detecting real but variable responses (Rubin et al., 2005, 2010). The assumption is particularly inapplicable to EMF hypersensitivity because intrasubject and intersubject variabilities are its salient features (Levallois et al., 2002; Schreier et al., 2006). We defined EMF hypersensitivity as the occurrence of any medically recognized symptom in response to provocation using an environmentally relevant EMF; there was no requirement that the same symptom must reoccur when the EMF provocation was repeated. This definition avoided the problem of masking real effects and more appropriately matched the laboratory procedure to the known characteristics of EMF hypersensitivity (Levallois et al., 2002; Schreier et al., 2006). We focused on a single self-reported subject and employed a procedure in which she served as her own control. While controlling for artifacts, chance, and somatization, the question whether she reliably exhibited *any* symptomatic responses to an EMF was addressed; the alternative hypothesis was that she did not exhibit EMF-triggered symptoms. The laboratory conditions were controlled in such a way that

a putative role of psychological processes could reasonably be identified.

The subject developed symptoms in association with the presentation of a pulsed electric field significantly ($p < .05$) more often than could reasonably be explained on the basis of chance (see Table 3). Several considerations suggested that the statistical link was a true causal association with a subliminal EMF. First, the subject's environment was carefully controlled to avoid putative confounding factors. The testing took place in an acoustically quiet environment, and the presence of uncontrolled environmental EMFs was nil. The environmental conditions during the field-exposure and sham-exposure intervals were identical except that during the sham-exposure intervals, at a point far removed from the subject's field of view, the wires carrying the plate voltage were disconnected. A key aspect of our laboratory procedure was the elimination of sensory cues that could serve as conscious markers of the electric field leading to a somatization reaction. All appropriate precautions were taken to eliminate potential confounders. Second, the occurrence of symptoms was significantly associated with the type of EMF (see Table 4). The symptomatic response was associated with the pulsed EMF, which maximized occurrence of the number of transient changes in the EMF (off–on and on–off), not with the presence of the field, as expected on the basis of prior animal studies where the issue of somatization was irrelevant (Frilot et al., 2011). Finally, in a behavioral study specifically designed to assess awareness of the field, YES response rates were 8.7% and 9.9% in the field and sham conditions, respectively, which provided no evidence for a psychological role in the development of the subject's symptoms. We therefore conclude with a reasonable level of certainty that the causal association we found between the presence of the EMF and the subject's symptoms was mediated by a subconscious neural process. Although chance was an unlikely explanation for the association, that possibility could not be excluded. The existence of the neurological syndrome reported here was previously suspected but not documented.

The mechanism for the subject's symptoms of headache, visual disturbances, and somatic musculoskeletal discomfort following exposure to EMFs is unknown. On the basis of clinical evaluation, intermittent seizure activity is not a credible explanation, although a deeper epileptic focus with partial seizure activity may have escaped the detection of surface EEG electrodes. The abnormal findings in the subject's medical workup included the abnormal MR image (cortical dysplasia and polygyric changes) and extensive sleep discontinuity and fragmentation manifested in the overnight polysomnogram; the possible association of these

© 2011 Informa Healthcare USA, Inc.

676   D. E. McCarty *et al.*

findings with the subject's syndrome of EMF hypersensitivity is unknown.

Our aim here was to concentrate on the previously unaddressed question whether acute exposure to weak EMF could produce real but not precisely predictable somatic effects mediated by nonpsychological processes. Within the limitations of the study, we concluded that we demonstrated the neurological syndrome in the subject we studied. The question of whether EMF hypersensitivity is a significant public-health problem was not addressed here. The EMF we employed was equivalent in strength and pulse structure to EMFs pervasively present in the environment (Levallois et al., 2002; Schreier et al., 2006), and our results were consistent with the possibility that environmental EMFs can directly trigger clinical symptoms. Nevertheless resolution of the public-health issue depends on a deeper understanding of how internal EMFs caused by environmental EMFs are related to physiological process and of the role of psychological factors and comorbidities in the exposed population in exacerbating the processes resulting in disease.

***Declaration of interest***: The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the paper.

## REFERENCES

American Academy of Sleep Medicine. (2005). *The International Classification of Sleep Disorders: Diagnostic and Coding Manual, 2nd ed.* Westchester, IL.

American Academy of Sleep Medicine. (2007). *The AASM Manual for the Scoring of Sleep and Associated Events: Rules, Terminology and Technical Specifications*. Author.

Bonnet, M. H., & Arand, D. L. (2007). EEG arousal norms by age. *Journal of Clinical Sleep Medicine, 3*, 275–276.

Carrubba, S., Frilot, C., Chesson, Jr., A. L., & Marino, A. A. (2007). Evidence of a nonlinear human magnetic sense. *Neuroscience, 144*, 356–367.

Carrubba, S., Frilot II, C., Chesson, Jr., A. L., & Marino, A. A. (2008). Method for detection of changes in the EEG induced by the presence of sensory stimuli. *Journal of Neuroscience Methods, 173*, 41–46.

Carrubba, S., Frilot II, C., Chesson, Jr., A. L., & Marino, A. A. (2010). Numerical analysis of recurrence plots to detect effect of environmental-strength magnetic fields on human brain electrical activity. *Medical Engineering & Physics, 32*(8), 898–907.

Carrubba, S., Frilot II, C., Hart, F. X., Chesson, Jr., A. L., & Marino, A. A. (2009). The electric field is a sufficient physical determinant of the human magnetic sense. *International Journal of Radiation Biology, 85*, 622–632.

Chokroverty, S., Thomas, R. J., & Bhatt, M. (2005). *Atlas of Sleep Medicine, 1st ed.* Philadelphia, PA: Elsevier.

Freeman, G. H., & Halton, J. H. (1951). Note on exact treatment of contingency, goodness of fit and other problems of significance. *Biometrika, 38*, 141–149.

Frilot II, C., Carrubba, S., & Marino, A. A. (2009). Magnetosensory function in rats: Localization using positron emission tomography. *Synapse, 63*, 421–428.

Frilot II, C., Carrubba, S., & Marino, A. A. (2011). Transient and steady-state magnetic fields induce increased fluorodeoxyglucose uptake in the rat hindbrain. *Synapse, 65*, 617–623.

Hirshkowitz, M., Moore, C. A., Hamilton, 3rd, C. R., Rando, K. C., & Karacan, I. (1992). Polysomnography of adults and elderly: Sleep architecture, respiration, and leg movement. *Journal of Clinical Neurophysiology, 9*(1), 56–62.

Iber, C., Ancoli-Israel, S., Chesson, A., & Quan, S. F. (2007). The AASM Manual for the Scoring of Sleep and Associated Events: Rules, Terminology and Technical Specifications, Westchester, American Academy of Sleep Medicine.

International Commission on Non-Ionizing Radiation Protection. (1998). Guidelines for limiting exposure to time-varying electric, magnetic, and electromagnetic fields. *Health Physics, 74*, 494–522.

Levallois, P., Neutra, R., Lee, G., & Hristova, L. (2002). Study of self-reported hypersensitivity to electromagnetic fields in California. *Environmental Health Perspectives, 110*(Suppl. 4), 619–623.

Marino, A. A., Carrubba, S., Frilot, C., & Chesson, Jr., A. L. (2009). Evidence that transduction of electromagnetic field is mediated by a force receptor. *Neuroscience Letters, 452*, 119–123.

Marino, A. A., Carrubba, S., Frilot II, C., Chesson, Jr., A. L., & Gonzalez-Toledo, E. (2010). Simulated MR magnetic field induces steady-state changes in brain dynamics: Implications for interpretation of functional MR studies. *Magnetic Resonance in Medicine, 64*, 349–357.

Naifeh, K. H., Severinghaus, J. W., & Kamiya, J. (1987). Effect of aging on sleep-related changes in respiratory variables. *Sleep, 10*(2), 160–171.

Nicolas, A., Michaud, M., Lavigne, G., & Montplaisir, J. (1999). The influence of sex, age and sleep/wake state on characteristics of periodic leg movements in restless legs syndrome patients. *Clinical Neurophysiology, 110*, 1168–1174.

Pressman, M. R. (2002). *Primer of Polysomnogram Interpretation*. Boston, MA: Butterworth Heinemann.

Rubin, G. J., Das Munshi, J., & Wessely, S. (2005). Electromagnetic hypersensitivity: A systematic review of provocation studies. *Psychosomatic Medicine, 67*, 224–232.

Rubin, J., Nieto-Hernandez, R., & Wessely, S. (2010). Idiopathic environmental intolerance attributed to electromagnetic fields. *Bioelectromagnetics, 31*, 1–11.

Schreier, N., Huss, A., & Röösli, M. (2006). The prevalence of symptoms attributed to electromagnetic field exposure: A cross-sectional representative survey in Switzerland. *Sozial- und Präventivmedizin, 51*, 202–209.

Environmental Research 165 (2018) 496–503

*CARPENTER DEPO EXHIBIT 11*



Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



# Report of final results regarding brain and heart tumors in Sprague-Dawley rats exposed from prenatal life until natural death to mobile phone radiofrequency field representative of a 1.8 GHz GSM base station environmental emission



L. Falcioni, L. Bua, E. Tibaldi, M. Lauriola, L. De Angelis, F. Gnudi, D. Mandrioli, M. Manservigi, F. Manservisi, I. Manzoli, I. Menghetti, R. Montella, S. Panzacchi, D. Sgargi, V. Strollo, A. Vornoli, F. Belpoggi[*]

*Cesare Maltoni Cancer Research Center, Ramazzini Institute, Castello di Bentivoglio, via Saliceto 3, Bentivoglio, 40010 Bologna, Italy*

## ARTICLE INFO

*Keywords:*
RF
Sprague-Dawley rats
Life-span bioassay
Mobile phone
Carcinogenicity

## ABSTRACT

*Background:* In 2011, IARC classified radiofrequency radiation (RFR) as possible human carcinogen (Group 2B). According to IARC, animals studies, as well as epidemiological ones, showed limited evidence of carcinogenicity. In 2016, the NTP published the first results of its long-term bioassays on near field RFR, reporting increased incidence of malignant glial tumors of the brain and heart Schwannoma in rats exposed to GSM – and CDMA – modulated cell phone RFR. The tumors observed in the NTP study are of the type similar to the ones observed in some epidemiological studies of cell phone users.

*Objectives:* The Ramazzini Institute (RI) performed a life-span carcinogenic study on Sprague-Dawley rats to evaluate the carcinogenic effects of RFR in the situation of far field, reproducing the environmental exposure to RFR generated by 1.8 GHz GSM antenna of the radio base stations of mobile phone. This is the largest long-term study ever performed in rats on the health effects of RFR, including 2448 animals. In this article, we reported the final results regarding brain and heart tumors.

*Methods:* Male and female Sprague-Dawley rats were exposed from prenatal life until natural death to a 1.8 GHz GSM far field of 0, 5, 25, 50 V/m with a whole-body exposure for 19 h/day.

*Results:* A statistically significant increase in the incidence of heart Schwannomas was observed in treated male rats at the highest dose (50 V/m). Furthermore, an increase in the incidence of heart Schwann cells hyperplasia was observed in treated male and female rats at the highest dose (50 V/m), although this was not statistically significant. An increase in the incidence of malignant glial tumors was observed in treated female rats at the highest dose (50 V/m), although not statistically significant.

*Conclusions:* The RI findings on far field exposure to RFR are consistent with and reinforce the results of the NTP study on near field exposure, as both reported an increase in the incidence of tumors of the brain and heart in RFR-exposed Sprague-Dawley rats. These tumors are of the same histotype of those observed in some epidemiological studies on cell phone users. These experimental studies provide sufficient evidence to call for the re-evaluation of IARC conclusions regarding the carcinogenic potential of RFR in humans.

## 1. Introduction

Early warnings on the potential carcinogenic risks of mobile phone radiofrequency radiation (RFR) raised in the early 2000 when, for the first time, it was published that people using mobile phones had a significant increased risk to develop vestibular Schwannoma and brain tumors (Hardell et al., 2003, 2002). In 2011, the International Agency

for Research on Cancer (IARC) classified RFR as possible human carcinogen (Group 2B) based on limited evidence both in humans and experimental animals (Baan et al., 2011; IARC, 2013). Two epidemiological case-control studies resulted more informative for the IARC evaluation, showing that the risk to develop brain tumors and vestibular Schwannoma was increased in people with the highest cumulative use of mobile phones, in people who had used mobile phones on the

⁎ Corresponding author.
*E-mail address:* belpoggif@ramazzini.it (F. Belpoggi).

https://doi.org/10.1016/j.envres.2018.01.037
Received 9 October 2017; Received in revised form 19 December 2017; Accepted 23 January 2018
Available online 07 March 2018
0013-9351/ © 2018 Elsevier Inc. All rights reserved.

L. Falcioni et al.

Environmental Research 165 (2018) 496–503

same side of the head as that on which their tumor developed, and in people whose tumor was in the temporal lobe of the brain (the area of the brain that is most exposed to RFR when a wireless phone is used at the ear) (Hardell et al., 2011; Interphone study group, 2010). Another small case series study contributed to the IARC evaluation of evidence for an association of vestibular Schwannoma with mobile phone (Sato et al., 2011). The IARC Working group also noted that well conducted mechanistic studies showed that RFR induced aneuploidy, spindle disturbances, altered microtubule structures or DNA damage in several in vivo and in vitro models (IARC, 2013). Nevertheless, the IARC Working Group evaluated the overall evidence from mechanistic studies as inconclusive (IARC, 2013).

Experimental studies defining the potential carcinogenic effects of exposure to RFR have been largely inadequate because of the exposure conditions applied, because of the limited number of animals used in each experimental group and because of the short duration of the experiments. Since the late 90's, the need for well-conducted studies on laboratory animals has been identified by several public health institutions, including the World Health Organization and the US Food and Drug Administration (FDA, 1999; Repacholi, 1997). Indeed the conduct of cancer bioassays with RFR presents challenges that are not ordinarily met in studies with chemical or other physical agents. For example, the radiation frequency is an important determinant of the specific absorption rate (SAR). The whole-body SAR provides little information about spatial or organ-specific energy deposition, as it strongly depends on field polarization and animal posture. Furthermore, long-term exposure to RF radiation at a fixed frequency and power density will result in substantial changes in SAR over time as an animal gains body weight. Even if the power is adjusted for body weight changes, the spatial distribution can vary (IARC, 2013). Although SAR is a key parameter for thermal RFR effects, several other parameters of RFR exposure such as exposure duration, frequency, polarization, modulation, and environmental magnetic fields are of importance for biological RFR effects (IARC, 2013; Belyaev, 2010). In addition physiological parameters, which may vary in development and between individuals, are of importance (IARC, 2013; Belyaev, 2010). Variability of physiological parameters need to be addressed in long-term bioassays using a large group of animals adequately randomized.

Following the nomination to study cell phone radiofrequency radiation made by the U.S. Food and Drug Administration, the US National Toxicology Program (NTP) started a large systematic and integrated experimental project on RFR, including in vivo long-term bioassays in Harlan Sprague-Dawley (HSD) rats and B6C3F1/N mice exposed to RFR from prenatal life up to 2 years in the situation of near field, reproducing the exposure to RFR generated by the antenna of mobile phone (Wyde et al., 2016).

In 2005, the Ramazzini Institute (RI) started a life-span carcinogenic study on Sprague-Dawley rats to evaluate the carcinogenic effects of RFR in the situation of far field, reproducing the environmental exposure to RFR generated by an 1.8 GHz GSM antenna of the radio base stations of mobile phone (Soffritti et al., 2006, 1999). This is the largest long-term study ever performed in rats on the health effects of RFR, including 2448 animals. The plan of the experiment is reported on Table 1.

The elaboration of the NTP studies have been already completed and a report of partial findings has been recently published (Wyde et al., 2016). The communication of the first important findings of the study was urged by two factors: 1) the fact that also a small increase of the incidence of tumors induced by the exposure to RFR could have great impact for public health; and 2) because the tumors of the brain and heart observed at low incidence in male rats exposed to Global System for Mobile Communications (GSM) – and Code Division Multiple Access (CDMA) – modulated cell phone RFR in the NTP study are of the type similar to the ones observed in some epidemiological studies of cell phone users. Interim cohorts were also examined for evidence of RFR-induced genotoxicity: DNA damage was significantly increased in

**Table 1**
Long-term bioassay on 1.8 GHz base station RFR, administered at different doses to Sprague-Dawley rats, from prenatal life to spontaneous death: plan of the experiment (Experiment BT 1CEMRF).

| Group | Treatment | Animals | |
|---|---|---|---|
| No. | GSM-RFR 1.8 GHz (V/m)[a] | Sex | No. |
| I | 0 | M | 412 |
| | | F | 405 |
| | | M + F | 817 |
| II | 5 | M | 401 |
| | | F | 410 |
| | | M + F | 811 |
| III | 25 | M | 209 |
| | | F | 202 |
| | | M + F | 411 |
| IV | 50 | M | 207 |
| | | F | 202 |
| | | M + F | 409 |
| Total | | | 2448 |

[a] Treatment with GSM-RFR 1.8 GHz for 19 h/day started on the 12th day of pregnancy and lasted until natural death for groups I, II, III, IV.

the frontal cortex of male mice (both CDMA and GSM), peripheral leukocyte of female mice (CDMA only) and hippocampus of male rats (CDMA only) (Smith-Roe et al., 2017). Previous studies have also shown that RFR might disrupt the blood-brain barrier. (Nittby et al., 2008).

The elaboration of the RI study data is still ongoing. However, partial findings are now available and, for the same reasons reported by the NTP, we felt motivated to publish urgently the final results on brain and heart tumors.

## 2. Materials and methods

### 2.1. 1.8 GHz base station exposure system and facilities

In order to expose the animals to a mobile phone radiofrequency field representative of a 1.8 GHz base station, a specific radiation system, totally representative of the real environmental situation present in geographic areas close to GSM base station radiation emissions (Fig. 1). The exposure system was designed and constructed by TESEO S.P.A. Company, Turin, Italy. The field generation, in order to be representative of a real GSM field emission, has been modulated in GMSK mode, in Call operating mode and with the complete Time Slot assignment. The field emission has been determined in the frequency of 1835 MHz, normally used for GSM services. The intensity ofthe fields generated in the test areas can be defined in the 1–50 V/m range. The RF generation units regulates the output RF levels using a closed loop control system, able to stabilize the generated RF level in an uncertainty level of 1 dB range.

The rats were located in 4 rooms with the same environmental conditions (i.e. temperature of $22 \pm 3\,°C$, a relative humidity of 40–60% and 12 h/day homogeneous diffusion of light). The exposure rooms were totally shielded with RF absorbing material (Hyfral APM12) in order to minimize the effect of field non-uniformity due to reflections and consequent interferences caused by the walls. The shielded rooms ensured a minimum insulation of 30 dB. The rat cages were located in wooden circular-shaped devices. Each single exposure devices served at least 400 rats. All devices were identical and a different intensity of RFR was provided as reported by the experimental design. The exposure system included the following parts: 1) main generator unit; 2) external control panel; 3) main radiator system (transmitting antenna); 4) feedback probe

1) The main generator unit was assembled in a metallic crack to

L. Falcioni et al.

*Environmental Research 165 (2018) 496–503*







Fig. 1. RI study on 1.8 GHz base station RFR: exposure system. The rat cages were located in wooden circular-shaped devices, as in a sort of condominium. Each single exposure device served at least 400 rats (A). The exposure rooms were totally shielded in order to minimize the effect of field non-uniformity due to reflection and consequent interference caused by the walls (B). Detail of the RFR feedback probe used to measure the field (TESY2001 field sensor) and of the animal cage with methacrylate markers, cover and mangers (C).

produce the following functions: a) generate a GSM signal, with complete channel simulation capability and frequency preselection; b) signal pre – amplifications – age, with gain regulation input; c) final stage, dimensioned for a total power output of plus 50 dBm; d) reference signal loop back input, for closed loops power control; the control was closed at the antenna connection level in order to stabilize at the maximum level the radiation unit RF feed; e) power supply unit; f) cooling unit for continuous use of the device.

2) The external control panel was installed to ensure the personnel health. The exposure system status was controlled using an external control panel installed on the wall in proximity of the room door. The panel was connected to the main unit using a multiple wire, terminated with connectors.

3) The main radiation system was connected to the main generator unit through a low loss coaxial cable. The RFR emission was radiated to the cage using a collinear antenna (a phased array of stacked dipoles) installed in the center of the cage devices. The about radiator was able to transmit an homogeneous RFR far field (with cylindrical distribution of the strength) and shape able to cover the complete height of the cage devices. A reflector, installed on the top of the radiator reduced the vertical emission lobe. Part of the RF power feeding the radiator unit was coupled using a splitter; this signal was used to feed the closed loop level control system installed in the tower rack. The rat cages were distributed on dielectric structures with circular profile; the RF radiator has been installed in the center of each structure. Animals were located on five levels up to a height of about 1.6 m. Each level forms a ring within the toroid at a distance of about 2 m from the toroid center. The horizontal radiation polar diagram of the system allow a total field uniformity better than 3 dB on the total exposure surface. The radiation pattern on the vertical section of the exposure area has a cardioids shape; the vertical opening angle allow a field uniformity better than 3 dB on the exposed area

4) Monitoring probe. The method applied for the measurement of the RFR was completely in compliance with the measurement standards generally applied during "on–site" GSM measurement and evaluation. The about mentioned standard in Italy has been defined in detail in the D.I. 381/98 that outlines the timing and procedures to apply during this measure. The probe used to measure the field was the TESY2001 field sensor. The probe was linked to a personal computer and it was able to show continuously the field intensity value updated every 10 s. The TESY2001_WIN software was used to control the probe, to download the recorded information and produce diagrams of thee field values of the day, week or month.

L. Falcioni et al.

*Environmental Research 165 (2018) 496–503*



**Fig. 2.** Comparison between the estimated SAR levels of the RI study (far-field RFR) and the SAR levels of the NTP study (near-field RFR). The estimated exposure SAR levels of the Ramazzini Institute study (0.1 W/Kg, 0.03 W/Kg, 0.001 W/Kg) are significantly lower than the ones used by the NTP (6 W/Kg, 3 W/Kg, 1.5 W/Kg).

The exposure system was positively evaluated by representatives of the US National Institute of Standards and Technology and the US National Institute of Environmental Health Sciences.

### 2.2. Diet

All the animals received standard feed administered in pellets ad libitum and provided by the "Laboratorio Dottori Piccioni" (Milan, Italy), the formulation being certified for each supply used at the Cesare Maltoni Cancer Research Center of the RI (CMCRC/RI) over a period of more than 40 years. All the animals received tap water ad libitum. Both feed and water were periodically analyzed to exclude the presence of contaminants.

### 2.3. Experimental animals

Sprague-Dawley rats from the same colony used for more than 40 years at the CMCRC/RI were used as experimental animals. The basic expected spontaneous tumor incidence and its fluctuations were based upon data derived from more than 20,000 historical controls.

The animals in experiment were generated in the following way: 1) inbred males and females of the experimental animals used to generate the breeders, were randomized in 4 groups avoiding to have more than 1 brother or sister per group. The size of the breeder groups was proportional to the member of offspring required for the experiment; 2) mating of the studies who generated the experimental animals was strictly outbred (mode possible by pedigree identification number of each animal); 3) all offspring of each litter of these breeders were assigned to the respective planned experimental group.

The experimental animals were identified by ear punch (Jackson Laboratory method) and distributed by sex, litter by litter, until the planned number for each group was reached. After weaning, animals received ordinary feed and water ad libitum. Animals were housed 5 per cage, in polycarbonate cages (41 × 25 × 15) and a shallow layer of white wood shavings as bedding. In order to minimize dispersion and interferences, no metal cage accessories were used and instead methacrylate markers, cover and mangers were adopted. All the animals were kept in a temperature-controlled environment at 22 ± 3 °C and 40–60% relative humidity, with 12 h/daylight/dark alternation.

The experiments were conducted according to the current (2005–2008) Italian law regulating at the time, the protection of animals used for experimental and other scientific purposes (Legislativo, 1992). The experiment was performed following the principles of Good Laboratory Practice (GLP), with the same standard operating procedure described in our previous studies (Soffritti et al., 2016a, 2016b).

### 2.4. Treatment

Four groups of 817, 811, 411, 409 male and female Sprague-Dawley rats of our colony were exposed from prenatal life (12th day of mother gestation) until natural death to a 1.8 GHz GSM far field respectively to 0 (control, sham exposure), 5, 25, 50 V/m with a whole-body exposure for 19 h/day, using the remaining 5 h for maintenance purposes, like feed and water refill, cage cleaning, test system verification and check of the health of animals. The plan of the experiment is reported on Table 1.

### 2.5. Statistical analyses

Statistical analysis for possible differences in survival times was based on Kaplan-Meier survival curves evaluated by Log-rank tests, as well as on the Cox proportional hazard regression model (Cox, 1972). To highlight possible differences in the incidence of tumors among treated groups and controls or among different treated groups, Chi-squared and Fisher tests were performed. The Chi-squared test was used when the number of tumors was higher than 5 in all groups; in all other cases Fisher's Exact test was used. The level of significance was set at $p \leq .05$. The statistically significant p-values found are reported in the tables. The presence of a linear trend in tumor incidences was evaluated by the Cochran-Armitage trend test with a level of significance set at $p \leq .05$.

### 2.6. SAR estimates

SAR estimation has been performed in collaboration with Dr. Franco Maroglio (TESEO S.p.A. Company, Turin, Italy.) and Dr. Perry Wilson (US National Institute of Standards and Technology). The SAR estimate was obtained multiplying a far-field coupling factor (F) with the power density ($E^2/\eta_0$). A far-field coupling factor of 0.18 W/Kg/(mW/cm²) for the rat whole body SAR was derived from previous estimates (Anderson et al., 2004), while $\eta_0$ is the free-space impedance ($\eta_0 = 377 \, \Omega$). For E = 50 V/m, we get a power density ($E^2/\eta_0$) of 0.66 mW/cm² and a whole body SAR of 0.1 W/Kg (0.18 × 0.66). For 25 V/m, we get a power density of 0.17 mW/cm² and a whole body SAR of 0.03 W/Kg. For 5 V/m, the power density will be 0.07 mW/cm² and the expected whole body SAR 0.001 W/Kg.

In Fig. 2a comparison between the estimated SAR levels of the RI study (far-field RFR) and the SAR levels of the NTP study (near-field RFR).

## 3. Results and discussion

### 3.1. Food and water consumption, body weight and survival

The experiment proceeded smoothly and no unexpected alteration in the clinical status of the animals was observed in the various groups. The biophase parameters for control and treated groups are presented in Fig. 3. No differences were observed in mean water consumption (A and B), food consumption (C and D), mean body weight (E and F) or survival index (G and H), either in male or in female rats.

### 3.2. Neoplastic lesions

In this article we are reporting the final results from the histo-pathological evaluation of all brains and hearts of treated and untreated animals. The estimated exposure SAR levels of the RI study (0.1 W/Kg, 0.03 W/Kg, 0.001 W/Kg) are significantly lower than the ones used by the NTP (6 W/Kg, 3 W/Kg, 1.5 W/Kg), but the time and length of exposure of the RI study (19 h/day, continuous exposure, 7 days/week, life-span) was longer than in the NTP study (18 h/day, 10 min on/ 10 mins off, 7 days/week, 104 weeks). The number of rats analyzed by the RI study (> 200 animals/sex/group, 4 groups, total 2448 animals) is also higher than the NTP study (90 animals/sex/group, 4 groups,

L. Falcioni et al.

Environmental Research 165 (2018) 496–503



**Fig. 3.** Male (A) and female (B) water consumption, and male (C) and female (D) food consumption from 8 to 104 weeks of age; male (E) and female (F) mean body weight from 8 to 136 weeks of age; male (G) and female (H) survival index from 0 to 152 weeks of age. Data shown refer to control group (○), 5 V/m (■), 25 V/m (▲), and 50 V/m (◆) treated group.

total 720 animals).

### 3.2.1. Pre-malignant and malignant lesions of the heart

The incidence of pre-neoplastic and neoplastic lesions of the heart are reported in Table 2. A statistically significant increase in the incidence of heart Schwannoma was observed in treated male rats at the highest dose: 0/412, 3/401 (0,7%), 1/209 (0,5%), 3/207 (1,4%)

($P < .05$; Fisher). Furthermore, an increase in the incidence of Schwann cells hyperplasia was observed in treated male rats at the highest dose, although this was not statistically significant: 3/412 (0,7%), 2/401 (0,5%), 1/209 (0,5%), 5/207 (2,4%). An increase in the incidence of Schwann cells hyperplasia was observed in treated female rats at the highest dose, although this was not statistically significant: 2/405 (0,5%), 0/410, 0/202, 2/202 (1,0%). Schwann cell hyperplasia or

L. Falcioni et al.

Environmental Research 165 (2018) 496–503

**Table 2**
Long-term bioassay on 1.8 GHz base station RFR, administered at various doses to male (M) and female (F) Sprague-Dawley rats (Experiment BT 1CEMRF): results on pre-neoplastic and neoplastic lesions of the heart.

| Group No. | Dose GSM-RFR 1.8 GHz (V/m) | Animals Sex | No. | Hyperplasia Schwann cells No. | % | Endocardial Schwannoma No. | % | Intramural Schwannoma No. | % | Total Schwannoma No. | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | M | 412 | 3 | 0.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | (control) | F | 405 | 2 | 0.5 | 0 | 0.0 | 4 | 1.0 | 4 | 1.0 |
| | | M + F | 817 | 5 | 0.6 | 0 | 0.0 | 4 | 0.5 | 4 | 0.5 |
| II | 5 | M | 401 | 2 | 0.5 | 2 | 0.5 | 1 | 0.2 | 3 | 0.7 |
| | | F | 410 | 0 | 0.0 | 2 | 0.5 | 7 | 1.7 | 9 | 2.2 |
| | | M + F | 811 | 2 | 0.2 | 4 | 0.5 | 8 | 1.0 | 12 | 1.5 |
| III | 25 | M | 209 | 1 | 0.5 | 1 | 0.5 | 0 | 0.0 | 1 | 0.5 |
| | | F | 202 | 0 | 0.0 | 0 | 0.0 | 1 | 0.5 | 1 | 0.5 |
| | | M + F | 411 | 1 | 0.2 | 1 | 0.2 | 1 | 0.2 | 2 | 0.5 |
| IV | 50 | M | 207 | 5 | 2.4 | 2 | 1.0 | 1 | 0.5 | 3 | 1.4* |
| | | F | 202 | 2 | 1.0 | 1 | 0.5 | 1 | 0.5 | 2 | 1.0 |
| | | M + F | 409 | 7 | 1.7 | 3 | 0.7 | 2 | 0.5 | 5 | 1.2 |

* Statistically significant p ≤ .05 using Fisher exact test.

Schwannoma are two proliferative lesions of cardiac Schwann cells in rats (Alison et al., 1987; Novilla et al., 1991). In Sprague-Dawley rats, Schwannoma of the heart is a rare malignant tumor and it occurs more frequently in males rather than females. There are subendocardial and intramural variants of heart Schwannoma, with local invasion more common than distant metastases (Giovannini et al., 1999). Heart Schwannoma occurs in a variety of rat strains and has not been described in mice (Elmore et al., 2017). In a period of over 20 years (1984–2004), the data on historical control rats of the RI show that only 19 cases of Schwannoma have been reported out of 3160 untreated males (incidence 0,6%) and only 10 cases of Schwannoma have been reported out of 3165 untreated females (incidence 0,3%). The pathological diagnostic criteria of Schwann cell hyperplasia and Schwannoma of the heart have been recently revised by the NTP and the pathological diagnosis of the RI were performed in blind and in compliance with the most recent NTP recommendations and the International Harmonization of Nomenclature and Diagnostic Criteria (INHAND) guidelines (Berridge et al., 2016; Elmore et al., 2017). Furthermore, in order to harmonize the diagnostic criteria, the pathological lesions of the heart observed by the RI, on April 2017 have been screened for second opinion diagnosis in blind by NTP pathologists.

The NTP findings on heart tumors are consistent with the results reported by the NTP (Wyde et al., 2016). In the NTP study, for both modulations (GSM and CDMA), there was a significant positive trend in the incidence of Schwannomas of the heart in rats with respect to exposure SAR (6 W/Kg, 3 W/Kg, 1.5 W/Kg). Additionally, the incidence of Schwannomas in the 6 W/Kg males was significantly higher in CDMA-modulated RFR-exposed males compared to controls. In the 6 W/Kg GSM-modulated RFR-exposed males the incidence was higher, but not statistically significant (p = .052) compared to controls. Schwann cell hyperplasia of the heart was also observed in three males exposed to 6 W/Kg CDMA-modulated RFR (Wyde et al., 2016).

Our findings are also consistent with the epidemiological evidence, where an increased incidence of tumors of the same cells, vestibular Schwannoma, had been associated with the use of mobile phones (Hardell et al., 2013). Schwannomas in humans might present pre-malignant characteristics: they can progress to malignant lesions (Hasegawa et al., 2013) and they often present molecular characteristics that a typical of pre-malignant lesions, such as aneuploidy (Warren et al., 2003). In particular, genetic factors (e.g. neurofibromatosis) and environmental factors (e.g. gamma radiation) can increase up to 10 fold the risk of malignant progression of vestibular Schwannoma (Seferis et al., 2014). The statistically significant increase in the incidence of heart Schwannomas observed in male rats in the late part of their life, both in the RI and NTP studies, are consistent with the

epidemiological findings, where the highest increase in risk of vestibular Schwannoma among humans exposed to RFR was observed in men over 50 years of age with the highest cumulative exposure (Hardell et al., 2013, 2003).

#### 3.2.2. Pre-neoplastic and neoplastic lesions of the brain

The incidence of pre-neoplastic and neoplastic lesions of the brain are reported in Table 3. No statistically significant increase in the incidence of pre-neoplastic and neoplastic lesions of the brain was observed. However, a non-statistically significant dose dependent increase in the incidence of malignant glial tumors was observed in treated female rats: 2/405 (0,5%), 3/410 (0,7%), 2/202 (1,0%), 3/202 (1,5%). No malignant glial tumors were observed in male controls (0/412) and only 2 malignant glial tumors were observed in female controls (2/405, incidence 0,5%). In a period of over 20 years (1984–2004), the data on historical control rats of the RI show that only 15 cases of malignant glial tumors have been reported out of 3165 untreated females (incidence 0,5%) and 41 cases of malignant glial tumors have been reported out of 3160 untreated males, incidence 1,3%). Therefore, the incidence of malignant glial tumors observed in treated female rats is slightly increased, in particular at the highest dose, if compared with our historical controls. The pathological diagnostic criteria of malignant glial tumors have been recently revised by the NTP and the pathological diagnosis of the RI were performed in blind and in compliance with the most recent NTP recommendations and the INHAND guidelines (Elmore et al., 2017; Kaufmann et al., 2012). Furthermore, in order to harmonize the diagnostic criteria, the pathological lesions of the brain observed by the RI, on April 2017 have been screened for second opinion diagnosis in blind by NTP pathologists.

The RI findings on brain tumors are consistent with the results reported by the NTP (Wyde et al., 2016). In the NTP study, a statistically significant positive trend in the incidence of malignant glial tumors was reported only in male rats (p < .05) for CDMA-modulated RFR exposures. A low incidence of malignant glial tumors was observed in all groups of male rats exposed to GSM-modulated RFR and in different groups of female rats exposed to GSM-modulated RFR and CDMA-modulated RFR exposures. No malignant glial tumors were observed in controls (0/180). Also in the RI study, only 2 malignant glial tumors were observed among controls (2/817, incidence 0.2%), while a slightly overall increased incidence was observed in male and female treated rats (13/1631, incidence 0.8%). It is noteworthy that the estimated exposure SAR levels of the RI study (0.1 W/Kg, 0.03 W/Kg, 0.001 W/Kg) are significantly lower than the ones used by the NTP (6 W/Kg, 3 W/Kg, 1.5 W/Kg).

The increase in the incidence of malignant glial tumors observed in

L. Falcioni et al.

Environmental Research 165 (2018) 496–503

Table 3
Long-term bioassay on 1.8 GHz base station RFR, administered at various doses to male (M) and female (F) Sprague-Dawley rats (Experiment BT 1CEMRF): results on pre-neoplastic and neoplastic lesions of the brain.

| Group | Dose | Animals | | Meninges[a] | | | | Glia[b] | | | |
| | EMF-GSM | | | Benign Tumors | | Malignant Tumors | | Glial cells hyperplasia | | Malignant Tumors | |
| No. | 1.8 GHz (V/m) | Sex | No. | No. | % | No. | % | No. | % | No. | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | M | 412 | 2 | 0.5 | 1 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| | (control) | F | 405 | 0 | 0.0 | 1 | 0.2 | 1 | 0.2 | 2 | 0.5 |
| | | M + F | 817 | 2 | 0.2 | 2 | 0.2 | 1 | 0.1 | 2 | 0.2 |
| II | 5 | M | 401 | 4 | 1.0 | 4 | 1.0 | 0 | 0.0 | 3 | 0.7 |
| | | F | 410 | 4 | 1.0 | 1 | 0.2 | 0 | 0.0 | 3 | 0.7 |
| | | M + F | 811 | 8 | 1.0 | 5 | 0.6 | 0 | 0.0 | 6 | 0.7 |
| III | 25 | M | 209 | 1 | 0.5 | 1 | 0.5 | 1 | 0.5 | 2 | 1.0 |
| | | F | 202 | 2 | 1.0 | 0 | 0.0 | 0 | 0.0 | 2 | 1.0 |
| | | M + F | 411 | 3 | 0.7 | 1 | 0.2 | 1 | 0.2 | 4 | 1.0 |
| IV | 50 | M | 207 | 2 | 1.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | F | 202 | 2 | 1.0 | 0 | 0.0 | 0 | 0.0 | 3 | 1.5 |
| | | M + F | 409 | 4 | 1.0 | 0 | 0.0 | 0 | 0.0 | 3 | 0.7 |

[a] Benign and malignant tumors of the meninges include meningioma and granular cell tumors benign and malignant.
[b] Tumors of the glia include oligodendroglioma, astrocytoma, mixed glioma.

the RI experimental study, is consistent with the epidemiological evidence, where an increased incidence of brain tumors of a similar histotype, glioma, had been associated with the use of mobile phones (IARC, 2013; Carlberg and Hardell, 2017). Central nervous system (CNS) tumors are rare in rats(< 0,1%), nevertheless their importance as sentinel tumors in carcinogenesis bioassays has been proved fundamental, since different substances are able to induce increased incidence of these malignancies (Elmore et al., 2017).

## 4. Conclusions

In 2005, the RI started a life-span carcinogenic study on Sprague-Dawley rats to evaluate the carcinogenic effects of RFR in the situation of far field, reproducing the environmental exposure to RFR generated by 1.8 GHz GSM antenna of the radio base stations of mobile phone. This is the largest long-term study ever performed in rats on the health effects of RFR, including 2448 animals. In this article, we report the final results regarding brain and heart tumors. A statistically significant increase in the incidence of heart Schwannoma was observed in treated male rats at the highest dose (50 V/m). Furthermore, an increase in the incidence of Schwann cells hyperplasia was observed in treated male and female rats at the highest dose (50 V/m), although this was not statistically significant. An increase in the incidence of malignant glial tumors was observed in treated female rats at the highest dose (50 V/m), although this was not statistically significant. Similarly to the NTP (Wyde et al., 2016), the communication of the first important findings of the RI study was urged by different factors: 1) the fact that also a small increase of the incidence of tumors induced by the exposure to RFR could have great impact for public health; 2) The RI findings on far field exposure to RFR are consistent with the results of the NTP study on near field exposure to RFR (Wyde et al., 2016), as both reported an increase in the incidence of tumors of the brain and heart in RFR-exposed Sprague-Dawley rats;and 3) because the tumors of the brain and heart observed at increased incidence in rats exposed to RFR generated by an 1.8 GHz GSM antenna in our study are of the same cytological origin of those observed in some epidemiological studies of cell phone users. These experimental studies provide sufficient evidence to call for the re-evaluation of IARC conclusions regarding the carcinogenic potential of RFR in humans.

## Acknowledgements

This article is in memory of Prof. Cesare Maltoni, who started this

project a long time ago and left us the task of accomplishing it: we hope we have come up to his expectations. It is with a great sense of gratitude and recognition that we thank Dr. Morando Soffritti for his invaluable contribution to planning and conducting the experiments when he was Director of our Cesare Maltoni Cancer Research Center. We are grateful to all staff at the Laboratory of the CMCRC/RI for their commitment to conducting the experiments and finally making it possible to publish the results. We thank Dr. Livio Giuliani for his technical assistance and the TESEO S.P.A. Company, Turin, Italy

that designed and constructed the 1.8 GHz base station exposure system.

### Financial support

The research was supported by: the Ramazzini Institute, Bologna, Italy; Regional Agency for Prevention and the Environment (ARPA), Emilia-Romagna Region, Italy; Children With Cancer, UK; Fondazione Cassa di Risparmio, Bologna, Italy; National Institute for Insurance Against Injuries at Work (INAIL, ex ISPESL), Italy; Protezione Elaborazioni Industriali (P.E.I.), Bologna, Italy; Fondazione del Monte di Bologna e Ravenna, Bologna, Italy; Environmental Health Trust, USA.

### Ethics review and approval

The experiments were conducted according to the Italian law regulating, at the time, the protection of animals used for experimental and other scientific purposes (Decreto Legislativo, 1992).

### Disclosure statement

The authors report no conflict of interest. The authors alone are responsible for the content and writing of the paper. They also declare that their funding sources had no direct role in the study design, data collection, analysis and interpretation of the data, in the writing of the manuscript, or in the decision to publish the work.

## References

Alison, R.H., et al., 1987. Morphology and classification of 96 primary cardiac neoplasms in fischer 344 rats. Vet. Pathol. 24, 488–494.
Anderson, L.E., et al., 2004. Two-year chronic bioassay study of rats exposed to a 1.6 GHz radiofrequency signal. Radiat. Res. 162, 201–210.
Baan, R., et al., 2011. Carcinogenicity of radiofrequency electromagnetic fields. Lancet

*L. Falcioni et al.*

*Environmental Research 165 (2018) 496–503*

Oncol. 12, 624–626.

Belyaev, I.Y., 2010. Dependence of non-thermal biological effects of microwaves on physical and biological variables: implications for reproducibility and safety standards. Eur. J. Oncol. - Libr. 5, 187–218.

Berridge, B.R., et al., 2016. Non-proliferative and proliferative lesions of the cardiovascular system of the rat and mouse. J. Toxicol. Pathol. 29, 1S–47S.

Carlberg, M., Hardell, L., 2017. Evaluation of mobile phone and cordless phone use and glioma risk using the bradford hill viewpoints from 1965 on association or causation. Biomed. Res. Int. 2017, 9218486.

Elmore, S.A., 2017. Proceedings of the 2016 national toxicology program satellite symposium. Toxicol. Pathol. 45, 11–51.

FDA, 1999. Letter of Nomination of Agents to the National Toxicology Program. Available at: ⟨https://ntp.niehs.nih.gov/ntp/htdocs/chem_background/exsumpdf/wireless051999_508.pdf⟩.

Giovannini, M., et al., 1999. Schwann cell hyperplasia and tumors in transgenic mice expressing a naturally occurring mutant NF2 protein. Genes Dev. 13, 978–986.

Hardell, L., et al., 2002. Case-control study on the use of cellular and cordless phones and the risk for malignant brain tumours. Int. J. Radiat. Biol. 78, 931–936.

Hardell, L., et al., 2003. Vestibular schwannoma, tinnitus and cellular telephones. Neuroepidemiology 22, 124–129.

Hardell, L., et al., 2013. Pooled analysis of case-control studies on acoustic neuroma diagnosed 1997–2003 and 2007–2009 and use of mobile and cordless phones. Int. J. Oncol. 43, 1036–1044.

Hardell, L., Carlberg, M., Hansson Mild, K., 2011. Pooled analysis of case-control studies on malignant brain tumours and the use of mobile and cordless phones including living and deceased subjects. Int. J. Oncol. 38 (5), 1465–1474. http://dx.doi.org/10.3892/ijo.2011.947. PMID:21331446.

Hasegawa, T., et al., 2013. Long-term safety and efficacy of stereotactic radiosurgery for vestibular schwannomas: evaluation of 440 patients more than 10 years after treatment with Gamma Knife surgery. J. Neurosurg. 118, 557–565.

IARC, 2013. Non-ionizing Radiation, Part 2: Radiofrequency Electromagnetic Fields. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans/World Health Organization 102. International Agency for Research on Cancer, pp. 1.

INTERPHONE Study Group, 2010. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Int. J. Epidemiol. 39, 675–694. http://dx.doi.org/10.1093/ije/dyq079. PMID:20483835.

Kaufmann, W., et al., 2012. Proliferative and nonproliferative lesions of the rat and mouse central and peripheral nervous systems. Toxicol. Pathol. 40, 87S–157S.

Legislativo, Decreto, 1992. Decreto Legislativo 116, 1992. Attuazione della direttiva. 86/609/CEE in materia di protezione degli animali utilizzati a fini sperimentali o ad altri fini scientifici [in Italian]. Gazz. Uff. Suppl. Ordin. 5–25.

Nittby, H., Grafström, G., Eberhardt, J.L., Malmgren, L., Brun, A., Persson, B.R., Salford, L.G., 2008. Radiofrequency and extremely low-frequency electromagnetic field effects on the blood-brain barrier. Electromagn. Biol. Med. 27 (2), 103–126.

Novilla, M.N., et al., 1991. A retrospective survey of endocardial proliferative lesions in rats. Vet. Pathol. 28, 156–165.

Repacholi, M.H., 1997. Radiofrequency field exposure and cancer: what do the laboratory studies suggest? Environ. Health Perspect. 105 (Suppl 6), S1565–S1568.

Sato, Y., et al., 2011. A case-case study of mobile phone use and acoustic neuroma risk in Japan. Bioelectromagnetics 32, 85–93.

Seferis, C., et al., 2014. Malignant transformation in vestibular schwannoma: report of a single case, literature search, and debate. J. Neurosurg. 121, Suppl 160–6.

Smith-Roe S.L., Stout, W.M. Winters, M.D. Hobbs, J. Shepard, C.A. Green, K.G. Kissling, A. Tice, G.E. Bucher, R.R. Witt, J.R., 2017. KI, Evaluation of the genotoxicity of cell phone radiofrequency radiation in male and female rats and mice following subchronic exposure. Environmental Mutagenesis and Genomics Society Proceedings of the 48th Annual Meeting Abstracts September 9–13, 2017, P. 36.

Soffritti, M., et al., 1999. Mega-experiments to identify and assess diffuse carcinogenic risks. Ann. N. Y Acad. Sci. 895, 34–55.

Soffritti, M., et al., 2006. Cancer prevention: the lesson from the lab. In: Biasco, G., Tanneberger, S. (Eds.), Cancer Medicine at the Dawn of the 21st Century: The View from Bologna. Bononia University Press, Bologna, Italy.

Soffritti, M., Tibaldi, E., Padovani, M., Hoel, D.G., Giuliani, L., Bua, L., Lauriola, M., Falcioni, L., Manservigi, M., Manservisi, F., Belpoggi, F., 2016a. Synergism between sinusoidal-50 Hz magnetic field and formaldehyde in triggering carcinogenic effects in male Sprague-Dawley rats. Am. J. Ind. Med. 59 (7), 509–521.

Soffritti, M., Tibaldi, E., Padovani, M., Hoel, D.G., Giuliani, L., Bua, L., Lauriola, M., Falcioni, L., Manservigi, M., Manservisi, F., Panzacchi, S., Belpoggi, F., 2016b. Lifespan exposure to sinusoidal-50 Hz magnetic field and acute low-dose γ radiation induce carcinogenic effects in Sprague-Dawley rats. Int. J. Radiat. Biol. 92 (4), 202–214.

Warren, C., et al., 2003. Identification of recurrent regions of chromosome loss and gain in vestibular schwannomas using comparative genomic hybridisation. J. Med. Genet. 40, 802–806.

Wyde, M., et al., 2016. Report of partial findings from the National toxicology program carcinogenesis studies of cell phone Radiofrequency radiation in Hsd: Sprague Dawley® SD rats (whole body exposure). bioRxiv 055699.

CARPENTER DEPO
EXHIBIT 12

British Journal of Cancer (2006) 94, 161–164
© 2006 Cancer Research UK   All rights reserved 0007–0920/06   $30.00
www.bjcancer.com



# Magnetic field exposure and long-term survival among children with leukaemia

**DE Foliart\*,1, BH Pollock2, G Mezei3, R Iriye4, JM Silva4, KL Ebi5, L Kheifets6, MP Link7 and R Kavet3**

*1Public Health Institute, 555 12th St, Oakland, CA 94607, USA; 2Center for Epidemiology and Biostatistics, University of Texas Health Science Center, 7703 Floyd Curl Drive, San Antonio, TX 78229, USA; 3Electric Power Research Institute (EPRI), 3412 Hillview Avenue, Palo Alto, CA 94304, USA; 4Enertech Consultants, 300 Orchard City Drive, Suite 132, Campbell, CA 95008, USA; 5Exponent Health Sciences Group, 1800 Diagonal Road, Suite 300, Alexandria, VA 22314, USA; 6Department of Epidemiology, School of Public Health, University of California, Los Angeles, 650 Charles E. Young Drive South, Los Angeles, CA 90095, USA; 7Department of Pediatrics, Stanford University School of Medicine, 300 Pasteur Drive, Stanford, CA 94305, USA*

We examined the association between magnetic field (MF) exposure and survival among children with acute lymphoblastic leukaemia (ALL) treated at 51 Pediatric Oncology Group centres between 1996 and 2001. Of 1672 potentially eligible children under treatment, 482 (29%) participated and personal 24-h MF measurements were obtained from 412 participants. A total of 386 children with ALL and 361 with B-precursor ALL were included in the analysis of event-free survival (time from diagnosis to first treatment failure, relapse, secondary malignancy, or death) and overall survival. After adjustment for risk group and socioeconomic status, the event-free survival hazard ratio (HR) for children with measurements $\geqslant 0.3\,\mu$T was 1.9 (95% confidence interval (CI) 0.8, 4.9), compared to $< 0.1\,\mu$T. For survival, elevated HRs were found for children exposed to $\geqslant 0.3\,\mu$T (multivariate HR = 4.5, 95% CI 1.5–13.8) but based on only four deaths among 19 children. While risk was increased among children with exposures above $0.3\,\mu$T, the small numbers limited inferences for this finding.
*British Journal of Cancer* (2006) **94,** 161–164. doi:10.1038/sj.bjc.6602916   www.bjcancer.com
Published online 10 January 2006
© 2006 Cancer Research UK

**Keywords:** electromagnetic fields; leukaemia; lymphoblastic leukaemia; acute childhood leukaemia

Two pooled analyses have reported a positive association between childhood leukaemia incidence and residential magnetic fields (MFs) in the upper tail of the exposure distribution (Ahlbom *et al*, 2000; Greenland *et al*, 2000). However, *in vitro* studies and *in vivo* animal experiments have not produced evidence of adverse effects at or near the MF levels associated with residential environments, nor has a biophysical basis for such effects been established (NIEHS, 1998; McCann *et al*, 2000). While earlier studies have examined potential effects of MF exposure on leukaemia incidence, MF research has not focused on the progress of disease. We have examined our hypothesis that if environmental exposure to MF influences leukaemia blast cells following tumour initiation, effects on relapse and survival in newly diagnosed acute lymphoblastic leukaemia (ALL) may be evident.

## MATERIALS AND METHODS

### Study subjects

Eligibility criteria included a diagnosis of B-precursor, T-cell, or B-cell ALL within the previous 12 weeks, age between 1 and 15 years, enrolment into a Pediatric Oncology Group (POG) treatment protocol at a participating centre, and an adult family member who speaks English, Spanish, or French. Pediatric Oncology Group was a National Cancer Institute-sponsored consortium that represented approximately half of all centres that treated childhood cancer in North America. The study protocol was approved by the institutional review boards of the Public Health Institute and each participating treatment centre.

Health professionals at POG centres introduced the study to eligible children and their families, and obtained written informed consent from interested families. During the accrual period of September 1996 to January 2001, 1672 children were being treated on therapeutic protocols at the 51 participating POG centres. Twenty nine per cent (482) of children enrolled into our study. The study group was similar in gender and age to the cohort of eligible children, although percentages of children by race/ethnicity differed: white children 72% (cohort) *vs* 61% (potentially eligible), Hispanic children 15 *vs* 21%, African-American children 7 *vs* 9%.

Families were contacted within 14 days of an agreement to participate by staff at the Public Health Institute for administration of a structured telephone interview and explanation of the exposure assessment process. The interview included questions regarding sociodemographic characteristics (parental education and family annual income) and residential history. Ninety-eight per cent (471 out of 482) of families completed the telephone interview.

### Data collection

*Magnetic field exposure assessment* Magnetic field exposure assessment was initiated after the child completed the initial

\*Correspondence: Dr DE Foliart, 3470 Buskirk Ave, Pleasant Hill, CA 94523, USA; E-mail: dfoliart@hospicecc.org
Received 1 September 2005; revised 18 October 2005; accepted 18 November 2005; published online 10 January 2006

Epidemiology

162

induction therapy (usually 4 weeks from the start of therapy) and while the child was undergoing consolidation (intensification) therapy as an outpatient. The EMDEX Lite meter (Enertech Consultants Campbell, CA, USA), with pictorial and written instructions (English, Spanish, or French), was forwarded to families and returned by mail. Personal, 24-h MF exposures were monitored prospectively, with the first measurement taken shortly after enrolment and later measurements taken at the beginning of the second and third year after enrolment. The exposure protocol and results of demographic and serial MF exposure monitoring have been previously reported (Foliart et al, 2001, 2002).

A higher-than-expected percentage of families lost or never returned the meter (8%). Some families were reluctant to use the meter or had difficultly following the pictorial instructions, with 5% returning the meter with invalid or no data recorded. Based on follow-up telephone conversations with most of the 70 families who did not return valid first-year readings, it was clear that the diagnosis of leukaemia produced tremendous family stress and disruption, making it difficult to complete the exposure assessment protocol.

Completion of the exposure assessment protocol with return of viable data decreased during annual serial monitoring: 412 children completed the first monitoring, 304 completed a second measurement, and 134 completed a third measurement. The mean time-weighted average (TWA) ($0.11-0.13\,\mu$T) and mean geometric mean (GM) ($0.073-0.082\,\mu$T) were similar across the three measurement years (Foliart et al, 2002). Owing to the limited number of second- and third-year measurements, only the first year 24-h results were used in our analyses.

A priori, MF exposures were classified in a variety of ways, including TWA, GM, and two estimates of field stability: rate of change metric (RCM) and rate of change metric standardised (RCMS) (Burch et al, 1998). The metrics with the highest year-to-year correlation were TWA and GM. Rate of change metric and RCMS were poorly correlated over time (Foliart et al, 2002). Our final analyses used 24-h exposure classified by TWA and GM.

*Clinical data*   At the time of diagnosis, all children had blood and bone marrow samples sent to a central reference laboratory at the University of Alabama, Birmingham, for cytogenetic analysis. For central assignment to their therapeutic regimen, children were stratified by immunophenotype and clinical prognostic factors by the POG Statistical Office at the University of Florida (Gainesville, FL, USA). For the commonest immunophenotype, B-precursor ALL, children were enrolled into one of three POG protocols based on prognostic factors at diagnosis predicting low, standard, or high risk of treatment failure (Borowitz et al, 1993). For children with B-precursor ALL enrolled before 2000 (330 out of 361 children), the National Cancer Institute (NCI) risk group criteria were used to determine the risk status, based on initial white blood cell count and

age at diagnosis (Smith et al, 1996). In 2000, DNA Index and the presence of trisomies 4 and 10 were added to the risk stratification. While the criteria used to identify a child's risk were refined, children in a given risk stratum received similar treatment protocols over the course of the study. Protocols for T- and B-cell ALL did not change over the course of the enrolment period.

## Data analysis

Of the 482 enrolled children, 412 (85%) completed the questionnaire and first-year MF assessment protocol and 386 (80%) were included in the analyses. The 26 ineligible children included 13 with missing data regarding response to induction therapy, 10 who did not enrol on a standardised treatment protocol, two with no follow-up data, and one whose diagnosis was later confirmed not to be ALL.

The primary outcome for this study was event-free survival, with additional analyses restricted to overall survival. Kaplan–Meier curves (Kaplan and Meier, 1958) with log rank tests (Peto et al, 1977) were used to examine the relationship between MF exposure (TWA $<0.1$, $0.1-0.19$, $0.2-0.29$, $>0.3\,\mu$T) and outcome. Event-free survival was defined as the interval of time from diagnosis to the date of last contact or to any of the following events that occurred: failure to attain a complete remission after induction therapy (Roberts et al, 1997), leukaemia relapse, secondary malignancy, or death from any cause. Removal for bone marrow transplantation was considered a censoring event (Pollock et al, 2000). Event-free survival was tracked through December 2004. Analyses were performed for all subjects combined and separately for B-precursor and T-cell ALL patients. Analysis of B-precursor ALL patients was adjusted by the NCI risk group criteria.

Multivariate analyses were conducted using Cox proportional hazards regression (Cox, 1972). The association between MF exposure and outcome, including analyses of trend across MF strata, as well as the association between other covariates and outcome, was estimated as the hazards ratio (HR) with 95% confidence interval (CI). Subjects with MF exposure $<0.1\,\mu$T constituted the reference group. Regression analyses were adjusted for a number of potential confounders and effect modifiers: NCI risk group, race/ethnicity, immunophenotype, and socioeconomic status (SES). Low SES was defined as annual family income $<\$40\,000$ and both parents with less than a college degree.

A number of other covariates were assessed in the secondary analyses. These included DNA Index, platelet count at diagnosis, presence of central nervous system involvement at diagnosis, trisomies 4 and 10, trisomy 21, trisomy 8, and several relatively rare cytogenetic translocations including t(9;22), t(4;11), and t(1;19). We examined the impact of these less common prognostic factors by individually adding them to a Cox regression model that included a primary MF exposure category and the NCI risk group.

**Table 1**   Race, ethnicity, and socioeconomic status of cohort[a]

| | No. (%) | Socioeconomic status | | Annual income | | Maternal education | | Paternal education | |
|---|---|---|---|---|---|---|---|---|---|
| | | High | Low | >$40 000 | <$40 000 | Some college | ≤High school | Some college | ≤High school |
| White | 290 (75) | 239 (86) | 39 (14) | 150 (53) | 132 (47) | 196 (69) | 88 (31) | 182 (65) | 98 (35) |
| African American | 20 (5) | 11 (73) | 4 (27) | 1 (5) | 17 (94) | 14 (74) | 5 (26) | 4 (27) | 11 (73) |
| Hispanic | 50 (13) | 24 (56) | 19 (44) | 11 (22) | 37 (77) | 19 (39) | 30 (61) | 12 (27) | 32 (73) |
| Native American | 2 (0.5) | 2 (100) | 0 | 0 | 2 (100) | 1 (50) | 1 (50) | 1 (50) | 1 (50) |
| Asian | 11 (3) | 10 (100) | 0 | 9 (90) | 1 (10) | 11 (100) | 0 | 10 (91) | 1 (9) |
| Hawaiian | 9 (2) | 6 (75) | 2 (25) | 3 (33) | 6 (67) | 5 (56) | 4 (44) | 4 (50) | 4 (50) |
| Other | 4 (1) | 2 (50) | 2 (50) | 2 (50) | 2 (50) | 2 (50) | 2 (50) | 2 (50) | 2 (50) |
| Response missing | 0 | | 26 | | 13 | | 8 | | 22 |

[a]Per cent in parentheses, based on total with available information. A total of 386 families completed the telephone questionnaire, but answers to some queries were not known by respondents.

© 2006 Cancer Research UK

341

## RESULTS

Of the 386 children included in the analysis, 71% were less than 6 years old. Boys slightly outnumbered girls (52%). Table 1 presents details of race/ethnicity and SES. Most children (75%) were white; 41% were classified as having low SES. Annual family income, paternal education, and, to a lesser extent, maternal education varied widely by race and ethnic group (Table 1).

Most children completed the MF monitoring session shortly after diagnosis: 48% (186) within 2 months following diagnosis and 86% (332) within 4 months. The mean TWA was similar to that in other North American studies: $0.1 \mu T$, with a 95th percentile value of $0.3 \mu T$ (Kaune and Zaffanella, 1994; Linet et al, 1997; Deadman et al, 1999).

Table 2 summarises the MF exposure findings. Only 19 children (5%) had a TWA $\geqslant 0.3 \mu T$ and 14 (4%) had a GM $\geqslant 0.3 \mu T$. A higher percentage of non-white compared with white children (7.3 vs 4.1%) had TWA exposures $\geqslant 0.3 \mu T$ (odds ratio = 1.8, 95% CI 0.70, 4.77).

The median duration of follow-up among survivors was 5.07 years. There were 73 failure events among all children and 70 failure events among the 361 children with B-precursor ALL. There was a total of 30 deaths, of which 28 occurred among children with B-precursor ALL. In only one child was death the first failure event. For the 29 other children, the initial failure event was relapse ($n = 25$) or secondary malignancy ($n = 4$).

Figure 1 presents the Kaplan–Meier estimate of event-free survival for children with B-precursor ALL, stratified by 24-h TWA MF exposures (log rank test $P = 0.54$). Estimates using GM were similar and are not presented. Owing to small numbers, figures for total survival and T-cell ALL are not presented.

Cox proportional hazards regression analyses of survival are presented in Table 3. No statistically significant trend was noted between increasing exposure to MF and poorer event-free survival ($P = 0.5$). Five failures were observed among children exposed to $\geqslant 0.3 \mu T$, four due to relapse and one due to secondary malignancy (four died during follow-up). Hazard ratios for children in the highest exposure category of $\geqslant 0.3 \mu T$ were increased in both univariate and multivariate analyses. In univariate analysis, the event-free survival HR for exposure $\geqslant 0.3 \mu T$ was 1.66, 95% CI 0.66, 4.18. Multivariate analyses of B-precursor ALL, adjusted for age at diagnosis and initial white blood cell count (NCI risk group) and SES, reported an HR for exposure $\geqslant 0.3 \mu T$ of 1.92, 95% CI 0.75, 4.90. Of the five failures in this exposure group, two occurred among the 11 white children and three occurred among the seven non-white children. Although failures were more common among non-white children, small numbers prevented us from adequately examining race-specific risks.

For overall survival, HRs were significantly elevated among children exposed to $\geqslant 0.3 \mu T$ in both univariate and multivariate analyses, based on four deaths (two in white children and two in non-white children). In univariate analysis, the HR was 3.39, 95%

**Table 2** Summary of 24-h time-weighted average (TWA) and geometric mean (GM) magnetic field exposure results

| Exposure ($\mu T$) | TWA Frequency | % | GM Frequency | % |
|---|---|---|---|---|
| <0.1 | 251 | 65 | 294 | 76 |
| 0.1–0.19 | 95 | 25 | 67 | 17 |
| 0.2–0.29 | 21 | 5 | 11 | 3 |
| 0.3–0.39 | 7 | 2 | 10 | 3 |
| 0.4–0.49 | 7 | 2 | 4 | 1 |
| 0.5–0.59 | 1 | 0.3 | 0 | 0 |
| $\geqslant 0.6$ | 4 | 1 | 0 | 0 |
| Total | 386 | | 386 | |



**Figure 1** Kaplan–Meier estimates for event-free survival among children with B-precursor ALL, stratified by 24-h TWA MF exposure (log rank test $P = 0.054$).

**Table 3** Association of magnetic field exposure and outcome: Cox proportional hazards regression analyses

| Variable | Event-free survival No. of cases | No. failed[a] | HR | 95% HR CI[b] | | $P^c$ | Survival No. of cases | No. failed | HR | 95% HR CI | | $P^c$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Univariate analysis* | 386 | 73 | | | | 0.4 | 386 | 30 | | | | 0.2 |
| <0.1 $\mu T$ | 251 | 42 | 1.00 | | | | 251 | 17 | 1.00 | | | |
| 0.1–0.19 $\mu T$ | 95 | 22 | 1.47 | 0.88 | 2.46 | | 95 | 8 | 1.27 | 0.55 | 2.93 | |
| 0.2–0.29 $\mu T$ | 21 | 4 | 1.15 | 0.41 | 3.20 | | 21 | 1 | 0.68 | 0.09 | 5.13 | |
| $\geqslant 0.3 \mu T$ | 19 | 5 | 1.66 | 0.66 | 4.18 | | 19 | 4 | 3.39 | 1.14 | 10.06 | |
| | | | | | | | | | | | | |
| *Multivariate analysis* | | | | | | | | | | | | |
| B-precursor[d] | 361 | 70 | | | | 0.5 | 361 | 28 | | | | 0.06 |
| NCI risk group | | | 1.76 | 1.01 | 2.88 | | | | 2.78 | 1.29 | 5.96 | |
| SES | | | 0.98 | 0.52 | 1.83 | | | | 1.61 | 0.68 | 3.82 | |
| <0.1 $\mu T$ | 235 | 41 | 1.00 | | | | 235 | 16 | 1.00 | | | |
| 0.1–0.19 $\mu T$ | 89 | 20 | 1.25 | 0.72 | 2.19 | | 89 | 7 | 1.16 | 0.47 | 2.84 | |
| 0.2–0.29 $\mu T$ | 19 | 4 | 1.32 | 0.47 | 3.71 | | 19 | 1 | 0.85 | 0.11 | 6.40 | |
| $\geqslant 0.3 \mu T$ | 18 | 5 | 1.92 | 0.75 | 4.90 | | 18 | 4 | 4.53 | 1.49 | 13.76 | |

[a]Failure events defined as failure to attain complete response during induction therapy, leukaemia relapse, secondary cancer, or death. [b]HR = hazard ratio; CI = confidence interval. [c]Test of trend for time-weighted average magnetic field exposure level. [d]Adjusted for National Cancer Institute (NCI) risk group and socioeconomic status (SES).

© 2006 Cancer Research UK

British Journal of Cancer (2006) 94(1), 161–164

Epidemiology

164

CI 1.14, 10.06; in multivariate analysis, the HR was 4.53, 95% CI 1.49, 13.76. In the multivariate analysis, there was a marginal trend ($P = 0.06$) between increasing exposure category and deaths, although the number of deaths was small, with only one observed among the 19 children exposed to $\geqslant 0.2 - 0.29\,\mu T$.

As expected, children in the higher NCI risk group were at an increased risk of poor outcome for both event-free survival and total survival. Socioeconomic status was not associated with outcome. No significant first-order interaction terms were observed between MF exposure and the following covariates: DNA Index, platelet count at diagnosis, presence of central nervous system blast cells at diagnosis, and presence of translocations or trisomies (data not presented).

## DISCUSSION

Although other studies have investigated MF exposure as a risk factor for incident ALL, this is the first study to address MF exposure and long-term survival among children with ALL. Strengths of the study include its prospective cohort design, use of centralised review of malignancy and biologic markers, inclusion of children from a wide geographic area, personal MF dosimetry, and the length and completeness of follow-up. Because failure events are most likely to occur within the first 5 years following diagnosis (Pollock et al, 2000), the study had an adequate duration of follow-up to capture most outcome events.

Three limitations of our study are noteworthy. As has been seen in earlier studies, only 5% of the cohort (19 children) had a TWA above $0.3\,\mu T$ (Kaune and Zaffanella, 1994; Linet et al, 1997; Deadman et al, 1999). Thus, we had limited ability to evaluate outcome among children exposed to more than $0.3\,\mu T$ and could perform no meaningful analyses above $0.4\,\mu T$. Secondly, less than one-third of potentially eligible children enrolled into our study, with lower participation rates among non-white children. The limited number of non-white children prevented meaningful multivariate analyses by racial/ethnic subgroups. Finally, our survival analyses were based on first-year MF exposure assessments. In an analysis of the subset of 304 children with two or more annual measurements, we found that first-year GM and TWA can serve as an estimate of exposure among residentially stable children (Foliart et al, 2002). However, a single measurement was less useful among children who changed residences. Twelve per cent of children with first-year measurements moved during the exposure assessment protocol. The total number of children who changed residences during the entire course of follow-up is unknown. The single assessment of MF exposure in residentially mobile children may not be an adequate surrogate of MF exposure over the study's extended follow-up period.

The focus of our study was the possible role of MF exposure as an independent predictor of event-free and overall survival. The number of failures was small: four among children exposed to $\geqslant 0.2 - 0.29\,\mu T$ and five among children exposed to $\geqslant 0.3\,\mu T$. For overall survival, the HRs were significantly elevated among children exposed to $\geqslant 0.3\,\mu T$ for both univariate and multivariate analyses. The multivariate HR (4.5) was based on only four deaths, yielding a wide CI (1.5, 13.8). No consistent or statistically significant trend was noted between increasing exposure to MF and event-free survival or risk of death. Although we report poorer survival among children with the highest MF exposure category, clinical inferences are limited, with results possibly attributable to chance alone. Independent confirmation is needed, as our study is the first to look at relapse and survival and thus our findings can be viewed only as hypothesis generating.

## ACKNOWLEDGEMENTS

This study was supported by the Electric Power Research Institute (EPRI) and Electricité de France (EDF).

## REFERENCES

Ahlbom A, Day N, Feychting M, Roman E, Skinner J, Dockerty J, Linet M, McBride M, Michaelis J, Olsen JH, Tynes T, Verkasalo PK (2000) A pooled analysis of magnetic fields and childhood leukemia. *Br J Cancer* **83**(5): 692–698

Borowitz MJ, Carroll AJ, Shuster JJ, Look AT, Behm FG, Pullen DJ, Land VJ, Steuber P, Crist WM (1993) Use of clinical and laboratory features to define prognostic subgroups in a B-precursor acute lymphoblastic leukemia: experience of the Pediatric Oncology Group. *Cancer Res* **131**: 257–267

Burch JB, Reif JS, Yost MG, Keefe TJ, Pitrat CA (1998) Nocturnal excretion of a urinary melatonin metabolite among electric utility workers. *Scand J Work Environ Health* **24**(3): 183–189

Cox DR (1972) Regression models and life tables. *J R Stat Soc* **34**: 187–220

Deadman JE, Armstrong BG, McBride ML, Gallagher MA, Theriault G (1999) Exposures of children in Canada to 60-Hz magnetic and electric fields. *Scand J Work Environ Health* **25**(4): 368–375

Foliart DE, Iriye RN, Silva JM, Mezei G, Tarr KJ, Ebi KL (2002) Correlation of year-to-year magnetic field exposure metrics among children in a leukemia survival study. *J Expo Anal Environ Epidemiol* **12**: 441–447

Foliart DE, Iriye RN, Tarr KJ, Silva JM, Kavet R, Ebi KL (2001) Alternative magnetic field metrics: relationship to TWA, appliance use, and residential characteristic of children in a leukemia survival study. *Bioelectromagnetics* **22**: 574–580

Greenland S, Sheppard AR, Kaune WT, Poole C, Kelsh MA (2000) A pooled analysis of magnetic fields, wire codes and childhood leukemia. *Epidemiology* **11**(6): 624–634

Kaplan EL, Meier P (1958) Nonparametric estimation from incomplete observations. *J Am Stat Assoc* **53**: 457–481

Kaune WT, Zaffanella LE (1994) Assessing historical exposures of children to power-frequency magnetic fields. *J Expo Anal Environ Epidemiol* **4**: 149–170

Linet MS, Hatch EE, Kleinerman RA, Robison LL, Kaune WT, Friedman DR, Severson RK, Haines CM, Hartsock CT, Niwa S, Wacholder S, Tarone RE (1997) Residential exposure to magnetic fields and acute lymphoblastic leukemia in children. *N Engl J Med* **337**: 1–7

McCann J, Kavet R, Rafferty CN (2000) Assessing the potential carcinogenic activity of magnetic fields using animal models. *Environ Health Perspect* **108**(Suppl 1): 79–100

National Institute for Environmental Health Sciences Working Group Report (1998) *Assessment of health effects from exposure to power-line frequency electric and magnetic fields.* Research Triangle Park, NC: NIEHS, (NIH publication no. 98-3981)

Peto R, Pike MC, Armitage P, Breslow NE, Cox DR, Howard SV, Mantel N, McPherson K, Peto J, Smith PG (1977) Design and analysis of randomized clinical trials requiring prolonged observation of each patient: analysis and examples. *Br J Cancer* **35**: 1–39

Pollock BH, DeBaun MR, Camitta BM, Shuster JJ, Ravindranath Y, Pullen DJ, Land VJ, Mahoney Jr DH, Lauer SJ, Murphy SB (2000) Racial differences in the survival of childhood B-precursor acute lymphoblastic leukemia: a Pediatric Oncology Group study. *J Clin Oncol* **18**(4): 813–823

Roberts WM, Estrov Z, Ouspenskaia MV, Johnston DA, McClain KL, Zipf TF (1997) Measurement of residual leukemia during remission in childhood acute lymphoblastic leukemia. *N Engl J Med* **336**: 317–323

Smith M, Bleyer A, Crist W, Murphy S, Sallan SE (1996) Uniform criteria for childhood acute lymphoblastic leukemia risk classification. *J Clin Oncol* (letter) **14**: 680–681

Epidemiology

343

© 2006 Cancer Research UK



**ACADEMIA**
Accelerating the world's research.

CARPENTER DEPO
EXHIBIT 13

# Acute low⬚intensity microwave exposure increases DNA single⬚strand breaks in rat brain cells

NARENDRA SINGH

*Bioelectromagnetics*



**Cite this paper**

Get the citation in MLA, APA, or Chicago styles

Downloaded from Academia.edu ↗

**Related papers**

Download a PDF Pack of the best related papers ↗

Melatonin and a spin trap compound block radiofrequency electromagnetic radiation induced...
NARENDRA SINGH

Electromagnetic fields affect transcript levels of apoptosis-related genes in embryonic stem cell-der...
Teodora Nikolova

DNA damage in Molt-4 T-lymphoblastoid cells exposed to cellular telephone radiofrequency fields in vi...
Robert Jones, Mary Campbell-Beachler

Bioelectromagnetics 16:207–210 (1995)

# Acute Low-Intensity Microwave Exposure Increases DNA Single-Strand Breaks in Rat Brain Cells

## Henry Lai and Narendra P. Singh

*Department of Pharmacology (H.L.), Center for Bioengineering (H.L.), and Department of Psychiatry and Behavioral Sciences (N.P.S.), University of Washington, Seattle, Washington*

Levels of DNA single-strand break were assayed in brain cells from rats acutely exposed to low-intensity 2450 MHz microwaves using an alkaline microgel electrophoresis method. Immediately after 2 h of exposure to pulsed (2 μs width, 500 pulses/s) microwaves, no significant effect was observed, whereas a dose rate-dependent [0.6 and 1.2 W/kg whole body specific absorption rate (SAR)] increase in DNA single-strand breaks was found in brain cells of rats at 4 h postexposure. Furthermore, in rats exposed for 2 h to continuous-wave 2450 MHz microwaves (SAR 1.2 W/kg), increases in brain cell DNA single-strand breaks were observed immediately as well as at 4 h postexposure.
©1995 Wiley-Liss, Inc.

Key words: microwaves, brain cells, DNA damage, rats, single-strand

## INTRODUCTION

In this paper, we report the results from an experiment to study the effect of acute exposure to low-intensity microwaves on DNA damage in brain cells of the rat. Well-characterized damages to DNA include DNA single and double strand breaks, alkali labile sites (apurinic, apyrimidinic, alkylation, and phosphotriester formation), base damage, base modification, DNA-DNA and DNA-protein cross links, pymidine dimers, and DNA adducts. Among all of these, the most commonly used marker for DNA damage is single-strand break. DNA single-strand breaks can lead to carcinogenicity [Tice, 1978; Cerutti, 1985; Ames, 1989a,b], cell death [Walker et al., 1991; Onishi et al., 1993; Prigent et al., 1993], and aging [Hart and Setlow, 1974; Tice, 1978]. We used the alkaline microgel electrophoresis method [Singh et al., 1988, 1991, 1994] to assay for DNA single-strand breaks in individual brain cells. This is the most sensitive method available for assaying DNA single-strand breaks and can detect one break per $2 \times 10^{10}$ daltons of DNA in lymphocytes.

## MATERIALS AND METHODS

Male Sprague-Dawley rats (250–300 g) purchased from B and K Laboratory (Bellevue, WA) were used in this research. They were housed three in a cage in a vi-varium on a 12 h light-dark cycle (light on 7 AM to 7 PM) at an ambient temperature of 22 °C and a relative humidity of 65%. They were given food and water ad libitum.

The cylindrical waveguide system developed by Guy et al. [1979] was used for microwave exposure. Our waveguide system consists of eight individual cylindrical exposure tubes connected though a power-divider network to a single microwave power source. Each tube consists of a section of circular waveguide constructed of galvanized wire screen in which a circularly polarized $TE_{11}$ mode field configuration is excited. The tube also contains a plastic chamber to house a rat. This waveguide system, using circularly polarized radiation, enables efficient coupling of microwave energy to the animal exposed. For example, a spatially averaged power density of 1 mW/cm² in the waveguide produces a whole body specific absorption rate (SAR) of 0.6 W/kg in the rat. The range of power densities for a linearly polarized plane wave associated with an SAR of 0.6 W/kg would approximate 3–6 mW/cm². Local SAR in eight brain regions measured in rats exposed in this waveguide

Received for review June 30, 1994; revision received August 26, 1994.

Address reprint requests to Henry Lai, Department of Pharmacology, SJ-30, University of Washington, Seattle, WA 98195.

© 1995 Wiley-Liss, Inc.

**208    Lai and Singh**

system varied from 0.5 to 2.0 W/kg per mW/cm² [Chou et al., 1985]. With this system, rats can be irradiated with either continuous-wave (CW) or pulsed (2 µs pulses, 500 pps) 2450 MHz microwaves at different spatially averaged power densities.

In our experiments, animals were subjected to either microwave or sham exposure in the waveguide system for 2 h. Immediately or at 4 h after exposure, rats were placed in a closed box containing dry ice for 60 s and then decapitated. All procedures from this time onward were done in minimum light. Brains were removed immediately and dissected on ice for assay of DNA single-strand breaks. Removal of the brain from the skull took approximately 30 s, and dissection of the hippocampus took an additional 40–45 s. All experiments were run blind. Two workers were involved: One conducted the animal exposure and brain dissection, and the other conducted the DNA single-strand break assay. Neither worker knew the treatment condition (microwave or sham exposed) of the rats.

The method of Singh et al. [1994] was used to assay for DNA single-strand breaks in brain cells with minor modifications. All chemicals used in the assay were purchased from Sigma Chemical Co. (St. Louis, MO) unless otherwise noted. Immediately after dissection, brain tissues were immersed in ice-cold phosphate-buffered saline (PBS; NaCl, 8.01 g; KCl, 0.20 g; $Na_2HPO_4$, 1.15 g; $KH_2PO_4$, 0.20 g per liter) with 200 µM N-t-butyl-α-phenylnitrone at pH 7.4. Tissue was washed four times with the same buffer to remove most of the red blood cells. A pair of sharp scissors was used to mince (approximately 200 times) the tissue in a 50 ml polypropylene centrifuge tube containing 5 ml of ice-cold PBS to obtain pieces of approximately 1 mm³. Four more washings with the cold buffer removed most of the remaining red blood cells. Finally, in 5 ml of PBS, these tissue pieces were dispersed into single-cell suspension using a 5000 liter Pipetman. Therefore, this cell suspension consisted of different types of cells in the brain.

A small volume (10 µl) of this cell suspension was mixed with 0.2 ml of 0.5% agarose maintained at 37 °C, and 75 µl of this mixture was pipetted onto a fully frosted slide (Erie Scientific Co., Portsmouth, NH) and immediately covered with a 24 × 50 mm² No. 1 coverglass (Corning Glass Works, Corning, NY) to make a microgel on the slide. Slides were put in an ice-cold steel tray on ice for 1 min to allow the agarose to gel. The coverglass was removed, and 75 µl of agarose solution was layered as before. This layering was done very quickly, because agarose solidifies rapidly on top of a cold agarose layer.

Slides were then immersed in an ice-cold lysing solution (2.5 M NaCl, 1% sodium N-lauroyl sacosinate, 100 mM disodium EDTA, 10 mM Tris base, and 1% Triton-X 100, pH 10). After 1 h of lysing at 0 °C, slides

were treated with DNAase-free proteinase K (Boehringer Mannheim Corp., Indianapolis, IN) in lysing solution for 2 h at 37 °C. The proteinase K solution was preincubated for 1 h at 37 °C to ensure DNAase inactivation. Slides were then put on the horizontal slab of an electrophoretic assembly (Hoefer Scientific, San Francisco, CA) modified so that both ends of each electrode are connected to the power supply. Nine hundred milliliters of an electrophoretic buffer (300 mM NaOH, 0.1% 8-hydroxyquinoline, 2% dimethyl sulfoxide, and 10 mM tetrasodium EDTA) were gently poured into the assembly to cover the slides to a height of 6 mm above their surface.

After 20 min to allow for DNA unwinding, electrophoresis was started (18 V, approximately 300 mA, for 60 min), and the buffer was recirculated at a rate of 100 ml/min. At the end of the electrophoresis, extra electrophoretic buffer was removed from the top of the slides. The slides were gently removed from the electrophoretic apparatus and immersed for neutralization in 35 ml of 0.4 M Tris, pH 7.4, in a Coplin jar (two slides per jar) for 30 min. After two more similar steps of neutralization, the slides were dehydrated in absolute ethanol in a Coplin jar three times for 30 min and blow dried. One slide at a time was taken out and stained with 50 µl of 1 µM solution of YOYO-1 (stock, 1 mM in DMSO from Molecular Probes, Eugene, OR) and then covered with a 24 × 50 mm coverglass.

Slides were examined and analyzed with a Reichert vertical fluorescent microscope (model 2071) equipped with a filter combination for fluorescence isothiocyanate (excitation at 490 nm, emission filter at 515 nm, and dichromic filter at 500 nm). We measured the length (in microns) from the beginning of the nuclear area to the last pixel of DNA at the leading edge. The migration length is used as the index of DNA single-strand breaks. (As a reference, lymphocytes exposed to 25 rads of X-rays show an increase of 50–60 µm of DNA migration when assayed with this method.) Fifty representative cells were measured per slide. Data were analyzed by ANOVA, and difference between groups was compared by the Newman- Keuls test. A difference at $P < .05$ was considered statistically significant.

## RESULTS

In the first experiment, we exposed rats for 2 h to 2450 MHz pulsed (2 µs pulses, 500 pps) microwaves at spatially averaged power density of either 1 or 2 mW/cm² inside the waveguide. These power densities give an average whole-body SAR of 0.6 and 1.2 W/kg, respectively, in the exposed animals [Chou et al., 1984]. Amounts of DNA single-strand breaks in cells from the hippocampus and the rest of the brain were assayed

immediately and at 4 h postexposure. Figures 1 and 2 show an increase in DNA single-strand breaks (expressed as microns of migration) in cells of the hippocampus and the rest of the brain, respectively, of the microwave-exposed rats at 4 h after exposure (Figs. 1, 2; right), whereas no significant effect was seen immediately after 2 h of microwave exposure (Figs. 1, 2; left).

In a second experiment, the effect of CW microwave radiation was investigated. Rats were exposed to CW 2450 MHz microwaves for 2 h in the circular waveguide at a power density of 2 mW/cm² (average whole-body SAR of 1.2 W/kg). DNA single-strand breaks were assayed in cells obtained from the whole brain of the animals immediately and at 4 h postexposure. Data in Figure 3 show a significant increase in DNA single-strand breaks in brain cells of the microwave-exposed rats compared to those of sham-exposed animals. Increase in breaks was observed immediately after microwave exposure and at 4 h postexposure. It should be noted that the baseline of DNA single-strand breaks in the sham-exposed samples in this experiment is lower than that in the previous experiment. This difference could be due to the use of whole brain in this study, whereas, in the previous study,

the hippocampus was dissected out and assayed separately from the rest of the brain. The dissection process took 40–45 s more before the tissues could be put into ice-cold buffer for processing. Such a delay and the additional disturbance to the tissue during dissection could increase the baseline level of DNA breaks.

## DISCUSSION

Our data indicate that acute microwave exposure increases DNA single-strand breaks in brain cells of the rat. Previous studies have also suggested effects of microwave exposure on chromosome and DNA. Garaj-Vrhovac et al. [1991] showed that acute (15–60 min) exposure to 7.7 GHz microwaves at 0.5 mW/cm² caused higher incidence of chromosome aberrations in Chinese hamster fibroblasts. Maes et al. [1993] reported that acute exposure to 2450 MHz microwaves at SAR of 75 W/kg and constant temperature increased dicentric chromosome and acentric chromosomal fragments in human lymphocytes. Both studies suggest damage of chromosomal DNA in cells after microwave exposure. In an in



Fig. 1. DNA single-strand breaks (shown as micrometers of migration during electrophoresis) in hippocampal cells of rats subjected to 2 h of exposure to pulsed microwaves at an average whole-body SAR of 0.6 or 1.2 W/kg or sham exposure. Assay was done immediately after exposure (left) or at 4 h postexposure (right). N is the number of rats studied. One-way ANOVA showed no significant treatment (microwave) effect on DNA migration immediately after exposure (F[2,24] = 1.239; nonsignificant), whereas a significant treatment effect was observed at 4 h postexposure (F[2,25] = 12.22; P < .001). Values of 0.6 and 1.2 W/kg are significantly different from sham exposure at P < .01 (Newman-Keuls test). No significant difference was found between exposures at 0.6 and 1.2 W/kg.



Fig. 2. DNA single-strand breaks (shown as micrometers of migration during electrophoresis) in cells from the rest of the brain (i.e., whole brain minus hippocampus) of rats subjected to 2 h of exposure to pulsed microwaves at an average whole body SAR of 0.6 or 1.2 W/kg or sham exposure. N is the number of rats studied. Assay was done immediately after exposure (left) or at 4 h postexposure (right). One-way ANOVA showed no significant treatment (microwave) effect on DNA migration immediately after exposure (F[2,24] = 1.288; nonsignificant), whereas a significant treatment effect was observed at 4 h postexposure (F[2,24] = 14.04; P < .001). Values of 0.6 and 1.2 W/kg are significantly different from sham exposure at P < .05 and .01 (Newman-Keuls test), respectively. A significant difference at P < .01 was found between exposures at 0.6 and 1.2 W/kg.

210     Lai and Singh



Fig. 3. Effect of acute exposure (2 h) to continuous-wave 2,450 MHz microwaves (SAR 1.2 W/kg) on DNA single-strand breaks in cells of the rat brain. Brain cells from microwave- and sham-exposed rats were assayed immediately and at 4 h postexposure. Two-way ANOVA showed a significant effect of microwaves (F[1,27] = 25.18, $P < .005$). Differences between microwave- and sham-exposed rats were significant at $P < .01$, both immediately and at 4 h after exposure, when compared using the Newman-Keuls test. There is no significant effect due to time of assay (F[1,27] = 1.79; nonsignificant) nor time of assay × microwave interaction effect (F[1,27] = 1.582; nonsignificant).

vitro study, Sagripanti and Swicord [1986] reported an increase in single- and double-strand breaks in isolated DNA after acute microwave exposure. Recently, Sarkar et al. [1994] reported a change in the sizes of DNA fragments isolated from the brain and testis of mice given repeated exposure to 2450 MHz microwaves at 1 mW/cm² (SAR 1.18 W/kg).

The mechanism of interaction between microwaves and DNA is unknown. An increase in DNA single-strand breaks could be due to an increase in the rate of breaking or a reduction in the DNA damage repair processes in the cell. It is also puzzling that brain cell DNA responded differently to CW and pulsed microwaves. A significant increase in DNA single-strand breaks was observed immediately after exposure to CW but not to pulsed microwaves. This further supports our previous conclusion that biological responses to microwaves depend on the parameters of the radiation [Lai, 1992].

## ACKNOWLEDGMENTS

We thank Mrs. Monserrat Carino for her technical assistance in these experiments and Dr. C.K. Chou of the City of Hope National Medical Center, Duarte, California, for his comments on the paper. Research described in this paper was supported by a grant from the National Institute of Environmental Health Sciences (ES-03712).

## REFERENCES

Ames BN (1989a): Endogenous DNA damage as related to cancer and aging. Mutat Res 214:41–46.

Ames BN (1989b): Endogenous oxidative DNA damage, aging, and cancer. Free Radical Res Commun 7:121–128.

Cerutti PA (1985): Peroxidant states and tumor promotion. Science 227:375–381.

Chou CK, Guy AW, Johnson RB (1984): SAR in rats exposed to 2450-MHz circularly polarized waveguide. Bioelectromagnetics 5:389–398.

Chou CK, Guy AW, McDougall JA, Lai H (1985): Specific absorption rate in rats exposed to 2450-MHz microwaves under seven exposure conditions. Bioelectromagnetics 6:73–88.

Garaj-Vrhovac V, Horvat D, Koren Z (1991): The relationship between colony-forming ability, chromosome aberrations and incidence of micronuclei in V79 Chinese hamster cells exposed to microwave radiation. Mutat Res 263:143–149.

Guy AW, Wallace J, McDougall JA (1979): Circular polarized 2450-MHz waveguide system for chronic exposure of small animals to microwaves. Radio Sci (Suppl 6) 14:63–74.

Hart RW, Setlow RB (1974): Correlation between deoxyribonucleic acid excision repair and life span in a number of mammalian species. Proc Natl Acad Sci USA 71:2169–2173.

Lai H (1992): Research on the neurological effects of nonionizing radiation at the University of Washington. Bioelectromagnetics 13:513–526.

Maes A, Verschaeve L, Arroyo A, DeWagter C, Vercruyssen L (1993): In vitro cytogenetic effects of 2450 MHz waves on human peripheral blood lymphocytes. Bioelectromagnetics 14:495–501.

Onishi Y, Azuma Y, Sato Y, Mizuno Y, Tadakuma T, Kizaki H (1993): Topoisomerase inhibitors induce apoptosis in thymocytes. Biochim Biophys Acta 1175:147–154.

Prigent P, Blanpied C, Aten J, Hirsch F (1993): A safe and rapid method for analyzing apoptosis-induced fragmentation of DNA extracted from tissues or cultured cells. J Immunol Methods 160:139–140.

Sagripanti JL, Swicord ML (1986): DNA structural changes caused by microwave radiation. Int J Radiat Biol 50:47–50.

Sarkar S, Ali S, Behari J (1994): Effect of low power microwave on the mouse genome: A direct DNA analysis. Mutat Res 320:141–147.

Singh NP, McCoy MT, Tice RR, Schneider EL (1988): A simple technique for quantitation of low levels of DNA damage in individual cells. Exp Cell Res 175:123–130.

Singh NP, Tice RR, Stephens RE, Schnieder EL (1991): A microgel electrophoresis technique for the direct quantitation of DNA damage and repair in individual fibroblasts cultured on microscope slide. Mutat Res 252:289–296.

Singh NP, Stephens RE, Schneider EL (1994): Modification of alkaline microgel electrophoresis for sensitive detection of DNA damage. Int J Radiat Biol 66:23–28.

Tice RR (1978): Aging and DNA repair capability. In Schneider EL (ed): [The Genetics of Aging.] New York: Plenum Press, pp 53–89.

Walker PR, Smith C, Youdale T, Leblanc J, Whitfield JF, Sikorska M (1991): Topoisomerase II-reactive chemotherapeutic drugs induce apoptosis in thymocytes. Cancer Res 51:1078–1085.

1167

# Exposure to Magnetic Fields and Survival after Diagnosis of Childhood Leukemia: A German Cohort Study

*CARPENTER DEPO EXHIBIT 14*

Anne Louise Svendsen,[1] Thomas Weihkopf,[2] Peter Kaatsch,[2] and Joachim Schüz[1]

[1]Institute of Cancer Epidemiology, Danish Cancer Society, Strandboulevarden 49, Copenhagen, Denmark and [2]German Childhood Cancer Registry, Institute of Medical Biostatistics, Epidemiology and Informatics (IMBEI), University of Mainz, Mainz, Germany

## Abstract

Inspired by a recent U.S. study showing poorer survival among children with acute lymphoblastic leukemia (ALL) exposed to magnetic fields above 0.3 μT, we examine this relationship in a German cohort of childhood leukemia cases derived from previous population-based case-control studies conducted between 1992 and 2001. A total of 595 ALL cases with 24-h magnetic field measurements are included in the analysis with a median follow-up of 9.5 years. We calculate the hazard ratio (HR) using the Cox proportional hazards model for overall survival, adjusted for age at diagnosis, calendar year of diagnosis, and gender. Elevated hazards are found for exposures between 0.1 and 0.2 μT [HR, 2.6; 95% confidence interval (95% CI), 1.3-5.2], based on 34 cases with 9 deaths as well as for exposures above 0.2 μT (HR, 1.6; 95% CI, 0.6-4.4), based on 18 cases with 4 deaths. After adjustment for prognostic risk group, the hazard for exposures above 0.2 μT increases to HR, 3.0 (95% CI, 0.9-9.8). In conclusion, this study is generally consistent with the previous finding; however, we report the excess risk at field levels lower than those in the U.S. study. In all, the evidence is still based on small numbers, and a biological mechanism to explain the findings is not known.  (Cancer Epidemiol Biomarkers Prev 2007;16(6):1167–71)

## Introduction

The relation between exposure to extremely low-frequency magnetic fields and the risk of childhood leukemia has been examined in several studies. Most epidemiologic studies have shown a small increase in risk with higher exposures (above 0.3 or 0.4 μT; ref. 1), but the overall evidence is still inconclusive because the association found in observational studies lacks both a plausible mechanism and supportive evidence from experimental studies (2). Recently, this was taken a step further by Foliart et al. (3); if exposure to magnetic fields is associated with increased leukemia incidence, it could also have a relationship with survival. Indeed, they reported a somewhat poorer survival among 412 U.S. childhood acute lymphoblastic leukemia (ALL) patients exposed to magnetic fields above 0.3 μT compared with those exposed to magnetic fields below 0.1 μT. However, due to small numbers of exposed children, the authors themselves characterized their study as only hypothesis generating. Here, we investigate this new hypothesis in a German cohort of 595 childhood ALL patients.

## Materials and Methods

We use data on childhood leukemia and extremely low-frequency (ELF) magnetic fields from three different studies conducted previously in Germany (Table 1; refs. 4-6). They were all population-based case-control studies, with the cases identified through the German Childhood Cancer Registry (GCCR), which is estimated to be more than 95% complete (7). The cohort consisted of children <15 years old who were living in the relevant study area (see below) at the date of diagnosis. Magnetic field exposure levels were assessed by 24-h measure-

ments taken within each child's bedroom, and additional information on other risk factors or potential confounders was obtained from questionnaires. The first study covered Lower Saxony (northwestern part of Germany; population, 7.4 million) with children diagnosed during the period July 1988 to June 1993, and measurements done between November 1992 and July 1995 (4). The second study was conducted in Berlin and included children diagnosed between January 1991 and September 1994, with measurements done between November 1992 and mid-1996 (5). The third study covered the whole of former West Germany with children diagnosed between October 1992 and September 1994, plus an extra component of children living in the vicinity of German nuclear installations and diagnosed between January 1990 and September 1994. The measurements were done between November 1997 and December 1999 (6). A few children were eligible for more than one study. But once included in one study, the children were not included in any of the following studies. The response rates in the three studies varied from 59% to 66% of eligible children. The numbers of ALL cases contributed from each study were 108 (Lower Saxony), 38 (Berlin), and 449 (West Germany), for a total of 595 children.

Over 98% of German children with leukemia are treated in clinical trials. Follow-up of the patients established at the GCCR can be described as follows: during the first 5 years after the end of treatment, the GCCR receives follow-up information about the children from the clinical trial centers once a year. In a second phase, the GCCR asks the respective hospitals for information every 3 years. When the children are grown up and no longer connected to the pediatric hospitals, they are actively followed up by the GCCR by mail every 5 years for their entire lifetime. By all three mechanisms, the exact dates of an event (death, relapse, and secondary tumor) are obtained. In case no event occurred, the date of the last contact is recorded. For more details, see Kaatsch et al. (8). Effective February 2006, the longest follow-up is 16.4 years, and the median is 9.5 years.

To adjust for the stage of the disease, the cases are classified by prognostic risk groups, which was possible for children treated within the major clinical trials. Most German children with ALL are treated in the ALL-BFM (Berlin, Frankfurt, Münster) trials, which were initiated in 1976. The consecutive trials ALL-BFM 86 and ALL-BFM 90 recruited patients

Received 10/18/06; revised 3/7/07; accepted 3/13/07.

Grant support: The original study was supported by a grant from the German Ministry for the Environment, Reactor Safety, and Nature Protection. This analysis was done on core budgets from the University of Mainz and the Danish Cancer Society.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Requests for reprints: Joachim Schüz, Institute of Cancer Epidemiology, Danish Cancer Society, Strandboulevarden 49, DK-2100 Copenhagen, Denmark. Phone: 45-3525-7655; Fax: 45-3532-7731. E-mail: joachim@cancer.dk

Copyright © 2007 American Association for Cancer Research.

doi:10.1158/1055-9965.EPI-06-0887

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.

**1168**  Magnetic Fields and Childhood Leukemia Survival

**Table 1. Overview of the three original studies**

| Study | Lower Saxony | Berlin | West Germany |
|---|---|---|---|
| Children diagnosed between | July 1988 to June 1993 | January 1991 to September 1994 | January 1990 to September 1994 |
| Measurements done between | November 1992 to July 1995 | November 1992 to July 1996 | November 1997 to December 1999 |
| Number of children | 108 | 38 | 449 |
| Person-years of follow-up | 1,160 | 299 | 3,953 |
| Number of children with prognostic risk group | 88 | 37 | 361 |
| Children in standard-risk group | 23 | 7 | 105 |
| Children in medium-risk group | 56 | 29 | 218 |
| Children in high-risk group | 9 | 1 | 38 |

between October 1986 and March 1995 (9, 10). Briefly, risk groups were divided into three categories. The standard-risk group had to fulfill all of the following six criteria: (*a*) a low score (<0.8) composed of absolute peripheral blast cells; (*b*) liver size and spleen size (calculated $0.2 \times \log(\text{blasts}+1) + 0.06 \times \text{liver size} + 0.04 \times \text{spleen size}$); (*c*) a peripheral blast count <1 G/L on day 8 after 1 week of prednisone therapy; (*d*) CR in the bone marrow on day 33 (<5% blasts in the bone marrow after regeneration with normal or nearly normal cellularity); (*e*) neither mediastinal tumor nor pre–T-/or T-immunology (TdT+, CyCD3+, CD7+; ref. 10); (*f*) no evidence of central nervous system involvement and no t(9;22) or BCR-ABL recombination. The median-risk group contained four items that had to be fulfilled: (*a*) a higher score as mentioned above (≥0.8); (*b*) peripheral blast count <1 G/L on day 8 after 1 week of prednisone therapy; (*c*) CR in the bone marrow on day 33; (*d*) no t(9;22) or BCR-ABL recombination. The high-risk group was characterized by one of the following: blast count more than 1 G/L on day 8 after 1 week of prednisone, t(9;22) or BCR-ABL, or no CR on day 33.

The information on risk groups is unfortunately only available from some hospitals. Thus, analyses including risk groups further restrict the sample to 88, 37, and 361 cases from Lower Saxony, Berlin, and West Germany, respectively, with a total of 486 cases of ALL (Table 1).

The relation between exposure to ELF magnetic fields and overall survival after the diagnosis of ALL was assessed using the Cox proportional hazards model adjusting for age, calendar year at diagnosis, and gender. Season of measurement, socioeconomic status (average or high), and type of residential area (rural, mixed, or urban) were examined as additional potential confounders but were not included in the final model. Cases were followed from the date of diagnosis until date of death (=event), and those alive at the end of the study period were censored at day of last contact. Analyses were conducted for the full cohort and for the sample with prognostic data stratified by risk group. As in our previous studies (4-6), the exposure metric was the median magnetic field of the 24-h bedroom measurement which was divided into three exposure categories: low, below 0.1 μT; medium, from 0.1 to 0.2 μT; and high, above 0.2 μT.

In addition, the study by Foliart et al. (3) was replicated as close as possible; we excluded children below 1 year of age and children who were not in remission and used the exposure groups <0.1, 0.1 to 0.2, 0.2 to 0.3, and above 0.3 μT. For this approach, both an overall survival analysis and an event-free survival analysis (where death, relapse, and secondary tumor are considered events and cases were followed until the respective date of the first event or censored at day of last contact) with the same adjustment as above were done.

## Results

Exposure and prognostic risk group did not seem to be associated, consistent with Foliart et al. (ref. 11; Table 2). The Kaplan-Meier survival curve showed clear differences among the three magnetic field exposure groups (Fig. 1). For these unadjusted data, the survival was slightly better for the high exposed than for the medium exposed.

In the course of developing the analytic model for the adjusted risk estimates, the effect of the potential confounding factors (age at diagnosis, year of diagnosis, gender, socioeconomic status, type of residential area, season of measurement) was assessed in an overall survival analysis restricted to the low-exposure group only (<0.1 μT). The effect of age was modeled as a spline; the hazard decreased rather steeply up until the age of 3 years, with hazard ratios (HR) of 0.6 [95% confidence interval (95% CI), 0.4-1.0] per year, and from there on, it increased slightly, HR, 1.1 (95% CI, 1.0-1.2) per year. Year of diagnosis was included as a linear variable, and there was some decrease in hazard over time, HR, 0.9 (95% CI, 0.8-1.1) per year. Gender showed a tendency with girls having a better survival than boys, HR, 0.6 (95% CI, 0.3-1.1). Neither socioeconomic status, type of residential area, or season of measurement had a relevant impact. Consequently, age, calendar year of diagnosis, and gender were included in the main analyses.

The adjusted results are shown in Table 3. For the subcohort with stratification for risk group, the respective HRs were 2.8 (95% CI, 1.2-6.2) for medium and 3.0 (95% CI, 0.9-9.8) for high exposure based on 7 and 3 deaths, respectively. For a trend analysis using magnetic field as a continuous variable, the estimated HR was 1.4 (95% CI, 1.0-1.8) per 0.1-μT increment (Table 2); in this analysis with exposure as a continuous variable, any measurement below 0.1 μT was set to be 0.05 μT because this was considered a reasonable detection limit.

For the entire cohort without stratification, we computed adjusted HRs of 2.6 (95% CI, 1.3-5.2) for the medium-exposure group and 1.6 (95% CI, 0.6-4.4) for the high-exposure group, whereas the HRs for the subcohort without stratification were 2.4 (95% CI, 1.1-5.2) and 2.1 (95% CI, 0.7-7.0) for the medium- and high-exposure groups, respectively.

The replication of Foliart's analytic model (3) included a total of 460 cases and resulted in HRs for overall survival of 3.1 (95% CI, 1.3-7.3), 2.7 (95% CI, 1.4-20.2), and 2.8 (95% CI, 0.4-20.6) for the exposure groups 0.1 to 0.2, 0.2 to 0.3, and above 0.3 μT, respectively, based on 6, 1, and 1 deaths. For the event-free survival, the corresponding HRs were 2.2 (95% CI, 1.0-4.5), 1.5 (95% CI, 0.2-11.2), and 1.4 (95% CI, 0.2-9.9) based on 8, 1, and 1 events.

**Table 2. Relation between prognostic risk group and exposure**

| Risk group | Exposure | | |
|---|---|---|---|
| | Low, <0.1 μT | Medium, 0.1 to <0.2 μT | High, ≥0.2 μT |
| Standard | 122 | 10 | 3 |
| Medium | 277 | 17 | 9 |
| High | 46 | 2 | 0 |

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.



**Figure 1.** Survival distribution as a function of years since diagnosis for the three groups of exposure to magnetic fields separately.

## Discussion

Our main finding is an elevated risk of survival failure among childhood ALL cases in the medium (0.1-0.2 μT) and high (>0.2 μT) magnetic field exposure groups. With stratification for prognostic risk group, the highest risk appears for the highest exposure group, whereas without stratification, it appears for the medium-exposure group. Thus, there is a tendency for the HRs to increase with increasing exposure, although it does not seem to be linear. Being the predictor of survival, the stratification for prognostic risk group is justified though it reduces the data material, and to illustrate the effect of excluding subjects with unknown risk group, we present the unadjusted HRs for both the full cohort and the subcohort.

A similar trend was reported by Foliart et al. (3), but they only reported increased survival failure for cases classified with magnetic field levels above 0.3 μT; in our study, excess risk appears with exposure levels above 0.1 μT. Apart from differences in the assessment of exposure, the main differences between the studies concern participation rate and duration of follow-up. The study by Foliart had a 29% participation rate, with the lowest rate among non-White children. Moreover, a higher percentage of non-White children than of White children were classified with high exposure. Thus, in their study population, the high exposed (non-White) children may have been underrepresented, thereby decreasing the power of the study. In our study with the median follow-up of 9.5 years, 83% of the failure events happened within the first 5 years after diagnosis, which can also be seen from Fig. 1. The Foliart study had a median follow-up of 5.07 years, so they might have missed some failure events if their data had been similar to ours, which could affect the result in either direction. The prognostic risk groupings also differ as to how they are

defined in the German and U.S. ALL clinical trials. Foliart et al.'s (3) primary exposure metric was the mean personal field level logged over a 24-h period in the weeks following enrollment. Our study used the median 24-h bedroom measurement within a few years after diagnosis. In the Foliart study, the families did the measurements themselves according to the protocol received from the investigators, whereas in our study, they were done by professionals according to a standardized protocol.

Our finding of improved survival over time for year of diagnosis is well in accordance with the existing literature (12). As for the dependence on age, it is known that the very young (below 1 year of age) and the group aged 10 to 14 have the poorest survival, but other than that, survival is only considered by 5-year age groups (12). Making the reasonable assumption that age-specific survival is a smooth curve, this still offers support for our finding of the simplified spline with the knot at age 3 years. The poorer survival of boys than of girls, although not significant, is also in agreement with findings in previous survival studies (12). These findings support the validity of our statistical model and the representativeness of our study population.

As an alternative to follow the children from date of diagnosis, we also did similar analysis following the ones who reached remission from that point forward. The results did not change (data not shown).

In this study, we had a participation rate of ~60%, and this could introduce a bias. It could be that mainly the ones living beneath power lines (and who are worried about this) choose to participate. This would result in a larger proportion of our study group being in the high-exposure group, and having many highly exposed would only increase the power of the study but not introduce a bias. Another concern could be that

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.

**Table 3. Association of magnetic field exposure and childhood leukemia survival**

| Subgroup* | | | | |
|---|---|---|---|---|
| With stratification for risk group | | | | |
| Exposure | Cases | Events | Person-years | HR[†] with CI |
| Total | 486 | 65 | 4,356 | |
| <0.1 µT | 445 | 55 | 4,016 | 1 |
| 0.1 to <0.2 µT | 29 | 7 | 247 | 2.8 (1.2-6.2) |
| ≥0.2 µT | 12 | 3 | 93 | 3.0 (0.9-9.8) |
| Continuous,[‡] HR per 0.1 µT | | | | 1.4 (1.0-1.8) |

| Subgroup* | | | | |
|---|---|---|---|---|
| No stratification for risk group | | | | |
| Exposure | Cases | Events | Person-years | HR[†] with CI |
| Total | 486 | 65 | 4,356 | |
| <0.1 µT | 445 | 55 | 4,016 | 1 |
| 0.1 to <0.2 µT | 29 | 7 | 247 | 2.4 (1.1-5.2) |
| ≥0.2 µT | 12 | 3 | 93 | 2.1 (0.7-7.0) |

| Total cohort* | | | | |
|---|---|---|---|---|
| No stratification for risk group | | | | |
| Exposure | Cases | Events | Person-years | HR[†] with CI |
| Total | 595 | 83 | 5,412 | |
| <0.1 µT | 543 | 70 | 4,978 | 1 |
| 0.1 to <0.2 µT | 34 | 9 | 281 | 2.6 (1.3-5.2) |
| ≥0.2 µT | 18 | 4 | 154 | 1.6 (0.6-4.4) |

*Subgroup is all subjects of the total cohort, for whom information on prognostic risk group was available.

† Hazard ratios from Cox proportional hazards model with adjustment for age at diagnosis, calendar year of diagnosis, and gender, with and without stratification by risk group.

‡ In the continuous analysis, any exposure below 0.1 µT was set to 0.05 µT because we consider this to be a reasonable detection limit of an accurate measurement.

low social class patients have both poorer survival and higher exposures. We do not believe that this is a great concern for the German study, due to the German health care system of free and equal access, and also supported by the observation that adjusting for socioeconomic status had no impact on the results. It could also be reasonable to expect that the degree of illness of the child influences participation. A proxy for this is prognostic risk group. As shown in Table 1, the distribution of risk groups is similar for all three exposure categories. One word of warning, however, is that this is based on small numbers. The largest group (the low-exposure group) is distributed with 27% of patients in the standard-risk group, 62% in the medium-risk group, and 10% in the high-risk group. This is well in line with the distribution found in a large clinical trial (n = 2,178; ref. 10), where the same groups contain, respectively, 29%, 60%, and 11%, offering support to the viewpoint that there is no selection bias. Other strengths of the study are that the exposure assessment is based on objective measurements, and that the follow-up is long enough as can be seen from the Kaplan-Meier curve (Fig. 1).

A weakness of our study is that the study material was collected for another purpose than the analyses presented here. This in particular means that the measurement of magnetic fields was done after diagnosis, but in the house where the child lived longest before diagnosis. Thus, the exposure could have been assessed in a house where the child no longer lived. For 75% of our cohort, we had information about mobility before diagnosis. Out of these children, 96% had lived in the same place a year before diagnosis, as where the measurements were later done. Thus, the study population is not very mobile, so for most children, the exposure was assessed in the

residence where they also lived after diagnosis. Some misclassification cannot be ruled out, but there is no reason to believe that it would be differential. Even in the case where one child who died from leukemia was wrongly placed in the medium exposure group instead of in the reference group, this would only change the HR for the medium-exposure group to a value between 2.3 and 2.6, depending on which one of the events was misclassified. So although the number of events in the medium category is low, the unlikely event of one of these events being misclassified does not explain our findings. Another weakness is that we consider overall survival, instead of leukemia-specific survival, but the cause of death is not systematically recorded in the clinical trial databases. However, given that our cohort consist of (German) children, any other cause of death is not likely, and out of 82 patients for whom cause of death was recorded, only one had a cause of death not related to the disease. A competing cause of death is death from a secondary tumor. It could obviously be debated how these deaths should be treated because most likely, they are treatment related. They are included in our analysis because our outcome of primary interest is overall survival. But only seven children, all in the reference group, have a secondary tumor. Four of these children died during the follow-up period. If they were excluded from the analysis, this would increase the HRs. The seven deaths in the medium exposure category occurred between the age of 4 and 14 years. Even if one of these deaths was not due to leukemia, then this would only change the result to a HR between 2.3 and 2.4 for the medium-exposure group, depending on which one of the seven deaths it was.

After adjusting for confounders, we observed elevated HRs of survival from childhood ALL associated with exposure to magnetic fields. Selection bias is likely to be a minor problem compared with previous case-control studies that have addressed the association of leukemia with magnetic fields (1). There is at present no biological explanation as to how exposure to magnetic fields could increase the risk of leukemia. However, if this is the case, exposure to magnetic fields might also increase the risk of relapse or failure of treatment and thereby decrease survival. However, in our study and in the previous one (3), the association between survival failure and magnetic fields was stronger in the overall survival analysis than in the event-free survival analysis. Possible explanations could be that exposure to magnetic fields has a higher impact on the risk of death than on the risk of relapse, that exposure to magnetic fields shortens the time from relapse to death, or that it is just a reflection of random variation due to small numbers.

In conclusion this study's results are broadly consistent with Foliart et al. (3) in that poorer survival among childhood ALL patients occurred in children in the higher exposure categories. However, the HRs here were seen at lower field levels than in the U.S. study. In all, the evidence is still based on small numbers, and a biological mechanism to explain the findings is not known.

## Acknowledgments

We thank the ALL-BFM study group with Prof. M. Schrappe as principal investigator.

## References

1. Ahlbom A, Day N, Feychting M, et al. A pooled analysis of magnetic fields and childhood leukaemia. Br J Cancer 2000;83:692–8.
2. IARC. IARC Monographs on the evaluation of carcinogenic risks to humans, volume 80: non-ionizing radiation, part 1. Static and extremely low-frequency (ELF) electric and magnetic fields. In: Lyon: IARC Press; 2002. p. 331–8.
3. Foliart DE, Pollock BH, Mezei G, et al. Magnetic field exposure and long-term survival among children with leukemia. Br J Cancer 2006;94:161–4.

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.

Cancer Epidemiology, Biomarkers & Prevention  1171

4. Michaelis J, Schüz J, Meinert R, et al. Childhood leukaemia and electromagnetic fields; results of a population-based case control study in Germany. Cancer Causes Control 1997;8:167–74.

5. Michaelis J, Schüz J, Meinert R, et al. Combined risk estimates for two German population-based case-control studies on residential magnetic fields and childhood acute leukaemia. Epidemiology 1997;9:92–4.

6. Schüz J, Grigat JP, Brinkmann K, Michaelis J. Residential magnetic fields as a risk factor for childhood acute leukaemia: results from a German population-based case-control study. Int J Cancer 2001;91:728–35.

7. Kaatsch P, Haaf G, Michaelis J. Childhood malignancies in Germany—methods and results of a nationwide registry. Eur J Cancer 1995;31A:993–9.

8. Kaatsch P, Blettner M, Spix C, Jürgens H. Follow-up of long-term survivors after childhood cancer in Germany. Klin Padiatr 2005;217:169–75.

9. Reiter A, Schrappe M, Ludwig WD, et al. Chemotherapy in 998 unselected childhood acute lymphoblastic leukemia patients. Results and conclusions of the multicenter trial ALL-BFM 86. Blood 1994;84: 3122–33.

10. Schrappe M, Reiter A, Ludwig WD, et al. Improved outcome in childhood ALL despite reduced use of anthracyclines and of cranial radiotherapy: Results of trial ALL-BFM 90. Blood 2000;95:3310–22.

11. Foliart DE, Mezei G, Iriye R, et al. Magnetic field exposure and prognostic factors in childhood leukemia. Bioelectromagnetics 2007;28:69–71.

12. Coebergh JW, Pastore G, Gatta G, Corazziari I, Kamps W; EUROCARE Working Group. Variation in survival of European children with acute lymphoblastic leukaemia, diagnosed in 1978–1992: the EUROCARE study. Eur J Cancer 2001;37:687–94.

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.



# Cancer Epidemiology, Biomarkers & Prevention

## Exposure to Magnetic Fields and Survival after Diagnosis of Childhood Leukemia: A German Cohort Study

Anne Louise Svendsen, Thomas Weihkopf, Peter Kaatsch, et al.

*Cancer Epidemiol Biomarkers Prev* 2007;16:1167-1171.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at: http://cebp.aacrjournals.org/content/16/6/1167 |

| | |
|---|---|
| **Cited articles** | This article cites 11 articles, 2 of which you can access for free at: http://cebp.aacrjournals.org/content/16/6/1167.full#ref-list-1 |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, use this link http://cebp.aacrjournals.org/content/16/6/1167. Click on "Request Permissions" which will take you to the Copyright Clearance Center's (CCC) Rightslink site. |

Downloaded from cebp.aacrjournals.org on January 8, 2022. © 2007 American Association for Cancer Research.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

CARPENTER DEPO
EXHIBIT 15

# Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD rats (Whole Body Exposures)

Draft 2-1-2018

## Table of Contents

Abstract ................................................................................ 2

Summary ............................................................................... 4

Study Rationale ...................................................................... 5

Description of the NTP Cell Phone RFR Program .......................... 6

Study Design .......................................................................... 7

Results ................................................................................. 8

      Brain .......................................................................... 13

      Heart .......................................................................... 14

Discussion ............................................................................. 17

Conclusions ........................................................................... 19

Next Steps ............................................................................. 19

Appendix A – Contributors ....................................................... 21

Appendix B – Statistical Analysis .............................................. 22

      Appendix B1: Statistical Methods ..................................... 22

      Appendix B2: Statistical Significance of Rare Tumors in a Low Powered Situation-NTP View ...................................................... 25

Appendix C – Pathology ........................................................... 33

Appendix D – Historical Controls ............................................... 38

Appendix E – Time on Study to Appearance of Tumors ................... 39

Appendix F – Reviewers' Comments ........................................... 41

Appendix G – NIH Reviewers' Comments .................................... 44

      Appendix G1: Reviewers' Comments ................................. 45

      Appendix G2: NTP's Responses to NIH Reviewers' Comments ... 78

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    **Abstract**

2    The U.S. National Toxicology Program (NTP) has carried out extensive rodent toxicology and

3    carcinogenesis studies of radiofrequency radiation (RFR) at frequencies and modulations used in

4    the U.S. telecommunications industry. This report presents partial findings from these studies.

5    The occurrences of two tumor types in male Harlan Sprague Dawley rats exposed to RFR,

6    malignant gliomas in the brain and schwannomas of the heart, were considered of particular

7    interest and are the subject of this report. The findings in this report were reviewed by expert

8    peer reviewers selected by the NTP and National Institutes of Health (NIH). These reviews and

9    responses to comments are included as appendices to this report, and revisions to the current

10   document have incorporated and addressed these comments. When the studies are completed,

11   they will undergo additional peer review before publication in full as part of the NTP's

12   Toxicology and Carcinogenesis Technical Reports Series. No portion of this work has been

13   submitted for publication in a scientific journal. Supplemental information in the form of four

14   additional manuscripts has or will soon be submitted for publication. These manuscripts describe

15   in detail the designs and performance of the RFR exposure system, the dosimetry of RFR

16   exposures in rats and mice, the results to a series of pilot studies establishing the ability of the

17   animals to thermoregulate during RFR exposures, and studies of DNA damage. (1) Capstick M,

18   Kuster N, Kühn S, Berdinas-Torres V, Wilson P, Ladbury J, Koepke G, McCormick D, Gauger

19   J, and Melnick R. A radio frequency radiation reverberation chamber exposure system for

20   rodents; (2) Yijian G, Capstick M, McCormick D, Gauger J, Horn T, Wilson P, Melnick RL, and

21   Kuster N. Life time dosimetric assessment for mice and rats exposed to cell phone radiation; (3)

22   Wyde ME, Horn TL, Capstick M, Ladbury J, Koepke G, Wilson P, Stout MD, Kuster N,

23   Melnick R, Bucher JR, and McCormick D. Pilot studies of the National Toxicology Program's

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    cell phone radiofrequency radiation reverberation chamber exposure system; (4) Smith-Roe SL,

2    Wyde ME, Stout MD, Winters J, Hobbs CA, Shepard KG, Green A, Kissling GE, Tice RR,

3    Bucher JR, and Witt KL. Evaluation of the genotoxicity of cell phone radiofrequency radiation in

4    male and female rats and mice following subchronic exposure.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    # Report of Partial Findings from the National Toxicology Program

2    # Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in

3    # Hsd: Sprague Dawley® SD rats (Whole Body Exposures)

4    Draft 2-1-2018

5

6    ## SUMMARY

7    The purpose of this communication is to report partial findings from a series of radiofrequency

8    radiation (RFR) cancer studies in rats performed under the auspices of the U.S. National

9    Toxicology Program (NTP).[1] This report contains peer-reviewed, neoplastic and hyperplastic

10   findings only in the brain and heart of Hsd:Sprague Dawley® SD® (HSD) rats exposed to RFR

11   starting *in utero* and continuing throughout their lifetimes. These studies found low incidences of

12   malignant gliomas in the brain and schwannomas in the heart of male rats exposed to RFR of the

13   two types [Code Division Multiple Access (CDMA) and Global System for Mobile

14   Communications (GSM)] currently used in U.S. wireless networks. Potentially preneoplastic

15   lesions were also observed in the brain and heart of male rats exposed to RFR.

16

17   The review of partial study data in this report has been prompted by several factors. Given the

18   widespread global usage of mobile communications among users of all ages, even a very small

19   increase in the incidence of disease resulting from exposure to RFR could have broad

---

[1] NTP is a federal, interagency program, headquartered at the National Institute of Environmental Health Sciences, part of the National Institutes of Health, whose goal is to safeguard the public by identifying substances in the environment that may affect human health. For more information about NTP and its programs, visit http://ntp.niehs.nih.gov

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    implications for public health. There is a high level of public and media interest regarding the

2    safety of cell phone RFR and the specific results of these NTP studies.

3    Lastly, the tumors in the brain and heart observed at low incidence in male rats exposed to GSM-

4    and CDMA-modulated cell phone RFR in this study are of a type similar to tumors observed in

5    some epidemiology studies of cell phone use. These findings appear to support the International

6    Agency for Research on Cancer (IARC) conclusions regarding the possible carcinogenic

7    potential of RFR.[2]

8

9    It is important to note that this document reviews only the findings from the brain and heart and

10   is not a complete report of all findings from the NTP's studies. Additional data from these

11   studies in Hsd:Sprague Dawley® SD® (Harlan) rats and similar studies conducted in B6C3F$_1$/N

12   mice are currently under evaluation and will be reported together with the current findings in two

13   forthcoming NTP Technical Reports.

14

15   **STUDY RATIONALE**

16   Cell phones and other commonly used wireless communication devices transmit information via

17   non-ionizing radiofrequency radiation (RFR). In 2013, IARC classified RFR as a *possible human*

18   *carcinogen* based on "limited evidence" of an association between exposure to RFR from heavy

19   wireless phone use and glioma and acoustic neuroma (vestibular schwannoma) in human

20   epidemiology studies, and "limited evidence" for the carcinogenicity of RFR in experimental

21   animals. While ionizing radiation is a well-accepted human carcinogen, theoretical arguments

---

[2] IARC (International Agency for Research on Cancer). 2013. Non-Ionizing Radiation, Part 2: Radiofrequency Electromagnetic Fields. IARC Monogr Eval Carcinog Risk Hum 102. Available: http://monographs.iarc.fr/ENG/Monographs/vol102/mono102.pdf [accessed 26 May 2016].

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    have been raised against the possibility that non-ionizing radiation could induce tumors

2    (discussed in IARC, 2013). Given the extremely large number of people who use wireless

3    communication devices, even a very small increase in the incidence of disease resulting from

4    exposure to the RFR generated by those devices could have broad implications for public health.

5

6    **DESCRIPTION OF THE NTP CELL PHONE RFR PROGRAM**

7    RFR emitted by wireless communication devices, especially cell phones, was nominated to the

8    NTP for toxicology and carcinogenicity testing by the U.S. Food and Drug Administration

9    (FDA). After careful and extensive evaluation of the published literature and experimental

10    efforts already underway at that time, the NTP concluded that additional studies were warranted

11    to more clearly define any potential health hazard to the U.S. population. Due to the technical

12    complexity of such studies, NTP staff worked closely with RFR experts from the National

13    Institute of Standards and Technology (NIST). With support from NTP, engineers at NIST

14    evaluated various types of RFR exposure systems and demonstrated the feasibility of using a

15    specially designed exposure system (reverberation chambers), which resolved the inherent

16    limitations identified in existing systems.

17    In general, NTP chronic toxicity/carcinogenicity studies expose laboratory rodents to a test

18    article for up to 2 years and are designed to determine the potential for the agent tested to be

19    hazardous and/or carcinogenic to humans.[3]  For cell phone RFR, a program of study was

20    designed to evaluate potential, long-term health effects of whole-body exposures. These studies

21    were conducted in three phases: (1) a series of pilot studies to establish field strengths that do not

22    raise body temperature, (2) 28-day toxicology studies in rodents exposed to various low-level

---

[3] Specifications for the Conduct of NTP Studies, http://ntp.niehs.nih.gov/ntp/test_info/finalntp_toxcarspecsjan2011.pdf

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  field strengths, and (3) chronic toxicology and carcinogenicity studies. The studies were carried

2  out under contract at IIT Research Institute (IITRI) in Chicago, IL following Good Laboratory

3  Practices (GLP). These studies were conducted in rats and mice using a reverberation chamber

4  exposure system with two signal modulations [Code Division Multiple Access (CDMA) and

5  Global System for Mobile Communications (GSM)] at two frequencies (900 MHz for rats and

6  1900 MHz for mice), the modulations and frequency bands that are primarily used in the United

7  States.

8

9  **STUDY DESIGN**

10  Hsd:Sprague Dawley® SD® (Harlan) rats were housed in custom-designed reverberation

11  chambers and exposed to cell phone RFR. Experimentally generated 900 MHz RF fields with

12  either GSM or CDMA modulation were continuously monitored in real-time during all exposure

13  periods via RF sensors located in each exposure chamber that recorded RF field strength (V/m).

14  Animal exposure levels are reported as whole-body specific absorption rate (SAR), a biological

15  measure of exposure based on the deposition of RF energy into an absorbing organism or tissue.

16  SAR is defined as the energy (watts) absorbed per mass of tissue (kilograms). Rats were exposed

17  to GSM- or CDMA-modulated RFR at 900 MHz with whole-body SAR exposures of 0, 1.5, 3, or

18  6 W/kg. RFR field strengths were frequently adjusted based on changes in body weight to

19  maintain desired SAR levels.

20

21  Exposures to RFR were initiated *in utero* beginning with the exposure of pregnant dams

22  (approximately 11-14 weeks of age) on Gestation Day (GD) 5 and continuing throughout

23  gestation. After birth, dams and pups were exposed in the same cage through weaning on

24  postnatal day (PND) 21, at which point the dams were removed and exposure of 90 pups per sex

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1   per group was continued for up to 106 weeks. Pups remained group-housed from PND 21 until

2   they were individually housed on PND 35. Control and treatment groups were populated with no

3   more than 3 pups per sex per litter. All RF exposures were conducted over a period of

4   approximately 18 hours using a continuous cycle of 10 minutes on (exposed) and 10 minutes off

5   (not exposed), for a total daily exposure time of approximately 9 hours a day, 7 days/week. A

6   single, common group of unexposed animals of each sex served as controls for both RFR

7   modulations. These control rats were housed in identical reverberation chambers with no RF

8   signal generation. Each chamber was maintained on a 12-hour light/dark cycle, within a

9   temperature range of $72 \pm 3°F$, a humidity range of $50 \pm 15\%$, and with at least 10 air changes

10  per hour. Throughout the studies, all animals were provided *ad libitum* access to feed and water.

11

12  **RESULTS**

13  In pregnant rats exposed to 900 MHz GSM- or CDMA-modulated RFR, no exposure-related

14  effects were observed on the percent of dams littering, litter size, or sex distribution of pups.

15  Small, exposure-level-dependent reductions (up to 7%) in body weights compared to controls

16  were observed throughout gestation and lactation in dams exposed to GSM- or CDMA-

17  modulated RFR. In the offspring, litter weights tended to be lower (up to 9%) in GSM and

18  CDMA RFR-exposed groups compared to controls. Early in the lactation phase, body weights of

19  male and female pups were lower in the GSM-modulated (8%) and CDMA-modulated (15%)

20  RFR groups at 6 W/kg compared to controls. These weight differences in the offspring for both

21  GSM and CDMA exposures tended to lessen (6% and 10%, respectively) as lactation progressed.

22  Throughout the remainder of the chronic study, no RFR exposure-related effects on body

23  weights were observed in male and female rats exposed to RFR, regardless of modulation

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  (Figures 1 and 2). At the end of the 2-year study, survival was lower in the control group of

2  males than in all groups of male rats exposed to GSM-modulated RFR (Figure 3).





3

4  Figure 1.  Growth Curves for Male (A) and Female (B) Rats Exposed to Whole Body GSM-Modulated

5  RFR for 2 Years

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.





1

2    Figure 2.  Growth Curves for Male (A) and Female (B) Rats Exposed to Whole Body CDMA-Modulated

3    RFR for 2 Years

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.





Figure 3.  Kaplan-Meier Survival Curves for Male (A) and Female (B) Rats Exposed to Whole Body

GSM-Modulated RFR for 2 Years

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    Survival was also slightly lower in control females than in females exposed to 1.5 or 6 W/kg

2    GSM-modulated RFR. In rats exposed to CDMA-modulated RFR, survival was higher in all

3    groups of exposed males and in the 6 W/kg females compared to controls (Figure 4).





4

5    Figure 4.  Kaplan-Meier Survival Curves for Male (A) and Female (B) Rats Exposed to Whole Body

6    CDMA-Modulated RFR for 2 Years

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    *Brain*

2    A low incidence of malignant gliomas and glial cell hyperplasia was observed in all groups of

3    male rats exposed to GSM-modulated RFR (Table 1). In males exposed to CDMA-modulated

4    RFR, a low incidence of malignant gliomas occurred in rats exposed to 6 W/kg (Table 1). Glial

5    cell hyperplasia was also observed in the 1.5 W/kg and 6 W/kg CDMA-modulated exposure

6    groups. No malignant gliomas or glial cell hyperplasias were observed in controls. There was not

7    a statistically significant difference between the incidences of lesions in exposed male rats

8    compared to control males for any of the GSM- or CDMA-modulated RFR groups. However,

9    there was a statistically significant positive trend in the incidence of malignant glioma ($p < 0.05$)

10    for CDMA-modulated RFR exposures.

11    Table 1.  Incidence of brain lesions in male Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
12    GSM- or CDMA-modulated RFR[§]
13

| | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
| | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Malignant glioma [†‡] | 0[*] | 3 (3.3%) | 3 (3.3%) | 2 (2.2%) | 0 | 0 | 3 (3.3%) |
| Glial cell hyperplasia | 0 | 2 (2.2%) | 3 (3.3%) | 1 (1.1%) | 2 (2.2%) | 0 | 2 (2.2%) |

14    [§] Data presented as number of animals per group with lesions (percentage of animals per group with lesions).
15    [*] Significant SAR-dependent trend for CDMA exposures by poly-6 ($p < 0.05$). See appendix B
16    [†] Poly-6 survival adjusted rates for malignant gliomas were 0/53.48 in controls; GSM: 3/67.96 (4.4%), 3/72.10
17    (4.2%), and 2/72.65 (2.8%) in the 1.5, 3, and 6 W/kg groups, respectively; CDMA: 0/65.94, 0/73.08, and
18    3/57.49 (5.2%) for the 1.5, 3, and 6 W/kg groups, respectively.
19    [‡] Historical control incidence in NTP studies: 11/550 (2.0%), range 0-8%
20

21    In females exposed to GSM-modulated RFR, a malignant glioma was observed in a single rat

22    exposed to 6 W/kg, and glial cell hyperplasia was observed in a single rat exposed to 3 W/kg

23    (Table 2). In females exposed to CDMA-modulated RFR, malignant gliomas were observed in

24    two rats exposed to 1.5 W/kg. Glial cell hyperplasia was observed in one female in each of the

25    CDMA-modulation exposure groups (1.5, 3, and 6 W/kg). There was no glial cell hyperplasia or

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    malignant glioma observed in any of the control females. Detailed descriptions of the malignant

2    gliomas and glial cell hyperplasias are presented in Appendix C.

3

4    Table 2.  Incidence of brain lesions in female Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
5    GSM- or CDMA-modulated RFR[§,¶]
6

|  | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
|  | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Malignant glioma [‡] | 0 | 0 | 0 | 1 (1.1%) | 3 (3.3%) | 0 | 0 |
| Glial cell hyperplasia | 0 | 0 | 1 (1.1%) | 0 | 0 | 1 (1.1%) | 1 (1.1%) |

7    [§] Data presented as number of animals per group with lesions (percentage of animals per group with lesions).
8    [¶] February 2, 2018 update reclassifies one hyperplasia to a malignant glioma in the 1.5 W/kg CDMA group,
9      correcting a transcription error.
10   [‡] Historical control incidence in NTP studies: 1/540 (0.18%), range 0-2%

11

12   *Heart*

13   Cardiac schwannomas were observed in male rats in all exposed groups of both GSM- and

14   CDMA-modulated RFR, while none were observed in controls (Table 3).  For both modulations

15   (GSM and CDMA), there was a significant positive trend in the incidence of schwannomas of

16   the heart with respect to exposure SAR. Additionally, the incidence of schwannomas in the 6

17   W/kg males was significantly higher in CDMA-modulated RFR-exposed males compared to

18   controls. The incidence of schwannomas in the 6 W/kg GSM-modulated RFR-exposed males

19   was higher, but not statistically significant ($p = 0.052$) compared to controls. Schwann cell

20   hyperplasia of the heart was also observed in three males exposed to 6 W/kg CDMA-modulated

21   RFR. In the GSM-modulation exposure groups, a single incidence of Schwann cell hyperplasia

22   was observed in a 1.5 W/kg male and 2 in the 6W/kg group.

23

24

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  Table 3.  Incidence of heart lesions in male Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
2  GSM- or CDMA-modulated cell phone RFR[§]
3

| | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
| | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Schwannoma [†‡] | 0[*] | 2 (2.2%) | 1 (1.1%) | 5 (5.5%) | 2 (2.2%) | 3 (3.3%) | 6 (6.6%)[**] |
| Schwann cell hyperplasia | 0 | 1 (1.1%) | 0 | 2 (2.2%) | 0 | 0 | 3 (3.3%) |

4  [§] Data presented as number of animals per group with lesions (percentage of animals per group with lesions).
5  [*] Significant SAR level-dependent trend for GSM and CDMA by poly-3 ($p < 0.05$). See appendix B
6  [**] Significantly higher than controls by poly-3 ($p < 0.05$)
7  [†] Poly-3 survival adjusted rates for schwannomas were 0/65.47 in controls; GSM: 2/74.87 (2.7%), 1/77.89 (1.3%), and
8  5/78.48 (6.4%) in the 1.5, 3, and 6 W/kg groups, respectively; CDMA: 2/74.05 (2.7%), 3/78.67 (3.8%), and 6/67.94
9  (8.8%) for the 1.5, 3, and 6 W/kg groups, respectively.
10  [‡] Historical control incidence in NTP studies: 9/699 (1.3%) range 0-6%
11

12  In females, schwannomas of the heart were also observed at 3 W/kg GSM-modulated RFR and

13  1.5 and 6 W/kg CDMA-modulated RFR. Schwann cell hyperplasia was observed in one female

14  at 6 W/kg GSM, and in each of the CDMA-modulation exposure groups (1.5, 3, and 6 W/kg).

15

16  Table 4.  Incidence of heart lesions in female Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
17  GSM- or CDMA-modulated cell phone RFR[§]
18

| | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
| | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Schwannoma[‡] | 0 | 0 | 2 (2.2%) | 0 | 2 (2.2%) | 0 | 2 (2.2%) |
| Schwann cell hyperplasia | 0 | 0 | 0 | 1 (1.1%) | 1 (1.1%) | 1 (1.1%) | 1 (1.1%) |

19  [§] Data presented as number of animals per group with tumors (percentage of animals per group with tumors).
20  [‡] Historical control incidence in NTP studies: 4/699 (0.6 %), range 0-4%
21

22  Schwann cells are present in the peripheral nervous system and are distributed throughout the

23  whole body, not just in the heart. Therefore, organs other than the heart were examined for

24  schwannomas and Schwann cell hyperplasia. Several occurrences of schwannomas were

25  observed in the head, neck, and other sites throughout the body of control and GSM and CDMA

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  RFR-exposed male rats. In contrast to the significant increase in the incidence of schwannomas

2  in the heart of exposed males, the incidence of schwannomas observed in other tissue sites of

3  exposed males (GSM and CDMA modulations) was not significantly different than in controls

4  (Table 5). Additionally, Schwann cell hyperplasia was not observed in any tissues other than the

5  heart. The combined incidence of schwannomas from all sites was generally higher in GSM- and

6  CDMA-modulated RFR exposed males, but not significantly different than in controls. The

7  Schwann cell response to RFR appears to be specific to the heart of male rats.

8

9  Table 5.  Incidence of schwannomas in male Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
10  GSM- or CDMA-modulated RFR[§,¶]
11

| | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
| | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Heart[‡] | 0[*] | 2 (2.2%) | 1 (1.1%) | 5 (5.5%) | 2 (2.2%) | 3 (3.3%) | 6 (6.6%)[**] |
| Other sites[†] | 3 (3.3%) | 1 (1.1%) | 4 (4.4%) | 2 (2.2%) | 2 (2.2%) | 1 (1.1%) | 2 (2.2%) |
| All sites (total) | 3 (3.3%) | 3 (3.3%) | 5 (5.5%) | 7 (7.7%) | 4 (4.4%) | 4 (4.4%) | 8 (8.8%) |

12  [§]  Data presented as number of animals per group with tumors (percentage of animals per group with tumors).
13  [¶]  February 2, 2018 update adds one additional tumor in the 6 W/kg CDMA group, identified as a result of
14     additional pathology reviews of other sites.
15  [*]  Significant SAR level-dependent trend for GSM and CDMA, poly 3 test (p < 0.05)
16  [**]  Significantly higher than controls, poly-3 test (p < 0.05)
17  [‡]  Historical control incidence in NTP studies: 9/699 (1.3%), range 0-6%
18  [†]  Mediastinum, thymus, and fat
19

20  In female rats, there was no statistically significant or apparent exposure-related effect on the

21  incidence of schwannomas in the heart or the combined incidence in the heart or other sites

22  (Table 6).

23

24

25

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    Table 6.  Incidence of schwannomas in female Hsd:Sprague Dawley® SD® (Harlan) rats exposed to
2    GSM- or CDMA-modulated RFR[§]
3

| Schwannoma site | Control | GSM | | | CDMA | | |
|---|---|---|---|---|---|---|---|
| | 0 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg | 1.5 W/kg | 3 W/kg | 6 W/kg |
| Number examined | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Heart[‡] | 0 | 0 | 2 (2.2%) | 0 | 2 (2.2%) | 0 | 2 (2.2%) |
| Other sites[†] | 4 (4.4%) | 1 (1.1%) | 3 (3.3%) | 2 (2.2%) | 0 | 2 (2.2%) | 2 (2.2%) |
| All sites (total) | 4 (4.4%) | 1 (1.1%) | 5 (5.5%) | 2 (2.2%) | 2 (2.2%) | 2 (2.2%) | 4 (4.4%) |

4    [§] Data presented as number of animals per group with tumors (percentage of animals per group with tumors).
5    [‡] Historical control incidence in NTP studies: 4/699 (0.6%), range 0-4%
6    [†] Ovary, uterus, vagina, thymus, abdomen, and clitoral gland
7

8    **DISCUSSION**

9    The two tumor types, which are the focus of this report, are malignant gliomas of the brain and

10    schwannomas of the heart. Glial cells are a collection of specialized, non-neuronal, support cells

11    whose functions include maintenance of homeostasis, formation of myelin, and providing

12    support and protection for neurons of the peripheral nervous system (PNS) and the central

13    nervous system (CNS). In the CNS, glial cells include astrocytes, oligodendrogliocytes,

14    microglial cells, and ependymal cells. Schwann cells are classified as glial cells of the PNS. In

15    the PNS, Schwann cells produce myelin and are analogous to oligodendrocytes of the CNS.

16    Generally, glial neoplasms in the rat are aggressive, poorly differentiated, and usually classified

17    as malignant.

18

19    In the heart, exposure to GSM or CDMA modulations of RFR in male rats resulted in a

20    statistically significant, positive trend in the incidence of schwannomas. There was also a

21    statistically significant, pairwise increase at the highest CDMA exposure level tested compared

22    to controls. Schwann cell hyperplasias also occurred at the highest exposure level of CDMA-

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1   modulated RFR. The intracardiac schwannomas in male rats were not observed in animals from

2   the same litter. Schwann cell hyperplasia in the heart may progress to cardiac schwannomas.  No

3   Schwann cell hyperplasias or schwannomas of the heart were observed in the single, common

4   control group of male rats. The historical control rate of schwannomas of the heart in male

5   Harlan Sprague Dawley rats is 1.30% (7/539) and ranges from 0-6% for individual NTP studies

6   (Table D2, Appendix D). The 5.5-6.6% observed in the 6 W/kg GSM- and CDMA-modulated

7   RFR groups exceeds the historical incidence, and approaches or exceeds the highest rate

8   observed in a single study (6%). The increase in the incidence of schwannomas in the heart of

9   male rats in this study is likely the result of whole-body exposures to GSM- or CDMA-

10  modulated RFR.

11

12  In the brain, there was a significant, positive trend in the incidences of malignant gliomas in

13  males exposed to CDMA-modulated RFR, and a low incidence was observed in males at all

14  exposure levels of GSM-modulated RFR that was not statistically different than in control males.

15  The male rats in which gliomas were observed were not from the same litter. Glial cell

16  hyperplasia, a preneoplastic lesion distinctly different from gliosis, was also observed at low

17  incidences in rats exposed to either GSM or CDMA modulation. Glial cell hyperplasia may

18  progress to malignant glioma. Neither of these lesions was observed in the control group of male

19  rats. Although not observed in the current control group, malignant gliomas have been observed

20  in control male Harlan Sprague Dawley rats from other completed NTP studies.  Currently in

21  males, the historical control rate of malignant glioma for those studies is 2.0% (11/550) and

22  ranges from 0-8% for individual studies (Table D1, Appendix D). The 2.2-3.3% observed in all

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  of the GSM-modulation groups and in the 6 W/kg CDMA-modulated group only slightly

2  exceeds the mean historical control rate and falls within the observed range.

3

4  The survival of the control group of male rats in the current study (28%) was relatively low

5  compared to other recent NTP studies in Hsd:Sprague Dawley® SD® (Harlan) rats (average 47%,

6  range 24-72%). If malignant gliomas or schwannomas are late-developing tumors, the absence of

7  these lesions in control males in the current study could conceivably be related to the shorter

8  longevity of control rats in this study. Appendix E lists the time on study for each animal with a

9  malignant glioma or heart schwannoma. Most of the gliomas were observed in animals that died

10  late in the study, or at the terminal sacrifice. However, a relatively high number of the heart

11  schwannomas in exposed groups were observed by 90 weeks into the study, a time when

12  approximately 60 of the 90 control male rats remained alive and at risk for developing a tumor.

13

14  **CONCLUSIONS**

15  Under the conditions of these 2-year studies, the hyperplastic lesions and glial cell neoplasms of

16  the heart and brain observed in male rats are considered likely the result of whole-body

17  exposures to GSM- or CDMA-modulated RFR. There is higher confidence in the association

18  between RFR exposure and the neoplastic lesions in the heart than in the brain. No biologically

19  significant effects were observed in the brain or heart of female rats regardless of modulation.

20

21  **NEXT STEPS**

22  The results reported here are limited to select findings of concern in the brain and heart and do

23  not represent a complete reporting of all findings from these studies of cell phone RFR. The

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    complete results for all NTP studies on the toxicity and carcinogenicity of GSM and CDMA-

2    modulated RFR are currently being reviewed and evaluated according to the established NTP

3    process and will be reported together with the current findings in two forthcoming NTP

4    Technical Reports. Given the large scale and scope of these studies, completion of this process is

5    anticipated by fall 2017, and the draft NTP Technical Reports are expected to be available for

6    peer review and public comment in early 2018. We anticipate that the results from a series of

7    initial studies investigating the tolerance to various power levels of RFR, including

8    measurements of body temperatures in both sexes of young and old rats and mice and in

9    pregnant female rats, will be published in the peer-reviewed literature in early 2018 as well.

Report Revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1            # APPENDIX A – CONTRIBUTORS

2

3    **NTP CONTRIBUTORS**
4    Participated in the evaluation and interpretation of results and the reporting of findings.

5

6    M.E. Wyde, Ph.D. (NTP study scientist)
7    M.F. Cesta, D.V.M., Ph.D. (NTP pathologist)
8    C.R. Blystone, Ph.D.
9    J.R. Bucher, Ph.D.
10   S.A. Elmore, D.V.M., M.S.
11   P.M. Foster, Ph.D.
12   M.J. Hooth, Ph.D.
13   G.E. Kissling, Ph.D.
14   D.E. Malarkey, D.V.M., Ph.D.
15   R.C. Sills, D.V.M., Ph.D.
16   M.D. Stout, Ph.D.
17   N.J. Walker, Ph.D.
18   K.L. Witt, M.S.
19   M.S. Wolfe, Ph.D.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

# APPENDIX B – STATISTICAL ANALYSIS

**Appendix B1: Statistical Methods**

The Poly-k test (Bailer and Portier, 1988; Portier and Bailer, 1989; Piegorsch and Bailer, 1997) was used to assess neoplasm prevalence. This test is a survival-adjusted quantal-response procedure that modifies the Cochran-Armitage linear trend test to take survival differences into account. More specifically, this method modifies the denominator in the quantal estimate of lesion incidence to approximate more closely the total number of animal years at risk. For analysis of lesion incidence at a given site, each animal is assigned a risk weight. This value is one if the animal had a lesion at that site or if it survived until terminal sacrifice; if the animal died prior to terminal sacrifice and did not have a lesion at that site, its risk weight is the fraction of the entire study time that it survived, raised to the kth power. This method yields a lesion prevalence rate that depends only upon the choice of a shape parameter, k, for a Weibull hazard function describing cumulative lesion incidence over time (Bailer and Portier, 1988).  A further advantage of the Poly-k method is that it does not require lesion lethality assumptions.

Unless otherwise specified, the NTP uses a value of k=3 in the analysis of site-specific lesions (Portier et al., 1986). Bailer and Portier (1988) showed that the Poly-3 test gives valid results if the true value of k is anywhere in the range from 1 to 5. In addition, Portier et al. (1986) modeled a collection of relatively common tumors observed in control animals from two-year NTP rodent carcinogenicity studies, showing that the Weibull distribution with values of k ranging between 1 and 5 was a reasonable fit to tumor incidence in most cases.  In cases of early tumor onset or late tumor onset, however, k=3 may not be the optimal choice.  Tumors with early onset would require a value of k much less than 3, while tumors with late onset would require a value of k much greater than 3.  In the current studies, malignant brain gliomas occurred only in animals surviving more than 88% of the length of the study.  For these brain tumors, a Weibull distribution with k=6 is a better fit to survival time than with k=3 (Portier, 1986).  Malignant schwannomas of the heart occurred in animals surviving at least 65% of the length of the study; a Weibull distribution with k=3 adequately fits these heart tumor incidences.  Therefore, poly-6 tests were used for analyses of brain tumors and poly-3 tests were used for schwannomas.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Variation introduced by the use of risk weights, which reflect differential mortality, was accommodated by adjusting the variance of the Poly-k statistic as recommended by Bieler and Williams (1993) and a continuity correction modified from Thomas et al. (1977) was applied.

Tests of significance for tumors and nonneoplastic lesions included pairwise comparisons of each dosed group with controls and a test for an overall dose-related trend. Continuity-corrected Poly-k tests were used in the analysis of lesion incidence, and reported P values are one sided.

Body weights and litter weights were compared to the control group using analysis of variance and Dunnett's test (1955). The probability of survival was estimated by the product-limit procedure of Kaplan and Meier (1958). Statistical analyses for possible exposure-related effects on survival used Cox's (1972) method for testing two groups for equality and Tarone's (1975) life table test to identify exposure-related trends. Survival analysis p-values are two-sided.

**REFERENCES**

Bailer, A.J., and Portier, C.J. (1988). Effects of treatment-induced mortality and tumor-induced mortality on tests for carcinogenicity in small samples. Biometrics 44, 417-431.

Bieler, G.S., and Williams, R.L. (1993). Ratio estimates, the delta method, and quantal response tests for increased carcinogenicity. Biometrics 49, 793-801.

Cox, D.R. (1972). Regression models and life-tables. Journal of the Royal Statistical Society B 34, 187-220.

Dunnett, C. W. (1955). A multiple comparison procedure for comparing several treatments with a control. Journal of the American Statistical Association 50, 1096-1121.

Kaplan, E.L. and Meier, P. (1958). Nonparametric estimation from incomplete observations. Journal of the American Statistical Association 53, 457-481.

Piegorsch, W.W., and Bailer, A.J. (1997). Statistics for Environmental Biology and Toxicology, Section 6.3.2. Chapman and Hall, London.

Portier, C.J. (1986) Estimating the tumour onset distribution in animal carcinogenesis experiments. Biometrika 72, 371-378.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1   Portier, C.J., Hedges, J.C., Hoel, D.G. (1986) Age-specific models of mortality and tumor onset
2   for historical control animals in the National Toxicology Program's carcinogenicity experiments.
3   Cancer Research 46, 4372-4378.
4
5   Portier, C.J., and Bailer, A.J. (1989). Testing for increased carcinogenicity using a
6   survivaladjusted quantal response test. Fundam. Appl. Toxicol. 12, 731-737.
7
8   Thomas, D.G., Breslow, N., Gart, J.J. (1977). Trend and homogeneity analyses of proportions
9   and life table data. Computers and Biomedical Research 10, 373-381.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  **Appendix B2: Statistical Significance of Rare Tumors in a Low Powered Situation - NTP**

2  **View**

3  In Dr. Lauer's review (Appendix G1, p 47) he states: "The low power implies that there is a high

4  risk of false positive findings, especially since the epidemiological literature questions the

5  purported association between cell phone exposure and cancer." He kindly provided three

6  additional references (cited below) to justify his statement.

7

8  The three papers make the argument that in studies that have low power to detect an effect, a

9  significant finding ($p$ value <0.05) is more likely to be a false positive than a true positive. In

10  some cases this may be correct, but for rare tumors, as observed in the current study, it is very

11  unlikely that the significant findings are false positives. One reason for this is that the actual

12  significance level of the tests is not 0.05; it is <u>much</u> less, as illustrated below. Another reason is

13  the introduction and use of rates of true prevalence of effects, which we consider first.

14  A few definitions are useful:

15  The significance level of the test, $\alpha$, is the probability of a false positive. The power of the test, $1$

16  $- \beta$, is the probability of a true positive. Following the notation in the Button *et al.* (2013)

17  reference, the Positive Predictive Value, $PPV$, is the probability that a statistically significant

18  result is a true positive.

19
$$PPV = \frac{[1 - \beta] \times R}{[1 - \beta] \times R + \alpha}$$

20  This expression involves $R$, which is the pre-study odds that the tested effect is a true effect.

21  That is,

22
$$R = \frac{\Pr(Tested\ Effect\ is\ a\ True\ Positive)}{\Pr(Tested\ Effect\ is\ a\ True\ Negative)}$$

23  As illustrated below in the statistical examples, $R$ is a major modifying factor governing whether

24  a result with a significant $p$ value is appropriately considered a true or false positive. The

25  selection of an appropriate $R$, or expected odds of an effect, in this case a carcinogenic effect*,

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1   permits the introduction of bias in the interpretation of the $p$ values in this report on the NTP

2   cancer studies of radiofrequency radiation.

3   For example, $R$ could be pre-assigned as the expected odds of a positive cancer finding at any

4   site in male or female rats or mice (as in scenario 1 below where $R = 1.2$), or as the odds of a

5   positive cancer finding in only the male rat (as in scenario 2 below where $R = 0.54$). In these two

6   cases, the chances of our findings being true positives ($PPV$) are very high (>94%), despite the

7   low power of the current study to detect such an effect.

8   $R$ could alternatively be pre-assigned as the odds of seeing these specific tumor types occur only

9   in the brain and/or heart of male rats. In this case, because gliomas and schwannomas have only

10   been part of two positive calls for cancer in male rats in any of the prior studies of chemical

11   agents that NTP has performed, $R$ is much lower (0.035) and the chance of a false positive

12   finding is indeed high. But, this is the case even if the power to detect an effect is high; i.e., the

13   conclusion of false positivity is driven more by the *a priori* expectation of a low odds of

14   occurrence of an effect than it is by the power to detect the effect. At high values of $R$ ($R>1$), all

15   outcomes that are p<0.05, regardless of the actual power, will generally be considered "true

16   positives." At very low values of $R$ ($R<0.01$), even an outcome from a study that has high power,

17   will be considered a false positive ($PPV<0.2$).

18   Dr. Lauer's comment, "the epidemiological literature questions the purported association

19   between cell phone exposure and cancer," would place the expected $R$ close to zero. As can be

20   seen at very low values of $R$ approaching zero, all findings, regardless of the power to detect

21   them, will be considered false positives. On the other hand, if one is open to the possibility that $R$

22   is in fact non-zero, then the findings need to become part of the public discussion over the safety

23   of exposures to RFR.

24   **STATISTICAL EXAMPLES**

25   To illustrate, suppose that the background tumor rate is 1.5%, which is similar to the rate of

26   schwannomas in the hearts of male rats in the NTP historical control database (1.3%), and that

27   there are two groups: Control and Treated, with $n = 90$ animals per group. Further suppose that

28   the null hypothesis that tumor rates are the same in the two groups, $H_0$, is tested against the

29   alternative hypothesis that the Treated group has a higher rate, $H_a$, using a one-sided Fisher's

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    exact test. We reject the null hypothesis if $p$ is less than 0.05. The <u>actual</u> significance level of this

2    test, $\alpha$, is the probability of rejecting the null hypothesis when is it actually true. In other words,

3
$$\alpha = \Pr(p < 0.05 \,|\, H_0 : Tumor\ rate = 0.015\ in\ both\ groups)$$

4    By Fisher's exact test, $p < 0.05$ if there are

5    &bull;  0 tumors in the Control group and 5 or more in the Treated group, or

6    &bull;  1 tumor in the Control group and 7 or more in the Treated group, or

7    &bull;  2 tumors in the Control group and 8 or more in the Treated group, or

8    &bull;  3 tumors in the Control group and 10 or more in the Treated group, or

9    &bull;  ….

10    The probability of making a Type I error (false positive decision, rejecting $H_0$ when it is true) is:

11
$$\alpha = \Pr(p < 0.05 \,|\, H_0 : Tumor\ rate = 0.015\ in\ both\ groups)$$

12
$$= \Pr(C = 0\ and\ T \geq 5)\ + \Pr(C = 1\ and\ T \geq 7)$$

13
$$+\, P(C = 2\ and\ T \geq 8)\ + P(C = 3\ and\ T \geq 10) + \cdots$$

14    Using binomial probabilities,

15
$$\alpha = \left\{ \binom{90}{0} 0.015^0 (1 - 0.015)^{90-0} \sum_{k=5}^{90} \binom{90}{k} 0.015^k (1 - 0.015)^{90-k} \right\}$$

16
$$+ \left\{ \binom{90}{1} 0.015^1 (1 - 0.015)^{90-1} \sum_{k=7}^{90} \binom{90}{k} 0.015^k (1 - 0.015)^{90-k} \right\}$$

17
$$+ \left\{ \binom{90}{2} 0.015^2 (1 - 0.015)^{90-2} \sum_{k=8}^{90} \binom{90}{k} 0.015^k (1 - 0.015)^{90-k} \right\}$$

18
$$+ \left\{ \binom{90}{3} 0.015^3 (1 - 0.015)^{90-3} \sum_{k=10}^{90} \binom{90}{k} 0.015^k (1 - 0.015)^{90-k} \right\}$$

19
$$+ \,...$$

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1

$$= \{0.256602 \times 0.011659\} + \{0.351689 \times 0.000431\}$$

$$+\{0.238327 \times 0.000067\} + \{0.106461 \times 0.000001\} + \cdots$$

4

$$= 0.00316$$

Thus, when the tumor rate is low and the decision rule is to reject $H_0$ when the one-sided Fisher's exact p-value is less than 0.05, the actual false positive rate, $\alpha$, is 0.0032.

This significance level can be used to calculate the probability that a significant result is a true positive, Positive Predictive Value (*PPV*). Following the Button *et al.* (2013) paper's notation:

$$PPV = \frac{[1 - \beta] \times R}{[1 - \beta] \times R + \alpha}$$

Suppose that the power, *1 − β*, is 10%. *R* as defined in Button *et al.* is the pre-study odds of a true positive. There are several possible ways to estimate *R*:

1) Among the 595 NTP studies that have a determination about carcinogenesis, 326 concluded that the test article was carcinogenic*. The pre-study odds of a carcinogenic effect, *R*, is 326/(595-326) = 1.2119. Thus, the probability that a significant test represents a true positive is

$$PPV = \frac{0.10 \times 1.2119}{0.10 \times 1.2119 + 0.0032} = 0.97$$

This says that, under the low power/low tumor rate conditions described above, if a test is significant at the 0.05 level, it almost certainly indicates a real carcinogenic effect.

2) Alternatively, among the 580 NTP studies that involved male rats, 203 concluded that the test article was carcinogenic in male rats; thus, *R* = 203/(580 − 203) = 0.538 and *PPV* = 0.94.

23

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

3) If there is no prior information and it is thought that it is as equally likely that there is a real effect as it is that there is no effect, then $R = 1$ and $PPV = 0.97$.

Furthermore, the relationship between $R$ and $PPV$ can be rearranged to solve for $R$,

$$R = \frac{\alpha}{1 - \beta} \times \frac{PPV}{1 - PPV} = \frac{0.00316}{0.1} \times \frac{PPV}{1 - PPV}$$

In this low power/low tumor rate situation, $R$ could be as low as 0.28 and the $PPV$ would be at least 90%, or $R$ could be as low as 0.13 and the $PPV$ would be at least 80%.

Dr. Grace Kissling, NTP study statistician, provided the statistical illustrations. Also Dr. Shyamal Peddada, Acting Chief, Biostatistics and Computational Biology Branch, NIEHS, has reviewed and concurs with her interpretation of the issues posited by the papers and the explanation of why they do not diminish the importance of the findings from the current study.

## REFERENCES

Button KS, Ioannidis JPA, Mokrysz C, Nosek BA, Flint J, Robinson ESJ, Munafò. Power failure: why small sample size undermines the reliability of neuroscience. *Nature Reviews Neuroscience* 14:365-376, 2013.

Christley RM. Power and error: Increased risk of false positive results in underpowered studies. *Open Epidemiol J.* 3:16-19, 2010.

Colquohoun D. An investigation of the false discovery rate and the misinterpretation of *p* values. *R. Soc. Open Sci.* 1: 140216, 2014.

---

*The term "carcinogenic" in this case refers to NTP studies in which any group of male or female rats or mice was judged to show "clear" or "some" evidence of carcinogenic activity. Keep in mind that many of these agents were selected for cancer studies based on a suspicion that they would cause cancer. Other agents, such as cell phone RFR, were chosen based more on the sheer numbers of people exposed. The "level of evidence" definitions are indicated below. As one can see, statistical significance is only one of many considerations that go into the study interpretation.

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    We have not assigned a specific level of evidence to the NTP RFR study, as it is not complete.

2    Rather, we evaluated the partial study findings and concluded that the tumors highlighted are

3    "likely" related to the RFR exposure.

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    **EXPLANATION OF LEVELS OF EVIDENCE OF CARCINOGENIC ACTIVITY**

2    The National Toxicology Program describes the results of individual experiments on a chemical
3    agent and notes the strength of the evidence for conclusions regarding each study. Negative
4    results, in which the study animals do not have a greater incidence of neoplasia than control
5    animals, do not necessarily mean that a chemical is not a carcinogen, inasmuch as the
6    experiments are conducted under a limited set of conditions. Positive results demonstrate that a
7    chemical is carcinogenic for laboratory animals under the conditions of the study and indicate
8    that exposure to the chemical has the potential for hazard to humans. Other organizations, such
9    as the International Agency for Research on Cancer, assign a strength of evidence for
10   conclusions based on an examination of all available evidence, including animal studies such as
11   those conducted by the NTP, epidemiologic studies, and estimates of exposure. Thus, the actual
12   determination of risk to humans from chemicals found to be carcinogenic in laboratory animals
13   requires a wider analysis that extends beyond the purview of these studies.

14   Five categories of evidence of carcinogenic activity are used in the Technical Report series to
15   summarize the strength of evidence observed in each experiment: two categories for positive
16   results (**clear evidence and some evidence**); one category for uncertain findings (**equivocal**
17   **evidence**); one category for no observable effects (**no evidence**); and one category for
18   experiments that cannot be evaluated because of major flaws (**inadequate study**). These
19   categories of interpretative conclusions were first adopted in June 1983 and then revised on
20   March 1986 for use in the Technical Report series to incorporate more specifically the concept of
21   actual weight of evidence of carcinogenic activity. For each separate experiment (male rats,
22   female rats, male mice, female mice), one of the following five categories is selected to describe
23   the findings. These categories refer to the strength of the experimental evidence and not to
24   potency or mechanism.

25   • **Clear evidence** of carcinogenic activity is demonstrated by studies that are interpreted as
26      showing a dose-related (i) increase of malignant neoplasms, (ii) increase of a
27      combination of malignant and benign neoplasms, or (iii) marked increase of benign
28      neoplasms if there is an indication from this or other studies of the ability of such tumors
29      to progress to malignancy.
30   • **Some evidence** of carcinogenic activity is demonstrated by studies that are interpreted as
31      showing a chemical-related increased incidence of neoplasms (malignant, benign, or
32      combined) in which the strength of the response is less than that required for clear
33      evidence.
34   • **Equivocal evidence** of carcinogenic activity is demonstrated by studies that are
35      interpreted as showing a marginal increase of neoplasms that may be chemical related.
36   • **No evidence** of carcinogenic activity is demonstrated by studies that are interpreted as
37      showing no chemical-related increases in malignant or benign neoplasms
38   • **Inadequate study** of carcinogenic activity is demonstrated by studies that, because of
39      major qualitative or quantitative limitations, cannot be interpreted as valid for showing
40      either the presence or absence of carcinogenic activity.

41   For studies showing multiple chemical-related neoplastic effects that if considered
42   individually would be assigned to different levels of evidence categories, the following

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

convention has been adopted to convey completely the study results. In a study with clear evidence of carcinogenic activity at some tissue sites, other responses that alone might be deemed some evidence are indicated as "were also related" to chemical exposure. In studies with clear or some evidence of carcinogenic activity, other responses that alone might be termed equivocal evidence are indicated as "may have been" related to chemical exposure.

When a conclusion statement for a particular experiment is selected, consideration must be given to key factors that would extend the actual boundary of an individual category of evidence. Such consideration should allow for incorporation of scientific experience and current understanding of long-term carcinogenesis studies in laboratory animals, especially for those evaluations that may be on the borderline between two adjacent levels. These considerations should include:

- adequacy of the experimental design and conduct;
- occurrence of common versus uncommon neoplasia;
- progression (or lack thereof) from benign to malignant neoplasia as well as from preneoplastic to neoplastic lesions;
- some benign neoplasms have the capacity to regress but others (of the same morphologic type) progress. At present, it is impossible to identify the difference. Therefore, where progression is known to be a possibility, the most prudent course is to assume that benign neoplasms of those types have the potential to become malignant;
- combining benign and malignant tumor incidence known or thought to represent stages of progression in the same organ or tissue;
- latency in tumor induction;
- multiplicity in site-specific neoplasia;
- metastases;
- supporting information from proliferative lesions (hyperplasia) in the same site of neoplasia or other experiments (same lesion in another sex or species);
- presence or absence of dose relationships;
- statistical significance of the observed tumor increase;
- concurrent control tumor incidence as well as the historical control rate and variability for a specific neoplasm;
- survival-adjusted analyses and false positive or false negative concerns;
- structure-activity correlations; and
- in some cases, genetic toxicology.

Added to Appendix B on June 23, 2016

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

# APPENDIX C – PATHOLOGY

1
2
3   Pathology data presented in this report on cell phone RFR were subjected to a rigorous peer
4   review process. The primary goal of the NTP peer-review process is to reach consensus
5   agreement on treatment-related findings, confirm the diagnosis of all neoplasms, and confirm
6   any unusual lesions. At study termination, a complete necropsy and histopathology evaluation
7   was conducted on every animal. The initial pathology examination was performed by a
8   veterinary pathologist, who recorded all neoplastic and nonneoplastic lesions. This examination
9   identified several potential treatment-related lesions in target organs of concern (brain and heart),
10   which were chosen for immediate review.[1] The initial findings of glial cell tumors and
11   hyperplasias in the brain and schwannomas, Schwann call hyperplasia, and schwannomas from
12   all sites were subjected to an expedited, multilevel NTP pathology peer-review process. The data
13   were locked[2] prior to receipt of the finalized, study-laboratory reports to ensure that the raw data
14   did not change during the review.
15
16   The pathology peer review consisted of a quality assessment (QA) review of all slides with
17   tissues from the central nervous system (7 sections of brain and 3 sections of spinal cord),
18   trigeminal nerve and ganglion, and heart. Additionally, the schwannomas of the head and neck
19   region were reviewed. The QA review of the central nervous system and head and neck
20   schwannomas was performed by Dr. Margarita Gruebbel of Experimental Pathology
21   Laboratories, Inc. (EPL), and the QA review of the hearts and trigeminal nerves and ganglia was
22   performed by Dr. Cynthia Shackelford, EPL.
23
24   The QA review pathologists then met with Dr. Mark Cesta, NTP pathologist for these studies,
25   and Dr. David Malarkey, head of the NTP Pathology Group, to review lesions and select slides
26   for the Pathology Working Group (PWG) reviews. All PWG reviews were conducted blinded
27   with respect to treatment group and only identified the test articles as "test agent A" or "test

---

[1] Pathology peer review of remaining lesions from the cell phone RFR studies continues and is not addressed in this report.
[2] Locking data refers to restricting access to the computer database so the data for a particular study cannot be changed.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

agent B". Due to the large number of slides for review, the PWG was held in three separate sessions:

- January 29, 2016, for review of glial lesions in the brain and Schwann cell lesions in the heart
- February 11, 2016, for review of schwannomas of the head and neck
- February 12, 2016, for review of granular cell lesions of the brain

The reviewing PWG pathologists largely agreed on the diagnostic criteria for the lesions and on the diagnoses of schwannomas in the head and neck, and granular cell lesions in the brain. However, there was much discussion on the criteria for differentiating glial cell hyperplasia from malignant glioma and Schwann cell hyperplasia from schwannoma. The lack of PWG agreement on definitive criteria for the glial cell and Schwann cell lesions, and the requirement for a high level of confidence in the diagnoses prompted NTP to convene two additional PWGs (organized and conducted by the NTP pathologist, Dr. Mark Cesta) with selected experts in the organ under review. These second level PWG reviews were also conducted as noted above and held in two separate sessions:

- February 25, 2016, for review of glial lesions in the brain
- March 3, 2016, for review of cardiac schwannomas, schwannomas in other organs (except the head and neck), and right ventricular degeneration

In both PWGs, the participants came to consensus on the diagnoses of the lesions and the criteria used for those diagnoses. Participants of the individual PWGs are listed below.

Table C-1.  NTP Pathology Working Group (PWG) Attendees

| PWG member | Affiliation |
| --- | --- |
| *January 29, 2016 - Evaluated glial lesions in the brain and Schwann cell lesions in the heart* | |
| A.E. Brix, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC |
| M.F. Cesta, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (NTP study pathologist) |
| S.A. Elmore, D.V.M., MS | National Institute of Environmental Health Sciences |
| G.P. Flake, M.D. | National Institute of Environmental Health Sciences |
| R.H. Garman, D.V.M. | Consultants in Veterinary Pathology, Inc. Monroeville, PA |
| M.M. Gruebbel, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC (observer) |
| R.A. Herbert, D.V.M., Ph.D. | National Institute of Environmental Health Sciences |
| J.S. Hoane, D.V.M. | Charles River Laboratories, Inc. Durham, NC (contract study pathologist) |
| K.S. Janardhan, BVSc, MVSc, Ph.D. | Integrated Laboratory System |
| R. Kovi, BVSc, MVSc, Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC (observer) |
| D.E. Malarkey, D.V.M., Ph.D. | National Institute of Environmental Health Sciences |
| R.A. Miller, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC |
| J.P. Morrison, D.V.M. | Charles River Laboratories, Inc.  Durham, NC |

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

| PWG member | Affiliation |
|---|---|
| A.R. Pandiri, BVSc & AH, Ph.D. | National Institute of Environmental Health Sciences |
| C.C. Shackelford, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC (observer) |
| J.A. Swenberg, D.V.M., Ph.D. | University of North Carolina – Chapel Hill, NC |
| G. Willson, BVMS, Dip RC Path, FRC Path, MRCVS | Experimental Pathology Laboratories, Inc. RTP, NC (PWG coordinator) |

*February 11, 2016 - Evaluated schwannomas of the head and neck*

| | |
|---|---|
| A.E. Brix, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC |
| M.F. Cesta, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (NTP study pathologist) |
| S.A. Elmore, D.V.M., MS | National Institute of Environmental Health Sciences |
| G.P. Flake, M.D. | National Institute of Environmental Health Sciences |
| M.M. Gruebbel, D.V.M., Ph.D., | Experimental Pathology Laboratories, Inc. RTP, NC (PWG coordinator) |
| K.S. Janardhan, BVSc, MVSc, Ph.D. | Integrated Laboratory System RTP, NC |
| D.E. Malarkey, D.V.M., Ph.D. | National Institute of Environmental Health Sciences |
| A.R. Pandiri, BVSc & AH, Ph.D. | National Institute of Environmental Health Sciences |
| R.R. Maronpot, D.V.M. | Experimental Pathology Laboratories, Inc. RTP, NC |

*February 12, 2016 - Evaluated granular cell lesions of the brain*

| | |
|---|---|
| A.E. Brix, D.V.M., Ph.D. | Experimental Pathology Laboratories, Inc. RTP, NC |
| M.F. Cesta, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (NTP study pathologist) |
| S.A. Elmore, D.V.M., MS | National Institute of Environmental Health Sciences |
| M.M. Gruebbel, D.V.M., Ph.D., | Experimental Pathology Laboratories, Inc. RTP, NC (PWG coordinator) |
| J.S. Hoane, D.V.M. | Charles River Laboratories, Inc. Durham, NC (contract study pathologist) |
| K.S. Janardhan, BVSc, MVSc, Ph.D. | Integrated Laboratory System RTP, NC |
| A.R. Pandiri, BVSc. & AH, Ph.D. | National Institute of Environmental Health Sciences |
| R.R. Moore, D.V.M. | Integrated Laboratory System RTP, NC |

*February 25, 2016 - Evaluated glial lesions in the brain*

| | |
|---|---|
| D. Bigner, M.D., Ph.D. | Duke University Durham, NC |
| B. Bolon, D.V.M., MS, Ph.D. | GEMpath, Inc. Longmont, CO |
| V. Chen, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (observer) |
| M.F. Cesta, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (PWG coordinator, NTP study pathologist) |
| S.A. Elmore, D.V.M., MS | National Institute of Environmental Health Sciences (observer) |
| G.P. Flake, M.D. | National Institute of Environmental Health Sciences (observer) |
| J.S. Hardisty, D.V.M. | Experimental Pathology Laboratories, Inc. RTP, NC |
| R.A. Herbert, D.V.M., Ph.D., | National Institute of Environmental Health Sciences (observer) |
| R. Kovi, BVSc, MVSc, Ph.D. | Experimental Pathology Laboratories, Inc. (observer) |
| P.B. Little, D.V.M. | Experimental Pathology Laboratories, Inc. |
| D.E. Malarkey, D.V.M., Ph.D. | National Institute of Environmental Health Sciences |
| J.P. Morrison, D.V.M., Ph.D. | Charles River Laboratories, Inc. |
| A. Sharma, BVSc, MVSc, MS, Ph.D. | Covance |

*March 3, 2016 - Evaluated heart lesions, and schwannomas in other organs (except head and neck)*

| | |
|---|---|
| B. Berridge, D.V.M., Ph.D. | GlaxoSmithKline RTP, NC |
| M.C. Boyle, D.V.M., Ph.D. | Amgen Thousand Oaks, CA |
| V. Chen, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (observer) |
| M.F. Cesta, D.V.M., Ph.D. | National Institute of Environmental Health Sciences (PWG coordinator, NTP study pathologist) |
| S.A. Elmore, D.V.M., MS | National Institute of Environmental Health Sciences (observer) |
| M. Elwell, D.V.M., Ph.D. | Covance Chantilly, VA |

389

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

| PWG member | Affiliation |
| --- | --- |
| J.R. Hailey, D.V.M. | Covance Chantilly, VA |
| M. Novilla, D.V.M., MS, Ph.D. | SNBL Everett, WA |

## LESION DESCRIPTIONS

### Brain

Malignant gliomas were infiltrative lesions, usually of modest size, with indistinct tumor margins. The neoplastic cells were typically very densely packed with more cells than neuropil. The cells were typically small and had round to oval, hyperchromatic nuclei. Mitoses were infrequent. In some of the neoplasms, invasion of the meninges, areas of necrosis surrounded by palisading neoplastic cells, cuffing of blood vessels, and neuronal satellitosis were observed. The malignant gliomas did not appear to arise from any specific anatomic subsite of the brain.

Glial cell hyperplasia consisted of small, proliferative, and poorly demarcated foci of poorly differentiated glial cells that accumulated and invaded into the surrounding parenchyma. In some cases, there was a small amount of perivascular cuffing. The hyperplastic cells appeared morphologically identical to those in the gliomas but were typically less dense with more neuropil than glial cells. There were no necrotic or degenerative elements present, so there was no evidence that the increased number of glial cells was a reaction to brain injury.

### Heart

The intracardiac schwannomas were either endocardial or myocardial (intramural). The endocardial schwannomas lined the ventricles and atria and invaded into the myocardium. Two morphologic cell types were observed, but indistinct cell margins and eosinophilic cytoplasm were common to both types. Groups of cells with widely spaced small, round nuclei and moderate amounts of cytoplasm were interspersed among bands or sheets of parallel, elongated cells with thin, spindle-shaped, hyperchromatic nuclei. The myocardial schwannomas were typically less densely cellular and infiltrated amid, sometimes replacing, the cardiomyocytes. The cell types described for the endocardial neoplasms were both present, but in fewer numbers. In both subtypes of schwannomas, there was a minimal amount of cellular pleomorphism. In some larger neoplasms, Antoni type A and B patterns were present.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    The Schwann cell hyperplasias were similar in appearance to the schwannomas, but were smaller

2    and had less pleomorphism of the cells. In the case of the endocardial Schwann cell hyperplasia,

3    there was no invasion of the myocardium.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

## APPENDIX D – HISTORICAL CONTROLS

Table D1.  Incidence of astrocytoma, glioma, and/or oligodendroglioma in brains of male Harlan Sprague Dawley rats in NTP studies

| Chemical | First dose | N | Control incidence |
|---|---|---|---|
| Dibutylphthalate | 8/30/2010 | 49 | 4% |
| 2-Hydroxy-4-methoxybenzophenone | 11/8/2010 | 50 | 0% |
| p-Chloro-a,a,a-trifluorotoluene | 1/17/2011 | 50 | 4% |
| Di-(2-ethylhexyl)phthalate | 2/17/2011 | 50 | 8% |
| Di-(2-ethylhexyl)phthalate (perinatal) | 6/27/2011 | 50 | 0% |
| Tris (chloroisopropyl) phosphate | 12/12/2011 | 50 | 0% |
| Sodium tungstate | 12/23/2011 | 50 | 4% |
| Resveratrol | 5/7/2012 | 50 | 0% |
| Black cohosh | 7/2/2012 | 50 | 2% |
| Radiofrequency radiation (GSM/CDMA) | 9/16/2012 | 90 | 0% |

Historical control rate: 11/550 (2.0%)

Table D2.  Incidence of schwannoma in the heart of male Harlan Sprague Dawley rats in NTP studies

| Chemical | First dose | N | Control incidence |
|---|---|---|---|
| Indole-3-carbinol | 3/14/2007 | 50 | 2% |
| Perfluorooctanoic acid | 6/19/2009 | 50 | 0% |
| Dietary zinc | 9/3/2009 | 50 | 0% |
| Dibutylphthalate | 8/30/2010 | 49 | 4% |
| 2-Hydroxy-4-methoxybenzophenone | 11/8/2010 | 50 | 2% |
| p-Chloro-a,a,a-trifluorotoluene | 1/17/2011 | 50 | 0% |
| Di-(2-ethylhexyl)phthalate | 2/17/2011 | 50 | 6% |
| Di-(2-ethylhexyl)phthalate (perinatal) | 6/27/2011 | 50 | 4% |
| Tris (chloroisopropyl) phosphate | 12/12/2011 | 50 | 0% |
| Sodium tungstate | 12/23/2011 | 50 | 0% |
| Resveratrol | 5/7/2012 | 50 | 0% |
| Black Cohosh | 7/2/2012 | 50 | 0% |
| Radiofrequency radiation (GSM/CDMA) | 9/16/2012 | 90 | 0% |

Historical control rate: 9/699 (1.30%)

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

## APPENDIX E – TIME ON STUDY TO APPEARANCE OF TUMORS

### Malignant Glioma

| SAR (W/kg) | Animal ID number | Time on study (weeks) |
|---|---|---|
| GSM-modulated exposed males | | |
| 1.5 | 717 | 105 |
|  | 735 | 102 |
|  | 786 | 104 |
| 3.0 | 924 | 101 |
|  | 943 | 105 |
|  | 1014 | 93 |
| 6.0 | 1135 | 104 |
|  | 1137 | 102 |
| CDMA-modulated exposed males | | |
| 6.0 | 1795 | 105 |
|  | 1799 | 104 |
|  | 1852 | 105 |
| GSM-modulated exposed females | | |
| 6.0 | 1246 | 96 |
| CDMA-modulated exposed females | | |
| 1.5 | 1463 | 105 |
|  | 1474 | 105 |
|  | 1523 | 550 |

Appendix E revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**Time to Malignant Schwannoma in Heart**

| SAR (W/kg) | Animal ID number | Length of survival (weeks) |
|---|---|---|
| GSM-modulated exposed males | | |
| 1.5 | 758 | 104 |
| | 801 | 105 |
| | | |
| 3.0 | 931 | 105 |
| | | |
| 6.0 | 1149 | 83 |
| | 1155 | 105 |
| | 1187 | 104 |
| | 1206 | 104 |
| | 1230 | 91 |
| | | |
| CDMA-modulated exposed males | | |
| 1.5 | 1364 | 105 |
| | 1352 | 105 |
| | | |
| 3.0 | 1559 | 92 |
| | 1617 | 105 |
| | 1622 | 104 |
| | | |
| 6.0 | 1801 | 76 |
| | 1821 | 70 |
| | 1829 | 104 |
| | 1833 | 89 |
| | 1849 | 104 |
| | 1860 | 105 |
| | | |
| GSM-modulated exposed females | | |
| 3.0 | 1037 | 105 |
| | 1077 | 83 |
| | | |
| CDMA-modulated exposed females | | |
| 1.5 | 1461 | 106 |
| | 1480 | 93 |
| | | |
| 6.0 | 1888 | 105 |
| | 1965 | 106 |

Appendix E revised on February 1, 2018

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  **APPENDIX F – REVIEWERS' COMMENTS**

2  National Toxicology Program

3  Peer Review Charge and Summary Comments

4

5

---

6  Purpose: To provide independent peer review of an initial draft of this partial report. The peer

7  reviewers were blind to the test agents under study. Introductory materials on RFR and details of

8  the methods dealing with the field generation and animal housing were redacted from the version

9  sent to the reviewers. The reviewers were provided a study data package, also blinded to test

10  agents, containing basic in life study information such as body weight and survival curves and

11  information concerning the generation of pups from the *in utero* exposures.

12

13  Report Title: Draft Report of Partial Findings from the National Toxicology Program

14  Carcinogenesis Studies of Test Articles A and B (and associated Study Data Package)

15

16  Reviewers' Names:

17  David Dorman, D.V.M., Ph.D., North Carolina State University
18  Russell Cattley, D.V.M., Ph.D., Auburn University
19  Michael Pino, D.V.M., Ph.D., Pathology consultant

20

21  Charge: To peer review the draft report and comment on whether the scientific evidence supports

22  NTP's conclusion(s) for the study findings.

23  1. Scientific criticisms:

24  a. Please comment on whether the information presented in the draft report, including

25  presentation of data in any tables, is clearly and objectively presented. Please suggest any

26  improvements.

27

28  All three reviewers found the results to be clearly and objectively presented, although

29  there were suggestions to provide historical control information for brain and heart

30  lesions for female Harlan Sprague Dawley rats, clarify statements about the specific

31  statistical tests used and the presence or lack of statistical significance of the brain

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1  gliomas in the Results, and expand the conclusions statements to clarify the basis for the

2  conclusions.

3

4  b.  Please comment on whether NTP's scientific interpretations of the data are objective and

5  reasonable. Please explain why or why not.

6

7  The reviewers stated that the NTP had performed an adequate and objective peer review

8  of the pathology data, and the statistical approaches used were consistent with other NTP

9  studies.  The methods were described as objective and reasonable. The interpretations of

10  the data, including the limitations, were also reasonable and objective. One reviewer

11  found the data on schwannomas of the heart to be more compelling with respect to an

12  association with treatment than the brain gliomas. This reviewer summarized the findings

13  as:

14

15  "In the heart the evidence for a carcinogenic effect can be based on 1) the

16  presence of the tumors in all six of the test article groups versus none in the

17  controls 2) the statistically significant trend for schwannomas with both

18  compounds and the statistically significant increase in incidence in the 4X (top)

19  dose for test article B; 3) the fact that the incidence of the tumors in both 4X dose

20  groups approaches or exceeds the high end of the historical control range; and 4)

21  the tumors in the 4X group of test article B are accompanied by a higher

22  incidence of Schwann cell hyperplasia. Using the NTP's guide for levels of

23  evidence for carcinogenic activity, I would consider the heart schwannomas as

24  'Some Evidence' of carcinogenic activity.

25

26  The proliferative lesions in the brain are more difficult to interpret because 1)

27  their low incidence that was well within the historical control range, 2) lack of

28  clear dose response; and 3) lack of statistical significance (except for the

29  significant exposure-dependent trend for test article B. . . . However, the presence

30  of malignant gliomas and/or foci of glial cell hyperplasia in 5 of 6 test article

31  groups for both sexes vs none in controls of either sex is suggestive of a test

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1    article effect. . . .I would consider the malignant gliomas as 'Equivocal Evidence'

2    of carcinogenic activity."

3

4  2.  Please identify any Information that should be added or deleted:

5

6    One reviewer suggested that more information be given on the time when tumors were

7    observed (e.g., at terminal necropsy, or early in the study) to help assess the possible impact

8    of the decreased survival times in the control animals on tumor incidence. This reviewer also

9    suggested a discussion of how the survival of control male rats in this study compared to the

10    historical control data. There was also concern that the diagnostic criteria developed by the

11    PWG and used in the current study would impact the historical control incidence rates

12    reported in Table D.

13

14  3.  The scientific evidence supports NTP's conclusion(s) for the study findings:

15

16    The NTP's overall draft conclusion was as follows: "Under the conditions of these studies,

17    the observed hyperplastic lesions and neoplasms outlined in this partial report are considered

18    likely the result of exposures to test article A and test article B. The findings in the heart were

19    statistically stronger than the findings in the brain."

20

21    The reviewers had the option of agreeing, agreeing in principle, or disagreeing with the draft

22    conclusions. All three reviewers agreed in principle, reiterating issues discussed above.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

1                  **APPENDIX G – NIH REVIEWERS' COMMENTS**

2                       National Institutes of Health

3                 Peer Review Charge and Reviewers' Comments

4

5

6    <u>Purpose</u>: To provide independent peer review of the pathology diagnoses and statistical

7    evaluation of the partial findings from NTP's studies. Background materials included the draft

8    NTP report, introductory materials on RFR, and details on the methods dealing with the field

9    generation and statistical analyses references and guidance. The reviewers were provided a study

10   data package, containing basic in life study information such as body weight and survival curves,

11   information concerning the generation of pups from the *in utero* exposures, and raw pathology

12   data.

13

14   <u>Report Title</u>: Draft Report of Partial Findings from the National Toxicology Program

15   Carcinogenesis Studies of Test Articles A and B (and associated Study Data Package)

16

17   <u>Reviewers' Names</u>:

18      Diana C. Haines, D.V.M., Frederick National Laboratory

19      Michael S. Lauer, M.D., Office of Extramural Research, NIH

20      Maxwell P. Lee, Ph.D., Laboratory of Cancer Biology and Genetics, NCI,

21      Aleksandra M. Michalowski, M.Sc., Ph.D., Laboratory of Cancer Biology and Genetics, NCI

22      R. Mark Simpson, D.V.M., Ph.D., Laboratory of Cancer Biology and Genetics, NCI

23      [Sixth reviewer's name and comments are withheld.]

24

25   <u>Charge</u>: To peer review the draft report, statistical analyses, and pathology data and comment on

26   whether the scientific evidence supports NTP's conclusion(s) for the study findings.

27

28   Reviewer's comments and NTP responses to the comments are provided.

29      •   Appendix G1: Reviewers' comments

30      •   Appendix G2: NTP's responses to NIH reviewers' comments

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**Appendix G1: Reviewers' Comments**

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted January 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Reviewer: Diana C. Haines, D.V.M., Frederick National Laboratory

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted January 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

April 5, 2016

Dr. Tabak,

I've always relied on experts, not myself, for statistical analysis, and so do not feel qualified to address the statistical methods used. My training and experience has been in veterinary pathology, including QA review of NTP studies, and serving on PWGs, so will give my opinion on the pathology interpretation (biological significance rather than statistical significance).

Having perused the 3 RFR Draft Report and the raw data, all appears to be in order, including QA of the histopathology (technique) as well as PWG review (diagnosis).  Looking at the data, I agree with the report's conclusion:  *Under the conditions of these studies, the hyperplastic lesions and neoplasms observed in male rats are considered likely the result of exposures to GSM- and CDMA-modulated RFR. The findings in the heart were statistically stronger than the findings in the brain.*  But note, it is "considered likely" not "definitely is".

There may be also several caveats relating to "under the conditions of these studies", including how well the conditions recapitulate actual human exposure:  whole body exposure from in utero to old age; 18.5 hours/day (10 min on/10 min off, for total of 9hr actual exposure); and dose[A].  I'm not a physicist, so have to presume experts analyzed and accepted concept of the reverberation chamber, including "doses"[A], as being relevant to human exposure.

[A] Dosimetric Assessment paper:  "As could be expected in a study following NTP protocols, the exposure levels for the rodents in this project exceed the limits for the wbSAR and psSAR defined in the IEEE Std C95.1-2005 safety standard for human exposure to mobile phone radiation. In the low dose exposure group the exposure level in the organs exceeds or is close to the localized SAR limit for the general public, except for a few low-water content tissues. More specifically, the psSAR over 1 g in the human head, is limited by the safety standards to <2W/kg, whereas, in the low dose rodents the SAR averaged over the whole brain is >2.4 W/kg for mice, and >1.3 W/kg for rats, hence similar to the limit. Furthermore, the psSAR and oSAR have larger uncertainty compared to the wbSAR. Deviations of the exposure level from the target dose, especially during the early exposure period, should be carefully evaluated in the interpretation of the final biological studies.

Results from the companion mouse study will hopefully add some insight.

**Diana Copeland Haines, DVM**
   Diplomate, American College of Veterinary Pathologists
Senior Staff Pathologist, Pathology Section
Pathology/Histotechnology Laboratory
Leidos Biomedical Research, Inc.
Frederick National Laboratory for Cancer Research
P.O. Box B, Frederick, MD 21702
Phone: 301-846-5921    Fax: 301-846-1953
Diana.Haines@fnlcr.nih.gov
http://ncifrederick.cancer.gov/rtp/lasp/phl/

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted January 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Reviewer: Michael S. Lauer, M.D., Office of Extramural Research, NIH

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Michael S Lauer, MD (OER)
Review of NTP paper: "Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation (Whole Body Exposures)"
March 20, 2016

Summary of findings:

This is a partial report, a report which is presumably part of a larger set of studies involving 2 species (mice and rats), 2 sexes (male, female), and multiple tissue types, all based on 90-week studies of two different types (GSM and CDMA) of cell phone radiofrequency radiation (RFR). In this partial report, we are given findings regarding brain gliomas and heart schwannomas in male and female Harlan Sprague Dawley rats which were exposed exposed to control or 3 different levels (1.5, 3.0, 6.0) of two types (GSM and CDMA) of RFR. There were 90 rats in each group. Using the poly-3 test with the Bieler-Williams variance adjustment, the authors found a statistically significant increase in the rate of brain gliomas in males exposed to CDMA RFR. Using the poly-6 test, the authors found a statistically significant increase in the rates of heart schwannomas in males exposed to GSM and CDMA. There were no statistically significant differences in rates of gliomas or schwannomas in females; also there was no statistically significant increase in rates of gliomas in males exposed to GSM RFR.

Comments:

1) Why aren't we being told, at least at a high level, of the results of other experiments (i.e., male and female mice, tissues other than heart and brain, tumors other than glioma and schwannoma)? Given the multiple comparisons inherent in this kind of work (see pages 27-30 and Table 13 of the FDA guidance document), there is a high risk of false positive discoveries. In the absence of knowing other findings, we must worry about selective reporting bias.
2) I was able to reproduce the authors' positive P-value findings (see Appendix 1, R code) using the MCPAN R package. However, I'm getting slightly different values for adjusted denominators (also in Appendix 1).
3) I was able to reproduce the authors' findings of longer survival with RFR (see Appendix 1, R code).
4) I have a number of questions about the study design:
    a. Were control rats selected in utero like the exposed rats were?
    b. Were pregnant dams assigned to different groups by formal randomization? If not, why not?
    c. Why were pups in the same litter included? Did the authors take any steps in their analyses to account for the resulting absence of i.i.d?
    d. The authors state that at most 3 pups were chosen per litter. How were the 3 pups chosen (and the others presumably not used for this experiment)? Were the 3 pups that were chosen selected by formal randomization? If not, why not?

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

e. Were all analyses based on the intent-to-treat principle?  Were there any crossovers?  Were all rats accounted for by the end of the experiment and were all rats who started in the experiment included in the final analyses?

f. Blinding: The authors state that "All PWG reviewer were conducted blinded with respect to treatment group," but in the very next phrase write "only identifying the test articles as 'test agent A' or 'test agent B.'"  Why was this information (test agent A or B) given?  The blinding was not complete.

5) Sample size:

a. Did the authors perform a prospective (that is before initiation of the work) sample size calculation?  If so, what were the prior assumptions?  In other words, why did the authors choose to study 90 rats in each group and why did they set the maximum duration to 90 weeks (instead of 104 weeks)?

b. I used a <u>publicly available</u> simulation package[1] to calculate the study power for male rats based on the following (see Appendix 2, power calculation simulation studies):

   i. Control tumor rate of ~1.5%.

   ii. Risk ratio 2.5 in the group receiving the highest dose

   iii. 2-sided Alpha = 0.005 (based on Table 13 of the FDA guidance document).  Note this low alpha of 0.005 for poly-k trend tests is recommended to minimize the risk of false positive discoveries.

   iv. Sample size of 90 for each group with one planned sacrifice.

   v. Low lethality with lethality parameters set according to study duration and Weibull shape parameter (see Table 3 of Moon et al[1]).  When I re-ran the simulations using intermediate lethality, results were not materially changed.

   vi. Study duration 90 weeks

   vii. 5000 simulations

   viii. Note – I used dose levels of 0,1,2, and 4 because I was unable to adjust these on the web site (despite trying 3 different browsers).

c. Based on these inputs, the recommendations in Table 13 of the FDA guidance document, and a sample size of 90 rats in each group, I find very low power (<5%, see Appendix 2).  Even allowing for a risk ratio of 5.0 (a level that is clinically unlikely), the power for 2-sided alpha=0.005, k=3 and low lethality is only ~14% (see Appendix 2).

d. The low power implies that there is a high risk of false positive findings[2], especially since the epidemiological literature questions the purported association between cell phone exposure and cancer.[3]

6) Summary:  I am unable to accept the authors' conclusions:

a. We need to know all other findings of these experiments (mice, other tumor types) given the risk of false positive findings and reporting bias.  It would be helpful to have a copy of the authors' statistical code.

b. We need to know whether randomization was employed to assign dams to specific groups (control and intervention).

Case 2:20-cv-00237-JDL    Document 99-2    Filed 05/31/23    Page 284 of 360    PageID #: 1317

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

   c.  We need to know whether randomization was employed to determine which pups from each litter were chosen for continued participation in the experiment.

   d.  We need to know whether there was a formal power/sample size calculation performed prior to initiation of the experiment.  If not, why not?  If yes, we need to see the details.  In particular, we need to know whether the authors followed the recommendations of the FDA guidance document (in particular Table 13).

   e.  I suspect that this experiment is substantially underpowered and that the few positive results found reflect false positive findings.[2]  The higher survival with RFR, along with the prior epidemiological literature, leaves me even more skeptical of the authors' claims.

References:

1.    Moon H, Lee JJ, Ahn H, Nikolova RG. A Web-based Simulator for Sample Size and Power Estimation in Animal Carcinogenicity Studies. *J Stat Software; Vol 1, Issue 13*  . 2002. doi:10.18637/jss.v007.i13.

2.    Ioannidis JPA. Why most published research findings are false. Jantsch W, Schaffler F, eds. *PLoS Med*. 2005;2(8):e124. doi:10.1371/journal.pmed.0020124.

3.    Frei P, Poulsen AH, Johansen C, Olsen JH, Steding-Jessen M, Schüz J. Use of mobile phones and risk of brain tumours: update of Danish cohort study. *BMJ*. 2011;343.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Appendix 1: Attempted replication of positive findings

```
# Review of NTP paper on cell phone RFR and certain cancers
# Attempt to reproduce the positive findings
# Data from Larry Tabak
# Code by Mike Lauer

setwd("~/Desktop/Files to save")

library(MCPAN)
library(rms)
library(Hmisc)

# Read in CDMA NTP data

CDMA <- read.csv("~/Desktop/Files to save/NTP CDMA Raw Tumor Data.csv")

# Survival and treatment group, adjusting for sex, by Cox proportional hazards

CDMA$status<-1
CDMA$S<-Surv(CDMA$Removal.Day, CDMA$status)
f<-cph(S~Treatment+Sex, data=CDMA)
f

# Survival greater (better) for 3.0W, P=0.0157, for 6.0W, P=0.0260

# Table 1 -- Poly-3 test for malignant glioma in males CDMA

males_CDMA<-subset(CDMA, Sex=='M')

poly3test(time=males_CDMA$Removal.Day, status=males_CDMA$Brain.Glioma.Malignant,
        f=males_CDMA$Dose, k=3, type='Williams', method='BW', alternative='greater')

# P=0.039

poly3ci(time=males_CDMA$Removal.Day, status=males_CDMA$Brain.Glioma.Malignant,
        f=males_CDMA$Dose, k=3, type='Williams', method='BW', alternative='greater')
```

Call result:

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Sample estimates, using poly- 3 -adjustment

```
                 0      1.5     3      6
x                0.0000 0.0000 0.0000 3.0000
n                90.0000 90.0000 90.0000 90.0000
adjusted n       63.8258 72.3688 76.6821 64.8154
adjusted estimate 0.0000 0.0000 0.0000 0.0463
```

# Table 3 -- Poly-6 test for malignant Schwannoma in males CDMA

```
poly3test(time=males_CDMA$Removal.Day,
        status=males_CDMA$Heart.Schwannoma.Malignant, f=males_CDMA$Dose, k=6,
        type='Williams', method='BW', alternative='greater')
```

# P=0.0005

```
poly3ci(time=males_CDMA$Removal.Day,
        status=males_CDMA$Heart.Schwannoma.Malignant,f=males_CDMA$Dose,
        k=3,type='Williams', method='BW')
```

Call result:

Sample estimates, using poly- 3 -adjustment

```
                 0      1.5     3      6
x                0.0000 2.0000 3.0000 6.0000
n                90.0000 90.0000 90.0000 90.0000
adjusted n       63.8258 72.3971 77.0575 66.5582
adjusted estimate 0.0000 0.0276 0.0389 0.0901
```

# Read in GSM NTP data

```
GSM <- read.csv("~/Desktop/Files to save/NTP GSM Raw Tumor data.csv")
```

# Survival and treatment group, adjusting for sex, by Cox proportional hazards

```
GSM$status<-1
GSM$S<-Surv(GSM$Removal.Day, GSM$status)
f<-cph(S~Treatment+Sex, data=GSM)
f
```

# Survival greater (better) for 6.0W, P=0.0048

```
males_GSM<-subset(GSM, Sex=='M')
```

# Table 3 -- Poly-6 test for malignant Schwannomas in males GSM

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted January 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

poly3test(time=males_GSM$Removal.Day, status=males_GSM$Heart.Schwannoma.Malignant,
    f=males_CDMA$Dose, k=6, type='Williams', method='BW', alternative='greater')

# P=0.004

poly3ci(time=males_GSM$Removal.Day, status=males_GSM$Heart.Schwannoma.Malignant,
    f=males_CDMA$Dose, k=3, type='Williams', method='BW', alternative='greater')

Call result:

Sample estimates, using poly- 3 -adjustment
                  0      1.5     3      6
x               0.0000  2.0000  1.0000  5.0000
n              90.0000 90.0000 90.0000 90.0000
adjusted n     63.8258 73.1547 76.1127 77.0723
adjusted estimate 0.0000 0.0273 0.0131 0.0649

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Appendix 2: Simulations for power calculations

Power Simulations for NTP Cell Phone RFR paper (from
https://biostatistics.mdanderson.org/acss/Login.aspx and
https://www.jstatsoft.org/article/view/v007i13)[1]
Michael Lauer, MD (OER)
March 19, 2016

1)  For malignant gliomas (Table 1), P = 0.005, HR = 2.5, k=3

The University of Texas M. D. Anderson Cancer Center
Sample Size and Power Estimation for Animal Carcinogenicity Studies

Reference: "A Web-based Simulator for Sample Size and Power
Estimation in Animal Carcinogenicity Studies."
Hojin Moon, J. Jack Lee, Hongshik Ahn and Rumiana G. Nikolova,
Journal of Statistical Software. (2002)[1]


*** Input Parameters ***

Selected Seed = 3000
Number of Groups = 4
Dose metric of each group:
0.00    1.00    2.00    4.00
Number of animals in each group
90      90      90      90
Number of sacrifices including a terminal sacrifice = 1
Sacrifice time points in weeks:

Study duration = 90 weeks
Number of INTERIM sacrificed animals in each interval:
Background tumor onset probability at the end of the study = 0.01
Tumor onset distribution assumed: Weibull with a shape parameter 3.00
Hazard ratio(s) of dose vs. control group
1.50    2.00    2.50
Competing Risks Survival Rate (CRSR) for each group:
0.70    0.70    0.70    0.70
Tumor lethality parameter entered = 23.00
Level of the test = 0.01
One-sided or two-sided test = 2 sided test
Number of simulation runs = 5000

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

*** Simulation Results ***

dose group 0:
average tumor rate = 0.0149
average competing risks survival rate = 0.6990
average lethality = 0.0816

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0060 | 0.0000 | 0.0000 |
| 67 | 0.0002 | 0.0002 | 0.0334 | 0.0000 | 0.0000 |
| 78 | 0.0003 | 0.0005 | 0.0729 | 0.0000 | 0.0000 |
| 90 | 0.0005 | 0.0023 | 0.1855 | 0.0094 | 0.6887 |

dose group 1:
average tumor rate = 0.0225
average competing risks survival rate = 0.7000
average lethality = 0.0784

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0001 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0003 | 0.0002 | 0.0325 | 0.0000 | 0.0000 |
| 78 | 0.0004 | 0.0008 | 0.0720 | 0.0000 | 0.0000 |
| 90 | 0.0007 | 0.0034 | 0.1851 | 0.0145 | 0.6842 |

dose group 2:
average tumor rate = 0.0297
average competing risks survival rate = 0.6997
average lethality = 0.0772

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0001 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0004 | 0.0003 | 0.0331 | 0.0000 | 0.0000 |
| 78 | 0.0005 | 0.0012 | 0.0721 | 0.0000 | 0.0000 |
| 90 | 0.0010 | 0.0045 | 0.1829 | 0.0191 | 0.6790 |

dose group 3:
average tumor rate = 0.0366
average competing risks survival rate = 0.7007
average lethality = 0.0772

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0001 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0005 | 0.0003 | 0.0330 | 0.0000 | 0.0000 |

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

| 78 | 0.0006 | 0.0013 | 0.0716 | 0.0000 | 0.0000 |
| 90 | 0.0012 | 0.0054 | 0.1812 | 0.0238 | 0.6749 |

Positive Trend (Power):       0.0238

    2)  For malignant Schwannomas (Table 3), P = 0.005, HR = 2.5, k=6

The University of Texas M. D. Anderson Cancer Center
Sample Size and Power Estimation for Animal Carcinogenicity Studies

Reference: "A Web-based Simulator for Sample Size and Power
    Estimation in Animal Carcinogenicity Studies."
    Hojin Moon, J. Jack Lee, Hongshik Ahn and Rumiana G. Nikolova,
    Journal of Statistical Software. (2002)[1]


*** Input Parameters ***

Selected Seed = 3000
Number of Groups = 4
Dose metric of each group:
0.00    1.00    2.00    4.00
Number of animals in each group
90      90      90      90
Number of sacrifices including a terminal sacrifice = 1
Sacrifice time points in weeks:

Study duration = 90 weeks
Number of INTERIM sacrificed animals in each interval:
Background tumor onset probability at the end of the study = 0.01
Tumor onset distribution assumed: Weibull with a shape parameter 6.00
Hazard ratio(s) of dose vs. control group
1.50    2.00    2.50
Competing Risks Survival Rate (CRSR) for each group:
0.70    0.70    0.70    0.70
Tumor lethality parameter entered = 45.00
Level of the test = 0.01
One-sided or two-sided test = 2 sided test
Number of simulation runs = 5000


*** Simulation Results ***

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

dose group 0:
average tumor rate = 0.0149
average competing risks survival rate = 0.6990
average lethality = 0.0631

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0060 | 0.0000 | 0.0000 |
| 67 | 0.0001 | 0.0001 | 0.0335 | 0.0000 | 0.0000 |
| 78 | 0.0002 | 0.0003 | 0.0732 | 0.0000 | 0.0000 |
| 90 | 0.0005 | 0.0019 | 0.1859 | 0.0096 | 0.6887 |

dose group 1:
average tumor rate = 0.0225
average competing risks survival rate = 0.7000
average lethality = 0.0602

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0001 | 0.0001 | 0.0326 | 0.0000 | 0.0000 |
| 78 | 0.0003 | 0.0005 | 0.0723 | 0.0000 | 0.0000 |
| 90 | 0.0006 | 0.0029 | 0.1856 | 0.0148 | 0.6842 |

dose group 2:
average tumor rate = 0.0297
average competing risks survival rate = 0.6997
average lethality = 0.0582

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0002 | 0.0001 | 0.0333 | 0.0000 | 0.0000 |
| 78 | 0.0004 | 0.0007 | 0.0726 | 0.0000 | 0.0000 |
| 90 | 0.0009 | 0.0038 | 0.1837 | 0.0195 | 0.6790 |

dose group 3:
average tumor rate = 0.0366
average competing risks survival rate = 0.7007
average lethality = 0.0588

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0003 | 0.0001 | 0.0332 | 0.0000 | 0.0000 |
| 78 | 0.0005 | 0.0007 | 0.0722 | 0.0000 | 0.0000 |
| 90 | 0.0011 | 0.0046 | 0.1821 | 0.0243 | 0.6749 |

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Positive Trend (Power):        0.0230

   3)   For further consideration, P = 0.005, HR = 5, k=3

The University of Texas M. D. Anderson Cancer Center
Sample Size and Power Estimation for Animal Carcinogenicity Studies

Reference: "A Web-based Simulator for Sample Size and Power
        Estimation in Animal Carcinogenicity Studies."
        Hojin Moon, J. Jack Lee, Hongshik Ahn and Rumiana G. Nikolova,
        Journal of Statistical Software. (2002)  In Press.

*** Input Parameters ***

Selected Seed = 3000
Number of Groups = 4
Dose metric of each group:
0.00    1.00    2.00    4.00
Number of animals in each group
90        90        90        90
Number of sacrifices including a terminal sacrifice = 1
Sacrifice time points in weeks:

Study duration = 90 weeks
Number of INTERIM sacrificed animals in each interval:
Background tumor onset probability at the end of the study = 0.01
Tumor onset distribution assumed: Weibull with a shape parameter 3.00
Hazard ratio(s) of dose vs. control group
2.00    3.50    5.00
Competing Risks Survival Rate (CRSR) for each group:
0.70    0.70    0.70    0.70
Tumor lethality parameter entered = 23.00
Level of the test = 0.01
One-sided or two-sided test = 2 sided test
Number of simulation runs = 5000

*** Simulation Results ***

dose group 0:
average tumor rate = 0.0149
average competing risks survival rate = 0.6990

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

average lethality = 0.0816

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0000 | 0.0000 | 0.0060 | 0.0000 | 0.0000 |
| 67 | 0.0002 | 0.0002 | 0.0334 | 0.0000 | 0.0000 |
| 78 | 0.0003 | 0.0005 | 0.0729 | 0.0000 | 0.0000 |
| 90 | 0.0005 | 0.0023 | 0.1855 | 0.0094 | 0.6887 |

dose group 1:
average tumor rate = 0.0301
average competing risks survival rate = 0.7000
average lethality = 0.0743

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0001 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0004 | 0.0003 | 0.0324 | 0.0000 | 0.0000 |
| 78 | 0.0005 | 0.0011 | 0.0717 | 0.0000 | 0.0000 |
| 90 | 0.0009 | 0.0045 | 0.1839 | 0.0194 | 0.6789 |

dose group 2:
average tumor rate = 0.0515
average competing risks survival rate = 0.6997
average lethality = 0.0774

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0002 | 0.0000 | 0.0058 | 0.0000 | 0.0000 |
| 67 | 0.0007 | 0.0006 | 0.0328 | 0.0000 | 0.0000 |
| 78 | 0.0009 | 0.0020 | 0.0713 | 0.0000 | 0.0000 |
| 90 | 0.0017 | 0.0076 | 0.1795 | 0.0331 | 0.6638 |

dose group 3:
average tumor rate = 0.0727
average competing risks survival rate = 0.7007
average lethality = 0.0804

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0003 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0010 | 0.0006 | 0.0327 | 0.0000 | 0.0000 |
| 78 | 0.0013 | 0.0028 | 0.0701 | 0.0000 | 0.0000 |
| 90 | 0.0025 | 0.0107 | 0.1755 | 0.0470 | 0.6496 |

Positive Trend (Power):        0.1420

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

4) For further consideration, same as in baseline (1) but with intermediate lethality

*** Input Parameters ***

Selected Seed = 3000
Number of Groups = 4
Dose metric of each group:
0.00    1.00    2.00    4.00
Number of animals in each group
90      90      90      90
Number of sacrifices including a terminal sacrifice = 1
Sacrifice time points in weeks:

Study duration = 90 weeks
Number of INTERIM sacrificed animals in each interval:
Background tumor onset probability at the end of the study = 0.01
Tumor onset distribution assumed: Weibull with a shape parameter 3.00
Hazard ratio(s) of dose vs. control group
1.50    2.00    2.50
Competing Risks Survival Rate (CRSR) for each group:
0.70    0.70    0.70    0.70
Tumor lethality parameter entered = 225.00
Level of the test = 0.01
One-sided or two-sided test = 2 sided test
Number of simulation runs = 5000

*** Simulation Results ***

dose group 0:
average tumor rate = 0.0149
average competing risks survival rate = 0.6990
average lethality = 0.3936

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0004 | 0.0000 | 0.0060 | 0.0000 | 0.0000 |
| 67 | 0.0014 | 0.0001 | 0.0334 | 0.0000 | 0.0000 |
| 78 | 0.0014 | 0.0004 | 0.0729 | 0.0000 | 0.0000 |
| 90 | 0.0019 | 0.0015 | 0.1855 | 0.0063 | 0.6887 |

dose group 1:
average tumor rate = 0.0225
average competing risks survival rate = 0.7000
average lethality = 0.3852

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0006 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0022 | 0.0001 | 0.0325 | 0.0000 | 0.0000 |
| 78 | 0.0020 | 0.0006 | 0.0720 | 0.0000 | 0.0000 |
| 90 | 0.0029 | 0.0023 | 0.1851 | 0.0097 | 0.6842 |

dose group 2:
average tumor rate = 0.0297
average competing risks survival rate = 0.6997
average lethality = 0.3839

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0008 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0029 | 0.0003 | 0.0331 | 0.0000 | 0.0000 |
| 78 | 0.0027 | 0.0008 | 0.0721 | 0.0000 | 0.0000 |
| 90 | 0.0039 | 0.0031 | 0.1829 | 0.0127 | 0.6790 |

dose group 3:
average tumor rate = 0.0366
average competing risks survival rate = 0.7007
average lethality = 0.3897

| sacrifice time | d | a1 | b1 | a2 | b2 |
|---|---|---|---|---|---|
| 45 | 0.0009 | 0.0000 | 0.0059 | 0.0000 | 0.0000 |
| 67 | 0.0037 | 0.0003 | 0.0330 | 0.0000 | 0.0000 |
| 78 | 0.0033 | 0.0009 | 0.0716 | 0.0000 | 0.0000 |
| 90 | 0.0048 | 0.0037 | 0.1812 | 0.0157 | 0.6749 |

Positive Trend (Power):        0.0219

References:

1.    Moon H, Lee JJ, Ahn H, Nikolova RG. A Web-based Simulator for Sample Size and Power Estimation in Animal Carcinogenicity Studies. *J Stat Software; Vol 1, Issue 13* . 2002. doi:10.18637/jss.v007.i13.
2.    Ioannidis JPA. Why most published research findings are false. Jantsch W, Schaffler F, eds. *PLoS Med*. 2005;2(8):e124. doi:10.1371/journal.pmed.0020124.
3.    Frei P, Poulsen AH, Johansen C, Olsen JH, Steding-Jessen M, Schüz J. Use of mobile phones and risk of brain tumours: update of Danish cohort study. *BMJ*. 2011;343.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Reviewer: Maxwell P. Lee, Ph.D., Laboratory of Cancer Biology and Genetics, NCI

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

I think the study was well designed and the analyses and results were clearly presented.

My main concern is the control data. Since the main finding was the increased incidence rates of heart schwannomas and brain gliomas in male Harlan Sprague Dawley rats exposed to GSM- or CDMA-modulated cell phone RFR, my analyses and evaluation below were focused on the male rats.

My concern regarding the control data came from the following two considerations. First, we need to consider sample variation. The incidence rates of the current controls for brain gliomas and heart schwannomas were 0. However, the historical controls were 1.67% for gliomas (range 0-8%) and 1.30% for schwannomas (0-6%). Given that there were substantial variations among the historical controls and the concurrent control is at the lowest end of the range, it is important to evaluate how different estimates of control incidence rates may impact the results of analyses. Supplementary Table S1 shows that for gliomas with 1.7% incidence rate we have 40%, 37%, 17%, and 6% of chance to observe 0 tumor, 1 tumor, 2 tumors, and greater than 2 tumors, respectively; heart schwannomas has similar distribution. Given the low incidence rate and moderate sample size of the control, even after observing 0 tumor in the current study, the 'true' incidence rate may be higher than 0. If we were repeating the experiment, we may see some control studies have 1 or more tumors. Second, it is puzzling why the control had short survival rate. Given that most of the gliomas and heart schwannomas are late-developing tumors, it is possible that if the controls were living longer some tumors might develop. Although the use of poly-3 (or poly-6) test intended to adjust the number of rats used in the study, it is still important to re-evaluate the analysis by considering the incidence rate in controls not being 0.

Therefore, I have performed the analyses using the original data as well as the data modified by adding 1 tumor to the control. I implemented the poly-3 (or poly-6) trend test in R using the formula described in the file, Poly3 correction factor[1].docx.

The results are summarized in Table 1 for brain gliomas.

**Table 1. Incidence of brain gliomas in male rats exposed to GSM- or CDMA-modulated RFR, comparing control data with 0 vs. 1 tumor.**

| RFR | W/kg | | | | pvalue |
|---|---|---|---|---|---|
| | 0 | 1.5 | 3 | 6 | |
| GSM | 0 | 3 | 3 | 2 | 0.9771 |
| GSM | 1 | 3 | 3 | 2 | 0.8668 |
| CDMA | 0 | 0 | 0 | 3 | 0.0233 |
| CDMA | 1 | 0 | 0 | 3 | 0.1077 |

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Poly-6 adjusted rates were used in the chi-square trend test. The 1st and 3rd rows correspond to the original data with 0 tumor observed in the control group (The numbers in Table 1 here are identical to those in Table 1 in the original report). The test is significant for CDMA exposures (pvalue = 0.0233). However, it is not significant after adding 1 tumor to the control group (pvalue = 0.1077, the 4th row).

Similar analysis was performed for heart schwannomas. The results are summarized in Table 2.

**Table 2. Incidence of heart schwannomas in male rats exposed to GSM- or CDMA-modulated RFR, comparing control data with 0 vs. 1 tumor.**

| RFR | W/kg | | | | pvalue |
|-----|---|-----|---|---|--------|
|     | 0 | 1.5 | 3 | 6 |        |
| GSM | 0 | 2 | 1 | 5 | 0.0431 |
| GSM | 1 | 2 | 1 | 5 | 0.1079 |
| CDMA | 0 | 2 | 3 | 6 | 0.0144 |
| CDMA | 1 | 2 | 3 | 6 | 0.0365 |

Poly-3 adjusted rates were used in the chi-square trend test. The 1st and 3rd rows correspond to the original data with 0 tumor observed in the control group (The numbers in Table 2 here are identical to those in Table 3 in the original report). The tests are significant for both GSM (pvalue = 0.0431) and CDMA (pvalue = 0.0144) exposures. However, only CDMA exposure remains significant after adding 1 tumor to the control group (pvalue = 0.0365, the 4th row).

Since the incidence of heart schwannomas in the 6 W/kg males was significantly higher in CDMA exposed males than the control group in the original report, I also analyzed the impact of adding 1 tumor to the control group.

**Table 3. Incidence of heart schwannomas in male rats exposed to 6 W/kg CDMA-modulated RFR, comparing control data with 0 vs. 1 tumor.**

| RFR | W/kg | | pvalue |
|-----|---|---|--------|
|     | 0 | 6 |        |
| CDMA | 0 | 6 | 0.0381 |
| CDMA | 1 | 6 | 0.0986 |

Poly-3 adjusted rates were used in the chi-square trend test. The 1st row corresponds to the original data with 0 tumor observed in the control group. The test was significant for CDMA exposures (pvalue = 0.0381). However, it was not significant after adding 1 tumor to the control group (pvalue = 0.0986, the 2nd row).

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**Conclusions**

Increased incidence of heart schwannomas in male rats exposed to GSM- or CDMA-modulated RFR is statistically significant by the chi-square trend test. The evidence is better for CDMA exposure than GSM exposure. I think additional experiments are needed to assess if the incidence of brain gliomas in male rats exposed to GSM- or CDMA-modulated RFR is significantly higher than the control group or not.

My additional comments are summarized below.

1.      I compared poly-3 adjusted number from Table 3 in the original report versus the poly-3 adjusted number that I calculated using the raw data from the excel files. Supplementary Figure S1 shows that these two sets of numbers agree with each other in general. This is in contrast to the comparison for poly-6 adjusted number from Table 1 in the original report versus the poly-6 adjusted number that I calculated using the raw data from the excel files (Supplementary Figure S2). In fact, the adjusted rat numbers from Table 1 and Table 3 of the original report look quite similar (Supplementary Figure S3). This suggests that the poly-3 adjusted number was used in the footnotes in both Table 1 and Table 3 in the original report.

2.      I noted that in Table S2 the adjusted numbers in from.original.report and poly3 are identical at Dose 0 and 1.5 for both CDMA and GSM as well as at Dose 3 for GSM but differ slightly in the other treatment doses for heart schwannomas. One possible cause of the difference is that the version of the raw data in the excel files differs from that used to generate the original report. The second possibility is typo in the footnote in Table 3. I also generated Table S3 that has the poly-6 adjusted numbers for brain gliomas. The two sets of the poly-6 adjusted numbers are very different.

3.      There are a couple of errors in the footnote of Table 3 in the original report. 2/74.05 (5%) should be 2/74.05 (2.7%). 3/78.67 (4%) should be 3/78.67 (3.8%).

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

## Supplementary Information

**Table S1. Expected percentage of observing different numbers of tumors in the controls based on binomial distribution.**

|                              | 0 tumor | 1 tumor | 2 tumors | >2 tumors |
|------------------------------|---------|---------|----------|-----------|
| control for glioma           | 40%     | 37%     | 17%      | 6%        |
| control for heart schwannoma | 43%     | 37%     | 15%      | 5%        |

The percentage was calculated with 1.7% historical control rate for male rats (gliomas) and with poly-6 adjusted animal number, 53. Similarly, the percentage was calculated with 1.3% historical control rate for male (heart schwannoma) and with poly-3 adjusted animal number, 65.

**Table S2. The poly-3 adjusted rat numbers in Table 3 in the original report and those calculated from the raw data.**

| RFR  | Dose | from.original.report | poly3 |
|------|------|----------------------|-------|
| CDMA | 0    | 65.47                | 65.47 |
| CDMA | 1.5  | 74.05                | 74.05 |
| CDMA | 3    | 78.67                | 78.35 |
| CDMA | 6    | 67.94                | 66.24 |
| GSM  | 0    | 65.47                | 65.47 |
| GSM  | 1.5  | 74.87                | 74.87 |
| GSM  | 3    | 77.89                | 77.89 |
| GSM  | 6    | 78.48                | 77.66 |

The numbers in from.original.report refers to the poly-3 adjusted rat number from Table 3 in the original report. The numbers in poly3 refers to the poly-3 adjusted rat numbers that I calculated from the raw data for heart schwannoma.

**Table S3. The poly-6 adjusted rat numbers in Table 1 in the original report and those calculated from the raw data.**

| RFR  | Dose | from.original.report | poly6 |
|------|------|----------------------|-------|
| CDMA | 0    | 65.47                | 53.48 |
| CDMA | 1.5  | 74.05                | 65.94 |
| CDMA | 3    | 78.35                | 73.08 |
| CDMA | 6    | 66.24                | 57.5  |
| GSM  | 0    | 65.47                | 53.48 |
| GSM  | 1.5  | 74.93                | 67.84 |
| GSM  | 3    | 78.27                | 71.43 |
| GSM  | 6    | 77.1                 | 72.55 |

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

The numbers in from.original.report refers to the poly-6 adjusted rat number from Table 1 in the original report. The numbers in poly6 refers to the poly-6 adjusted rat numbers that I calculated from the raw data for brain gliomas.

**Figure S1.  Comparison of poly-3 adjusted rat numbers between those from the original report versus those calculated from the raw data.**



The poly-3 adjusted rat number from Table 3 of the original report is compared with the poly-3 adjusted rat number that I calculated from the raw data for heart schwannomas experiment.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**Figure S2.  Comparison of poly-6 adjusted rat numbers between those from the original report versus those calculated from the raw data.**



The poly-6 adjusted rat number from Table 1 of the original report is compared with the poly-6 adjusted rat number that I calculated from the raw data for brain gliomas experiment.

**Figure S3.  Comparison of poly-6 adjusted rat numbers between those from the original report versus those calculated from the raw data.**



The adjusted rat numbers from Table 1 and Table 3 of the original report are compared with each other.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Reviewer: Aleksandra M. Michalowski, M.Sc., Ph.D., Laboratory of Cancer Biology and Genetics, NCI

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

# REVIEWER COMMENTS

**Reviewer's Name:**
Aleksandra M. Michalowski, Ph.D., M.Sc., National Cancer Institute/LCBG

**Report Title:**
Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation (Whole Body Exposures); Draft 3-16-2016

**Charge:** To peer review the draft report and comment on whether the scientific evidence supports NTP's conclusion(s) for the study findings.

1. Scientific criticisms:

   a. *Please comment on whether the information presented in the draft report, including presentation of data in any tables, is clearly and objectively presented. Please suggest any improvements.*

      Overall, the information included in the report is presented in a comprehensive and accurate manner. Specifically, the experimental design and conditions are sufficiently documented and the choice of statistical approaches is explained; the results are well organized and necessary details are provided.

      Nevertheless, a few additions could be suggested:

      (1) Appendix tables for all poly-k tests performed could be added. I believe this would enhance the presentation of the adjusted rates and the strength of the statistical evidence. As a possible example I prepared the below table using the R package *MCPAN* and its *poly3test()* function.

| poly-3 | Heart Schwannoma Malignant, Male | | | | Heart Schwannoma Malignant, Female | | | |
|---|---|---|---|---|---|---|---|---|
| CDMA exposure | 0 | 1.5 | 3 | 6 | 0 | 1.5 | 3 | 6 |
| X | 0 | 2 | 3 | 6 | 0 | 2 | 0 | 2 |
| N | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| adjusted n | 63.8 | 72.4 | 77.1 | 66.6 | 67.9 | 71.8 | 70.3 | 78.0 |
| Dunnett contrast | -- | 1.5 - 0 | 3 - 0 | 6 - 0 | -- | 1.5 - 0 | 3 - 0 | 6 - 0 |
| Estimate | 0 | 0.03 | 0.04 | 0.09 | 0 | 0.03 | 0 | 0.03 |
| Statistic | -- | 1.24 | 1.58 | 2.45 | -- | 1.26 | 0 | 1.24 |
| p-value | -- | 0.2704 | 0.1542 | **0.0209** | -- | 0.2466 | 0.7992 | 0.2562 |
| Williams contrast | -- | (6,3,1.5) - 0 | (6,3) - 0 | 6 - 0 | -- | (6,3,1.5) - 0 | (6,3) - 0 | 6 - 0 |
| Estimate | 0 | 0.05 | 0.06 | 0.09 | 0 | 0.02 | 0.01 | 0.03 |
| Statistic | -- | 2.78 | 2.75 | 2.45 | -- | 1.27 | 0.88 | 1.24 |
| p-value | -- | **0.0056** | **0.0060** | **0.0138** | -- | 0.1661 | 0.2871 | 0.1744 |

      (2) In the portion of the text describing poly-k test results, p-values are given for significant pairwise comparisons; I would also give the p-values estimated for the significant trends (maximum test).

425

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

(3) Information could be included regarding the software or programming environment used for the computations.

(4) In the portion of the text describing differences in survival at the end of the study between control and RFR-exposed animals (page 5§2) the compared characteristic is not named (median survival, TSAC?) and also no numerical values of the estimates or the range of differences are given. I would add numbers in the text or an Appendix table showing the group survival estimates described in this paragraph.

Median survival

| CDMA | Female | Male | GSM | Female | Male |
|---|---|---|---|---|---|
| 0 | 737 | 662.5 | 0 | 737 | 662.5 |
| 1.5 | 734 | 719 | 1.50 | 738 | 729 |
| 3 | 737 | 731 | 3 | 737 | 730 |
| 6 | 738.5 | 717 | 6 | 738 | 731 |

TSAC percentage

| CDMA | Female | Male | GSM | Female | Male |
|---|---|---|---|---|---|
| 0 | 53 | 28 | 0 | 53 | 28 |
| 1.5 | 49 | 48 | 1.5 | 58 | 50 |
| 3 | 56 | 61 | 3 | 52 | 56 |
| 6 | 68 | 48 | 6 | 63 | 67 |

b. *Please comment on whether NTP's scientific interpretations of the data are objective and reasonable. Please explain why or why not.*

Appropriate statistical design and methods were applied in accord with the FDA/NTP guidelines for conducting long-term rodent carcinogenicity studies and analyses. The results and limiting issues were objectively discussed. The critical issue of shorter survival in the male control group was addressed with regard to the percentage of animals surviving to terminal sacrifice in historical control data (avg. 47%, range 24% to 72%) and the possible impact of the observed age of tumor occurrence on the statistical inference.

I believe detailed information about animal selection and randomization procedures should be given so that the potential for allocation bias could be judged. As shown in the figure below, the lower survival rate to terminal sacrifice (28%) in the male control is accompanied by the higher rate of moribund sacrifice (49%); in the male group exposed to CDMA with 6 W/kg, a higher rate of natural death was observed (46%).

It has been reported that insufficient randomization can lead to differences in survival rates. As an example, in a carcinogenicity study on aspartame it was suggested that lack of randomization to different rooms may have possibly been the cause of low survival rates (27%) in the control female group due to a high background infection rate (EFSA, 2006; Magnuson, B., Williams, G.M., 2008).



bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

2.  Please identify any information that should be added or deleted:

A statement of the required statistical significance level should be added. FDA guidance suggests the use of significance levels of 0.025 and 0.005 for tests for positive trends in incidence rates of rare tumors and common tumors, respectively; for testing pairwise differences in tumor incidence the use of significance levels of 0.05 and 0.01 is recommended for rare and common tumors, respectively. If power calculations to determine the required sample size were performed, the results should also be included.

3.  The scientific evidence supports NTP's conclusion(s) for the study findings:

*The NTP's overall draft conclusion was as follows: "Under the conditions of these studies, the observed hyperplastic lesions and neoplasms outlined in this partial report are considered likely the result of exposures to test article A and test article B. The findings in the heart were statistically stronger than the findings in the brain."*

In my view, the results support the conclusion of likely carcinogenic effect of the RFR-exposure on Schwannoma heart lesions in male Harlan Sprague Dawley rats.

Possible carcinogenic effects in the brain are marginal and are not sufficiently supported by statistical evidence in the male Harlan Sprague Dawley rats.

In the female Harlan Sprague Dawley rats very few lesions were observed in either site and statistical significance was not reached at all.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Reviewer: R. Mark Simpson, D.V.M., Ph.D., Laboratory of Cancer Biology and Genetics, NCI

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Analysis of National Toxicology Program (NTP) study evaluating risk in rat lifetime exposure to GSM or CDMA RFR.

Notes:

The NTP study document acknowledges several study limitations [page 10, discussion section].  Potential limitations should prominently factor into considerations regarding the context of the findings, as well as their interpretation and application.

Working list of limitations potentially impacting NTP study interpretations
   • Difficulty in achieving diagnostic consensus in lesions classifications of rare, unusual, and incompletely understood lesion association
   • Document appears to indicate that the second Pathology Working Group (PWG) empaneled to review and obtain lesion classification consensus, following the inability of the initial PWG to do so, may have reviewed different lesions sets
   • No record of clinical disease manifestations due to lesions involving heart and brain [note lesions in heart and brain are mutually exclusive; affected rats have either one or the other and do not appear to have the involvement of both organs together (appendix E)]
   • Lesions, including malignancies, do not appear to materially shorten lifespan, except for a subgroup of rats (less than 1/3 of affected rats) with malignant Schwannomas in heart
   • Lack of shortened lifespan as a consequence of malignancy for the majority of affected rats contrasts with shortened lifespan of male control rats for which there is absence of attributable cause of death.  The survival of the control group of male rats in the current study (28%) was relatively low compared to other recent NTP studies (avg 47%, range 24 to 72%).
      Creates greater reliance on statistical controlling for survival disparities and reliance on historical controls
   • Reliance on historical controls made up of rats of different genetic strain background, held under different environmental conditions
   • Absence of data on incidence of more frequently expected tumor occurrences in rats (background lesions)

Documenting the nature of the brain and cardiac lesions observed in RFR exposed rats and placing them into test article exposure-related context, in contrast to potential for their occurring spontaneously, are important and challenging goals.   The NTP study limitations make the interpretation of reasonable risk more complicated.  NTP acknowledgements of study limitations appear factored into one of NTP's reviewer's study conclusion, i.e., findings represent "some evidence" for a test article effect in statistically significant trend for Schwannomas; an opinion which is coupled with a conclusion for "equivocal evidence" of an effect in relation to malignant gliomas of the brain [NTP Appendix F, Reviewer Comments].

The summation from Appendix F reviewers regarding existence of test article effect is less than conclusive.  The NTP study documents a series of cytoproliferative changes

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

in heart and brain.  The nature of some of the changes is challenging diagnostically and appears to be incompletely understood.  These findings are presented in the absence of complete analysis of the entire consequences of the study effects.  For example, no potential significance for test article effect context is given to any of granular cell proliferative lesions of the brain, a finding mentioned only as a contrast to what was less well understood pathologically (NTP Appendix C, Pathology).  It is noteworthy that the lesion types analyzed in the NTP RFR study under review are uncommon historically in rats, in the organs discussed.  Furthermore, the malignancies of neuroglia appear to be paired with the occurrence of poorly understood changes involving neuroglial cell hyperplasias in the central and peripheral nervous systems.  Little information can be gleaned from the literature about the nature and significance of these latter proliferative changes, interpreted by NTP as nonneoplastic and non-inflammation-reactive neuroglial cell in nature.   Although unclear in the NTP study document, it is plausible that the particular lesion constellation, along with the relative novelty of some lesions, contributed to the lack of consensus regarding the nature of the lesions on the part of the initial PWG study pathologists.  Concern raised by one of the reviewers (Appendix F, Reviewer Comments) regarding how this difficulty in ability to classify lesions might impact comparisons to historical control lesion incidence data (NTP Table D) is certainly principled.

The extraordinary PWG process, presumably posed by the difficult diagnostic interpretations, has the potential to influence the reliance on historical controls.  In this regard, study limitations concerning determination of whether or not there is a test article effect include the substantially poor survival of male rats in the control group.  The survival of the control group of male rats in the study under review (28%) was relatively low compared to other recent NTP studies (avg 47%, range 24 to 72%).  This apparently led to greater statistical construction to account for the impact of study matched controls, and created increased reliance upon historical data of rare tumor incidences in control animals taken from other chronic carcinogenicity studies.  NTP acknowledges a limitation in using the historical incident data and a small study match control group due to poor survivability.  There are potential sources of variability when using historical controls of different rat strains and fluctuating study conditions (environment, vehicle, route of exposure, etc.), as is the case here.   It seems less than clear what appropriate background lesion incidence is, as NTP indicates some data involve other strains of rats.  The range of lesion incidence in historical controls could mean that the true incidence of some lesions varies considerably and might be considered rare or more common depending upon the incidence rate.

The guidance manual on Statistical Aspects of the Design, Analysis and Interpretation of Chronic Rodent Carcinogenicity Studies of Pharmaceuticals by the FDA provided for this review discusses applying comparisons using historical control lesion incidences at some length [beginning page 27, line 996].  Considering lesions as being rare or more common appears to influence selection of the level of statistical significance for comparisons.  It appears that analysis for significant differences in tumor incidence between the control and the dose groups for these NTP studies has been established at the 0.05 level (NTP Tables 1,3,5).  Interpretations of trend tests may be influenced by the choice of decision rule applied.  Such choices can result in

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

about twice as large overall false positive error as that associated with control-high pairwise comparison tests [page 28, line 1012-1026].  The FDA guidance manual [page 31, line 1136] highlights concern regarding reliance upon historical control incidence data, stating that using historical control data in the interpretation of statistical test results is not very satisfactory because the range of historical control rates is usually too wide.  This is especially true in situations in which the historical tumor rates of most studies used are clustered together, but a few other studies give rates far away from the cluster. When the range of historical control data is simply calculated as the difference between the maximum and the minimum of the historical control rates, the range does not consider the shape of the distribution of the rates.  These circumstances may impose some limitations on optimal risk assessment designs.

Somewhat paradoxically then, NTP study limitations including that imposed due to reliance upon less than optimal historical control lesion incidence data for much of the comparisons between treated and untreated rats, is confronted by existence of a difficult to classify and incompletely understood lesion constellation interpreted to include neuroglial cell hyperplasia.  Notwithstanding, this confounding proliferative lesion occurring in the context along with malignancies of apparently similar histogeneses, sustains a level of concern for a rare injury mechanism related to test article effect.  Additional information about the study together with an assessment of the statistical analyses may enhance the value of this analysis.

R. Mark Simpson, D.V.M., Ph.D.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**Appendix G2: NTP's Responses to NIH Reviewers' Comments**

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**NTP Responses to Pathology Reviewers' Comments**                    April 12, 2016

Reviewers: R. Mark Simpson, D.V.M., Ph.D. and Diana Copeland Haines, D.V.M.

*Responses Relating to the Pathology Review Process*

Drafts of the PWG reports are provided.  As described in the PWG report, the specific task of the first PWG (January 29th, 2016) was to: 1) confirm the presence of glial cell hyperplasia and malignant gliomas in the brain and Schwann cell hyperplasia and schwannomas in the heart; 2) develop specific diagnostic criteria in the brain for distinguishing glial cell hyperplasia from malignant glioma and gliosis, and in the heart for distinguishing between Schwann cell hyperplasia and schwannoma. The PWG participants confirmed the malignant gliomas and schwannomas, but the criteria for distinguishing between hyperplasia and neoplasia differed between the participants.

In order to clearly establish specific diagnostic criteria for the differentiation between hyperplastic and neoplastic lesions in the brain and heart, two additional PWGs were convened. The participants for the second (February 25, 2016) and third (March 3, 2016) PWGs were selected based on their distinguished expertise in the fields of neuropathology and cardiovascular pathology, respectively. Some of the participants were leaders in the International Harmonization of Nomenclature and Diagnostic Criteria initiative.  The neuropathology experts of the second PWG confirmed the malignant gliomas in the brain, established diagnostic criteria for glial cell hyperplasia, and agreed that the hyperplastic lesions are within a continuum leading to malignant glioma.  The cardiovascular pathology experts of the third PWG established specific diagnostic criteria for Schwann cell hyperplasia and schwannoma in the endocardium and myocardium, and reviewed and confirmed all cases of Schwann cell hyperplasia and schwannoma observed in these studies.  The outcome of the PWG provided a very high degree of confidence in the diagnoses.

The participants of the first PWG (January 29th, 2016) only reviewed a subset of the glial lesions that were observed in the studies.  The review for the second PWG (February 25, 2016) included all glial lesions in the studies including the subset that was reviewed in the first PWG.

*Responses Relating to Considerations of Historical Control Data*

For NTP toxicology and carcinogenicity studies, the concurrent controls are always the primary comparison group. However, historical control information is useful particularly in instances when there is differential survival between controls and exposed groups, as was observed in the RFR studies. Rates for glial cell neoplasms and heart schwannomas from control groups of male Harlan Sprague Dawley rats from other recently completed NTP studies are presented in Appendix D of the 3-16-2016 draft report. While Harlan Sprague Dawley rats are an outbred strain, they are considered a single genetic strain in the same sense as other outbred strains, such as the Long-Evans or Wistar rat.  Therefore, these historical control tumor rates are applicable to this study. However, it's important to note that the studies listed in Appendix D were carried out at laboratories other than the RFR studies, and under different housing and environmental conditions. At the time of the 3-16-2016 draft report, not all of these studies had undergone a complete pathology peer review. In the past several weeks NTP pathologists have reviewed brain and heart rat control groups, and have confirmed, with few exceptions, the low rates of hyperplastic and neoplastic lesions reported in Appendix D, applying the diagnostic criteria established during the PWGs outlined in Appendix C.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

**NTP Comments on Statistical Issues Raised by the Reviewers**          April 12, 2016

*Given the multiple comparisons inherent in this kind of work, there is a high risk of false positive discoveries (Michael S. Lauer).*

Although the NTP conducts statistical tests on multiple cancer endpoints in any given study, numerous authors have shown that the study-wide false positive rate does not greatly exceed 0.05 (Fears et al., 1977; Haseman, 1983; Office of Science and Technology Policy, 1985; Haseman, 1990; Haseman and Elwell, 1996; Lin and Rahman, 1998; Rahman and Lin, 2008; Kissling et al., 2014).  One reason for this is that NTP's carcinogenicity decisions are not based solely on statistics and in many instances statistically significant findings are not concluded to be due to the test agent. Many factors go into this determination including whether there were pre-neoplastic lesions, whether there was a dose-response relationship, biological plausibility, background rates and variability of the tumor, etc. Additionally, with rare tumors especially, the actual false positive rate of each individual test is well below 0.05, due to the discrete nature of the data, so the cumulative false positive rate from many such tests is less than a person would expect by multiplying 0.05 by the number of tests conducted (Fears et al., 1977; Haseman, 1983; Kissling et al., 2015).

*I'm getting slightly different values for poly-k adjusted denominators (Michael S. Lauer).*

*I compared poly---3 adjusted number from Table 3 in the original report versus the poly---3 adjusted number that I calculated using the raw data from the excel files.  Supplementary Figure S1 shows that these two sets of numbers agree with each other in general.  This is in contrast to the comparison for poly---6 adjusted number from Table 1 in the original report versus the poly---6 adjusted number that I calculated using the raw data from the excel files (Supplementary Figure S2).  In fact, the adjusted rat numbers from Table 1 and Table 3 of the original report look quite similar (Supplementary Figure S3). This suggests that the poly---3 adjusted number was used in the footnotes in both Table 1 and Table 3 in the original report. (Max Lee)*

*I noted that in Table S2 the adjusted numbers in from.original.report and poly3 are identical at Dose 0 and 1.5 for both CDMA and GSM as well as at Dose 3 for GSM but differ slightly in the other treatment doses for heart schwannomas.  One possible cause of the difference is that the version of the raw data in the excel files  differs from that used to generate the original report.  The second possibility is typo in the footnote in Table 3.  I also generated Table S3 that has the poly---6 adjusted  numbers for brain gliomas. The two sets of the poly---6 adjusted numbers are very different. (Max Lee)*

*Information could be included regarding the software or programming environment used for the computations. (Aleksandra M. Michalowski)*

The adjusted denominators in Table 1 of the original report were labeled as poly-6 denominators, but were actually poly-3 denominators.  This error was noted and brought to Dr Tabak's attention by Dr. Bucher in a March 22 email.

The p-values and adjusted denominators calculated by NTP are correct, except as noted for Table 1, and were calculated using validated poly-k software.  This software is coded in Java and is embedded within NTP's TDMSE (Toxicology Data Management System Enterprise) system.  Poly-k

1

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

calculations conducted by the reviewers in R may vary slightly from the NTP's calculation due to selection of study length and the NTP's use of the Bieler-Williams variance adjustment and a continuity correction. In his calculations, Dr. Lauer used 90 weeks as the study length, whereas the actual study length was 104 weeks.  It is not apparent from the R documentation that the Bieler-Williams adjustment or the continuity correction is incorporated into the poly-3 calculations in R.  In his calculations, Dr. Lee used two-sided p-values.  In NTP statistical tests for carcinogenicity, the expectation is that if the test article is carcinogenic, tumor rates should increase with increasing exposure; thus, the NTP employs one-sided tests and p-values are one-sided. Using one-sided p-values in Dr. Lee's Table 1, the GSM trend if there were 1 brain glioma in the control group remains nonsignificant, but the CDMA trend approaches 0.05 (p = 0.054) if there were 1 brain glioma in the control group. In Dr. Lee's Table 2, the one-sided p-value for the GSM trend if there were 1 heart schwannoma in the control group approaches 0.05 (p = 0.054) and the one-sided p-value for the CDMA trend in heart schwannomas remains significant at p = 0.018 if there were 1 heart schwannoma in the control group. In Dr. Lee's Table 3, the one-sided p-value for the CDMA pairwise comparison is significant at p = 0.049 if there were 1 heart schwannoma in the control group.

*A statement of the required statistical significance level should be added.  FDA guidance suggests the use of significance levels of 0.025 and 0.005 for tests for positive trends in incidence rates of rare tumors and common tumors, respectively; for testing pairwise differences in tumor incidence the use of significance levels of 0.05 and 0.01 is recommended for rare and common tumors, respectively. (Aleksandra M. Michalowski)*

Although the FDA guidance suggests lowering the significance level for most tests of trend and pairwise differences, this guidance is based on a misunderstanding of findings reported by Haseman (1983).  In this paper, Haseman discusses several rules proposed by others for setting the significance level lower than 0.05.  *If* these rules are rigidly followed, Haseman showed that study conclusions will be consistent with the NTP's more complex decision-making process, for which 0.05 is the nominal significance level and p-values are taken into consideration along with other factors (outlined above in response to comment 1) in determining whether the tumor increase is biologically significant.  The NTP does not strictly adhere to a specific statistical significance level in determining whether a carcinogenic effect is present.

*Appendix tables for all poly-k tests performed could be added. (Aleksandra M. Michalowski)*

Dr. Michalowski proposed a sample table. The rows corresponding to X, N, adjusted n are already included in the tables or appear the footnotes in the tables.  The rows corresponding to "Dunnett contrast" and "Williams contrast" are not appropriate for dichotomous tumor data.  Both Dunnett's test and Williams' test assume that the data are continuous and normally distributed.

*In the portion of the text describing poly-k test results, p-values are given for significant pairwise comparisons; I would also give the p-values estimated for the significant trends. (Aleksandra M. Michalowski)*

2

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Indicators of significant trends are given in the tables in the form of asterisks next to control group tumor counts.

*There are a couple of errors in the footnote of Table 3 in the original report.  2/74.05 (5%) should be 2/74.05 (2.7%).  3/78.67 (4%) should be 3/78.67 (3.8%). (Max Lee)*

Thank you for pointing this out.  The percentages will be corrected in our final report.

*Were control rats selected in utero like the exposed rats were? Were pregnant dams assigned to different groups by formal randomization? How were the 3 pups per litter chosen? (Michael S. Lauer).*

*I believe detailed information about animal selection and randomization procedures should be given so that the potential for allocation bias could be judged. (Aleksandra M. Michalowski)*

Pregnant dams were assigned to groups, including the control group, using formal randomization that sought to also equalize mean body weights across groups.  The three pups per sex per litter were selected using formal randomization, as well.  Tumors in the heart and brain were not observed in littermates, indicating that there was no litter-based bias in the results.

*Were all analyses based on the intent-to-treat principle? Were there any crossovers? Were all rats accounted for by the end of the experiment and were all rats who started in the experiment included in the final analyses? (Michael S. Lauer)*

The intent-to-treat principle is not relevant to this animal experiment, in which all animals that were assigned to a treatment group received the full and equal treatment of that group. There were no crossovers.  All animals that started the experiment were accounted for by the end of the experiment and included in the final analyses.

*The PWG review blinding was not complete. (Michael S. Lauer)*

PWG reviewers were blinded to the identity of the test article and the level of exposure but were not blinded to the fact that there were two different, yet related, test articles (modulations of cell phone RFR), to emphasize the fact that there was a common control group.

*Did the authors perform a prospective sample size calculation? (Michael S. Lauer)*

*If power calculations to determine the required sample size were performed, the results should also be included.  (Aleksandra M. Michalowski)*

Sample size calculations were conducted for this study.  However, for detecting carcinogenesis, sample size and power will depend on the baseline (control) tumor rate and the expected magnitude of the increase in tumors.  For example, at 80% power, sample size requirements will be quite different for detecting a 2-fold increase in a rare tumor having a spontaneous occurrence of 0.5% compared to a 2-fold increase in a more common tumor having a spontaneous occurrence of 10%.  Because many different tumor types having a wide range of spontaneous occurrence are involved in these studies, there is no "one-size-fits-all" sample size; rather, the sample size is a

3

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not
certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under
aCC-BY 4.0 International license.

compromise among several factors, including obtaining reasonable power to detect moderate to
large increases for most tumor types, while staying within budgets of time, space, and funding. A
sample of 90 animals per sex per group was selected as providing as much statistical power as
possible across the spectrum of tumors, under the constraints imposed by the exposure system.

The NTP's carcinogenicity studies are similar in structure to the OECD's 451 Guideline for
carcinogenicity studies and the FDA's guidance for rodent carcinogenicity studies of
pharmaceuticals. These guidelines recommend at least 50 animals of each sex per group, but also
mention that an increase in group size provides relatively little increase in statistical power. In the
NTP's RFR studies, the group sizes were 90 animals of each sex per group, nearly twice as many as
the minimum recommendation. Increasing the group sizes further provides diminishing returns, for
which additional animals do not substantially increase power.

*The low power implies that there is a high risk of false positive findings (citing Ioannidis, 2005). ...*
*I suspect that this experiment is substantially underpowered and that the few positive results found*
*reflect false positive findings (citing Ioannidis, 2005). (Michael S. Lauer)*

It is true that the power is low for detecting moderate increases above a low background tumor rate
of approximately 1 – 2 %, as was seen in the brain and heart tumors. However, this low power <u>does
not</u> correspond to a high risk of false positive findings. The paper by Ioannidis that was cited
correctly states that when studies are small or effect sizes are small (i.e., statistical power is low),
"the less likely the research findings are to be true." Research findings can be "not true" if the result
is a false positive or a false negative. With low statistical power, false negatives are much more
likely than false positives. Therefore, the vast majority of false research findings in a low power
situation will result from the failure to detect an effect when it exists. The false positive rate on any
properly constructed statistical test will not exceed its significance level, alpha. By definition, the
significance level of a statistical test <u>is</u> its false positive rate, and it is typically selected by the
researcher, often at a low fixed value such as 0.05 or 5%.

*If we were repeating the experiment, we may see some control studies have 1 or more tumors. (Max Lee)*
*(Dr. Lee also presented analyses of the male rat data, inserting hypothetical data on one tumor-bearing*
*animal in the control group.)*

In light of the historical control data, Dr. Lee demonstrated that several associations became less or
not significant with the insertion of a tumor data point in the control group. While we appreciate
that some other studies had one or more tumors, the NTP considers the concurrent control group as
the most important comparator to the treated groups. We took the historical control tumor rates
into account in a more subjective manner in our interpretation of the findings. In 2010, we asked to
adopt a more formal method of incorporating historical control data in our statistical testing, but
our Board of Scientific Counselors voted against adopting the method.

*It is puzzling why the control had short survival rate. Given that most of the gliomas and heart*
*schwannomas are late-developing tumors, it is possible that if the controls were living longer some*
*tumors might develop. Although the use of poly-3 (or poly-6) test intended to adjust the number of rats*

4

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

*used in the study, it is still important to re-evaluate the analysis by considering the incidence rate in controls not being 0. (Max Lee)*

We do not know why the male rat control group had a low survival rate. We do observe lower survival rates in studies such as the RFR studies in which animals are singly- rather than group housed. While some tumors might possibly have arisen in controls if they lived longer, it was notable that no glial cell or Schwann cell hyperplasias were found in these animals as well.

The poly-k (e.g., poly-3 or poly-6) test was developed to adjust for the fact that not all animals survive to the end of a two-year study, and survival rates may differ among groups. The test is essentially a Cochran-Armitage trend test in which the denominator of the tumor rate in each group is adjusted downward to better reflect the number of animal-years at risk during the study. Each animal that develops the tumor or survives to the end of the study is counted as one animal. Each animal that does not develop the tumor and dies (or is moribund sacrificed) before the end of the study is counted as a fractional animal. The fraction is calculated as the proportion of the study that it survived, raised to the k-th power; k = 3 or k = 6 in this study. The survival-adjusted tumor rate in each group is then the number of animals having the tumor of interest divided by the total count of animals at risk of developing the tumor in the group. These survival-adjusted rates are used in the Cochran-Armitage formula to provide the poly-k test for dose-related trends and pairwise comparisons with the control group.

The poly-k test has been shown to yield valid inferences about tumor rates in NTP two-year rat and mouse carcinogenicity studies (Bailer and Portier, 1988; Portier and Bailer, 1989; Portier et al., 1986). Its theoretical basis is that tumor incidence, while not directly observed unless the tumor is immediately lethal, follows a Weibull distribution with a shape parameter, k. Verification using NTP studies has shown that if k is between 1 and 5, setting k = 3 yields a valid statistical test (Portier and Bailer, 1989; Portier et al, 1986). Thus, most of the time, the NTP uses the poly-3 test. If a tumor type is late-occurring, as we observed with the brain gliomas, k = 6 is a better fit to the data and the poly-6 test has more validity.

*In the portion of the text describing differences in survival at the end of the study between control and RFR-exposed animals the compared characteristic is not named and also no numerical values of the estimates or the range of differences are given. I would add numbers in the text of an Appendix table showing the group survival estimates described in this paragraph. (Aleksandra M. Michalowski)*

The Statistical Methods section describes the method for comparing survival distributions between the control and RFR-exposed groups, namely, Tarone's (1975) life table test to identify exposure-related trends in survival and Cox's (1972) method for testing two groups for equality of survival distributions.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

## References

Bailer, A.J., and Portier, C.J. (1988). Effects of treatment-induced mortality and tumor-induced mortality on tests for carcinogenicity in small samples. Biometrics 44, 417-431.

Bieler, G.S., and Williams, R.L. (1993). Ratio estimates, the delta method, and quantal response tests for increased carcinogenicity. Biometrics 49, 793-801.

Cox, D.R. (1972). Regression models and life-tables. Journal of the Royal Statistical Society B 34, 187-220.

Dunnett, C. W. (1955). A multiple comparison procedure for comparing several treatments with a control. Journal of the American Statistical Association 50, 1096-1121.

Fears, T. R., R. E. Tarone, et al. (1977). "False-positive and false-negative rates for carcinogenicity screens." Cancer Research 37(7 Pt 1): 1941-1945.

Haseman, J. K. (1983). A reexamination of false-positive rates for carcinogenesis studies. Fundamental and Applied Toxicology 3(4): 334-339.

Haseman, J. K. (1990). Use of statistical decision rules for evaluating laboratory animal carcinogenicity studies. Fundamental and Applied Toxicology 14(4): 637-648.

Haseman, J. K. and M. R. Elwell (1996). Evaluation of false positive and false negative outcomes in NTP long-term rodent carcinogenicity studies. Risk Analysis 16(6): 813-820.

Ioannidis, J.P.A. (2005). Why most published research findings are false. PLoS Medicine 2(8):e124.

Kissling, G.E., Haseman, J.K., Zeiger, E. (2015). Proper interpretation of chronic toxicity studies and their statistics: A critique of "Which level of evidence does the US National Toxicology Program provide? Statistical considerations using the Technical Report 578 on Ginkgo biloba as an example." Toxicology Letters 237: 161-164.

Lin, K. K. and M. A. Rahman (1998). Overall false positive rates in tests for linear trend in tumor incidence in animal carcinogenicity studies of new drugs. Journal of Biopharmaceutical Statistics 8(1): 1-15; discussion 17-22.

Office of Science and Technology Policy (1985). Chemical carcinogens: A review of the science and its associated principles. Federal Register 10:10371-10442.

Piegorsch, W.W., and Bailer, A.J. (1997). Statistics for Environmental Biology and Toxicology, Section 6.3.2. Chapman and Hall, London.

Portier, C.J. (1986) Estimating the tumour onset distribution in animal carcinogenesis experiments. Biometrika 72, 371-378.

Portier, C.J., Hedges, J.C., Hoel, D.G. (1986) Age-specific models of mortality and tumor onset for historical control animals in the National Toxicology Program's carcinogenicity experiments. Cancer Research 46, 4372-4378.

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

Portier, C.J., and Bailer, A.J. (1989). Testing for increased carcinogenicity using a survivaladjusted quantal response test. Fundamental and Applied Toxicology 12, 731-737.

Rahman, M. A. and K. K. Lin (2008). A comparison of false positive rates of Peto and poly-3 methods for long-term carcinogenicity data analysis using multiple comparison adjustment method suggested by Lin and Rahman. Journal of Biopharmaceutical Statistics 18(5): 949-958.

Tarone, R.E. (1975). Tests for trend in life table analysis. Biometrika 62:679-682.

Thomas, D.G., Breslow, N., Gart, J.J. (1977). Trend and homogeneity analyses of proportions and life table data. Computers and Biomedical Research 10, 373-381.

7

bioRxiv preprint doi: https://doi.org/10.1101/055699; this version posted February 1, 2018. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under aCC-BY 4.0 International license.

ADDITIONAL RESPONSE:

Dear All,

Thanks again for all your helpful comments on the NTP RFR studies.  I did want to follow up on one remaining point of disagreement that Mike Lauer alluded to in his comments about low powered studies. Although we agree that our study design had low power to detect statistically significant neoplastic effects in the brain and heart, which occurred with both RFR modulations in male rats, we disagree over the assertion that low power in and of itself, creates false positive results. We cited a handful of publications outlining the statistical arguments against this with specific respect to the NTP rodent cancer study design in our response to comments document sent earlier. Although Mike referred to the example of positive findings in underpowered epidemiology studies that could not be replicated in larger follow up studies, there is a growing literature alluding to this problem with respect to experimental animal studies as well. An example is a relatively recent article by one of our collaborators in CAMARADES, Malcolm MacLeod.

http://www.nature.com/news/2011/110928/full/477511a.html

It's important to distinguish between low power to detect effects, and the constellation of other factors that often accompany low powered experimental animal studies in contributing to this problem. We've addressed this issue in a recent editorial, and these factors are captured in our published systematic review process for evaluating study quality in environmental health sciences (Rooney et al., 2014).

http://ehp.niehs.nih.gov/wp-content/uploads/122/7/ehp.1408671.pdf


http://ehp.niehs.nih.gov/wp-content/uploads/122/7/ehp.1307972.pdf

Table 1 in the Rooney et al. report outlines risk of bias considerations that commonly plague studies carried out by academic researchers that are accounted for in NTP studies.

I provide these examples to assure you that we are completely cognizant of these issues and take them very seriously. Again, we appreciate the help you've provided in assuring that we appropriately interpret and communicate our findings.

Best
John Bucher

ELECTROMAGNETIC BIOLOGY AND MEDICINE
2016, VOL. 35, NO. 2, 186–202
http://dx.doi.org/10.3109/15368378.2015.1043557

CARPENTER DEPO
EXHIBIT 16


Taylor & Francis
Taylor & Francis Group

REVIEW ARTICLE

# Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation

Igor Yakymenko[a], Olexandr Tsybulin[b], Evgeniy Sidorik[a], Diane Henshel[c], Olga Kyrylenko[d], and Sergiy Kyrylenko[e]

[a]Institute of Experimental Pathology, Oncology and Radiobiology, National Academy of Sciences of Ukraine, Kyiv, Ukraine; [b]Department of Biophysics, Bila Tserkva National Agrarian University, Bila Tserkva, Ukraine; [c]School of Public and Environmental Affairs, Indiana University Bloomington, Bloomington, IN, USA; [d]A.I. Virtanen Institute, University of Eastern Finland, Kuopio, Finland; [e]Department of Structural and Functional Biology, University of Campinas, Campinas, Brazil

## ABSTRACT

This review aims to cover experimental data on oxidative effects of low-intensity radiofrequency radiation (RFR) in living cells. Analysis of the currently available peer-reviewed scientific literature reveals molecular effects induced by low-intensity RFR in living cells; this includes significant activation of key pathways generating reactive oxygen species (ROS), activation of peroxidation, oxidative damage of DNA and changes in the activity of antioxidant enzymes. It indicates that among 100 currently available peer-reviewed studies dealing with oxidative effects of low-intensity RFR, in general, 93 confirmed that RFR induces oxidative effects in biological systems. A wide pathogenic potential of the induced ROS and their involvement in cell signaling pathways explains a range of biological/health effects of low-intensity RFR, which include both cancer and non-cancer pathologies. In conclusion, our analysis demonstrates that low-intensity RFR is an expressive oxidative agent for living cells with a high pathogenic potential and that the oxidative stress induced by RFR exposure should be recognized as one of the primary mechanisms of the biological activity of this kind of radiation.

## ARTICLE HISTORY

Received 10 January 2015
Accepted 12 April 2015
Published online 7 July 2015

## KEYWORDS

Cellular signaling; cancer; free radicals; oxidative stress; radiofrequency radiation; reactive oxygen species

## Introduction

Intensive development of wireless technologies during the last decades led to a dramatic increase of background radiofrequency radiation (RFR) in the human environment. Thus, the level of indoor background RFR in industrialized countries increased 5,000-fold from 1985 to 2005 (Maes, 2005). Such significant environmental changes may have a serious impact on human biology and health. As a proof of such impact, a series of epidemiological studies on the increased risk of tumorigenesis in "heavy" users of wireless telephony exists (Hardell et al., 2007, 2011; Sadetzki et al., 2008; Sato et al., 2011). Some studies indicate that long-term RFR exposure in humans can cause various non-cancer disorders, e.g., headache, fatigue, depression, tinnitus, skin irritation, hormonal disorders and other conditions (Abdel-Rassoul et al., 2007; Buchner & Eger, 2011; Chu et al., 2011; Johansson, 2006; Santini et al., 2002; Yakymenko et al., 2011). In addition, convincing studies on hazardous effects of RFR in human germ cells have been published (Agarwal et al., 2009; De Iuliis et al., 2009).

All abovementioned studies dealt with the effects of low-intensity RFR. This means that the intensity of radiation was far below observable thermal effects in biological tissues, and far below safety limits of the International Commissions on Non-Ionizing Radiation Protection (ICNIRP) (ICNIRP, 1998). To date, molecular mechanisms of non-thermal effects of RFR are still a bottleneck in the research on the biological/health effects of low-intensity RFR, although recently many studies have been carried out on metabolic changes in living cells under low-intensity RFR, and comprehensive reviews were published (Belyaev, 2010; Consales et al., 2012; Desai et al., 2009; Yakymenko et al., 2011). In the present work, we analyze the results of molecular effects of low-intensity RFR in living cells and model systems, with a special emphasis on oxidative effects and free radical mechanisms. It might seem paradoxical that, despite being non-ionizing, RFR can induce significant activation of free radical processes and overproduction of reactive oxygen species (ROS) in living cells. We believe that the analysis of recent findings will allow recognition of a

CONTACT Igor Yakymenko  iyakymen@gmail.com  Laboratory of Biophysics, Institute of Experimental Pathology, Oncology and Radiobiology of NAS of Ukraine, Vasylkivska str. 45, Kyiv, 03022 Ukraine.

© 2016 Taylor & Francis

general picture of the potential health effects of already ubiquitous and ever-increasing RFR.

## Radiofrequency radiation

RFR is a part of electromagnetic spectrum with frequencies from 30 kHz to 300 GHz. RFR is classified as non-ionizing, which means that it does not carry sufficient energy for ionization of atoms and molecules. A part of RFR with the highest frequencies (300 MHz to 300 GHz) is referred to as microwaves (MWs). MW is RFR with the highest energy, which can potentially generate the highest thermal effects in the absorbing matter.

The main indexes of RFR are (i) frequency (Hz); (ii) intensity or power density (PD) of radiation (W/m$^2$ or $\mu$W/cm$^2$); (iii) its modulated or non-modulated nature; and (iv) continuous or discontinuous pattern of radiation. For the absorbed RFR energy, a parameter of specific absorption rate (SAR) is used (W/kg). The most common digital standard of RFR for mobile communication is still GSM (Global System for Mobile communication), which utilizes frequencies at about 850, 900, 1800 and 1900 MHz. This radiation is frequency modulated, with channel rotation frequency of 217 Hz, and belongs to the radiation of the pulsed mode (Hyland, 2000).

As to the international safety limits, the ICNIRP recommendations restrict intensity of RFR to 450–1000 $\mu$W/cm$^2$ (depending on the frequency of radiation) and the SAR value to 2 W/kg, as calculated for human heads and torsos (ICNIRP, 1998). These indexes were adopted by ICNIRP based on the behavioral response of laboratory rats, which were exposed to gradually increased intensities of RFR to determine the point at which the animals became thermally distressed (Gandhi et al., 2012).

Low-intensity RFR is referred to as radiation with intensities which do not induce significant thermal effects in biological tissues. Accordingly, any intensity of RFR under the ICNIRP limits can be referred to as low-intensity. In this paper we will analyze only the effects of low-intensity RFR.

## Physical/biophysical effects of low-intensity RFR in living cells

RFR, especially MW, can produce thermal effects in matter due to interaction with charged particles, including free electrons, ions or polar molecules, inducing their oscillations in electromagnetic field. The thermal effect of MW can be seen when warming food in the microwave. The effect strongly depends on the intensity of radiation and is mostly negligible under low-intensity RFR conditions. On the other hand, energy of RFR/MW is insufficient not only for the ionization of molecules, but even for activation of orbital electrons. Hence, RFR was often assessed as a factor producing only thermal effects. Nevertheless, evident biological effects of low-intensity RFR promoted research on physical mechanisms of non-thermal biological effects of this kind of radiation.

A biophysical model of a forced-vibration of free ions on the surface of a cell membrane due to external oscillating electromagnetic field (EMF) was proposed (Panagopoulos et al., 2000, 2002). According to the authors, this vibration of electric charges can cause disruption of the cellular electrochemical balance and functions.

A "moving charge interaction" model was proposed for low-frequency EMF (Blank and Soo, 2001). The authors explained activation of genes and synthesis of stress proteins under EMF exposure due to interaction of the field with moving electrons in DNA (Blank and Soo, 2001; Goodman and Blank, 2002). They also demonstrated that EMF increased electron transfer rates in cytochrome oxidase and accelerated charges in the Na,K-ATPase reaction. Moreover, they demonstrated acceleration of the oscillating Belousov–Zhabotinski reaction in homogeneous solutions due to the application of low-frequency EMF (Blank and Soo, 2003).

An ability of low-strength magnetic fields to trigger onset- and offset-evoked potentials was demonstrated (Marino et al., 2009). Effectiveness of a rapid magnetic stimulus (0.2 ms) has led the authors to a conclusion on direct interaction between the field and ion channels in plasma membrane. A plausible mechanism of overproduction of free radicals in living cell due to electron spin flipping in confined free radical pairs in magnetic field of RFR was proposed (Georgiou, 2010).

A significant effect of low-intensity RFR on ferritin, an iron cage protein present in most living organisms from bacteria to humans, was revealed (Céspedes and Ueno, 2009). Exposure of ferritin solution to low-intensity RFR significantly, up to threefold, reduced iron chelation with ferrozine. The authors explained that magnetic field of RFR plays a principle role in the observed effect, and that this effect is strongly non-thermal. The non-thermal mechanism of the interaction of RFR magnetic fields with ferritin is supposedly mediated by an inner super-paramagnetic nanoparticle ($9H_2O \times 5Fe_2O_3$ with up to 4500 iron ions), which is a natural phenomenon intrinsic to the cells. It results in reduction of input of iron chelates into the ferritin cage. The authors underlined the potential role of ferritin

malfunction for oxidative processes in living cell due to the participation of $Fe^{2+}$ ions in the Fenton reaction, which produces hydroxyl radicals. In this respect, it is interesting to point to the results of an *in vitro* study with RFR exposure of rat lymphocytes treated by iron ions (Zmyślony et al., 2004). Although RFR exposure (930 MHz) did not induce detectable intracellular ROS overproduction, the same exposure in the presence of $FeCl_2$ in the lymphocyte suspensions induced a significant overproduction of ROS.

Another set of studies indicates on a possibility of changes in protein conformation under RFR exposure. Thus, low-intensity 2.45 MHz RFR accelerated conformational changes in β-lactoglobulin through excitation of so-called collective intrinsic modes in the protein (Bohr and Bohr, 2000a, 2000b), which suggests a principal ability of RFR to modulate the non-random collective movements of entire protein domains. Similarly, a frequency-dependent effect on intrinsic flexibility in insulin structure due to applied oscillating electric field was demonstrated (Budi et al., 2007). Moreover, macromolecular structure of cytoskeleton was significantly altered in fibroblasts of Chinese hamster after the exposure to modulated RFR of the GSM standard (Pavicic and Trosic, 2010). Thus, a 3 h exposure of fibroblasts to modulated RFR (975 MHz) led to significant changes in the structure of microtubules and actin microfilaments, which have polar cytoskeleton structures, while nonpolar vimentin filaments reportedly stayed unchanged. Taking into account an extensive regulatory potential of cytoskeleton on cell homeostasis, these data could obviously add to the nature of the biological effects of RFR.

It was shown that ornithine decarboxylase (ODC) can significantly change its activity under low-intensity RFR exposure (Byus et al., 1988; Hoyto et al., 2007; Litovitz et al., 1993, 1997; Paulraj et al., 1999).

In addition, so-called "calcium effects" under RFR exposure in living cells have been demonstrated (Dutta et al., 1989; Paulraj et al., 1999; Rao et al., 2008), which include a significant increase in intracellular $Ca^{2+}$ spiking. Taking into account that calcium is a ubiquitous regulator of cellular metabolism, these data point to a possibility that non-thermal RFR can activate multiple $Ca^{2+}$-dependent signaling cascades.

Finally, an ability of low-intensity MW to dissociate water molecules was demonstrated in model experiments years ago (Vaks et al., 1994). In these experiments, MW of 10 GHz with radiated power 30 mW produced a significant level of $H_2O_2$ in deionized water (and also in $MgSO_4$ solution) under stable temperature conditions. According to the authors, a kinetic excitation of liquid water associates $C(H_2O)$ upon the absorption of MW leads to subsequent viscous losses due to friction between moving clusters of water molecules. It results in partial irreversible decomposition of water, including breaks of intramolecular bonds (H–OH) due to a mechanochemical reaction, and generation of $H^\cdot$; $OH^\cdot$; $H^+$ and $OH^-$ groups. Among these, the hydroxyl radical ($OH^\cdot$) is the most aggressive form of ROS, which can break any chemical bond in surrounding molecules (Halliwell, 2007). The authors assessed that this type of mechanochemical transformation in water could be responsible for $10^{-4}$–$10^{-8}$ relative parts of the total MW energy absorbed. Given the fact that the water molecules are ubiquitous in living cells, even a subtle chance for dissociation of water molecules under low-intensity RFR exposure could have a profound effect on tissue homeostasis. It is of note here that one $OH^\cdot$ radical can initiate irreversible peroxidation of many hundreds of macromolecules, e.g. lipid molecules (Halliwell, 1991). Taken together, these data show that non-thermal RFR can be absorbed by particular charges, molecules and cellular structures, and in this way can potentially induce substantial modulatory effects in living cell.

## Generation of reactive oxygen species under RFR exposure in living cells

NADH oxidase of cellular membrane was suggested as a primary mediator of RFR interaction with living cells (Friedman et al., 2007). Using purified membranes from HeLa cells, the authors experimentally proved that the exposure to RFR of 875 MHz, 200 μW/cm² for 5 or 10 min significantly, almost threefold, increased the activity of NADH oxidase. NADH oxidases are membrane-associated enzymes that catalyze one-electron reduction of oxygen into superoxide radical using NADH as a donor of electron, thus producing powerful ROS. This enzyme has been traditionally known due to its role in induction of oxidative burst in phagocytes as a part of immune response. Yet, later the existence of non-phagocytic NAD(P)H oxidases was revealed in various types of cells, including fibroblasts, vascular and cardiac cells (Griendling et al., 2000). Obviously, the presence of superoxide-generating enzyme in many types of non-phagocytic cells points to the considerable regulatory roles of ROS in living cells. On the other hand, an ability of low-intensity RFR to modulate the activity of the NADH oxidase automatically makes this factor a notable and potentially dangerous effector of cell metabolism. Notably, the authors pointed out that the acceptor of RFR is different from the peroxide-generating NADPH oxidases, which are also found in plasma membranes (Low et al., 2012).

The other powerful source of ROS in cells is mitochondrial electron transport chain (ETC), which can generate superoxide due to breakdowns in electron transport (Inoue et al., 2003). It was demonstrated that generation of ROS by mitochondrial pathway can be activated under RFR exposure in human spermatozoa (De Iuliis et al., 2009). The authors revealed a dose-dependent effect of 1.8 GHz RFR exposure on ROS production in spermatozoa, particularly in their mitochondria. The significantly increased level of total ROS in spermatozoa was detected under RFR with SAR = 1 W/kg, which is below the safety limits accepted in many countries. It was demonstrated recently in our laboratory that the exposure of quail embryos *in ovo* to extremely low-intensity RFR (GSM 900 MHz, 0.25 μW/cm²) during the initial days of embryogenesis resulted in a robust overproduction of superoxide and nitrogen oxide radicals in mitochondria of embryonic cells (Burlaka et al., 2013). It is not clear yet which particular part of ETC is responsible for the interaction with RFR. To date, three possible sites of generation of superoxide in ETC have been shown: the ETC complex I (Inoue et al., 2003), complex II (Liu et al., 2002), and complex III (Guzy and Schumacker, 2006). A significant inverse correlation between mitochondrial membrane potential and ROS levels in living cell was found (Wang et al., 2003). As the authors underlined, such a relationship could be due to two mutually interconnected phenomena: ROS causing damage to the mitochondrial membrane, and the damaged mitochondrial membrane causing increased ROS production.

In addition to the well-established role of the mitochondria in energy metabolism, regulation of cell death is a second major function of these organelles. This, in turn, is linked to their role as the powerful intracellular source of ROS. Mitochondria-generated ROS play an important role in the release of cytochrome c and other pro-apoptotic proteins, which can trigger caspase activation and apoptosis (Ott et al., 2007). A few reports indicate on activation of apoptosis due to low-intensity RFR exposure. In human epidermoid cancer KB cells, 1950 MHz RFR induced time-dependent apoptosis (45% after 3 h) that is paralleled by 2.5-fold decrease of the expression of ras and Raf-1 and of the activity of ras and Erk-1/2 (Caraglia et al., 2005). Primary cultured neurons and astrocytes exposed to GSM 1900 MHz RFR for 2 h demonstrated up-regulation of caspase-2, caspase-6 and Asc (apoptosis associated speck-like protein containing a card) (Zhao et al., 2007). Up-regulation in neurons occurred in both "on" and "stand-by" modes, but in astrocytes only in the "on" mode. We should underline that, in that study an extremely high biological sensitivity to RFR was demonstrated, as a cell phone in the "stand-by" position emits negligibly low-intensity of radiation (up to hundredths μW/cm²).

Based on the analysis of available literature data, we identified altogether 100 experimental studies in biological models which investigated oxidative stress due to low-intensity RFR exposures. From these 100 articles, 93 studies (93%) demonstrated significant oxidative effects induced by low-intensity RFR exposure (Table 1–3), while 7 studies (7%) demonstrated the absence of significant changes (Table 4). The total number includes 18 *in vitro* studies, 73 studies in animals, 3 studies in plants and 6 studies in humans. Majority of the research was done on laboratory rats (58 studies, with 54 positive results), while 4 studies out of 6 in humans were positive. From the *in vitro* studies, 17 were positive (94.4%), including 2 studies on human spermatozoa and 2 studies on human blood cells.

Most of the studies utilized RFR exposure in MW range, including a use of commercial or trial cell phones as sources of radiation. The power densities of RFR applied in positive studies varied from 0.1 μW/cm² (Oksay et al., 2014) to 680 μW/cm² (Jelodar et al., 2013) and SAR values varied from 3 μW/kg (Burlaka et al., 2013) to the ICNIRP recommended limit of 2 W/kg (Naziroglu et al., 2012a; Xu et al., 2010). Exposure times in positive studies varied from 5 min (Friedman et al., 2007) to 12.5 years, 29.6 h/month (Hamzany et al., 2013).

The most often used indexes of oxidative stress analyzed in the studies were ROS production, levels of lipid peroxidation (LPO)/malondialdehyde (MDA), protein oxidation (PO), nitric oxides ($NO_x$), glutathione (GSH), activity of antioxidant enzymes (superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GSH-Px)). It is important that some studies directly pointed to induction of free radicals (superoxide radical, NO) as a primary reaction of living cells to RFR exposure (Burlaka et al., 2013; Friedman et al., 2007). As we pointed out earlier, direct activation of NADH oxidase (Friedman et al., 2007) and the mitochondrial pathway of superoxide overproduction (Burlaka et al., 2013; De Iuliis et al., 2009) have been experimentally proven. Besides, a significant overproduction of nitrogen oxide was revealed in some studies (Avci et al., 2012; Bilgici et al., 2013; Burlaka et al., 2013), although it is unclear whether an induction of expression of NO-synthases or direct activation of the enzyme took place. It is however clear that significantly increased levels of these free radical species (superoxide and nitrogen oxide) in cells due to RFR exposure result in an activation of peroxidation and repression of activities of key antioxidant enzymes. It is indicative that many studies demonstrated effectiveness of different

**Table 1.** Publications which reported positive findings on oxidative stress caused by RFR exposure of cells *in vitro*.

| Reference | Biological system exposed | RFR exposure | Statistically significant effects reported* |
|---|---|---|---|
| (Agarwal et al., 2009) | Human spermatozoa | Cell phone RFR, in talk mode, for 1 h | Increase in reactive oxygen species (ROS) level, decrease in sperm motility and viability. |
| (Campisi et al., 2010) | Rat astroglial cells | 900 MHz (continuous or modulated), electric field 10 V/m, for5; 10; 20 min | Increase in ROS levels and DNA fragmentation after exposure to modulated RFR for 20 min. |
| (De Iuliis et al., 2009) | Human spermatozoa | 1.8 GHz, SAR = 0.4–27.5 W/kg | Increased amounts of ROS. |
| (Friedman et al., 2007) | HeLa membranes | 875 MHz, 200 µW/cm², for 5 and 10 min | Increased NADH oxidase activity. |
| (Hou et al., 2014) | Mouse embryonic fibroblasts (NIH/3T3) | 1800-MHz GSM-talk mode RFR, SAR = 2 W/kg, intermittent exposure (5 min on/10 min off) for 0.5–8 h | Increased intracellular ROS levels. |
| (Kahya et al., 2014) | Cancer cell cultures | 900 MHz RFR, SAR = 0.36 W/kg, for 1 h | Induced apoptosis effects through oxidative stress, selenium counteracted the effects of RFR exposure. |
| (Lantow et al., 2006a) | Human blood cells | Continuous wave or GSM signal,SAR = 2 W/kg, for 30 or 45 min of continuous or 5 min ON, 5 min OFF | After continuous or intermittent GSMsignal a different ROS production was detected in human monocytes compared to sham. |
| (Lantow et al., 2006b) | Human Mono Mac 6 and K562 cells | Continuous wave, GSM speaking only, GSM hearing only, GSM talk, SARs of 0.5, 1.0, 1.5 and 2.0 W/kg. | The GSM-DTX signal at 2 W/kg produced difference in free radical production compared to sham. |
| (Liu et al., 2013b) | GC-2 cells | 1800 MHz, SAR = 1; 2 W/kg,5 min ON, 10 min OFF for 24 h | In the 2 W/kg exposed cultures, the level of ROS was increased. |
| (Lu et al., 2012) | Human blood mononuclear cells | 900 MHz, SAR = 0.4 W/kg, for 1–8 h | The increased level of apoptosis induced through the mitochondrial pathway and mediated by activating ROS and caspase-3. |
| (Marjanovic et al., 2014) | V79 cells | 1800 MHz, SAR = 1.6 W/kg, for 10, 30 and 60 min | ROS level increased after 10 min of exposure. Decrease in ROS level after 30-min treatment indicating antioxidant defense mechanism activation. |
| (Naziroglu et al., 2012b) | HL-60 cells | 2450 MHz, pulsed, SAR = 0.1–2.5 W/kg, for 1; 2; 12 or 24 h | Lipid peroxide (LPO) levels were increased at all exposure times. |
| (Ni et al., 2013) | Human lens epithelial cells | 1800 MHz, SAR = 2; 3; 4 W/kg | The ROS and malondialdehyde (MDA) levels were increased. |
| (Pilla, 2012) | Neuronal cells and human fibroblasts | 27.12 MHz, pulsed, electric field 41 V/m, 2 min prior to lipopolysaccharide administration or for 15 min | Increased level of nitric oxide (NO). |
| (Sefidbakht et al., 2014) | HEK293T cells | 940 MHz, SAR = 0.09 W/kg, for 15, 30, 45, 60 and 90 min | ROS generation increased in the 30 min exposed cells. A sharp rise in catalase (CAT) and superoxide dismutase (SOD) activity and elevation of glutathione (GSH) during the 45 min exposure. |
| (Xu et al., 2010) | Primary cultured neurons | 1800 MHz, pulsed, SAR = 2 W/kg, for 24 h | An increase in the levels of8-hydroxy-2'-deoxyguanosine (8-OH-dG). |
| (Zmyślony et al., 2004) | Rat lymphocytes | 930 MHz, PD of 500 µW/cm², SAR = 1.5 W/kg, for 5 and 15 min | Intracellular ROS level increased in exposed FeCl₂ treated cells compared with unexposed FeCl₂ treated cells. |

*All effects were statistically significant (at least $p < 0.05$) as compared to control or sham exposed groups.

antioxidants to override oxidative stress caused by RFR exposure. Such effects have been reported for melatonin (Ayata et al., 2004; Lai and Singh, 1997; Oktem et al., 2005; Ozguner et al., 2006; Sokolovic et al., 2008), vitamin E and C (Jelodar et al., 2013; Oral et al., 2006), caffeic acid phenethyl ester (Ozguner et al., 2006), selenium, L-carnitine (Turker et al., 2011) and garlic (Avci et al., 2012; Bilgici et al., 2013).

It is worthwhile to emphasize a strict non-thermal character of ROS overproduction under RFR exposure described in the cited reports. As low as 0.1 µW/cm² intensity of RFR and absorbed energy (specific absorption rate, SAR) of 0.3 µW/kg were demonstrated to be effective in inducing significant oxidative stress in living cells (Burlaka et al., 2013; Oksay et al., 2014). This observation is particularly important as the modern international safety limits on RFR exposure are based solely on the thermal effects of radiation and only restrict RFR intensity to 450–1000 µW/cm² and SAR to 2 W/kg (ICNIRP, 1998). Moreover, studies where high (thermal) intensities of RFR have been used

could not reveal oxidative effects (Hong et al., 2012; Kang et al., 2013; Luukkonen et al., 2009), which might point to the variety of molecular mechanisms for different radiation intensities.

Taken together, the analysis of the contemporary scientific literature on the biological effects of RFR persuasively proves that the exposure to low-intensity RFR in living cells leads to generation of significant levels of ROS and results in a significant oxidative stress.

## Oxidative damage of DNA under RFR exposure

To date more than hundred papers have been published on mutagenic effects of RFR and most of them revealed significant effects (Ruediger, 2009). There is a substantial number of studies which demonstrated the formation of micronuclei (Garaj-Vrhovac et al., 1992; Tice et al., 2002; Zotti-Martelli et al., 2005) or structural anomalies of metaphase chromosomes (Garson et al., 1991; Kerbacher et al., 1990; Maes et al., 2000) in living

**Table 2.** Publications which reported positive findings on oxidative stress caused by RFR exposure of animals and plants.

| Reference | Biological system exposed | RFR exposure | Statistically significant effects reported* |
|---|---|---|---|
| (Akbari et al., 2014) | Rat whole body | RFR from base transceiver station | Glutathione peroxidase (GSH-Px), SOD, and CAT activity decreased and level of MDA increased. Vitamin C reduced the effect. |
| (Al-Damegh, 2012) | Rat whole body | Cell phone RFR, 15, 30, or 60 min/day for 2 weeks | Levels of conjugated dienes, LPO and CAT activities in serum and testicular tissue increased, the total serum and testicular tissue GSH and GSH-Px levels decreased. |
| (Avci et al., 2012) | Rat whole body | 1800 MHz, SAR = 0.4 W/kg, 1 h/day for 3 weeks | An increased level of protein oxidation (PO) in brain tissue and an increase in serum NO. Garlic administration reduced protein oxidation in brain tissue. |
| (Ayata et al., 2004) | Rat whole body | 900 MHz, 30 min/day for 10 days | MDA and hydroxyproline levels and activities of CAT and GSH-Px were increased, and superoxide dismutase (SOD) activity was decreased in skin. Melatonin treatment reversed effect. |
| (Aynali et al., 2013) | Rat whole body | 2450 MHz, pulsed, SAR = 0.143 W/kg, 60 min/day for 30 days | LPO was increased, an administration of melatonin prevented this effect. |
| (Balci et al., 2007) | Rat whole body | "Standardized daily dose" of cell phone RFR for 4 weeks | In corneal tissue, MDA level and CAT activity increased, whereas SOD activity was decreased. In the lens tissue, the MDA level was increased. |
| (Bilgici et al., 2013) | Rat whole body | 850–950 MHz, SAR = 1.08 W/kg, 1 h/day for 3 weeks | The serum NO levels and levels of MDA and the PO in brain were increased. An administration of garlic extract diminished these effects. |
| (Bodera et al., 2013) | Rat whole body | 1800 MHz, GSM, for 15 min | Reduced antioxidant capacity both in healthy animals and in those with paw inflammation. |
| (Burlaka et al., 2013) | Quail embryo in ovo | GSM 900 MHz, power density (PD) of 0.25 µW/cm², SAR = 3 µW/kg, 48 sec ON - 12 sec OFF, for 158–360 h | Overproduction of superoxide and NO, increased levels of thiobarbituric acid reactive substances (TBARS) and 8-OH-dG, decreased SOD and CAT activities. |
| (Burlaka et al., 2014) | Male rat whole body | Pulsed and continuous MW in the doses equivalent to the maximal permitted energy load for the staffs of the radar stations | Increased rates of superoxide production, formation of the iron-nitrosyl complexes and decreased activity of NADH-ubiquinone oxidoreductase complex in liver, cardiac and aorta tissues 28 days after the exposure. |
| (Cenesiz et al., 2011) | Guinea pig whole body | 900; 1800 MHz RFR from base station antennas, 4 h/day for 20 days | Difference in guinea pigs subjected to 900 and 1800 MHz for plasma oxidant status levels. NO level changed in 900 MHz subjected guinea pigs, as compared to the control. |
| (Cetin et al., 2014) | Pregnant rats and offspring | 900; 1800 MHz RFR, 1 h/day during pregnancy and neonatal development | Brain and liver GSH-Px activities, selenium concentrations in the brain and liver vitamin A and β-carotene concentrations decreased in offspring. |
| (Dasdag et al., 2009) | Head of rats | 900 MHz, 2 h/day for 10 months | The total antioxidant capacity and CAT activity in brains were higher than that in the sham group. |
| (Dasdag et al., 2012) | Head of rats | 900 MHz, cell-phones-like, 2 h/day for 10 months | Protein carbonyl level was higher in the brain of exposed rats. |
| (Dasdag et al., 2008) | Rat whole body | 900 MHz, PD of 78 µW/cm², 2 h/day for 10 months. | Increased levels of MDA and total oxidative status in liver tissue. |
| (Deshmukh et al., 2013) | Rat whole body | 900 MHz, 2 h/day, 5 days a week for 30 days | The levels of LPO and PO were increased. |
| (Esmekaya et al., 2011) | Rat whole body | 900 MHz, pulsed, modulated, SAR = 1.2 W/kg, 20 min/day for 3 weeks | The increased level of MDA and NOx, and decreased levels of GSH in liver, lung, testis and heart tissues. |
| (Furtado-Filho et al., 2014) | Rat whole body | 950 MHz, SAR = 0.01–0.88 W/kg, 30 min/day for 21 days during pregnancy (or additionally 6 or 15 days of postnatal period) | Neonatal rats exposed in utero had decreased levels of CAT and lower LPO, and genotoxic effect. |
| (Guler et al., 2012) | Rabbit infant whole body | GSM 1800 MHz, 15 min/day for 7 days (females) or 14 days (males) | LPO levels in the liver tissues of females and males increased, liver 8-OH-dG levels of females were increased. |
| (Guney et al., 2007) | Rat whole body | 900 MHz, 30 min/day for 30 days | Endometrial levels of NO and MDA increased, endometrial SOD, CAT and GSH-Px activities were decreased. Vitamin E and C treatment prevented these effects. |
| (Gürler et al., 2014) | Rat whole body | 2450 MHz, 3.68 V/m, 1 h/day for 30 days | Increased 8-OH-dG level in both plasma and brain tissue whereas it increased PO level only in plasma. Garlic prevented the increase of 8-OH-dG level in brain tissue and plasma PO levels. |
| (Ilhan et al., 2004) | Rat whole body | 900 MHz, from cell phone, 1 h/day for 7 days | Increase in MDA, NO levels, and xanthine oxidase (XO) activity, decrease in SOD and GSH-Px activities in brain. These effects were prevented by Ginkgo biloba extract treatment. |
| (Jelodar, et al., 2013) | Rat whole body | 900 MHz, PD of 680 µW/cm², 4 h/day for 45 days, | The concentration of MDA was increased and activities of SOD, GSH-Px and CAT were decreased in rat eyes. An administration of vitamin C prevented these effects. |
| (Jelodar, et al., 2013) | Rat whole body | 900 MHz, daily for 45 days | Increased level of MDA and decreased antioxidant enzymes activity in rat testis. |
| (Jing et al., 2012) | Rat whole body | Cell phone RFR, SAR = 0.9 W/kg, 3 x 10; 30 or 60 min for 20 days during gestation | After 30 and 60 min the level of MDA was increased, the activities of SOD and GSH-Px were decreased. |

*(Continued)*

192   I. YAKYMENKO ET AL.

**Table 2.** (Continued).

| Reference | Biological system exposed | RFR exposure | Statistically significant effects reported* |
|---|---|---|---|
| (Kerman & Senol, 2012) | Rat whole body | 900 MHz, 30 min/day for 10 days | Tissue MDA levels were increased, SOD, CAT and GSH-Px activities were reduced. Melatonin treatment reversed these effects. |
| (Kesari et al., 2010) | Male rat whole body | Cell phone RFR, SAR = 0.9 W/kg,2 h/day for 35 days | Reduction in protein kinase activity, decrease in sperm count and increase in apoptosis. |
| (Kesari et al., 2011) | Rat whole body | 900 MHz, pulsed, SAR = 0.9 W/kg,2 h/day for 45 days | Increase in the level of ROS, decrease in the activities of SOD and GSH-Px,and in the level of pineal melatonin. |
| (Kesari et al., 2013) | Rat whole body | 2115 MHz, SAR = 0.26 W/kg,2 h/day for 60 days | The level of ROS, DNA damage and theapoptosis rate were increased. |
| (Khalil et al., 2012) | Rat whole body | 1800 MHz, electric field 15–20 V/m, for2 h | Elevations in the levels of 8-OH-dG in urine. |
| (Kismali et al., 2012) | Rabbit whole body (non-pregnant and pregnant) | 1800 MHz, GSM modulation, 15 min/day for 7 days | Creatine kinases levels' changes. |
| (Koc et al., 2013) | Male rat whole body | Cell phone RFR at calling or stand-by | Oxidative stress detected at both calling and stand-by exposures. |
| (Koylu et al., 2006) | Rat whole body | 900 MHz | The levels of LPO in the brain cortex and hippocampus increased.These levels in the hippocampus were decreased by melatonin administration. |
| (Koyu et al., 2009) | Rat whole body | 900 MHz | The activities of XO, CAT and level of LPO increased in liver.XO, CAT activities and LPO levels were decreased by caffeic acid phenethyl ester (CAPE) administration. |
| (Kumar et al., 2014) | Rat whole body | Cell phone 1910.5 MHz RFR, 2 h/day for 60 days (6 days a week). | Increase in LPO, damage in sperm cells and DNA damage. |
| (Lai & Singh, 1997) | Rat whole body | 2450 MHz, pulsed, PD = 2 mW/cm², SAR = 1.2 W/kg | Melatonin or spin-trap compound blocked DNA strand breaks induced by RFR exposure in rat brain cells. |
| (Luo et al., 2014) | Rat whole body | 900 MHz imitated cell phone RFR, 4 h/day for 12 days | Contents of liver MDA and Nrf2 protein increased, contents of liver SOD and GSH decreased. |
| (Mailankot et al., 2009) | Rat whole body | 900/1800 MHz,GSM,1 h/day for 28 days | Increase in LPO and decreased GSH content in the testis and epididymis. |
| (Manta et al., 2013) | Drosophila whole body | 1880–1900 MHz, DECT modulation, SAR = 0.009 W/kg, for 0.5–96 h | Increase in ROS levels in male and female bodies, a quick response in ROS increase in ovaries. |
| (Marzook et al., 2014) | Rat whole body | 900 MHz from cellular tower, 24 h/day for 8 weeks | SOD and CAT activities were reduced in blood, sesame oil reversed the effect |
| (Meena et al., 2013) | Rat whole body | 2450 MHz, PDof 210 μW/cm², SAR = 0.14 W/kg, 2 h/day for 45 days | Increased level of MDA and ROS in testis. Melatonin prevented oxidative stress. |
| (Megha et al., 2012) | Rat whole body | 900, 1800 MHz, PD of 170 μW/cm², SAR = 0.6 mW/kg, 2 h/day, 5 days/week for 30 days | The levels of the LPO and PO were increased; the level of GSH was decreased. |
| (Meral et al., 2007) | Guinea pig whole body | 890–915 MHz,from cell phone, SAR = 0.95 w/kg, 12 h/day for 30 days (11 h 45 min stand-by and 15 min spiking mode) | MDA level increased, GSH level and CAT activity weredecreased in the brain. MDA, vitamins A, D₃ and E levels and CAT enzyme activity increased, and GSH level was decreased in the blood. |
| (Motawi et al., 2014) | Rat whole body | Test cellphone RFR, SAR = 1.13  W/kg, 2 h/day for 60 days | Increments in conjugated dienes, protein carbonyls, total oxidant status and oxidative stress index along with a reduction of total antioxidant capacity levels. |
| (Naziroglu & Gumral, 2009) | Rat whole body | 2450 MHz,60 min/day for 28 days | Decrease of the cortex brain vitamin A, vitamin C and vitamin E levels. |
| (Naziroglu et al., 2012a) | Rat whole body | 2450 MHz, 60 min/day for 30 days | LPO, cell viability and cytosolic Ca²⁺ values in dorsal root ganglion neurons were increased. |
| (Oksay et al., 2014) | Rat whole body | 2450 MHz, pulsed, PD of0.1 μW/cm², SAR = 0.1 W/kg, 1 h/day for 30 days | LPO was higher in exposed animals. Melatonin treatment reversed the effect. |
| (Oktem et al., 2005) | Rat whole body | 900 MHz, 30 min/day for 10 days | Renal tissue MDA level increased, SOD, CAT and GSH-Px activities were reduced. Melatonin treatment reversed these effects. |
| (Oral et al., 2006) | Rat whole body | 900 MHz, 30 min/day for 30 days | Increased MDA levels and apoptosis in endometrial tissue.Treatment with vitamins E and C diminished these changes. |
| (Ozguner et al., 2005a) | Rat whole body | 900 MHz, 30 min/day for 10 days | Heart tissue MDA and NO levels increased, SOD, CAT and GSH-Px activities were reduced. CAPE treatment reversed these effects. |
| (Ozguner et al., 2006) | Rat whole body | 900 MHz, from cell phone | Retinal levels of NO and MDA increased, SOD, GSH-Px and CAT activities were decreased.Melatonin and CAPE treatment prevented effects. |
| (Ozguner et al., 2005b) | Rat whole body | 900 MHz | Renal tissue MDA and NO levels increased, the activities of SOD, CAT and GSH-Px were reduced. CAPE treatment reversed these effects. |
| (Ozgur et al., 2010) | Guinea pig whole body | 1800 MHz,GSM, SAR = 0.38 W/kg, 10 or 20 min/day for 7 days | Increases in MDA and total NO(x) levels and decreases in activities of SOD, myeloperoxidase and GSH-Px in liver. Extent of oxidative damage was proportional to the duration of exposure. |
| (Ozgur et al., 2013) | Rabbit whole body | 1800 MHz, pulsed, 15 min/day for 7 days in pregnant animals, for 7 or 15 days in infants | The amount of LPO was increased in the prenatal exposure group. |

*(Continued)*

**Table 2.** (Continued).

| Reference | Biological system exposed | RFR exposure | Statistically significant effects reported* |
|---|---|---|---|
| (Özorak et al., 2013) | Rat whole body | 900; 1800; 2450 MHz, pulsed, PD of 12 μW/cm², SAR = 0.18; 1.2 W/kg, 60 min/day during gestation and 6 weeks following delivery | At the age of six weeks, an increased LPO in the kidney and testis, and decreased level of GSH and total antioxidant status. |
| (Qin et al., 2014) | Male mouse whole body | 1800 MHz, 208 μW/cm², 30 or 120 min/d for 30 days | Decreased activities of CAT and GSH-Px and increasedlevel of MDA in cerebrum. Nano-selenium decreased MDA level, and increased GSH-Px and CAT activities. |
| (Ragy, 2014) | Rat whole body | Cell phone 900 MHz RFR, 1 h/d for 60 days | Increase in MDA levels and decrease total antioxidant capacity levels in brain, liver and kidneys tissues. These alterations were corrected by withdrawal of RFR exposure during 30 days. |
| (Saikhedkar et al., 2014) | Rat whole body | Cell phone 900 MHz RFR, 4 h/d for 15 days | A significant change in level of antioxidant enzymes and non-enzymatic antioxidants, and an increase in LPO. |
| (Shahin et al., 2013) | Mouse whole body | 2450 MHz, PD of 33.5 μW/cm², SAR = 23 mW/kg, 2 h/day for 45 days | An increase in ROS, decrease in NO and antioxidant enzymes activities. |
| (Sharma et al., 2009) | Plant(mung bean) whole body | 900 MHz, from cell phone, PD of 8.55 μW/cm²; for 0.5; 1; 2, and 4 h | Increased level of MDA,H₂O₂ accumulation and root oxidizability, upregulation in the activities of SOD, CAT, ascorbate peroxidases, guaiacol peroxidases and GSHreductases in roots. |
| (Singh et al., 2012) | Plant (mung bean) whole body | 900 MHz,from cell phone | The increased level of MDA, hydrogen peroxide and proline content in hypocotyls. |
| (Sokolovic et al., 2008) | Rat whole body | RFR from cell phone, SAR = 0.043–0.135 W/kg, for 20, 40 and 60 days | An increase in the brain tissue MDA and carbonyl group concentration. Decreased activity of CAT and increased activity of xanthine oxidase (XO). Melatonin treatment prevented the effects. |
| (Sokolovic et al., 2013) | Rat whole body | 900 MHz, SAR = 0.043–0.135 W/kg,4 h/day for 29; 40 or 60days, | The level of LPO and PO, activities of CAT, XO, number of apoptotic cells were increased in thymus tissue. An administration of melatonin prevented these effects. |
| (Suleyman et al., 2004) | Rat whole body | Cell phoneRFR,SAR = 0.52 W/kg,20 min/day for 1 month | MDA concentration was increased in brains. |
| (Tkalec et al., 2007) | Plant Lemna minor (duckweed) | 400 and 900 MHz, 10, 23, 41 and 120 V/m, for 2 or 4 h | LPO and H₂O₂ content increased: CAT activity increased, pyrogallol peroxidase decreased. |
| (Tkalec et al., 2013) | Earthworm whole body | 900 MHz, PD of 30–3800 μW/cm², SAR = 0.13–9.33 mW/kg, for 2 h | The protein carbonyl content was increased in all exposures above 30 μW/cm². The level of MDA was increased at 140μW/cm². |
| (Tök et al., 2014) | Rat whole body | 2450 MHz, Wi-Fi RFR, 60 min/day for 30 days | Decreased GSH-Px activity. GSH-Px activity and GSH values increased after melatonin treatment. |
| (Tomruk et al., 2010) | Rabbit whole body | 1800 MHz, GSM-like signal, 15 min/day for a week | Increase of MDA and ferrous oxidation in xylenol orange levels. |
| (Tsybulin et al., 2012) | Quail embryo in ovo | 900 MHz, fromcell phone, GSM, PD of 0.024–0.21 μW/cm², intermittent for 14 days | Increased level of TBARS in brains and livers of hatchlings. |
| (Turker et al., 2011) | Rat partial body | 2450 MHz, pulsed, SAR = 0.1 W/kg,1 h/day for 28 days | The increased level of LPO, the decreased concentrations of vitamin A, vitamin C and vitamin E. There was a protective effect of selenium and L-carnitine. |
| (Türedi et al., 2014) | Pregnant rat whole body | 900 MHz, 13.7 V/m, 50 μW/cm², 1 h/day for 13–21 days of pregnancy | MDA, SOD and CAT values increased, GSH values decreased in exposed pups. |
| (Yurekli et al., 2006) | Rat whole body | 945 MHz, GSM, PD of 367 μW/cm², SAR = 11.3 mW/kg | MDA level and SOD activity increased, GSH concentration was decreased. |

*All effects were statistically significant (at least $p < 0.05$) as compared to control or sham exposed groups.

**Table 3.** Publications which reported positive findings on oxidative stress caused by RFR exposure of humans.

| Reference | Biological system exposed | RFR exposure | Statistically significant effects reported* |
|---|---|---|---|
| (Abu Khadra et al., 2014) | Human male head | GSM 1800 MHz from cell phone, SAR = 1.09 W/kg, for 15 and 30 min | SOD activity in saliva increased. |
| (Garaj-Vrhovac et al., 2011) | Human whole body | 3; 5.5; 9.4 GHz, pulsed, from radars | Increased level of MDA, decreased level of GSH. |
| (Hamzany et al., 2013) | Human head/ whole body | RFR from cell phone a mean time of 29.6 h/ month for 12.5 years | Increase in all salivary oxidative stress indices. |
| (Moustafa et al., 2001) | Human male body | Cell phone in a pocket in standby position, for 1; 2 or 4 h | Plasma level of LPO was increased, activities of SOD and GSH-Px in erythrocytes decreased. |

*All effects were statistically significant (at least $p < 0.05$) as compared to control or sham-exposed groups.

cells due to low-intensity RFR exposure. However, majority of the studies on the mutagenic effects of RFR successfully used a comet assay approach (Baohong et al., 2005; Belyaev et al., 2006; Diem et al.,

2005; Kim et al., 2008; Lai and Singh, 1996; Liu et al., 2013a). Particular studies identified specific marker of oxidative damage of DNA, 8-hydroxy-2'-deoxyguanosine (8-OH-dG) (Burlaka et al., 2013; De Iuliis et al.,

**Table 4.** Publications which reported no significant oxidative effects after RFR exposure.

| Reference | Biological system exposed | RFR exposure | Effects reported |
|---|---|---|---|
| (Hook et al., 2004) | Mammalian cells in vitro | 835.62 MHz (frequency-modulated continuous-wave, FMCW) and 847.74 MHz (code division multiple access, CDMA), SAR = 0.8 W/kg, for 20–22 h | FMCW- and CDMA-modulated RFR did not alter parameters indicative of oxidative stress. |
| (Ferreira et al., 2006a) | Rat whole body | 800–1800 MHz, from cell phone | No changes in lipid and protein damage, and in non-enzymatic antioxidant defense in frontal cortex or hippocampus. |
| (Ferreira et al., 2006b) | Pregnant rat whole body | RFR from cell phone | No differences in oxidative parameter of offspring blood and liver, but increase in erythrocytes micronuclei incidence in offspring. |
| (Dasdag et al., 2003) | Rat whole body | Cell phone RFR, SAR = 0.52 W/kg, 20 min/day for 1 month | No alteration in MDA concentration. |
| (Demirel et al., 2012) | Rat whole body | 3G cell phone RFR, "standardized daily dose" for 20 days | No difference in GSH-Px and CAT activity in eye tissues, in MDA and GSH levels in blood. |
| (Khalil et al., 2014) | Human head/whole body | Cell phone RFR (talking mode) for 15 or 30 min | No relationship between exposure and changes in the salivary oxidant/antioxidant profile. |
| (de Souza et al., 2014) | Human head/whole body | Cell phone RFR | No difference in the saliva from the parotid gland exposed to cell phone RFR to the saliva from the opposite gland of each individual. |

2009; Guler et al., 2012; Khalil et al., 2012; Xu et al., 2010). Thus, the level of 8-OH-dG in human spermatozoa was shown to be significantly increased after *in vitro* exposure to low-intensity RFR (De Iuliis et al., 2009). Likewise, we demonstrated that the exposure of quail embryos *in ovo* to GSM 900 MHz of $0.25\,\mu W/cm^2$ during a few days was sufficient for a significant, two-threefold, increase of 8-OH-dG level in embryonic cells (Burlaka et al., 2013).

It would be logical to assume that most mutagenic effects due to the RFR exposure are caused by oxidative damage to DNA, as the overproduction of ROS in living cells due to RFR exposure was reliably documented. It is known that superoxide itself does not affect DNA. The most aggressive form of ROS, which is able to affect the DNA molecule directly, is hydroxyl radical (Halliwell, 2007). The hydroxyl radicals are generated in cell in the Fenton reaction ($Fe^{2+} + H_2O_2 \rightarrow Fe^{3+} + OH^{\bullet} + OH^{-}$) and in the Haber–Weiss reaction ($O_2^{\bullet-} + H_2O_2 \rightarrow O_2 + OH^{\bullet} + OH^{-}$) (Valko et al., 2006). On the other hand, increased concentration of NO in addition to superoxide in the RFR-exposed cells can lead to the formation of other aggressive form of ROS, peroxynitrite ($ONOO^{-}$), which can also cause DNA damage (Valko et al., 2006).

**Free radicals induced under the RFR exposure can perturb cellular signaling**

Taking into account the abovementioned data, we can state that the exposure to RFR leads to overproduction of free radicals/ROS in living cell. Certainly, free radicals can induce harmful effects via direct damage due to oxidation of biological macromolecules. To that, it becomes clear nowadays that free radicals/ROS are an intrinsic part of the cellular signaling cascades (Forman

et al., 2014). Thus, hydrogen peroxide appears as a second messenger both in insulin signaling and in growth factor-induced signalling cascades (Sies, 2014). These species are also implicated in biochemical mechanism of oxidation of ethanol and in other metabolic processes (Oshino et al., 1975) and is also required for initiation of wound repair (Enyedi and Niethammer, 2013). In addition, ROS at relatively low concentrations can modulate inflammation via activation of NF-kB pathway (Hayden and Ghosh, 2011). Therefore, even subtle exposures to RFR with generation of hardly detectable quantities of free radicals can have their meaningful biological consequences.

We could ascertain the signaling effects of moderate levels of free radicals from our experiments in quail embryos irradiated with the commercial cell phone. Thus, we were able to show that the prolonged exposures of embryos *in ovo* led to robust repression of their development (Tsybulin et al., 2013), which was concomitant with significant overproduction of superoxide radical and NO radical, increased rates of lipid peroxidation and oxidative damage of DNA (Burlaka et al., 2013; Tsybulin et al., 2012). Notably, shorter exposures instead led to enhancement in embryonic development (Tsybulin et al., 2012, 2013). We demonstrated the favorable effects of shorter exposures also on the molecular level. Thus, after the short-time RFR exposure the DNA comets in embryonic cells were significantly shorter than in the control non-irradiated embryos, pointing to activation of mechanisms maintaining the integrity of DNA. The "beneficial" consequences of the irradiation could be explained by hormesis effect (Calabrese, 2008). However, one could hypothesize that the "beneficial" effects of the irradiation could be explained by the signaling action of free radicals induced at levels below the damaging concentrations.

Obviously, any seemingly beneficial effect of external environmental impact should be treated with caution and possibly minimized before careful evaluation of the long-term consequences. Altogether, this gives a clear warning of the adverse health effects of low-intensity RFR, which could be evoked both by the direct oxidative damage and by disturbed cellular signaling.

## Oxidative effects and non-cancer health effects of RFR

A new medical condition, so-called electrohypersensitivity (EHS), in which people suffer due to RFR exposure, has been described (Johansson, 2006). Typically, these persons suffer from skin- and mucosa-related symptoms (itching, smarting, pain, heat sensation), or heart and nervous system disorders after exposure to computer monitors, cell phones and other electromagnetic devices. This disorder is growing continuously: starting from 0.06% of the total population in 1985, this category now includes as much as 9–11% of the European population (Hallberg and Oberfeld, 2006). In Sweden, for example, EHS has become an officially recognized health impairment.

To that, a high percentage, up to 18–43% of young people, has recently been described to be suffering from headache/earache during or after cell phone conversations (Chu et al., 2011; Yakymenko et al., 2011). Likewise, a number of psychophysical and preclinical disorders including fatigue, irritation, headache, sleep disorders, hormonal imbalances were detected in high percent of people living nearby cell phone base transceiver stations (Buchner and Eger, 2011; Santini et al., 2002).

An allergy reaction to RFR in humans has been confirmed by a significant increase in the level of mast cells in skin of persons under exposure to electromagnetic devices (Johansson et al., 2001). Likewise, higher level of degranulated mast cells in dermis of EHS persons has been detected (Johansson, 2006). In turn, the activated mast cells can release histamine and other mediators of such reactions which include allergic hypersensitivity, itching, dermatoses, etc. Importantly, an implication of ROS in allergic reactions is rather clear nowadays. For example, in case of airway allergic inflammation, the lung cells generate superoxide in nanomolar concentrations following antigen challenges (Nagata, 2005). Then, mast cells generate ROS following aggregation of FcεRI, a high-affinity IgE receptor (Okayama, 2005). In addition, pollen NADPH oxidases rapidly increase the level of ROS in lung epithelium (Boldogh et al., 2005); and removal of pollen NADPH oxidases from the challenge material reduced antigen-induced allergic airway inflammation. Thus, it seems plausible that EHS-like conditions can be attributed at least partially to ROS overproduction in cells due to RFR exposures.

## Oxidative effects and potential carcinogenicity of RFR

During recent years, a number of epidemiological studies indicated a significant increase in incidence of various types of tumors among long-term or "heavy" users of cellular phones (Yakymenko et al., 2011). Briefly, reports pointed to the increased risk in brain tumors (Cardis et al., 2010; Hardell and Carlberg, 2009; Hardell et al., 2007), acoustic neuroma (Hardell et al., 2005; Sato et al., 2011), tumors of parotid glands (Sadetzki et al., 2008), seminomas (Hardell et al., 2007), melanomas (Hardell et al., 2011) and lymphomas (Hardell et al., 2005) in these cohorts of people. To that, a significant increase in tumor incidence among people living nearby cellular base transceiver stations was also reported (Eger et al., 2004; Wolf and Wolf, 2007). Similarly, experimental evidences of cancer expansion in rodents caused by long-term low-intensity RFR exposure were published (Chou et al., 1992; Repacholi et al., 1997; Szmigielski et al., 1982; Toler et al., 1997). To that, activation of ODC was detected in RFR-exposed cells (Hoyto et al., 2007). ODC is involved in processes of cell growth and differentiation, and its activity is increased in tumor cells. Although overexpression of ODC is not sufficient for tumorigenic transformation, an increased activity of this enzyme was shown to promote the development of tumors from pre-tumor cells (Clifford et al., 1995).

Significant overproduction of ROS leads to oxidative stress in living cells, induces oxidative damage of DNA and can cause malignant transformation (Halliwell and Whiteman, 2004; Valko et al., 2007). It is known that in addition to mutagenic effects, ROS play a role as a second messenger for intracellular signaling cascades which can also induce oncogenic transformation (Valko et al., 2006). Earlier we hypothesized (Burlaka et al., 2013) that low-intensity RFR exposure leads to dysfunctions of mitochondria, which result in overproduction of superoxide and NO, and subsequently to ROS-mediated mutagenesis. To that, it is well established that oxidative stress is associated with carcinogenesis; for instance, the oxidative stress elicited by Membrane-Type 1 Matrix Metalloproteinase is implicated in both the pathogenesis and progression of prostate cancer (Nguyen et al., 2011). Similarly, a progressive elevation in mitochondrial ROS production (chronic ROS) under both hypoxia and/or low glucose,

which leads to stabilization of cells via increased HIF-2alpha expression, can eventually result in malignant transformation (Ralph et al., 2010). These data, together with the strong experimental evidences on activation of NADH oxidase under RFR exposure (Friedman et al., 2007) suggest that low-intensity RFR is a multifactorial stress factor for living cell, significant feature of which is oxidative effects and potential carcinogenicity as a result.

## Conclusions

The analysis of modern data on biological effects of low-intensity RFR leads to a firm conclusion that this physical agent is a powerful oxidative stressor for living cell. The oxidative efficiency of RFR can be mediated via changes in activities of key ROS-generating systems, including mitochondria and non-phagocytic NADH oxidases, via direct effects on water molecules, and via induction of conformation changes in biologically important macromolecules. In turn, a broad biological potential of ROS and other free radicals, including both their mutagenic effects and their signaling regulatory potential, makes RFR a potentially hazardous factor for human health. We suggest minimizing the intensity and time of RFR exposures, and taking a precautionary approach towards wireless technologies in everyday human life.

## Acknowledgments

The authors are grateful to the unknown referees for the valuable comments on the first version of the manuscript.

## Declaration of interest

The authors declare no conflicts of interest. This study was supported by National Academy of Sciences of Ukraine (I.Y., E.S.) and by University of Campinas via PPVE (Programa Professor Visitante do Exterior), Brazil (S.K.).

## References

Abdel-Rassoul, G., El-Fateh, O. A., Salem, M. A., et al. (2007). Neurobehavioral effects among inhabitants around mobile phone base stations. Neurotoxicology 28:434–440.

Abu Khadra, K. M., Khalil, A. M., Abu Samak, M., et al. (2014). Evaluation of selected biochemical parameters in the saliva of young males using mobile phones. Electromagn. Biol. Med. 32:72–76.

Agarwal, A., Desai, N. R., Makker, K., et al. (2009). Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: An in vitro pilot study. Fertil. Steril. 92:1318–1325.

Akbari, A., Jelodar, G., Nazifi, S. (2014). Vitamin C protects rat cerebellum and encephalon from oxidative stress following exposure to radiofrequency wave generated by BTS antenna mobile. Toxicol. Mechanisms Methods 24:347–352.

Al-Damegh, M. A. (2012). Rat testicular impairment induced by electromagnetic radiation from a conventional cellular telephone and the protective effects of the antioxidants vitamins C and E. Clinics 67:785–792.

Avci, B., Akar, A., Bilgici, B., et al. (2012). Oxidative stress induced by 1.8 GHz radio frequency electromagnetic radiation and effects of garlic extract in rats. Int. J. Radiat. Biol. 88:799–805.

Ayata, A., Mollaoglu, H., Yilmaz, H. R., et al. (2004). Oxidative stress-mediated skin damage in an experimental mobile phone model can be prevented by melatonin. J. Dermatol. 31:878–883.

Aynali, G., Naziroglu, M., Celik, O., et al. (2013). Modulation of wireless (2.45 GHz)-induced oxidative toxicity in laryngotracheal mucosa of rat by melatonin. Eur. Arch. Oto-Rhino-Laryngol. 270:1695–1700.

Balci, M., Devrim, E., Durak, I. (2007). Effects of mobile phones on oxidant/antioxidant balance in cornea and lens of rats. Curr. Eye Res. 32:21–25.

Baohong, W., Jiliang, H., Lifen, J., et al. (2005). Studying the synergistic damage effects induced by 1.8 GHz radiofrequency field radiation (RFR) with four chemical mutagens on human lymphocyte DNA using comet assay in vitro. Mutat. Res. 578:149–157.

Belyaev, I. (2010). Dependence of non-thermal biological effects of microwaves on physical and biological variables: Implications for reproducibility and safety standards. Eur. J. Oncol. Library 5:187–217.

Belyaev, I. Y., Koch, C. B., Terenius, O., et al. (2006). Exposure of rat brain to 915 MHz GSM microwaves induces changes in gene expression but not double stranded DNA breaks or effects on chromatin conformation. Bioelectromagnetics 27:295–306.

Bilgici, B., Akar, A., Avci, B., et al. (2013). Effect of 900 MHz radiofrequency radiation on oxidative stress in rat brain and serum. Electromagn. Biol. Med. 32:20–29.

Blank, M., Soo, L. (2001). Electromagnetic acceleration of electron transfer reactions. J. Cell Biochem. 81:278–283.

Blank, M., Soo, L. (2003). Electromagnetic acceleration of the Belousov–Zhabotinski reaction. Bioelectrochemistry 61:93–97.

Bodera, P., Stankiewicz, W., Zawada, K., et al. (2013). Changes in antioxidant capacity of blood due to mutual action of electromagnetic field (1800 MHz) and opioid drug (tramadol) in animal model of persistent inflammatory state. Pharmacol. Rep. 65:421–428.

Bohr, H., Bohr, J. (2000a). Microwave-enhanced folding and denaturation of globular proteins. Phys. Rev. E 61:4310–4314.

Bohr, H., Bohr, J. (2000b). Microwave enhanced kinetics observed in ORD studies of a protein. Bioelectromagnetics 21:68–72.

Boldogh, I., Bacsi, A., Choudhury, B. K., et al. (2005). ROS generated by pollen NADPH oxidase provide a signal that augments antigen-induced allergic airway inflammation. J. Clin. Investig. 115:2169–2179.

Buchner, K., Eger, H. (2011). [Changes of clinically important neurotransmitters under the influence of modulated RF fields—A long-term study under real-life conditions]. *Umwelt -Medizin-Gesellschaft* 24:44–57.

Budi, A., Legge, F. S., Treutlein, H., et al. (2007). Effect of frequency on insulin response to electric field stress. J. Phys. Chem. B. 111:5748–5756.

Burlaka, A., Selyuk, M., Gafurov, M., et al. (2014). Changes in mitochondrial functioning with electromagnetic radiation of ultra high frequency as revealed by electron paramagnetic resonance methods. Int. J. Radiat. Biol. 90:357–362.

Burlaka, A., Tsybulin, O., Sidorik, E., et al. (2013). Overproduction of free radical species in embryonal cells exposed to low intensity radiofrequency radiation. Exp. Oncol. 35:219–225.

Byus, C. V., Kartun, K., Pieper, S., et al. (1988). Increased ornithine decarboxylase activity in cultured cells exposed to low energy modulated microwave fields and phorbol ester tumor promoters. *Cancer Res.* 48:4222–4226.

Calabrese, E. J. (2008). Hormesis: Why it is important to toxicology and toxicologists. *Environ. Toxicol. Chem.* 27:1451–1474.

Campisi, A., Gulino, M., Acquaviva, R., et al. (2010). Reactive oxygen species levels and DNA fragmentation on astrocytes in primary culture after acute exposure to low intensity microwave electromagnetic field. *Neurosci. Lett.* 473:52–55.

Caraglia, M., Marra, M., Mancinelli, F., et al. (2005). Electromagnetic fields at mobile phone frequency induce apoptosis and inactivation of the multi-chaperone complex in human epidermoid cancer cells. *J. Cell. Physiol.* 204:539–548.

Cardis, E., Deltour, I., Vrijheid, M., et al. (2010). Brain tumour risk in relation to mobile telephone use: Results of the INTERPHONE international case-control study. *Int. J. Epidemiol.* 39:675–694.

Cenesis, M., Atakisi, O., Akar, A., et al. (2011). Effects of 900 and 1800 MHz electromagnetic field application on electrocardiogram, nitric oxide, total antioxidant capacity, total oxidant capacity, total protein, albumin and globulin levels in guinea pigs. Kafkas Üniv. Vet. Fakültesi Dergisi 17:357–362.

Céspedes, O., Ueno, S. (2009). Effects of radio frequency magnetic fields on iron release from cage proteins. *Bioelectromagnetics* 30:336–342.

Cetin, H., Naziroglu, M., Celik, Ö., et al. (2014). Liver antioxidant stores protect the brain from electromagnetic radiation (900 and 1800 MHz)-induced oxidative stress in rats during pregnancy and the development of offspring. J. Matern.-Fetal Neonat. Med. 72:1915–1921.

Chou, C. K., Guy, A. W., Kunz, L. L., et al. (1992). Long-term, low-level microwave irradiation of rats. *Bioelectromagnetics* 13:469–496.

Chu, M. K., Song, H. G., Kim, C., et al. (2011). Clinical features of headache associated with mobile phone use: A cross-sectional study in university students. *BMC Neurol.* 11:115.

Clifford, A., Morgan, D., Yuspa, S. H., et al. (1995). Role of ornithine decarboxylase in epidermal tumorigenesis. Cancer Res. 55:1680–1686.

Consales, C., Merla, C., Marino, C., et al. (2012). Electromagnetic fields, oxidative stress, and neurodegeneration. *Int. J. Cell Biol.* 2012:683897.

Dasdag, S., Akdag, M. Z., Kizil, G., et al. (2012). Effect of 900 MHz radio frequency radiation on beta amyloid protein, protein carbonyl, and malondialdehyde in the brain. *Electromagn. Biol. Med.* 31:67–74.

Dasdag, S., Akdag, M. Z., Ulukaya, E., et al. (2009). Effect of mobile phone exposure on apoptotic glial cells and status of oxidative stress in rat brain. Electromagn. Biol. Med. 28:342–354.

Dasdag, S., Bilgin, H., Akdag, M. Z., et al. (2008). Effect of long term mobile phone exposure on oxidative-antioxidative processes and nitric oxide in rats. Biotechnol. Biotechnol. Equip. 22:992–997.

Dasdag, S., Zulkuf Akdag, M., Aksen, F., et al. (2003). Whole body exposure of rats to microwaves emitted from a cell phone does not affect the testes. *Bioelectromagnetics* 24:182–188.

De Iuliis, G. N., Newey, R. J., King, B. V., et al. (2009). Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro. *PLoS One* 4:e6446.

de Souza, F. T., Silva, J. F., Ferreira, E. F., et al. (2014). Cell phone use and parotid salivary gland alterations: No molecular evidence. *Cancer Epidemiol. Biomarkers Prevent.* 23:1428–1431.

Demirel, S., Doganay, S., Turkoz, Y., et al. (2012). Effects of third generation mobile phone-emitted electromagnetic radiation on oxidative stress parameters in eye tissue and blood of rats. *Cutan. Ocul. Toxicol.* 31:89–94.

Desai, N. R., Kesari, K. K., Agarwal, A. (2009). Pathophysiology of cell phone radiation: Oxidative stress and carcinogenesis with focus on male reproductive system. *Reprod. Biol. Endocrinol.* 7:114.

Deshmukh, P. S., Banerjee, B. D., Abegaonkar, M. P., et al. (2013). Effect of low level microwave radiation exposure on cognitive function and oxidative stress in rats. *Indian J. Biochem. Biophys.* 50:114–119.

Diem, E., Schwarz, C., Adlkofer, F., et al. (2005). Non-thermal DNA breakage by mobile-phone radiation (1800 MHz) in human fibroblasts and in transformed GFSH-R17 rat granulosa cells in vitro. *Mutat. Res.* 583:178–183.

Dutta, S. K., Ghosh, B., Blackman, C. F. (1989). Radiofrequency radiation-induced calcium ion efflux enhancement from human and other neuroblastoma cells in culture. *Bioelectromagnetics* 10:197–202.

Eger, H., Hagen, K., Lucas, B., et al. (2004). [Influence of the proximity of mobile phone base stations on the incidence of cancer]. Environ. Med. Soc. 17:273–356.

Enyedi, B., Niethammer, P. (2013). $H_2O_2$: A chemoattractant? *Methods Enzymol.* 528:237–255.

Esmekaya, M. A., Ozer, C., Seyhan, N. (2011). 900 MHz pulse-modulated radiofrequency radiation induces oxidative stress on heart, lung, testis and liver tissues. Gen. Physiol. Biophys. 30:84–89.

Ferreira, A. R., Bonatto, F., de Bittencourt Pasquali, M. A., et al. (2006a). Oxidative stress effects on the central nervous system of rats after acute exposure to ultra high frequency electromagnetic fields. *Bioelectromagnetics* 27:487–493.

Ferreira, A. R., Knakievicz, T., Pasquali, M. A., et al. (2006b). Ultra high frequency-electromagnetic field irradiation during pregnancy leads to an increase in erythrocytes micronuclei incidence in rat offspring. *Life Sci.* 80:43–50.

Forman, H. J., Ursini, F., Maiorino, M. (2014). An overview of mechanisms of redox signaling. *J. Mol. Cell Cardiol.* 73:2–9.

Friedman, J., Kraus, S., Hauptman, Y., et al. (2007). Mechanism of short-term ERK activation by electromagnetic fields at mobile phone frequencies. *Biochem. J.* 405:559–568.

Furtado-Filho, O. V., Borba, J. B., Dallegrave, A., et al. (2014). Effect of 950 MHz UHF electromagnetic radiation on biomarkers of oxidative damage, metabolism of UFA and antioxidants in the livers of young rats of different ages. *Int. J. Radiat. Biol.* 90:159–168.

Gandhi, O. P., Morgan, L. L., de Salles, A. A., et al. (2012). Exposure limits: The underestimation of absorbed cell phone radiation, especially in children. *Electromagn. Biol. Med.* 31:34–51.

Garaj-Vrhovac, V., Fucic, A., Horvat, D. (1992). The correlation between the frequency of micronuclei and specific chromosome aberrations in human lymphocytes exposed to microwave radiation in vitro. *Mutat. Res.* 281:181–186.

Garaj-Vrhovac, V., Gajski, G., Pažanin, S., et al. (2011). Assessment of cytogenetic damage and oxidative stress in personnel occupationally exposed to the pulsed microwave radiation of marine radar equipment. *Int. J. Hyg. Environ. Health.* 214:59–65.

Garson, O. M., McRobert, T. L., Campbell, L. J., et al. (1991). A chromosomal study of workers with long-term exposure to radio-frequency radiation. *Med. J. Austral.* 155:289–292.

Georgiou, C. D. (2010). Oxidative stress-induced biological damage by low-level EMFs: Mechanism of free radical pair electron spin-polarization and biochemical amplification. *Eur. J. Oncol.* 5:63–113.

Goodman, R., Blank, M. (2002). Insights into electromagnetic interaction mechanisms. *J. Cell Physiol.* 192:16–22.

Griendling, K. K., Sorescu, D., Ushio-Fukai, M. (2000). NAD (P)H oxidase: Role in cardiovascular biology and disease. *Circ. Res.* 86:494–501.

Guler, G., Tomruk, A., Ozgur, E., et al. (2012). The effect of radiofrequency radiation on DNA and lipid damage in female and male infant rabbits. *Int. J. Radiat. Biol.* 88:367–373.

Guney, M., Ozguner, F., Oral, B., et al. (2007). 900 MHz radiofrequency-induced histopathologic changes and oxidative stress in rat endometrium: Protection by vitamins E and C. *Toxicol. Ind. Health* 23:411–420.

Gürler, H. Ş., Bilgici, B., Akar, A. K., et al. (2014). Increased DNA oxidation (8-OHdG) and protein oxidation (AOPP) by low level electromagnetic field (2.45 GHz) in rat brain and protective effect of garlic. *Int. J. Radiat. Biol.* 90:892–896.

Guzy, R. D., Schumacker, P. T. (2006). Oxygen sensing by mitochondria at complex III: The paradox of increased reactive oxygen species during hypoxia. *Exp. Physiol.* 91:807–819.

Hallberg, O., Oberfeld, G. (2006). Letter to the editor: Will we all become electrosensitive? *Electromagn. Biol. Med.* 25:189–191.

Halliwell, B. (1991). Reactive oxygen species in living systems: Source, biochemistry, and role in human disease. *Am. J. Med.* 91:14S–22S.

Halliwell, B. (2007). Biochemistry of oxidative stress. *Biochem. Soc. Trans.* 35:1147–1150.

Halliwell, B., Whiteman, M. (2004). Measuring reactive species and oxidative damage in vivo and in cell culture: How should you do it and what do the results mean? *Br. J. Pharmacol.* 142:231–255.

Hamzany, Y., Feinmesser, R., Shpitzer, T., et al. (2013). Is human saliva an indicator of the adverse health effects of using mobile phones? *Antioxid .Redox. Signal.* 18:622–627.

Hardell, L., Carlberg, M. (2009). Mobile phones, cordless phones and the risk for brain tumours. *Int. J. Oncol.* 35:5–17.

Hardell, L., Carlberg, M., Hansson Mild, K. (2005). Case-control study on cellular and cordless telephones and the risk for acoustic neuroma or meningioma in patients diagnosed 2000–2003. *Neuroepidemiology* 25:120–128.

Hardell, L., Carlberg, M., Hansson Mild, K., et al. (2011). Case-control study on the use of mobile and cordless phones and the risk for malignant melanoma in the head and neck region. *Pathophysiology* 18:325–333.

Hardell, L., Carlberg, M., Ohlson, C. G., et al. (2007). Use of cellular and cordless telephones and risk of testicular cancer. *Int. J. Androl.* 30:115–122.

Hardell, L., Carlberg, M., Soderqvist, F., et al. (2007). Long-term use of cellular phones and brain tumours: Increased risk associated with use for > or = 0 years. *Occup. Environ. Med.* 64:626–632.

Hardell, L., Eriksson, M., Carlberg, M., et al. (2005). Use of cellular or cordless telephones and the risk for non-Hodgkin's lymphoma. *Int. Arch. Occup. Environ. Health* 78:625–632.

Hayden, M. S., Ghosh, S. (2011). NF-kappa B in immunobiology. *Cell Res.* 21:223–244.

Hong, M. N., Kim, B. C., Ko, Y. G., et al. (2012). Effects of 837 and 1950 MHz radiofrequency radiation exposure alone or combined on oxidative stress in MCF10A cells. *Bioelectromagnetics* 33:604–611.

Hook, G. J., Spitz, D. R., Sim, J. E., et al. (2004). Evaluation of parameters of oxidative stress after in vitro exposure to FMCW- and CDMA-modulated radiofrequency radiation fields. *Radiat. Res.* 162:497–504.

Hou, Q., Wang, M., Wu, S., et al. (2014). Oxidative changes and apoptosis induced by 1800-MHz electromagnetic radiation in NIH/3T3 cells. *Electromagn. Biol. Med.* 34:85–92.

Hoyto, A., Juutilainen, J., Naarala, J. (2007). Ornithine decarboxylase activity is affected in primary astrocytes but not in secondary cell lines exposed to 872 MHz RF radiation. *Int. J. Radiat. Biol.* 83:367–374.

Hyland, G. J. (2000). Physics and biology of mobile telephony. *Lancet* 356:1833–1836.

ICNIRP. (1998). Guidelines for limiting exposure to time-varying electric, magnetic and electromagnetic fields (up to 300 GHz). *Health Phys.* 74:494–522.

Ilhan, A., Gurel, A., Armutcu, F., et al. (2004). Ginkgo biloba prevents mobile phone-induced oxidative stress in rat brain. *Clin. Chim. Acta.* 340:153–162.

Inoue, M., Sato, E. F., Nishikawa, M., et al. (2003). Mitochondrial generation of reactive oxygen species and its role in aerobic life. *Curr. Med. Chem.* 10:2495–2505.

Jelodar, G., Akbari, A., Nazifi, S. (2013). The prophylactic effect of vitamin C on oxidative stress indexes in rat eyes

following exposure to radiofrequency wave generated by a BTS antenna model. *Int. J. Radiat. Biol.* 89:128–131.

Jelodar, G., Nazifi, S., Akbari, A. (2013). The prophylactic effect of vitamin C on induced oxidative stress in rat testis following exposure to 900 MHz radio frequency wave generated by a BTS antenna model. *Electromagn. Biol. Med.* 32:409–416.

Jing, J., Yuhua, Z., Xiao-qian, Y., et al. (2012). The influence of microwave radiation from cellular phone on fetal rat brain. *Electromagn. Biol. Med.* 31:57–66.

Johansson, O. (2006). Electrohypersensitivity: State-of-the-art of a functional impairment. *Electromagn. Biol. Med.* 25:245–258.

Johansson, O., Gangi, S., Liang, Y., et al. (2001). Cutaneous mast cells are altered in normal healthy volunteers sitting in front of ordinary TVs/PCs – results from open-field provocation experiments. *J. Cutan. Pathol.* 28:513–519.

Kahya, M. C., Nazıroğlu, M., Çiğ, B. (2014). Selenium reduces mobile phone (900 MHz)-induced oxidative stress, mitochondrial function, and apoptosis in breast cancer cells. *Biol. Trace Elem. Res.* 160:285–293.

Kang, K. A., Lee, H. C., Lee, J. J., et al. (2013). Effects of combined radiofrequency radiation exposure on levels of reactive oxygen species in neuronal cells. *J. Radiat. Res. (Published online):*rrt116.

Kerbacher, J. J., Meltz, M. L., Erwin, D. N. (1990). Influence of radiofrequency radiation on chromosome aberrations in CHO cells and its interaction with DNA-damaging agents. *Radiat. Res.* 123:311–319.

Kerman, M., Senol, N. (2012). Oxidative stress in hippocampus induced by 900 MHz electromagnetic field emitting mobile phone: Protection by melatonin. *Biomed. Res..* 23:147–151.

Kesari, K. K., Kumar, S., Behari, J. (2010). Mobile phone usage and male infertility in Wistar rats. *Indian J. Exp. Biol.* 48:987–992.

Kesari, K. K., Kumar, S., Behari, J. (2011). 900-MHz microwave radiation promotes oxidation in rat brain. [Research Support, Non-U.S. Gov't]. *Electromagn. Biol. Med.* 30:219–234.

Kesari, K. K., Meena, R., Nirala, J., et al. (2013). Effect of 3G cell phone exposure with computer controlled 2-D stepper motor on non-thermal activation of the hsp27/p38MAPK stress pathway in rat brain. *Cell Biochem. Biophys.* 68:347–358.

Khalil, A. M., Abu Khadra, K. M., Aljaberi, A. M., et al. (2014). Assessment of oxidant/antioxidant status in saliva of cell phone users. Electromagn. Biol. Med. 32:92–97.

Khalil, A. M., Gagaa, M. H., Alshamali, A. M. (2012). 8-Oxo-7, 8-dihydro-2'-deoxyguanosine as a biomarker of DNA damage by mobile phone radiation. *Hum. Exp. Toxicol.* 31:734–740.

Kim, J. Y., Hong, S. Y., Lee, Y. M., et al. (2008). In vitro assessment of clastogenicity of mobile-phone radiation (835 MHz) using the alkaline comet assay and chromosomal aberration test. [Research Support, Non-U.S. Gov't]. *Environ. Toxicol..* 23:319–327.

Kismali, G., Ozgur, E., Guler, G., et al. (2012). The influence of 1800 MHz GSM-like signals on blood chemistry and oxidative stress in non-pregnant and pregnant rabbits. *Int. J. Radiat. Biol.* 88:414–419.

Koc, A., Unal, D., Cimentepe, E. (2013). The effects of antioxidants on testicular apoptosis and oxidative stress produced by cell phones. *Turk. J. Med. Sci.* 43:131–137.

Koylu, H., Mollaoglu, H., Ozguner, F., et al. (2006). Melatonin modulates 900 Mhz microwave-induced lipid peroxidation changes in rat brain. *Toxicol. Ind. Health* 22:211–216.

Koyu, A., Ozguner, F., Yilmaz, H., et al. (2009). The protective effect of caffeic acid phenethyl ester (CAPE) on oxidative stress in rat liver exposed to the 900 MHz electromagnetic field. *Toxicol. Ind. Health* 25:429–434.

Kumar, S., Nirala, J. P., Behari, J., et al. (2014). Effect of electromagnetic irradiation produced by 3G mobile phone on male rat reproductive system in a simulated scenario. *Indian J. Exp. Biol.* 52:890–897.

Lai, H., Singh, N. P. (1996). Single- and double-strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation. *Int. J. Radiat. Biol.* 69:513–521.

Lai, H., Singh, N. P. (1997). Melatonin and a spin-trap compound block radiofrequency electromagnetic radiation-induced DNA strand breaks in rat brain cells. *Bioelectromagnetics* 18:446–454.

Lantow, M., Lupke, M., Frahm, J., et al. (2006a). ROS release and Hsp70 expression after exposure to 1,800 MHz radiofrequency electromagnetic fields in primary human monocytes and lymphocytes. *Radiat. Environ. Biophys.* 45:55–62.

Lantow, M., Schuderer, J., Hartwig, C., et al. (2006b). Free radical release and HSP70 expression in two human immune-relevant cell lines after exposure to 1800 MHz radiofrequency radiation. *Radiat. Res.* 165:88–94.

Litovitz, T. A., Krause, D., Penafiel, M., et al. (1993). The role of coherence time in the effect of microwaves on ornithine decarboxylase activity. *Bioelectromagnetics* 14:395–403.

Litovitz, T. A., Penafiel, L. M., Farrel, J. M., et al. (1997). Bioeffects induced by exposure to microwaves are mitigated by superposition of ELF noise. *Bioelectromagnetics* 18:422–430.

Liu, C., Duan, W., Xu, S., et al. (2013a). Exposure to 1800 MHz radiofrequency electromagnetic radiation induces oxidative DNA base damage in a mouse spermatocyte-derived cell line. *Toxicol. Lett.* 218:2–9.

Liu, C., Gao, P., Xu, S.-C., et al. (2013b). Mobile phone radiation induces mode-dependent DNA damage in a mouse spermatocyte-derived cell line: A protective role of melatonin. *Int J Radiat Biol.* 89:993–1001.

Liu, Y., Fiskum, G., Schubert, D. (2002). Generation of reactive oxygen species by the mitochondrial electron transport chain. *J. Neurochem.* 80:780–787.

Low, H., Crane, F. L., Morre, D. J. (2012). Putting together a plasma membrane NADH oxidase: a tale of three laboratories. *Int. J. Biochem. Cell Biol.* 44:1834–1838.

Lu, Y. S., Huang, B. T., Huang, Y. X. (2012). Reactive oxygen species formation and apoptosis in human peripheral blood mononuclear cell induced by 900 MHz mobile phone radiation. *Oxid. Med. Cell Longev.* 2012:740280.

Luo, Y.-p., Ma, H.-R., Chen, J.-W., et al. (2014). [Effect of American Ginseng Capsule on the liver oxidative injury and the Nrf2 protein expression in rats exposed by electromagnetic radiation of frequency of cell phone]. Zhongguo Zhong xi yi jie he za zhi Zhongguo Zhongxiyi

jiehe zazhi = Chin. J. Integr. Tradit. Western Med. 34:575–580.

Luukkonen, J., Hakulinen, P., Maki-Paakkanen, J., et al. (2009). Enhancement of chemically induced reactive oxygen species production and DNA damage in human SH-SY5Y neuroblastoma cells by 872 MHz radiofrequency radiation. Mutat. Res. 662:54–58.

Maes, A., Collier, M., Verschaeve, L. (2000). Cytogenetic investigations on microwaves emitted by a 455.7 MHz car phone. Folia Biol. 46:175–180.

Maes, W. (2005). [Stress Caused by Electromagnetic Fields and Radiation]. Neubeuern, Germany: IBN.

Mailankot, M., Kunnath, A. P., Jayalekshmi, H., et al. (2009). Radio frequency electromagnetic radiation (RF-EMR) from GSM (0.9/1.8GHz) mobile phones induces oxidative stress and reduces sperm motility in rats. Clinics 64:561–565.

Manta, A. K., Stravopodis, D. J., Papassideri, I. S., et al. (2013). Reactive oxygen species elevation and recovery in Drosophila bodies and ovaries following short-term and long-term exposure to DECT base EMF. Electromagn. Biol. Med. 33:118–131.

Marino, A. A., Carrubba, S., Frilot, C., et al. (2009). Evidence that transduction of electromagnetic field is mediated by a force receptor. Neurosci. Lett. 452:119–123.

Marjanovic, A. M., Pavicic, I., Trosic, I. (2014). Cell oxidation–reduction imbalance after modulated radiofrequency radiation. Electromagn. Biol. Med. (Published online). 13:1–6.

Marzook, E. A., Abd El Moneim, A. E., Elhadary, A. A. (2014). Protective role of sesame oil against mobile base station-induced oxidative stress. J. Radiat. Res. Appl. Sci. 7:1–6.

Meena, R., Kumari, K., Kumar, J., et al. (2013). Therapeutic approaches of melatonin in microwave radiations-induced oxidative stress-mediated toxicity on male fertility pattern of Wistar rats. Electromagn. Biol. Med. 33:81–91.

Megha, K., Deshmukh, P. S., Banerjee, B. D., et al. (2012). Microwave radiation induced oxidative stress, cognitive impairment and inflammation in brain of Fischer rats. Indian J. Exp. Biol. 50:889–896.

Meral, I., Mert, H., Mert, N., et al. (2007). Effects of 900-MHz electromagnetic field emitted from cellular phone on brain oxidative stress and some vitamin levels of guinea pigs. Brain Res. 1169:120–124.

Motawi, T., Darwish, H., Moustafa, Y., et al. (2014). Biochemical modifications and neuronal damage in brain of young and adult rats after long-term exposure to mobile phone radiations. Cell Biochem. Biophys. 70:845–855.

Moustafa, Y. M., Moustafa, R. M., Belacy, A., et al. (2001). Effects of acute exposure to the radiofrequency fields of cellular phones on plasma lipid peroxide and antioxidase activities in human erythrocytes. J. Pharm. Biomed. Anal. 26:605–608.

Nagata, M. (2005). Inflammatory cells and oxygen radicals. Curr. Drug Targets 4:503–504.

Naziroglu, M., Celik, O., Ozgul, C., et al. (2012a). Melatonin modulates wireless (2.45 GHz)-induced oxidative injury through TRPM2 and voltage gated Ca(2+) channels in brain and dorsal root ganglion in rat. Physiol. Behav. 105:683–692.

Naziroglu, M., Cig, B., Dogan, S., et al. (2012b). 2.45-Gz wireless devices induce oxidative stress and proliferation through cytosolic Ca(2)(+) influx in human leukemia cancer cells. Int. J. Radiat. Biol. 88:449–456.

Naziroglu, M., Gumral, N. (2009). Modulator effects of L-carnitine and selenium on wireless devices (2.45 GHz)-induced oxidative stress and electroencephalography records in brain of rat. Int. J. Radiat. Biol. 85:680–689.

Nguyen, H. L., Zucker, S., Zarrabi, K., et al. (2011). Oxidative stress and prostate cancer progression are elicited by membrane-type 1 matrix metalloproteinase. Mol. Cancer Res. 9:1305–1318.

Ni, S., Yu, Y., Zhang, Y., et al. (2013). Study of oxidative stress in human lens epithelial cells exposed to 1.8 GHz radiofrequency fields. PLoS One. 8:e72370.

Okayama, Y. (2005). Oxidative stress in allergic and inflammatory skin diseases. Curr. Drug Targets 4:517–519.

Oksay, T., Naziroğlu, M., Doğan, S., et al. (2014). Protective effects of melatonin against oxidative injury in rat testis induced by wireless (2.45 GHz) devices. Andrologia 46:65–72.

Oktem, F., Ozguner, F., Mollaoglu, H., et al. (2005). Oxidative damage in the kidney induced by 900-MHz-emitted mobile phone: Protection by melatonin. Arch. Med. Res. 36:350–355.

Oral, B., Guney, M., Ozguner, F., et al. (2006). Endometrial apoptosis induced by a 900-MHz mobile phone: Preventive effects of vitamins E and C. Adv. Ther. 23:957–973.

Oshino, N., Jamieson, D., Sugano, T., et al. (1975). Optical measurement of catalase-hydrogen peroxide intermediate (compound-i) in liver of anesthetized rats and its implication to hydrogen-peroxide production in situ. Biochem. J. 146:67–77.

Ott, M., Gogvadze, V., Orrenius, S., et al. (2007). Mitochondria, oxidative stress and cell death. Apoptosis 12:913–922.

Ozguner, F., Altinbas, A., Ozaydin, M., et al. (2005a). Mobile phone-induced myocardial oxidative stress: Protection by a novel antioxidant agent caffeic acid phenethyl ester. Toxicol. Ind. Health. 21:223–230.

Ozguner, F., Bardak, Y., Comlekci, S. (2006). Protective effects of melatonin and caffeic acid phenethyl ester against retinal oxidative stress in long-term use of mobile phone: A comparative study. Mol. Cell Biochem. 282:83–88.

Ozguner, F., Oktem, F., Ayata, A., et al. (2005b). A novel antioxidant agent caffeic acid phenethyl ester prevents long-term mobile phone exposure-induced renal impairment in rat. Prognostic value of malondialdehyde, N-acetyl-beta-D-glucosaminidase and nitric oxide determination. Mol. Cell Biochem. 277:73–80.

Ozgur, E., Guler, G., Seyhan, N. (2010). Mobile phone radiation-induced free radical damage in the liver is inhibited by the antioxidants N-acetyl cysteine and epigallocatechingallate. Int. J. Radiat. Biol. 86:935–945.

Ozgur, E., Kismali, G., Guler, G., et al. (2013). Effects of prenatal and postnatal exposure to gsm-like radiofrequency on blood chemistry and oxidative stress in infant rabbits, an experimental study. Cell Biochem. Biophys. 67:743–751.

Özorak, A., Nazıroğlu, M., Çelik, Ö., et al. (2013). Wi-Fi (2.45 GHz)- and mobile phone (900 and 1800 MHz)-

ELECTROMAGNETIC BIOLOGY AND MEDICINE    201

induced risks on oxidative stress and elements in kidney and testis of rats during pregnancy and the development of offspring. *Biol. Trace Elem. Res.* 156:221–229.

Panagopoulos, D. J., Karabarbounis, A., Margaritis, L. H. (2002). Mechanism for action of electromagnetic fields on cells. *Biochem. Biophys. Res. Commun.* 298:95–102.

Panagopoulos, D. J., Messini, N., Karabarbounis, A., et al. (2000). A mechanism for action of oscillating electric fields on cells. *Biochem. Biophys. Res. Commun.* 272: 634–640.

Paulraj, R., Behari, J., Rao, A. R. (1999). Effect of amplitude modulated RF radiation on calcium ion efflux and ODC activity in chronically exposed rat brain. *Indian J. Biochem. Biophys.* 36:337–340.

Pavicic, I., Trosic, I. (2010). Interaction of GSM modulated RF radiation and macromolecular cytoskeleton structures. *Paper presented at the 6th International Workshop on Biological Effects of Electromagnetic Fields.*

Pilla, A. A. (2012). Electromagnetic fields instantaneously modulate nitric oxide signaling in challenged biological systems. *Biochem. Biophys. Res. Commun.* 426:330–333.

Qin, F., Yuan, H., Nie, J., et al. (2014). [Effects of nano-selenium on cognition performance of mice exposed in 1800 MHz radiofrequency fields]. Wei sheng yan jiu = J. Hygiene Res. 43:16–21.

Ragy, M. M. (2014). Effect of exposure and withdrawal of 900-MHz-electromagnetic waves on brain, kidney and liver oxidative stress and some biochemical parameters in male rats. *Electromagn. Biol. Med. (Published online).*:1–6.

Ralph, S. J., Rodríguez-Enríquez, S., Neuzil, J., et al. (2010). The causes of cancer revisited: "Mitochondrial malignancy" and ROS-induced oncogenic transformation – Why mitochondria are targets for cancer therapy. *Mol. Aspects Med.* 31:145–170.

Rao, V. S., Titushkin, I. A., Moros, E. G., et al. (2008). Nonthermal effects of radiofrequency-field exposure on calcium dynamics in stem cell-derived neuronal cells: Elucidation of calcium pathways. *Radiat. Res.* 169:319–329.

Repacholi, M. H., Basten, A., Gebski, V., et al. (1997). Lymphomas in E mu-Pim1 transgenic mice exposed to pulsed 900 MHZ electromagnetic fields. *Radiat. Res.* 147:631–640.

Ruediger, H. W. (2009). Genotoxic effects of radiofrequency electromagnetic fields. *Pathophysiology* 16:89–102.

Sadetzki, S., Chetrit, A., Jarus-Hakak, A., et al. (2008). Cellular phone use and risk of benign and malignant parotid gland tumors – A nationwide case-control study. *Am. J. Epidemiol.* 167:457–467.

Saikhedkar, N., Bhatnagar, M., Jain, A., et al. (2014). Effects of mobile phone radiation (900 MHz radiofrequency) on structure and functions of rat brain. *Neurol. Res.* 36:1072–1079.

Santini, R., Santini, P., Danze, J. M., et al. (2002). Study of the health of people living in the vicinity of mobile phone base stations: 1. Influences of distance and sex. *Pathol. Biol.* 50:369–373.

Sato, Y., Akiba, S., Kubo, O., et al. (2011). A case-case study of mobile phone use and acoustic neuroma risk in Japan. *Bioelectromagnetics* 32:85–93.

Sefidbakht, Y., Moosavi-Movahedi, A. A., Hosseinkhani, S., et al. (2014). Effects of 940 MHz EMF on bioluminescence

and oxidative response of stable luciferase producing HEK cells. *Photochem. Photobiol. Sci.* 13:1082–1092.

Shahin, S., Singh, V. P., Shukla, R. K., et al. (2013). 2.45 GHz microwave irradiation-induced oxidative stress affects implantation or pregnancy in mice, Mus musculus. *Appl. Biochem. Biotechnol.* 169:1727–1751.

Sharma, V. P., Singh, H. P., Kohli, R. K., et al. (2009). Mobile phone radiation inhibits *Vigna radiata* (mung bean) root growth by inducing oxidative stress. *Sci. Total Environ.* 407:5543–5547.

Sies, H. (2014). Role of metabolic H$_2$O$_2$ generation: Redox signalling and oxidative stress. *J. Biol. Chem.* 289:8735–8741.

Singh, H. P., Sharma, V. P., Batish, D. R., et al. (2012). Cell phone electromagnetic field radiations affect rhizogenesis through impairment of biochemical processes. *Environ. Monitor. Assess.* 184:1813–1821.

Sokolovic, D., Djindjic, B., Nikolic, J., et al. (2008). Melatonin reduces oxidative stress induced by chronic exposure of microwave radiation from mobile phones in rat brain. *J. Radiat. Res. (Tokyo).* 49:579–586.

Sokolovic, D., Djordjevic, B., Kocic, G., et al. (2013). Melatonin protects rat thymus against oxidative stress caused by exposure to microwaves and modulates proliferation/apoptosis of thymocytes. *Gen. Physiol. Biophys.* 32:79–90.

Suleyman, D., M. Zulkuf, A., Feyzan, A., et al. (2004). Does 900 MHZ GSM mobile phone exposure affect rat brain? *Electromagn. Biol. Med.*. 23:201–214.

Szmigielski, S., Szudzinski, A., Pietraszek, A., et al. (1982). Accelerated development of spontaneous and benzopyrene-induced skin cancer in mice exposed to 2450-MHz microwave radiation. *Bioelectromagnetics* 3:179–191.

Tice, R. R., Hook, G. G., Donner, M., et al. (2002). Genotoxicity of radiofrequency signals. I. Investigation of DNA damage and micronuclei induction in cultured human blood cells. *Bioelectromagnetics* 23:113–126.

Tkalec, M., Malaric, K., Pevalek-Kozlina, B. (2007). Exposure to radiofrequency radiation induces oxidative stress in duckweed Lemna minor L. *Sci. Total. Environ.* 388:78–89.

Tkalec, M., Stambuk, A., Srut, M., et al. (2013). Oxidative and genotoxic effects of 900 MHz electromagnetic fields in the earthworm Eisenia fetida. *Ecotoxicol. Environ. Saf.* 90:7–12.

Tök, L., Nazıroğlu, M., Doğan, S., et al. (2014). Effects of melatonin on Wi-Fi-induced oxidative stress in lens of rats. *Indian J. Ophthalmol.* 62:12–15.

Toler, J. C., Shelton, W. W., Frei, M. R., et al. (1997). Long-term, low-level exposure of mice prone to mammary tumors to 435 MHz radiofrequency radiation. *Radiat. Res.* 148:227–234.

Tomruk, A., Guler, G., Dincel, A. S. (2010). The influence of 1800 MHz GSM-like signals on hepatic oxidative DNA and lipid damage in nonpregnant, pregnant, and newly born rabbits. *Cell. Biochem. Biophys.* 56:39–47.

Tsybulin, O., Sidorik, E., Brieieva, O., et al. (2013). GSM 900 MHz cellular phone radiation can either stimulate or depress early embryogenesis in Japanese quails depending on the duration of exposure. *Int. J. Radiat. Biol.* 89:756–763.

Tsybulin, O., Sidorik, E., Kyrylenko, S., et al. (2012). GSM 900 MHz microwave radiation affects embryo development of Japanese quails. *Electromagn. Biol. Med.* 31:75–86.

Türedi, S., Hancı, H., Topal, Z., et al. (2014). The effects of prenatal exposure to a 900-MHz electromagnetic field on

the 21-day-old male rat heart. *Electromagn. Biol. Med.* (Published online).1–8.

Turker, Y., Naziroglu, M., Gumral, N., et al. (2011). Selenium and L-carnitine reduce oxidative stress in the heart of rat induced by 2.45-GHz radiation from wireless devices. *Biol. Trace Elem. Res.* 143:1640–1650.

Vaks, V. L., Domrachev, G. A., Rodygin, Y. L., et al. (1994). Dissociation of water by microwave radiation. *Radiophys. Quant. Electron.* 37:85–88.

Valko, M., Leibfritz, D., Moncol, J., et al. (2007). Free radicals and antioxidants in normal physiological functions and human disease. *Int. J. Biochem. Cell Biol.* 39:44–84.

Valko, M., Rhodes, C. J., Moncol, J., et al. (2006). Free radicals, metals and antioxidants in oxidative stress-induced cancer. *Chem. Biol. Interact.* 160:1–40.

Wang, X., Sharma, R. K., Gupta, A., et al. (2003). Alterations in mitochondria membrane potential and oxidative stress in infertile men: A prospective observational study. *Fertil. Steril.* 80:844–850.

Wolf, R., Wolf, D. (2007). Increased incidence of cancer near a cell-phone transmitted station. In F. Columbus (Ed.), *Trends in Cancer Prevention* New York: Nova Science Publishers, Inc. pp. 1–8.

Xu, S., Zhou, Z., Zhang, L., et al. (2010). Exposure to 1800 MHz radiofrequency radiation induces oxidative damage to mitochondrial DNA in primary cultured neurons. *Brain. Res.* 1311:189–196.

Yakymenko, I., Sidorik, E., Kyrylenko, S., et al. (2011). Long-term exposure to microwave radiation provokes cancer growth: Evidences from radars and mobile communication systems. *Exp. Oncol.* 33:62–70.

Yakymenko, I., Sidorik, E., Tsybulin, O., et al. (2011). Potential risks of microwaves from mobile phones for youth health. *Environ. Health* 56:48–51.

Yurekli, A. I., Ozkan, M., Kalkan, T., et al. (2006). GSM base station electromagnetic radiation and oxidative stress in rats. *Electromagn. Biol. Med.* 25:177–188.

Zhao, T. Y., Zou, S. P., Knapp, P. E. (2007). Exposure to cell phone radiation up-regulates apoptosis genes in primary cultures of neurons and astrocytes. *Neurosci. Lett.* 412:34–38.

Zmyślony, M., Politanski, P., Rajkowska, E., et al. (2004). Acute exposure to 930 MHz CW electromagnetic radiation in vitro affects reactive oxygen species level in rat lymphocytes treated by iron ions. *Bioelectromagnetics* 25:324–328.

Zotti-Martelli, L., Peccatori, M., Maggini, V., et al. (2005). Individual responsiveness to induction of micronuclei in human lymphocytes after exposure in vitro to 1800-MHz microwave radiation. *Mutat. Res.* 582:42–52.

**/**

**/s** [1] - 160:19

**0**

**0.01** [3] - 56:19, 57:6, 59:25
**0.1** [6] - 56:14, 57:5, 59:7, 60:9, 60:13, 64:8
**0.6** [1] - 67:12
**001** [1] - 44:1
**01** [1] - 57:13
**04083** [1] - 163:2
**04112-4600** [1] - 163:17

**1**

**1** [10] - 2:9, 16:17, 16:20, 17:2, 40:17, 87:15, 101:14, 126:24, 143:17, 144:23
**10** [21] - 2:14, 3:25, 19:13, 21:6, 29:16, 29:25, 30:3, 34:2, 34:3, 35:7, 35:11, 58:2, 59:21, 59:24, 64:13, 74:12, 80:4, 87:8, 87:15, 107:21, 147:16
**10-page** [1] - 153:11
**100** [7] - 32:3, 141:2, 141:3, 141:6, 141:19, 142:15, 143:2
**107** [1] - 2:14
**10:12** [2] - 1:18, 3:3
**10:16** [1] - 4:7
**10:18** [1] - 4:8
**10:49** [1] - 21:18
**10:50** [1] - 21:18
**11** [3] - 2:14, 80:4, 110:3
**110** [1] - 2:14
**112** [1] - 2:15
**116** [1] - 2:16
**11:28** [1] - 41:13
**11:46** [1] - 41:13
**12** [4] - 2:15, 38:4, 80:4, 112:12
**120** [1] - 99:19
**126** [1] - 153:8
**127** [1] - 2:16
**13** [4] - 1:17, 2:15, 3:3, 163:10
**137** [1] - 2:18
**14** [3] - 2:16, 116:10,

116:21
**147** [1] - 26:11
**15** [4] - 2:16, 38:4, 80:12, 127:16
**16** [3] - 2:9, 2:17, 94:3
**17** [5] - 2:17, 54:20, 55:20, 149:9, 155:24
**18** [3] - 2:10, 2:10, 2:18
**19** [2] - 2:18, 137:17
**1991** [4] - 34:9, 109:1, 109:4, 109:15
**1997** [3] - 26:4, 26:9, 26:24
**1:01** [1] - 80:24
**1:37** [1] - 80:24

**2**

**2** [10] - 2:10, 17:2, 18:6, 82:10, 123:19, 142:25, 143:2, 143:10, 143:17, 144:20
**20** [9] - 2:19, 43:12, 45:9, 45:15, 87:9, 87:15, 119:21, 124:25, 153:15
**20-cv-00237-JDL** [1] - 1:3
**2000** [1] - 80:1
**2003** [1] - 125:2
**2004** [1] - 144:19
**2005** [2] - 28:7, 80:1
**2007** [8] - 24:1, 24:15, 54:20, 55:21, 56:9, 56:12, 58:14, 58:25
**2008** [1] - 152:9
**2010** [2] - 24:6, 152:9
**2011** [2] - 16:14, 77:20
**2012** [13] - 24:2, 24:5, 24:15, 29:3, 30:2, 54:22, 55:16, 56:10, 56:18, 58:14, 77:21, 122:9, 155:24
**2013** [6] - 23:16, 43:12, 103:6, 119:21, 124:25, 127:4
**2015** [4] - 28:7, 84:18, 118:10, 119:11
**2018** [1] - 110:4
**2021** [1] - 122:10
**2022** [6] - 1:18, 3:3, 160:16, 160:24, 163:4, 163:10
**207** [2] - 1:25, 163:2
**21** [4] - 2:11, 2:11, 2:12, 2:19
**22** [1] - 2:20

**221** [1] - 86:3
**24** [3] - 54:18, 55:16, 163:4
**24/7** [1] - 98:1
**24th** [1] - 160:16
**25** [1] - 149:9
**26** [3] - 137:22, 138:4, 138:5
**262** [1] - 16:15
**28** [3] - 122:8, 122:9, 160:24
**281-4230** [2] - 1:25, 163:2

**3**

**3** [9] - 2:4, 2:10, 18:12, 67:11, 67:13, 82:15, 83:15, 102:18, 103:11
**30** [5] - 34:17, 98:13, 98:17, 101:20, 163:11
**30-second** [1] - 21:15
**300** [1] - 67:14
**36** [3] - 2:12, 151:19, 151:20
**38** [2] - 151:20, 151:24
**3:30** [1] - 140:16
**3:52** [1] - 140:16
**3G** [1] - 65:19

**4**

**4** [14] - 2:11, 17:2, 21:23, 22:9, 22:10, 24:17, 24:23, 25:7, 25:13, 25:14, 25:18, 25:25, 26:21, 82:16
**40** [1] - 2:20
**404** [1] - 163:1
**42** [1] - 151:25
**43** [1] - 2:19
**45** [3] - 2:19, 152:3, 152:6
**4600** [1] - 163:17
**48** [1] - 152:6
**4:25** [1] - 159:2
**4G** [1] - 65:20

**5**

**5** [17] - 2:11, 21:23, 24:18, 25:6, 29:16, 30:2, 34:2, 34:3, 35:6, 35:11, 38:4, 82:21, 101:25, 102:3, 102:6
**57** [1] - 152:12
**58** [1] - 152:12

**5G** [2] - 8:21, 65:17

**6**

**6** [10] - 2:12, 21:23, 24:19, 25:7, 25:8, 26:6, 26:14, 26:15, 26:18, 27:11
**60** [5] - 31:7, 35:2, 67:2, 67:4, 90:19
**67** [1] - 151:20

**7**

**7** [8] - 2:12, 36:3, 102:11, 104:19, 105:1, 105:8, 122:7, 144:23
**70** [1] - 121:6

**8**

**8** [6] - 2:13, 19:13, 81:13, 86:16, 107:20, 133:15
**81** [1] - 2:13
**84** [1] - 2:13

**9**

**9** [4] - 2:13, 84:17, 86:3, 107:20
**900** [1] - 144:22
**93** [4] - 141:6, 141:21, 141:24, 143:1
**94** [1] - 2:17

**A**

**a.m** [8] - 1:18, 3:3, 4:7, 4:8, 21:18, 21:19, 41:13
**abbreviation** [1] - 7:6
**ability** [6] - 30:13, 59:6, 92:21, 108:2, 114:25, 134:16
**able** [9] - 41:4, 59:8, 62:11, 108:15, 109:10, 113:25, 114:20, 134:24, 152:19
**above-named** [2] - 160:13, 161:18
**above-referenced** [1] - 163:10
**absolutely** [9] - 9:20, 20:4, 41:4, 77:24, 83:9, 100:2, 100:5, 121:22, 149:23
**abstract** [1] - 141:18

**AC** [1] - 67:25
**accept** [5] - 9:22, 58:8, 62:14, 97:20
**accepted** [2] - 52:20, 137:11
**accepting** [1] - 15:7
**access** [4] - 55:13, 62:23, 63:6, 109:20
**accommodated** [1] - 39:13
**accommodation** [1] - 52:14
**according** [1] - 143:10
**accounts** [1] - 120:12
**accurate** [3] - 18:22, 46:18, 147:17
**accurately** [3] - 32:9, 100:10, 139:11
**achieve** [1] - 57:4
**acknowledge** [5] - 71:25, 75:14, 85:13, 117:17, 161:18
**Acknowledgements** [2] - 114:4, 114:13
**acoustic** [3] - 82:11, 128:12, 128:15
**acquired** [1] - 39:19
**acronym** [1] - 149:4
**act** [5] - 60:25, 107:10, 107:12, 124:12, 161:21
**Act** [3] - 36:22, 124:11, 126:12
**acting** [2] - 102:24, 104:15
**ACTION** [1] - 1:3
**action** [9] - 8:12, 10:24, 10:25, 42:17, 46:20, 124:10, 148:18, 160:6, 160:14
**active** [1] - 125:6
**activities** [1] - 66:10
**activity** [1] - 66:18
**acts** [2] - 106:5, 124:5
**actual** [2] - 42:22, 141:25
**add** [1] - 56:21
**added** [3] - 24:11, 24:12, 79:3
**addition** [3] - 93:9, 110:2, 118:23
**additional** [1] - 89:2
**additions** [1] - 24:11
**address** [4] - 21:4, 21:7, 21:9, 27:11
**addressed** [2] - 55:11, 56:3
**addresses** [2] - 14:16, 27:2

**addressing** [1] - 147:2
**adds** [2] - 85:7, 142:4
**adequate** [2] - 10:4, 33:13
**adjacent** [2] - 51:22, 133:12
**administered** [2] - 3:8, 137:1
**administering** [1] - 136:8
**adopted** [1] - 12:19
**adrenal** [1] - 128:24
**adult** [2] - 112:21, 130:3
**adults** [2] - 37:20, 67:8
**advanced** [4] - 29:4, 42:3, 48:18, 52:6
**advancing** [1] - 72:2
**adverse** [19] - 37:14, 45:23, 47:13, 55:14, 58:15, 58:22, 59:5, 69:24, 74:11, 77:12, 77:17, 79:5, 83:22, 85:8, 85:15, 94:22, 96:14, 121:7, 121:19
**adversely** [1] - 64:5
**advice** [3] - 78:14, 79:8, 122:24
**advises** [1] - 74:10
**advising** [1] - 134:23
**advisory** [2] - 79:18, 79:21
**advocacy** [7] - 12:4, 70:15, 71:7, 72:16, 72:19, 73:8, 149:10
**Advocate** [5] - 68:22, 70:14, 71:15, 71:18, 71:20
**advocate** [3] - 70:24, 70:25
**advocates** [1] - 71:20
**affect** [1] - 106:15
**affecting** [1] - 102:22
**affiliated** [3] - 11:24, 12:2, 12:3
**affix** [1] - 160:16
**affixed** [2] - 68:25, 161:20
**aforementioned** [1] - 160:6
**Africa** [1] - 76:4
**AG** [1] - 155:18
**age** [2] - 58:7, 62:19
**agencies** [1] - 41:18
**agency** [2] - 12:13, 136:6
**Agency** [2] - 111:3, 128:4
**aggregate** [3] - 66:1,

66:2, 103:15
**AGNIR** [3] - 125:2, 125:3, 125:6
**ago** [18] - 3:16, 12:9, 17:15, 18:20, 19:13, 21:6, 26:21, 29:25, 30:18, 34:17, 45:17, 46:9, 57:16, 70:12, 111:7, 132:5, 135:4, 147:16
**agree** [13] - 7:25, 8:1, 75:5, 77:25, 78:5, 78:8, 80:9, 80:15, 82:18, 92:5, 132:19, 146:11, 146:12
**agreed** [1] - 84:21
**agrees** [1] - 43:17
**ahead** [3] - 21:2, 48:4, 137:12
**AHM** [1] - 50:4
**aided** [1] - 160:9
**air** [4] - 58:8, 58:9, 106:2, 107:6
**airborne** [4] - 102:19, 103:22, 104:10, 107:9
**al** [3] - 2:15, 50:7, 153:14
**Albany** [4] - 8:25, 21:12, 74:18, 134:21
**albeit** [1] - 117:19
**allegation** [2] - 129:1, 129:3
**allege** [1] - 83:5
**alleged** [1] - 45:23
**alleging** [2] - 111:21, 136:3
**allow** [3] - 47:9, 76:22, 76:24
**allowed** [1] - 99:25
**almost** [12] - 9:13, 17:20, 38:2, 38:10, 57:7, 59:17, 65:20, 69:21, 86:15, 91:6, 133:4, 144:14
**alone** [2] - 115:7, 115:9
**alphabetical** [2] - 26:8, 26:16
**AM** [1] - 62:1
**Americans** [3] - 36:21, 124:10, 126:11
**AMI** [1] - 29:9
**amount** [3] - 57:23, 66:18, 91:23
**analogous** [1] - 95:4
**analogue** [4] - 36:23, 38:18, 134:25, 135:2
**analogy** [1] - 29:21
**analyze** [1] - 68:23

**Anderson** [1] - 81:8
**anecdotal** [1] - 33:12
**animal** [2] - 136:12, 136:14
**animals** [7] - 28:17, 111:11, 111:12, 118:21, 118:22, 128:7, 143:13
**answer** [18] - 6:11, 15:17, 15:18, 32:7, 42:10, 42:25, 55:6, 64:11, 64:14, 67:18, 70:6, 73:18, 87:13, 100:11, 131:11, 138:17, 139:5, 141:5
**answered** [2] - 52:3, 71:24
**answering** [1] - 5:3
**antennae** [4] - 102:24, 104:15, 106:5, 107:11
**anyhow** [1] - 137:12
**apart** [4] - 13:10, 32:7, 41:15, 100:7
**apartment** [1] - 46:5
**apologize** [5] - 42:13, 52:2, 54:16, 70:10, 70:11
**appear** [2] - 25:1, 79:4
**APPEARANCES** [1] - 1:20
**appeared** [1] - 161:19
**appearing** [1] - 26:19
**application** [3] - 79:12, 79:15, 79:24
**applied** [1] - 142:17
**apply** [1] - 70:20
**appoint** [1] - 78:24
**appointed** [2] - 75:5, 78:25
**appreciable** [2] - 59:14, 60:8
**appreciate** [2] - 63:8, 92:23
**approach** [1] - 69:8
**appropriate** [9] - 31:6, 56:13, 56:14, 59:7, 72:20, 75:7, 78:1, 114:22, 115:16
**approval** [1] - 75:24
**approve** [2] - 29:8, 135:3
**approved** [2] - 48:18, 80:2
**area** [11] - 6:19, 11:12, 15:4, 86:24, 86:25, 92:5, 125:6, 133:16, 134:20, 136:22
**argue** [1] - 144:17
**argued** [1] - 132:17

**arguing** [2] - 8:6, 8:9
**arrived** [1] - 135:25
**Article** [6] - 2:13, 2:13, 2:14, 2:14, 2:15, 2:17
**article** [51] - 13:6, 25:15, 26:9, 26:18, 26:19, 26:24, 27:15, 27:20, 27:24, 28:3, 35:15, 81:12, 81:17, 83:20, 83:22, 84:9, 84:17, 84:24, 87:18, 93:14, 93:16, 93:21, 94:3, 94:5, 94:6, 94:23, 95:9, 95:16, 95:24, 96:19, 107:22, 109:16, 109:21, 110:3, 110:5, 111:15, 112:2, 112:12, 113:15, 114:3, 114:10, 116:18, 116:21, 116:25, 117:6, 117:23, 141:2, 141:16, 145:24, 146:9, 146:15
**articles** [12] - 11:7, 24:6, 25:20, 27:10, 32:16, 38:24, 95:11, 109:15, 119:2, 157:8, 157:24
**articulated** [1] - 64:9
**ascribe** [1] - 101:7
**aside** [1] - 74:17
**asleep** [1] - 98:13
**aspect** [2] - 140:18
**assembled** [2] - 23:25, 24:14
**assertions** [1] - 151:16
**assess** [1] - 9:18
**assigning** [1] - 9:15
**assignments** [3] - 10:7, 75:22, 76:3
**assist** [1] - 120:20
**associated** [2] - 21:24, 89:7
**association** [2] - 27:12, 28:11
**Association** [1] - 147:21
**associations** [3] - 27:8, 28:21
**assume** [7] - 40:24, 106:25, 119:24, 122:9, 132:11, 133:3, 148:18
**assumed** [1] - 53:5
**assuming** [1] - 17:17

**assumption** [2] - 85:14, 106:21
**assumptions** [1] - 14:24
**assure** [1] - 69:11
**atmosphere** [1] - 68:10
**ATP** [1] - 91:16
**attached** [4] - 23:21, 98:13, 150:2, 153:6
**Attached** [1] - 150:19
**attachment** [1] - 151:5
**attachments** [2] - 43:25, 120:10
**attempted** [1] - 131:23
**attention** [3] - 18:1, 64:23, 134:22
**ATTORNEY** [1] - 161:16
**Attorney** [11] - 43:16, 44:5, 44:9, 44:13, 45:2, 140:23, 150:12, 151:2, 152:14, 155:25, 156:6
**attorney** [1] - 162:10
**attorneys** [14] - 7:5, 7:16, 8:5, 8:7, 8:13, 10:14, 10:18, 10:20, 10:24, 11:3, 12:11, 12:15, 44:16
**attributable** [2] - 115:7, 115:9
**attributed** [2] - 82:23, 83:16
**audit** [3] - 148:11, 148:13, 148:19
**auditory** [2] - 128:15, 131:7
**Australia** [2] - 32:20, 73:15
**author** [4] - 24:24, 25:16, 54:14, 75:10, 81:16, 95:25, 118:8, 118:15, 123:11
**author's** [1] - 116:4
**authored** [3] - 54:19, 55:19, 81:13
**authoritative** [1] - 149:22
**authority** [1] - 136:2
**authors** [10] - 9:24, 54:10, 80:16, 82:4, 113:16, 113:19, 114:23, 115:15, 115:17, 115:19
**availability** [1] - 5:16
**available** [2] - 4:4, 141:19
**average** [3] - 90:4,

90:9, 139:21

**avoid** [3] - 62:3, 62:14, 70:23

**aware** [10] - 11:25, 27:9, 27:11, 30:5, 44:16, 64:19, 72:7, 72:9, 72:14, 133:23

## B

**background** [4] - 54:24, 84:20, 97:8, 156:11

**backgrounds** [1] - 155:14

**backwards** [1] - 45:5

**bad** [2] - 58:9, 98:25

**Bailey** [2] - 151:8, 154:5

**Bailey's** [3] - 151:15, 151:19, 152:16

**balance** [4] - 58:5, 72:6, 91:1, 132:15

**ballpark** [1] - 35:6

**barker** [1] - 49:12

**Barnett** [1] - 49:6

**barred** [1] - 52:5

**base** [1] - 71:5

**based** [13] - 27:5, 29:22, 34:9, 42:3, 42:17, 71:21, 72:4, 72:22, 80:19, 117:24, 135:11, 145:23, 154:13

**basic** [2] - 84:6, 112:15

**basis** [18] - 10:6, 27:25, 28:16, 39:5, 39:8, 60:19, 69:15, 77:1, 77:3, 77:9, 80:16, 82:25, 89:12, 93:3, 94:18, 100:25, 124:10, 136:17

**BC** [1] - 48:23

**BE** [1] - 161:16

**bearing** [1] - 16:14

**became** [2] - 55:9, 56:10

**become** [4] - 32:1, 77:21, 79:11, 135:16

**bedroom** [1] - 99:10

**BEFORE** [1] - 1:16

**begin** [2] - 90:11, 92:1

**beginning** [2] - 1:18, 3:3

**begins** [2] - 90:12, 124:25

**behalf** [1] - 15:14

**behavior** [1] - 136:15

**behind** [1] - 53:23

**beings** [2] - 59:14, 95:22

**belief** [4] - 99:1, 130:21, 132:9, 139:19

**below** [8] - 59:1, 59:23, 60:4, 74:11, 111:13, 128:21, 136:20, 162:2

**Below** [1] - 118:18

**Belpomme** [8] - 2:13, 75:10, 81:12, 94:12, 95:24, 95:25, 96:11, 145:6

**benefit** [7] - 49:22, 58:6, 59:4, 72:6, 75:23, 132:15, 132:25

**benefits** [3] - 76:8, 76:9, 76:10

**benign** [1] - 140:5

**best** [8] - 55:9, 58:10, 59:6, 90:20, 90:24, 95:11, 127:13, 147:14

**better** [3] - 25:23, 63:15, 108:25

**between** [23] - 16:12, 20:7, 20:8, 27:8, 27:12, 38:4, 44:17, 44:18, 56:11, 57:9, 59:19, 60:22, 61:3, 62:12, 71:1, 79:21, 87:8, 91:1, 114:6, 114:16, 126:18, 136:1

**beyond** [4] - 86:24, 86:25, 115:25, 136:21

**bias** [15] - 71:16, 71:17, 71:25, 72:8, 76:19, 76:23, 77:3, 77:5, 78:7, 78:17, 80:8, 80:18, 113:23, 113:24, 114:2

**biased** [5] - 69:7, 69:16, 76:25, 78:13, 80:7

**biases** [1] - 113:4

**big** [2] - 42:24, 148:3

**bind** [1] - 61:1

**Bioelectricity** [2] - 109:6, 109:16

**BioInitiative** [25] - 11:10, 23:7, 24:1, 24:3, 24:10, 53:17, 53:22, 54:8, 54:18, 54:21, 55:17, 56:12, 64:9, 67:10, 72:7, 72:12, 72:16, 73:8,

73:12, 73:17, 80:11, 81:23, 139:5, 148:22, 151:21

**biological** [17] - 23:10, 55:14, 57:1, 57:21, 58:15, 60:3, 60:14, 61:10, 61:24, 84:12, 98:3, 117:25, 135:10, 136:14, 136:18, 141:23

**Biological** [3] - 2:11, 22:10, 22:23

**biologically** [1] - 96:21

**biostatistics** [1] - 6:17

**biphenyls** [2] - 60:21, 130:7

**birth** [1] - 61:19

**bit** [13] - 6:22, 8:3, 12:24, 31:5, 32:8, 34:4, 42:14, 56:11, 63:9, 81:1, 107:22, 139:15, 140:14

**bizarre** [1] - 49:19

**blame** [3] - 30:10, 30:19, 109:9

**blind** [1] - 34:13

**blinded** [3] - 31:3, 31:12, 108:1

**block** [1] - 136:5

**blood** [6] - 95:25, 96:5, 130:8, 130:9, 130:10, 130:11

**blue** [1] - 10:23

**bodies** [2] - 68:16, 151:16

**body** [22] - 9:9, 31:23, 32:11, 32:17, 65:5, 75:4, 78:25, 80:9, 85:7, 91:5, 91:9, 91:14, 91:16, 91:17, 91:22, 91:25, 92:15, 128:13, 141:10, 142:4, 152:18, 152:23

**bone** [2] - 40:15, 126:19

**book** [1] - 54:11

**books** [1] - 9:25

**bother** [1] - 125:18

**bottom** [4] - 44:2, 114:12, 137:22, 138:5

**boundary** [4] - 59:19, 60:22, 61:3, 62:12

**Box** [2] - 163:1, 163:17

**bra** [1] - 65:9

**brain** [8] - 57:25, 65:6, 83:23, 93:5, 93:8,

94:19, 110:22, 131:7

**break** [25] - 4:6, 5:7, 5:8, 5:10, 5:14, 17:1, 20:4, 20:5, 21:15, 21:17, 32:7, 41:7, 41:12, 43:15, 44:8, 80:23, 83:14, 90:24, 90:25, 100:7, 119:19, 125:20, 127:15, 140:15, 140:22

**breaks** [1] - 91:10

**breast** [2] - 65:8, 131:8

**brick** [3] - 86:20, 106:10, 133:9

**brief** [8] - 31:22, 87:7, 87:13, 87:14, 97:17, 97:25, 98:1, 155:13

**briefer** [1] - 99:16

**British** [2] - 48:25, 125:5

**brought** [2] - 19:3, 30:11

**Bruce** [14] - 1:21, 4:3, 16:4, 16:5, 16:6, 17:13, 17:24, 43:1, 83:14, 149:25, 150:13, 150:15, 155:21, 156:15

**building** [8] - 31:23, 32:11, 32:17, 102:24, 104:15, 105:17, 106:4, 106:23

**built** [4] - 70:17, 74:24, 78:17, 124:13

**built-in** [2] - 70:17, 74:24

**bunch** [2] - 48:12, 69:23

**bureau** [1] - 74:21

**burst** [1] - 87:10

**bursts** [7] - 31:21, 97:19, 97:21, 97:23, 98:14, 98:15

**buzzing** [1] - 98:4

**BY** [19] - 3:14, 4:9, 21:20, 22:19, 41:14, 45:13, 80:25, 100:15, 102:17, 103:19, 104:2, 105:6, 140:20, 145:22, 149:6, 150:25, 155:7, 157:2, 161:16

## C

**cabinet** [2] - 20:4,

20:11

**cabinets** [2] - 35:22, 123:3

**California** [5] - 7:18, 8:2, 10:15, 12:10, 33:4

**Cancer** [2] - 111:4, 128:4

**cancer** [51] - 36:16, 38:1, 38:22, 39:24, 40:3, 57:25, 61:19, 62:5, 65:8, 66:25, 67:7, 81:24, 83:24, 94:19, 99:14, 99:17, 99:18, 99:19, 99:20, 104:1, 110:7, 110:22, 111:11, 111:12, 112:10, 113:2, 126:18, 126:21, 128:15, 129:2, 129:4, 129:10, 129:14, 130:17, 130:22, 130:23, 131:1, 131:3, 131:7, 131:8, 131:18, 131:19, 131:21, 132:10, 136:15, 137:5, 149:14, 152:11

**cancers** [21] - 36:5, 65:6, 67:2, 67:3, 110:20, 111:20, 112:5, 112:7, 112:22, 128:7, 128:22, 130:8, 130:11, 131:5, 131:9, 131:10, 131:12, 131:14, 131:16, 132:20, 132:21

**cannot** [6] - 59:12, 59:19, 62:2, 62:14, 132:22, 153:3

**capacity** [1] - 116:8

**caption** [2] - 114:13, 143:10

**captioned** [1] - 104:23

**captured** [2] - 74:3, 139:22

**carbohydrates** [1] - 61:17

**Carcinogenesis** [1] - 127:20

**carcinogens** [3] - 111:8, 128:5, 149:13

**careful** [2] - 69:8, 156:1

**carefully** [1] - 115:18

**Carney** [1] - 90:13

**CARPENT** [1] - 21:11

**Carpent @uamail.Albany.edu** [1] - 21:10
**Carpenter** [17] - 2:12, 2:19, 3:15, 4:10, 18:5, 18:12, 22:9, 23:19, 24:20, 103:8, 103:20, 119:23, 140:17, 150:6, 155:12, 157:4, 163:7
**CARPENTER** [5] - 1:13, 2:1, 3:11, 161:2, 161:10
**carpenter** [2] - 21:21, 156:24
**Carpenter 's** [1] - 100:9
**carried** [1] - 87:24
**Carrubba** [1] - 152:1
**carry** [1] - 54:22
**case** [139] - 3:18, 4:16, 6:10, 6:24, 13:10, 14:5, 14:9, 14:14, 14:19, 15:2, 15:10, 15:16, 15:25, 16:14, 17:17, 17:23, 18:9, 20:10, 21:3, 24:22, 25:1, 27:7, 28:1, 29:7, 29:15, 29:21, 31:6, 31:20, 36:19, 37:1, 37:8, 37:12, 37:15, 37:24, 39:10, 40:22, 41:11, 45:18, 45:22, 46:1, 46:19, 47:5, 47:9, 47:16, 47:21, 47:23, 48:5, 48:6, 48:11, 48:14, 48:24, 48:25, 49:1, 49:6, 49:14, 50:8, 50:14, 50:21, 51:3, 51:10, 52:11, 52:12, 52:18, 52:19, 52:25, 53:2, 53:5, 53:8, 53:15, 62:20, 69:21, 77:20, 81:3, 81:17, 82:13, 82:19, 83:18, 84:25, 85:21, 88:24, 90:16, 94:7, 94:9, 95:20, 99:11, 103:10, 103:25, 104:22, 108:4, 108:5, 108:9, 108:10, 112:7, 115:25, 116:6, 119:5, 119:9, 119:11, 119:12, 120:21, 121:4, 121:21, 121:23, 121:25, 125:15, 125:23, 126:3,

126:4, 129:4, 129:13, 131:25, 132:1, 133:24, 135:10, 137:19, 144:3, 146:21, 146:23, 147:1, 147:2, 152:8, 154:7, 154:8, 154:19, 154:21, 154:22, 154:23, 155:1, 155:20, 155:24, 156:4, 156:10, 156:14, 156:22, 157:23, 158:14
**Case** [5] - 1:3, 2:18, 123:19, 124:1, 124:2
**cases** [22] - 3:23, 4:16, 13:16, 13:20, 13:22, 13:24, 13:25, 14:3, 15:8, 19:25, 20:17, 20:19, 47:18, 48:13, 51:5, 51:9, 51:13, 51:15, 103:9, 117:16, 152:7
**catalase** [1] - 91:19
**catalog** [2] - 147:25, 148:6
**catalogued** [1] - 64:19
**categories** [1] - 16:10
**categorizing** [1] - 24:25
**category** [1] - 115:6
**caused** [7] - 83:8, 84:7, 112:10, 121:10, 129:4, 142:11, 143:12
**causes** [6] - 95:14, 130:22, 130:25, 142:14, 145:15
**causing** [1] - 58:11
**Caution** [1] - 148:21
**cell** [33] - 33:19, 33:20, 46:4, 48:5, 63:21, 63:23, 63:25, 65:2, 65:4, 65:6, 65:9, 65:16, 74:6, 86:5, 92:19, 93:5, 93:9, 110:11, 110:14, 110:18, 110:20, 110:23, 128:8, 128:20, 130:11, 138:10, 138:11, 143:4, 144:23, 149:13, 149:14, 152:6
**Cell** [2] - 127:21, 148:21
**cells** [15] - 56:25, 57:22, 58:16, 58:17, 95:8, 95:19, 110:19,

130:8, 130:9, 141:1, 141:13, 142:2, 142:21, 143:17, 152:24
**cellular** [1] - 96:9
**center** [5] - 74:19, 75:15, 75:19, 75:25, 79:12
**Center** [1] - 135:23
**centers** [1] - 75:18
**centimeter** [13] - 56:15, 56:19, 57:13, 58:3, 59:7, 59:22, 60:1, 60:9, 60:14, 64:8, 67:12, 74:12
**central** [1] - 68:25
**Central** [7] - 3:19, 68:24, 70:2, 104:23, 124:4, 153:15, 163:6
**CENTRAL** [1] - 1:9
**certain** [6] - 50:10, 55:22, 66:7, 71:25, 123:14, 137:2
**certainly** [48] - 11:5, 15:6, 17:20, 19:5, 23:24, 29:20, 34:5, 41:5, 42:25, 55:7, 57:21, 58:1, 58:6, 60:3, 61:19, 64:12, 64:23, 66:21, 67:22, 72:15, 72:20, 73:14, 76:24, 95:11, 101:15, 101:23, 108:16, 115:3, 115:12, 116:1, 117:5, 117:8, 122:24, 124:2, 124:9, 124:22, 128:21, 131:2, 131:4, 131:14, 132:2, 132:19, 134:9, 138:24, 146:11, 152:21, 152:22, 158:5
**certainty** [1] - 101:8, 101:13, 102:6
**CERTIFICATE** [1] - 160:1
**certify** [3] - 160:3, 160:7, 160:12
**chair** [1] - 133:25
**chaired** [2] - 79:18, 79:21
**chairperson** [1] - 125:2
**challenging** [2] - 46:19, 124:3
**Chamberlin** [1] - 81:6
**chance** [10] - 44:7, 115:7, 115:9,

119:17, 125:11, 137:24, 138:2, 140:22, 158:1, 158:3
**change** [10] - 54:23, 61:5, 74:23, 77:8, 81:21, 133:19, 162:5, 162:6, 162:7
**Change** [1] - 162:14
**changed** [4] - 21:5, 21:8, 76:16, 158:20
**Changed** [1] - 162:14
**changes** [5] - 31:15, 61:2, 82:1, 161:4, 162:3
**chapter** [2] - 54:4, 73:6
**Chapter** [1] - 54:18
**chapters** [5] - 54:1, 54:8, 54:10, 54:15, 80:16, 80:19
**characteristic** [1] - 87:23
**characterize** [1] - 64:24
**charge** [3] - 15:7, 100:1, 136:8
**charges** [2] - 36:22, 124:6
**charging** [1] - 15:12
**check** [3] - 46:8, 47:3, 156:6
**checked** [3] - 19:22, 19:23, 20:2
**chemical** [1] - 9:11
**chemicals** [1] - 76:6
**chief** [2] - 11:11, 55:2
**childhood** [2] - 67:1, 136:11
**children** [22] - 36:14, 36:17, 37:9, 37:19, 37:20, 38:14, 67:7, 82:17, 89:7, 112:16, 112:20, 113:6, 113:7, 113:9, 113:11, 113:14, 113:20, 113:22, 115:5, 129:18, 130:2, 149:14
**children 's** [1] - 76:2
**Children 's** [1] - 12:2
**choose** [3] - 14:25, 58:13, 79:4
**choosing** [1] - 80:18
**chose** [1] - 80:19
**Chris** [6] - 3:16, 43:19, 45:9, 102:13, 103:12, 155:6
**Christopher** [1] - 1:22, 163:15
**chronic** [1] - 110:7

**Cindy** [10] - 24:12, 25:11, 53:23, 54:2, 54:24, 55:19, 56:11, 56:18, 57:9, 80:18
**circle** [1] - 18:3
**circuits** [1] - 89:4
**circumstances** [2] - 33:10, 42:9
**citation** [1] - 26:10
**cite** [4] - 35:15, 35:18, 35:19, 35:23
**cited** [2] - 112:13, 122:4
**cites** [2] - 151:21, 152:9
**citizens** [1] - 48:23
**citizenship** [1] - 11:17
**city** [1] - 134:21
**Civil** [1] - 156:20
**CIVIL** [1] - 1:3
**claim** [2] - 52:12, 126:8
**claiming** [1] - 112:9
**claims** [1] - 123:21
**clarification** [3] - 5:1, 88:12, 92:23
**clarify** [3] - 39:2, 122:6, 140:17
**classifying** [1] - 149:12
**classrooms** [1] - 63:4
**clear** [14] - 12:17, 25:10, 33:22, 36:1, 38:23, 39:4, 44:19, 80:6, 94:15, 96:17, 118:20, 119:6, 133:14, 136:18
**clearly** [16] - 34:23, 58:21, 61:6, 67:4, 69:7, 72:19, 87:6, 109:8, 115:16, 117:10, 122:11, 123:14, 128:17, 141:6, 141:10, 150:2
**clients** [1] - 20:16
**clinical** [2] - 13:1, 115:6
**close** [4] - 82:9, 144:7, 144:15, 158:2
**closely** [1] - 53:24
**closest** [1] - 52:18
**CMP** [3] - 98:10, 120:23, 156:12
**co** [8] - 11:11, 24:12, 55:2, 55:19, 81:13, 81:16, 82:4, 95:25
**co-author** [2] - 81:16, 95:25
**co-authored** [2] - 55:19, 81:13

**co-authors** [1] - 82:4
**co-editor** [3] - 11:11, 24:12, 55:2
**cognitive** [2] - 82:17, 84:1
**collaborating** [5] - 74:19, 75:15, 75:18, 75:25, 79:11
**colleagues** [1] - 74:14
**collected** [1] - 32:23
**Columbia** [2] - 12:19, 48:25
**column** [1] - 26:4
**combination** [2] - 96:9, 97:2
**coming** [3] - 65:17, 68:1, 145:12
**comment** [2] - 79:7, 114:23
**commentaries** [1] - 151:23
**comments** [5] - 43:25, 148:22, 150:5, 151:9, 152:11
**Comments** [1] - 120:10
**Commission** [40] - 12:7, 15:16, 15:25, 16:14, 18:9, 18:14, 18:15, 18:18, 18:23, 19:15, 19:19, 20:9, 20:17, 21:25, 23:15, 23:23, 24:22, 29:3, 29:8, 41:16, 41:17, 42:7, 46:12, 46:21, 47:22, 48:14, 48:18, 50:25, 68:23, 70:4, 81:15, 120:2, 120:21, 125:15, 131:24, 136:2, 148:2, 149:1, 150:4, 153:15
**commission** [7] - 12:12, 42:1, 148:12, 148:17, 148:18, 160:24, 161:24
**commission 's** [1] - 148:16
**commissions** [1] - 137:14
**committee** [8] - 12:13, 19:5, 79:9, 79:18, 79:21, 147:14, 147:15, 147:18
**common** [6] - 10:25, 93:12, 93:25, 94:13, 130:17, 131:10
**communication** [2] - 17:19, 20:23
**Communications** [2] -

12:6, 150:4
**communications** [6] - 16:12, 17:3, 17:7, 17:8, 17:11, 156:16
**community** [4] - 47:8, 50:18, 50:19, 52:1, 78:4, 78:9, 78:11, 154:12
**companies** [1] - 8:8
**company** [2] - 55:7, 74:6
**Company** [5] - 3:19, 68:24, 70:3, 104:24, 163:6
**compare** [1] - 26:6
**compared** [2] - 36:16, 37:14
**compares** [2] - 64:8, 66:6
**comparing** [1] - 25:7
**compelling** [1] - 63:14
**compensated** [1] - 14:19
**compensation** [2] - 15:1, 15:11
**complaint** [1] - 83:11
**complaints** [1] - 32:22, 42:8
**complements** [1] - 110:24
**complete** [1] - 109:20
**COMPLETED** [1] - 161:16
**completely** [3] - 108:1, 108:12, 140:5
**complimentary** [1] - 148:23
**component** [2] - 67:25, 94:21
**components** [2] - 6:1, 14:4
**composed** [1] - 91:5
**comprehensive** [1] - 128:25
**computer** [1] - 47:2, 63:5, 160:9
**computer -aided** [1] - 160:9
**concern** [5] - 82:16, 82:18, 98:5, 129:13, 140:24
**concerned** [3] - 42:18, 97:9, 97:13
**concerning** [1] - 47:13
**concerns** [2] - 73:22, 133:24
**concerted** [1] - 10:24
**conclude** [1] - 96:14
**concluded** [2] - 53:7, 159:2

**conclusion** [8] - 9:24, 39:8, 42:4, 115:2, 117:13, 117:23, 129:17, 129:20
**conclusions** [1] - 47:13
**condemned** [1] - 72:12
**condense** [1] - 37:5
**conditions** [4] - 82:12, 83:7, 83:8, 83:16
**condom** [1] - 65:12
**conduct** [1] - 108:13
**conducted** [5] - 13:11, 102:23, 104:14, 106:2, 135:12
**confess** [1] - 82:8
**confidence** [4] - 101:5, 101:15, 101:24, 158:19
**confirm** [2] - 26:17, 118:5
**confirmation** [3] - 76:19, 80:8, 116:4
**confirmed** [2] - 136:10, 141:21
**confirms** [1] - 42:14
**conflict** [3] - 70:17, 75:1, 75:3
**conflicts** [4] - 69:13, 70:19, 70:21, 74:24
**confounding** [1] - 113:25
**confused** [1] - 60:6
**confusing** [1] - 51:18
**connect** [1] - 63:2
**Connecticut** [4] - 49:6, 49:9, 51:3, 77:19
**connection** [8] - 13:10, 15:24, 17:14, 27:6, 27:20, 29:3, 69:2, 126:3
**connections** [1] - 63:5
**Connolly** [1] - 3:6
**Conrad** [11] - 120:18, 120:23, 121:20, 122:2, 122:12, 122:15, 122:17, 123:1, 123:6, 154:4, 155:13
**consider** [7] - 6:3, 6:8, 33:13, 69:22, 70:13, 115:18, 141:14
**considerably** [2] - 70:18, 110:12
**considered** [3] - 8:15, 121:19, 153:3
**considering** [1] - 151:18

**consistency** [5] - 143:9, 143:22, 145:14, 145:18, 145:23
**consistent** [10] - 28:24, 31:17, 33:17, 34:19, 114:5, 114:15, 117:14, 117:21, 119:5, 142:7
**consists** [1] - 143:11
**constantly** [1] - 97:24
**constitute** [2] - 33:12, 148:18
**constructed** [1] - 89:3
**construction** [1] - 47:9
**consult** [1] - 7:16
**consultation** [1] - 54:7
**consulting** [1] - 55:7
**contained** [4] - 20:10, 148:6, 156:22, 162:4
**containing** [1] - 148:15
**contains** [2] - 24:24, 43:21
**contemplated** [1] - 54:10
**contention** [1] - 39:11
**contents** [1] - 153:6
**continuation** [1] - 25:9
**continued** [1] - 37:2
**continuous** [1] - 97:21
**continuously** [1] - 97:19
**contradict** [1] - 4:19
**contradicted** [1] - 80:14
**contradiction** [1] - 4:20
**contribute** [1] - 54:1
**control** [2] - 132:22, 152:8
**conversations** [1] - 40:10
**convey** [2] - 89:2, 131:24
**conveyed** [1] - 40:12
**convinced** [2] - 55:9, 77:21, 135:17
**copied** [1] - 44:13
**copies** [3] - 22:21, 24:16, 43:24
**copy** [12] - 55:25, 103:13, 109:25, 110:1, 125:7, 148:14, 148:22, 150:19, 152:21, 154:20, 158:6, 163:10

**core** [2] - 6:1, 9:4
**corner** [1] - 23:18
**Corporation** [1] - 46:15
**correct** [91] - 5:21, 5:22, 9:1, 12:21, 13:2, 14:22, 24:3, 27:4, 27:13, 29:5, 29:11, 30:22, 32:9, 32:14, 32:15, 32:20, 34:6, 35:12, 37:4, 37:6, 37:10, 37:11, 38:25, 39:1, 45:19, 46:16, 46:22, 46:24, 48:1, 48:2, 50:3, 50:4, 51:1, 51:7, 51:23, 52:9, 53:3, 53:20, 53:21, 59:12, 63:18, 63:23, 72:3, 72:4, 77:24, 82:7, 82:13, 82:14, 82:19, 82:20, 83:1, 83:2, 83:8, 92:7, 96:24, 97:5, 97:15, 102:4, 107:4, 108:6, 111:17, 112:6, 116:19, 116:20, 118:1, 118:2, 119:21, 119:22, 120:22, 120:25, 126:5, 126:9, 129:5, 129:6, 129:19, 129:22, 129:23, 131:20, 132:12, 132:13, 139:24, 140:11, 143:15, 145:3, 146:4, 146:7, 147:24
**corrected** [1] - 17:12
**corrections** [1] - 161:6
**correctly** [6] - 46:4, 46:9, 97:5, 109:12, 130:19, 142:21
**correspondence** [4] - 11:1, 20:6, 42:23, 43:1
**corresponds** [1] - 24:23
**corroborating** [1] - 75:19
**costs** [1] - 62:25
**Coumb** [2] - 155:11
**Council** [2] - 74:8, 78:22
**counsel** [2] - 16:13, 17:13
**countries** [2] - 56:17, 73:21
**country** [1] - 117:19
**counts** [1] - 94:15

**couple** [4] - 23:1, 87:9, 109:14, 157:7
**course** [12] - 9:2, 9:3, 9:10, 39:23, 71:8, 90:8, 100:24, 124:12, 130:15, 132:3, 135:15, 144:5
**courses** [3] - 9:5, 10:8, 158:9
**Court** [2] - 153:13, 160:22
**COURT** [4] - 1:1, 145:16, 145:21, 149:5
**court** [5] - 4:12, 53:5, 53:6, 100:12, 137:7
**cover** [1] - 162:11
**covered** [1] - 138:21
**create** [2] - 11:1, 59:14
**created** [3] - 23:12, 68:20, 68:21
**creates** [4] - 60:8, 66:18, 66:21, 91:10
**credibility** [4] - 69:6, 69:11, 74:22, 76:10
**Creek** [2] - 50:23, 51:1
**criteria** [1] - 36:1
**critical** [5] - 9:21, 72:21, 94:21, 138:12, 151:22
**criticism** [1] - 79:2
**criticisms** [2] - 72:7, 73:1
**criticized** [1] - 125:8
**criticizes** [3] - 151:21, 151:25, 152:6
**criticizing** [1] - 150:7
**critique** [3] - 150:10, 150:17, 152:11
**cross** [2] - 151:8, 158:24
**cross-examination** [1] - 158:24
**cross-examine** [1] - 151:8
**CT** [1] - 2:18
**ctaintor @nhdlaw . com** [1] - 163:16
**cubic** [1] - 64:14
**cumulative** [2] - 103:15, 105:11
**curve** [1] - 118:20
**customers '** [1] - 120:23
**CV** [3] - 2:10, 18:6, 18:10
**Cybart** [1] - 50:7
**cycle** [1] - 98:9

# D

**D.C** [1] - 7:23
**DAFNA** [1] - 11:22
**Dafna** [2] - 11:5, 11:15
**damage** [6] - 61:17, 61:18, 128:18, 142:6
**damaged** [1] - 84:8
**danger** [3] - 29:9, 42:4, 113:1
**dangerous** [3] - 65:19, 89:18, 137:3
**Darius** [1] - 155:10
**data** [5] - 71:2, 96:12, 117:20, 119:24, 119:25
**Date** [1] - 161:12
**date** [4] - 43:11, 122:8, 148:12, 161:23
**dated** [2] - 119:21, 155:24
**dating** [1] - 76:14
**David** [9] - 22:17, 24:20, 103:8, 105:2, 150:6, 150:17, 155:12, 156:9, 163:7
**DAVID** [5] - 1:13, 2:1, 3:11, 161:2, 161:10
**days** [2] - 144:23, 163:11
**DC** [1] - 67:23
**De** [1] - 155:11
**deal** [1] - 57:24
**dealing** [5] - 36:10, 36:11, 68:17, 95:1, 141:20
**death** [4] - 114:7, 114:17, 117:2, 117:9
**debunk** [3] - 151:15, 152:15, 152:16
**debunked** [1] - 152:22
**decide** [3] - 44:10, 69:19, 156:25
**decided** [1] - 54:13
**decision** [3] - 52:22, 73:3, 147:2
**decisions** [1] - 71:5
**deck** [2] - 134:5, 134:6
**declare** [1] - 8:8
**decline** [3] - 86:7, 86:14, 86:15
**declined** [2] - 33:9, 42:2
**declines** [1] - 86:12
**decrease** [4] - 99:22, 100:13, 100:19
**decreased** [4] - 101:10, 101:14, 101:17, 101:25
**deed** [1] - 161:21

**Deepwater** [1] - 45:18
**defects** [1] - 61:20
**Defendant** [2] - 1:10, 1:22
**defendants** [2] - 69:20, 70:25
**defending** [2] - 92:14, 151:24
**defense** [2] - 126:17, 136:5
**Defense** [1] - 12:2
**defer** [2] - 6:9, 6:19
**deferred** [1] - 52:22
**deficient** [1] - 92:13
**define** [1] - 62:12
**defined** [1] - 58:21
**definitely** [1] - 7:18
**degree** [8] - 6:12, 12:25, 62:17, 101:5, 101:8, 101:12, 102:5, 132:23
**degrees** [1] - 70:21
**delete** [4] - 20:21, 21:2
**deleted** [2] - 17:21, 21:1
**demonstrate** [5] - 30:12, 37:19, 38:14, 95:12, 142:18
**demonstrated** [10] - 31:14, 60:11, 77:13, 110:17, 111:11, 113:11, 128:11, 128:18, 141:4, 141:6
**demonstrates** [2] - 111:12, 116:15
**demonstrating** [2] - 72:17, 111:23
**demonstration** [1] - 128:7
**demonstrations** [1] - 94:16
**Denmark** [2] - 73:15, 73:20
**density** [1] - 24:25
**deny** [1] - 77:4
**Department** [1] - 135:25
**DEPONENT** [1] - 2:1
**deponent** [3] - 3:8, 160:4, 160:11
**Deponent** [1] - 162:23
**deposed** [1] - 3:21
**deposes** [1] - 3:12
**DEPOSITION** [1] - 1:13
**deposition** [30] - 3:1, 3:5, 3:18, 3:23, 4:6, 4:7, 16:11, 16:20, 21:17, 21:18, 21:22, 22:7, 22:14, 27:21,

41:1, 41:12, 41:13, 42:21, 45:3, 80:23, 80:24, 84:17, 140:15, 140:16, 156:23, 158:2, 159:2, 160:7, 162:4, 163:10
**Deposition** [11] - 2:9, 2:18, 16:17, 16:20, 18:5, 18:12, 22:10, 45:8, 45:15, 81:12, 163:7
**depositions** [3] - 17:22, 49:7, 147:9
**derived** [1] - 136:25
**described** [6] - 17:3, 89:10, 90:17, 92:9, 92:25, 108:8
**describes** [4] - 44:3, 93:16, 154:24, 156:10
**Description** [1] - 2:8
**description** [1] - 155:8
**design** [1] - 117:8
**designate** [1] - 139:2
**designated** [2] - 6:24, 81:3
**designation** [2] - 75:21, 80:4
**designed** [4] - 110:10, 110:13, 117:18, 121:16
**desirable** [1] - 72:3
**desk** [1] - 22:22
**despite** [1] - 132:9
**detail** [2] - 9:22, 82:9
**details** [4] - 17:25, 46:2, 46:7, 50:22
**detect** [2] - 96:5, 114:20
**determine** [2] - 17:7, 20:23
**determined** [1] - 56:24
**detract** [1] - 115:9
**detracts** [2] - 115:2, 115:11
**DeTroy** [1] - 163:16
**develop** [3] - 38:2, 55:13, 90:6, 93:8
**developed** [9] - 33:6, 40:3, 56:17, 62:24, 75:4, 87:19, 88:25, 91:17, 121:18
**developing** [5] - 62:4, 62:5, 62:6, 68:16
**development** [6] - 27:19, 28:11, 32:25, 58:11, 93:7, 142:18
**develops** [1] - 38:10
**deviate** [1] - 80:13

**deviating** [1] - 76:20
**diagnosis** [2] - 40:5, 127:4
**Diane** [1] - 43:25
**die** [3] - 38:6, 38:11
**differed** [1] - 34:15
**difference** [2] - 92:15, 92:20
**different** [39] - 5:24, 10:21, 10:22, 14:13, 25:10, 34:7, 34:8, 44:3, 53:4, 60:19, 65:23, 66:10, 68:6, 75:18, 77:16, 78:19, 91:18, 93:12, 105:25, 112:8, 116:22, 117:4, 117:5, 117:19, 124:5, 129:21, 130:17, 136:12, 141:2, 141:13, 142:16, 142:17, 143:3, 143:4, 143:8, 144:25, 151:17, 153:1
**differs** [2] - 158:14, 158:16
**difficult** [5] - 25:20, 57:6, 57:14, 77:8, 80:13
**directed** [1] - 13:24
**direction** [2] - 87:3, 87:6
**directions** [2] - 87:4, 87:5
**directly** [11] - 7:3, 43:17, 83:5, 84:7, 111:20, 112:24, 129:9, 129:11, 142:3, 146:9, 155:20
**director** [1] - 135:23
**dirty** [8] - 87:17, 87:21, 88:2, 88:24, 90:16, 105:25, 106:4, 138:19
**Disabilities** [3] - 36:22, 124:10, 126:12
**disability** [4] - 52:14, 100:2, 100:3, 126:8
**disagreement** [5] - 56:11, 57:1, 57:9, 57:10, 57:11
**disagrees** [1] - 78:7
**discipline** [1] - 9:4
**discoverable** [1] - 156:23
**discovered** [1] - 135:4
**discrimination** [1] - 123:22

discuss [1] - 140:25
discussed [4] - 54:1, 108:23, 110:9, 150:9
Discussion [1] - 113:16
discussion [1] - 82:2
discussions [2] - 10:13, 151:12
disease [21] - 13:14, 13:18, 13:23, 14:1, 14:2, 38:11, 39:19, 60:2, 61:7, 61:11, 61:23, 71:10, 72:2, 92:1, 93:1, 99:13, 129:10, 129:12, 129:21, 130:14, 142:1
disease-producing [1] - 93:1
diseases [5] - 62:5, 83:15, 84:4, 89:7, 129:23
dish [3] - 58:16, 58:19, 58:20
disinterested [1] - 160:12
dismutase [1] - 91:18
disproportionate [1] - 52:16
dispute [1] - 50:15
disqualified [1] - 49:16
disqualify [1] - 49:18
disrupting [1] - 76:6
disruption [1] - 62:18
dissertation [1] - 36:24
distance [6] - 86:7, 86:12, 86:14, 86:15, 133:13, 144:12
distant [1] - 134:11
distinct [1] - 89:9
distinctly [1] - 78:3
distinguish [1] - 109:11
District [1] - 12:18
DISTRICT [2] - 1:1, 1:1
disturbances [1] - 153:11
DNA [4] - 61:18, 84:8, 128:18
docket [1] - 16:14
Doctor [3] - 118:13, 140:21, 158:13
doctor [3] - 41:15, 55:3, 88:15
doctor-level [1] - 55:3
document [23] - 11:10, 23:4, 23:6, 24:17, 27:5, 40:25,

41:3, 41:24, 45:14, 53:18, 54:11, 55:13, 125:25, 131:4, 131:13, 148:9, 148:14, 148:20, 150:2, 153:11, 153:12, 153:17, 156:2
documentation [2] - 33:13, 40:2
documented [4] - 30:15, 92:2, 108:2, 115:20
documents [18] - 11:1, 11:5, 11:13, 16:10, 16:11, 20:13, 22:1, 22:2, 41:8, 69:17, 73:16, 83:13, 109:22, 109:23, 140:13, 148:6, 148:24, 153:9
dollars [1] - 15:11
Dominique [1] - 147:23
done [21] - 14:14, 28:4, 31:1, 31:2, 45:11, 60:20, 69:9, 69:12, 80:20, 80:21, 95:25, 108:25, 110:25, 116:12, 116:16, 116:17, 128:9, 135:15, 135:18, 135:19
dose [3] - 118:20, 119:6, 152:4
dot [2] - 21:12
double [1] - 153:16
double-spaced [1] - 153:16
doubt [4] - 41:4, 115:25, 149:2, 149:19
down [6] - 12:22, 26:3, 56:19, 90:24, 91:10, 137:22
DR [1] - 119:23
Dr [18] - 3:15, 4:10, 6:25, 7:2, 7:9, 7:15, 8:2, 12:20, 21:21, 81:4, 81:14, 100:9, 103:20, 140:17, 151:8, 152:16, 156:24, 157:4
draft [3] - 148:8, 148:10, 148:17
dramatically [1] - 108:17
draw [2] - 129:16, 146:8
drawing [2] - 39:8,

71:3
drawn [1] - 47:13
Dropbox [3] - 25:3, 93:21, 140:13
drove [1] - 55:5
due [3] - 40:16, 111:22, 126:24
duly [2] - 3:11
duration [15] - 28:18, 31:23, 36:15, 37:21, 38:8, 38:12, 97:3, 99:13, 99:23, 138:12, 138:18, 138:22, 138:24, 145:25, 146:6
during [4] - 16:13, 42:6, 43:15, 83:14
duty [1] - 98:9

# E

e-d-u [1] - 21:12
E-P-R-I [1] - 149:4
E-waste [2] - 76:4, 76:5
ear [3] - 64:1, 65:2, 65:7
early [1] - 88:25
earpiece [1] - 65:4
ears [2] - 83:4, 83:7
earth [6] - 62:3, 67:21, 67:23, 68:16, 151:17, 152:17
easier [2] - 7:12, 26:7
easy [1] - 110:1
eclectic [1] - 87:23
ecologic [1] - 152:7
economic [1] - 58:11
Ed [12] - 3:5, 3:18, 42:8, 44:2, 83:21, 83:24, 84:14, 126:6, 126:20, 140:9, 153:14, 163:6
ED [1] - 1:6
Ed's [2] - 126:18, 127:3
editing [1] - 53:19
edition [1] - 54:22
editor [3] - 11:11, 24:12, 55:2
educated [1] - 31:11
effect [12] - 28:23, 37:9, 37:14, 58:22, 61:4, 61:10, 77:12, 85:15, 96:14, 98:3, 142:22
effectively [1] - 101:21
effects [34] - 23:10, 45:24, 47:14, 52:25, 55:15, 57:2, 57:22,

58:16, 59:6, 60:3, 60:14, 61:10, 61:24, 69:25, 74:11, 79:5, 83:23, 84:1, 84:6, 85:8, 94:14, 94:22, 97:14, 111:24, 121:7, 130:1, 136:4, 136:14, 136:18, 141:20, 141:23, 142:10, 154:2, 154:17
Effects [5] - 2:11, 22:11, 22:23, 122:13, 153:24
effort [3] - 11:3, 51:21, 55:5
efforts [1] - 118:4
EHS [1] - 138:13
eight [3] - 70:12, 111:7, 114:12
eighth [5] - 25:14, 25:15, 25:18, 25:24, 26:2
either [14] - 7:20, 9:25, 19:3, 20:24, 38:1, 40:11, 42:22, 66:10, 68:20, 81:9, 107:17, 111:18, 126:17, 136:25
elaborate [1] - 139:15
Electric [2] - 46:14, 153:18
electric [1] - 153:10
electrical [3] - 105:22, 120:13, 152:24
electricity [14] - 34:21, 87:17, 87:21, 87:24, 88:2, 88:24, 90:16, 105:25, 106:4, 134:20, 134:25, 135:7, 138:19, 152:25
electro [1] - 31:7
electrohypersensitive [2] - 83:6, 92:10
electrohypersensitivity [17] - 58:1, 62:7, 77:22, 81:25, 82:22, 83:1, 83:25, 84:19, 84:23, 85:3, 85:4, 90:6, 94:20, 96:2, 96:7, 96:8, 145:7
electromagnetic [30] - 9:11, 30:10, 34:8, 36:12, 36:15, 36:17, 36:25, 38:16, 39:6, 50:6, 55:15, 59:4, 61:8, 68:19, 69:22, 76:12, 77:11, 79:5, 82:1, 82:24, 84:3,

84:7, 99:21, 106:1, 108:4, 130:6, 135:21, 136:19, 137:4, 149:12
Electromagnetic [4] - 109:17, 118:12, 118:17
electromagnetically [4] - 33:25, 35:7, 39:14, 63:21
electromechanical [3] - 29:17, 30:1, 32:13
electronic [5] - 10:1, 76:4, 104:8, 109:25, 158:6
electrons [3] - 91:1, 91:4, 91:11
electrosensitive [13] - 31:25, 32:1, 32:2, 32:6, 34:15, 34:24, 42:16, 46:3, 90:14, 91:24, 93:2, 93:10, 108:1
electrosensitivity [1] - 93:3
elevated [14] - 27:18, 28:24, 36:14, 38:16, 67:2, 99:20, 112:18, 113:10, 113:14, 118:24, 130:11, 132:19, 132:21, 133:14
elevation [5] - 110:21, 128:11, 132:23, 134:3, 134:4
elevations [3] - 110:17, 128:16, 136:15
eligible [1] - 113:20
Elliott [1] - 152:9
email [27] - 20:21, 20:23, 21:4, 21:5, 21:9, 42:22, 43:7, 43:9, 43:12, 43:15, 44:2, 44:14, 54:7, 119:14, 119:20, 124:24, 125:11, 125:13, 125:19, 149:25, 150:1, 150:11, 151:2, 151:6, 153:5, 153:5, 154:7, 154:15
Email [1] - 2:19
emailed [1] - 83:14
emails [4] - 20:12, 20:15, 21:7, 43:2
emerging [1] - 82:16
EMF [5] - 8:9, 19:25, 53:6, 113:12, 137:8
EMFs [1] - 83:17,

87:20, 136:24
**emissions** [21] - 14:6, 14:17, 27:8, 27:12, 35:9, 48:22, 89:24, 96:21, 102:19, 102:21, 102:23, 104:14, 105:17, 105:24, 106:11, 106:13, 106:14, 106:22, 152:17, 152:23
**emitted** [7] - 35:3, 35:10, 87:2, 87:3, 87:5, 142:13
**employed** [1] - 75:2
**Enclosed** [1] - 163:10
**enclosed** [1] - 163:11
**encyclopedic** [1] - 11:12
**end** [10] - 36:2, 45:4, 45:16, 85:18, 91:2, 103:4, 104:18, 116:22, 116:25, 136:9
**endocrine** [1] - 76:5
**ends** [1] - 103:5
**energy** [6] - 63:16, 67:4, 87:2, 91:16, 98:14, 98:16
**engage** [2] - 16:8, 17:6
**engaged** [3] - 15:14, 17:17, 20:16
**engagement** [1] - 19:17
**engages** [1] - 66:11
**engineer** [4] - 64:16, 64:21, 88:15, 105:22
**engineers** [3] - 78:25, 105:23, 106:9
**enormous** [1] - 58:11
**enrolled** [1] - 113:21
**entitled** [5] - 22:10, 52:13, 55:17, 118:16, 123:25
**entity** [1] - 91:3
**Environment** [1] - 74:18
**environment** [3] - 67:24, 95:17, 112:17
**environmental** [11] - 9:6, 9:7, 9:10, 13:17, 54:6, 58:4, 63:11, 75:19, 75:25, 82:23
**Environmental** [3] - 2:13, 79:20, 84:18
**enzymes** [1] - 91:18
**Enzymes** [1] - 91:19
**EPA** [1] - 60:23
**Epic** [1] - 148:21

**epidemiological** [3] - 6:5, 9:16, 9:18
**epidemiologist** [3] - 6:4, 6:8, 6:10
**epidemiology** [11] - 5:24, 6:1, 6:3, 6:13, 6:14, 6:15, 6:18, 8:24, 9:2, 9:3, 9:4
**EPRI** [4] - 148:22, 149:3, 149:4, 149:7
**era** [1] - 88:1
**Eric** [1] - 81:8
**errata** [7] - 161:7, 162:2, 162:8, 162:10, 163:12, 163:12, 163:13
**ERRATA** [1] - 162:1
**error** [1] - 122:7
**errors** [2] - 151:11, 163:11
**especially** [3] - 6:20, 84:4, 115:22
**espoused** [1] - 12:20
**Esq** [3] - 1:21, 1:22, 163:15
**essentially** [1] - 14:21
**established** [3] - 32:3, 141:9, 141:14
**Estates** [2] - 50:23, 51:1
**et** [3] - 2:15, 50:7, 153:14
**etc** [3] - 120:10, 122:13, 162:7
**Europe** [4] - 33:5, 72:11, 74:14, 133:6
**event** [6] - 114:7, 114:17, 117:1, 117:6, 121:9, 160:13
**event-free** [3] - 114:7, 114:17, 117:1
**evidence** [76] - 9:9, 9:23, 28:4, 29:19, 30:9, 30:20, 31:23, 32:11, 32:17, 33:16, 33:23, 36:4, 38:21, 53:7, 55:14, 56:23, 57:16, 57:17, 57:21, 57:23, 58:15, 59:1, 59:25, 60:2, 60:3, 60:15, 61:8, 65:6, 65:8, 65:10, 67:1, 67:7, 71:6, 72:5, 72:21, 72:23, 72:25, 74:16, 75:7, 75:12, 77:9, 77:15, 77:16, 78:12, 80:14, 81:24, 83:22, 84:22, 85:7, 85:17, 88:9, 88:10, 89:17, 93:23, 94:10,

101:1, 102:20, 111:9, 115:13, 129:20, 130:21, 130:22, 131:2, 131:6, 131:8, 132:4, 132:6, 141:11, 142:4, 143:7, 146:14, 146:16, 152:12, 158:18
**Evidence** [1] - 55:17
**evolved** [2] - 68:13, 153:3
**ex** [1] - 162:7
**exacerbate** [1] - 131:19
**exacerbated** [2] - 98:22, 98:23
**exactly** [13] - 59:15, 60:10, 63:18, 76:21, 111:6, 117:8, 117:15, 117:20, 125:16, 130:15, 145:9, 146:12, 154:23
**EXAM-017-003** [1] - 125:1
**examination** [1] - 158:24
**EXAMINATION** [2] - 2:2, 3:13
**examine** [1] - 151:8
**examiner 's** [1] - 148:15
**example** [5] - 22:9, 24:6, 25:12, 75:24, 144:18
**examples** [1] - 97:20
**exceeds** [1] - 139:8
**except** [5] - 15:12, 22:4, 51:15, 84:7, 90:11
**excessive** [2] - 99:15, 100:3
**exchanged** [1] - 20:16
**excluded** [3] - 137:7, 137:15, 146:22
**exclusive** [1] - 9:11
**exclusively** [1] - 8:21
**excreting** [1] - 145:8
**excuse** [2] - 18:14, 35:16
**executed** [1] - 163:13
**executive** [1] - 155:18
**exhibit** [8] - 26:13, 26:14, 26:15, 45:3, 105:4, 119:18, 122:14, 125:20
**Exhibit** [43] - 16:17, 16:20, 17:2, 18:6, 18:12, 22:10, 23:19,

24:17, 24:18, 24:19, 24:20, 24:23, 25:6, 25:7, 25:13, 25:14, 25:18, 25:25, 26:6, 26:18, 26:21, 27:11, 36:3, 45:9, 45:15, 81:13, 84:17, 86:3, 94:3, 102:11, 104:19, 105:1, 105:8, 107:21, 110:3, 112:12, 116:21, 122:7, 122:13, 127:16, 137:17, 153:24
**EXHIBIT** [1] - 2:6
**exhibiting** [1] - 72:8
**exhibits** [8] - 21:22, 22:5, 22:7, 22:16, 30:16, 44:4, 104:20, 105:1
**Exhibits** [2] - 21:23, 107:20
**exist** [1] - 17:8
**existed** [2] - 17:7, 77:22
**existing** [1] - 56:16
**exists** [2] - 20:7, 53:6
**EXM-017-001** [1] - 120:12
**EXN** [1] - 44:1
**expanded** [1] - 77:17
**expansion** [2] - 31:6, 55:20
**expect** [2] - 155:16, 157:19
**expenses** [2] - 14:21, 15:12
**experience** [2] - 49:15, 153:10
**experimental** [2] - 95:17, 141:1
**Expert** [1] - 103:8
**expert** [10] - 3:24, 6:23, 15:7, 16:1, 19:18, 81:2, 154:25, 155:9, 155:23, 156:13
**expertise** [2] - 86:24, 87:1
**experts** [1] - 156:12
**expires** [2] - 160:24, 161:24
**explain** [6] - 28:15, 60:18, 90:20, 102:25, 105:21, 117:25
**explaining** [1] - 106:16
**explanation** [2] - 63:8, 88:9

**explicitly** [1] - 72:12
**Exponent** [7] - 68:21, 69:7, 69:15, 69:18, 69:20, 150:20, 153:6
**Exponent 's** [2] - 150:23, 151:6
**expose** [1] - 110:14
**exposed** [16] - 36:14, 36:17, 37:23, 38:16, 66:13, 68:1, 68:11, 92:19, 109:11, 113:3, 118:21, 118:22, 128:7, 129:15, 140:2
**exposing** [1] - 63:7, 144:22, 144:25
**exposure** [126] - 8:14, 13:22, 14:6, 14:17, 27:18, 28:18, 28:24, 30:14, 31:3, 31:4, 31:12, 36:6, 37:2, 37:9, 37:13, 38:20, 45:24, 52:15, 53:1, 53:9, 55:24, 56:8, 57:17, 57:18, 57:20, 57:22, 58:10, 59:13, 59:18, 59:23, 60:7, 60:21, 61:9, 61:25, 62:3, 62:4, 62:8, 62:12, 62:14, 62:16, 62:17, 63:6, 63:16, 64:6, 64:7, 64:15, 65:15, 66:1, 66:3, 66:5, 66:6, 66:9, 66:24, 67:2, 67:11, 67:13, 68:13, 68:20, 68:23, 69:4, 69:25, 70:2, 71:13, 78:2, 83:16, 86:4, 86:11, 93:19, 94:2, 94:25, 95:4, 95:5, 95:7, 95:17, 95:20, 97:1, 98:15, 99:15, 99:20, 100:19, 101:19, 101:22, 103:15, 106:4, 106:24, 107:1, 110:8, 110:10, 110:23, 111:1, 111:22, 112:3, 112:9, 112:18, 114:6, 114:16, 115:6, 118:24, 120:13, 129:12, 130:6, 130:9, 130:12, 130:14, 130:21, 131:15, 132:7, 132:11, 132:20, 133:7, 133:12, 134:7, 134:15,

135:11, 136:10, 137:3, 138:12, 139:7, 139:9, 140:1, 140:5, 142:13, 143:12, 144:3, 152:4

**Exposure** [5] - 22:12, 22:24, 118:11, 118:16, 118:18

**exposure 's** [1] - 100:4

**exposures** [10] - 9:12, 13:17, 58:5, 60:4, 61:25, 85:2, 113:12, 113:14, 143:25, 144:2

**expressed** [1] - 158:19

**expression** [2] - 61:3, 61:6

**extend** [1] - 35:2

**extensive** [2] - 28:8, 128:9

**extent** [4] - 98:21, 99:5, 156:21, 158:13

**extra** [4] - 15:5, 36:22, 100:1, 100:6

**extraordinarily** [1] - 31:22

**extrapolating** [1] - 92:3

**eyes** [1] - 115:20

### F

**fact** [15] - 34:20, 50:19, 62:14, 70:23, 77:9, 78:6, 78:8, 97:21, 106:20, 115:8, 116:6, 122:16, 123:13, 134:18, 138:14

**factor** [3] - 13:23, 14:1, 66:25

**factors** [1] - 130:16

**factual** [2] - 156:4, 156:21

**fade** [1] - 46:10

**fair** [4] - 35:6, 63:17, 95:9, 125:10

**fairly** [3] - 14:2, 65:10, 149:25

**faithful** [1] - 137:25

**Falcioni** [3] - 2:14, 110:3, 111:15

**fall** [2] - 88:6, 88:10

**falling** [1] - 12:7

**falling-out** [1] - 12:7

**falls** [8] - 88:22, 89:5, 89:15, 89:19, 90:12, 90:15, 138:19, 140:9

**familiar** [5] - 6:25,

26:25, 52:4, 52:9

**familiarity** [2] - 6:23, 81:2

**families** [1] - 66:4

**far** [8] - 12:17, 26:4, 27:11, 51:4, 86:21, 106:25, 144:6

**fashion** [3] - 52:24, 71:3, 158:21

**fatal** [2] - 38:6, 99:17

**fatigue** [2] - 40:15, 126:19

**faulty** [1] - 151:11

**favor** [1] - 72:1

**Fay** [8] - 2:18, 47:23, 48:11, 52:18, 108:10, 124:12, 124:18, 137:19

**FCC** [3] - 58:3, 64:13, 85:12

**fear** [1] - 52:15

**February** [1] - 160:24

**Federal** [2] - 12:6, 150:4

**federal** [1] - 8:12

**fee** [1] - 126:10

**fees** [1] - 15:7

**feet** [5] - 86:16, 98:14, 98:17, 101:21, 133:15

**fell** [1] - 133:13

**fellow** [3] - 34:10, 81:5, 81:8

**felt** [3] - 57:13, 74:21, 121:6

**fertility** [2] - 62:6, 94:19

**few** [6] - 3:16, 5:12, 5:14, 34:11, 98:5, 127:17

**fewer** [1] - 113:20

**Fi** [15] - 33:19, 48:1, 50:4, 50:5, 53:9, 63:22, 65:16, 132:12, 132:16, 132:20, 132:23, 132:24, 132:25, 137:19, 138:10

**field** [7] - 7:7, 7:17, 67:22, 67:23, 70:1, 108:4, 142:8

**Field** [1] - 109:17

**fields** [66] - 8:22, 9:11, 11:19, 30:8, 30:11, 31:7, 31:8, 31:21, 32:6, 33:11, 34:14, 34:21, 36:12, 36:15, 36:18, 36:25, 38:16, 38:20, 50:6, 50:7, 53:1, 55:15, 57:3,

61:9, 61:13, 66:21, 66:24, 67:3, 67:4, 67:6, 69:22, 69:25, 76:12, 77:11, 79:6, 82:1, 82:24, 84:3, 84:7, 87:23, 89:1, 89:8, 99:21, 104:1, 106:2, 109:13, 110:8, 111:8, 111:21, 111:24, 113:11, 114:7, 128:5, 129:2, 129:12, 130:6, 132:8, 135:22, 136:4, 136:11, 136:19, 137:4, 149:12, 150:5, 153:1

**Fields** [1] - 118:18

**fifth** [1] - 122:8

**fight** [1] - 156:18

**figure** [3] - 44:23, 102:9, 156:17

**file** [21] - 20:4, 20:10, 20:12, 20:14, 35:22, 41:10, 42:23, 44:23, 46:7, 47:2, 48:10, 66:15, 119:9, 120:25, 123:3, 147:1, 148:3, 153:7, 154:14, 155:20

**filed** [2] - 150:20, 154:14

**Filed** [1] - 2:12

**files** [2] - 16:7, 21:1

**finance** [1] - 76:9

**findings** [10] - 57:10, 116:5, 116:8, 117:14, 117:25, 119:5, 127:19, 136:10, 143:12, 145:14

**fine** [4] - 7:14, 48:11, 87:1, 157:1

**finer** [2] - 25:12, 129:16

**Finland** [1] - 153:22

**firm** [1] - 139:19

**First** [1] - 153:8

**first** [21] - 11:22, 24:7, 38:6, 43:11, 43:19, 75:9, 104:3, 104:18, 116:22, 118:15, 120:9, 126:2, 127:6, 132:16, 135:21, 137:22, 138:14, 148:8, 150:13, 155:22, 156:5

**five** [1] - 152:11

**flies** [1] - 143:20

**Florida** [1] - 48:23

**FM** [1] - 62:1

**focus** [4] - 36:25, 84:2, 158:14, 158:15

**focused** [4] - 14:3, 36:4, 36:10, 84:23

**focuses** [2] - 83:23, 84:12

**focusing** [3] - 8:16, 8:18, 153:20

**folder** [3] - 19:25, 42:11, 73:13

**folders** [1] - 20:15

**Foliart** [12] - 2:15, 37:18, 38:23, 112:12, 116:12, 116:18, 116:23, 117:7, 117:12, 117:19, 117:22, 118:5

**folks** [2] - 80:10, 82:4

**follow** [4] - 63:9, 103:4, 115:1, 117:3

**follow-on** [1] - 103:4

**follow-up** [1] - 117:3

**following** [4] - 25:3, 115:22, 151:20, 161:7

**follows** [2] - 3:12, 156:19

**font** [1] - 120:7

**food** [1] - 92:17

**FOR** [1] - 163:9

**forbid** [1] - 157:23

**force** [1] - 124:4

**foregoing** [4] - 160:10, 161:2, 161:3, 161:20

**forever** [2] - 129:1, 158:3

**forgetting** [1] - 41:22

**forgive** [1] - 11:15

**forgotten** [3] - 42:13, 122:3, 128:24

**form** [5] - 38:5, 99:11, 148:17, 161:5, 162:3

**formed** [3] - 91:13, 91:14, 91:23

**forming** [1] - 149:18

**forms** [1] - 27:25

**forth** [8] - 6:6, 9:12, 12:14, 40:4, 54:13, 62:2, 62:10, 137:14

**forward** [1] - 43:16

**fought** [1] - 134:19

**Four** [1] - 152:6

**four** [5] - 7:19, 132:3, 132:4, 148:9, 158:17

**four-page** [1] - 148:9

**fourth** [1] - 25:17

**fraction** [1] - 35:8

**frame** [1] - 125:14

**frankly** [1] - 73:24

**free** [7] - 5:9, 61:14, 61:16, 114:7, 114:17, 117:1, 117:7

**frequencies** [10] - 34:8, 34:16, 34:22, 34:25, 65:19, 106:13, 128:8, 146:4, 146:5, 153:1

**frequency** [12] - 35:2, 35:10, 67:5, 67:13, 68:7, 90:18, 97:7, 97:12, 102:21, 106:11, 106:14, 106:22

**frequent** [1] - 97:12

**frequently** [1] - 29:22

**Friedman** [57] - 2:19, 3:5, 3:19, 15:14, 15:21, 15:22, 16:12, 17:19, 20:7, 20:24, 37:14, 38:17, 39:6, 39:19, 40:1, 40:8, 40:11, 42:15, 42:23, 43:2, 43:8, 44:17, 44:18, 69:5, 82:25, 83:21, 84:14, 84:22, 85:19, 98:12, 98:21, 99:6, 104:23, 107:15, 112:9, 119:15, 119:20, 119:25, 120:19, 122:22, 123:5, 123:11, 123:23, 124:2, 124:7, 124:18, 124:20, 125:13, 126:6, 127:9, 129:10, 140:9, 140:23, 146:19, 146:20, 153:14, 163:6

**FRIEDMAN** [1] - 1:6

**Friedman 's** [19] - 15:10, 17:13, 36:19, 37:24, 40:12, 42:8, 66:9, 84:25, 101:9, 101:13, 106:24, 111:18, 112:8, 113:1, 120:5, 123:21, 124:24, 129:4, 146:9

**front** [16] - 16:17, 16:21, 43:24, 45:5, 55:25, 72:10, 116:11, 147:11

**full** [10] - 9:2, 18:24, 19:5, 24:14, 35:22, 62:22, 63:6, 84:1, 86:3, 160:10

**funds** [1] - 15:3

**G**

**gastrointestinal** [1] - 131:9
**gene** [1] - 61:2
**general** [19] - 7:5, 7:16, 8:5, 8:7, 8:13, 10:14, 10:15, 10:18, 10:20, 10:24, 11:3, 12:12, 15:6, 85:7, 93:4, 141:21, 142:7, 143:8, 155:8
**generalization** [1] - 92:6
**generally** [3] - 56:8, 117:14, 151:10
**generals** [1] - 12:15
**generate** [11] - 61:21, 62:21, 88:7, 89:20, 92:16, 92:18, 97:18, 97:24, 116:19, 144:1, 152:25
**generated** [8] - 89:24, 90:22, 93:23, 94:11, 94:24, 95:3, 117:12, 117:22
**generates** [5] - 95:14, 142:5, 145:19, 146:1, 152:25
**generating** [3] - 91:16, 107:5, 116:5
**generation** [13] - 61:14, 67:7, 89:10, 89:13, 92:16, 93:18, 94:17, 95:10, 96:4, 96:15, 141:12, 143:22, 146:16
**genes** [1] - 61:6
**genetic** [1] - 62:10
**Geneva** [1] - 81:20
**geomagnetic** [1] - 153:10
**gigahertz** [1] - 67:14
**given** [3] - 115:10, 115:11, 160:11
**gland** [1] - 128:24
**glaring** [1] - 151:11
**glioma** [1] - 82:11
**gliomas** [3] - 110:22, 111:15, 128:16
**global** [1] - 9:5
**glutathione** [1] - 91:19
**Glycel** [1] - 13:25
**goal** [3] - 56:13, 56:14, 64:9
**God** [1] - 157:23
**gotcha** [5] - 37:4, 64:7, 93:11, 138:23,

155:17
**government** [1] - 12:13
**Government** [3] - 7:24, 75:13, 147:19
**governments** [5] - 55:11, 72:11, 72:18, 73:9, 75:13
**GPS** [1] - 65:22
**grab** [1] - 91:3
**grain** [1] - 121:4
**great** [9] - 3:21, 4:2, 44:22, 90:10, 94:14, 101:15, 101:24, 106:18, 142:17
**greater** [10] - 37:2, 38:19, 62:3, 62:4, 66:7, 78:11, 91:23, 92:16, 99:7, 132:24
**greatly** [1] - 139:10
**ground** [1] - 52:7
**grounding** [1] - 89:4
**GROUP** [2] - 1:25, 163:1
**group** [7] - 24:15, 34:5, 70:24, 78:23, 80:10, 113:6
**groups** [2] - 70:23, 143:7
**guard** [1] - 69:13
**guess** [24] - 6:11, 12:23, 17:25, 19:21, 24:22, 44:12, 48:3, 51:4, 53:15, 84:9, 97:18, 104:11, 106:20, 106:21, 107:21, 107:24, 119:3, 122:5, 125:18, 131:11, 138:17, 140:22, 140:24, 156:15
**guideline** [2] - 59:7, 59:8
**guinea** [1] - 143:18
**gun** [1] - 70:14
**guns** [1] - 69:23
**guy** [1] - 136:5
**guys** [1] - 156:17

**H**

**half** [1] - 41:6
**halfway** [1] - 26:3
**hand** [7] - 6:16, 23:18, 26:4, 30:9, 71:8, 86:21, 160:15
**handwritten** [3] - 40:20, 44:20, 125:22
**Handwritten** [1] - 2:20
**Hanson** [1] - 163:16

**happier** [1] - 34:18
**hard** [4] - 22:21, 55:25, 71:5, 72:22
**Hardell** [3] - 81:14, 152:1, 155:10
**harm** [18] - 52:17, 58:11, 59:2, 59:14, 60:8, 72:17, 75:12, 84:12, 84:13, 93:17, 95:21, 96:22, 97:21, 98:21, 99:2, 99:7, 135:11, 140:1
**harmful** [7] - 63:16, 69:5, 85:13, 93:1, 111:23, 140:6, 140:7
**harmless** [1] - 68:15
**hazard** [3] - 8:10, 61:11, 62:15
**hazardous** [2] - 65:25, 153:3
**hazards** [5] - 8:8, 71:11, 71:12, 77:14, 147:12
**head** [4] - 86:6, 92:19, 93:6, 128:14
**headache** [1] - 31:15
**headaches** [1] - 121:14
**headed** [2] - 11:4, 76:14
**heading** [10] - 82:10, 82:21, 83:15, 104:4, 104:25, 113:16, 114:4, 123:19, 123:25, 124:1
**headings** [1] - 82:9
**health** [53] - 5:20, 6:2, 6:13, 8:11, 8:15, 9:5, 9:6, 9:8, 45:24, 47:13, 52:8, 52:25, 54:4, 54:6, 55:10, 58:22, 59:5, 60:8, 60:12, 62:15, 63:12, 66:3, 69:24, 71:8, 71:9, 71:11, 73:6, 73:22, 75:19, 76:1, 76:2, 77:12, 77:17, 79:5, 83:21, 83:23, 85:8, 85:15, 89:21, 94:14, 94:22, 97:14, 121:7, 136:3, 139:19, 142:1, 142:3, 142:12, 151:18, 154:2, 154:17
**Health** [28] - 2:13, 12:2, 55:18, 60:24, 74:2, 74:5, 74:8, 74:10, 74:17, 74:19, 74:25, 75:3, 75:16,

75:17, 76:18, 77:2, 78:6, 79:20, 81:20, 81:21, 82:5, 84:18, 85:12, 111:4, 122:13, 135:25, 149:12, 153:24
**healthy** [1] - 99:7
**hear** [2] - 63:9, 92:8
**heard** [1] - 14:9
**heart** [1] - 128:14
**heartbeat** [1] - 31:15
**heating** [9] - 85:10, 85:14, 85:16, 95:14, 111:14, 111:25, 112:5, 128:22, 144:9
**heavily** [1] - 37:23, 125:8
**heightened** [2] - 98:21, 98:22, 99:2
**held** [1] - 86:5
**help** [3] - 51:14, 151:24, 152:13
**helpful** [1] - 30:24, 31:1, 69:3
**hematopoietic** [1] - 36:5
**hereby** [2] - 160:3, 161:18
**Heroux** [11] - 6:25, 7:2, 7:9, 7:10, 7:11, 7:13, 7:16, 8:2, 12:20, 81:4
**Hersh** [1] - 155:12
**hertz** [6] - 31:7, 35:2, 67:2, 67:4, 67:14, 90:19
**hesitant** [1] - 158:2
**high** [13] - 31:22, 33:11, 34:4, 47:6, 50:20, 51:16, 51:21, 66:21, 68:6, 89:23, 90:5, 133:11, 144:8
**high-intensity** [1] - 133:11
**high-voltage** [4] - 47:6, 50:20, 51:16, 51:21
**higher** [7] - 58:22, 58:23, 64:12, 65:18, 95:7, 113:12, 118:22
**highest** [1] - 115:5
**himself** [1] - 42:15
**hire** [1] - 62:25
**hired** [4] - 15:25, 69:23, 70:14, 147:23
**his/her** [2] - 161:20, 161:21
**historical** [2] - 76:13, 84:19
**history** [3] - 12:24,

123:21, 135:21
**hit** [1] - 91:8
**hits** [1] - 91:9
**Hodgkin 's** [14] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 130:14
**Hodgkin 's/ Waldenstrom 's** [1] - 127:4
**hold** [6] - 8:13, 64:1, 72:2, 93:5, 121:6, 157:22
**holding** [5] - 65:2, 65:6, 65:11, 92:19, 94:16
**home** [2] - 33:11, 68:24, 85:23, 98:23, 107:2, 132:12, 132:16, 132:24, 132:25, 133:1, 133:8, 134:8
**homes** [2] - 113:10, 154:3
**hope** [1] - 38:8
**Horizon** [1] - 45:18
**host** [1] - 83:8
**hour** [5] - 5:7, 6:17, 41:6, 102:10, 144:23
**hours** [3] - 5:12, 5:14, 93:6
**house** [20] - 33:6, 36:23, 38:19, 63:22, 86:21, 86:23, 98:14, 106:3, 106:10, 107:10, 107:12, 113:1, 121:10, 133:9, 133:11, 133:25, 134:11, 144:6, 146:10
**household** [1] - 106:9
**Housekeeping** [1] - 75:23
**houses** [1] - 86:20
**HsD** [1] - 127:22
**huge** [5] - 35:21, 42:11, 57:23, 79:1, 141:10
**Human** [1] - 18:13
**human** [24] - 9:9, 58:22, 59:14, 60:8, 60:12, 61:7, 61:11, 76:12, 95:10, 95:21, 96:10, 96:22, 111:8, 119:4, 119:8, 128:5, 142:1, 142:3, 144:25, 151:16, 152:18, 152:23,

153:2
**Humans** [1] - 118:18
**humans** [6] - 8:14, 60:2, 60:15, 84:12, 118:19, 128:23
**husband** [1] - 33:4
**hydro** [1] - 50:17
**hypersensitive** [6] - 34:1, 34:7, 35:8, 35:9, 39:14, 63:21
**hypersensitivity** [7] - 29:17, 32:13, 33:7, 35:1, 39:3, 39:7, 53:6
**hypothesis** [7] - 38:25, 116:5, 116:19, 117:12, 117:21, 131:16, 142:8
**hypothesis - generating** [1] - 116:5
**hypothetically** [1] - 98:12

**I**

**IARC** [2] - 128:3, 131:4
**ICMIRP** [1] - 80:7
**ICNIRP** [1] - 74:9
**ICNRP** [3] - 78:22, 79:9, 85:12
**idea** [4] - 43:21, 49:19, 88:2, 129:11
**identified** [2] - 14:15, 26:19
**identify** [7] - 30:13, 32:16, 59:12, 59:18, 59:20, 71:11, 109:12
**idiopathic** [1] - 82:23
**IGM** [1] - 127:5
**ignored** [2] - 72:18, 137:16
**II** [1] - 2:11
**Ilhan** [1] - 144:19
**ILHAN** [1] - 144:19
**ill** [1] - 30:10
**illegal** [1] - 126:14
**illness** [5] - 30:19, 33:2, 40:13, 82:22, 84:15
**illnesses** [1] - 109:10
**imbalance** [1] - 73:11
**immediately** [2] - 127:12, 133:12
**immune** [3] - 112:22, 129:23, 130:8
**impact** [4] - 64:5, 107:15, 126:25,

141:25
**implement** [2] - 42:3, 57:12
**implementation** [4] - 29:4, 29:9, 48:18, 52:6
**importance** [1] - 129:8
**important** [21] - 6:18, 35:24, 35:25, 37:8, 37:12, 66:1, 74:2, 84:5, 85:10, 88:11, 95:23, 96:25, 97:16, 103:15, 105:11, 111:3, 111:23, 138:20, 138:25, 157:9, 157:17
**imposition** [1] - 124:16
**impossible** [1] - 57:7
**impression** [1] - 49:20
**IN** [1] - 160:15
**inaccurately** [1] - 59:11
**inactivate** [1] - 92:22
**inbox** [1] - 21:1
**include** [3] - 8:19, 27:14, 57:6
**included** [1] - 36:2
**includes** [3] - 68:5, 75:5, 153:9
**including** [5] - 8:20, 60:15, 75:13, 99:22, 133:8
**incompatible** [2] - 76:11, 85:17
**incorrectly** [1] - 37:6
**increase** [9] - 60:12, 63:16, 100:4, 106:3, 117:24, 127:1, 127:2, 131:17
**increased** [8] - 121:14, 127:5, 131:13, 132:7, 132:10, 132:11, 136:11, 141:5
**increases** [2] - 94:17, 141:6
**increasing** [2] - 114:6, 114:16
**incredible** [1] - 68:17
**incrementally** [1] - 63:15
**independent** [2] - 78:15, 116:3
**indicate** [1] - 96:6
**indicated** [2] - 29:15, 77:20
**indicating** [1] - 163:11
**indication** [2] - 90:10, 145:4

**indirectly** [1] - 85:1
**individual** [10] - 9:8, 52:13, 53:2, 108:2, 108:3, 139:10, 139:18, 140:2
**individual 's** [1] - 92:20
**individuals** [8] - 33:25, 34:15, 37:3, 37:22, 38:2, 75:2, 120:16, 147:12
**individuals '** [1] - 8:11
**induced** [1] - 111:20
**induces** [1] - 141:22
**industry** [2] - 74:3, 153:10
**infer** [1] - 95:19
**inferences** [2] - 115:6, 146:8
**inferior** [1] - 152:8
**influences** [2] - 106:11, 107:10
**inform** [1] - 106:23
**information** [37] - 32:23, 39:18, 39:20, 39:21, 39:25, 40:12, 40:24, 42:8, 42:14, 42:21, 48:10, 53:4, 66:9, 66:14, 73:17, 83:21, 85:25, 86:2, 86:13, 87:24, 88:21, 89:2, 97:17, 98:5, 98:8, 98:11, 101:18, 102:1, 120:19, 121:15, 123:23, 123:24, 124:19, 134:13, 156:4, 156:21, 157:25
**informed** [1] - 124:9
**infrastructure** [4] - 29:5, 42:3, 48:19, 52:7
**initial** [2] - 96:14, 112:19
**initiative** [1] - 15:23
**injected** [1] - 121:17
**injury** [1] - 146:2
**inside** [1] - 133:25
**insofar** [2] - 20:6, 50:15
**installation** [1] - 32:24
**installed** [4] - 32:21, 133:21, 133:22, 156:12
**instead** [2] - 14:24, 45:20
**Institute** [4] - 74:17, 79:19, 110:17, 128:17
**institutions** [3] -

11:25, 70:22, 72:19
**instruct** [1] - 9:17
**instruction** [2] - 9:21, 10:2
**INSTRUCTIONS** [2] - 162:1, 163:9
**insufficient** [1] - 53:7
**intense** [1] - 87:8
**intensities** [13] - 23:10, 57:2, 85:8, 85:15, 95:13, 96:24, 111:13, 136:19, 142:17, 142:22, 143:5, 144:8, 145:11
**intensity** [28] - 31:22, 60:4, 83:17, 90:3, 90:9, 95:12, 95:17, 95:20, 97:2, 106:12, 110:25, 111:24, 128:19, 128:21, 133:11, 133:14, 138:9, 138:11, 138:18, 138:21, 138:24, 139:2, 139:9, 141:21, 144:2, 144:11, 145:25, 146:6
**Intensity** [2] - 22:11, 22:24
**intent** [1] - 89:1
**intention** [1] - 15:12
**interest** [7] - 10:17, 55:5, 69:13, 70:17, 70:19, 75:1, 75:3
**interested** [1] - 19:2
**interesting** [3] - 28:10, 31:16, 133:4
**interests** [2] - 70:21, 74:24
**international** [1] - 55:12
**International** [6] - 74:8, 78:22, 79:19, 111:3, 128:3
**Internet** [2] - 62:23, 63:7
**interpreting** [1] - 114:9
**interrupt** [1] - 48:23
**interval** [2] - 36:7, 117:3
**intervening** [1] - 158:17
**intolerance** [1] - 82:23
**invariably** [1] - 38:6
**investigators** [1] - 31:11
**invited** [3] - 54:1, 55:2, 79:15
**invites** [1] - 156:13

**inviting** [3] - 79:23, 155:22, 155:23
**invitro** [1] - 56:24
**involve** [3] - 20:20, 27:18, 47:18
**involved** [15] - 11:18, 13:16, 13:19, 13:24, 15:18, 20:2, 45:23, 47:25, 53:19, 69:21, 77:10, 77:13, 85:23, 134:22
**involvement** [2] - 14:9, 135:21
**involves** [1] - 108:20
**involving** [9] - 13:21, 14:5, 18:7, 20:19, 45:18, 47:5, 48:5, 50:6, 52:12
**ionizing** [6] - 9:12, 68:7, 68:19, 84:8, 91:7, 136:7
**isolated** [8] - 56:25, 57:22, 58:16, 58:17, 60:4, 95:8, 95:18, 142:2
**Isotrope** [1] - 103:6
**Israel** [1] - 11:16
**Israeli** [1] - 11:17
**issue** [10] - 10:21, 11:18, 15:2, 27:2, 27:11, 39:3, 39:10, 51:19, 55:10, 57:3, 76:17, 77:10, 82:12, 85:11, 89:9, 99:24, 118:9, 147:2, 157:19
**issues** [12] - 7:5, 7:6, 7:17, 10:17, 15:19, 33:15, 44:10, 54:8, 76:5, 79:17, 83:18, 157:23
**Italy** [2] - 74:6, 110:17
**items** [1] - 21:23
**itself** [1] - 114:2

**J**

**January** [5] - 1:17, 3:3, 160:16, 163:4, 163:10
**Jerry** [1] - 155:10
**Jersey** [1] - 47:4
**job** [1] - 71:11
**joint** [3] - 11:17, 40:16, 126:19
**journal** [7] - 26:10, 69:10, 73:1, 73:5, 73:7, 109:4, 109:25
**Journal** [3] - 26:19, 109:6, 109:15
**journals** [2] - 69:18,

72:23
**judge** [2] - 4:21, 132:24
**judgment** [4] - 65:7, 73:10, 77:14, 102:2
**judgments** [3] - 71:3, 76:25, 77:2
**Judicial** [1] - 153:13
**jurisdiction** [6] - 13:4, 48:8, 50:9, 52:4, 52:5, 147:4
**jurisdictions** [1] - 12:18
**jury** [1] - 4:21
**justification** [1] - 100:5

### K

**Kansas** [1] - 7:20
**keep** [3] - 21:2, 41:22, 127:13
**keeping** [1] - 38:18
**Kent** [1] - 81:6
**Key** [1] - 55:17
**kids** [1] - 63:7
**kind** [13] - 9:20, 13:7, 14:15, 84:11, 106:8, 112:1, 115:15, 121:15, 130:22, 131:1, 131:3, 147:10, 151:17
**kinds** [10] - 10:4, 105:25, 117:20, 130:17, 130:23, 131:5, 131:7, 131:18, 131:19, 131:21
**kitchen** [2] - 98:13, 99:10
**knowing** [2] - 58:8, 139:25
**knowledge** [7] - 42:1, 42:5, 52:24, 55:9, 93:16, 136:6, 137:6
**known** [1] - 118:1
**knows** [1] - 100:24
**Kosrovani** [2] - 46:1, 48:5
**Kumar** [1] - 155:12
**Kundi** [1] - 152:1

### L

**laboratories** [5] - 136:13, 141:3, 141:13, 143:4, 145:12
**Laboratories** [1] - 135:23

**laboratory** [1] - 135:24
**Lai** [1] - 2:15
**LAMECH** [1] - 157:11
**Lamech** [6] - 32:19, 32:22, 33:13, 41:11, 157:11, 157:12
**language** [2] - 120:5, 141:16
**lap** [3] - 65:11, 65:14, 94:17
**laptop** [2] - 65:11, 65:14, 94:16
**large** [8] - 28:8, 30:6, 32:23, 42:19, 76:4, 84:13, 144:11, 148:14
**largely** [1] - 63:10
**larger** [2] - 108:24, 120:7
**largest** [1] - 128:9
**last** [19] - 32:7, 38:3, 43:5, 68:3, 80:12, 87:11, 100:8, 103:17, 104:4, 105:13, 105:16, 113:15, 114:3, 116:2, 135:6, 140:12, 140:14, 155:18
**lastly** [1] - 147:25
**Law** [1] - 153:13
**law** [2] - 4:12, 153:12
**laws** [2] - 52:14, 123:22
**lawsuits** [1] - 130:13
**lawyer** [4] - 11:16, 16:1, 16:3, 155:6
**lawyers** [3] - 20:16, 123:15, 154:24
**laymen's** [2] - 90:20, 127:3
**lazy** [1] - 110:1
**lead** [4] - 12:5, 42:16, 42:18, 96:13
**leading** [1] - 85:2
**leads** [1] - 96:4
**learn** [1] - 135:16
**learning** [1] - 94:19
**least** [14] - 43:7, 49:23, 51:12, 58:16, 58:17, 59:24, 60:4, 66:16, 69:12, 73:11, 74:21, 80:4, 85:1, 156:5
**leave** [4] - 57:14, 64:21, 156:17, 158:22
**LECHI** [1] - 118:9
**lectures** [2] - 10:4, 10:6

**led** [1] - 79:23
**Lee** [2] - 155:11
**left** [2] - 12:8, 45:10
**legal** [5] - 13:16, 20:1, 49:15, 52:21, 123:21
**legislation** [1] - 149:15
**legislative** [1] - 19:4
**legislator** [1] - 19:7
**Legislature** [6] - 15:21, 18:21, 18:25, 19:2, 19:6, 153:8
**legwork** [1] - 53:25
**length** [1] - 156:2
**lengthy** [2] - 150:19, 151:2
**Leonard** [1] - 155:10
**Lerchi** [7] - 27:15, 28:6, 118:8, 118:9, 118:15, 118:25, 157:14
**LERCHI** [3] - 28:6, 118:15, 157:14
**Lesintisky** [1] - 155:10
**less** [10] - 31:5, 34:4, 65:19, 67:5, 86:5, 87:16, 88:14, 110:12, 131:10, 131:14
**lesser** [1] - 59:23
**letter** [5] - 155:21, 155:22, 156:3, 156:22, 162:11
**leukemia** [20] - 36:14, 37:10, 37:19, 37:20, 38:15, 89:6, 99:12, 112:17, 112:19, 112:20, 113:6, 113:7, 113:9, 113:13, 129:18, 129:21, 130:2, 131:21, 132:7, 136:11
**leukemias** [1] - 112:22
**level** [25] - 8:12, 54:25, 55:3, 56:23, 57:5, 57:17, 57:18, 57:20, 58:1, 59:18, 60:2, 60:5, 60:7, 62:12, 64:15, 66:10, 67:4, 68:14, 78:2, 112:4, 139:2, 139:4, 139:7, 139:9, 142:13
**levels** [18] - 56:8, 56:24, 57:22, 57:24, 58:14, 58:21, 60:13, 68:11, 94:25, 95:4, 95:5, 95:7, 95:20, 110:14, 127:5, 134:12, 142:23,

152:4
**levied** [1] - 73:2
**liable** [1] - 8:14
**licensed** [1] - 13:3
**life** [5] - 64:5, 68:13, 68:15, 132:18, 153:2
**lifestyle** [1] - 62:18
**lifetime** [1] - 39:23
**likelihood** [2] - 101:6, 101:9
**likely** [8] - 17:18, 20:6, 33:18, 36:6, 66:12, 91:8, 101:14, 101:16
**limit** [2] - 58:9, 67:11
**limitation** [2] - 114:22, 115:3
**limitations** [5] - 113:17, 113:19, 115:16, 117:17, 118:3
**limited** [3] - 114:24, 115:6, 115:21
**Limits** [1] - 118:18
**limits** [1] - 5:16
**line** [10] - 47:6, 47:10, 47:14, 50:17, 50:20, 51:16, 51:22, 77:20, 89:7, 162:5
**lines** [10] - 8:16, 8:22, 49:11, 49:12, 50:14, 51:3, 89:1, 105:24, 114:12, 136:4
**link** [2] - 126:18, 149:14
**list** [11] - 3:23, 17:22, 21:16, 22:3, 45:1, 45:15, 57:9, 122:5, 131:5, 147:9, 162:5
**LIST** [1] - 2:6
**List** [2] - 2:12, 2:19
**listed** [6] - 17:23, 24:6, 124:5, 142:25, 147:6, 147:9
**listing** [3] - 11:12, 23:9, 155:9
**lists** [3] - 17:24, 24:24, 156:12
**literature** [7] - 10:6, 14:15, 29:20, 35:21, 92:3, 128:1, 138:8
**litigation** [2] - 12:6, 158:15
**live** [3] - 99:17, 99:19, 133:8
**lives** [1] - 66:11
**living** [1] - 69:24
**Lloyd** [1] - 155:12
**Logistic** [1] - 153:17
**logistics** [1] - 54:11
**look** [28] - 9:22, 16:23,

18:5, 20:5, 25:13, 33:15, 43:18, 44:8, 54:16, 82:15, 90:11, 96:2, 105:1, 113:15, 116:10, 122:7, 125:22, 130:18, 137:17, 137:24, 138:4, 141:18, 142:24, 143:6, 144:19, 146:13, 158:1
**looked** [12] - 24:22, 30:6, 82:8, 90:9, 90:13, 94:1, 113:5, 113:9, 118:20, 130:7, 133:19, 141:3
**looking** [12] - 22:3, 22:13, 22:14, 25:7, 55:16, 72:24, 82:9, 83:13, 86:3, 117:2, 117:9, 143:7
**looks** [5] - 24:16, 24:19, 43:23, 115:13, 126:2
**lost** [1] - 53:12
**low** [17] - 35:2, 57:2, 57:5, 57:22, 60:13, 68:11, 68:14, 83:17, 90:18, 95:12, 95:17, 95:20, 96:24, 134:12, 136:19, 141:21
**Low** [2] - 22:11, 22:24
**low-intensity** [5] - 83:17, 95:12, 95:17, 95:20, 141:21
**lower** [7] - 37:22, 56:16, 56:24, 58:2, 64:13, 95:13, 102:21, 106:11, 106:12, 106:13, 106:14, 106:22, 110:25, 111:24, 113:21
**lower-frequency** [3] - 106:11, 106:14, 106:22
**lower-intensity** [1] - 106:12
**lunch** [1] - 5:14
**lung** [1] - 131:8
**lymphoma** [14] - 13:17, 13:21, 27:2, 27:8, 27:12, 28:11, 28:24, 36:20, 37:16, 38:5, 38:10, 99:12, 111:22, 112:21
**lymphomas** [5] - 13:15, 27:19, 112:22, 118:21,

118:23

# M

**M.D** [5] - 1:13, 2:1, 3:11, 161:10, 163:7
**macroglobulinemia** [3] - 13:8, 13:12, 13:14
**Madison** [1] - 154:13
**magnetic** [22] - 7:6, 7:17, 8:22, 31:7, 31:8, 34:21, 50:7, 66:21, 66:24, 67:2, 67:4, 67:22, 67:23, 87:23, 89:1, 89:8, 113:11, 114:6, 132:8, 136:4, 136:11, 152:25
**magnitude** [2] - 56:16, 58:10, 59:24, 101:19, 110:25
**mail** [1] - 21:12
**main** [2] - 55:1, 128:6
**MAINE** [2] - 1:1, 1:9
**Maine** [48] - 1:17, 3:3, 3:19, 15:15, 15:19, 15:24, 16:13, 18:2, 18:8, 18:13, 18:14, 18:17, 18:21, 19:3, 19:15, 19:18, 20:9, 21:3, 21:25, 22:4, 23:15, 23:22, 24:21, 27:7, 41:16, 42:6, 51:10, 68:22, 68:24, 70:2, 70:3, 71:15, 104:23, 119:12, 120:2, 124:4, 131:24, 148:2, 148:25, 153:8, 153:14, 153:15, 156:19, 156:20, 160:3, 161:18, 163:6
**maintain** [1] - 10:8
**maintained** [1] - 32:6
**major** [15] - 8:7, 9:20, 11:10, 11:20, 36:21, 38:17, 39:10, 42:18, 54:3, 55:10, 62:18, 79:14, 96:14, 136:24, 158:16
**majority** [2] - 53:25, 142:17
**makeup** [1] - 62:10
**male** [1] - 112:21
**man** [3] - 11:15, 46:3, 65:11
**man's** [1] - 99:18
**manages** [1] - 24:13
**manmade** [3] - 64:20,

64:25, 66:13
**March** [3] - 43:12, 119:21, 124:25
**Maria** [2] - 154:7, 154:10
**mark** [3] - 45:11, 45:14, 125:20
**Marked** [1] - 2:8
**marked** [3] - 45:3, 81:12, 119:18
**markers** [1] - 96:2, 145:5
**Marsonique** [1] - 152:9
**Massachusetts** [1] - 137:19
**master's** [1] - 54:25
**material** [2] - 20:10, 124:13
**materials** [1] - 17:1
**matter** [14] - 17:14, 18:14, 18:15, 19:19, 21:25, 23:23, 70:16, 77:9, 80:17, 81:15, 100:17, 123:13, 134:18, 163:11
**matters** [2] - 10:2, 13:20
**McCarty** [3] - 2:14, 30:23, 107:22
**McLaughlin** [17] - 16:4, 16:6, 17:13, 17:15, 17:16, 17:24, 20:8, 20:24, 43:1, 44:13, 149:25, 150:11, 151:2, 152:14, 155:2, 155:3, 155:22
**MDA** [2] - 145:4, 145:8
**ME** [2] - 163:2, 163:17
**mean** [15] - 28:15, 39:23, 60:10, 68:14, 70:15, 75:15, 83:2, 100:20, 103:1, 106:12, 114:19, 127:6, 135:14, 144:17
**means** [4] - 65:12, 72:20, 90:21, 115:19
**meant** [3] - 92:24, 101:5, 121:25
**measured** [1] - 107:3
**measurement** [2] - 90:3, 133:14
**measuring** [2] - 134:2, 145:3
**mechanism** [7] - 61:15, 84:6, 84:10, 93:12, 94:14, 117:25, 142:10

**mechanisms** [8] - 60:25, 68:17, 82:2, 84:3, 91:17, 91:25, 92:13, 93:25
**medical** [8] - 6:16, 12:25, 39:16, 42:8, 101:8, 101:13, 102:6, 123:21
**medically** [2] - 79:3, 105:15
**medically-oriented** [1] - 79:3
**medicine** [3] - 5:21, 13:1, 13:3
**meet** [1] - 15:21
**meeting** [2] - 42:11, 81:15
**meetings** [1] - 12:15
**megahertz** [2] - 67:5, 144:22
**MELISSA** [1] - 160:20
**Melissa** [7] - 1:16, 3:1, 100:8, 118:14, 149:4, 160:2, 160:19
**member** [1] - 19:1
**members** [1] - 79:4
**memoranda** [1] - 11:2
**memories** [1] - 46:10
**memory** [1] - 147:16
**meningioma** [1] - 82:11
**mention** [1] - 118:7
**mentioned** [13] - 8:23, 18:20, 20:11, 48:13, 53:18, 81:11, 118:6, 127:25, 128:3, 133:4, 137:8, 157:8, 162:11
**Mentioned** [1] - 2:8
**MERENBERG** [1] - 160:20
**Merenberg** [4] - 1:16, 3:2, 160:2, 160:19
**MERRILL** [18] - 4:5, 22:16, 43:18, 43:21, 45:8, 102:12, 102:15, 103:11, 103:16, 103:22, 105:1, 140:17, 150:16, 150:22, 155:5, 156:8, 157:1, 158:25
**Merrill** [14] - 1:21, 22:6, 40:1, 40:11, 43:16, 43:17, 44:6, 44:9, 45:2, 140:23, 150:12, 155:25, 156:6, 158:23
**met** [2] - 3:16, 8:4
**metaanalyses** [1] -

151:25
**metabolism** [1] - 91:14
**metabolite** [1] - 145:4
**metabolize** [1] - 92:17
**metal** [1] - 106:10
**meter** [70] - 33:5, 33:8, 36:23, 37:13, 38:18, 38:19, 63:3, 64:14, 68:25, 69:4, 70:3, 85:5, 85:20, 86:1, 86:5, 86:7, 86:12, 86:17, 87:2, 89:14, 90:4, 90:9, 93:19, 94:2, 95:6, 96:22, 98:4, 98:10, 98:12, 98:23, 99:3, 99:9, 101:19, 107:2, 107:6, 112:25, 121:10, 126:20, 133:1, 133:5, 133:8, 133:10, 133:12, 133:17, 133:20, 133:25, 134:3, 134:16, 134:25, 135:2, 135:5, 138:11, 142:14, 144:3, 144:6, 144:7, 144:10, 144:11, 144:16, 145:1, 145:10, 146:1, 146:3, 146:5, 146:10, 146:13, 151:17
**Meter** [2] - 122:13, 153:24
**metering** [4] - 29:5, 42:3, 48:19, 52:6
**meters** [71] - 8:16, 8:19, 31:20, 31:21, 31:24, 32:11, 32:21, 32:25, 33:18, 33:24, 35:4, 35:10, 35:20, 41:19, 42:18, 46:25, 47:6, 49:5, 49:14, 49:21, 49:25, 51:5, 51:7, 51:10, 55:24, 56:3, 62:20, 62:23, 63:1, 63:2, 63:13, 64:8, 66:5, 85:2, 85:22, 85:24, 86:19, 88:4, 89:24, 90:8, 93:20, 94:25, 95:1, 97:6, 97:11, 97:18, 97:24, 98:6, 99:22, 103:25, 104:3, 104:8, 104:18, 107:5, 120:15, 121:5, 126:7,

126:18, 126:25, 133:6, 133:21, 142:21, 144:15, 146:18, 147:13, 152:19, 154:3, 154:9, 154:11, 156:11
**Meters** [1] - 104:4
**methods** [1] - 6:5
**Mexico** [1] - 154:15
**MF** [6] - 7:5, 7:6, 114:6, 114:16, 115:5
**MFs** [1] - 71:14
**mice** [5] - 27:3, 27:13, 27:17, 27:19, 118:19
**Michigan** [2] - 2:17, 29:2, 29:8, 41:16, 47:21, 48:13, 48:17, 51:10
**microwatts** [11] - 56:15, 56:19, 57:13, 58:2, 59:21, 59:25, 60:9, 60:13, 64:8, 64:13, 74:12
**microwave** [5] - 33:2, 82:22, 84:18, 85:13, 105:4
**middle** [2] - 25:15, 26:3
**might** [7] - 66:15, 69:5, 102:3, 140:6, 148:1, 158:7
**Migration** [1] - 118:12
**mildly** [1] - 140:6
**Milham** [1] - 87:20
**millions** [1] - 15:11
**mind** [9] - 38:17, 64:19, 96:20, 100:2, 115:9, 127:9, 127:12, 129:1, 130:1
**minds** [1] - 49:21
**mine** [1] - 75:24
**mini** [1] - 81:23
**minimal** [2] - 54:23, 98:18
**minimization** [1] - 72:1
**minimize** [3] - 59:5, 69:24, 79:5
**minnesota** [1] - 50:14
**minor** [1] - 20:1
**minority** [1] - 78:3
**minute** [1] - 100:7
**minutes** [1] - 3:16
**MIR** [1] - 155:18
**misrepresentations** [1] - 151:11
**missing** [1] - 148:2
**mission** [1] - 82:5
**misstatements** [1] -

152:1
**mistake** [2] - 24:16, 122:11
**mistaken** [1] - 151:3
**misunderstanding** [1] - 78:18
**misunderstood** [1] - 151:1
**mitochondria** [1] - 91:15
**mobile** [1] - 82:10
**modern** [3] - 57:4, 132:18, 134:14
**Mohawk** [1] - 135:8
**molecule** [6] - 61:5, 90:25, 91:1, 91:6, 91:9
**moment** [11] - 17:15, 18:20, 19:8, 26:21, 30:18, 48:9, 57:16, 82:16, 93:21, 94:2, 130:24
**money** [4] - 15:8, 20:20, 55:8, 75:20
**monitored** [1] - 113:9
**Monsanto** [3] - 13:24, 47:19, 48:12
**month** [1] - 45:17
**monthly** [1] - 126:10
**Montreal** [2] - 49:23, 137:9
**Moon** [1] - 152:1
**Morgan** [1] - 155:12
**morning** [4] - 3:15, 3:18, 41:9, 97:23
**Morrison** [1] - 50:4
**most** [31] - 15:8, 18:7, 19:25, 20:18, 22:22, 31:18, 37:7, 45:16, 45:21, 45:22, 47:18, 54:2, 54:9, 56:16, 65:1, 78:9, 90:15, 91:8, 92:4, 93:7, 93:24, 128:9, 131:9, 133:23, 136:7, 137:13, 139:20, 142:2, 142:8, 143:15
**Most** [1] - 104:8
**mouse** [1] - 119:6
**move** [2] - 48:4, 134:10
**moved** [2] - 46:4, 47:16
**MPUC** [3] - 2:10, 2:11, 2:12
**MR** [47] - 3:14, 4:3, 4:5, 4:9, 21:14, 21:20, 22:16, 22:19, 41:14, 43:18, 43:20, 43:21, 43:22, 45:8,

45:10, 45:13, 80:25, 100:15, 102:12, 102:14, 102:15, 102:16, 102:17, 103:11, 103:13, 103:16, 103:17, 103:19, 103:24, 104:2, 105:1, 105:6, 140:17, 140:20, 145:22, 149:6, 150:16, 150:22, 150:25, 155:5, 155:7, 156:8, 156:15, 157:1, 157:2, 158:25, 159:1
**multiple** [6] - 13:15, 43:13, 87:4, 87:5, 87:10, 143:7
**muscles** [1] - 152:24
**must** [8] - 17:9, 72:6, 104:21, 120:7, 122:25, 126:20, 147:13, 162:8
**mutations** [1] - 61:19
**Myers** [1] - 46:14
**Mykhaylo** [1] - 154:6

# N

**name** [9] - 3:16, 11:21, 11:22, 16:3, 19:7, 19:10, 32:19, 81:5, 93:22
**named** [6] - 25:16, 81:6, 81:8, 160:4, 160:13, 161:18
**nano** [2] - 67:11, 67:12
**national** [1] - 136:20
**National** [8] - 2:16, 28:4, 28:9, 28:12, 29:1, 79:19, 127:20, 128:10
**nations** [1] - 72:11
**natural** [1] - 67:20, 88:17, 151:16
**nature** [1] - 50:15
**near** [1] - 74:13
**nearby** [2] - 91:4, 91:12
**nearly** [3] - 28:12, 28:14, 28:25
**Nebraska** [1] - 7:20
**necessarily** [1] - 71:21
**need** [11] - 5:8, 18:3, 55:12, 59:3, 62:22, 65:12, 70:11, 79:11, 88:12, 150:14, 156:17
**needed** [1] - 116:4

**nerve** [2] - 128:15, 131:7
**nerves** [1] - 110:19
**nervous** [2] - 136:14, 152:24
**net** [1] - 92:4
**Netherlands** [2] - 73:14, 73:20
**network** [1] - 134:5
**neurobehavioral** [1] - 82:17
**neurological** [1] - 81:25
**neuroma** [2] - 82:11, 128:15
**neuromas** [1] - 128:12
**never** [20] - 10:23, 11:6, 13:1, 15:6, 18:24, 20:12, 37:25, 39:9, 52:19, 59:8, 63:25, 69:17, 77:4, 100:24, 107:2, 128:6, 136:21, 147:3
**nevertheless** [1] - 121:17
**new** [5] - 24:9, 77:9, 136:5, 158:18
**New** [6] - 7:21, 47:4, 134:17, 135:22, 135:24, 136:2
**Newman** [1] - 147:23
**next** [10] - 65:13, 102:10, 104:10, 110:13, 116:2, 119:19, 126:15, 138:16, 139:1
**NGO** [4] - 74:7, 78:16, 78:19, 78:21
**Niagara** [1] - 135:8
**night** [1] - 97:23
**NIH** [2] - 60:23, 79:20
**Niko** [1] - 153:21
**Non** [15] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 130:14
**non** [1] - 139:3
**Non-Hodgkin 's** [14] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 130:14
**Non-Hodgkin 's/ Waldenstrom 's** [1] - 127:4
**non-safe** [1] - 139:3
**noncredible** [1] -

69:16
**none** [6] - 12:17, 14:3, 82:12, 123:10, 142:21, 146:3
**Nonionizing** [1] - 78:23
**nonionizing** [5] - 9:13, 68:18, 84:11, 91:7, 136:7
**nonsense** [1] - 85:16
**nonspecific** [1] - 83:10
**nonthermal** [1] - 142:23
**nonwhite** [1] - 113:22
**normal** [2] - 97:7, 97:12
**normally** [1] - 91:13
**Norman** [1] - 163:16
**notarized** [1] - 162:9
**Notary** [5] - 1:16, 3:2, 3:9, 160:2, 161:17
**NOTARY** [2] - 160:21, 161:16
**notary** [1] - 163:12
**note** [1] - 162:2
**noted** [4] - 113:19, 114:6, 114:16, 161:4
**Notes** [1] - 2:20
**notes** [8] - 40:10, 40:14, 40:20, 40:21, 44:21, 125:22, 126:2, 126:5
**nothing** [6] - 49:24, 116:18, 149:16, 153:12, 153:22, 160:5
**Notice** [1] - 2:9
**notice** [6] - 3:23, 16:11, 16:21, 22:14, 41:1, 151:13
**notwithstanding** [1] - 50:1
**November** [2] - 40:17, 126:24
**nowhere** [1] - 74:16
**NTP** [3] - 110:13, 110:24, 136:16
**nuclear** [3] - 61:1, 61:2, 136:6
**Number** [2] - 22:9, 84:17, 116:10
**number** [26] - 10:18, 13:22, 16:14, 28:17, 29:20, 32:22, 32:23, 42:19, 58:23, 73:15, 75:17, 82:10, 82:15, 82:16, 82:21, 83:15, 89:5, 96:11, 102:12, 108:24, 114:24,

114:25, 115:21, 129:8, 136:13, 162:5
**numbers** [4] - 30:14, 104:6, 117:16, 117:24

# O

**oath** [4] - 3:8, 3:12, 4:10, 4:11
**object** [3] - 53:2, 56:20, 155:5
**objected** [2] - 56:20, 134:24
**objection** [1] - 155:25
**objective** [2] - 71:2, 71:3
**objectively** [1] - 69:12
**observation** [2] - 35:24, 73:19
**observed** [1] - 95:6
**obviously** [16] - 6:4, 31:10, 35:20, 49:24, 55:4, 68:13, 68:15, 86:23, 87:24, 99:9, 106:1, 120:3, 124:17, 128:12, 149:21, 153:2
**occasion** [1] - 19:1
**occasionally** [1] - 21:6
**occasions** [4] - 7:2, 15:22, 19:4, 20:18
**occupational** [1] - 76:1
**occur** [3] - 98:15, 129:15, 135:11
**occurred** [1] - 82:3
**October** [3] - 122:8, 122:9, 155:24
**OF** [2] - 1:1, 1:13
**off/on** [1] - 97:12
**offering** [1] - 6:10
**office** [2] - 10:15, 76:15
**Office** [5] - 68:21, 70:13, 71:15, 71:17, 71:19
**offices** [1] - 8:6
**official** [4] - 74:7, 78:16, 79:6, 139:19
**officially** [2] - 49:16, 49:18
**offs** [1] - 32:5
**often** [4] - 60:22, 61:3, 86:19, 120:15
**old** [2] - 21:7, 21:9
**older** [1] - 66:15
**omitted** [1] - 162:7
**on/off** [1] - 97:8
**once** [3] - 41:24,

123:24, 134:13
one [127] - 4:23, 6:1, 6:17, 7:20, 12:4, 13:14, 15:2, 15:21, 16:10, 18:7, 18:25, 19:1, 21:8, 23:1, 23:4, 23:25, 24:4, 24:17, 26:7, 26:24, 27:13, 30:7, 30:23, 30:25, 31:2, 32:10, 32:18, 32:22, 34:10, 36:11, 36:20, 37:12, 37:25, 40:14, 43:4, 43:7, 43:23, 44:12, 45:21, 45:22, 47:4, 48:2, 48:14, 49:7, 50:22, 50:23, 51:12, 51:16, 53:24, 54:19, 55:1, 58:5, 58:13, 61:5, 61:21, 63:10, 69:13, 71:7, 73:1, 75:9, 78:24, 83:4, 83:7, 85:4, 85:23, 87:6, 91:18, 92:24, 93:20, 94:2, 95:11, 96:14, 97:19, 100:24, 103:9, 104:21, 104:23, 107:25, 108:6, 108:7, 108:18, 108:20, 109:17, 110:4, 110:8, 110:10, 110:13, 110:19, 111:9, 112:15, 112:24, 113:19, 113:20, 115:12, 115:24, 116:16, 116:17, 118:6, 119:2, 120:9, 121:17, 123:5, 123:15, 128:6, 128:25, 130:22, 132:15, 133:18, 133:24, 138:7, 140:5, 140:12, 140:18, 144:18, 145:5, 146:21, 146:23, 150:1, 152:14, 155:13, 157:14
one-page [1] - 150:1
one-third [1] - 113:20
ones [5] - 11:8, 20:20, 30:25, 131:6, 142:25
ongoing [1] - 12:5
ons [2] - 31:19, 32:4
open [4] - 55:13, 68:2, 157:7, 157:22
open-access [1] - 55:13

operate [1] - 98:7
operating [2] - 97:7, 97:11
opinion [19] - 29:25, 30:4, 34:7, 34:9, 35:1, 35:18, 39:12, 39:15, 71:16, 98:19, 99:5, 99:8, 101:6, 105:20, 112:25, 137:7, 138:14, 139:12, 139:17
opinions [11] - 6:10, 27:25, 28:1, 106:24, 110:6, 112:14, 135:10, 149:18, 158:14, 158:19, 158:20
opportunity [1] - 151:8
opposed [1] - 24:25
opposition [1] - 85:24
opt [3] - 99:25, 126:7, 134:16
OR [1] - 161:16
oral [1] - 121:24
order [6] - 26:8, 26:16, 110:25, 148:8, 148:10, 148:17
ordered [2] - 132:16, 148:19
ordering [1] - 148:11
orders [4] - 56:15, 59:24, 150:4, 156:11
organ [1] - 9:8
organization [9] - 12:4, 12:8, 70:16, 71:23, 74:1, 78:15, 78:16, 149:10, 154:13
Organization [19] - 60:24, 74:2, 74:5, 74:8, 74:10, 74:19, 74:25, 75:3, 75:16, 75:17, 76:18, 77:2, 78:6, 81:20, 81:21, 82:5, 85:12, 111:5, 149:12
organizations [3] - 12:5, 55:12, 79:22
organize [1] - 10:25
organizing [1] - 42:17
oriented [1] - 79:3
original [4] - 28:5, 96:12, 114:1, 163:13
originally [4] - 11:16, 43:23, 79:1, 90:17
outcome [9] - 10:13, 10:16, 29:12, 48:6, 51:14, 52:10, 53:10, 118:21, 160:13

outcomes [2] - 62:8, 77:17
outputs [1] - 93:13
outside [6] - 68:12, 86:19, 98:13, 108:15, 133:13, 146:10
ovens [1] - 85:13
overlap [1] - 129:25
overpower [1] - 91:24
overwhelming [2] - 65:7, 142:4
own [6] - 54:14, 64:19, 73:19, 116:18, 130:5, 135:20
owned [1] - 136:3
oxidative [12] - 96:3, 96:7, 141:20, 141:22, 142:6, 142:14, 143:12, 145:5, 145:15, 145:20, 146:2
oxygen [41] - 61:14, 61:16, 61:22, 68:18, 84:5, 88:7, 89:10, 89:13, 89:20, 90:21, 90:23, 90:25, 91:6, 91:10, 91:13, 91:20, 92:17, 92:22, 93:7, 93:18, 93:23, 93:25, 94:10, 94:13, 94:17, 94:24, 95:14, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:6, 142:9, 142:18, 143:23, 144:1, 145:20, 146:1, 146:16

**P**

p.m [5] - 80:24, 140:16, 159:2
P.O [2] - 163:1, 163:17
page [45] - 17:2, 24:7, 25:14, 25:15, 25:17, 25:18, 25:24, 26:1, 26:2, 26:3, 40:20, 40:21, 43:24, 86:3, 102:18, 103:3, 103:5, 103:11, 103:14, 104:5, 105:10, 105:12, 113:15, 122:8, 123:19, 127:6, 137:22, 138:4, 138:5, 148:9, 149:8, 149:9, 150:1, 151:20, 151:24, 152:3, 152:6,

152:12, 153:16, 156:3, 162:5, 162:9, 162:10, 163:12, 163:13
PAGE [2] - 2:2, 161:1
Page/Line [1] - 162:14
pages [5] - 43:13, 150:21, 151:19, 161:3
paid [2] - 14:21, 18:1
pain [3] - 40:16, 75:20, 126:20
panel [2] - 24:14, 147:11
paper [17] - 27:14, 28:20, 33:14, 34:23, 35:25, 54:5, 81:22, 85:11, 90:13, 94:12, 105:4, 108:14, 110:2, 115:14, 118:6, 118:10, 153:16
papers [7] - 28:19, 35:13, 37:18, 38:14, 75:9, 78:12, 96:11
paragraph [15] - 17:2, 86:4, 103:4, 103:18, 104:3, 104:18, 114:3, 115:4, 116:3, 120:9, 124:8, 124:25, 126:15, 155:14, 156:5
paragraphs [2] - 123:20, 124:1
parameters [1] - 143:8
paraphrase [1] - 59:10
parenthetical [1] - 103:5
Part [2] - 2:10, 2:11
part [26] - 6:18, 11:3, 20:1, 24:15, 27:25, 54:3, 54:9, 57:1, 68:7, 68:19, 77:4, 77:5, 79:20, 80:7, 80:8, 82:5, 91:15, 95:23, 111:4, 116:8, 132:18, 134:11, 135:12, 135:24
partial [3] - 127:19, 137:18, 137:25
Partial [1] - 2:18
participation [1] - 113:21
particular [20] - 9:25, 11:24, 14:13, 38:1, 38:5, 39:13, 52:12, 52:14, 63:13, 71:23, 84:15, 94:7, 94:9, 99:11, 99:20, 108:14, 116:19,

139:2, 140:2, 151:13
particularly [16] - 31:19, 31:24, 32:12, 33:24, 34:16, 35:20, 37:1, 63:14, 87:20, 97:13, 111:2, 128:1, 153:23, 154:18, 157:17, 157:24
partly [1] - 37:11
parts [2] - 73:5, 134:23
Passariello [1] - 51:3
past [2] - 3:25, 146:17
pathological [1] - 83:16
patient [2] - 14:6, 108:20
patterns [1] - 137:4
Paul [1] - 6:25
pay [7] - 36:22, 64:23, 100:1, 100:6, 124:4, 126:10
PCB [1] - 130:14
PCBs [12] - 13:22, 47:18, 60:21, 60:25, 61:24, 130:9, 130:12, 135:12, 135:15, 136:23, 137:3, 137:8
peace [1] - 49:23
peak [2] - 88:13, 88:16
peaks [4] - 87:22, 87:25, 88:17, 89:23
peer [11] - 10:5, 29:19, 54:5, 69:10, 69:17, 72:23, 72:25, 73:2, 73:3, 73:6, 141:19
peer-reviewed [10] - 10:5, 29:19, 54:5, 69:10, 69:17, 72:23, 72:25, 73:2, 73:6, 141:19
penalized [1] - 38:18
pendency [1] - 16:13
pending [1] - 156:10
penetrate [4] - 68:10, 86:21, 86:22, 133:10
Pennsylvania [6] - 46:12, 46:20, 50:10, 50:21, 50:25, 51:13
people [71] - 10:18, 24:14, 30:6, 30:7, 30:10, 30:18, 31:25, 32:5, 32:24, 33:3, 33:19, 34:5, 34:7, 34:13, 34:20, 34:24, 35:7, 40:6, 42:17, 42:19, 61:12, 64:4, 69:20, 69:23, 71:1, 71:12, 74:3, 74:20,

75:5, 75:11, 79:2, 79:3, 79:4, 80:19, 81:19, 84:14, 87:19, 89:5, 89:16, 90:6, 91:22, 92:4, 92:9, 92:11, 93:1, 93:8, 96:1, 96:6, 96:8, 97:20, 108:24, 109:8, 110:20, 114:1, 114:25, 121:6, 121:18, 125:8, 133:23, 134:19, 134:23, 135:19, 136:7, 137:1, 142:8, 144:10, 145:7, 154:2, 154:25

**people 's** [1] - 29:23

**per** [13] - 56:15, 56:19, 57:13, 58:2, 59:21, 60:1, 60:9, 60:13, 64:8, 64:13, 67:11, 67:12, 74:12

**percent** [10] - 29:16, 30:3, 32:3, 34:2, 34:3, 35:7, 35:11, 101:14, 101:18, 121:6

**percentage** [3] - 30:15, 98:20, 101:23

**perfectly** [1] - 32:9

**performed** [1] - 69:2

**perhaps** [4] - 35:23, 43:15, 110:9, 141:9

**period** [22] - 15:19, 38:15, 38:21, 40:22, 79:17, 79:18, 87:15, 90:4, 99:16, 100:4, 100:13, 100:19, 101:2, 101:10, 101:13, 101:16, 101:24, 112:18, 113:13, 116:13, 116:16, 145:1

**periods** [8] - 40:6, 97:17, 110:21, 115:1, 115:23, 117:9, 129:14, 131:20

**permission** [1] - 133:22

**person** [25] - 14:7, 14:16, 17:16, 18:17, 31:2, 31:11, 54:25, 55:3, 62:9, 68:24, 70:2, 78:24, 93:17, 99:7, 108:6, 108:7, 108:18, 121:12, 125:5, 139:8, 139:21, 140:6,

147:23, 160:13

**personal** [6] - 60:20, 71:7, 73:19, 86:13, 136:21

**personally** [3] - 11:4, 11:19, 161:19

**personnel** [2] - 62:25, 124:18

**persons** [1] - 32:12

**persuade** [3] - 71:12, 74:15, 81:20

**pertain** [4] - 37:9, 49:4, 83:18, 129:17

**pertained** [1] - 48:22

**pertaining** [3] - 13:11, 19:17, 20:9

**petri** [3] - 58:16, 58:19, 58:20

**Ph.D** [1] - 6:2

**phenomena** [1] - 95:6

**phenomenon** [4] - 92:8, 92:25, 93:17, 95:3

**Phillips** [1] - 155:10

**phone** [22] - 33:20, 63:22, 63:23, 63:25, 65:2, 65:4, 65:6, 65:9, 74:6, 82:10, 86:5, 92:19, 93:5, 93:9, 110:15, 110:23, 126:5, 128:8, 128:20, 134:6, 138:10, 144:23

**Phone** [1] - 127:21

**Phones** [1] - 148:21

**phones** [5] - 65:16, 110:20, 134:5, 149:13, 149:14

**phonetic** [4] - 152:9, 153:22, 155:11

**photon** [1] - 61:21

**phrased** [1] - 101:4

**physician** [5] - 5:20, 31:10, 71:9, 90:14, 108:21

**physician 's** [1] - 71:11

**physicists** [1] - 79:1

**physiology** [1] - 9:7

**piece** [2] - 128:1, 157:7

**pigs** [1] - 143:18

**pillow** [1] - 64:3

**place** [2] - 30:11, 133:20

**placed** [2] - 86:19, 121:10

**plaintiff** [4] - 6:24, 46:17, 46:18, 81:4

**Plaintiff** [2] - 1:7, 1:21

**plaintiffs** [1] - 70:25

**plan** [1] - 5:12

**plants** [1] - 143:13

**plausible** [1] - 96:21

**plenty** [1] - 120:12

**plow** [1] - 102:10

**plowing** [1] - 127:13

**plus** [1] - 44:20

**point** [28] - 4:19, 6:22, 9:20, 25:12, 81:18, 85:4, 85:10, 85:20, 94:6, 98:20, 105:15, 106:20, 110:16, 115:24, 116:22, 116:25, 127:15, 129:16, 141:8, 141:15, 143:20, 143:21, 145:13, 146:14, 151:10, 151:15, 152:3, 152:15

**pointed** [1] - 4:21

**points** [2] - 6:9, 85:18

**policies** [3] - 12:19, 72:3, 72:4

**policy** [2] - 9:6, 63:11

**Policy** [1] - 55:18

**pollution** [2] - 58:8, 58:9

**polychlorinated** [2] - 60:21, 130:7

**poor** [1] - 92:24

**poorer** [1] - 115:5

**poorly** [1] - 101:4

**poorly -phrased** [1] - 101:4

**population** [6] - 29:16, 30:3, 30:6, 30:16, 34:2, 84:13

**portion** [1] - 100:11

**portions** [2] - 123:4, 123:11

**Portland** [2] - 53:15, 163:17

**posed** [1] - 42:4

**poses** [1] - 52:7

**position** [13] - 63:10, 71:21, 74:23, 75:6, 76:11, 76:13, 76:19, 76:24, 77:7, 77:8, 77:25, 78:3, 80:12

**positive** [2] - 28:23, 143:11

**possibility** [3] - 65:5, 76:22, 101:7

**possible** [3] - 111:8, 113:25, 149:13

**possibly** [4] - 40:1, 115:7, 115:8, 157:10

**potential** [1] - 135:10

**potentially** [6] - 4:16, 4:20, 63:16, 113:20, 157:7, 157:22

**Powell** [2] - 154:7, 154:10

**POWER** [1] - 1:9

**power** [22] - 8:16, 8:22, 24:25, 47:6, 47:10, 47:14, 49:11, 49:12, 50:14, 50:17, 50:20, 51:3, 51:16, 51:21, 53:23, 77:19, 89:1, 89:7, 102:22, 105:24, 136:2, 136:4

**Power** [5] - 3:19, 68:24, 70:2, 104:23, 124:4, 153:15, 153:17, 153:18, 163:6

**powerful** [4] - 28:12, 28:14, 28:15, 29:1

**PowerPoint** [1] - 153:21

**PPL** [1] - 46:14

**practice** [1] - 13:3

**practiced** [1] - 13:1

**practicing** [1] - 5:20

**pre** [1] - 62:19

**pre-wireless** [1] - 62:19

**precautionary** [1] - 139:4

**preclude** [1] - 64:18

**preexisting** [1] - 120:18

**prefiled** [3] - 23:22, 122:15, 154:20

**prepare** [2] - 76:6, 121:23, 122:23

**prepared** [7] - 25:11, 101:6, 101:7, 101:12, 102:5, 148:13, 153:12

**preparing** [4] - 121:21, 121:22, 122:17, 137:10

**presence** [1] - 108:3

**present** [5] - 3:5, 67:20, 78:12, 79:15, 123:17

**presentation** [1] - 150:7

**presented** [3] - 23:14, 70:3, 72:21

**presenting** [4] - 9:14, 23:14, 75:11, 154:25

**presents** [1] - 94:10

**preserve** [2] - 20:15, 67:24

**pretend** [1] - 106:6

**pretty** [7] - 6:15, 66:7, 73:21, 130:25, 137:25, 148:3, 157:3

**prevalence** [1] - 30:1

**prevent** [1] - 71:10

**prevented** [1] - 68:15

**previous** [3] - 28:22, 103:5, 117:14

**previously** [2] - 32:1, 128:23

**primarily** [10] - 8:18, 15:20, 15:22, 24:12, 47:15, 56:24, 78:25, 83:23, 91:5, 143:17

**primary** [3] - 38:24, 64:24, 142:9

**principle** [1] - 15:6

**print** [2] - 119:17, 160:9

**printed** [1] - 23:2

**printing** [1] - 24:16

**problem** [3] - 44:11, 60:6, 109:24

**problems** [6] - 30:7, 62:6, 82:17, 94:19, 94:20, 121:11

**Procedure** [1] - 156:20

**proceed** [1] - 52:23

**proceeding** [7] - 29:13, 69:3, 70:4, 70:10, 120:2, 147:10, 147:11

**proceedings** [4] - 4:15, 42:7, 42:11, 68:23

**process** [5] - 79:12, 79:13, 79:14, 91:15, 92:25

**produce** [4] - 3:22, 143:25, 157:12, 158:12

**produced** [4] - 27:20, 69:7, 157:9, 157:17

**producing** [1] - 93:1

**product** [3] - 54:9, 78:8, 148:19

**profess** [1] - 64:17

**profession** [1] - 71:9

**professional** [1] - 12:24

**prognosis** [1] - 126:22

**Program** [5] - 28:5, 28:9, 28:13, 29:1, 127:20

**program** [2] - 128:10, 136:8

**progressed** [1] - 39:22

**progression** [2] - 126:23, 126:24

**prohibiting** [1] - 124:16
**project** [1] - 154:16
**promoted** [1] - 74:7
**Promotion** [2] - 118:11, 118:16
**pronounce** [3] - 7:10, 38:1, 81:5
**properly** [4] - 9:17, 121:16, 135:18, 163:13
**properly-designed** [1] - 121:16
**proposed** [2] - 46:23, 137:7
**proposition** [5] - 94:23, 96:20, 112:3, 131:23, 145:24
**prostate** [2] - 99:18, 99:19
**protect** [2] - 66:3, 139:20
**protected** [1] - 91:25
**Protection** [1] - 78:23
**protective** [1] - 91:17
**proteins** [1] - 61:17
**protons** [3] - 91:2, 91:4, 91:11
**provacative** [1] - 34:11
**prove** [3] - 90:2, 115:24, 126:20
**proven** [3] - 89:25, 90:1, 128:5
**provide** [14] - 10:1, 10:10, 11:5, 16:1, 40:24, 40:25, 41:3, 41:5, 109:23, 119:8, 119:25, 123:6, 123:23, 156:4
**provided** [13] - 11:2, 11:8, 11:13, 18:10, 18:13, 38:6, 41:8, 55:13, 109:22, 119:2, 119:3, 123:5, 124:2
**provider** [1] - 135:7
**provides** [3] - 93:22, 95:10, 96:20
**providing** [2] - 15:20, 120:20
**province** [2] - 147:5, 147:15
**provincial** [2] - 147:14, 147:19
**provisions** [1] - 148:11
**provocation** [2] - 30:21, 108:13
**provocative** [6] -

31:18, 31:24, 32:5, 32:12, 33:24, 88:6
**proximity** [1] - 90:7
**PSC** [1] - 2:17
**public** [16] - 5:20, 6:2, 6:13, 9:4, 29:10, 42:4, 52:8, 54:4, 55:10, 71:8, 71:9, 71:11, 73:5, 73:22, 139:18, 163:12
**PUBLIC** [2] - 160:21, 161:16
**Public** [46] - 1:17, 3:2, 3:9, 15:15, 15:25, 16:13, 18:8, 18:14, 18:17, 18:23, 19:15, 19:18, 20:9, 20:17, 21:25, 23:15, 23:22, 24:21, 29:3, 29:8, 41:16, 41:17, 42:6, 46:12, 47:22, 48:14, 48:17, 50:25, 55:18, 68:22, 70:3, 70:14, 71:15, 71:18, 71:20, 81:15, 120:2, 120:21, 125:15, 131:24, 136:1, 148:2, 148:25, 153:14, 160:2
**Public/Attorney** [1] - 161:17
**publication** [3] - 13:7, 33:2, 118:16
**publications** [5] - 10:5, 36:10, 80:17, 96:13, 143:11
**published** [22] - 13:6, 13:18, 24:10, 28:7, 35:13, 54:5, 54:11, 56:21, 67:8, 69:9, 69:17, 69:18, 72:19, 72:25, 73:4, 73:7, 73:16, 76:3, 93:14, 93:16, 109:5, 134:9
**PUC** [10] - 21:3, 27:7, 119:9, 119:12, 126:4, 149:18, 154:22, 154:23, 156:19, 158:15
**pull** [5] - 22:20, 25:2, 41:8, 115:19, 148:4
**pulse** [2] - 97:25, 98:1
**pulses** [11] - 87:8, 87:9, 87:10, 87:11, 87:15, 88:4, 90:18, 97:8, 97:13, 97:22, 98:5
**purpose** [1] - 63:14
**purposes** [3] - 37:8, 123:22, 151:18

**push** [1] - 56:18
**put** [16] - 24:13, 25:12, 32:18, 33:5, 47:7, 51:21, 65:9, 80:10, 86:10, 121:5, 129:16, 133:17, 134:25, 136:8, 154:3, 155:19

## Q

**qualified** [1] - 49:1
**qualify** [1] - 138:17
**quality** [3] - 64:5, 102:22, 106:15
**Quebec** [4] - 49:14, 50:2, 146:23, 147:5
**questions** [9] - 5:3, 6:20, 21:21, 37:12, 44:1, 52:23, 151:20, 158:3, 158:22
**quickly** [1] - 54:17
**quite** [15] - 6:18, 7:3, 10:22, 28:20, 29:22, 34:23, 38:13, 49:19, 68:16, 70:18, 73:15, 95:9, 115:16, 126:15, 153:1
**quote** [3] - 32:8, 100:9, 149:11
**quoted** [1] - 139:23
**quoting** [2] - 120:6, 149:21
**Québécoise** [1] - 147:21

## R

**R-e-a** [2] - 109:3, 109:4
**rabbits** [1] - 143:21
**radiating** [2] - 102:23, 104:14
**radiation** [56] - 8:19, 9:13, 23:11, 28:25, 34:8, 36:6, 45:25, 52:16, 59:4, 59:13, 62:21, 64:21, 64:25, 66:13, 66:19, 66:20, 66:25, 68:4, 68:5, 68:7, 68:11, 74:11, 74:20, 78:2, 84:8, 84:11, 85:9, 86:20, 91:7, 91:8, 91:9, 94:11, 94:22, 95:13, 95:18, 95:21, 96:15, 101:20, 108:13, 108:15, 109:9, 128:13, 129:5, 131:17, 133:9,

136:7, 138:9, 141:4, 141:11, 141:22, 142:5, 145:11, 145:15, 145:19, 146:17, 154:18
**Radiation** [7] - 22:11, 22:24, 26:11, 26:20, 74:9, 78:23, 127:21
**radicals** [2] - 61:14, 61:16
**radio** [4] - 62:1, 65:22, 66:6, 152:7
**radiofrequencies** [1] - 35:3
**Radiofrequency** [5] - 22:11, 22:23, 118:11, 118:17, 127:21
**radiofrequency** [77] - 8:18, 8:20, 8:22, 11:19, 14:6, 23:11, 27:18, 28:25, 30:8, 30:19, 31:8, 31:20, 34:22, 35:9, 36:6, 36:13, 38:20, 45:24, 48:22, 53:1, 57:3, 59:13, 61:13, 61:21, 62:21, 64:20, 64:25, 66:13, 66:19, 66:20, 66:23, 66:25, 67:6, 67:20, 67:25, 68:9, 68:11, 69:25, 71:13, 76:15, 78:2, 84:11, 85:9, 87:25, 94:11, 95:12, 95:18, 95:21, 96:15, 104:1, 104:13, 105:17, 105:24, 107:9, 108:12, 109:9, 110:8, 111:8, 111:21, 111:24, 112:4, 128:5, 129:2, 129:12, 131:17, 138:9, 141:4, 141:11, 141:22, 142:5, 145:11, 145:14, 145:19, 145:25, 152:17, 152:23, 154:17
**RAE** [1] - 157:10
**rail** [1] - 47:7
**railroad** [5] - 47:11, 51:16, 51:19, 51:20, 51:25
**Ramazzini** [2] - 110:16, 128:16
**range** [4] - 36:12, 36:13, 67:13, 144:11
**rapid** [14] - 31:18, 32:4, 88:6, 88:10,

88:21, 89:5, 89:15, 89:19, 90:11, 90:15, 97:8, 97:12, 120:15, 138:18
**rapidly** [1] - 86:7
**rare** [2] - 14:2, 127:4
**rat** [1] - 144:22
**rate** [5] - 113:2, 115:23, 118:14, 128:4, 152:12
**rated** [1] - 111:7
**rates** [1] - 130:7
**rather** [3] - 36:25, 124:14, 148:14
**rational** [1] - 62:13
**rats** [4] - 127:23, 128:12, 143:15, 143:17
**Ray** [1] - 109:2
**RAY** [1] - 109:2
**re** [1] - 50:20
**RE** [1] - 163:6
**re-route** [1] - 50:20
**Rea** [10] - 34:10, 34:23, 35:15, 108:23, 109:1, 109:15, 155:13, 157:10, 157:13, 158:6
**reach** [1] - 59:8
**reactions** [1] - 73:23
**reactive** [42] - 61:14, 61:16, 61:22, 68:17, 84:4, 88:7, 89:10, 89:13, 89:20, 90:21, 90:23, 91:2, 91:6, 91:10, 91:13, 91:20, 92:16, 92:22, 93:7, 93:18, 93:23, 93:24, 94:10, 94:13, 94:17, 94:24, 95:14, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:5, 142:9, 142:18, 143:22, 143:25, 144:1, 145:20, 146:1, 146:16
**read** [20] - 25:20, 38:9, 41:4, 43:9, 43:14, 44:7, 63:1, 73:24, 78:12, 100:8, 100:11, 126:15, 139:24, 150:14, 156:5, 156:8, 161:2, 161:4, 163:11
**reading** [2] - 63:19, 67:16
**READING** [1] - 163:9
**reads** [1] - 114:4

**ready** [1] - 119:10
**real** [2] - 40:2, 74:15
**realistic** [1] - 57:3
**reality** [4] - 89:3, 89:17, 90:2, 90:5
**realize** [2] - 30:8, 133:18
**really** [32] - 10:3, 10:19, 26:17, 30:5, 30:14, 31:11, 34:11, 36:20, 37:12, 49:19, 55:3, 55:6, 56:2, 65:17, 65:25, 66:14, 67:18, 70:23, 75:6, 85:11, 90:2, 98:25, 106:6, 113:24, 119:8, 135:14, 138:2, 140:24, 140:25, 144:4, 146:8, 158:8
**Reason** [1] - 162:14
**reason** [16] - 35:16, 35:17, 35:19, 63:2, 63:4, 65:24, 79:14, 92:12, 92:14, 92:18, 101:1, 122:4, 130:4, 130:16, 130:25, 162:6
**reasonable** [4] - 101:8, 101:12, 102:5, 131:16
**reasonably** [1] - 31:10
**reasoning** [1] - 151:12
**reasons** [5] - 36:21, 55:1, 111:9, 128:6, 161:6
**rebuttal** [5] - 150:19, 150:23, 151:5, 151:9, 151:14
**recalled** [1] - 53:3
**recalling** [1] - 46:8
**recap** [1] - 37:5
**receive** [2] - 21:6, 107:1
**received** [2] - 17:22, 45:1
**recent** [7] - 18:7, 27:13, 45:16, 45:21, 45:22, 109:1, 110:4
**recently** [3] - 45:17, 66:16, 77:21
**reception** [2] - 10:17, 87:6
**receptors** [2] - 61:1, 61:2
**recognize** [2] - 18:12, 23:7
**recollect** [1] - 56:2
**recollection** [4] - 50:22, 121:22,

123:13, 147:14
**recommendation** [2] - 56:12, 67:15
**Recommendations** [1] - 55:18
**recommendations** [5] - 55:23, 56:6, 56:7, 56:9, 148:16
**reconvened** [5] - 4:7, 21:18, 41:13, 80:24, 140:16
**record** [7] - 3:17, 43:9, 43:14, 125:21, 150:14, 156:18, 160:10
**recording** [1] - 69:14
**records** [2] - 19:17, 39:16
**recover** [1] - 114:1
**recurrence** [3] - 113:2, 113:12, 129:14
**red** [1] - 10:22
**reduce** [8] - 36:7, 62:17, 62:24, 64:6, 66:2, 71:12, 131:20, 134:15
**reduced** [6] - 36:16, 38:15, 99:14, 101:3, 108:17, 160:8
**reduces** [1] - 65:5
**reduction** [2] - 72:1, 129:18
**reevaluated** [1] - 80:3
**refer** [5] - 30:21, 87:17, 113:16, 122:14, 122:17
**reference** [8] - 25:14, 26:8, 106:7, 110:2, 122:12, 122:20, 123:6, 123:15
**Reference** [1] - 2:12
**referenced** [2] - 108:22, 163:10
**references** [10] - 24:24, 26:7, 27:7, 36:2, 43:25, 72:10, 120:10, 122:5, 123:7, 123:10
**referred** [7] - 26:18, 26:20, 27:24, 40:6, 73:10, 83:10, 149:18
**referring** [5] - 18:23, 40:20, 141:17, 148:24, 152:7
**refers** [1] - 105:16
**reflect** [2] - 113:22, 139:11
**reflected** [2] - 8:11, 113:4
**reflecting** [1] - 16:12

**refuse** [1] - 75:6
**refused** [3] - 47:9, 74:23, 75:14
**refute** [1] - 73:16
**regard** [9] - 6:19, 30:24, 71:10, 73:7, 77:6, 78:1, 98:19, 137:5, 158:16
**regarded** [1] - 73:11
**regarding** [3] - 71:17, 99:5, 140:18
**regeneration** [1] - 84:4
**regret** [1] - 118:6
**regularly** [2] - 9:5, 21:1
**regulatory** [3] - 41:18, 42:1, 72:18
**Regulatory** [1] - 153:9
**related** [8] - 39:24, 60:19, 65:8, 89:6, 89:9, 89:12, 99:13, 127:23
**relation** [7] - 28:8, 30:13, 88:25, 99:14, 130:9, 130:11, 131:15
**relationship** [2] - 114:21, 119:7
**relationships** [1] - 152:4
**relative** [1] - 98:3
**relatively** [2] - 90:18, 102:25
**relevance** [1] - 84:24
**relevant** [19] - 27:14, 31:19, 35:23, 37:24, 94:9, 111:18, 112:24, 116:1, 124:17, 128:1, 129:9, 129:11, 142:3, 144:3, 144:15, 146:9, 154:8, 154:19, 155:20
**reliance** [1] - 151:25
**relied** [4] - 148:25, 149:16, 153:23, 158:1
**remained** [1] - 33:9
**remains** [1] - 78:17
**remember** [10] - 12:22, 37:25, 46:4, 51:2, 70:9, 111:6, 119:25, 120:3, 123:4, 147:10
**remembering** [1] - 94:20
**remission** [29] - 36:7, 36:16, 37:21, 38:3,

38:9, 38:13, 38:15, 40:6, 40:8, 99:13, 99:16, 99:23, 100:5, 100:14, 100:20, 101:2, 101:9, 101:10, 101:14, 101:16, 101:24, 112:18, 116:13, 116:16, 117:10, 129:18, 131:20
**remote** [1] - 107:2
**removed** [2] - 33:9, 134:12
**Repacholi** [12] - 25:16, 25:21, 26:4, 26:9, 26:18, 26:24, 28:3, 28:5, 28:20, 74:4, 76:14, 150:8
**repeat** [3] - 36:8, 68:3, 118:13
**replaced** [1] - 135:1
**replicate** [4] - 116:8, 116:14, 117:6, 118:4
**replicated** [3] - 34:18, 34:19, 117:11
**replication** [1] - 117:18
**Report** [29] - 2:12, 2:16, 11:11, 23:7, 24:1, 24:3, 24:10, 53:17, 53:22, 54:9, 54:18, 54:21, 55:17, 56:12, 64:10, 67:10, 72:8, 72:13, 72:16, 73:8, 73:12, 73:17, 80:11, 81:23, 103:8, 139:5, 148:23, 151:21, 153:25
**report** [65] - 9:16, 23:10, 24:5, 31:17, 33:3, 35:17, 35:23, 36:3, 40:16, 53:23, 55:8, 55:21, 58:14, 58:25, 72:16, 72:20, 72:22, 73:8, 73:23, 76:6, 85:2, 102:11, 102:18, 103:2, 103:7, 104:17, 105:9, 107:25, 108:3, 108:4, 108:5, 111:5, 112:13, 115:4, 116:9, 118:7, 121:8, 121:18, 121:21, 121:23, 121:24, 122:2, 122:5, 122:18, 122:23, 123:1, 123:9, 123:12, 123:14, 123:16, 123:17, 123:18,

124:20, 125:2, 125:6, 125:7, 126:24, 126:25, 127:19, 128:17, 148:15, 149:7, 154:1, 154:16
**reported** [11] - 22:23, 33:14, 116:7, 117:7, 120:24, 121:3, 122:23, 143:11, 154:2, 160:8
**Reported** [2] - 2:11, 22:10
**REPORTER** [3] - 145:16, 145:21, 149:5
**Reporter** [1] - 160:22
**reporter** [1] - 100:12
**REPORTING** [2] - 1:25, 163:1
**reporting** [1] - 121:5
**reports** [12] - 35:22, 56:22, 69:18, 73:13, 86:16, 90:5, 104:21, 104:22, 121:2, 137:13, 151:22, 151:24
**reproductive** [1] - 82:1
**request** [3] - 3:23, 119:24
**requested** [1] - 16:11
**requests** [1] - 120:1
**require** [1] - 66:24
**requires** [1] - 5:1
**requiring** [1] - 8:8
**Research** [5] - 26:11, 26:20, 111:4, 128:4, 135:24
**research** [9] - 6:5, 11:12, 13:11, 14:14, 60:20, 65:21, 136:21, 136:22, 136:23
**residential** [3] - 47:8, 50:18, 52:1
**resources** [2] - 9:25, 10:1
**respect** [2] - 55:23, 151:19
**respective** [1] - 161:6
**respond** [1] - 34:25
**responded** [1] - 90:15
**response** [10] - 3:22, 40:25, 75:10, 114:21, 118:20, 119:6, 120:16, 152:4, 152:21, 153:4
**responses** [5] - 75:8, 119:24, 120:1,

121:18, 151:23
**responsible** [1] - 118:2
**rest** [5] - 87:9, 124:11, 125:17, 125:19, 129:1
**result** [5] - 78:7, 92:4, 93:18, 117:21, 134:8
**results** [16] - 6:21, 9:22, 29:22, 42:20, 69:14, 92:15, 110:23, 110:24, 115:7, 115:8, 117:11, 121:1, 121:17, 137:2, 143:9, 144:13
**resume** [1] - 5:15
**retention** [1] - 115:23
**retired** [1] - 74:5
**retires** [1] - 78:24
**return** [2] - 162:9, 163:13
**Review** [2] - 2:13, 84:18
**review** [15] - 11:6, 27:5, 28:19, 42:24, 67:8, 74:15, 75:7, 76:4, 121:20, 122:2, 122:19, 141:2, 150:2, 150:8, 155:19
**reviewed** [22] - 10:5, 29:19, 39:16, 42:12, 42:21, 54:5, 66:16, 68:20, 69:1, 69:10, 69:17, 72:23, 72:25, 73:2, 73:4, 73:6, 80:2, 109:21, 123:1, 137:1, 141:19, 149:17
**reviewing** [2] - 71:2, 151:13
**reviews** [3] - 54:6, 151:22, 151:23
**revised** [1] - 23:4
**revision** [2] - 24:2, 24:9
**revisit** [1] - 157:22
**RF** [36] - 14:17, 27:8, 27:12, 36:12, 37:9, 52:15, 56:8, 74:11, 86:6, 86:15, 89:23, 93:24, 94:22, 94:25, 96:21, 97:1, 102:20, 103:15, 106:14, 112:9, 120:14, 130:21, 130:22, 130:25, 131:13, 132:11, 134:12, 135:11, 140:2, 142:1, 142:13,

145:1, 146:17, 150:4, 151:16, 151:17
**RFR** [6] - 2:11, 141:21, 142:23, 143:12, 144:2
**Richard** [3] - 46:14, 122:15, 155:13
**ridiculous** [1] - 100:2
**right-hand** [2] - 23:18, 26:4
**right-of-way** [1] - 47:10
**Rights** [1] - 18:13
**ringing** [2] - 83:3, 83:7
**rise** [3] - 57:8, 88:6, 88:10
**rises** [7] - 88:21, 89:5, 89:15, 89:19, 90:11, 90:15, 138:19
**risk** [37] - 13:23, 14:1, 37:3, 52:8, 52:15, 58:5, 59:14, 60:8, 60:13, 62:4, 66:25, 72:6, 82:11, 84:13, 89:6, 98:15, 98:18, 99:2, 99:7, 100:21, 110:21, 114:7, 114:17, 121:14, 127:1, 130:16, 131:18, 132:9, 132:10, 132:12, 132:15, 132:19, 132:21, 132:23, 133:3, 136:11, 148:20
**risks** [5] - 14:16, 63:12, 83:21, 126:21, 151:18
**road** [1] - 12:23
**rodents** [2] - 110:7, 136:16
**role** [2] - 8:7, 54:3
**roll** [1] - 8:21
**rolled** [1] - 50:1
**rollout** [2] - 29:4, 52:6
**room** [4] - 77:3, 107:1, 108:11, 108:16
**ROS** [4] - 95:10, 95:18, 126:24, 127:6
**roughly** [3] - 30:2, 34:1, 79:25
**Roundup** [1] - 13:25
**route** [1] - 50:20
**routed** [1] - 50:17
**router** [1] - 134:10
**RPR** [4] - 1:16, 3:2, 160:2, 160:20
**Rules** [2] - 156:19, 156:20

**rural** [1] - 50:19

## S

**Safe** [1] - 48:23
**safe** [10] - 49:21, 56:8, 56:23, 57:17, 59:19, 60:22, 62:13, 78:1, 139:3
**safety** [2] - 41:19, 139:9
**Sage** [7] - 24:12, 25:11, 53:23, 55:2, 55:19, 56:11, 80:18
**Sage's** [1] - 54:24
**salt** [1] - 121:4
**Salt** [2] - 50:23, 51:1
**Sam** [1] - 87:20
**samples** [1] - 96:1
**sanctity** [1] - 80:20
**save** [1] - 20:15
**saw** [4] - 8:11, 77:18, 118:20, 123:14
**scan** [3] - 43:15, 44:20, 158:7
**scanned** [1] - 45:2
**scavenge** [1] - 92:21
**scavengers** [1] - 91:21
**School** [8] - 2:18, 47:23, 48:11, 52:18, 108:10, 124:12, 124:18, 137:19
**school** [2] - 6:16, 53:15
**schools** [1] - 63:5
**schwann** [2] - 110:17, 110:18
**schwannoma** [1] - 128:14
**schwannomas** [3] - 110:18, 111:16, 128:11
**science** [7] - 54:25, 55:4, 71:22, 72:17, 77:1, 77:3, 151:12
**Sciences** [1] - 79:20
**scientific** [16] - 69:10, 71:2, 71:6, 72:4, 72:23, 73:4, 74:15, 75:7, 75:12, 77:15, 78:3, 78:9, 78:11, 92:3, 101:1, 116:6
**Scientific** [1] - 55:17
**scientifically** [2] - 32:4, 131:13
**scientist** [1] - 144:18
**screen** [1] - 125:10
**screwed** [1] - 91:2
**seal** [3] - 75:23, 91:3,

160:16
**search** [2] - 17:6, 17:9
**searched** [2] - 20:22, 20:25
**searching** [1] - 17:11
**second** [3] - 86:3, 87:16, 124:8
**seconds** [4] - 87:9, 101:25, 102:3, 102:7
**Section** [3] - 54:20, 55:16, 55:20
**section** [7] - 79:10, 83:17, 123:18, 123:25, 124:8, 124:19, 150:5
**See** [1] - 120:18
**see** [51] - 10:23, 17:2, 17:4, 21:14, 21:15, 23:18, 25:16, 26:3, 26:5, 26:16, 27:5, 28:21, 32:19, 35:13, 35:15, 41:7, 41:10, 41:23, 44:6, 45:17, 47:18, 48:21, 51:5, 55:22, 61:23, 71:16, 74:24, 76:11, 76:21, 81:13, 88:23, 92:1, 94:13, 95:5, 102:10, 103:20, 109:14, 109:16, 113:17, 121:16, 122:12, 123:2, 127:14, 141:3, 143:3, 143:6, 144:20, 147:8
**seeing** [3] - 16:15, 70:7, 103:2
**seem** [1] - 48:9
**select** [1] - 36:2
**selected** [3] - 80:9, 80:11, 80:15
**selection** [4] - 113:4, 113:23, 113:24, 114:2
**self** [9] - 33:14, 75:4, 78:25, 80:9, 80:11, 120:24, 121:3, 121:8
**self-appointed** [1] - 78:25
**self-report** [1] - 121:8
**self-reported** [4] - 33:14, 120:24, 121:3
**self-selected** [2] - 80:9, 80:11
**send** [5] - 44:9, 44:20, 156:24, 157:21, 158:7
**sending** [1] - 155:6
**senior** [1] - 75:2
**sensation** [1] - 30:13
**sense** [5] - 5:1, 67:17,

72:17, 90:12, 152:5
**sensitive** [7] - 11:19, 30:7, 33:10, 33:19, 34:5, 34:16, 91:22
**sensitivities** [3] - 120:13, 120:16, 120:18
**Sensitivity** [1] - 109:17
**sensitivity** [2] - 30:1, 92:20
**sent** [10] - 4:5, 16:25, 21:22, 22:5, 22:6, 22:16, 104:19, 105:2, 137:23, 138:1
**sentence** [15] - 68:3, 100:8, 103:17, 104:8, 104:10, 104:12, 105:14, 105:16, 106:21, 114:4, 114:8, 114:11, 116:2, 116:3, 139:22
**separate** [1] - 71:6
**sequence** [1] - 31:21
**series** [2] - 61:20, 136:12
**serious** [2] - 65:2, 100:3
**seriously** [1] - 140:7
**serve** [4] - 19:18, 63:13, 155:23, 156:13
**Service** [7] - 29:3, 29:8, 41:17, 47:22, 48:14, 48:17, 136:1
**Session** [1] - 153:9
**set** [2] - 59:9, 114:1
**sets** [1] - 129:1
**setting** [3] - 57:11, 60:16, 148:12
**settled** [1] - 52:19
**settlement** [2] - 15:3, 136:1
**settlements** [1] - 8:7
**seven** [2] - 102:14, 136:9
**seventh** [1] - 105:4
**several** [8] - 7:4, 8:5, 31:17, 44:3, 76:5, 93:12, 112:2, 131:6
**shadow** [1] - 115:25
**sham** [1] - 118:22
**sham-exposed** [1] - 118:22
**SHEET** [1] - 162:1
**sheet** [6] - 162:2, 162:8, 162:10, 163:12, 163:12, 163:13

**sheet(s)** [1] - 161:8
**shield** [1] - 108:15
**shielded** [1] - 108:12
**Shkolnikov** [1] - 154:6
**short** [2] - 6:11, 139:5
**shortened** [1] - 112:19
**shortening** [1] - 116:16
**shorter** [4] - 38:21, 113:2, 113:13, 116:12
**shortly** [1] - 115:14
**shots** [1] - 125:10
**show** [5] - 36:13, 112:16, 116:12, 142:22, 145:7
**showed** [1] - 109:8
**showing** [1] - 70:1
**shown** [1] - 130:2
**shows** [3] - 29:17, 115:15, 143:9
**sic** [2] - 100:4, 157:10
**sic)** [1] - 118:10
**side** [2] - 69:19, 70:16
**sideways** [1] - 25:19
**sign** [3] - 162:8, 163:12
**signal** [3] - 67:21, 86:18, 106:15
**signals** [6] - 68:1, 87:7, 88:4, 104:9, 107:6, 107:9
**signature** [6] - 122:8, 161:21, 162:9, 162:10, 163:12, 163:13
**SIGNATURE** [1] - 161:1
**Signature** [1] - 162:23
**significance** [10] - 6:20, 81:17, 94:6, 96:18, 104:12, 105:15, 110:5, 112:14, 114:8, 127:24
**significant** [7] - 60:12, 77:14, 86:17, 105:19, 114:5, 114:15, 134:7
**significantly** [3] - 118:22, 118:23, 133:10
**SIGNING** [1] - 163:9
**signs** [1] - 30:16
**similar** [12] - 5:23, 8:10, 13:25, 53:16, 61:23, 95:4, 110:11, 136:23, 137:5, 144:2, 146:6, 152:18
**similarities** [1] - 137:2

**similarity** [1] - 129:25
**similarly** [2] - 80:11, 80:12
**simple** [2] - 64:4, 102:25
**simply** [1] - 20:21
**sine** [15] - 87:21, 87:22, 87:25, 88:3, 88:5, 88:8, 88:14, 88:15, 88:17, 88:20, 89:2, 89:16, 89:18, 89:23, 90:18
**single** [2] - 116:15, 141:1
**site** [1] - 32:18
**sits** [1] - 65:13
**sitting** [2] - 45:12, 153:13
**situation** [11] - 8:9, 34:13, 35:14, 49:16, 51:18, 52:9, 61:24, 108:11, 111:19, 137:9, 146:10
**situations** [1] - 9:14
**six** [2] - 111:7, 158:17
**sixth** [1] - 26:1
**skeptical** [2] - 77:11, 121:8
**skip** [2] - 24:18, 82:15
**skipped** [1] - 48:2
**sleep** [1] - 64:3
**slightly** [2] - 142:16, 143:7
**slower** [1] - 118:14
**small** [3] - 28:7, 117:16, 117:24
**smaller** [1] - 28:18
**smart** [125] - 8:16, 8:19, 31:20, 31:21, 31:24, 32:11, 32:21, 32:24, 33:5, 33:8, 33:17, 33:24, 35:4, 35:10, 35:20, 37:13, 38:19, 41:19, 42:18, 46:25, 47:5, 49:5, 49:14, 49:21, 49:25, 51:5, 51:7, 51:10, 55:24, 56:3, 62:20, 62:23, 63:2, 63:12, 64:7, 66:5, 69:4, 70:3, 85:2, 85:5, 85:19, 85:22, 85:24, 86:1, 86:4, 86:7, 86:12, 86:17, 86:19, 87:2, 88:4, 89:14, 89:24, 90:3, 90:7, 90:9, 93:19, 93:20, 94:1, 94:25, 95:1, 95:5, 96:22, 97:6, 97:11, 97:18, 98:4,

98:6, 98:10, 98:12, 98:23, 99:3, 99:9, 99:22, 101:19, 103:25, 104:3, 104:18, 107:2, 107:5, 107:6, 112:25, 120:15, 121:5, 121:10, 126:18, 126:20, 126:25, 133:1, 133:5, 133:8, 133:10, 133:12, 133:15, 133:17, 133:25, 134:3, 134:16, 135:2, 135:5, 138:11, 142:13, 142:20, 144:3, 144:5, 144:7, 144:9, 144:10, 144:15, 145:1, 145:10, 146:1, 146:3, 146:5, 146:10, 146:13, 146:18, 147:13, 151:17, 152:18, 154:3, 154:8, 154:10, 156:11
**Smart** [4] - 104:4, 122:13, 126:7, 153:24
**smoking** [2] - 8:9, 71:13
**social** [2] - 63:10, 72:3
**society** [2] - 59:4, 139:19
**solely** [1] - 54:9
**Solutions** [1] - 153:17
**someone** [14] - 6:19, 10:14, 37:15, 46:19, 63:1, 64:22, 69:5, 120:6, 121:9, 133:19, 150:7, 151:15, 152:16, 154:15
**sometimes** [2] - 77:8, 97:17
**somewhat** [5] - 5:23, 53:19, 56:10, 62:9, 137:5
**somewhere** [5] - 23:2, 38:3, 59:2, 71:1, 125:7
**sooner** [2] - 5:8, 38:12
**sorry** [23] - 14:12, 16:19, 22:5, 22:13, 22:15, 28:7, 40:19, 43:5, 48:9, 49:25, 57:19, 58:17, 68:3, 78:18, 83:13, 102:12, 113:7,

118:13, 121:25, 138:2, 145:16, 147:21, 150:16
**sort** [17] - 11:7, 24:23, 33:20, 49:22, 55:20, 75:23, 76:2, 76:18, 79:12, 81:23, 89:4, 97:7, 115:24, 125:10, 125:13, 136:23, 148:4
**sounds** [2] - 73:19, 123:4
**source** [7] - 26:20, 65:2, 65:25, 99:21, 113:25, 120:8, 134:7
**sources** [8] - 8:20, 64:20, 64:24, 65:15, 65:23, 86:6, 86:15, 120:14
**space** [1] - 97:25
**spaced** [1] - 153:16
**speaker** [2] - 63:25, 65:4
**speaking** [1] - 151:10
**specialty** [1] - 5:20
**species** [40] - 61:15, 61:16, 61:22, 68:18, 84:5, 88:7, 89:11, 89:13, 89:20, 90:21, 90:23, 91:6, 91:11, 91:13, 91:21, 92:17, 92:22, 93:7, 93:18, 93:23, 93:25, 94:11, 94:13, 94:18, 94:24, 95:15, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:6, 142:9, 142:19, 143:23, 144:1, 145:20, 146:1, 146:16
**specific** [14] - 26:9, 29:21, 34:25, 53:1, 54:7, 67:15, 73:3, 92:9, 92:11, 121:9, 124:16, 146:18, 148:12, 150:5
**specifically** [14] - 11:8, 13:13, 13:18, 14:3, 14:16, 34:24, 56:2, 84:14, 93:20, 94:1, 94:9, 95:1, 107:24, 146:18
**specifics** [2] - 8:3, 37:1
**spectrum** [4] - 34:22, 68:8, 68:19, 140:10
**speed** [1] - 86:10
**spell** [1] - 11:21
**spend** [2] - 15:5, 18:4

**spends** [1] - 134:1
**sperm** [1] - 94:15
**Springvale** [1] - 163:2
**square** [4] - 56:15, 57:13, 58:3, 60:1
**squared** [9] - 56:19, 59:7, 59:22, 60:9, 60:14, 64:9, 67:12, 67:13, 74:12
**staff** [5] - 10:19, 12:8, 12:16, 15:9, 148:16
**staked** [2] - 76:19, 80:12
**stand** [2] - 17:12, 58:25
**standard** [7] - 56:14, 57:6, 58:3, 59:9, 60:17, 64:13, 78:1
**standards** [5] - 56:16, 60:23, 60:24, 136:20
**standing** [1] - 144:10
**stands** [1] - 74:9
**start** [7] - 26:12, 45:4, 45:16, 45:21, 93:15, 101:11, 130:20
**started** [1] - 12:22
**starting** [2] - 123:19, 137:22
**starts** [1] - 103:14
**State** [7] - 1:17, 3:2, 15:20, 135:22, 135:24, 160:3, 161:17
**state** [18] - 7:5, 7:23, 8:5, 8:7, 8:12, 12:11, 12:18, 22:4, 41:18, 42:1, 97:10, 107:18, 115:16, 116:11, 134:23, 136:3, 136:20, 141:9
**state's** [1] - 29:4
**state-owned** [1] - 136:3
**statement** [9] - 27:15, 29:22, 36:8, 56:22, 69:15, 102:18, 118:3, 124:3, 132:2
**statements** [3] - 105:23, 106:8, 161:20
**states** [12] - 7:4, 7:9, 7:15, 7:19, 7:20, 7:22, 10:21, 10:22, 10:23, 12:11, 34:23
**States** [1] - 11:25
**STATES** [1] - 1:1
**statical** [1] - 6:20
**stations** [1] - 33:20
**statistically** [3] - 60:12, 114:5, 114:15

**statistics** [1] - 6:17
**status** [2] - 79:7, 81:21
**steal** [1] - 91:11
**stenographically** [1] - 160:8
**steps** [4] - 62:16, 66:2, 134:10, 134:14
**still** [8] - 21:4, 21:6, 30:4, 56:20, 86:17, 117:16, 117:24, 119:10
**strain** [1] - 127:23
**strange** [2] - 91:22, 137:9
**strangest** [1] - 49:15
**strength** [1] - 9:23
**strengthens** [1] - 158:18
**strengths** [1] - 9:18
**stress** [9] - 96:3, 96:7, 142:6, 142:14, 143:12, 145:5, 145:15, 145:20
**strike** [2] - 101:10, 130:20
**strong** [10] - 60:16, 65:7, 65:10, 67:1, 67:6, 78:14, 99:8, 131:1, 131:3, 131:6
**stronger** [3] - 77:16, 111:9, 132:4
**strongest** [1] - 28:3
**strongly** [4] - 132:6, 134:24, 138:7, 139:22
**structure** [1] - 125:14
**structures** [2] - 102:23, 104:14
**student** [2] - 53:8, 154:16
**students** [8] - 9:15, 9:17, 9:21, 10:2, 10:7, 15:8, 154:17
**studied** [5] - 30:12, 131:4, 131:10, 131:15, 131:22
**studies** [62] - 9:14, 9:15, 9:16, 9:19, 23:9, 28:8, 28:17, 29:23, 30:17, 30:21, 32:17, 34:11, 37:8, 37:19, 56:25, 57:9, 57:11, 57:24, 69:2, 70:1, 70:7, 95:8, 96:10, 111:2, 111:10, 112:16, 117:3, 118:5, 119:8, 129:17, 129:19, 130:2, 130:5,

135:12, 135:17, 136:12, 136:17, 136:25, 141:2, 141:4, 141:6, 141:20, 141:25, 142:2, 142:12, 142:16, 142:24, 143:1, 143:2, 143:15, 144:14, 145:6, 145:19, 145:23, 146:3, 146:15, 151:13, 152:8, 157:16
**Studies** [1] - 127:20
**study** [90] - 5:24, 13:6, 13:19, 14:15, 28:4, 28:6, 28:9, 28:13, 29:1, 30:5, 30:23, 31:1, 31:2, 31:7, 31:9, 32:19, 32:20, 34:10, 34:12, 34:13, 34:17, 35:16, 35:17, 68:20, 68:21, 69:8, 69:9, 69:12, 94:1, 96:9, 108:1, 108:13, 108:18, 108:23, 108:25, 109:1, 109:8, 110:7, 110:10, 110:13, 110:16, 110:24, 111:12, 111:23, 112:14, 113:4, 113:5, 113:17, 113:21, 114:22, 114:24, 115:2, 115:10, 115:17, 115:22, 115:24, 116:7, 116:11, 116:12, 116:14, 116:15, 116:23, 117:12, 117:13, 117:15, 117:17, 117:18, 117:22, 118:3, 118:19, 119:6, 121:9, 121:16, 128:9, 128:25, 129:8, 136:16, 136:17, 140:18, 140:25, 141:1, 144:14, 144:19, 145:13, 157:12, 157:13, 158:7
**Study** [1] - 2:16
**stunning** [1] - 157:24
**style** [1] - 54:12
**subcommittee** [2] - 19:1, 19:10
**subject** [8] - 13:7, 19:3, 31:10, 41:19,

67:9, 80:17, 119:23, 143:8
**subjected** [1] - 79:1
**subjects** [3] - 75:18, 114:25, 115:21
**submit** [1] - 79:23
**submitted** [3] - 27:6, 73:6, 120:1
**subscribe** [1] - 160:15
**subsequently** [1] - 54:5
**substance** [4] - 65:25, 86:22, 161:5, 162:3
**substantial** [1] - 66:18
**substantiated** [1] - 30:20
**substantive** [1] - 158:21
**succeed** [1] - 71:4
**suddenness** [1] - 86:11
**suffer** [1] - 32:12
**suffered** [1] - 121:6
**suffering** [2] - 14:7, 93:17
**suffers** [2] - 39:6, 83:13
**sufficient** [2] - 112:4, 130:1
**sufficiently** [2] - 107:14, 144:2
**suggested** [3] - 67:11, 127:10, 132:6
**suggesting** [2] - 29:20, 76:17
**suggestions** [2] - 28:22, 125:13
**suing** [1] - 123:23
**summarize** [1] - 112:1
**summarizes** [1] - 83:22
**summary** [3] - 81:24, 155:13, 155:18
**summer** [1] - 135:6
**sun** [5] - 62:1, 68:1, 68:4, 68:5, 68:8
**super** [2] - 82:9, 92:2
**superimpose** [1] - 88:21
**superimposed** [6] - 87:22, 87:25, 88:5, 88:13, 89:19, 90:18
**superimposition** [1] - 89:22
**supero xide** [1] - 91:18
**supervising** [1] - 77:13
**supply** [1] - 92:13
**support** [13] - 10:2, 15:8, 28:10, 38:17, 38:21, 38:24, 94:23,

95:10, 96:12, 96:20, 123:9, 129:20, 145:24
**supported** [3] - 35:12, 117:11, 138:8
**supportive** [1] - 35:18
**supports** [3] - 9:23, 27:24, 112:3
**Supreme** [1] - 153:13
**surcharge** [1] - 124:17
**surcharges** [3] - 124:4, 126:14
**surprised** [2] - 73:22, 73:25
**Survey** [1] - 153:25
**survey** [13] - 42:19, 42:20, 120:18, 120:23, 121:1, 121:2, 121:20, 122:17, 123:6, 133:7, 134:8, 154:4
**surveyed** [2] - 32:21, 154:16
**surveys** [1] - 121:3
**survival** [7] - 114:7, 114:17, 115:5, 116:25, 117:1, 117:2, 117:7
**suspect** [7] - 16:9, 23:25, 46:1, 56:5, 64:12, 98:17, 127:11
**Svendsen** [10] - 2:16, 37:18, 38:24, 115:14, 116:11, 116:21, 116:25, 117:6, 117:23, 118:5
**Sweden** [1] - 116:17
**Swerdlow** [3] - 125:1, 125:3, 125:5
**SWERDLOW** [1] - 125:1
**swore** [1] - 161:19
**sworn** [2] - 3:12, 160:4
**syllabi** [2] - 10:8, 158:9
**symptoms** [23] - 29:17, 31:14, 33:1, 33:9, 33:14, 33:18, 39:22, 39:24, 40:3, 40:13, 40:15, 53:8, 57:25, 83:3, 83:4, 89:21, 108:3, 120:17, 120:24, 126:21, 127:1, 127:3, 139:8
**syndrome** [3] - 84:1, 84:19, 105:5
**synopsis** [1] - 156:9
**system** [6] - 36:5,

79:21, 112:23, 129:24, 136:14, 152:24
**systematically** [2] - 17:10, 30:6
**systemic** [1] - 150:8
**systems** [3] - 9:8, 60:4, 141:23

**T**

**table** [3] - 22:25, 23:1, 143:17
**Table** [5] - 142:25, 143:2, 143:10, 143:17, 144:20
**tables** [2] - 23:1, 23:25
**Tackover** [2] - 11:5, 11:22
**TACKOVER** [1] - 11:23
**TAINTOR** [31] - 3:14, 4:3, 4:9, 21:14, 21:20, 22:19, 41:14, 43:20, 43:22, 45:10, 45:13, 80:25, 100:15, 102:14, 102:16, 102:17, 103:13, 103:17, 103:19, 103:24, 104:2, 105:6, 140:19, 140:20, 145:22, 149:6, 150:25, 155:7, 156:15, 157:2, 159:1
**Taintor** [4] - 1:22, 2:4, 3:16, 163:15
**Talamone** [1] - 153:22
**talks** [7] - 82:10, 104:12, 111:15, 144:22, 149:11, 149:13, 150:7
**taught** [1] - 8:23
**teach** [7] - 6:14, 8:24, 9:2, 9:5, 9:21, 10:8, 158:9
**Technology** [1] - 48:24
**technology** [3] - 49:3, 134:14, 149:15
**telephone** [2] - 54:7, 134:4
**television** [3] - 62:2, 65:22, 134:2
**temperature** [1] - 66:22
**tendency** [1] - 121:11
**term** [3] - 28:15, 87:19, 88:25
**terms** [14] - 30:15,

31:3, 52:21, 66:10, 76:9, 76:10, 84:10, 90:20, 102:25, 112:14, 116:18, 127:3, 139:17, 144:5
**terribly** [1] - 131:3
**testicles** [1] - 94:18
**testified** [17] - 3:24, 13:20, 14:5, 15:15, 18:21, 18:24, 19:14, 29:2, 41:17, 42:2, 45:18, 45:23, 46:17, 51:9, 52:11, 70:5, 131:25
**testify** [9] - 12:12, 18:17, 18:25, 19:5, 49:17, 51:12, 137:10, 137:12, 160:4
**testifying** [1] - 155:16
**testimonial** [1] - 21:16
**testimonies** [2] - 17:23, 22:3
**testimony** [60] - 4:14, 4:18, 15:20, 15:24, 16:1, 18:13, 21:24, 23:21, 23:22, 27:7, 27:23, 28:16, 29:7, 29:15, 29:25, 41:15, 45:1, 45:16, 45:17, 46:11, 47:15, 47:25, 50:1, 50:16, 52:20, 63:20, 77:18, 97:5, 100:9, 108:9, 121:24, 122:15, 125:14, 130:19, 132:1, 135:9, 137:7, 137:15, 137:18, 147:12, 148:25, 150:6, 150:10, 150:19, 150:24, 151:6, 151:14, 151:19, 152:16, 153:6, 154:5, 154:6, 154:20, 155:1, 155:9, 158:15, 160:11, 161:4, 161:5, 162:3
**Testimony** [4] - 2:10, 2:11, 2:17, 2:19
**tests** [1] - 96:6
**Texas** [1] - 34:10
**text** [1] - 26:10
**textbook** [1] - 10:3
**THE** [10] - 1:25, 22:18, 105:3, 145:16, 145:18, 145:21, 149:5, 150:18, 150:23, 163:1
**themselves** [3] -

28:10, 89:18, 135:1
**therefore** [7] - 11:20, 17:11, 59:6, 62:13, 62:16, 66:1, 161:7
**thereportinggroupm aine@gmail.com** [1] - 163:3
**they've** [1] - 137:14
**third** [4] - 103:2, 105:10, 113:20, 122:12
**thirty** [1] - 163:11
**threat** [1] - 8:15
**threats** [2] - 9:8, 9:10
**three** [14] - 7:19, 19:4, 35:22, 56:15, 80:2, 80:3, 97:23, 104:21, 113:16, 124:5, 147:11, 152:3, 156:3
**three-page** [1] - 156:3
**threshold** [3] - 59:1, 62:7, 98:2
**throughout** [3] - 102:22, 104:13, 105:17
**Thursday** [1] - 151:8
**tied** [1] - 134:4
**Tim** [1] - 3:6
**tipped** [1] - 25:19
**tissue** [7] - 85:9, 95:14, 111:13, 111:25, 112:5, 128:21, 144:9
**title** [3] - 22:21, 71:20, 118:10
**TO** [1] - 161:16
**tobacco** [2] - 8:6, 8:8
**today** [18] - 3:22, 4:11, 4:15, 4:18, 5:16, 5:17, 16:18, 16:21, 18:10, 21:4, 30:2, 39:22, 65:20, 109:22, 109:23, 119:2, 122:1, 139:12
**today's** [2] - 27:21, 40:25
**together** [7] - 8:13, 10:21, 53:25, 80:10, 96:13, 111:2, 161:5
**top** [4] - 23:18, 102:18, 103:14, 105:10
**total** [4] - 66:1, 66:3, 67:13, 71:22
**totally** [11] - 35:12, 42:12, 52:19, 53:12, 57:12, 62:15, 65:3, 68:14, 85:17, 122:3, 144:6
**tower** [6] - 33:19,

46:4, 48:6, 110:11, 138:11, 152:7
**towers** [1] - 65:16
**toxic** [2] - 89:16, 89:24
**Toxicology** [7] - 2:16, 28:4, 28:9, 28:13, 29:1, 127:20, 128:10
**trace** [1] - 53:8
**track** [1] - 47:7
**tracks** [4] - 51:17, 51:20, 51:25
**traffic** [1] - 20:21
**trained** [1] - 55:3
**transcript** [5] - 137:18, 137:25, 161:3, 162:4, 163:11
**TRANSCRIPT** [1] - 163:9
**Transcript** [1] - 2:18
**transcription** [1] - 160:9
**transferable** [1] - 130:3
**transgenic** [3] - 27:2, 27:17
**Transients** [1] - 153:18
**translate** [1] - 61:11
**transmission** [3] - 102:19, 104:11, 105:16
**transmissions** [1] - 103:23
**transmit** [1] - 104:8
**transmitted** [3] - 102:22, 104:13, 106:23
**traveled** [4] - 7:4, 7:15, 8:2, 49:22
**treatment** [1] - 112:19
**trend** [2] - 114:5, 114:16
**tries** [2] - 91:3
**trigger** [1] - 33:18
**triggered** [1] - 120:15
**triggering** [1] - 57:25
**triggers** [3] - 139:8, 141:11, 142:6
**trouble** [1] - 25:3
**true** [39] - 5:25, 12:20, 26:22, 28:2, 34:2, 34:3, 77:7, 77:23, 78:10, 78:13, 84:15, 84:16, 92:10, 93:2, 93:4, 96:23, 97:3, 97:9, 99:3, 99:4, 100:23, 100:24, 107:3, 107:15, 107:16, 112:10, 112:11, 113:8,

122:18, 135:13, 135:14, 140:3, 140:4, 140:7, 140:8, 146:2, 146:3, 160:10, 161:21
**truth** [4] - 160:5, 160:6, 161:20
**try** [17] - 12:11, 25:12, 32:7, 33:15, 58:9, 71:4, 71:5, 71:10, 71:12, 74:15, 76:17, 91:11, 116:13, 117:6, 140:12, 157:21, 158:5
**trying** [17] - 25:22, 26:17, 29:24, 36:24, 37:4, 51:19, 60:10, 69:24, 73:16, 81:20, 100:17, 104:11, 105:14, 105:21, 107:5, 115:19, 122:20
**tumor** [2] - 93:8, 110:18
**Tumor** [2] - 118:10, 118:16
**tumors** [2] - 93:5, 128:23
**tuned** [1] - 73:21
**turned** [3] - 134:6, 134:20, 135:1
**turns** [2] - 30:20, 133:9
**tv** [1] - 66:6
**twelfth** [1] - 110:9
**twice** [1] - 97:18
**two** [19] - 12:4, 19:4, 24:16, 36:10, 37:7, 37:18, 38:14, 46:9, 59:24, 79:22, 106:18, 111:2, 123:20, 123:25, 128:22, 135:25, 149:8, 157:16, 158:9
**two-page** [1] - 149:8
**types** [1] - 143:4
**typical** [1] - 86:4
**typically** [1] - 87:11
**typo** [1] - 162:7
**typographical** [1] - 122:7

**ultimately** [1] - 38:11
**unbalanced** [2] - 72:13, 72:14
**uncertainty** [1] - 107:18
**under** [14] - 36:21, 64:3, 74:21, 103:25, 104:3, 104:17, 113:15, 123:19, 123:22, 124:1, 126:11
**underlined** [1] - 126:14
**underlines** [1] - 150:3
**understood** [1] - 90:24
**undue** [2] - 52:7, 72:8
**uniformly** [1] - 99:16
**unique** [1] - 120:14
**UNITED** [1] - 1:1
**United** [1] - 11:25
**University** [4] - 8:25, 74:18, 79:10, 79:11
**university** [1] - 21:5
**unknown** [1] - 107:17
**unless** [3] - 38:11, 140:13, 150:12, 150:15
**unnecessary** [1] - 65:3
**unrealistic** [2] - 57:12, 58:12
**unrelated** [1] - 151:14
**unreliability** [1] - 73:12
**unsafe** [6] - 57:18, 57:20, 57:24, 59:19, 60:23, 62:13
**unusual** [1] - 37:13
**unusually** [1] - 90:5
**up** [19] - 22:20, 24:13, 25:2, 32:18, 41:8, 44:19, 49:20, 49:23, 57:11, 63:9, 65:17, 69:20, 91:2, 114:12, 116:11, 117:3, 144:9, 144:10
**updated** [1] - 18:9
**urging** [1] - 8:12
**urine** [2] - 96:1, 96:5
**USDC** [1] - 2:18
**Utilities** [28] - 15:15, 15:25, 16:14, 18:9, 18:15, 18:18, 18:23, 19:15, 19:19, 20:9, 20:17, 21:25, 23:15, 23:23, 24:21, 41:16, 42:7, 46:12, 68:22, 70:4, 81:15, 120:2, 120:21, 125:15,

**U**

**U.S** [5] - 11:17, 56:17, 75:13, 75:24, 116:17
**U.S./Canada** [1] - 136:13
**Ua** [1] - 21:12
**UAMAIL** [1] - 21:12

131:24, 148:2, 149:1, 153:14
**utilities** [7] - 8:14, 20:19, 47:7, 62:24, 97:16, 97:22, 133:23
**utility** [9] - 41:18, 42:1, 46:23, 63:2, 102:20, 107:7, 135:2, 136:3, 153:10
**Utility** [3] - 46:14, 46:20, 50:25

## V

**validity** [1] - 9:18
**valuable** [1] - 69:8
**valuation** [1] - 148:20
**value** [1] - 74:12
**values** [1] - 58:13
**variables** [1] - 138:13
**varies** [1] - 144:11
**variety** [6] - 23:9, 31:9, 77:16, 79:17, 94:14, 120:14
**various** [15] - 23:10, 34:21, 54:8, 64:20, 73:5, 80:16, 85:17, 131:5, 142:10, 142:22, 143:5, 145:11, 145:12, 154:24, 156:10
**vary** [2] - 62:8, 139:10
**version** [2] - 24:5, 54:20
**versus** [3] - 61:5, 72:6, 139:3
**vet** [1] - 150:12
**vetting** [2] - 79:13, 79:14
**view** [11] - 32:2, 58:6, 60:18, 72:2, 81:18, 94:6, 98:20, 105:15, 112:3, 113:23, 156:15
**viewed** [1] - 116:5
**views** [2] - 136:24, 137:11
**visited** [1] - 79:7
**visitor** [1] - 133:6
**visits** [2] - 12:10, 75:11
**vitamins** [1] - 91:20
**voltage** [4] - 47:6, 50:20, 51:16, 51:21
**Volume** [1] - 26:11
**vs** [1] - 1:8
**vulnerable** [5] - 34:20, 36:21, 70:19, 99:15, 139:20

## W

**Wadsworth** [1] - 135:23
**Waldenstrom 's** [15] - 13:8, 13:12, 13:13, 14:2, 14:7, 14:10, 14:17, 38:10, 40:7, 99:6, 111:22, 112:21, 126:19, 129:22, 130:3
**walk** [1] - 67:23
**walking** [1] - 65:10
**wants** [4] - 44:6, 121:12, 150:12, 156:7
**Washington** [1] - 7:23
**waste** [3] - 76:4, 76:5
**watching** [1] - 134:1
**water** [3] - 90:24, 91:5, 91:9
**watts** [2] - 67:11, 67:12
**wave** [11] - 87:21, 87:22, 88:3, 88:5, 88:8, 88:14, 88:16, 88:17, 88:20, 89:16, 90:19
**waveform** [1] - 145:10
**waveforms** [3] - 89:14, 142:20, 146:12
**wavelengths** [1] - 68:6
**waves** [5] - 68:9, 87:25, 89:2, 89:18, 89:23
**ways** [3] - 59:3, 59:4, 72:15
**weak** [1] - 6:18
**wear** [1] - 65:12
**website** [2] - 24:13
**week** [1] - 65:13
**weeks** [1] - 135:25
**weight** [12] - 33:15, 33:16, 71:5, 72:24, 88:9, 114:9, 115:10, 115:11, 115:13, 116:7, 143:6, 146:14
**welding** [1] - 66:17
**well-developed** [1] - 91:17
**well-documented** [1] - 115:20
**well-educated** [1] - 31:11
**well-established** [2] - 141:9, 141:14
**whatsoever** [2] - 39:5, 107:15

**whereas** [1] - 109:12
**whereby** [3] - 82:2, 84:3, 142:10
**WHEREOF** [1] - 160:15
**whichever** [1] - 58:13
**white** [1] - 130:10
**WHO** [13] - 74:14, 74:22, 75:11, 75:20, 75:21, 76:7, 76:15, 78:13, 78:19, 79:6, 79:16, 79:18, 79:22
**whole** [15] - 18:4, 23:9, 35:11, 39:3, 61:20, 73:13, 74:9, 77:10, 79:16, 83:8, 85:11, 94:15, 125:12, 128:13, 160:5
**wide** [1] - 120:13
**wife** [3] - 33:4, 132:17, 134:1
**William** [2] - 154:5, 155:12
**willing** [9] - 10:10, 20:3, 20:22, 41:3, 41:5, 101:17, 109:14, 132:11, 133:3
**win** [1] - 49:2
**wire** [1] - 63:5
**wired** [3] - 62:20, 63:3, 65:4
**wireless** [8] - 58:7, 62:19, 62:22, 63:4, 65:11, 65:14, 94:16, 134:10
**wiring** [9] - 102:24, 104:15, 105:17, 106:3, 106:5, 106:9, 106:23, 107:10, 107:12
**Wisconsin** [1] - 154:13
**wiser** [1] - 57:14
**wish** [1] - 162:6

**within-named** [1] - 160:4
**WITNESS** [6] - 22:18, 105:3, 145:18, 150:18, 150:23, 160:15
**witness** [9] - 3:24, 15:7, 19:18, 81:14, 154:25, 155:9, 155:23, 156:13, 161:19
**witnesses** [2] - 6:23, 81:3
**woman** [4] - 11:4, 11:15, 11:16, 90:14
**women** [1] - 65:8
**won** [3] - 47:8, 51:15, 53:12
**wondering** [1] - 146:21
**wood** [2] - 86:22, 106:10
**wool** [1] - 115:19
**word** [4] - 56:14, 138:20, 162:7
**wording** [1] - 124:23
**Words** [1] - 162:14
**words** [3] - 121:15, 124:11, 162:5
**works** [1] - 79:19
**World** [19] - 60:24, 74:2, 74:5, 74:7, 74:10, 74:19, 74:25, 75:2, 75:16, 75:17, 76:18, 77:1, 78:6, 81:20, 81:21, 82:5, 85:12, 111:4, 149:11
**world** [5] - 57:4, 78:9, 78:11, 79:2, 99:2
**worried** [1] - 76:20
**worse** [3] - 107:11, 107:13, 107:14
**worsen** [1] - 127:3
**worsening** [3] - 120:17, 126:21, 127:2
**wrap** [1] - 110:19
**write** [3] - 36:24, 40:16, 80:19
**writing** [3] - 41:5, 53:20, 54:3
**written** [7] - 17:19, 20:13, 42:22, 70:18, 75:10, 124:20, 126:24
**wrote** [3] - 44:1, 81:22, 107:25

## Y

**Yakymenko** [10] - 2:17, 93:22, 94:3, 94:23, 95:16, 96:10, 96:19, 140:18, 140:25, 141:16
**year** [2] - 111:6, 118:25
**years** [19] - 3:25, 19:13, 21:6, 29:25, 34:17, 38:4, 46:9, 70:12, 80:3, 80:4, 80:5, 80:13, 102:1, 111:7, 132:3, 132:5, 136:9, 147:16, 158:18
**yesterday** [6] - 4:5, 22:6, 22:17, 104:19, 105:2, 137:23
**York** [5] - 7:21, 134:17, 135:22, 135:24, 136:2
**yourself** [2] - 6:8, 63:20

## Z

**zero** [1] - 61:4
**Zoom** [1] - 3:1
**ZOOM** [1] - 1:13