EXHIBIT C
(Carpenter Mtn)



Electrical Engineering & Computer
Science Practice



# Report of Benjamin Cotts, Ph.D.

*Re: Ed Friedman v. Central Maine Power Company, Civil Action, Docket No. 20-cv-00237*

# Report of Benjamin Cotts, Ph.D.

*Re: Ed Friedman v. Central Maine Power Company, Civil Action, Docket No. 20-cv-00237*

Prepared for

Christopher C. Taintor, Esq.
Norman Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112

Prepared by

Benjamin Cotts, Ph.D., P.E.
Exponent, Inc.
17000 Science Drive
Suite 200
Bowie, MD 20715

February 25, 2022

© Exponent, Inc.

# Contents

|  | Page |
|---|---|
| List of Figures | v |
| List of Tables | vi |
| Acronyms and Abbreviations | vii |
| Summary of Opinions | viii |
| Introduction | 1 |
| 1. Basic Physics of Electromagnetics | 3 |
| Common Sources of Electromagnetic Fields | 3 |
| Electromagnetic Waves | 3 |
| Basics of Electromagnetics: Analogy with Water Waves | 3 |
| The Electromagnetic Spectrum | 5 |
| Blackbody Radiation | 7 |
| Blackbody radiation from man-made sources | 7 |
| Blackbody radiation from natural sources | 8 |
| Radiofrequency Communications | 8 |
| Power | 9 |
| Duty Cycle | 9 |
| Reflection and Attenuation | 10 |
| Distance from the Source | 10 |
| 2. Standards | 11 |
| Radiofrequency Fields | 11 |
| Conducted Emissions and Switch Mode Power Supplies | 12 |
| 3. Smart Meters and Mesh Networks | 14 |
| Smart Meter Mesh Network | 14 |
| Typical Smart Meter Operation | 16 |
| Smart Meter Duty Cycle | 16 |
| Example RF Exposure from Smart Meters | 17 |

| | | |
|---|---|---:|
| 4. | **Sources of Radiofrequency Fields** | 19 |
| | Natural Sources | 19 |
| | Common Manmade Sources | 19 |
| | Additional RF Sources Relevant to the Proceeding | 20 |
| 5. | **RF Exposure Comparison** | 22 |
| | Evaluating RF Exposure | 22 |
| | Additional Discussion | 24 |
| 6. | **Evaluation of the Opinions of Mr. Anderson** | 25 |
| 7. | **Conclusions** | 28 |
| 5. | **Facts Relied Upon** | 30 |
| 6. | **References** | 31 |
| | **Limitations** | 33 |

Appendix A – Educational Background, Qualifications, and Curriculum Vitae
Appendix B – RF Sources and the FCC RF Usage Spectrum Chart

# List of Figures

                                                                                    Page

Figure 1.    Illustration of the amplitude of a wave as it diminishes from the source.        4

Figure 2.    Illustration of the transfer of wave energy as it travels through water.         5

Figure 3.    Illustration of the movement of electromagnetic wave components.                 5

Figure 4.    The electromagnetic spectrum and the relationship between frequency,
             wavelength, energy, and temperature.                                             6

Figure 5.    Illustrative example of the CMP smart meter mesh network.                       15

Figure 6.    RF Exposure from smart meters.                                                  20

Figure 7.    RF exposure of smart meters relative to other RF sources.                       22

Figure 8.    Comparison of RF exposure from the CMP smart meter to RF exposure
             from other sources under typical use.                                           23

# List of Tables

<u>Page</u>

Table 1.   Exposure limits specified by the FCC, IEEE, and ICNIRP                                    12

Table 2.   Duty cycle of CMP smart meters*                                                          17

Table 3.   RF exposure values for common natural RF sources                                         19

Table 4.   Example RF exposure from CMP smart meters and other sources relevant to
           the Proceeding                                                                           21

Table 5.   Example variability of smart meter in different exposure scenarios                       24

Table 6.   Sources of data used to model RF signal transmission from CMP smart
           meters                                                                                   30

# Acronyms and Abbreviations

| | |
|---|---|
| AC | Alternating current |
| AM | Amplitude modulated |
| ANSI | American National Standard Institute |
| CDMA | Code-Division Multiple Access |
| CMP | Central Maine Power Company |
| DC | Direct current |
| EPA | U.S. Environmental Protection Agency |
| ELF | Extremely low frequency |
| FM | Frequency modulated |
| FCC | Federal Communications Commission |
| GHz | Gigahertz |
| HAN | Home area network |
| Hz | Hertz |
| ICES | The International Committee on Electromagnetic Safety |
| ICNIRP | International Commission on Non-Ionizing Radiation Protection |
| IEEE | Institute of Electrical and Electronics Engineers |
| LAN | Local area network |
| MHz | Megahertz |
| MPE | Maximum permissible exposure |
| $mW/cm^2$ | Milliwatts per square centimeter |
| OET | Office of Engineering and Technology |
| RF | Radiofrequency |
| SAR | Specific absorption rate |
| W | Watt |
| $W/cm^2$ | Watts per square centimeter |
| W/kg | Watts per kilogram |
| $W/m^2$ | Watts per square meter |

# Summary of Opinions

I have been retained in this matter by counsel to Central Maine Power Company (CMP) in the matter of Ed Friedman v. Central Maine Power Company, Civil Action, Docket No. 20-cv-00237 (the Proceeding). My services have been requested in order to provide context on radiofrequency (RF) exposures that are the focus of concerns raised by the Plaintiff in the Proceeding. My report describes the RF signal technology that smart meters use to communicate electricity use to CMP and the relative levels of RF fields that are expected during transmissions. The report further describes the RF exposure from CMP smart meters and explains how this exposure compares to the Plaintiff's exposures from other RF sources, both natural and manmade.

Through my investigation of the CMP smart meters as well as existing RF sources, I have determined that the contribution of a typical CMP smart meter to the RF exposure indoors would be about 0.0000040% (1/25,000,000th) of the Federal Communications Commission's (FCC) health-based exposure limit. Furthermore, potential exposures from CMP smart meters are substantially less than the RF exposures from common natural and manmade sources as well as RF sources pertinent to the Proceeding.

Based on my review of the facts in this case, the available material, my background, experience and training, and my work completed to date, the following opinions are submitted within a reasonable degree of engineering and scientific certainty:

1. The smart meters operated by CMP would represent a negligible contribution to the overall RF exposure of Mr. Friedman.
2. The RF exposures from other common sources are many times greater than from a typical CMP smart meter.
3. The magnitudes of the RF exposure from other RF sources Mr. Friedman has previously or currently chosen to expose himself to are hundreds to thousands of times greater than from a typical CMP smart meter.

4.  The RF exposure from a typical CMP smart meter, whether evaluated inside or outside Mr. Friedman's residence, represents a small fraction of the allowable FCC exposure limit and complies with applicable industry standards, including those for conducted emissions.

My opinions herein are expressed to a reasonable degree of engineering and scientific certainty. I reserve the right to revise or amend these opinions and conclusions if additional information becomes available or if further analysis is performed.

# Introduction

Electric power utilities throughout the United States are in the process of modernizing their infrastructure in what has come to be known as a "smart grid." One component of this modernization is termed advanced metering infrastructure, also known as a "smart meter." A hallmark feature of smart meters that sets them apart from their predecessors is the radiofrequency (RF) signals used to communicate electricity use by two-way wireless radio communication. Two-way wireless radio communication is supported by miniature radio transceivers that communicate electricity consumption back to the utility and receive signals from the utility.

I have been retained in this matter by counsel to Central Maine Power Company (CMP) in the matter of Ed Friedman v. Central Maine Power Company, Civil Action, Docket No. 20-cv-00237 (the Proceeding). Counsel for CMP has requested that I evaluate case-specific documents and relevant scientific literature and provide the scientific background underlying the nature of electromagnetic fields, their natural and manmade sources, and standards relating to human exposure to these fields. I have further been requested to place the potential RF exposure from a CMP smart meter into context of other common RF sources as well as sources pertinent to the Proceeding.

The specific materials I received from Counsel for CMP in this matter, and which I reviewed, are:

1. The Complaint (filed July 7, 2020).

2. Order of Defendant's Motion to Dismiss (dated March 31, 2021).

3. Defendant's Answer to Complaint (filed May 12, 2021).

4. Plaintiff's First Request for Production of Documents (dated June 23, 2021).

5. Amended Scheduling Order (dated July 21, 2021).

6. Report of Erik S. Anderson, P.E. (dated December 3, 2021).

7. Various documents from Maine Public Utilities Commission Docket Nos. 2010-345 and 2011-00262.

8. GE I-210+cRD Meter with Trilliant Securemesh AMI Module (dated August 19, 2010).

9. Deposition Transcript of Erik S. Anderson, P.E. (dated January 26, 2022).

10. Report of Gabor Mezei, M.D., Ph.D (dated February 25, 2022).

My opinions are expressed herein to a reasonable degree of scientific and medical certainty. I reserve the right to revise my opinions as more information becomes available.

My educational background, qualifications, and curriculum vitae are summarized in Appendix A. Appendix B includes summary information regarding exposure to common RF sources as well as a figure from the Federal Communications Commission (FCC) that depicts the various portions of the RF spectrum.

