UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
Case No.  20-cv-00237-JDL

* * * * * * * * * * * * * * * * *

ED FRIEDMAN,

        Plaintiff

  vs.

CENTRAL MAINE POWER,

        Defendant

* * * * * * * * * * * * * * * * *

**ZOOM DEPOSITION OF:  DAVID O. CARPENTER, M.D.**

BEFORE:  Melissa L. Merenberg, RPR, Notary Public, in and for the State of Maine, on January 13, 2022, beginning at 10:12 a.m.

APPEARANCES

Bruce M. Merrill, Esq.        For the Plaintiff

Christopher C. Taintor, Esq.    For the Defendant

THE REPORTING GROUP
(207) 281-4230

|    |   |                                                                              |
|----|---|------------------------------------------------------------------------------|
| 1  |   | expertise, and that's fine, please tell me, do you                           |
| 2  |   | know whether the energy emitted from a smart meter is                        |
| 3  |   | emitted in a direction or whether it is emitted in                           |
| 4  |   | multiple directions?                                                         |
| 5  | A | I believe it's emitted in multiple directions, but                           |
| 6  |   | clearly the reception is in one direction.  But as                           |
| 7  |   | we've said before, the signals are these very brief                          |
| 8  |   | and very intense pulses of, oh, something between 10                         |
| 9  |   | and 20 pulses and then a couple of seconds rest and                          |
| 10 |   | then another burst of these multiple pulses.                                 |
| 11 | Q | And how long do those pulses typically last, if you                          |
| 12 |   | know?                                                                        |
| 13 | A | Very brief.  I don't know the answer to that question,                       |
| 14 |   | but they're very brief because you're getting                                |
| 15 |   | something like 10 to 20 pulses within a period of 1                          |
| 16 |   | second or less.                                                              |
| 17 | Q | What is dirty electricity that you refer to in your                          |
| 18 |   | article?                                                                     |
| 19 | A | Well, it's a term that was developed by other people,                        |
| 20 |   | Sam Milham, particularly.  This is the -- EMFs are                           |
| 21 |   | basically a sine wave and the dirty electricity is                           |
| 22 |   | peaks that are superimposed on the sine wave.  It's                          |
| 23 |   | characteristic of eclectic magnetic fields from                              |
| 24 |   | electricity and, obviously, information is carried by                        |
| 25 |   | peaks superimposed on sine waves in the radiofrequency                       |

1    era.
2         So the idea is that it's the dirty electricity,
3    not the sine wave.  This is what I was saying about
4    the signals from smart meters.  These pulses are
5    superimposed on a sine wave, and it appears to be the
6    rapid rise and fall that is so provocative.  Why that
7    would generate reactive oxygen species more than the
8    sine wave, I don't know that there's a good
9    explanation for that, but the evidence -- the weight
10   of evidence is that it's the rapid rise and fall
11   that's so important.
12 Q And I'm just -- I need to get some clarification from
13   you because you talked about a peak being superimposed
14   on a sine wave.  And I'm -- believe me, even less an
15   engineer than I am a doctor, but doesn't every sine
16   wave have a peak?
17 A Well, there's the peaks of the natural sine wave, yes,
18   that's not what I'm talking about.
19 Q Right.
20 A This is -- you have a sine wave and on that you
21   superimpose information, which is rapid rises and
22   falls.
23 Q I see.
24 A In the case of -- the way dirty electricity was --
25   that term was developed early was in relation to the

```
 1        magnetic fields of power lines, and there's no intent
 2        to convey additional information on those sine waves,
 3        but in reality depending on how they're constructed
 4        above the grounding circuits and that sort of thing, a
 5        number of people have seen these rapid rises and falls
 6        and have related that to the risk of leukemia in
 7        children and other diseases associated with power line
 8        magnetic fields.
 9   Q    And is that issue related to or distinct from what you
10        have described as the generation of reactive oxygen
11        species?
12   A    It is related to and probably is the basis of the
13        generation of these reactive oxygen species and that's
14        why we -- we believe that the smart meter waveforms
15        being these very rapid rises and falls, why they are
16        so much more toxic to people than just the sine wave,
17        and the reality is that there's some evidence that the
18        sine waves themselves are not very dangerous, that
19        it's only the superimposed rapid rises and falls that
20        generate the reactive oxygen species that are then the
21        cause of the health symptoms.
22   Q    And you said we believe that the superimposition of
23        these very high peaks on the sine waves makes RF
24        emissions generated by smart meters more toxic, has
25        that before been proven?
```

