UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
Case No. 20-cv-00237-JDL

* * * * * * * * * * * * * * * * * *

ED FRIEDMAN,

           Plaintiff

     vs.

CENTRAL MAINE POWER,

           Defendant

* * * * * * * * * * * * * * * * * *


**ZOOM DEPOSITION OF: DAVID C. BENTON, M.D.**


     BEFORE: Melissa L. Merenberg, RPR, Notary

Public, in and for the State of Maine, on February 3,

2022, beginning at 8:45 a.m.


APPEARANCES

David Lanser, Esq.                    For the Plaintiff

Christopher C. Taintor, Esq.          For the Defendant

Maureen McCrann Sturtevant, Esq.      For the Witness


THE REPORTING GROUP
(207) 281-4230

<u>DEPONENT:  DAVID C. BENTON, M.D.</u>

| EXAMINATION | PAGE |
|---|---|
| By Mr. Taintor | 3 |
| By Mr. Lanser | 19 |

* * * * *

EXHIBIT LIST

| No. Marked | Description | Referred |
|---|---|---|
| 1 | Progress Notes | 5 |
| 2 | November 30, 2016 Letter | 9 |
| 3 | April 30, 2020 Letter | 15 |
| 4 | April 30, 2020 Letter | 16 |
| 5 | October 17, 2013 Test Results | 7 |
| 6 | September 4, 2010 Test Results | - |
| 7 | Test Results | 7 |
| 8 | September 4, 2010 Test Results | 16 |
| 9 | October 25, 2010 Letter | 17 |

* * * * *

1      (This Zoom deposition was taken before Melissa L.

2      Merenberg, RPR, Notary Public, in and for the State of

3      Maine, on February 3, 2022, beginning at 8:45 a.m.)

4                              * * * * *

5      (Also present at the deposition was Tim

6      Connolly.)

7                              * * * * *

8      (The deponent was administered the oath by the

9      Notary Public.)

10                             * * * * *

11     DAVID C. BENTON, M.D., called, after having been duly sworn

12     on his oath, deposes and says as follows:

13                           EXAMINATION

14     BY MR. TAINTOR:

15     Q    Good morning, Dr. Benton.  Can you hear me okay?

16     A    I can.

17     Q    My name is Chris Taintor.  I represent Central Maine

18          Power Company in a lawsuit brought by your patient, Ed

19          Friedman.

20               Have you ever testified in a deposition before?

21     A    I have.

22     Q    Okay.  So you understand essentially how this is going

23          to happen.  I'm going to ask you some questions, other

24          lawyers may have the chance to ask questions or to

25          object to questions, do you understand all that?

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And you understand that the oath that you've just |
| 3 | | taken is the same oath that you would take if you were |
| 4 | | testifying live in a courtroom? |
| 5 | A | Yes. |
| 6 | Q | Because I'm a layman and I certainly don't understand |
| 7 | | the medicine involved here and I hope not to get too |
| 8 | | involved in it anyway, it's likely that I will ask you |
| 9 | | questions that don't make sense to you and that |
| 10 | | require restatement or clarification.  Would you let |
| 11 | | me know if that happens so that we're sure that you're |
| 12 | | answering only questions that make sense to you? |
| 13 | A | Okay. |
| 14 | Q | I understand from reviewing the record of New England |
| 15 | | Cancer Specialists that you have been Ed Friedman's |
| 16 | | treating oncologist since 2013; is that correct? |
| 17 | A | Yes, yeah. |
| 18 | Q | And have you received the deposition exhibits that I |
| 19 | | emailed to your attorney yesterday? |
| 20 | A | Yes, the nine exhibits here. |
| 21 | Q | Right.  And Exhibit 1 is -- |
| 22 | A | Just a moment.  Can you -- can people identify |
| 23 | | themselves here? |
| 24 | Q | Sure. |
| 25 | A | I don't know who you people are. |

1          MR. LANSER:  This is Dave Lanser on behalf of

2     plaintiff, Ed Friedman.

3          THE WITNESS:  Okay.

4          MR. CONNOLLY:  I'm Tim Connolly.  I'm one of the

5     in-house lawyers at Central Maine Power Company.

6          THE WITNESS:  Okay.

7          MR. TAINTOR:  And Melissa, of course, is the

8     court reporter, the most important person here, other

9     than yourself.

10   BY MR. TAINTOR:

11   Q    Exhibit 1 is 142 pages of, I guess, what I would

12        characterize as progress notes.  Are you able to

13        confirm that those are all of your progress notes from

14        the time you started treating Mr. Friedman until

15        today?

16   A    I can't confirm that's everything, but just the

17        timeline.

18   Q    Okay.  So your most recent encounter with him was in

19        December of 2021; is that correct?

20   A    That would be about accurate.

21   Q    Okay.  That's the first page of Exhibit 1?

22   A    Mm-hmm.

23   Q    And the -- what I have as your first encounter, I

24        think, is a note that starts at page 140 of Exhibit 1,

25        and that's dated October 2, 2013.  Would you look at

1    that and --

2  A    Which page do you want me to look at, sir?

3  Q    00140.

4        MS. STURTEVANT:  Actually, if you go to page 140

5    of the PDF, that's --

6        THE WITNESS:  Right.  That's what I am looking

7    for.

8        That's a consultation note, so that would be

9    accurate in terms of when I first saw him.

10 BY MR. TAINTOR:

11 Q    Okay.  And so this says, He's here today for

12   consultation regarding persistent anemia.  And I am

13   just trying to understand, it looks like shortly after

14   this encounter, you ordered some testing which

15   confirmed that Mr. Friedman has a form of

16   non-Hodgkin's lymphoma, correct?

17 A    Correct.

18 Q    Was this referral -- was this consultation the result

19   of a referral by Mr. Friedman's primary care

20   physician?

21 A    That's usually how they get to me.  I couldn't say --

22   my note does not say who referred to it.  There may be

23   another note that's a consultation -- you know, a page

24   that gets imported to the record that's, you know,

25   faxed from the primary care office, but in this note,

1    it doesn't look like I identified who sent the patient

2    here.  It said that it is referred.

3  Q  Actually, it looks like on the next page you copied

4    Marcus Deck.  He is a primary care physician?

5  A  He is, yeah.  That is who would be referring him.  Ed

6    is still a patient of Marcus Deck.

7  Q  Okay.  And if we look at Pages 527 and 28, as well as

8    570, are those the test results that confirmed or that

9    established the diagnosis of malignant lymphoma?

10    MS. STURTEVANT:  So, Chris, you have those marked

11    as Exhibits 5 and 7?

12    MR. TAINTOR:  That's probably true, yeah.  Let me

13    take a look at that.  Correct.

14  BY MR. TAINTOR:

15  Q  Exhibits 5 and 7 are the test results that confirmed

16    or established the diagnosis of malignant lymphoma?

17  A  Right.

18  Q  Okay.  And hoping to sort of streamline the deposition

19    as much as I can without going through a whole bunch

20    of records in sequence.  Are you able to sort of

21    recount for me the overall arc of Mr. Friedman's

22    treatment and progress in the eight years or so that

23    you have been treating him in terms of how he's done

24    and what you've -- what treatment you have provided

25    and how it's affected him?

A    He presents with anemia that I believe to be
     multifactorial.  There had been a recent accident,
     hospitalization, I believe for a broken hip.  There
     was some question that it was iron deficiency that was
     contributing, and I treated that without much change.
     And then bone marrow biopsy, lymphoma.  He was started
     on Bendamustine Rituximab, which he responded
     partially to.

          I think -- around the time I wrote that letter,
     that was in 2016, I would have to go back and look, he
     had a relapse, so the IGM levels started to go back
     up.  He was started on ibrutinib, and that worked
     well.  And he's been, I would say, controlled since
     then with some spikes when he goes off medication.
     Currently, he's on zanzabrutinib and still is
     responding to therapy.

          THE COURT REPORTER:  Can you say that, what he's
     on now, again?

          THE WITNESS:  It's zan -- I would have to write
     it down myself.  Zanzabrutinib.  I'll give you the
     spelling in a sec here.  So ibrutinib is basically as
     it sounds, brut -- i-b-r-u-t-i-n-i-b and then
     zanzabrutinib, zan --

          MS. STURTEVANT:  I've got it in the record as
     z-a-n-u-b-r-u-t-i-n-i-b.

