UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ED FRIEDMAN, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL MAINE POWER, )<br>)<br>   Defendant ) | Civil no. 2:20-cv-00237-JDL |

CONSENT TO A MAGISTRATE JUDGE

Understanding the right to trial before a District Judge, the parties to the above captioned civil matter additionally consent, pursuant to Fed.R.Civ.P. 73(b), to allow Magistrate Judge John C. Nivison to conduct any and all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in the instant action.

Counsel for Plaintiff(s): */s/ William Most*

Date: April 23, 2024

Counsel for Defendant(s): /s/ *Christopher Taintor*

Date: April 24, 2024

**NOTE: Return this form to the Clerk of Court only if it has been executed by all parties in this case.**