**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ED FRIEDMAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL MAINE POWER COMPANY, )<br>)<br>    Defendant )<br>) | 2:20-cv-00237-JDL |

## JOINT RECORD

The Defendant Central Maine Power Company ("CMP"), through counsel, submits this Joint Record in advance of Defendant's Motion for Summary Judgment, in accordance with Local Rule 56(h) and this Court's Report of Pre-Filing Conference:

### Administrative Agency Materials

1. Attached hereto as Exhibit 1 is the <u>Report and Order</u> dated Aug. 1, 1996, in Federal Communications Commission, #FCC 96-326,

2. Attached hereto as Exhibit 2 is the <u>Order</u> dated May 19, 2011, in Maine Public Utilities Commission, Docket Nos. 2010-345, 2010-389, 2010-398, 2010-400 & 2011-085.

3. Attached hereto as Exhibit 3 is the <u>Order</u> dated June 22, 2011, in Maine Public Utilities Commission, Docket Nos. 2010-345, 2010-389, 2010-398, 2010-400 & 2011-085.

4. Attached hereto as Exhibit 4 is the <u>Complaint</u> dated July 29, 2011, in Maine Public Utilities Commission, Docket No. 2011-26.

5. Attached hereto as Exhibit 5 is the <u>Pre-Filed Testimony of Dr. Lennart Hardell</u>, dated January 31, 2013, in Maine Public Utilities Commission, Docket No. 2011-262.

6. Attached hereto as Exhibit 6 is the <u>Pre-Filed Testimony of Dr. David Carpenter</u> (Part I), dated January 18, 2013, in Maine Public Utilities Commission, Docket No. 2011-262.

7. Attached hereto as Exhibit 7 is the <u>Pre-Filed Testimony of Dr. David Carpenter</u> (Part II) in Maine Public Utilities Commission, Docket No. 2011-262.

8. Attached hereto as Exhibit 8 is the <u>Rebuttal Testimony of William H. Bailey Ph.D. and Yakov Shkolnikov, Ph.D.</u>, dated April 17, 2013, in Maine Public Utilities Commission, Docket No. 2011-262.

9. Attached hereto as Exhibit 9 is Maine Public Utilities Commission, Docket No. 2011-262, <u>Radiofrequency Exposure Report for the Office of the Maine Public Advocate</u> (January 2013).

10. Attached hereto as Exhibit 10 is the <u>Order</u> dated Dec. 19, 2014, in Maine Public Utilities Commission, Docket Nos. 2011-262 & 2012-00412.

11. Attached hereto as Exhibit 11 is a <u>Letter and Submission from Ed Friedman</u> dated February 3, 2017, in Maine Human Rights Commission #H/PA16-0495.

12. Attached hereto as Exhibit 12 is the <u>Resolution of Notice of Inquiry, Second Report and Order, Notice of Proposed Rulemaking, and Memorandum Opinion and Order,</u> Adopted Nov. 27, 2019, in Federal Communications Commission #FCC 19-126.

**Deposition Transcripts and Exhibits**

13. Dr. David Carpenter was deposed on January 13, 2022. A true and correct copy of the condensed transcript of Dr. Carpenter's deposition, together with the exhibits thereto, is attached as Exhibits 13, 13A & 13B.[1]

14. Erik Anderson, P.E., was deposed on January 26, 2022. A true and correct copy of the condensed transcript of Mr. Anderson's deposition, together with the exhibits thereto, is attached as Exhibits 14 and 14A.

15. Dr. David Benton was deposed on February 3, 2022. A true and correct copy of the condensed transcript of Dr. Benton's deposition, together with the exhibits thereto, is attached as Exhibits 15 and 15A.

16. Ed Friedman was deposed on February 14, 2022. A true and correct copy of the condensed transcript of Mr. Friedman's deposition, together with the exhibits thereto, is attached as Exhibits 16, 16A, 16B & 16C.

17. Dr. Paul Heroux was deposed on February 17, 2022. A true and correct copy of the condensed transcript of Dr. Heroux's deposition, together with the exhibits thereto, is attached as Exhibits 17 & 17A

18. Benjamin Cotts, Ph.D., P.E., was deposed on July 25, 2022. A true and correct copy of the condensed transcript of Dr. Cotts' deposition, together with the exhibits thereto, is attached as Exhibits 18 and 18A.

19. Gabor Mezei, M.D., Ph.D. was deposed on August 19, 2022. A true and correct copy of the condensed transcript of Dr. Mezei's deposition, together with the exhibits thereto, is attached as Exhibit 19 and 19A.

---

[1] Each of the transcripts (with exhibits) which are submitted as part of the Joint Record have been divided into two or more parts to accommodate the size of the files.

20. Central Maine Power Company was deposed pursuant to Fed. R. Civ. P. 30(b)(6) on October 26, 2022. A true and correct copy of the condensed transcript of Central Maine Power Company's deposition, together with the exhibits thereto, is attached as Exhibit 20, 20A and 20B.

21. Robert Peter Gale, M.D., Ph.D, DSc(hc) FACP, FRCP, FRCPI(hon) MRSM was deposed on March 23, 2023. A true and correct copy of the condensed transcript of Dr. Gale's deposition, together with the exhibits thereto, is attached as Exhibit 21 and 21A.

NORMAN, HANSON & DETROY, LLC

/s/ Christopher C. Taintor, Esq.
Christopher C. Taintor, Esq.

/s/ Russell B. Pierce, Jr., Esq.
Russell B. Pierce, Jr., Esq.

Attorneys for Defendant Central Maine Power
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Certificate of Service**

I hereby certify that on June 13, 2024, I electronically filed this Joint Record with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher C. Taintor, Esq.
Attorney for Defendant Central Maine Power

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000