# 1.    Basic Physics of Electromagnetics

## Common Sources of Electromagnetic Fields

There are numerous natural sources of electromagnetic fields to which humans are constantly exposed. Some forms of electromagnetic fields are commonly recognized as such, including wireless communication signals such as television and radio broadcast signals or cellular communication. Less readily apparent are the multitude of other electromagnetic field sources, with visible light being the most common natural source.[1]

The electromagnetic spectrum is composed of fields at different frequencies, a defining characteristic of electromagnetic fields. Frequency is determined by the rate at which the field changes strength and direction every second (i.e., the cycles per second expressed as Hertz [Hz]). Frequency governs how these fields interact with the human body. Man-made sources of extremely low frequency (ELF) electromagnetic fields include the power grid and anything that is connected to it including transmission and distribution lines as well as household appliances. The earth is the source of a static geomagnetic field (0 Hz) that orients a compass needle in a north-south direction. Other higher-frequency man-made sources of electromagnetic fields are associated with the transmission of radio and television broadcast signals—commonly referred to as RF fields—and also include the various wireless personal communication such as cellular phones and Wi-Fi devices used daily in modern society.

## Electromagnetic Waves[2]

### Basics of Electromagnetics: Analogy with Water Waves

While electromagnetic waves from visible light can be seen with the naked eye, many others are not so readily understood; most cannot be seen, heard, tasted, or smelled (though some are readily felt such as infrared or heat radiation). Sound waves or water waves, on the other hand,

---

[1]    https://science.nasa.gov/ems/09_visiblelight.

[2]    Both electromagnetic fields and electromagnetic waves are used concurrently in this report depending on which is more intuitive and more readily understandable, but in all instances, their meaning is the same.

are quite familiar, and an analogy with these waves illustrates some of the relevant properties of electromagnetic waves. For instance, a rock dropped in water creates a wave that expands outward from the source. While the spread of the wave on the water's surface does not carry water molecules with it, the wave spreads (i.e., propagates) to adjacent water molecules when those water molecules move up and down. The wave with the highest amplitude (i.e., height above the water's surface) occurs at the source, and as it spreads outward, the height of the waves gets successively smaller. Figure 1 illustrates how the amplitude of the wave is highest at the source and diminishes as it expands outward (i.e., attenuate with distance from the source). Electromagnetic waves are similar—they are strongest at the source and their strength decreases with distance. Figure 2 shows that the water wave does not move water particles with it, but rather water molecules push adjacent water molecules up and down as the wave propagates. Similarly, electromagnetic waves do not move physical air or material particles. Instead, the components of the electromagnetic wave (electric fields and magnetic fields) can be thought of as 'pushing' against one another, moving the electromagnetic wave outward, similar to how the water wave moves away from the source (diminishing in strength the further away it gets).



Figure 1.    Illustration of the amplitude of a wave as it diminishes from the source.

Source: https://science.nasa.gov/ems/01_intro.



Figure 2.    Illustration of the transfer of wave
             energy as it travels through water.

Source: https://science.nasa.gov/ems/01_intro.



Figure 3.    Illustration of the movement of
             electromagnetic wave components.

Source: https://science.nasa.gov/ems/01_intro.

## The Electromagnetic Spectrum

The electromagnetic spectrum includes all forms of electromagnetic energy—including ELF fields associated with electric power transmission and RF fields associated with wireless communication devices as well as many other higher frequency fields. The fields in the electromagnetic spectrum are broadly classified as either *non-ionizing radiation* or *ionizing*

*radiation* based on their frequency.[3] As shown in Figure 4, non-ionizing radiation includes a wide range of frequencies—ultraviolet, visible, infrared, microwave, and radio—which are at the lower frequency end of the electromagnetic spectrum. In this band, ultraviolet fields have the highest frequency, while radio fields (including ELF and RF) have the lowest frequency. These fields are non-ionizing because they are not strong enough to break molecular or atomic bonds.[4]

*Ionizing radiation* includes very high frequency fields ranging from X-rays to gamma rays, as shown in Figure 4. In contrast to non-ionizing radiation, the fields in the ionizing radiation portion of the electromagnetic spectrum are strong enough to break molecular and atomic bonds.



Figure 4.    The electromagnetic spectrum and the relationship between frequency, wavelength, energy, and temperature.

---

[3]    The term "radiation" simply means "energy propagated through space." It is used to describe energy emitted from any particular source such as heat from a campfire, light from a flashlight, acoustic energy from a stereo system, or the broadcast signal from an FM radio antenna (http://er.jsc.nasa.gov/seh/e.html#electromagnetic radiation and http://er.jsc.nasa.gov/seh/r.html#radiation).

[4]    http://www.who.int/ionizing_radiation/about/what_is_ir/en/

## Blackbody Radiation

While we regularly encounter electromagnetic fields in the RF range from man-made sources (i.e., modern technology, such as cellular phones, and Wi-Fi), natural sources of RF are more common. Some examples of these natural sources include lightning, the earth itself, and even other organisms including humans.

It is not an intuitive concept that virtually all objects, including humans and the earth, are sources of electromagnetic fields, so additional attention is warranted. For example, hotter objects, such as the sun, produce visible light and ultraviolet rays in the visible and ultraviolet portions of the electromagnetic spectrum, respectively. Whereas colder objects, such as the earth, produce fields in the infrared portion of the electromagnetic spectrum. Scientists refer to this phenomenon as blackbody radiation, but the more common term is thermal or heat energy.

As illustrated in Figure 4, the temperature of an object dictates the frequency of the electromagnetic energy it radiates. Any object (i.e., blackbody) that has a temperature above absolute zero[5] will radiate electromagnetic energy; the temperature of the object determines the frequency at which most of the electromagnetic energy will radiate. Hotter objects emit both more electromagnetic energy and energy at higher frequencies than colder objects.

### Blackbody radiation from man-made sources

An electric stove burner effectively illustrates blackbody radiation and how it changes at different temperatures. When the burner on an electric stove is turned on and starts to heat, it produces fields in the infrared portion of the spectrum—the color of the burner is still black, but the electromagnetic energy (i.e., infrared heat) can be felt by placing a hand nearby. As the burner gets hotter, it produces electromagnetic energy in the lower portion of the visible spectrum—the color is now a reddish-orange. While burners on household electric stoves cannot heat beyond the reddish-orange portion of the visible spectrum, if the temperature could increase, it would produce electromagnetic energy in the higher portion of the visible

---

[5]  Absolute zero is the temperature at which the motion of molecules theoretically stops, which is 0 on the Kelvin scale and equivalent to about -273 degrees Celsius or about -460 degrees Fahrenheit.

spectrum—the color would be a yellowish-white. The energy from a welder's torch at still hotter temperatures produce electromagnetic energy at the highest portion of the visible spectrum and in the ultraviolet range—the color in this range is blue and welders must wear protective equipment to shield their eyes from the emitted higher-frequency (more energetic) ultraviolet electromagnetic energy.[6]

### Blackbody radiation from natural sources

As noted above, any object that has a temperature above absolute zero radiates electromagnetic energy and it does so at all frequencies (although very small amounts at very low or very high frequencies). Since both humans and the earth have a temperature of ~300 Kelvin, they emit the most electromagnetic energy in the infrared portion of the electromagnetic spectrum (i.e., it can only be 'seen' with the use of infrared imagers) , but a very small portion of that energy is also emitted in the radio and microwave portions of the electromagnetic spectrum. Humans and the earth are therefore sources of RF energy (albeit very small sources).

## Radiofrequency Communications

Modern technology uses RF fields in many integral ways to communicate. Devices that use RF fields in this manner include emergency beacon services, air traffic control systems, cell phones, and smart meters, to name a few. There are many additional industrial, commercial, and medical applications for RF fields. In addition to frequency, as previously discussed, there are four important concepts, common to most RF communication, that explain the exposure one has from sources such as smart meters: **power, duty cycle, reflection and attenuation, and distance from the source**

---

[6]    The emission of this intense heat and ultraviolet light are among the reasons that welders need to wear protective glasses when performing their work.

## Power

Power output by a device is measured simply as the output energy over time, expressed in watts (W) (1 W = 1 joule per second). RF signals from a device will increase as power increases—higher output power from a device leads to higher potential for RF exposure.

## Duty Cycle

Man-made sources of RF fields have different transmission patterns and transmit at different rates based on their function. This is an important distinction when evaluating RF exposure from a source. Sources such as FM radio and television broadcasts transmit constantly at a power level that is relatively constant. Other sources such as Wi-Fi also transmit constantly, but the power level varies. Still other sources operate intermittently based on data transfer needs or user demand. For example, cell phones transmit based on user demand and when they interact with the mobile network, smart meters only transmit to transfer data, and sources such as microwave ovens only emit RF fields when they are used.[7]

These transmission patterns are reported simply as the duty cycle (i.e., the percentage of time a source is used based on how often the source transmits information). The duty cycle for sources that transmit continuously, whether at constant or varying power, is 100%. The duty cycle of a source that transmits intermittently will vary depending on use.

The duty cycle of a CDMA cell phone, for example, used for 6 minutes in a 30-minute period has a duty cycle of 20%, while one used for 1.5 minutes in a 30-minute period has a duty cycle of 5%.[8,9] In contrast, since a smart meter sends information in a series of short transmissions

---

[7] Some cell phones may also change transmission power output based upon circumstances while smart meters always transmit with the same power output.

[8] CDMA stands for "Code-Division Multiple Access." When a call is made, a CDMA phone transmits continuously. This calculated *operational* duty cycle example should not be confused with the duty cycle of the emission of a CDMA telephone when in use.