1   A   No, I don't think that's been proven, and I am not
2       sure how you would really prove it.  The reality is if
3       you take a measurement of the intensity from a smart
4       meter over a period of time, the average is not
5       unusually high.  The reality is that of the reports
6       that people that develop the electrohypersensitivity,
7       it seems to be so much just the proximity to smart
8       meters, other things, as well, of course.  But if you
9       looked at the average intensity from a smart meter,
10      there's no indication why that should be so great
11      except when you begin to look at these rapid rises and
12      falls it begins to make some sense.
13          We looked earlier at that Carney paper of this
14      electrosensitive woman physician, and again she
15      responded most to these rapid rises and falls.  In
16      that case, that was what dirty electricity was
17      originally described to be because it was -- it was
18      superimposed pulses on a relatively low frequency sine
19      wave, that being 60 hertz.
20  Q   So can you do your best to explain in laymen's terms
21      what it means to say that reactive oxygen species are
22      generated?
23  A   Well, reactive oxygen species are -- they're -- it's
24      probably best understood if you break down a water
25      molecule.  You have -- you have oxygen -- you break

```
 1            MR. MERRILL:  Look at Exhibit 7 of the exhibits I
 2       sent you yesterday, David.
 3            THE WITNESS:  I'm getting there right now.  Well,
 4       the seventh exhibit is my paper on the microwave
 5       syndrome, that's not what you're talking about, is it?
 6  BY MR. TAINTOR:
 7  Q    No.  Mm.  Okay.  That's --
 8  A    All right.  This -- all right.  I have got Exhibit 7,
 9       which is my report.
10  Q    Top of the third page.
11  A    What is important is cumulative -- okay.  Now we are
12       on the same page.
13  Q    Yeah.  Okay.  So I was asking about that last
14       sentence, and I was trying to understand the
15       significance from your point of view medically of the
16       last sentence, which refers to the transmission of
17       radiofrequency emissions throughout building wiring.
18  A    Yes.
19  Q    Can you tell me how that is significant, in your
20       opinion?
21  A    Well, what I'm trying to explain there, and again I am
22       not an electrical engineer but the -- there -- the
23       engineers do make statements that say that you get
24       radiofrequency emissions from power lines.  You get
25       dirty electricity on all of these different kinds of
```

|   |   |   |
|---|---|---|
| 1 |   | things and that the -- obviously, the electromagnetic |
| 2 |   | fields go through the air, but they can be conducted |
| 3 |   | into the wiring of the house and that can increase the |
| 4 |   | exposure of dirty electricity because of the building |
| 5 |   | wiring, which acts as an antennae.  Again, I shouldn't |
| 6 |   | pretend that I really understand that all that well, |
| 7 |   | but that's why I do have a reference for that because |
| 8 |   | this is the kind of statements that are made by the |
| 9 |   | engineers that do understand how household wiring and |
| 10 |   | whether a house is made of metal or brick or wood |
| 11 |   | influences the lower-frequency emissions that you get. |
| 12 | Q | You mean lower -- do you mean lower-intensity |
| 13 |   | emissions or lower frequencies? |
| 14 | A | Well, this is -- both RF and lower-frequency emissions |
| 15 |   | that affect the quality of the signal.  I'm not |
| 16 |   | explaining that very well because I don't understand |
| 17 |   | it very well. |
| 18 | Q | Okay.  All right.  Well, that makes two of us.  Great. |
| 19 |   | I will ask somebody else. |
| 20 |   | But I guess the point is, the fact or the |
| 21 |   | assumption, I guess, stated in the sentence we just |
| 22 |   | talked about, that lower-frequency emissions may be |
| 23 |   | transmitted through building wiring does not inform |
| 24 |   | your opinions about Mr. Friedman's exposure because as |
| 25 |   | far as I know and as far as you know, I assume, that |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | exposure -- the exposure he would receive in a room of              |
| 2  |   | his home remote from the smart meter has never been                  |
| 3  |   | measured; is that true?                                              |
| 4  | A | That's correct.  That is correct.  But what I was                    |
| 5  |   | trying to say there, the smart meters are generating                 |
| 6  |   | signals that go through the air from the smart meter                 |
| 7  |   | to the utility.                                                      |
| 8  | Q | Right.                                                               |
| 9  | A | And those airborne radiofrequency signals can have                   |
| 10 |   | influences on the wiring of the house that will act as               |
| 11 |   | an antennae and make things worse than they would be                 |
| 12 |   | if they didn't act on the house wiring.                              |
| 13 | Q | Right.  It could make things worse, but we don't know                |
| 14 |   | whether it would be sufficiently worse to have any                   |
| 15 |   | impact whatsoever on Mr. Friedman, true?                             |
| 16 | A | That's true, yes.  But we don't know that it doesn't                 |
| 17 |   | either, so it's just an unknown.                                     |
| 18 | Q | We're in a state of uncertainty?                                     |
| 19 | A | Yes.                                                                 |
| 20 | Q | So we've talked about Exhibits 8 and 9, I think.  Let                |
| 21 |   | me ask you about Exhibit 10.  So I guess this is the                 |
| 22 |   | McCarty article we talked about a little bit before.                 |
| 23 | A | Yes.                                                                 |
| 24 | Q | And would you tell me specifically how -- so I guess                 |
| 25 |   | you wrote in your report that there's been only one                  |