1         THE WITNESS:  That sounds right.

2    BY MR. TAINTOR:

3    Q    So from the time you diagnosed Mr. Friedman in October

4         of 2013 until you wrote the letter, which is Benton

5         Deposition Exhibit 2, dated November 30, 2016, had you

6         noted in your treatment of him any cognitive

7         impairment that he was experiencing?

8    A    No.

9    Q    I'm sorry, no you said?

10   A    Correct.  No cognitive impairment that I was aware of.

11   Q    And over the course of that roughly three-year period,

12        had you noted any memory impairment?

13   A    During the first three months of -- three years of

14        treatment?

15   Q    Correct.

16   A    And this is a question of memory impairment versus

17        cognitive impairment?

18   Q    Right.

19   A    I did not see any change in memory.

20   Q    And the reason I'm asking that is if we look at Benton

21        Deposition Exhibit 2, which is your letter dated

22        November 30, 2016 -- let me know when you have that in

23        front of you.

24   A    I have it in front of me.

25   Q    Okay.  The second paragraph of the letter says, We are

1       concerned that low-level non-ionizing radiation

2       exposure of the type and levels emitted by

3       Electromagnetic Frequency invoicing tools may

4       exacerbate problems already experienced by my patient,

5       including fatigue, cognitive difficulties, memory

6       issues, and multiple cancer types.

7           And what I think I understand you to have just

8       said is that as of this date, you were not aware that

9       Mr. Friedman had experienced cognitive difficulties or

10      memory issues.  Am I correct about that?

11  A   Correct.

12  Q   So I noted in the medical record that -- and if we

13      look at Page 87 of Exhibit 1, Pages 87 and 88.  Let me

14      know when you have that.

15  A   87.  Okay.  So I have got 87.  I will just read that a

16      moment.

17  Q   It really goes over on to 88.

18  A   Okay.

19  Q   Just let me know when you're all set.

20  A   Okay.  Okay.

21  Q   So you note there at the top of Page 88 where you

22      said, Reviewed letter to CMP, plan to make changes and

23      get it back to the patient.

24  A   Mm-hmm.

25  Q   Is that referring to the letter that we have marked as

1     Benton Deposition Exhibit 2?

2  A   Yes.

3  Q   So do you have a -- I take it you don't have a copy of

4     the letter that -- well, let me ask the question

5     differently.  Am I to understand from this that

6     Mr. Friedman came to you with a letter that he wanted

7     you to send to Central Maine Power Company?

8  A   Yes.

9  Q   Do you have a copy in your file anywhere or anywhere

10    in your possession or control that is the original

11    letter that Mr. Friedman presented to you on or about

12    October 5, 2016?

13  A  Not that I'm aware of.

14  Q  As you are sitting here today, do you have any memory

15    of how the letter, which is marked as Benton

16    Deposition Exhibit, 2 differed from the letter

17    Mr. Friedman presented to you back in October of 2016?

18  A  I believe I was responsible for that first paragraph,

19    that sounds like my wording.  The second paragraph I

20    soften to say, We're concerned, not the causation

21    necessarily.  And I put in the word may.  And the

22    third paragraph seems like it could come from either

23    one of us.

24  Q  Okay.  So when you say that you softened that

25    paragraph to eliminate -- this is my paraphrasing,

1      that you said, you softened the language to eliminate

2      references to causation, what do you mean by that?

3   A   It means I don't know what caused his lymphoma.

4   Q   Did -- did the letter presented to you by Mr. Friedman

5      suggest that -- I'll phrase the question differently.

6   A   It was a little bit more -- just a moment.  I'm going

7      to have to step out.

8   Q   Sure.

9           (Whereupon there was a brief pause in

10      deposition.)

11  A   He was a little bit more certain of things, but I

12      forgot exactly what he said, but I remember putting in

13      the word may.

14  BY MR. TAINTOR:

15  Q   Okay.  Okay.  Is it fair to assume that since you had

16      not noted any cognitive difficulties or memory issues

17      that have been experienced by Mr. Friedman, that

18      language would be his?

19  A   Yes.

20  Q   And then it refers to multiple cancer types.

21  A   I will stop you and just say those are Ed's words

22      there.

23  Q   Okay.  And I -- and he did -- he was complaining over

24      the course of his treatment and probably still does

25      complain of fatigue; is that true?

```
1    A    Recently I can't recall talking about too much
2         fatigue.
3    Q    Okay.  So as of the time you signed this letter --
4         well, first of all, do you remember having a
5         conversation with Mr. Friedman about what you were and
6         were not comfortable putting in the letter?
7    A    Yes.
8    Q    Can you describe that conversation for me?
9    A    Well, not a verbatim memory of the discussion, but
10        just that I wasn't comfortable saying, you know, that
11        EMF exacerbates problems already experienced.  I said
12        they may exacerbate.
13   Q    And before signing the letter, did you perform any
14        research at all to support the proposition that EMF
15        may exacerbate problems Mr. Friedman had already
16        experienced?
17   A    No.
18   Q    Had you, prior to this date, ever advised Mr. Friedman
19        to minimize his exposure to electromagnetic frequency
20        radiation?
21   A    No.
22   Q    In the course of your practice, had you ever
23        recommended to patients that they not have smart
24        meters in their homes?
25   A    No.
```

1    Q   When you signed this letter, were you even aware of

2         what a smart meter was?

3    A   My understanding of a smart meter is that it's

4         basically Wi-Fi network and that Central Maine Power

5         is putting them in all homes.

6    Q   And I take it you had not formed any opinion as of

7         November 30, 2016, on the question of whether exposure

8         to electromagnetic frequency radiation from smart

9         meters posed any sort of a risk to human health; is

10        that true?

11          MS. STURTEVANT:  Objection to form and

12        foundation, Chris.  Maybe if we just keep it limited

13        to this patient.

14          MR. TAINTOR:  Well, I think I would like to ask

15        that broader question first.

16          MS. STURTEVANT:  Dr. Benton, if you can -- you

17        can answer if you're willing to give that, you know,

18        that opinion outside of Mr. Friedman's care.

19    A   I know in Mr. Friedman's care, he is extremely anxious

20        about this issue, and I think that causes him stress.

21        So I was hoping that he could live his life with

22        cancer without that stress and, therefore, I asked for

23        a reasonable accommodation.  Why you all are pushing

24        back on that, I have no idea.

25   BY MR. TAINTOR:

```
 1   Q   So are you upset to be here this morning, Doctor?

 2   A   I don't enjoy it.

 3   Q   Okay.  My question is not about whether having --

 4   A   You asked about health, right?  So just pure physical

 5       health or mental health?

 6   Q   No, let me sharpen the question.  As of the time that

 7       you wrote this letter of November 30, 2016, had you

 8       ever formed the opinion that exposure to non-ionizing

 9       radiation from smart meters posed a risk to physical

10       health of human beings?

11           MS. STURTEVANT:  Same objection.

12           But you can answer, Doctor.

13   A   No.  Although I do have patients who feel like they

14       can feel it.  That raises some question.  But I have

15       no research or data to support that in a published

16       article.

17   BY MR. TAINTOR:

18   Q   I want to ask you now about Benton Deposition Exhibit

19       3.  And that's a similar letter dated April 30, 2020.

20       Do you have any memory of the circumstances

21       surrounding your signing this letter?

22   A   No, I don't remember signing this letter.  It looks

23       like probably a copy that I wrote before; is that

24       correct?  Yeah, I don't know why this was reprinted.

25       I don't know.  I don't have memory of this issue in
```

1     2020.

2   Q   Okay.

3   A   My nurse may have printed out a new copy for him.  I

4     don't know that.

5   Q   Okay.  Yeah, actually if we look at Page -- Exhibit 4,

6     this looks like a slightly different version of the

7     same letter, just that it first appears as though it

8     has a signature line for a nurse in your office and

9     then --

10  A   Right.  She probably printed that off and it came out

11     with her name on it so they redid it with my signature

12     on it, would be my guess.  That is my nurse, and she

13     would take care of an issue like that.