[9] GSM stands for "Global System for Mobile" communications and is another communication technology used by cellular phones. Rather than transmitting continuously, a GSM phone transmits only 1/8th of the time, but at 8 times the power of a CDMA transmission. The duty cycle *of the emissions* from a GSM telephone when in use is therefore 12.5%. If a GSM phone is used for 6 minutes in a 30-minute period then the total duty cycle is the product of the *operational* duty cycle and the duty cycle of the emissions: 20% x 12.5% = 2.5%.

typically a few tens of milliseconds or less, its operational duty cycle depends on several factors and can vary in different smart meters due to these factors (discussed in more detail in the following section).[10]

## Reflection and Attenuation

Reflection of an electromagnetic wave occurs when it reaches a boundary, such as the ground or a wall. Some of the energy will reflect from that boundary, and some of the energy that passes through will be lost (i.e., attenuate), depending on the frequency of the electromagnetic wave and the material properties of the boundary.

This is an important concept when considering an individual's indoor exposure to RF fields from a smart meter or other sources. For instance, only about 1% of incident RF energy transmitted at the frequency of smart meters or cell phones will pass through an 8-inch thick concrete wall, while about 45% of the energy passes through a 3.5-inch thick brick wall. Other materials such as plywood or drywall allow a greater fraction of energy through (for example, at the frequency of smart meters, 75% of the energy is allowed through a combination of plywood and drywall (NIST, 1997).[11]

## Distance from the Source

An electromagnetic wave has a finite amount of energy at the source; as it moves away, that energy is spread out over a much greater area, and the strength of the wave will therefore attenuate (similar to the motion of water described above) even if it does not pass through a boundary. This leads to a decreasing amount of energy at locations farther from the source. The power density of the RF field decreases with the square of the distance from the source according to the inverse-square law.[12] So, an individual located 10 yards from a source will be exposed to 100 times less RF energy than an individual located 1 yard from the same source

---

[10] Previous analyses in 2010 assumed a typical duty cycle of 43 seconds per day (a duty cycle of 0.05%).

[11] At lower frequencies, such as those used in television or radio broadcast, the fraction of energy that passes through these materials is substantially higher.

[12] A discussion of the inverse square law specific to smart meters is provided in Equation 1.

## 2.  Standards

## Radiofrequency Fields

The FCC is the United States governing agency that is responsible for regulating RF-emitting devices.  These regulations (CFR 47 §1.1310 and §2.1093) are based on the recommendations of organizations, such as the National Council for Radiation Protection, the Institute of Electrical and Electronics Engineers (IEEE), and the U.S. Environmental Protection Agency (EPA), as well as input from the Environmental Protection Agency, National Institute for Occupational Safety and Health, and the Occupational Safety and Health Administration.  The International Committee on Electromagnetic Safety (ICES) of the IEEE developed exposure limits for electromagnetic fields based on lengthy and comprehensive assessments of the scientific literature (ICES, 2019).  The International Commission on Non-Ionizing Radiation Protection (ICNIRP) conducted similar assessments, and also arrived at very similar exposure limits for electromagnetic fields (ICNIRP, 2020).

These limits restrict the amount of energy the FCC has determined that the body can safely absorb without adverse effect (i.e., the specific absorption rate [SAR], measured in units of watts per kilogram [W/kg]).  Since the SAR is difficult to measure in practice, the FCC also identifies a more-easily measured maximum permissible exposure (MPE), which limits the permissible strength of an RF field outside the body.  The FCC exposure limits for the general public, at frequencies of CMP smart meter transmissions (2.4 GHz), are summarized in  Table 1 along with the current IEEE and ICNIRP standards, which incorporate safety factors of 50 or more.[13,14]

---

[13]  The FCC states that the "…exposure criteria are based on a determination that potentially harmful biological effects can occur at an SAR level of 4 W/kg as averaged over the whole-body.  Appropriate safety factors have been incorporated to arrive at limits for both whole-body exposure (0.4 W/kg for "controlled" or "occupational" exposure and 0.08 W/kg for "uncontrolled" or "general population" exposure, respectively) and for partial-body (localized SAR), such as might occur in the head of the user of a hand-held cellular telephone" (FCC, 1999).

[14]  Additional details regarding the exposure limits, averaging times, and body locations where SAR limits are defined are provided in OET 65 and OET 56, among others (FCC 1997, 1999).

Table 1.    Exposure limits specified by the FCC, IEEE, and ICNIRP

| Agency | Power Density Limit at 2.4 GHz (W/m$^2$) | SAR Limit (W/kg) |
|---|---|---|
| FCC<br>(CFR §1.1310 and §2.1093) | 10 | 0.08 (whole body)<br>1.6 (over any 1 gram of tissue)<br>4 (over any 10 grams of tissue in hands, wrists, feet, and ankles) |
| ICNIRP<br>(2020) | 10 | 0.08 (whole body)<br>2 (partial body, over any 10 grams of tissue)<br>4 (over any 10 grams of tissue in the limbs) |
| IEEE,<br>(ICES, 2019) | 10 | 0.08 (whole body)<br>2 (partial body, over any 10 grams of tissue)<br>4 (over any 10 grams of tissue in the limbs) |

## Conducted Emissions and Switch Mode Power Supplies

In addition to the RF fields produced during smart meter communication, Mr. Friedman also has expressed concern regarding "dirty power or electricity," an avenue also explored by Plaintiff's expert, Mr. Anderson with regard to the switching mode power supply used in smart meters. The proper electrical engineering term for "dirty electricity" is conducted emissions. Conducted emissions are defined as "electromagnetic energy that is propagated along a conductor" (ANSI, 2014), and are regularly evaluated as a part of many products (including smart meters). The magnitude of conducted emissions is limited by industry and governmental organizations through standards and regulations.

The primary source of conducted emissions discussed by Mr. Anderson are switching mode power supplies which convert electricity from alternating current (AC) to direct current (DC) power. Switching mode power supplies are more efficient and smaller than previously used linear power supplies, but require filtering elements to remove higher-frequency electromagnetic noise from producing conducted emissions. In the context of the electrical power grid or wiring within the home, this refers to energy that deviates from the desired pure 60-Hz sine wave. Switching mode power supplies used in many common household devices such as desktop computers and televisions, and most items that use power adapters (e.g., laptop computers) (EPRI, 2006).

Conducted emissions (including those over utility wiring) are regulated by industry and governmental organizations through standards and regulations to limit these conducted emissions. Electrical utility meters (whether analog, digital, or smart meters) are tested for conducted emissions according to the American National Standard Institute (ANSI) Standard C12.1, which requires specific test procedures, and results are limited by the CFR 47 §15.207. The CMP smart meters have been tested to, and comply with, ANSI C12.1-2008 (GE, 2010), which concluded that "RF conducted and radiated emissions were below the limit for (CFR) 47, part 15 class B digital devices."

## 3.    Smart Meters and Mesh Networks

The primary purpose of smart meters in the CMP network is to record electricity usage at
residences and other buildings and transmit that usage wirelessly back to CMP.  The smart
meters used by CMP communicate in the frequency range of approximately 2.4 GHz.

Most radio communication devices used in the United States must be certified by the FCC.
The FCC certification number for the smart meters with the highest transmission power
deployed by CMP is FCC ID: TMB-G30I210.  According to this certification, the transmission
power of these smart meters is approximately 0.776 W.[15]

### Smart Meter Mesh Network

A smart meter mesh network is a collection of smart meters deployed in the same geographic
area.  The term mesh network derives from considering each smart meter as a node and
visualizing the communication paths between each node as lines.  When all the nodes in their
respective locations are connected to one another by drawn lines, the resulting picture looks like
wire mesh.  Each smart meter in the network has the capability of communicating with other
nearby smart meters as well as with a collector (also called an Extender Bridge).  The role of the
collectors within the mesh network is to gather the data from individual smart meters and send
the information back to the utility company.  Since the CMP smart meters operate at such lower
power and because RF signal strengths decrease rapidly with distance, in many cases an
individual smart meter is too far away for the collector to receive the signal directly.

A smart meter network therefore operates by transmitting information at a low power level to a
nearby neighbor (a 'hop').  This second smart meter transmits information onward, also at a low
power level, and this step is repeated from smart meter to smart meter in several hops until the
information from all the smart meters in the chain reach the collector.  Figure 5 illustrates the
hopping process to a collector.

---

[15]  Other CMP smart meters including those with FCC ID: TMB-G30FOCUS and TMB-EM000019 have similar
but lower power output and antenna gain.  The TMB-G30I210 smart meter is therefore used throughout the
remainder of the report for a maximum conservative assessment of RF emissions.



Figure 5.   Illustrative example of the CMP smart meter mesh network.
Reproduced from Exponent (2012).

The relatively close proximity of neighboring smart meters and the ability to communicate with one another is one of the primary advantages of a mesh network. Transmissions between nearby smart meters can be made with very low power levels. If meters could only communicate with collectors, then only smart meters physically close to collectors could transmit efficiently at lower power; more distant smart meters would need to transmit significantly more power.[16] For example, in Figure 5, smart meters 1 and 2 are close enough to interact directly with the collector while smart meters 3 through 7 are too far from the collector to interact directly and use hops to transmit to smart meter 2 for transmission to the collector.

---

[16]  For example, a smart meter located approximately 500 yards from a communicator would need to transmit a signal about 10,000 times stronger than a smart meter located 5 yards away from the collector.

Since smart meters 3 through 7 eventually transmit their data to smart meter 2, they are called descendants of smart meter 2. This scenario illustrates that while many smart meters will transmit only their own data, most meters will also transmit the data of descendant meters.