14  Q   You don't remember signing this letter?

15  A   No.

16  Q   Okay.

17  A   Again, I suspect that she made this letter and then

18     realized it was coming out with her name, redid it

19     with my old signature on there.

20  Q   Got it.  Thank you.

21        I want to ask you about Deposition Exhibit 8.

22     Just let me know when you have it.

23  A   Okay.  I have it.

24  Q   So this appears as though you referred Dr. -- excuse

25     me -- referred Mr. Friedman to Dr. Castillo for -- is

| | | |
|---|---|---|
| 1 | | Dr. Castillo someone who has more expertise with |
| 2 | | Mr. Friedman's particular cancer? |
| 3 | A | He's a subspecialist in Waldenstrom's |
| 4 | | macroglobulinemia. |
| 5 | Q | Do you know whether Mr. Friedman continues to have a |
| 6 | | relationship or any treatment from Dr. Castillo? |
| 7 | A | Via me.  You know, I email Jorge Castillo when I'm |
| 8 | | changing therapies, if I have questions.  I don't |
| 9 | | think he's been down there in several years. |
| 10 | Q | Okay.  And then Exhibit 9 is a letter from the |
| 11 | | National Cancer Institute to Mr. Friedman, 2010.  Do |
| 12 | | you have a recollection of how this ended up in your |
| 13 | | file? |
| 14 | A | No. |
| 15 | Q | Do you have -- is it your belief that Mr. Friedman's |
| 16 | | Waldenstrom's is genetically transmitted, if that's |
| 17 | | the right term? |
| 18 | A | I don't know. |
| 19 | Q | Have you had any communications with Mr. Friedman |
| 20 | | about this litigation? |
| 21 | A | I knew he was talking about it for a while, and then I |
| 22 | | was contacted by his lawyer, but that's about the |
| 23 | | extent of our discussions on it. |
| 24 | Q | And what was the -- who was the lawyer that contacted |
| 25 | | you? |

| | | |
|---|---|---|
| 1 | A | I believe it was Dave Lanser on the call here. |
| 2 | Q | Okay.  And can you tell me about those conversations? |
| 3 | A | Yeah, I was upset that I was being pulled into this. |
| 4 | Q | And can you tell me anything else about the |
| 5 | | conversation that you recall? |
| 6 | A | No. |
| 7 | Q | Is that because you can't remember? |
| 8 | A | There wasn't much more to it. |
| 9 | Q | Have you had any other conversations either with |
| 10 | | Mr. Friedman or with his lawyers about the litigation |
| 11 | | and your involvement in it? |
| 12 | A | I think I -- I let Ed know I was not happy with being |
| 13 | | pulled into this, but that was a one-sentence |
| 14 | | conversation. |
| 15 | Q | Do you have any email correspondence with Mr. Friedman |
| 16 | | of any kind? |
| 17 | A | Ed sent me articles that he thinks I might be |
| 18 | | interested in on this topic, but I don't look at them. |
| 19 | Q | On the topic of electromagnetic radiation? |
| 20 | A | I think so, but, again, I don't read them, so I don't |
| 21 | | know exactly. |
| 22 | Q | You don't correspond with him by email? |
| 23 | A | No, generally not.  I think I have responded to a |
| 24 | | question about a clinical issue here and there, but |
| 25 | | nothing on this topic. |

1   Q   Okay.  All right.  Those are all my questions.  Thank

2       you very much.  I don't know if Mr. Lanser may have

3       some questions for you.

4          MR. LANSER:  I may have just a couple of follow-

5       ups.  Let me look at my notes.  But it will be brief,

6       I assure you.

7                      EXAMINATION

8  BY MR. LANSER:

9   Q   So, yeah, just a few brief follow-ups here,

10      Dr. Benton.

11        I believe you mentioned when Mr. Taintor was

12      questioning you, you mentioned you -- or you

13      referenced some distinction between physical and

14      mental health; is that correct?

15   A   Yes.

16   Q   I believe your -- yeah, I believe you were talking

17      about -- you said something along the lines of the EMF

18      issues causing Mr. Friedman a lot of stress; is that

19      accurate?

20   A   Yes.

21   Q   Okay.  And stress or other mental health issues like

22      that, do those ever -- do those affect your -- the way

23      that you go about treating a patient ever?  Is that

24      something you take into account?

25   A   That's a little too broad a question.  I'm not sure I

```
 1        understand it in that case.
 2   Q    Yeah, it was not a very well-phrased question.
 3             I guess what I'm getting at is when you're
 4        forming basically a treatment plan for a patient, you
 5        take into account patient opinions, patient's mental
 6        health, that sort of thing?
 7   A    Yes.
 8   Q    Is there any cure for Mr. Friedman's diagnosis?
 9   A    No, therapy is really based on maintaining --
10        maintaining the disease, control it, but not cure it.
11   Q    Okay.  So basically for Mr. Friedman -- it's fair to
12        say the goals of the treatment of Mr. Friedman is just
13        to, you know, try to keep things status quo as much as
14        possible, maintain as it as best as you can?
15   A    Correct.  We refer to that as palliative treatment
16        because it's not curable intent treatment, but
17        palliative doesn't mean end of life either.
18   Q    Sure.  Do you take into account factors such as a
19        patient's diet or activities, things like that when
20        assessing the plan of treatment?
21   A    Ask that again, David.
22   Q    Yeah, I'm just asking if a patient's -- just as an
23        example, external factors, such as their diet or their
24        physical activities, is that something that you take
25        into account in a plan of treatment?
```

1          MS. STURTEVANT:  Can I -- are you asking for the

2     -- Mr. Friedman's diagnosis, all patients, or just

3     him?  Maybe if we focus it a bit more, it would be

4     helpful.

5          MR. LANSER:  Yeah, we'll limit it to

6     Mr. Friedman.

7  BY MR. LANSER:

8  Q    Do you take into account, you know, his personal

9     activities, his diet?

10 A    I take into account what I think they can tolerate in

11    terms of physical tolerance, mental tolerance, how

12    well they're going to tolerate side effects, mental

13    state's important in that.  So, yes, I do take those

14    things into account.

15         Is Mr. Connolly still part of this phone call or

16    has he signed off at this point?  I don't like having

17    a black --

18         MR. CONNOLLY:  I apologize, Dr. Benton.  In the

19    home world, we have kids and stuff running around so I

20    just take them off the screen.

21 BY MR. LANSER:

22 Q    Are there any -- as far as Mr. Friedman, do you take

23    into account environmental factors that might affect

24    his diagnosis?

25 A    Not -- in terms of my choice of treatment?

1  Q    Yeah.

2  A    No, I did not.

3  Q    And when we looked very briefly at Exhibit 9, which

4       was the letter from the National Cancer Institute

5       that's in the file, and then you also mentioned some

6       other studies that he had sent to you and you hadn't

7       read, does -- is it fair to say Mr. Friedman is pretty

8       well-read on the topic as far as you understand it?

9            MS. STURTEVANT:  Objection to foundation.

10 A    I don't know.  You would have to ask Mr. Friedman.

11 BY MR. LANSER:

12 Q    What are Mr. Friedman's primary symptoms?

13 A    From his disease or from his treatment?

14 Q    Good distinction.  Let's start with the disease and

15      then treatment.

16 A    From his disease, it was really just fatigue and

17      anemia or anemia causing fatigue or anemia -- or

18      lymphoma causing anemia and fatigue.  You can't tell

19      the difference really.  That was the presentation in

20      2013.  Since then I don't think he's had any symptoms

21      from his disease and all the symptoms he has

22      experienced have been side effects of -- not all, but

23      there are some symptoms he's had that were side

24      effects of the treatment.

25 Q    Okay.  Great.  And what are the side effects of the

1    treatment generally?

2  A   He's had hypertension and easy bruising, minor trauma

3    causing easy bruising.

4  Q   Do patients ever self-report symptoms?

5  A   That's the only person who could report a symptom.

6    Signs -- I mean, the doctor determines the symptoms

7    your patient complains of.  That's the definition of a

8    symptom, self-complaint.

9  Q   Okay.

10  A   Which hypertension is something I diagnosed, so I

11    guess that would be a sign, right.

12  Q   Sure.  Something like fatigue would be something that

13    would be self-reported generally?