## Typical Smart Meter Operation

Unlike other common devices that communicate using RF fields, the amount of data a smart meter transmits is very small, so they only need to communicate for a very short time each day. During the majority of the day each smart meter generates hourly "beat" packets to let the smart meter network know that it can still communicate. When the smart meter communicates usage information to the network (which occurs between 12:00 AM and 1:30 AM), 10 packets (in addition to the beat signals) are generated. The total number of daily packets typically sent by each smart meter will be 34 (24 beat packets and 10 electricity usage packets).[17] Each packet of information sent by the smart meter lasts a maximum of 4.26 milliseconds (0.00426 seconds; approximately 4 thousandths of a second). A single smart meter (with no descendants) therefore will transmit RF energy for only approximately 0.145 seconds per day (34 packets × 0.00426 seconds per packet).[18]

## Smart Meter Duty Cycle

The amount of data each smart meter transmits will vary widely depending on where it is located within the mesh network and the amount of data it must transfer from descendants. At the time of written testimony regarding the CMP smart meters (e.g., Exponent, 2010) the duty cycle of CMP smart meters was not precisely known, so was conservatively estimated at 0.05% for typical operation and at a theoretical maximum of 10%. Subsequent analysis of the operating network of CMP smart meters demonstrated that a typical CMP smart meter does not transmit for more than 99.998% of the time and the total RF transmission time for 99% of all smart meters is limited to be 8.7 seconds per day or less (Exponent, 2012). The duty cycles determined through this analysis for the CMP smart meter network are summarized in Table 2.

---

[17] Extra packets (retransmit packets) may also rarely be required as will extra system maintenance commands.
[18] Information summarized in Exponent (2012).

Table 2.   Duty cycle of CMP smart meters*

| Number of Descendants | Duty Cycle Value |
|---|---|
| No Descendants | 0.00017% (0.145 seconds per day) |
| 6 Descendants† | 0.0010% (0.869 seconds per day) |
| 60 Descendants‡ | 0.010% (8.7 seconds per day) |
| Duty Cycle Assumed in Exponent (2010) Predictions | |
| Typical | 0.05% (43 seconds per day) |
| Theoretical Maximum | 10% (144 minutes per day) |

\* Information based on Exponent, 2012.
† 80% of smart meters on the CMP network have 6 descendants or fewer
‡ 99% of smart meters on the CMP network have 60 descendants or fewer

## Example RF Exposure from Smart Meters

Using the information from the FCC certification documents (TMP-G30I210) and Table 2, it is possible to calculate the RF exposure from the smart meters at any particular distance and for any operational duty cycle based upon the formula:

$$S = 2.56 \frac{PG}{4\pi R^2} \delta \, TF \qquad \text{(Equation 1)}$$

where $S$ is the power density of a signal at a distance $R$ from the transmitter, with an input power $P$, an antenna gain $G$, and a duty cycle of $\delta$.  A transmission coefficient, $T$, can be used to account for any applicable attenuation or reflection from boundary materials, and the factor $F$ can be used to account for the preferential transmission of a signal forward away from the device rather than backward (CMP, 2012).[19]  Finally, the factor of 2.56 is used to include the potential reflection of the signal from the ground that may increase the exposure above that calculated using the standard inverse square law.[20]  In order to calculate the RF exposure from the smart meters, it is therefore necessary to know the power and gain of the antenna as well as the duty cycle (other factors, such as distance $R$ and transmission coefficient $T$, depend on a particular exposure scenario).

---

[19]   Antenna pattern measurements demonstrate that the power transmitted in the backward direction (e.g., indoors) is 1/10th or less of the power transmitted in the forward direction.

[20]   This factor of 2.56 is sometimes applied to far-away sources such as television or radio broadcast signals (FCC, 1997), and is not generally applicable to the signal from the end points.  It is included here, however, to conservatively overestimate the RF exposure from the smart meters.

17

Using this approach, the RF signal from a CMP smart meter at several distances both indoors and outside a building was calculated for a variety of exposure scenarios. As an example, the indoor exposure at a distance of 1 yard behind the CMP smart meter using a typical duty cycle (0.0010% for six descendants; see Table 2) is approximately 0.0000040% of the FCC exposure limit, or equivalently, about 25 million times below the FCC exposure limit. This calculation accounts for the preferential transmission in the forward direction so that the amount of energy directed toward the residence is approximately one-tenth that transmitted away from the residence. The calculation also accounts for attenuation of the signal when passing through the walls of the structure (assumed in this example to be plywood and drywall, which absorbs about 26% of the signal).[21] Similar estimates also were calculated for outdoor exposure at varying distances and duty cycles. The calculated power density is calculated using Equation 1 above and then converted to a percent of the FCC limit (i.e., dividing the calculated power density by the FCC limit of 10 W/m$^2$, listed in Table 1). These calculations show that even for the duty cycle assuming 60 descendants (99[th] percentile of all CMP smart meters) at a distance of approximately 8 inches immediately in front of the CMP smart meter, the RF exposure would be approximately 8,700 times below the FCC limit (0.011% of the FCC limit). [22]

---

[21] Both indoor and outdoor calculations also include a conservative ground reflection factor of 2.56 per OET 65 (1997).

[22] Note that these calculations are far lower than those conservatively predicted by Exponent in 2010 and 2011 because the precise duty cycle was not known at the time, so the analysis conservatively (and correctly) assumed a very high duty cycle of 0.05% for typical operation. Using this conservatively high assumed duty cycle, the indoor and outdoor exposure from a CMP smart meter would be approximately 0.000076% and 0.0015% of the FCC limit respectively (more 1,300,000 and 66,600 times below the FCC limit, respectively).

# 4.    Sources of Radiofrequency Fields

## Natural Sources

As discussed in the Introduction, some of the natural sources of RF fields are produced by blackbody radiation from warm objects such as the earth and humans; the representative RF exposure values for these sources are summarized in Table 3 (ICNIRP, 2009).

Table 3.    RF exposure values for common natural RF sources

| Source | RF Exposure (mW/cm$^2$) | RF Exposure (% of FCC Limit) |
|---|---|---|
| Blackbody radiation from the earth | 1.3 | 0.0027 |
| Blackbody radiation from humans | 3 | 0.0054 |

## Common Manmade Sources

There are numerous manmade sources of RF fields, including devices used for communications and many other purposes.  Communication devices used in the home, such as cell phones, cordless phones, Wi-Fi, and Bluetooth devices produce relatively weak fields; however, they are often used in very close proximity to the individual and may therefore result in higher exposures than remote (but more powerful) sources such as amplitude-modulated (AM) radio signals, frequency-modulated (FM) radio signals, or television broadcast signals.  Other devices that emit RF fields, like microwave ovens and radar guns, are used for non-communication purposes such as heating food or measuring speed and distances.

Exponent (2010, 2011) previously described these sources and their potential exposure in relation to the CMP smart meters; a summary is repeated below in Figure 6.  This analysis demonstrated that the potential RF exposure from a CMP smart meter—even assuming a duty cycle of 0.05%, much larger than was later demonstrated in practice (Exponent, 2012)—was lower than the natural RF emissions from earth or humans.  The analysis further showed that exposure to CMP smart meters was thousands of times less than from other common sources such as cordless or cell phones.  A detailed list of exposure sources is replicated from Exponent (2010) in Figure B-1 in Appendix B.  While Figure B-1 in Appendix B provides a list of some

of the common manmade sources, it is only a very small subset of all RF sources. Figure B-2 in Appendix B shows the many hundreds of RF communication bands used in modern society, all of which have the potential to contribute to an RF exposure assessment.

### RF exposures from smart meters are much lower than other RF sources*



* Based on the FCC average exposure standard which averages exposure over 30 minutes of usage (47CFR1.1310 averaging).

** The average power densities are given in units of mW/cm².

Figure 6.　　RF Exposure from smart meters.

　　　　　　　Duplicated from Exponent (2011).

## Additional RF Sources Relevant to the Proceeding

While the sources described in the preceding section are broadly representative of common RF sources a person may be exposed to during daily activities, there are other, less common sources that are applicable to Mr. Friedman. Through discovery, depositions, and information publicly available on the internet, it is apparent that currently or in the past Mr. Friedman has been exposed to RF energy from some less common sources including from his activities while welding and piloting a helicopter, and from the power inverters associated with solar panels installed at his residence. In addition, Mr. Friedman is continuously exposed to the RF emissions from nearby television stations, including WCBB, WGME-TV, and WPFO, as well as from RF emissions from nearby local radio stations such as WBCI, WCLZ, WMEY, and WARX.