14  A   Correct.

15  Q   I don't have any further questions either.  Thank you,

16    Dr. Benton.

17  A   Okay.

18        MR. TAINTOR:  I have no other questions.  Thanks.

19        (The deposition was concluded at 9:17 a.m.)

20        (Read and sign was sent to Ms. Sturtevant.)

21

22

23

24

25

                              CERTIFICATE

1

2          I, Melissa L. Merenberg, RPR, a Notary Public in

3      and for the State of Maine, hereby certify that

4      the within-named deponent was sworn to testify to

5      the truth, the whole truth, and nothing but the

6      truth, in the aforementioned cause of action.

7          I further certify that this deposition was

8      stenographically reported by me and later reduced

9      to print through computer-aided transcription and

10     that the foregoing is a full and true record of

11     the testimony given by the deponent.

12         I further certify that I am a disinterested

13     person in the event or outcome of the above-named

14     cause of action.

15         IN WITNESS WHEREOF, I subscribe my hand and

16     affix my seal this 3rd day of February, 2022.

17

18

19                              /s/ Melissa L. Merenberg

20                             MELISSA L. MERENBERG, RPR

21                                 NOTARY PUBLIC

22                                 Court Reporter

23

24     My commission expires:  February 28, 2022.

25

<u>SIGNATURE PAGE</u>

I, DAVID C. BENTON, M.D., have read the foregoing pages of my transcript or have had the foregoing pages of my testimony read to me and have noted any changes in form or substance of my testimony, together with their respective corrections and the reasons therefore, on the following errata sheet(s).

_____

DAVID C. BENTON, M.D.

_____

(Date)

***************************************************

TO BE COMPLETED BY NOTARY PUBLIC OR ATTORNEY:

I, a Notary Public/Attorney in and for the State of Maine, hereby acknowledge that the above-named witness personally appeared before me, swore to the truth of the foregoing statements and affixed his/her signature above as his/her true act and deed.

_____

(Date)

My commission expires:

1    <u>ERRATA SHEET INSTRUCTIONS</u>

2         Please note on the errata sheet below any

3    changes in form or substance to your testimony

4    contained in your deposition transcript.  For each

5    change, list the page and line number, the words you

6    wish to change, the change, and the reason for the

7    change; ex:  Typo, wrong word, word omitted, etc. be

8    sure to sign the errata sheet.  You must also sign the

9    signature page and have it notarized.  Please return

10   the errata sheet and signature page to the attorney

11   mentioned on the cover letter.

12

13   _____

14    Page/Line:  Words to Change:  Changed to:  Reason:

15   _____

16

17

18

19

20

21

22                      _____

23                   Signature of Deponent

24

25

1   THE REPORTING GROUP
    P.O. Box 404
2   Springvale, ME 04083
    (207) 281-4230
3   Thereportinggroupmaine@gmail.com

4
    February 3, 2022
5

6   RE:  Ed Friedman v. Central Maine Power Company.

7
    Deposition of:  David C. Benton, M.D.
8

9   INSTRUCTIONS FOR READING & SIGNING TRANSCRIPT

10      Enclosed please find a copy of your deposition
    taken on February 3, 2022, in the above-referenced
11  matter within thirty (30) days, please read the
    transcript, indicating any errors on the enclosed
12  errata sheet, and sign the signature page and
    errata sheet before a notary public.  Please
13  return the properly executed original signature
    page and errata sheet to:
14

15
    Christopher C. Taintor, Esq.
16  Ctaintor@nhdlaw.com
    Norman, Hanson & DeTroy
17  P.O. Box 4600
    Portland, ME  04112-4600
18

19

20

21

22

23

24

25

## /

**/s** [1] - 24:19

## 0

**00140** [1] - 6:3
**04083** [1] - 27:2
**04112-4600** [1] - 27:17

## 1

**1** [6] - 2:11, 4:21, 5:11, 5:21, 5:24, 10:13
**140** [2] - 5:24, 6:4
**142** [1] - 5:11
**15** [1] - 2:13
**16** [2] - 2:14, 2:18
**17** [2] - 2:15, 2:19
**19** [1] - 2:5

## 2

**2** [6] - 2:12, 5:25, 9:5, 9:21, 11:1, 11:16
**20-cv-00237-JDL** [1] - 1:3
**2010** [4] - 2:16, 2:18, 2:19, 17:11
**2013** [5] - 2:15, 4:16, 5:25, 9:4, 22:20
**2016** [8] - 2:12, 8:10, 9:5, 9:22, 11:12, 11:17, 14:7, 15:7
**2020** [4] - 2:13, 2:14, 15:19, 16:1
**2021** [1] - 5:19
**2022** [6] - 1:18, 3:3, 24:16, 24:24, 27:4, 27:10
**207** [2] - 1:25, 27:2
**25** [1] - 2:19
**28** [2] - 7:7, 24:24
**281-4230** [2] - 1:25, 27:2

## 3

**3** [7] - 1:17, 2:4, 2:13, 3:3, 15:19, 27:4, 27:10
**30** [9] - 2:12, 2:13, 2:14, 9:5, 9:22, 14:7, 15:7, 15:19, 27:11
**3rd** [1] - 24:16

## 4

**4** [4] - 2:14, 2:16, 2:18, 16:5

## 404

**404** [1] - 27:1
**4600** [1] - 27:17

## 5

**5** [5] - 2:11, 2:15, 7:11, 7:15, 11:12
**527** [1] - 7:7
**570** [1] - 7:8

## 6

**6** [1] - 2:16

## 7

**7** [5] - 2:15, 2:17, 7:11, 7:15

## 8

**8** [2] - 2:18, 16:21
**87** [1] - 10:13, 10:15
**88** [3] - 10:13, 10:17, 10:21
**8:45** [2] - 1:18, 3:3

## 9

**9** [4] - 2:12, 2:19, 17:10, 22:3
**9:17** [1] - 23:19

## A

**a.m** [3] - 1:18, 3:3, 23:19
**able** [2] - 5:12, 7:20
**above-named** [2] - 24:13, 25:18
**above-referenced** [1] - 27:10
**accident** [1] - 8:2
**accommodation** [1] - 14:23
**account** [8] - 19:24, 20:5, 20:18, 20:25, 21:8, 21:10, 21:14, 21:23
**accurate** [3] - 5:20, 6:9, 19:19
**acknowledge** [1] - 25:18
**act** [1] - 25:21
**action** [2] - 24:6, 24:14
**ACTION** [1] - 1:3
**activities** [3] - 20:19, 20:24, 21:9
**administered** [1] - 3:8
**advised** [1] - 13:18
**affect** [2] - 19:22, 21:23
**affected** [1] - 7:25
**affix** [1] - 24:16
**affixed** [1] - 25:20
**aforementioned** [1] - 24:6
**aided** [1] - 24:9
**anemia** [6] - 6:12, 8:1, 22:17, 22:18
**answer** [2] - 14:17, 15:12
**answering** [1] - 4:12
**anxious** [1] - 14:19
**anyway** [1] - 4:8
**apologize** [1] - 21:18
**APPEARANCES** [1] - 1:20
**appeared** [1] - 25:19
**April** [3] - 2:13, 2:14, 15:19
**arc** [1] - 7:21
**article** [1] - 15:16
**articles** [1] - 18:17
**assessing** [1] - 20:20
**assume** [1] - 12:15
**assure** [1] - 19:6
**attorney** [2] - 4:19, 26:10
**ATTORNEY** [1] - 25:16
**aware** [4] - 9:10, 10:8, 11:13, 14:1

## B

**based** [1] - 20:9
**BE** [1] - 25:16
**BEFORE** [1] - 1:16
**beginning** [2] - 1:18, 3:3
**behalf** [1] - 5:1
**beings** [1] - 15:10
**belief** [1] - 17:15
**below** [1] - 26:2
**Bendamustine** [1] - 8:7
**BENTON** [5] - 1:13, 2:1, 3:11, 25:2, 25:10
**Benton** [11] - 3:15, 9:4, 9:20, 11:1, 11:15, 14:16, 15:18, 19:10, 21:18, 23:16, 27:7
**best** [1] - 20:14
**between** [1] - 19:13
**biopsy** [1] - 8:6
**bit** [3] - 12:6, 12:11, 21:3
**black** [1] - 21:17
**bone** [1] - 8:6
**Box** [2] - 27:1, 27:17
**brief** [3] - 12:9, 19:5, 19:9
**briefly** [1] - 22:3
**broad** [1] - 19:25
**broader** [1] - 14:15
**broken** [1] - 8:3
**brought** [1] - 3:18
**bruising** [2] - 23:2, 23:3
**brut** [1] - 8:22
**bunch** [1] - 7:19
**BY** [11] - 3:14, 5:10, 6:10, 7:14, 9:2, 12:14, 14:25, 15:17, 19:8, 21:7, 21:21, 22:11, 25:16