Although specific measurements of the RF field levels from the particular welding equipment, helicopter, or solar panel inverters are not available, the peer-reviewed technical literature

provides examples of measurements performed around each of these types of equipment. A summary of the RF exposure to these sources as a fraction of the FCC limit are shown in Table 4 along with a comparison to exposure from a CMP smart meter and local broadcast stations for context.[23]

Table 4.    Example RF exposure from CMP smart meters and other sources relevant to the Proceeding

| Source | Exposure Scenario | Duty Cycle (in a 30-minute period)* | Calculated value (% of FCC limit) | Citation |
|---|---|---|---|---|
| Smart Meter (Inside) [†,§] | 1 yard away | 0.001% (typical) | 0.0000040 | N/A |
| Smart Meter (Outside) | 1 yard away | 0.001% (typical) | 0.000055 | N/A |
| Solar Panel Inverter | 1 yard away | 10% (3 minutes) | 0.0098 | Tell et al., 2015 |
| Local Broadcast Stations | ~3 – 33 miles away | 100% | 0.016 | FCC, 2022a, 2022b |
| Metal Arc Welding | Measured while welding | 10% (3 minutes) | 0.039[‡] | Aerts, 2017 |
| General Aviation Communication | During Communication | 16.7% (5 minutes) | 0.27 | Joseph et al., 2012 |
| Strip Welding | Mean electric field measured from probe attached to worker | 10% (3 minutes) | 1.09[‡] | Floderus, 2002 |
| Helicopter | Measurement averaged over whole flight | 100% (30 minute flight) | 1.77 | Michalowska, 2021 |

* The FCC specifies a 30-minute averaging period for assessing RF exposure.
† The exposure inside the home from the smart meter will be reduced by the exterior wall material, assumed to be a combination of drywall and plywood. As discussed in Section 1, less than ~75% of the energy incident on the outer wall will penetrate into the residence. This factor is included in the calculation of exposure inside the residence due to the hypothetical smart meter.
§ The smart meter preferentially transmits in the forward direction. The amount of energy transmitted toward the back of the smart meter is approximately 10% that in the forward direction (CMP, 2012). This factor of 10% is included in the calculation of exposure inside the residence due to the hypothetical smart meter.
‡ FCC MPE limits are specified only for electromagnetic fields at 300 kHz or higher. Welding sources were measured at frequencies of 30 and 98 kHz (similar to those produced by many switch mode power supplies). For these sources the exposure limit applied was the most recent standard for human exposure (ICES, 2019).

---

[23] Note that the FCC MPE limit is specified only for electromagnetic fields at 300 kHz or higher. Electromagnetic fields from some sources such as welding were measured in peer-reviewed literature at frequencies below this level. For these sources, the representative exposure limit applied was the most recent ICES standard for human exposure (ICES, 2019).

## 5.    RF Exposure Comparison

### Evaluating RF Exposure

The discussion in Section 4 detailed existing sources of RF fields, including natural sources, common manmade sources, and local sources specific to the Plaintiff. Figure 7 shows a graphic comparison of estimated exposures from these RF sources to the calculated exposure from a hypothetical CMP smart meter inside a residence. The exposure of each source relative to the FCC limits (sorted from smallest to largest) is shown beneath a graphic of each source, as well as the factor describing how much larger that exposure is than the exposure from an average smart meter. This figure demonstrates that not only does the RF exposure from a CMP smart meter inside a residence represent a tiny fraction of the allowable RF limit, but that the exposure from other sources both inside and outside the residence are many times greater than that from the smart meter.



| Smart Meter inside at 1 yard away (0.0000040%) | Solar Panel Inverter (3 min) at 1 yard away (0.0098%) | Local Broadcast Towers (inside) (0.016%) | Metal Arc Welding (3 minutes) (0.039%) | General Aviation 5 minutes of communication (0.16%) | Strip Welding Machine (3 minutes) (1.1%) | Helicopter Pilot flight average (1.8%) |
|---|---|---|---|---|---|---|
| | 2,400 times greater | 3,800 times greater | 10,000 times greater | 40,500 times greater | 270,000 times greater | 435,000 times greater |

Figure 7.    RF exposure of smart meters relative to other RF sources.

The RF exposure as a percentage of applicable limits is shown beneath each graphic in parentheses and a comparison of how much greater each exposure is than the smart meter is shown below that in bold font.

The comparison of exposures shown in Figure 7 represents a simple comparison of exposures from peer-reviewed literature. A more detailed description is shown below in Figure 8 in which the RF exposures are plotted as a percentage of the applicable limit in a bar graph. *In order to show the very small exposures on the same scale as the larger sources, the results are presented on a logarithmic scale where each vertical tick in the axis represents an increase by a factor of 10.* The graphic is divided into two sections. The "RF Exposures in General Environments" portion shows the general background of RF energy encountered in rural, suburban, and urban

environments, and is included to provide context of typical background levels reported in peer-reviewed literature (Joseph et al., 2012). The "Example RF Sources" portion quantitatively compares the RF exposures from each of the items shown above in Figure 7.



Figure 8.    Comparison of RF exposure from the CMP smart meter to RF exposure from other sources under typical use.

The red lines show the potential range of RF levels associated with the manmade sources. The RF exposures in general environments are reported in Joseph et al. (2012).

A red line is shown overlaid on most sources in Figure 8 to provide an indication of the potential variability in the exposures for these sources. As an example, the exposure from the hypothetical smart meter (both inside and outside) is detailed in Table 5. The "Inside Typical" exposure (first blue bar in Figure 8) is calculated at a distance of 1 yard behind the smart meter using an average duty cycle of 0.0010%. In addition, this calculation accounts for smart meters preferentially transmitting in the forward direction so that the amount of energy directed toward the house is approximately 1/10[th] that transmitted away from the house (CMP, 2012). The calculation also accounts for attenuation of the signal when passing through the wall materials on the house (only about 74% of the signal penetrates through the assumed plywood and

drywall exterior other materials would further reduce the exposure).[24] Similar variability estimates are also provided for other manmade sources based on the peer-reviewed references detailed in Table 4. Of note is that the potential indoor RF exposure from a typical CMP smart meter is approximately 50 times lower than the ambient background levels previously measured in a rural setting (Joseph et al., 2012).

Table 5.   Example variability of smart meter in different exposure scenarios

| Scenario | Forward/Back Transmission Factor | Transmission through Wall Material (%) | Distance from Smart Meter | Duty Cycle | Calculated Value (% of FCC Limit) |
|---|---|---|---|---|---|
| Inside Minimum | 0.1 | 74 | 10 feet | 0.00017% | 0.000000061% |
| Inside Typical | 0.1 | 74 | 1 yard | 0.0010% | 0.0000040% |
| Inside Maximum | 0.1 | 74 | ~8 inches | 0.010% | 0.00084% |
| Outside Minimum | 1 | 100 | 10 feet | 0.00017% | 0.00000082% |
| Outside Typical | 1 | 100 | 1 yard | 0.0010% | 0.000055% |
| Outside Maximum | 1 | 100 | ~8 inches | 0.010% | 0.011% |

## Additional Discussion

The highest calculated exposure due to a CMP smart meter was evaluated at a distance of approximately 8 inches (20 centimeters) from the smart meter at the maximum duty cycle of 0.010% (approximately 8.7 seconds per day). This maximum calculated exposure is approximately 0.011% (1/8,700[th]) of the FCC limit directly in front of the smart meter or 0.00084% (1/118,000[th]) of the FCC limit behind the smart meter in the house. Furthermore, the calculations above are performed at a close distance of approximately 8 inches in front of, or behind, the smart meters. At greater distances, the exposure from smart meter signals will be far less. The RF exposure from a smart meter approximately 6 feet away will be only ~1/100 that of the exposure of the meter at approximately 8 inches.[25] As noted by the FCC, the RF from smart meters would comply with FCC limits on SAR, even if held against the body or clustered together at one location (Knapp, 2010).

---

[24]   Both indoor and outdoor calculations also include the conservative ground reflection factor of 2.56 included by OET 65 (FCC, 1997)

[25]   For the unrealistic scenario in which the smart meter performs all transmissions within a single 30-minute period, the duty cycle would be approximately 0.48% and the exposure from the smart meter at a distance of 8 inches behind the smart meter in the residence would be about 0.041% (1/2400[th]) of the FCC limit in that 30-minute period. At a distance of ~8 inches in front of the smart meter and assuming that all transmissions occur within a single 30-minute period, the exposure from the smart meter would be 0.55% (1/180[th]) of the FCC limit.

## 6.    Evaluation of the Opinions of Mr. Anderson

In his report, Mr. Anderson opines that the CMP smart meters are sources of both radiated (i.e., transmitted through the air) and conducted (i.e., transmitted through wires) RF electromagnetic fields.  He qualitatively describes radiated and conducted RF emissions from smart meters, but provides substantially more attention to conducted emissions (which by definition are found on the physical wires on which they occur)[26] while providing very little information regarding the through-the-air RF signals that are the subject of the Proceeding.  Throughout his report, Mr. Anderson makes statements without context.  In his analysis, he consistently fails to provide any quantitative assessment of the level of either conducted or radiated signals from a CMP meter, opining only generally that CMP smart meters "create RF electromagnetic fields," a conclusion that is not in dispute.

For example, Mr. Anderson concludes that as the result of a smart meter installation, "the entire house is transformed into a radiating RF antenna."  In this statement, Mr. Anderson is applying hyperbole to fact that literally *any* conductor can theoretically be thought of both a radiating and receiving antenna.  This includes conductors such as wires in the home, rebar in concrete, a chain-link fence, or even an aluminum soda can in the recycling bin.  Literally *any* object that can conduct electricity can also, in theory, act as an antenna.  Mr. Anderson indicates that a smart meter can conduct electric signals on the wiring in the home, but fails to disclose that 1) the level of the electric signal carried on the wires is very small, and 2) the wires within a home's electric system are extremely inefficient transmitting antennas.  The combination of these two facts means that the ability of a smart meter to actually emit energy through the electrical wires in a home is infinitesimally small.  A more complete and accurate statement would be "the entire house is transformed into an extremely inefficient radiating RF antenna incapable of transmitting an RF signal of any meaningful strength."  However, Mr. Anderson fails to provide any of this context around his statement or a quantitative estimate of the resulting level of exposure..

---

[26]   Mr. Anderson pays particular attention to conducted emissions from switch mode power supplies.

Mr. Anderson further opines that "any meter with a switch mode power supply will create RF frequencies in the Kilohertz range that enter the electrical wiring system of the house." Once again, Mr. Anderson either chose not to mention or did not investigate the fact that *all* electric meters (whether "smart" or not) must comply with industry standards such as ANSI C12.1 which explicitly evaluates limits on the strength of the subject conducted emissions. The CMP smart meters have been tested to and were demonstrated to pass the ANSI C12.1 standard (GE, 2010), and therefore are certified to produce no more conducted signals than any other properly certified electrical device.