## C

**cancer** [4] - 10:6, 12:20, 14:22, 17:2
**Cancer** [4] - 4:15, 17:11, 22:4
**care** [6] - 6:19, 6:25, 7:4, 14:18, 14:19, 16:13
**case** [1] - 20:1
**Case** [1] - 1:3
**Castillo** [3] - 16:25, 17:6, 17:7
**castillo** [1] - 17:1
**causation** [2] - 11:20, 12:2
**caused** [1] - 12:3
**causes** [1] - 14:20
**causing** [4] - 19:18, 22:17, 22:18, 23:3
**Central** [5] - 3:17, 5:5, 11:7, 14:4, 27:6
**CENTRAL** [1] - 1:9
**certain** [1] - 12:11
**certainly** [1] - 4:6
**CERTIFICATE** [1] - 24:1
**certify** [3] - 24:3, 24:7, 24:12
**chance** [1] - 3:24
**Change** [1] - 26:14
**change** [6] - 8:5, 9:19, 26:5, 26:6, 26:7
**Changed** [1] - 26:14
**changes** [3] - 10:22, 25:4, 26:3
**changing** [1] - 17:8
**characterize** [1] - 5:12
**choice** [1] - 21:25

## Chris

**Chris** [3] - 3:17, 7:10, 14:12
**Christopher** [2] - 1:22, 27:15
**circumstances** [1] - 15:20
**CIVIL** [1] - 1:3
**clarification** [1] - 4:10
**clinical** [1] - 18:24
**CMP** [1] - 10:22
**cognitive** [6] - 9:6, 9:10, 9:17, 10:5, 10:9, 12:16
**comfortable** [2] - 13:6, 13:10
**coming** [1] - 16:18
**commission** [2] - 24:24, 25:24
**communications** [1] - 17:19
**Company** [4] - 3:18, 5:5, 11:7, 27:6
**complain** [1] - 12:25
**complaining** [1] - 12:23
**complains** [1] - 23:7
**complaint** [1] - 23:8
**COMPLETED** [1] - 25:16
**computer** [1] - 24:9
**computer-aided** [1] - 24:9
**concerned** [2] - 10:1, 11:20
**concluded** [1] - 23:19
**confirm** [2] - 5:13, 5:16
**confirmed** [6] - 6:15, 7:8, 7:15
**Connolly** [3] - 3:6, 5:4, 21:15
**CONNOLLY** [2] - 5:4, 21:18
**consultation** [4] - 6:8, 6:12, 6:18, 6:23
**contacted** [2] - 17:22, 17:24
**contained** [1] - 26:4
**continues** [1] - 17:5
**contributing** [1] - 8:5
**control** [2] - 11:10, 20:10
**controlled** [1] - 8:13
**conversation** [4] - 13:5, 13:8, 18:5, 18:14
**conversations** [2] - 18:2, 18:14
**copied** [1] - 7:3
**copy** [5] - 11:3, 11:9,

15:23, 16:3, 27:10
**correct** [13] - 4:16, 5:19, 6:16, 6:17, 7:13, 9:10, 9:15, 10:10, 10:11, 15:24, 19:14, 20:15, 23:14
**corrections** [1] - 25:6
**correspond** [1] - 18:22
**correspondence** [1] - 18:15
**couple** [1] - 19:4
**course** [4] - 5:7, 9:11, 12:24, 13:22
**Court** [1] - 24:22
**COURT** [2] - 1:1, 8:17
**court** [1] - 5:8
**courtroom** [1] - 4:4
**cover** [1] - 26:11
ctaintor@nhdlaw.
com [1] - 27:16
**curable** [1] - 20:16
**cure** [2] - 20:8, 20:10

## D

**data** [1] - 15:15
**Date** [1] - 25:12
**date** [3] - 10:8, 13:18, 25:23
**dated** [4] - 5:25, 9:5, 9:21, 15:19
**Dave** [2] - 5:1, 18:1
**DAVID** [5] - 1:13, 2:1, 3:11, 25:2, 25:10
**David** [1] - 1:21, 20:21, 27:7
**days** [1] - 27:11
**December** [1] - 5:19
**Deck** [2] - 7:4, 7:6
**deed** [1] - 25:21
**Defendant** [2] - 1:10, 1:22
**deficiency** [1] - 8:4
**definition** [1] - 23:7
**DEPONENT** [1] - 2:1
**deponent** [3] - 3:8, 24:4, 24:11
**Deponent** [1] - 26:23
**deposes** [1] - 3:12
**Deposition** [7] - 9:5, 9:21, 11:1, 11:16, 15:18, 16:21, 27:7
**DEPOSITION** [1] - 1:13
**deposition** [10] - 3:1, 3:5, 3:20, 4:18, 7:18, 12:10, 23:19, 24:7, 26:4, 27:10
**describe** [1] - 13:8

**Description** [1] - 2:9
**determines** [1] - 23:6
**DeTroy** [1] - 27:16
**diagnosed** [2] - 9:3, 23:10
**diagnosis** [5] - 7:9, 7:16, 20:8, 21:2, 21:24
**diet** [3] - 20:19, 20:23, 21:9
**differed** [1] - 11:16
**difference** [1] - 22:19
**different** [1] - 16:6
**differently** [2] - 11:5, 12:5
**difficulties** [3] - 10:5, 10:9, 12:16
**discussion** [1] - 13:9
**discussions** [1] - 17:23
**disease** [5] - 20:10, 22:13, 22:14, 22:16, 22:21
**disinterested** [1] - 24:12
**distinction** [2] - 19:13, 22:14
**DISTRICT** [2] - 1:1, 1:1
**doctor** [1] - 23:6
**Doctor** [2] - 15:1, 15:12
**done** [1] - 7:23
**down** [2] - 8:20, 17:9
**Dr** [9] - 3:15, 14:16, 16:24, 16:25, 17:1, 17:6, 19:10, 21:18, 23:16
**duly** [1] - 3:11
**during** [1] - 9:13

## E

**easy** [2] - 23:2, 23:3
**ED** [1] - 1:6
**Ed** [7] - 3:18, 4:15, 5:2, 7:5, 18:12, 18:17, 27:6
**Ed's** [1] - 12:21
**effects** [4] - 21:12, 22:22, 22:24, 22:25
**eight** [1] - 7:22
**either** [4] - 11:22, 18:9, 20:17, 23:15
**electromagnetic** [3] - 13:19, 14:8, 18:19
**Electromagnetic** [1] - 10:3
**eliminate** [2] - 11:25, 12:1
**email** [3] - 17:7, 18:15,

18:22
**emailed** [1] - 4:19
**EMF** [3] - 13:11, 13:14, 19:17
**emitted** [1] - 10:2
**Enclosed** [1] - 27:10
**enclosed** [1] - 27:11
**encounter** [3] - 5:18, 5:23, 6:14
**end** [1] - 20:17
**ended** [1] - 17:12
**England** [1] - 4:14
**enjoy** [1] - 15:2
**environmental** [1] - 21:23
**ERRATA** [1] - 26:1
**errata** [7] - 25:7, 26:2, 26:8, 26:10, 27:12, 27:12, 27:13
**errors** [1] - 27:11
**Esq** [4] - 1:21, 1:22, 1:23, 27:15
**essentially** [1] - 3:22
**established** [2] - 7:9, 7:16
**etc** [1] - 26:7
**event** [1] - 24:13
**ex** [1] - 26:7
**exacerbate** [3] - 10:4, 13:12, 13:15
**exacerbates** [1] - 13:11
**exactly** [2] - 12:12, 18:21
**EXAMINATION** [3] - 2:2, 3:13, 19:7
**example** [1] - 20:23
**excuse** [1] - 16:24
**executed** [1] - 27:13
**EXHIBIT** [1] - 2:8
**Exhibit** [14] - 4:21, 5:11, 5:21, 5:24, 9:5, 9:21, 10:13, 11:1, 11:16, 15:18, 16:5, 16:21, 17:10, 22:3
**Exhibits** [1] - 7:11
**exhibits** [3] - 4:18, 4:20, 7:15
**experienced** [6] - 10:4, 10:9, 12:17, 13:11, 13:16, 22:22
**experiencing** [1] - 9:7
**expertise** [1] - 17:1
**expires** [2] - 24:24, 25:24
**exposure** [4] - 10:2, 13:19, 14:7, 15:8
**extent** [1] - 17:23
**external** [1] - 20:23
**extremely** [1] - 14:19