Mr. Anderson further states that the "RF emissions [from smart meters] exceed the absolute energy limits stated in the … FCC … guidelines (if the emissions are not averaged over a 30-minute exposure as prescribed by those guidelines)" This *ipse dixit* is completely unsupported and contrary to demonstrable evidence. For instance, FCC certification is determined using the peak power output of the smart meter. In the case of the CMP smart meters, the FCC certification demonstrates that even under the scenario of continuous peak output power, the maximum exposure of the CMP smart meter is approximately 44% of the FCC limit (FCC Certification for TMB GEI210). This evaluation is made without any time or spatial averaging and at a distance of approximately 8 inches directly in front of the smart meter.

Finally, Mr. Anderson makes just one conclusion regarding the purpose of the Proceeding regarding a potential interaction between people and electromagnetic signals: "[s]ince all living things are beings of frequency, the strange thing would be if we were not in various ways also affected by man-made RF (like that from smart meters) we had not enough time to co-evolve with." Once again, Mr. Anderson's *ipse dixit* is completely unsupported by any evidence and is contrary to the findings of standard-setting bodies such as the ICES, ICNIRP, and the FCC. Nor does Mr. Anderson consider any of the myriad of other natural or manmade electromagnetic sources, many of which produce exposure well in excess of that from a smart meter (see Figure 6 through Figure 8 and Figure B-1 in Appendix B).

This approach of providing a statement without any context or scientific support is a pattern within Mr. Anderson's report. In all of his analysis, he fails to substantiate any quantitative assessment of the level of either conducted or radiated emissions from a CMP meter, opining

only generally that CMP smart meters "create RF electromagnetic fields," a conclusion that is not in dispute, and in fact, is the primary purpose of a smart meter. The important question is what *level* of electromagnetic fields a person (such as Mr. Friedman) may be exposed to due to the smart meter, how that exposure compares to the myriad other existing natural and manmade sources, and how that exposure compares to limits established by expert organizations and governmental bodies. The answer to that question is described extensively herein and summarized succinctly in the following Conclusions Section.

# 7.   Conclusions

A smart meter mesh network operates by transmitting information to neighboring smart meters and passing this information from smart meter to smart meter in several hops.  This network architecture allows the smart meters to operate using low power levels.  Furthermore, since required information transfer is relatively limited, smart meters only transmit a small fraction of the time.

An investigation into the potential RF exposure from smart meters in the context of other sources has shown two key findings.  Not only does the RF exposure inside a residence from a smart meter represent a tiny fraction of the FCC allowable limit, but that the exposure from other sources both inside and outside the residence are many times greater than from a CMP smart meter.

In particular, calculations have shown that the contribution of a typical smart meter to RF exposure indoors would be far less than the natural RF emitted by the earth or by people and thousands of times less than the RF exposure from other common electronic devices.  The contribution of a hypothetical CMP smart meter to the Plaintiff's exposure indoors is only 0.0000040% (approximately 1/25,000,000[th]) of the FCC's health-based exposure limit.

Based on my review of the facts in this case, the available material, my background, experience and training, and my work completed to date, the following opinions are submitted within a reasonable degree of engineering and scientific certainty:

1.  The smart meters operated by CMP would represent a negligible contribution to the overall RF exposure of Mr. Friedman.
2.  The RF exposures from other common sources are many times greater than from a typical CMP smart meter.
3.  The magnitudes of the RF exposure from other RF sources Mr. Friedman has previously or currently chosen to expose himself to are hundreds to thousands of times greater than from a typical CMP smart meter.

4. The RF exposure from a typical CMP smart meter, whether evaluated inside or outside Mr. Friedman's residence, represents a small fraction of the allowable FCC exposure limit and complies with applicable industry standards, including those for conducted emissions.

# 5. Facts Relied Upon

In this analysis, I have relied upon facts about the characteristics of the CMP smart meters summarized in Table 6.

Table 6.    Sources of data used to model RF signal transmission from CMP smart meters

| Parameter | Value | Reference |
|---|---|---|
| Power Output of CMP Smart Meters | 776 milliwatts | FCC ID: TMB-G30I210* |
| Gain of CMP Smart Meter Antenna | 2.884 | FCC ID: TMB-G30I210* |
| Relative Antenna Gain (in reverse direction) | 10% | CMP, 2012 |
| Minimum Duty Cycle of CMP Smart Meters | 0.00017% | Exponent, 2012 |
| Typical Duty Cycle of CMP Smart Meters | 0.0010% | Exponent, 2012 |
| Maximum Duty Cycle of CMP Smart Meters | 0.010% | Exponent, 2012 |

\* Other CMP smart meters including TMB-G30FOCUS and TMB-EM000019 have similar but lower power output and antenna gain.

In this report, I have also relied upon certification test reports, peer-reviewed research papers, comprehensive reviews of subject matter by internationally-recognized organizations, and publications of national standards. The information relied upon is cited in text and the full source is documented in Section 6.

# 6. References

Abdulla H and Badra RE. Head exposure to cellular telephones: A system-level study. 2010 IEEE Latin-American Conference on Communications 15-17 September 2010.

Aerts S, Calderon C, Valic B, Maslanyj M, Addison D, Mee T, Goiceanu C, Verloock L, Van den Bossche M, Gajsek P, Vermeulen R, Roosli M, Cardis E, Martens L, Joseph W. Measurements of intermediate-frequency electric and magnetic fields in households. Environ Res 154:160-170, 2017.

American National Standards Institute (ANSI). American National Standard Dictionary of Electromagnetic Compatibility (EMC) including Electromagnetic Environmental Effects (E3). doi: 10.1109/IEEESTD.2014.6974973.

Central Maine Power Company (CMP). Response to Oral Data Request No. 1. Docket No. 2011-262, ODR-01-04, 2012.

Code of Federal Regulations (CFR). Title 47 Telecommunication, Volume 1, §1.1310 - Radiofrequency radiation exposure limits; §2.1093 – Radiofrequency radiation exposure evaluation: portable devices. Washington DC: Office of the Federal Register National Archives and Records Administration as a Special Edition of the Federal Register, as of October 1, 2013.

Electric Power Research Institute. DC Power Production, Delivery and Utilization: An EPRI White Paper. Palo Alto, CA: EPRI, 2006

Exponent, Inc. (Exponent). Testimony of Linda S. Erdreich, Ph.D., William H. Bailey, Ph.D., Yakov Shkolnikov, Ph.D. (Docket No. 2010-345). New York: Exponent, 2010.

Exponent, Inc. (Exponent). Joint Testimony of William H. Bailey, Ph.D., Yakov Shkolnikov, Ph.D. (Docket No. 2011-00262). New York: Exponent, 2011.

Exponent, Inc. (Exponent). Measurement Validation of Exposure Predictions from the Central Maine Power Smart Meter Network. Bowie, MD: Exponent, 2012.

Federal Communications Commission (FCC). Evaluating Compliance with FCC Guidelines for Human Exposure to Radiofrequency Electromagnetic Fields. OET Bulletin 65, Edition 97-01. Washington, DC: FCC, 1997.

Federal Communications Commission (FCC). Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields. OET Bulletin 56, Fourth Edition. Washington, DC: FCC, 1999.

Federal Communications Commission (FCC). DTV Reception Maps. Washington, DC: FCC, 2022a. https://www.fcc.gov/media/engineering/dtvmaps

Federal Communications Commission (FCC). FM Query Broadcast Station Search. Washington, DC: FCC, 2022b. https://www.fcc.gov/media/radio/fm-query

Floderus B, Stenlund C, Carlgren F. Occupational exposures to high frequency electromagnetic fields in the intermediate range ( >300 Hz-10 MHz). Bioelectromagnetics 23:568-577, 2002.

GE Energy (GE). Final ANSI Design Evaluation Report (rev. 1). GE I-210+cRD Meter with Trilliant Securemesh AMI Module. Somersworth, NH: General Electric Company, GE Meter Engineering Laboratory, 2010.

International Committee on Electromagnetic Safety (ICES). IEEE Standard for Safety Levels with Respect to Human Exposure to Electric, Magnetic, and Electromagnetic Fields, 0 Hz to 300 GHz (Std. C95.1). New York: IEEE, 2019.

International Committee on Electromagnetic Safety (ICES). IEEE Standard for Safety Levels with Respect to Human Exposure to Electric, Magnetic, and Electromagnetic Fields, 0 Hz to 300 GHz (Std. C95.1): Corrigenda 2. New York: IEEE, 2020.

International Commission on Non-Ionizing Radiation Protection (ICNIRP). Exposure to High Frequency Electromagnetic Fields, Biological Effects and Health Consequences (100 kHz-300 GHz). Oberschleißheim, Germany: ICNIRP, 2009.

International Commission on Non-Ionizing Radiation Protection (ICNIRP). ICNIRP Guidelines for Limiting Exposure to Electromagnetic Fields (100 kHz to 300 GHz). Health Phys 118(5):483-524, 2020.

Joseph W, Verloock L, Goeminne F, Vermeeren G, Martens L. Assessment of RF exposures from emerging wireless communication technologies in different environments. Health Phys 102: 161-172, 2012.

Knapp JP. Letter to Cindy Sage of Sage Associates Environmental Consultants from Julius P. Knapp, Chief of the Office of Engineering and Technology, dated August 6, 2010.