## F

**factors** [3] - 20:18, 20:23, 21:23
**fair** [3] - 12:15, 20:11, 22:7
**far** [2] - 21:22, 22:8
**fatigue** [7] - 10:5, 12:25, 13:2, 22:16, 22:17, 22:18, 23:12
**faxed** [1] - 6:25
**February** [6] - 1:17, 3:3, 24:16, 24:24, 27:4, 27:10
**few** [1] - 19:9
**Fi** [1] - 14:4
**file** [3] - 11:9, 17:13, 22:5
**first** [8] - 5:21, 5:23, 6:9, 9:13, 11:18, 13:4, 14:15, 16:7
**focus** [1] - 21:3
**follow** [2] - 19:4, 19:9
**follow-ups** [1] - 19:9
**following** [1] - 25:7
**follows** [1] - 3:12
**FOR** [1] - 27:9
**foregoing** [4] - 24:10, 25:2, 25:3, 25:20
**forgot** [1] - 12:12
**form** [4] - 6:15, 14:11, 25:5, 26:3
**formed** [2] - 14:6, 15:8
**forming** [1] - 20:4
**foundation** [2] - 14:12, 22:9
**Frequency** [1] - 10:3
**frequency** [2] - 13:19, 14:8
**FRIEDMAN** [1] - 1:6
**Friedman** [9] - 3:19, 5:2, 5:14, 6:15, 9:3, 10:9, 11:6, 11:11, 11:17, 12:4, 12:17, 13:5, 13:15, 13:18, 16:25, 17:5, 17:11, 17:19, 18:10, 18:15, 19:18, 20:11, 20:12, 21:6, 21:22, 22:7, 22:10, 27:6
**Friedman's** [10] - 4:15, 6:19, 7:21, 14:18, 14:19, 17:2, 17:15, 20:8, 21:2, 22:12
**front** [2] - 9:23, 9:24
**full** [1] - 24:10

## G

**generally** [3] - 18:23,

23:1, 23:13
**genetically** [1] - 17:16
**given** [1] - 24:11
**goals** [1] - 20:12
**great** [1] - 22:25
**GROUP** [2] - 1:25, 27:1
**guess** [4] - 5:11, 16:12, 20:3, 23:11

## H

**hand** [1] - 24:15
**Hanson** [1] - 27:16
**happy** [1] - 18:12
**health** [8] - 14:9, 15:4, 15:5, 15:10, 19:14, 19:21, 20:6
**hear** [1] - 3:15
**helpful** [1] - 21:4
**hereby** [2] - 24:3, 25:18
**hip** [1] - 8:3
**his/her** [2] - 25:20, 25:21
**hmm** [2] - 5:22, 10:24
**Hodgkin's** [1] - 6:16
**home** [1] - 21:19
**homes** [2] - 13:24, 14:5
**hope** [1] - 4:7
**hoping** [2] - 7:18, 14:21
**hospitalization** [1] - 8:3
**house** [1] - 5:5
**human** [2] - 14:9, 15:10
**hypertension** [2] - 23:2, 23:10

## I

**ibrutinib** [2] - 8:12, 8:21
**IBRUTINIB** [1] - 8:22
**idea** [1] - 14:24
**identified** [1] - 7:1
**identify** [1] - 4:22
**IGM** [1] - 8:11
**impairment** [5] - 9:7, 9:10, 9:12, 9:16, 9:17
**important** [2] - 5:8, 21:13
**imported** [1] - 6:24
**IN** [1] - 24:15
**in-house** [1] - 5:5
**including** [1] - 10:5
**indicating** [1] - 27:11

**Institute** [2] - 17:11, 22:4
**INSTRUCTIONS** [2] - 26:1, 27:9
**intent** [1] - 20:16
**interested** [1] - 18:18
**invoicing** [1] - 10:3
**involved** [2] - 4:7, 4:8
**involvement** [1] - 18:11
**ionizing** [2] - 10:1, 15:8
**iron** [1] - 8:4
**issue** [4] - 14:20, 15:25, 16:13, 18:24
**issues** [5] - 10:6, 10:10, 12:16, 19:18, 19:21

### J

**Jorge** [1] - 17:7

### K

**keep** [2] - 14:12, 20:13
**kids** [1] - 21:19
**kind** [1] - 18:16

### L

**language** [2] - 12:1, 12:18
**Lanser** [5] - 1:21, 2:5, 5:1, 18:1, 19:2
**LANSER** [7] - 5:1, 19:4, 19:8, 21:5, 21:7, 21:21, 22:11
**lawsuit** [1] - 3:18
**lawyer** [2] - 17:22, 17:24
**lawyers** [3] - 3:24, 5:5, 18:10
**layman** [1] - 4:6
**letter** [26] - 8:9, 9:4, 9:21, 9:25, 10:22, 10:25, 11:4, 11:6, 11:11, 11:15, 11:16, 12:4, 13:3, 13:6, 13:13, 14:1, 15:7, 15:19, 15:21, 15:22, 16:7, 16:14, 16:17, 17:10, 22:4, 26:11
**Letter** [4] - 2:12, 2:13, 2:14, 2:19
**level** [1] - 10:1
**levels** [2] - 8:11, 10:2
**life** [2] - 14:21, 20:17
**likely** [1] - 4:8
**limit** [1] - 21:5

**limited** [1] - 14:12
**line** [2] - 16:8, 26:5
**lines** [1] - 19:17
**list** [1] - 26:5
**LIST** [1] - 2:8
**litigation** [2] - 17:20, 18:10
**live** [2] - 4:4, 14:21
**look** [11] - 5:25, 6:2, 7:1, 7:7, 7:13, 8:10, 9:20, 10:13, 16:5, 18:18, 19:5
**looked** [1] - 22:3
**looking** [1] - 6:6
**looks** [4] - 6:13, 7:3, 15:22, 16:6
**low** [1] - 10:1
**low-level** [1] - 10:1
**lymphoma** [6] - 6:16, 7:9, 7:16, 8:6, 12:3, 22:18

### M

**M.D** [6] - 1:13, 2:1, 3:11, 25:2, 25:10, 27:7
**macroglobulinemia** [1] - 17:4
**MAINE** [2] - 1:1, 1:9
**Maine** [9] - 1:17, 3:3, 3:17, 5:5, 11:7, 14:4, 24:3, 25:18, 27:6
**maintain** [1] - 20:14
**maintaining** [2] - 20:9, 20:10
**malignant** [2] - 7:9, 7:16
**Marcus** [2] - 7:4, 7:6
**Marked** [1] - 2:10
**marked** [3] - 7:10, 10:25, 11:15
**marrow** [1] - 8:6
**matter** [1] - 27:11
**Maureen** [1] - 1:23
**McCrann** [1] - 1:23
**ME** [2] - 27:2, 27:17
**mean** [3] - 12:2, 20:17, 23:6
**means** [1] - 12:3
**medical** [1] - 10:12
**medication** [1] - 8:14
**medicine** [1] - 4:7
**Melissa** [5] - 1:16, 3:1, 5:7, 24:2, 24:19
**MELISSA** [1] - 24:20
**memory** [10] - 9:12, 9:16, 9:19, 10:5, 10:10, 11:14, 12:16, 13:9, 15:20, 15:25