Michałowska J, Pytka J, Tofil A, Krupski P, Puzio Ł. Assessment of training aircraft crew exposure to electromagnetic fields caused by radio navigation devices. Energies 14:254, 2021.

National Institute of Standards and Technology (NIST). NIST Construction Automation Program, Report No. 3. Electromagnetic Signal Attenuation in Construction Materials (NISTIR 6055). Gaithersburg, MD: U.S. Department of Commerce, 1997.

Tell RA, Hooper HC, Sias GG, Mezei G, Hung P, Kavet R. Electromagnetic fields associated with commercial solar photovoltaic electric power generating facilities. J Occup Environ Hyg 12, 795-803, 2015.

# Limitations

At the request of counsel for Central Maine Power Company, I performed an assessment of RF fields related to smart meters deployed by CMP and provided a quantitative comparison to other sources of potential exposure to RF fields. The scope of services was determined by the circumstances associated with this case, as well as applicable codes, rules, and regulations. The findings presented herein are made to a reasonable degree of engineering and scientific certainty. The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation.

# Appendix A

## Educational Background, Qualifications, and Curriculum Vitae

## Qualifications and Education

I am a Senior Managing Engineer in the Electrical Engineering and Computer Science Practice at Exponent, Inc., an international science and engineering firm. My work address is 17000 Science Drive, Suite 200, Bowie, MD 20715.

I earned my Bachelor of Science degree *magna cum laude* in Electrical Engineering from the University of Portland as well as a Master of Science degree and a Doctor of Philosophy degree in Electrical Engineering from Stanford University. I am a member of several technical organizations including the IEEE and the International Council on Large Electric Systems. I am a member of the IEEE Power Engineering Society Corona and Field Effects Working Group as well as the International Committee on Electromagnetic Safety, Subcommittees 3 and 4. I am also a registered professional engineer in the states of California and New York.

Prior to joining Exponent, I was also the co-founder of an international conference series established under the auspices of the United Nations with the purpose of bringing the science of electromagnetics to developing countries and to assist in starting doctorate-level research programs in electromagnetics in those countries. I led these conferences as an official representative of the United Nations and the National Aeronautical Space Administration (NASA). I have submitted expert testimony regarding electromagnetic fields, and have appeared as an expert before the Court of Rappahannock County, Virginia, the Alberta Utilities Commission, the Connecticut Siting Council, the Kentucky Public Service Commission, the New York Public Service Commission, the Pennsylvania Public Utility Commission, the State of Wisconsin – Circuit Court County of Pepin, the International Chamber of Commerce, the Superior Court of Quebec, and the Supreme Court of British Columbia. I am the author of numerous peer-reviewed papers and conference presentations on the topic of electromagnetic fields and the earth's geomagnetic field, as listed in my *curriculum vitae*.

I have expertise in both applied and theoretical electromagnetics including modeling, measurement, and analysis studies of natural and manmade RF fields in the earth's environment. I regularly assist clients in evaluating RF fields from varied sources ranging from portable diesel

generators to *ad hoc* networks (such as the mesh network established by smart meters) to government/military communication facilities (high-frequency band through microwave-frequency band).  My work includes the evaluation of RF exposure with respect to electromagnetic interference to devices and the safety of medical and non-medical devices.  My expertise is requested by federal agencies, utilities, construction developers, and patients with implanted medical devices, their physicians, and their employers.



# E$^x$ponent®
### Engineering & Scientific Consulting

## Benjamin R.T. Cotts, Ph.D., P.E.
Senior Managing Engineer | Electrical Engineering & Computer Science
17000 Science Drive, Suite 200 | Bowie, MD 20715
(301) 291-2519 tel | bcotts@exponent.com

## Professional Profile

Dr. Cotts is experienced in both applied and theoretical electromagnetics and plasma physics including modeling and measurement analyses of natural and anthropogenic electromagnetic fields such as space weather, and geomagnetic storms as well as in the initiation, field effects, and characteristics of lightning discharges. Dr. Cotts performs modeling and measurement studies of power system EMF, audible noise, and radio noise including evaluations of 500-kV AC and ±560 kV DC transmission lines. Dr. Cotts has further experience in modeling magnetic fields and induced electric fields for offshore wind farms including those from wind turbines, offshore substations and subsea AC and DC transmission lines and is an officer in the IEEE working group for Corona and Field Effects overseeing IEEE standards 644, 430, 656, 1542, 1227, 2746, 1829 and 1308.

Dr. Cotts also performs various types of electromagnetic field evaluations for devices and systems including smart meter mesh networks and government/military communications facilities as well as exposure, EMI or EMC assessments. These assessments are provided for clients such as federal and state agencies, utilities, hospitals, medical-device manufacturers, construction developers, the U.S. military. In addition, Dr. Cotts regularly receives requests to perform exposure assessments for patients with pacemakers, ICDs, and other implantable medical devices and to remediate EMI issues for medical devices and in health care settings.

Dr. Cotts has been a leading figure in coordinating scientific outreach to developing countries through the United Nations International Heliophysical Year (IHY) and International Space Weather Initiative (ISWI) programs and was a founding member of a NASA/UN-sponsored conference series organized and led multiple conferences on atmospheric and space science.

Dr. Cotts's has a decade of experience with the initiation, field effects, and propagation of lightning discharges; combining remote sensing measurements of ionospheric disturbances with numerical modeling of atmospheric, ionospheric, and magnetospheric interactions to determine the role of global lightning on the removal of radiation belt electrons. These radiation belt electrons are a critical factor in space weather for determining the effective lifetime of spacecraft with electronics that can be irreversibly damaged by radiation belt electrons.

Additionally, Dr. Cotts software engineering experience includes the use of Matlab, C, C++, and a variety of other scientific packages including Mathematica and COMSOL. He has experience with auditing software processes and algorithms used during his investigations related to control systems involved in failure events.

## Academic Credentials & Professional Honors

Ph.D., Electrical Engineering, Stanford University, 2011

M.S., Electrical Engineering, Stanford University, 2004

B.S., Electrical Engineering, University of Portland, summa cum laude, 2002

Outstanding Student Paper Award, AGU Fall Meeting, San Francisco, California, 2004

Tau Beta Pi Engineering Honor Society

Delta Epsilon Sigma, National Scholastic Honor Society

Awarded "2017 IEEE Standards Medallion" For contributions to standards development in power and energy distribution.

Awarded the "2014 Fire Protection Research Foundation Medal" by the NFPA's Fire Protection Research Foundation for the 2013 research project ("Best Practices for Emergency Response to Incidents Involving Electric Vehicles Battery Hazards: A Report on Full-Scale Testing Results") that best exemplified the Foundation's fire safety mission at the National Fire Protection Association's Conference & Exposition, June 2014

## Licenses and Certifications

Licensed Professional Electrical Engineer, California, #21277

## Prior Experience

Post Doctoral Scholar, University of Colorado, Denver, 2011

International Science Outreach Manager, Stanford University, 2007-2011

Research Assistant, Stanford University, 2002-2011

Energy Research Fellow, Stanford Linear Accelerator Center, 2001

## Professional Affiliations

Institute of Electrical and Electronics Engineers — IEEE

International Committee on Electromagnetic Safety — ICES

International Council on Large Electric Systems — CIGRÉ

## Publications

**Peer Reviewed Publications**

Gołkowski M, Gross NC, Moore RC, Cotts BRT, Mitchell M. Observation of local and conjugate ionospheric perturbations from individual oceanic lightning flashes. Geophysical Research Letters 2014; 41:273-279. doi:10.1002/2013GL058861.

NaitAmor, S, Cohen MB, T. Cotts BR, Ghalila H, AlAbdoadaim MA, Graf K. Characteristics of long

recovery early VLF events observed by the North African AWESOME Network.  Journal of Geophysical Research: Space Physics 2013; 10.1002/jgra.50448

Haldoupis, C, Cohen M, Arnone E, Cotts B, Dietrich S.  The VLF fingerprint of elves: Step-like and long-recovery early VLF perturbations caused by powerful &plusmn;CG lightning EM pulses.  Journal of Geophysical Research: Space Physics, 2013.  doi: 10.1002/jgra.50489.

Haldoupis C, Cohen M, Cotts B, Arnone E, Inan U.  Long-lasting D-region ionospheric modifications, caused by intense lightning in association with elve and sprite pairs.  Geophysical Research Letters 2012; 39:L16801.  doi:10.1029/2012GL052765.

Salut MM, Abdullah M, Graf KL, Cohen MB, Cotts BRT, Kumar S. Long recovery VLF perturbations associated with lightning discharges. Journal of Geophysical Research 2012; 117:A08311. doi:10.1029/2012JA017567.

Cotts BRT, Gołkowski M, Moore RC. Ionospheric effects of whistler waves from rocket-triggered lightning. Geophysical Research Letters 2011; 38:L24805. doi:10.1029/2011GL049869.

Cotts BRT, Inan US, Lehtinen NG. Longitudinal dependence of lightning-induced electron precipitation. Journal of Geophysical Research 2011; 116:A10206. doi:10.1029/2011JA016581.

Cotts BRT. Global quantification of lightning-induced electron precipitation using very low frequency remote sensing. Doctoral Dissertation, Stanford University, 2011.

Haldoupis C, Amvrosiadi N, Cotts BRT, Van der Velde O, Chanrion O, Neubert T. More evidence for a one-to-one correlation between Sprites and Early VLF perturbations. Journal of Geophysical Research 2010, 115:A07304. doi:10.1029/2009JA015165.