**mental** [6] - 15:5, 19:14, 19:21, 20:5, 21:11, 21:12
**mentioned** [4] - 19:11, 19:12, 22:5, 26:11
**MERENBERG** [1] - 24:20
**Merenberg** [4] - 1:16, 3:2, 24:2, 24:19
**meter** [2] - 14:2, 14:3
**meters** [3] - 13:24, 14:9, 15:9
**might** [2] - 18:17, 21:23
**minimize** [1] - 13:19
**minor** [1] - 23:2
**moment** [3] - 4:22, 10:16, 12:6
**months** [1] - 9:13
**morning** [2] - 3:15, 15:1
**most** [2] - 5:8, 5:18
**MR** [20] - 3:14, 5:1, 5:7, 5:10, 6:10, 7:12, 7:14, 9:2, 12:14, 14:14, 14:25, 15:17, 19:4, 19:8, 21:5, 21:7, 21:18, 21:21, 22:11, 23:18
**MS** [8] - 6:4, 7:10, 8:24, 14:11, 14:16, 15:11, 21:1, 22:9
**multifactorial** [1] - 8:2
**multiple** [2] - 10:6, 12:20
**must** [1] - 26:8

### N

**name** [3] - 3:17, 16:11, 16:18
**named** [2] - 24:4, 24:13, 25:18
**National** [2] - 17:11, 22:4
**necessarily** [1] - 11:21
**network** [1] - 14:4
**new** [1] - 16:3
**New** [1] - 4:14
**next** [1] - 7:3
**nine** [1] - 4:20
**non** [3] - 6:16, 10:1, 15:8
**non-Hodgkin's** [1] - 6:16
**non-ionizing** [2] - 10:1, 15:8
**Norman** [1] - 27:16
**notarized** [1] - 26:9
**Notary** [5] - 1:16, 3:2,

3:9, 24:2, 25:17
**NOTARY** [2] - 24:21, 25:16
**notary** [1] - 27:12
**note** [7] - 5:24, 6:8, 6:22, 6:23, 6:25, 10:21, 26:2
**noted** [5] - 9:6, 9:12, 10:12, 12:16, 25:4
**Notes** [1] - 2:11
**notes** [3] - 5:12, 5:13, 19:5
**nothing** [2] - 18:25, 24:5
**November** [5] - 2:12, 9:5, 9:22, 14:7, 15:7
**number** [1] - 26:5
**nurse** [3] - 16:3, 16:8, 16:12

### O

**oath** [4] - 3:8, 3:12, 4:2, 4:3
**object** [1] - 3:25
**objection** [3] - 14:11, 15:11, 22:9
**October** [6] - 2:15, 2:19, 5:25, 9:3, 11:12, 11:17
**OF** [2] - 1:1, 1:13
**office** [2] - 6:25, 16:8
**old** [1] - 16:19
**omitted** [1] - 26:7
**oncologist** [1] - 4:16
**one** [3] - 5:4, 11:23, 18:13
**one-sentence** [1] - 18:13
**opinion** [3] - 14:6, 14:18, 15:8
**opinions** [1] - 20:5
**OR** [1] - 25:16
**ordered** [1] - 6:14
**original** [2] - 11:10, 27:13
**outcome** [1] - 24:13
**outside** [1] - 14:18
**overall** [1] - 7:21

### P

**P.O** [2] - 27:1, 27:17
**Page** [3] - 10:13, 10:21, 16:5
**PAGE** [2] - 2:2, 25:1
**page** [11] - 5:21, 5:24, 6:2, 6:4, 6:23, 7:3, 26:5, 26:9, 26:10, 27:12, 27:13

**Page/Line** [1] - 26:14
**Pages** [2] - 7:7, 10:13
**pages** [3] - 5:11, 25:3
**palliative** [2] - 20:15, 20:17
**paragraph** [5] - 9:25, 11:18, 11:19, 11:22, 11:25
**paraphrasing** [1] - 11:25
**part** [1] - 21:15
**partially** [1] - 8:8
**particular** [1] - 17:2
**patient** [10] - 3:18, 7:1, 7:6, 10:4, 10:23, 14:13, 19:23, 20:4, 20:5, 23:7
**patient's** [3] - 20:5, 20:19, 20:22
**patients** [4] - 13:23, 15:13, 21:2, 23:4
**pause** [1] - 12:9
**PDF** [1] - 6:5
**people** [2] - 4:22, 4:25
**perform** [1] - 13:13
**period** [1] - 9:11
**persistent** [1] - 6:12
**person** [3] - 5:8, 23:5, 24:13
**personal** [1] - 21:8
**personally** [1] - 25:19
**phone** [1] - 21:15
**phrase** [1] - 12:5
**phrased** [1] - 20:2
**physical** [5] - 15:4, 15:9, 19:13, 20:24, 21:11
**physician** [2] - 6:20, 7:4
**plaintiff** [1] - 5:2
**Plaintiff** [2] - 1:7, 1:21
**plan** [4] - 10:22, 20:4, 20:20, 20:25
**point** [1] - 21:16
**Portland** [1] - 27:17
**posed** [2] - 14:9, 15:9
**possession** [1] - 11:10
**possible** [1] - 20:14
**Power** [5] - 3:18, 5:5, 11:7, 14:4, 27:6
**POWER** [1] - 1:9
**practice** [1] - 13:22
**present** [1] - 3:5
**presentation** [1] - 22:19
**presented** [3] - 11:11, 11:17, 12:4
**presents** [1] - 8:1

**pretty** [1] - 22:7
**primary** [4] - 6:19, 6:25, 7:4, 22:12
**print** [1] - 24:9
**printed** [2] - 16:3, 16:10
**problems** [3] - 10:4, 13:11, 13:15
**Progress** [1] - 2:11
**progress** [3] - 5:12, 5:13, 7:22
**properly** [1] - 27:13
**proposition** [1] - 13:14
**provided** [1] - 7:24
**PUBLIC** [2] - 24:21, 25:16
**public** [1] - 27:12
**Public** [4] - 1:17, 3:2, 3:9, 24:2
**Public/Attorney** [1] - 25:17
**published** [1] - 15:15
**pulled** [2] - 18:3, 18:13
**pure** [1] - 15:4
**pushing** [1] - 14:23
**put** [1] - 11:21
**putting** [2] - 12:12, 13:6, 14:5

### Q

**questioning** [1] - 19:12
**questions** [10] - 3:23, 3:24, 3:25, 4:9, 4:12, 17:8, 19:1, 19:3, 23:15, 23:18
**quo** [1] - 20:13

### R

**radiation** [5] - 10:1, 13:20, 14:8, 15:9, 18:19
**raises** [1] - 15:14
**RE** [1] - 27:6
**read** [8] - 10:15, 18:20, 22:7, 22:8, 23:20, 25:2, 25:4, 27:11
**READING** [1] - 27:9
**realized** [1] - 16:18
**really** [4] - 10:17, 20:9, 22:16, 22:19
**Reason** [1] - 26:14
**reason** [2] - 9:20, 26:6
**reasonable** [1] - 14:23
**reasons** [1] - 25:6

**received** [1] - 4:18
**recent** [2] - 5:18, 8:2
**recently** [1] - 13:1
**recollection** [1] - 17:12
**recommended** [1] - 13:23
**record** [5] - 4:14, 6:24, 8:24, 10:12, 24:10
**records** [1] - 7:20
**recount** [1] - 7:21
**redid** [2] - 16:11, 16:18
**reduced** [1] - 24:8
**refer** [1] - 20:15
**referenced** [2] - 19:13, 27:10
**references** [1] - 12:2
**referral** [2] - 6:18, 6:19
**Referred** [1] - 2:9
**referred** [4] - 6:22, 7:2, 16:24, 16:25
**referring** [2] - 7:5, 10:25
**refers** [1] - 12:20
**regarding** [1] - 6:12
**relapse** [1] - 8:11
**relationship** [1] - 17:6
**remember** [5] - 12:12, 13:4, 15:22, 16:14, 18:7
**report** [2] - 23:4, 23:5
**reported** [2] - 23:13, 24:8
**Reporter** [1] - 24:22
**REPORTER** [1] - 8:17
**reporter** [1] - 5:8
**REPORTING** [2] - 1:25, 27:1
**represent** [1] - 3:17
**reprinted** [1] - 15:24
**require** [1] - 4:10
**research** [2] - 13:14, 15:15
**respective** [1] - 25:6
**responded** [2] - 8:7, 18:23
**responding** [1] - 8:16
**responsible** [1] - 11:18
**restatement** [1] - 4:10
**result** [1] - 6:18
**Results** [4] - 2:15, 2:16, 2:17, 2:18
**results** [2] - 7:8, 7:15
**return** [2] - 26:9, 27:13
**Reviewed** [1] - 10:22
**reviewing** [1] - 4:14
**risk** [2] - 14:9, 15:9