NaitAmor S, Al Abdoadaim MA, Cohen MB, Cotts BRT, Neubeurt T, Soula S, Chanrion O, Abdelatif T. VLF observations of ionospheric disturbances in association with TLEs from the Eurosprite-2007 Campaign, Journal of Geophysical Research 2010; 115:A00E47. doi:10.1029/2009JA015026.

Cotts BRT, Inan US. VLF observation of long ionospheric recovery events. Geophysical Research Letters 2007; 34:L14809. doi:10.1029/2007GL030094.

## Reports

Snyder DB, Bailey WH, Palmquist K, Cotts BRT, Olsen KR. Evaluation of Potential EMF Effects on Fish Species of Commercial or Recreational Fishing Importance in Southern New England. U.S. Dept. of the Interior, Bureau of Ocean Energy Management, Headquarters, Sterling, VA. OCS Study BOEM 2019-049, August 2019.

Long RT, Blum AF, Bress TJ, Cotts, BRT. Best practices for emergency response to incidents involving electric vehicle battery hazards. Fire Protection Research Foundation Report, 2013.

## Other Publications

Cotts, BRT, Graf KL, Bailey, WH. Electromagnetic Interference Considerations for Electrical Power Systems.  Ch. 5 in: The Power Grid: Smart, Secure, Green, and Reliable.  D'Andrade B (ed). Elsevier Ltd., 2017, 137-170.

Cotts, BRT, Prigmore, JR, Graf KL. HVDC Transmission for Renewable Energy Integration.  Ch. 6 in: The Power Grid: Smart, Secure, Green, and Reliable. D'Andrade B (ed). Elsevier Ltd., 2017, 171-196.

Pooley M, Cotts B, Brennan, III JF. Compatibility of medical devices with electromagnetic and wireless

Benjamin Cotts, Ph.D., P.E.
10/19   |   Page 3

signals. North Carolina Associate of Defense Attorneys The Resource; 2017 Sept.

Phan SK, Stepan J, Cotts BRT. Electrical Conductor Spacing Standards for Printed Circuit Boards. Exponent Electrical Engineering and Computer Science Newsletter. Vol. 4, 2016.

Cotts BRT, Inan US, Lehtinen NG. Theoretical prediction of longitudinal dependence of electron precipitation due to lightning. AGU Fall Meeting, San Francisco, CA, December 14-18, 2009.

Inan US, Cotts BRT, Lehtinen NG. Long recovery early/fast events as possible evidence of persistent ionization by Giant Blue Jets. IUGG, Perugia, Italy, July 2-13, 2007.

Cotts BRT, Inan US, Lehtinen NG. Long recovery early/fast events as possible evidence of persistent ionization by Giant Blue Jets. URSI, Ottawa, Canada, July 22-26, 2007.

Cotts BRT, Inan US. Observation of daytime perturbations of VLF transmitter signals. ICAE, Beijing, China, August 13-17, 2007.

Cotts BRT, Inan US. Daytime early VLF perturbations exhibiting long recoveries and wide-angle scattering. AGU, San Francisco, CA, December 10-14, 2007.

Cotts BRT, Inan US. VLF observation of long ionospheric recovery events. AGU, San Francisco, CA, December 11-15, 2006.

Cotts BRT, Inan US, Pasko VP. Ray tracing techniques applied to sky wave observations of lightning-induced ionospheric effects on short range VLF paths. URSI, Boulder, CO, January 5-8, 2005.

Cotts BRT, Inan US. Ray-based modeling of lightning-induced ionospheric effects on short range VLF skywave signals. AGU, San Francisco, CA, December 5-9, 2005.

Cotts BRT, Inan US. Short range VLF sky wave observations of lightning-induced ionospheric effects. AGU, San Francisco, CA, December 13-17, 2004.

Cotts BRT, Inan US, Golkowski M. Lightning-induced electron precipitation measurements with VLF and the Arecibo Radar. PARS Summer School, Arecibo, PR, August 10-21, 2004.

Cotts BRT, Inan US, Selser E. ELF/VLF near-field imaging of modulated auroral-electrojet currents using a VLF interferometer. PARS Summer School, University of Fairbanks Alaska, August 11-21, 2003.

Cotts BRT, Inan US. Precipitation of energetic electrons by Magnetospherically Reecting (MR) Whistlers. AGU, San Francisco, CA, December 8-12, 2003.

## Peer Reviewer

Referee for Journal of Geophysical Research – Space Physics

Referee for Radiation Protection Dosimetry

# Appendix B

## RF Sources and the FCC RF
## Usage Spectrum Chart

| Technology | Peak Exposure (mW/cm$^2$) | Average Exposure (mW/cm$^2$), based on 47CFR1.1310 averaging | Peak Power (W) | Frequency |
|---|---|---|---|---|
| FCC limit (2.4 GHz and 5.8 GHz) | | 1.0 | | |
| Smart meter, 1 yard distance - Outside | 0.031 | 0.000015 (typical) 0.0031 (software upgrade) | 1 | 2.4 GHz |
| Smart meter, 1 yard distance - Inside | 0.0015 | 0.00000076 (typical), 0.00015 (software upgrade) | 1 | 2.4 GHz |
| Access point 5.8 GHz, 20 feet away horizontally, same height, pointing at the building | 0.0068 | 0.0034 | 1 | 5.8 GHz |
| Access point 5.8 GHz, 20 feet away horizontally, same height, pointing away from the building | 0.00011 | 0.000054 | 1 | 5.8 GHz |
| Access point 2.4 GHz, 20 feet away horizontally, same height | 0.00042 | 0.0000071 | 1 | 2.4 GHz |
| Access point 2.4 GHz or 5.8 GHz, ground level | less than 0.00000001 | less than 0.00000001 | 1 | 2.4 GHz and 5.8 GHz |
| Cell phone next to the head | 1.5 – 12 | 0.09 – 0.19 | 0.125 – 1 | 450 MHz, 480 MHz, 850 MHz, 900 MHz, 1800 MHz, 1900 MHz, |
| Cordless phone next to the head | 0.05 – 1.2 | 0.005 – 0.12 | 0.004 – 0.1 | 900 MHz, 1.9 GHz, 2.4 GHz |
| Human body, natural RF signal | 0.0003 | 0.0003 | 0.003 | Broadband (3 kHz- 300 GHz) |
| Earth, natural RF signal | 0.00013 | 0.00013 | (Surface emitter) | Broadband (3 kHz- 300 GHz) |
| TV, Radio, Cell phone towers (urban environment) | | 0.000045 - 0.00015 | Up to 600,000 | 0.3 MHz to 3 GHz |
| Microwave oven (1 foot away), 1 min heating every half hour | 0.14 | 0.0047 | 1.6 | 2.4 GHz |
| WiFi (at least a yard away from transmitter) | | 0.000000010 - 0.0010 | 0.1 | 2.4 GHz |

Figure B-1.    RF sources in the residential environment.

Source: Exponent (2010), Table 1.



Figure B-2.    Radio spectrum allocations in the United Statesa

2107885.000 – 6775

**Bridget E. Everest**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, May 23, 2023 2:59 PM |
| **To:** | Bridget E. Everest |
| **Subject:** | Pay.gov Payment Confirmation: MAINE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Michele Mitchell or Jenn Driscoll at 207-945-0575.

Account Number: 5309963
Court: MAINE DISTRICT COURT
Amount: $300.00
Tracking Id: AMEDC-2803477
Approval Code: 049548
Card Number: ************5527
Date/Time: 05/23/2023 02:59:15 ET

NOTE: This is an automated message. Please do not reply

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam: https://us3.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1684868359-dnBrahasJP0c&r_address=beverest%40nhdlaw.com&report=1

**Bridget E. Everest**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, May 23, 2023 3:07 PM |
| **To:** | Bridget E. Everest |
| **Subject:** | Pay.gov Payment Confirmation: MAINE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Michele Mitchell or Jenn Driscoll at 207-945-0575.

   Account Number: 5309963
   Court: MAINE DISTRICT COURT
   Amount: $100.00
   Tracking Id: AMEDC-2803489
   Approval Code: 060541
   Card Number: ************5527
   Date/Time: 05/23/2023 03:06:34 ET

NOTE: This is an automated message. Please do not reply

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us3.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1684868799-3CJLf3x4rZmx&r_address=beverest%40nhdlaw.com&report=1

**Bridget E. Everest**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, May 23, 2023 3:10 PM
**To:** Bridget E. Everest
**Subject:** Pay.gov Payment Confirmation: MAINE DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Michele Mitchell or Jenn Driscoll at 207-945-0575.

Account Number: 5309963
Court: MAINE DISTRICT COURT
Amount: $100.00
Tracking Id: AMEDC-2803496
Approval Code: 064795
Card Number: ************5527
Date/Time: 05/23/2023 03:09:38 ET

NOTE: This is an automated message. Please do not reply

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us3.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1684868981-zr1CjxmW3SLt&r_address=beverest%40nhdlaw.com&report=1

1

**Bridget E. Everest**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, May 23, 2023 3:12 PM |
| **To:** | Bridget E. Everest |
| **Subject:** | Pay.gov Payment Confirmation: MAINE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Michele Mitchell or Jenn Driscoll at 207-945-0575.

Account Number: 5309963
Court: MAINE DISTRICT COURT
Amount: $100.00
Tracking Id: AMEDC-2803507
Approval Code: 068359
Card Number: ************5527
Date/Time: 05/23/2023 03:12:03 ET

NOTE: This is an automated message. Please do not reply

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us3.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1684869127-vrRKGbEz-9Re&r_address=beverest%40nhdlaw.com&report=1