**Rituximab** [1] - 8:7
**roughly** [1] - 9:11
**RPR** [4] - 1:16, 3:2, 24:2, 24:20
**running** [1] - 21:19

### S

**saw** [1] - 6:9
**screen** [1] - 21:20
**seal** [1] - 24:16
**sec** [1] - 8:21
**second** [2] - 9:25, 11:19
**see** [1] - 9:19
**self** [3] - 23:4, 23:8, 23:13
**self-complaint** [1] - 23:8
**self-report** [1] - 23:4
**self-reported** [1] - 23:13
**send** [1] - 11:7
**sense** [2] - 4:9, 4:12
**sent** [4] - 7:1, 18:17, 22:6, 23:20
**sentence** [1] - 18:13
**September** [2] - 2:16, 2:18
**sequence** [1] - 7:20
**set** [1] - 10:19
**several** [1] - 17:9
**sharpen** [1] - 15:6
**SHEET** [1] - 26:1
**sheet** [6] - 26:2, 26:8, 26:10, 27:12, 27:12, 27:13
**sheet(s)** [1] - 25:8
**shortly** [1] - 6:13
**side** [4] - 21:12, 22:22, 22:23, 22:25
**sign** [5] - 23:11, 23:20, 26:8, 27:12
**signature** [8] - 16:8, 16:11, 16:19, 25:21, 26:9, 26:10, 27:12, 27:13
**Signature** [1] - 26:23
**SIGNATURE** [1] - 25:1
**signed** [3] - 13:3, 14:1, 21:16
**SIGNING** [1] - 27:9
**signing** [4] - 13:13, 15:21, 15:22, 16:14
**signs** [1] - 23:6
**similar** [1] - 15:19
**sitting** [1] - 11:14
**slightly** [1] - 16:6
**smart** [5] - 13:23, 14:2, 14:3, 14:8,

15:9
**soften** [1] - 11:20
**softened** [2] - 11:24, 12:1
**someone** [1] - 17:1
**sorry** [1] - 9:9
**sort** [4] - 7:18, 7:20, 14:9, 20:6
**sounds** [3] - 8:22, 9:1, 11:19
**Specialists** [1] - 4:15
**spelling** [1] - 8:21
**spikes** [1] - 8:14
**Springvale** [1] - 27:2
**start** [1] - 22:14
**started** [4] - 5:14, 8:6, 8:11, 8:12
**starts** [1] - 5:24
**State** [4] - 1:17, 3:2, 24:3, 25:17
**state's** [1] - 21:13
**statements** [1] - 25:20
**STATES** [1] - 1:1
**status** [1] - 20:13
**stenographically** [1] - 24:8
**step** [1] - 12:7
**still** [4] - 7:6, 8:15, 12:24, 21:15
**stop** [1] - 12:21
**streamline** [1] - 7:18
**stress** [4] - 14:20, 14:22, 19:18, 19:21
**studies** [1] - 22:6
**stuff** [1] - 21:19
**Sturtevant** [2] - 1:23, 23:20
**STURTEVANT** [8] - 6:4, 7:10, 8:24, 14:11, 14:16, 15:11, 21:1, 22:9
**subscribe** [1] - 24:15
**subspecialist** [1] - 17:3
**substance** [2] - 25:5, 26:3
**suggest** [1] - 12:5
**support** [2] - 13:14, 15:15
**surrounding** [1] - 15:21
**suspect** [1] - 16:17
**swore** [1] - 25:19
**sworn** [2] - 3:11, 24:4
**symptom** [2] - 23:5, 23:8
**symptoms** [6] - 22:12, 22:20, 22:21, 22:23, 23:4, 23:6

### T

**Taintor** [5] - 1:22, 2:4, 3:17, 19:11, 27:15
**TAINTOR** [12] - 3:14, 5:7, 5:10, 6:10, 7:12, 7:14, 9:2, 12:14, 14:14, 14:25, 15:17, 23:18
**term** [1] - 17:17
**terms** [4] - 6:9, 7:23, 21:11, 21:25
**Test** [4] - 2:15, 2:16, 2:17, 2:18
**test** [2] - 7:8, 7:15
**testified** [1] - 3:20
**testify** [1] - 24:4
**testifying** [1] - 4:4
**testimony** [4] - 24:11, 25:4, 25:5, 26:3
**testing** [1] - 6:14
**THE** [8] - 1:25, 5:3, 5:6, 6:6, 8:17, 8:19, 9:1, 27:1
**themselves** [1] - 4:23
**therapies** [1] - 17:8
**therapy** [2] - 8:16, 20:9
**therefore** [2] - 14:22, 25:7
**thereportinggroupm aine@gmail.com** [1] - 27:3
**thinks** [1] - 18:17
**third** [1] - 11:22
**thirty** [1] - 27:11
**three** [3] - 9:11, 9:13
**three-year** [1] - 9:11
**Tim** [2] - 3:5, 5:4
**timeline** [1] - 5:17
**TO** [1] - 25:16
**today** [3] - 5:15, 6:11, 11:14
**together** [1] - 25:5
**tolerance** [2] - 21:11
**tolerate** [2] - 21:10, 21:12
**tools** [1] - 10:3
**top** [1] - 10:21
**topic** [4] - 18:18, 18:19, 18:25, 22:8
**transcript** [3] - 25:3, 26:4, 27:11
**TRANSCRIPT** [1] - 27:9
**transcription** [1] - 24:9
**transmitted** [1] - 17:16
**trauma** [1] - 23:2

**treated** [1] - 8:5

**treating** [4] - 4:16, 5:14, 7:23, 19:23

**treatment** [17] - 7:22, 7:24, 9:6, 9:14, 12:24, 17:6, 20:4, 20:12, 20:15, 20:16, 20:20, 20:25, 21:25, 22:13, 22:15, 22:24, 23:1

**true** [5] - 7:12, 12:25, 14:10, 24:10, 25:21

**truth** [4] - 24:5, 24:6, 25:20

**try** [1] - 20:13

**trying** [1] - 6:13

**type** [1] - 10:2

**types** [2] - 10:6, 12:20

**typo** [1] - 26:7

## U

**UNITED** [1] - 1:1

**up** [2] - 8:12, 17:12

**ups** [2] - 19:5, 19:9

**upset** [2] - 15:1, 18:3

## V

**verbatim** [1] - 13:9

**version** [1] - 16:6

**versus** [1] - 9:16

**via** [1] - 17:7

**vs** [1] - 1:8

## W

**Waldenstrom's** [2] - 17:3, 17:16

**well-phrased** [1] - 20:2

**well-read** [1] - 22:8

**WHEREOF** [1] - 24:15

**whole** [2] - 7:19, 24:5

**Wi** [1] - 14:4

**Wi-Fi** [1] - 14:4

**willing** [1] - 14:17

**wish** [1] - 26:6

**within-named** [1] - 24:4

**Witness** [1] - 1:23

**witness** [1] - 25:19

**WITNESS** [6] - 5:3, 5:6, 6:6, 8:19, 9:1, 24:15

**word** [4] - 11:21, 12:13, 26:7

**wording** [1] - 11:19

**Words** [1] - 26:14

**words** [2] - 12:21, 26:5

**world** [1] - 21:19

**write** [1] - 8:19

**wrote** [4] - 8:9, 9:4, 15:7, 15:23

## Y

**year** [1] - 9:11

**years** [3] - 7:22, 9:13, 17:9

**yesterday** [1] - 4:19

**yourself** [1] - 5:9

## Z

**z-a-n-u-b-r-u-t-i-n-i-b** [1] - 8:25

**zan** [2] - 8:19, 8:23

**zanzabrutinib** [3] - 8:15, 8:20, 8:23

**Zoom** [1] - 3:1

**ZOOM** [1] - 1:13