### PRE-FILED TESTIMONY
### OF DAVID O. CARPENTER, M.D.
### MPUC Docket No. 2011-00262

1    **Q.**    **Please state your name and business address.**

2    A.    My name is David O. Carpenter.  My business address is:

3       Institute for Health and the Environment
4       University at Albany
5       Five University Place, Room A217
6       Rensselaer, NY 12144-3456

7    **Q.**    **Briefly state your occupation, educational background and current**

8       **employment.**

9    A.    I am a public health physician and professor, with a medical degree from Harvard

10       Medical School.  I have held various positions in the public health field. My

11       current title is Director of the Institute for Health and the Environment at the

12       University at Albany and Professor of Environmental Health Sciences within the

13       School of Public Health.  In addition I am an Honorary Professor, Queensland

14       Children's Medical Research Unit, University of Queensland, Brisbane, Australia.

15       Formerly, I was the Director of the Wadsworth Center for Laboratories and

16       Research of the New York State Department of Health and the Dean of the School

17       of Public Health at the University of Albany, while remaining employed by the

18       New York State Department of Health.  I assumed my current position in 1998.

19       I served as the Executive Secretary to the New York State Powerlines

20       Project in the 1980s, a program of research that showed that children living in

21       homes with elevated magnetic fields coming from powerlines suffered from an

1

1    elevated risk of developing leukemia, and that electromagnetic field (EMF)

2    exposure altered a variety of responses studied in animals and in cellular systems.

3    After this, I became the spokesperson on EMF issues for New York during the

4    time of my employment in the Department of Health.

5           Attached as Exhibit A is my *curriculum vitae.*

6  **Q.    Are you a member of any professional organizations?**

7  A.    I participate in many international, national, state and local organizations and

8    committees as listed in my *curriculum vitae* along with the Honors, Awards, and

9    Fellowships I have received.

10 **Q.    Have you authored any papers or journal articles?**

11 A.    I have authored over 350 major publications in peer-reviewed scientific journals,

12    have edited five books and have numerous other publications as listed in my

13    *curriculum vitae.*

14 **Q.    Briefly describe your work and experience related to the study of health risks**

15    **related to electromagnetic fields and radio frequency waves in the 30 MHz to**

16    **300 GHz range ("RF").  Identify any studies or published writings on the**

17    **subject.**

18           I have published several reviews and have edited two books on the Biologic

19    Effects of Electric and Magnetic Fields.  I am also a Co-Editor and a Contributing

20    Author of the *BioInitiative Report: A Rationale for a Biologically-based Public*

21    *Exposure Standard for Electromagnetic Fields (ELF and RF)*

22    www.bioinitative.org.  This report was first published in 2007, and has just now

1    been updated in 2012.  The *BioInitiative Report* documents bioeffects, adverse

2    health effects and public health conclusions about impacts of electromagnetic

3    radiation (electromagnetic fields including extremely-low frequency ELF-EMF

4    and radiofrequency /microwave or RF-EMF fields).  I will refer to specific

5    sections of the report where appropriate but I also reference the entire report as a

6    comprehensive and up-to-date review of the scientific information on this subject.

7    .

8          In 2009, I was invited to present to the President's Cancer Panel on the

9    subject of power line and radiofrequency fields and cancer, and have also testified

10   on this issue before the United States House of Representatives.

11   Q.   **Are you familiar with peer-reviewed studies addressing the biological effects**

12        **of exposure to low-level RF, and their potential health effects?**

13   A.   There are many peer-reviewed studies reporting biological effects and health risks

14        related to low-level RF exposure.  A comprehensive listing of these publications is

15        found in the *Bioinitiative Report*, which includes both positive and negative

16        research studies.  In this testimony, I will not list peer-reviewed publications dated

17        prior to 2000 or any covered by publications that are systematic reviews or meta-

18        analyses reported after that time.  I will focus on human studies, and only cover

19        briefly the huge number of cellular and animal studies.  In my judgment the

20        scientific results of greatest importance, consistency and relevance to human

21        health are listed first.

3

1    Q.    Is there reliable evidence from epidemiological studies to support the conclusion

2          that low-level RF (below the level at which thermal effects are confirmed) can

3          cause adverse health effects?

4                 There is consistent evidence for harm from low-level RF radiation in

5          studies of individuals using cell phones for prolonged periods of time, which gives

6          a localized exposure to the ipsilateral brain, auditory nerve and parotid gland in the

7          cheek.  There have been seven major publications that are either meta-analyses or

8          pooled analyses that evaluate all of the earlier literature, and most find statistically

9          significant relations between elevated exposure to radiofrequency radiation from

10         cell phones and increased risk of brain cancer.  I will also discuss several recent

11         individual studies on cell phone exposure and some relevant studies on radio

12         transmission exposure.  I will refer frequently to the odds ratio (OR) or risk ratio

13         (RR).  These are statistical analysis terms that are used to determine whether or

14         not results are statistically significant.  The standard use is to give an OR or RR

15         followed by the 95% confidence interval.  Thus, if there is no difference between

16         the "exposed" and "control" populations, the OR or RR will be 1.  If there is an

17         elevated risk the OR or RR will be greater than 1.0, whereas if the exposure

18         reduces risk of disease the OR or RR will be less than 1.0.  For exposures that

19         increase risk, results are considered to be statistically significant if the 95% CI has

20         a lower bound that is greater than 1, which is to say that there is less than a 5%

21         possibility that the result occurred by chance.  The seven major meta-analysis and

22         pooled analysis publications I mentioned are summarized below:

4

a.      Hardell L, Carlberg M, Soderqvist F, Mild KH. 2008. Meta-analysis of long-term mobile phone use and the association with brain tumours. Internat J Oncology 12: 1097-1103.  In ten studies of glioma, cell phone use for more than ten years gave an OR of 1.2 (95%CI=0.8-1.9) (thus this result would not be considered to be significant, since the lower bound is less than 1.0).  For ipsilateral cell phone use for more than 10 year the OR = 2.0 (1.2-3.4) (thus this result is statistically significant, since the lower bound is greater than 1.0). There was also a significant association for acoustic neuroma and ipsilateral cell phone use for ten years or more, but no relation for meningioma.

b.      Kundi M. 2009. The controversy about a possible relationship between mobile phone use and cancer.  Environ Health Perspect 117: 316-324.  Reviewed data from 33 epidemiological studies and concludes that the combined OR = 1.5 (1.2-1.8) for glioma and 1.1 (0.8-1.4) for meningioma.

c.      Myung SK, Ju W, McDonnell DD, Lee YJ, Ksazinet G, Cheng CT, Moskowitz JM. 2009. Mobile phone use and risk of tumors: A meta-analysis. J Clin Oncol 27:5565-5572.   Reviewed 465 publications that reported on 12,344 cases of cancer and 25,572 controls.  Risk of developing brain cancer was OR = 1.8 (1.04-1.34) for more than ten years use.

d.      Ahlbom A, Feychting M, Green A. Kheifet L. Savitz DA and Swedlow AJ (ICNIRP Standing Committee on Epidemiology). 2009. Epidemiologic evidence on mobile phones and tumor risk: A review. Epidemiology 20: 639-652.  Comment that most studies of glioma show small increased or decreased risk among users, although a subset of studies show appreciably elevated risks.  They then argue that there are methodological reasons for these positive studies.

e.      Khurana VG, Teo C, Kundi M, Hardell L and Carlberg. 2009.  Cell phones and brain tumors: a review including the long-term epidemiological data. Surg Neurol 72: 205-214.  Meta-analysis of 11 studies.  They conclude that using a cell phone for more than 10 years approximately doubles the risk of being diagnosed with a brain tumor (glioma, OR = 1.9, 1.4-2.4, and acoustic neurona, OR = 1.6, 1.1-2.4) on the ipsilateral side of the head.

f.      Repacholi MH, Lerchl A, Roosli M, Sienkiewica Z, Auvinen A, et al. 2012. Systematic review of wireless phone use and brain cancer and other head tumors.  Bioelectromagnetics 33: 187-206.  Meta-analysis of

studies shows no relationship between brain cancers and ever use of a mobile phone (for glioma, OR = 1.07, 0.89-1.29, based on eight studies and use for one to five years), but there is sparse data on long-term use. Meta-analysis of oncogenicity, tumor promotion and genotoxicity studies also showed no statistically significant relationship between RF exposure and genotoxic damage to brain cells.

g.      Hardell L, Carlberg M, Hansson Mild K. 2012. Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology doi:10.1016/j.pathophys.2012.11.001. In a review of current evidence they report that a meta-analysis for glioma in the temporal lobe, gave an OR = 1.74 (1.04-2.81). For ipsilateral mobile phone use for 1640 hours or more gave an OR = 2.29 (1.56-3.37). For acoustic neuroma, use for more than 10 years gave an OR = 1.81 (0.73-4.45), and for ipsilateral cumulative us of the same duration the OR = 2.55 (1.50-4.40).

A partial list of recent research studies on cell phone exposure (not reviews) are listed below:

a.      The INTERPHONE Study Group. 2010. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Int J Epidemiol 39:675-694. While ever vs. never using a cell phone did not increase risk of brain cancer, there was a significant OR= 2.18 (1.43-3.31) for use for ten or more years, OR=1.82 (1.15-2.89) for use for 1640 hours or more and OR=1.31 (0.82-2.11) for more than 270 calls, all for glioma. No significant relations were seen for meningioma. It should be noted that separate INTERPHONE results have been published for Sweden (Lonn et al. 2005. J Epidemiol 161: 526-636) and Germany (Schuz et al. 2006. J Epidemiol 163: 512-520). The German, but not the Swedish study, reported elevated rates of glioma with cell phone use for more than 10 years.

b.      The INTERPHONE Study Group. 2011. Acoustic neuroma risk in relation to mobile telephone use: Results of the INTERPHONE international case-control study. Cancer Epidemiol 35: 453-464. Ever using a cell phone was not associated with elevated risk, nor was use for 10 years or more. For more than 1640 hours of use the OR was 2.79 (1.51-5.16).

c.      Larjavaara S, Schüz J, Swerdlow A, Feychting M, Johansen C, et al. 2011. Location of gliomas in relation to mobile telephone use: A case-case and case-specular analysis. Am J Epidemiol 174: 2-11. Investigated 888

6

gliomas from seven European countries (INTERPHONE data) to determine
whether the gliomas were located on the side of the head where the cell
phone was regularly used. They found an elevated, but not significant,
relationship in case-case analysis, but no difference in the case-specular
analysis.

d.      Levis AG, Minicuci N, Ricci P, Gennaro V, Gabisa S. 2011. Mobile
phones and head tumours. The discrepancies in cause-effect relationships in
the epidemiological studies – how do they arise? Environ Health 10:59 doi:
10.1186/1476-069X-10-59. When studies that were blinded, free from
errors and bias were considered, cell phone use for more than ten years
resulted in a near doubling in ipsilateral glioma and acoustic neuroma.

e.      Aydin D, Feychting M, Schuz J, Tynes T, Andersen TV, et al. 2011.
Mobile phone use and brain tumors in children and adolescents: A
multicenter case-control study. J Natl Cancer Inst 103: 1264-1276.
Studied all children between ages 7-19 with a brain tumor in four European
countries. OR for regular mobile phone users was 1.36 (0.92-2.02), and for
those using phones at least five years was 1.26 (0.70-2.28). Thus, rates
were elevated but not statistically significant and there was no evidence of a
dose-response relationship. However, for more than 2.8 years subscription
the OR = 2.15 (1.07-4.29), and almost all ORs were elevated when
comparing users to non-users. There were highly significant ORs with time
since first use, cumulative duration of subscriptions, cumulative duration of
call and cumulative number of calls, and these were found on both ipsi- and
contralateral sides of the head. This is important, since the evidence for
elevated risk only ipsilateral comes from data only on adults, and other
evidence indicates greater penetration into the brain of a child. None-the-
less, the authors conclude that this study provides no support for a
relationship between cell phone use and brain cancer in children and
adolescents because of the failure to find a dose-response relationship. The
conclusions drawn in this study have been questioned by Soderqvist et al.
(Environ Health 2011. 10:106) on the basis of the fact that individuals
using cordless phones, which generate comparable RF exposure to that
from cell phones, was included in the "unexposed" category, and that
among the four countries studied ORs for Denmark, Sweden and
Switzerland were 1.73, 1.49 and 1.69, respectively, while that for Norway
was 0.51. They suggest that this may reflect some methodological
difference or bias.

f.      Cardis E, Armstrong BK, Bowman JD, Giles GG, Hours M. et al.
2011. Risk of brain tumours in relation to estimated RF dose from mobile
phones: results from five Interphone countries. Occup Environ Med 68:

631-640.  ORs for tumours in the most exposed part of the brain in those with 10+ years of mobile phone use were 2.80 (1.13-6.94), and were significantly elevated after 7 years of use.  The pattern for meningioma was similar but the ORs were lower.

g.      Frei P, Poulsen AH, Johansen C, Olsen JH, et al. 2011.  Use of mobile phones and risk of brain tumours: update of Danish cohort study.  BMJ doi: 10.1136/bmj.d6387.  Used the Danish cancer registry of 3.8 million persons.  There were 10,729 cases of brain cancer between 1990-2007.  No increased risk of brain tumors were found among cell phone subscribers as compared to non-subscribers.  However, cordless phone subscribers were treated as non-cell phone users in this study.

h.      Carlberg M, Hardell L. 2012.  On the association between glioma, wireless phones, heredity and ionizing radiation.  Pathophysiology 19: 243-252.  Reports on two case-control studies of 1148 glioma cases.  They find an OR = 2.9 (1.8-4.7) for ipsilateral use of mobile phones for more than ten years.  For use of cordless phones they find an OR = 3.8 (1.8-8.1) for ipsilateral use for more than 10 years.  ORs were higher for high grade gliomas.  Risks were highest among those under age 20.

There are several reports investigating rates of cancer, particularly leukemia, in persons living near to AM or FM radio transmission towers or cell towers.  While most of these studies report elevations in rates of cancer, their assessment of exposure is limited only to residential proximity to the towers, which is not a very exact monitor.  None-the-less, these studies are significant because they directly monitor rates of human cancer.  They also suggest that leukemia is the cancer of greatest concern when the whole body is exposed to radiofrequency radiation, in contrast to more localized cancers with localized exposure.

a.      Michelozzi P, Capon A, Kirchmayer U, Forastiere F, Biggeri A, Barca A, Perucci CA. 2002. Adult and childhood leukemia near a high-power radio station in Rome, Italy. Am J Epidemiol 155: 1098-1103. The authors show that there is a significant elevation of childhood leukemia among residents living near to Vatican Radio (Standardized mortality ratio

= 2.2, 1.0-4.1), and that the risk declines with distance away from the transmitter (p = 0.03).

b.    Eger H, Hagen KU, Lucas B, Vogel P and Voit H. 2004. Einfluss der raumlichen Nahe von Mobilfunksendeanlagen auf die Krebsinzidenz. Umwelt-Medizin-Gellschaft 17: 326-332.  A German government-supported study of cancer risk in relation to residence close to cell towers found that rates were significantly higher (OR = 3.38, 95% CI =1.39-8.25; 99% CI = 1.05-10.91) for persons living within 400 m than among those living further away from the towers.

c.    Park SK, Ha M, Im HJ. 2004. Ecological study on residences in the vicinity of AM radio broadcasting towers and cancer death: preliminary observations in Korea. Int Arch Occup Environ Health. 77:387-394.  This study found higher mortality areas for all cancers and leukemia in some age groups in the area near the AM towers.

d.    Ha M, Im H, Lee M, Kim HJ, Kim BC, Gimm YM, Pack JK. 2007. Radiofrequency radiation exposure from AM radio transmitters and childhood leukemia and brain cancer. Am J Epidemiol 166: 270-279. Leukemia and brain cancer in children in Korea were investigated in relation to residence within 2 km of AM radio transmitters. There was a significant elevation in rates of leukemia (OR = 2.15, 1.00-4.67), but not of brain cancer in relation to peak, but not total radiofrequency exposure for children living within 2 km as compared to more than 20 km from the transmitters.

e.    Merzenich H, Schmiedel S, Bannack S, Bruggemeyer H, Phillipp J, et al. 2008.  Childhood leukemia in relation to radio frequency electromagnetic fields in the vicinity of TV and radio broadcast transmitters.  Am J Epidemiol 168: 1169-1178.  Studied 1,959 cases of leukemia and 5,848 controls in Germany.  They did not find any significant relationship between risk of leukemia and living within 2 km of a broadcast transmitter as compared to those living 10-15 km away.

f.    Elliott P, Toledano MB, Bennett J, Beale L, Best N, Briggs DF. 2010.  Mobile phone base stations and early childhood cancer: case-control study.  BMJ 340: c3077 doi:10.1136/bmj/c3077.  No association was found between risk of early childhood cancers and estimates of mother's exposure to mobile phone base stations during pregnancy.

g.    Dode AC, Leao M, Tejo FdeAF, Gomes ACR, Dode DC, Dode MC, Moreira CW, Condessa VA, Albinatti C and Calaffa WT. 2011. Mortality

1     by neoplasia and cellular telephone base stations in the Belo Horizonte
2     municipality, Minas Gerais State, Brazil. Sci Total Environ 409: 3649-
3     3665. This study shows higher rates of death from cancer among
4     individuals living close to cell towers than among those living further away.
5     Rates were highest in residences less than 100 m, falling to near
6     background a 1,000 m.

7

8     In summary, the ten major meta-analyses/pooled analyses, the recent cell phone

9     exposure studies, and the radio transmission exposure studies provide convincing

10     evidence of adverse health effects in humans associated with low-level RF

11     exposure.  Other relevant evidence of human health effects is discussed in

12     Sections 11 and 12 of the *Bioinitiative Report* 2012.

13  Q.    Is there evidence about the mechanisms by which low-level RF may adversely

14     affect human physiology?

15     Some, especially those from the physics and engineering community, are skeptical

16     of the ability of radiofrequency radiation to alter human physiological functions

17     because of the low energy of the non-ionizing portion of the electromagnetic

18     spectrum.  The studies listed below provide evidence that cell phone use and

19     applied low-level radiofrequency radiation alter the metabolism of the brain and

20     various clinical measures in humans.  They report a variety of effects on humans

21     including dose-dependent changes in cortisol and alpha-amylase, increased brain

22     glucose metabolism, chronic dysregulation of the catacholamine system, and

23     decreases in ACTH, cortisol, thyroid hormones, and prolactin in young females

24     and testosterone in males.

25        a.    Augner C, Hacker GW, Oberfeld G, Florian M, Hitzl W, Hutter J,
26        Pauser G. 2010. Effects of exposure to base station signals on salivary

cortisol, alpha amylase and immunoglobulin A. Biomed Environ Sci 23:199-207. This was a human experimental study with exposure to pulsed wave microwave radiation wherein immune indicators were monitored after five 50-minute sessions. The researchers found dose-dependent changes in cortisol and alpha-amylase.

b.      Volkow ND, Tomasi D, Wange GJ, Vaska P, Fowler JS, Teland F, Alexoff D, Logan J, Wong C. 2011. Effects of cell phone radiofrequency signal exposure on brain glucose metabolism. JAMA 305:808-814.  In healthy participants and compared with no exposure, 50-minute cell phone exposure was associated with increased brain glucose metabolism in the region closest to the antenna. This shows direct effects of RF radiation on the brain with cell phone use.

c.      Buchner K, Eger H. 2011. Changes of clinically important neurotransmitters under the influence of modulated RF fields – a long-term study under real-life conditions. Umwelt-Medizin-Gesellschaft 24:44-57. There was clear evidence of health-relevant effects, including an increase in adrenaline and noradrenaline, and a subsequent decrease in dopamine in people living near to a new MW-emitting base station. Levels or phenylethylamine decreased and remained decreased, indicating chronic dysregulation of the catacholamine system. Clinically documented increases in sleep problems, headaches, dizziness, concentration problems and allergies followed the onset of new microwave transmissions.

d.      Eskander EF, Estefan SF, Abd-Rabou AA. 2011.  How does long term exposure to base stations and mobile phones affect human hormone profiles?  Clin Biochem 45:157-161.  Measured hormone levels in 82 mobile phone users and 20 controls over a period of 6 years.  Report that there were decreases in ACTH, cortisol, thyroid hormones, and prolactin in young females and testosterone in males.  There was no change in serum progesterone in females, but in older females prolactin increased with exposure.  Exposure from cell phone base stations was associated with significant decreases in ACTH and cortisol.

The following studies report changes in male fertility and reproductive systems associated with cell phone and low-level RF exposure.

a.      Wdowiak A, Wdowiak L, Wiktor H.  2007.  Evaluation of the effect of using mobile phones on male fertility.  Ann Agric Environ Med 14: 169-172.  Among Polish males with an infertility problem there was "an increase in the percentage of sperm cells of abnormal morphology associated with duration of exposure to waves emitted by the GSM phone.

11

It was also confirmed that a decrease in the percentage of sperm cells in vital progressing motility in the semen is correlated with the frequency of using mobile phones."

b.      Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J. 2008.  Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study.  Fert Steril 89: 124-128..  "Use of cell phones decreases the semen quality in men by decreasing the sperm count, motility, viability, and normal morphology.  The decrease in sperm parameters was dependent on the duration of daily exposure to cell phones and independent of the initial semen quality."

c.      Baste V, Riise T, Moen BE. 2008. Radiofrequency electromagnetic fields: male infertility and sex ratio of offspring. Int J Epidemiol 23:369-377.  This is a study of Norwegian Navy personnel chronically exposed to RF fields on the job. The rates of infertility were related to level of exposure in a dose-dependent fashion.

d.      Agarwal A, Desai NR, Makker K, Varghese A, et al. 2009.  Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an *in vitro* pilot study. Fert Stert 92: 1318-1325.  "Radiofrequency electromagnetic waves emitted from cell phones may lead to oxidative stress in human semen.  We speculate that keeping the cell phone in a trouser pocket in talk mode may negatively affect spermatozoa and impair male fertility.

e.      LaVignera S, Condorelli RA, Vicari E, D'Adata R, Calogero AE. 2012. Effects of the exposure to mobile phones on male reproduction: A review of the literature.  J Androl 33: 350-356.  Studies in animals and humans  show that "RF-EMR decreases sperm count and motility and increases oxidative stress….The results showed that human spermatozoa exposed to RF-EMR have decreased motility, morphometric abnormalities and increased oxidative stress, whereas men using mobile phones have decreased sperm concentration, decreased motility (particularly rapid progressive motility), normal morphology and decreased viability.  These abnormalities seem to be directly related to the duration of the mobile phone use."

f.      Avendaño C, Mata A, Sanchez Sarmiento CA, Doncel GF. 2012. Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases sperm DNA fragmentation. Fert Steril 97:39-45.  In this study human sperm were exposed to Wi-Fi from a laptop, and were found to show reduced motility after a 4-hour exposure. The

1    results are consistent with other publications (see Agarwal et al., 2008. Fert
2    Steril 89:124-128) that reported that those who use cell phone regularly
3    have reduced sperm count.

4

5    Other evidence of fertility and reproductive effects of low-level RF exposure is

6    discussed in Section 18 of the *Bioinitiative Report 2012.*

7  Q.   Is there evidence that some people may become hyper-sensitive to low-level RF

8       and experience related adverse health effects?

9       Electrical hypersensitivity (EHS) is a syndrome of relatively non-specific

10      complaints that are reported to be associated with exposure to electromagnetic

11      fields.  The major symptoms are headache, fatigue, tinnitus, disruption of sleep,

12      mental dullness and a general feeling of ill health.  Whether or not EHS exists has

13      been widely debated.  In spite of widespread reports that up to 10% of the

14      population may suffer from EHS, most studies in laboratories with blinded

15      exposures (ie., the subjects do not know whether or not the fields are applied) have

16      not demonstrated that persons reporting to be electrosensitive can correctly

17      distinguish when the fields are on.  However, there is increasing evidence that

18      EHS does exist and can be a disabling condition for some particularly sensitive

19      persons, although evidence to date is certainly incomplete.

20          There has been only one report of a completely blinded study of an

21      electrosensitive individual that has documented the ability of this individual to

22      report symptoms (primarily headache) in the presence of an electromagnetic field:

23

24          a.    McCarty DE, Carrubba S, Chesson AL, Frilor C, Gonzalex-Toledo

25          E, Marino AA. 2011. Electromagnetic hypersensitivity: Evidence for a

13

1    novel neurological syndrome. Internat J Neurosci 121: 670-676.  In a
2    female physician who is electrosensitive, blinded application of
3    electromagnetic fields triggered temporal pain, headache, muscle twitching
4    and skipped heartbeats within 100 seconds of field application.
5
6    There are a number of other reports investigating the prevalence of symptoms in

7    areas near to sources and/or other measures of human response to electromagnetic

8    fields.  There are many publications on this subject, and the following are

9    representative of both positive and negative studies:

10
11       a.      Hietanen M, Hamalainen A-M, Husman T. 2002.  Hypersensitivity
12       symptoms associated with exposure to cellular telephones: No causal link.
13       Bioelectromagnetics 23: 264-270.  Studied 20 volunteers who reported
14       themselves to be electrosensitive and exposed them to fields in a blinded
15       manner.  "None of the test subjects could distinguish real RF exposure from
16       sham exposures."
17
18       b.      Abelin T, Altpeter E, Röösli M. 2005. Sleep disturbances in the
19       vicinity of the short-wave broadcast transmitter Schwarzenburg.
20       Somnologie 9:203-209.  There is strong evidence of a causal relationship
21       between operation of a short-wave radio transmitter and sleep disturbances
22       in the surrounding population.
23
24       c.      Hutter HP, Moshammer H, Wallner P, Kundi M. 2006. Subjective
25       symptoms, sleeping problems, and cognitive performance in subjects living
26       near mobile phone base stations. Occup Environ Med 63:307-313. There
27       was a significant relation of some symptoms, especially headaches, to
28       measured power density, as well as effects on wellbeing and performance.
29
30       d.      Eliyahu I, Luria R, Hareuveny R. Margaliot M, Neiran N, Shani G.
31       2006. Effects of radiofrequency radiation emitted by cellular telephones on
32       the cognitive functions of humans. Bioelectromagnetics 27:119-266.  A
33       total of 36 human subjects were exposed to pulse-modulated microwaves
34       and were tested on four distinct cognitive tasks. Exposure to the left side of
35       the brain slows left-hand response time in three of the four tasks.
36
37       e.      Altpeter ES, Röösli M, Battaglia M, Pfluger D. Minder CE, Abelin
38       T. 2006. Effect of short-wave magnetic fields on sleep quality and
39       melatonin cycle in humans: The Schwarzenburg shut-down study.

Bioelectromagnetics 27:142-150.  Sleep quality improved and melatonin excretion increased when the transmitter was shut down.

f.      Preece AW, Georgious AG, Duunn EJ, Farrow SC.  2007. Health response of two communities to military antennae in Cyprus.  Occup Environ Med 64:402-408. Compared to residents of a control village, there was a highly significant excess in the reporting of migraine, headache and dizziness in residents living near to military and cell phone antenna systems.

g.      Barth A, Winker R, Ponocny-Seliger E, Mayrhofer W, Ponocny I, Sauter C, Vana N. 2008. A meta-analysis for neurobehavioural effects due to electromagnetic field exposure emitted by GSM mobile phones.  Occup Environ Med 65: 342-345.  The authors looked at 19 studies of cognitive function in cell phone users, and found in the meta-analysis that there is evidence for a decreased reaction time, altered working memory and increased number of errors in exposed persons.

h.      Landgrebe M, Frick U, Hauser S, Langguth B, et al. 2008. Cognitive and neurobiological alterations in electromagnetic hypersensitive patients: results of a case-control study.  Psychol Med 38: 1781-1791. Studies 89 EHS subjects and 107 age and gender matched controls.  Found that discrimination ability was significantly reduced in EHS subjects, while intra-cortical facilitation was decreased in younger, but increased in older EHS subjects. They conclude that there are significant cognitive and neurobiological alterations pointing to a higher genuine individual vulnerability in EHS subjects.

i.      Landgrebe M, Frick U, Hauser S, Hajak G, Langguth B. 2009. Association of tinnitus and electromagnetic hypersensitivity: hints for a shared pathophysiology?  PLoS One 4: e5026 doi: 10.1371/journal.pone.0005026.  Tinnitus occurrence and severity were assessed by questionnaire in 89 EHS and 107 control subjects.  Tinnitus was significantly more frequent in the EHS group, but there were no differences in severity or duration.  They conclude that tinnitus is associated with subjective EHS.

j.      Furubayashi T, Ushiyama A, Teerao Y, Mizuno Y, et al. 2009. Effects of short-term W-CDMA mobile phone base station exposure on women with or without mobile phone related symptoms. Bioelectromagnetics 30: 100-113.  In a double-blind, cross over study of 11 subjects with cell phone-related symptoms and 43 controls, subjected to continuous, intermittent and sham exposure with or without noise, no

15

1   significant effects were found on any psychological, cognitive or autonomic
2   response.
3
4        k.    Dahmen N, Ghezel-Ahmadi D, Engel A. 2009.  Blood laboratory
5   findings in patients suffering from self-perceived electromagnetic
6   hypersensitivity (EHS).  Bioelectromagnetics 30: 299-306.  Monitored
7   thyroid hormone, liver enzymes, hemoglobin, hematocrit and c-reactive
8   protein in subjects with and without EHS.  "Our results identified
9   laboratory signs of thyroid dysfunction, liver dysfunction and chronic
10  inflammatory processes in small, but remarkable fractions of EHS
11  sufferers."
12
13       l.    Eger H, Jahn M. 2010.  [Specific health symptoms and cell phone
14  radiation in Selbitz (Bavaria, Germany)- Evidence of a dose-response
15  relationship.]  Umwelt-Medizin-Gesellschaft 23: 2.  Reports on symptoms
16  of individuals based on residential location and RF measurements of local
17  cell phone radiation levels. "For symptoms as sleep problems, depressions,
18  cerebral symptoms, joint problems, infections, skin problems,
19  cardiovascular problems as well as disorder of the visual and auditory
20  systems and the gastrointestinal tract, a significant dose-response
21  relationship was observed in relation to objectively determined exposure
22  levels".
23
24       m.    Robertson JA, Théberge J, Weller J, Drost DJ, Prato FS, Thomas
25  AW. 2010. Low-frequency pulsed electromagnetic field exposure can alter
26  neuro-processing in humans.   JR Soc Interface 7:467-473.  A functional
27  magnetic resonance imaging study demonstrated how the neuromodulation
28  effect of extremely low-frequency magnetic fields influences the processing
29  of acute thermal pain. The study concludes that magnetoreception may be
30  more common than presently thought. This study was already filed in the
31  present case as Exhibit C-SE-AQLPA-0043, SE-AQLPA-5, Document 10.
32
33       n.    Heinrich S, Thomas S, Heumann C, von Kries R and Radon K.
34  2010.  Association between exposure to radiofrequency electromagnetic
35  fields assessed by dosimetry and acute symptoms in children and
36  adolescents: a population based cross-sectional study.  Environ Health 9: 75
37  doi: 10.1186/1476-069X-9-75.  The authors studied 1484 children and 1508
38  adolescents with radiofrequency exposure monitored by a personal
39  dosimeter.  Self-reported statistically significant effects found include
40  increased headache (OR 1.50, 1.03-2.19), greater irritation in the evening
41  (OR 1.79, 1.23-2.61) and higher concentrations problems (OR = 1.55, 1.02-
42  2.33) in individuals with greater exposures.  However, many others
43  measures did not lead to statistically significant associations.

16

o.      Mohler E, Frei P, Braun-Fahrlander C, Frohlich J, et al. 2010. Effects of everyday radiofrequency electromagnetic field exposure on sleep quality: A cross-sectional study. Rad Res 174: 347-356. Studied 1375 inhabitants of Basel with a questionnaire and using a prediction model of exposure. "Neither mobile phone use nor cordless phone use was associated with decreased sleep quality."

p.      Roosli M, Frei P, Mohler E, Hug K. 2010. Systematic review on the health effects of exposure to radiofrequency electromagnetic fields from mobile phone base stations. Bull World Health Organ 88: 887-896. Reviewed 17 publications on non-specific symptoms of ill health from RF exposure from mobile phone base stations, and concluded that "At present there is insufficient data to draw firm conclusions about health effects from long-term low-level exposure typically occurring in the everyday environment."

q.      Papageorgiou CC, Hountala CD, Maganioti AE, Kyprianou MA, Rabavilas AD, Papadimitriou GN, Capsalis CN. 2011. Effects of wi-fi signals on the p300 component of event-related potentials during an auditory Hayling task. J Integr Neurosci 10:189-202. The Hayling Sentence Completion test was used to evaluate response initiation and response inhibition. This study concludes that WI-FI exposure may exert gender-related alterations on neural activity.

r.      Oshima N, Nishida A, Shimodera S, Tochigi M, et al. 2012. The suicidal feelings, self-injury, and mobile phone use after lights out in adolescents. J Pediat Psychol 37: 1023-1030. Studied 17,920 adolescents using a self-report questionnaire. "Logistic regression showed significant associations of the nocturnal mobile phone use with poor mental health, suicidal feelings, and self-injury after controlling for sleep length and other confounders."… "A mechanism of the association might be worsening of the quality of sleep."

In summary, some studies are suggestive of an association, but the reported evidence falls short of proof. In the context of exposure to RF emissions from smart meters, there is a substantial body of evidence from the personal accounts of utility customers who report experiencing EHS symptoms. This evidence should

1       not be disregarded in setting public policy that will determine whether and to what

2       extent people are exposed to these devices.

3               Further discussion of studies of EHS effects can be found in Sections 6 and

4       8 of the Bioinitiative Report 2012.

5   Q.  Is there evidence that brain cancer rates have increased in recent decades?

6   A.  If use of cell phones causes brain cancer, then one might expect that overall rates

7       of brain cancer would show an increase, since cell phone use has grown

8       enormously in recent years.  However, since use of cell phones is relatively recent

9       and the latency for development of brain cancer following other environmental

10      exposures is long (up to 20-30 years), there might not yet be a clear pattern of

11      increased incidence.  The following studies address this issue:

12

13      a.      Central Brain Tumor Registry of the United States (CBTRUS).
14      Supplemental Report:  Primary Brain Tumors in the United States. 2004.
15      Hinsdale, IL; Central Brain Tumor Registry of the Unites States 2008.
16      Age-adjusted CNS tumor incidence was 18.2 cases per 100,000 in 2004,
17      but 13.4 cases per 100,000 in 1995.
18

19      b.      Lehrer S, Green S, Stock RG. 2010.  Association between number of
20      cell phone contracts and brain tumor incidence in nineteen U.S. states. J
21      Neuro-Oncol 101:505-507. "The effect of cell phone subscriptions was
22      significant (P = 0.017), and independent of effect of mean family income (P
23      = 0.894), population (P = 0.003) and age (0.499).  The very linear
24      relationship between cell phone usage and brain tumor incidence is
25      disturbing and certainly needs further epidemiological evaluation.  In the
26      meantime, it would be prudent to limit exposure to all source of electro-
27      magnetic radiation."
28

29      c.      De Vocht F, Burstyn I, Cherrie JW. 2011.  Time trends (1998-2007)
30      in brain cancer incidence rates in relation to mobile phone use in England.
31      Bioelectromagnetics 32:334-339. "There were no time trends in overall
32      incidence of brain cancers for either gender, or any specific age groups.

Systematic increases in rates for cancer of the temporal lobe in men… and women… were observed, along with decreases in the rates of cancer of the parietal lobe… and cerebellum…"

d.     Little MP, Curtis RE, Devesa SS, Inskip PD, et al. 2012.  Mobile phone use and glioma risk: comparison of epidemiological study results with incidence trends in the United States.  BMJ 344: e1147 doi: 10.1136/bmj.e1147.  "Raised risks of glioma with mobile phone use, as reported by one (Swedish) study forming the basis of the IARC's re-evaluation of mobile phone exposure, are not consistent with observed incidence trends in US population data, although US data could be consistent with the modest excess risks in the Interphone study."

e.     Dobes M, Shadbolt B, Khurana VG, Jain S, et al. 2011.  A multicenter study of primary brain tumor incidence in Australia (2009-2008).  Neuro-Oncol 13: 783-790.  The authors observed an increased increase in malignant primary brain tumors over the period 2000-2008, but cannot determine whether it was due to improved detection, diagnosis or to a true elevated incidence.

f.     Deltour I, Auviene A, Feychting M, Johansen C, et al. 2012.  Mobile phone use and incidence of glioma in the Nordic countries 1979-2008.  Epidemiology 23:301-307. "No clear trend change in glioma incidence rates was observed.  Several of the risk increases seen in case-control studies appear to be incompatible with the observed lack of incidence rate increase in middle-aged men.  This suggests longer induction periods than currently investigated, lower risks than reported from some case-control studies, or the absence of any association."

g.     The Danish Cancer Society recently reported that the number of men who are diagnosed with the most malignant form of brain cancer (glioblastoma) has almost doubled over the past ten years. (http://www.cancer.dk/Nyheder/nyhedsartikler/2012kv4/Kraftig+stigning+i+hjernesvulster.htm)

Further discussion of the relevance of brain cancer rates to the debate about the association between cell phone and RF exposure to cancer is found in Section 11 of the *Bioinitiative Report, 2012.*

19

1   Q.    In addition to the foregoing evidence of the effects of low-level RF on humans, is

2         there additional evidence from studies of animals and isolated cells?

3   A.    Some, but not all studies of isolated cells and intact animals have shown that

4         RF/MW exposures may cause changes in cell membrane function, cell

5         communication, metabolism, activation of proto-oncogenes, and can trigger the

6         production of stress proteins at exposure levels below the above FCC and Health

7         Canada guidelines. Resulting effects in cellular studies include DNA breaks and

8         chromosome aberrations, cell death including death of brain neurons, increased

9         free radical production, activation of the endogenous opioid system, cell stress and

10        premature aging.    Additional studies show neurologic, immune, endocrine,

11        reproductive and cardiac, adverse health effects from low-dose, chronic exposure

12        to RF/MW radiation in humans.  These studies will not be presented here because

13        there are too many and their relevance to human health is uncertain.  Please see

14        Bioinitiative Report, 2012 for a comprehensive review of these studies.  In

15        summary they do provide additional evidence of biological effects and evidence

16        for possible mechanisms whereby radiofrequency fields may cause adverse health

17        effects including cancer, reproductive and neurobehavioral effects through

18        generation of reactive oxygen species, gene induction and alteration of ion fluxes,

19        but not all positive observations have been fully replicated.

20  Q.    **Are there any safety standards or guidelines governing RF devices in the**

21        **United  States that are designed to protect people from non-thermal effects of**

22        **RF exposure?**

20

1    A.    The standards set by the US Federal Communications Commission (FCC)

2    and most international government and non-government organizations are based

3    on the fallacious assumption that there are no adverse human health effects from

4    radiofrequency radiation that does not cause measureable heating.  These

5    standards provide no protection whatsoever against non-thermal effects of RF.

6    Some biological effects are known to occur at several hundred thousand times

7    below the FCC public exposure guidelines and the similar guidelines of Health

8    Canada's Safety Code no. 6 (of 6,000,000 $\mu W/m^2$ or 600 $\mu W/cm^2$ for the 902-928

9    MHz bandwidth), as documented in the 2012 *Bioinitiative Report*, Section 24.  It

10   is further to be noted that FCC guidelines also apply to 30-minute averaging and

11   Health Canada's Safety Code no. 6 applies to 6-minute averaging.    There is no

12   evidence that averaging exposures over time is appropriate for assessing maximum

13   exposure limits to low-level RF.

14        Furthermore, these limits are based on the incorrect biological assumption

15   that body temperatures must increase at least 1°C to lead to potential biological

16   impacts and the impacts of absorbing RF within the band of the electromagnetic

17   spectrum that smart meters use would only be limited to behavioral disruption.

18   These limits do not take into account the scientific research that show tissue

19   heating may result in many adverse health effects other than "behavioral

20   disruption".  These limits also do not take into account the accepted biological fact

21   that every enzyme system in the body is exquisitely sensitive to temperature and

22   may increase activity by even a fraction of a degree increase in temperature. What

21

1    is defined as "non-thermal" effect is therefore partly a function of our ability to

2    measure the temperature increase.  *See Bioinitiative Report*, Section 24 for further

3    discussion.

4            FCC public RF/MW radiation exposure guidelines (and the similar Health

5    Canada Safety Code no. 6 guidelines) are based on the height, weight and stature

6    of a 6-foot tall man, not children or adults of smaller stature. The guidelines do not

7    take into account the unique susceptibility of growing children to RF/MW

8    radiation exposures. Since children are growing, their rate of cellular activity and

9    division is more rapid, and they are at a greater risk for DNA damage and

10    subsequent cancers. Growth and development of the central nervous system is still

11    occurring well into the teenage years, such that the neurological impairments

12    predictable by the extant science may have great impact upon development,

13    cognition, learning, and behavior.

14   Q.    **Have you reviewed the joint testimony of William H. Bailey, Ph.D. and Yakov**

15        **Shkolnikov, Ph.D., dated September 19, 2012?**

16   A.    Yes.

17   Q.    **In their testimony, Dr. Bailey and Dr. Shkolnikov cite a report by the**

18        **ICNIRP Committee, which concluded that "the trend in the accumulated**

19        **evidence is increasingly against the hypothesis that mobile phone use causes**

20        **brain tumors."  Do you agree with that conclusion?**

21   A.    I strongly disagree.  The weight of evidence indicates that mobile phone use is

22    associated with elevated risk of brain cancer which becomes apparent after ten or

1    more years of intensive use and occurs primarily on the side of the head where the

2    user holds his/her phone the majority of the time.  There is emerging evidence that

3    younger people are at greater risk than older individuals.  The great majority of the

4    meta-analyses that have been published on the subject demonstrate a statistically

5    significant elevation in rates of brain cancer with long-term cell phone use. This

6    statement by Bailey and Shkolnikov is simply not true.

7         It is necessary to comment on the ICNIRP report, as well as on the UK

8    Advisory Group on Non-Ionising Radiation (AGNIR) report, published in April,

9    2012, which is also cited by Bailey and Shkolnikov.  It should be noted that there

10   is considerable overlap in the membership of these two groups.  Both ignore or

11   attempt to discredit the information presented above.  The AGNIR report fails to

12   even mention the IARC classification of radiofrequency fields as possible human

13   carcinogens.  Neither is a fair and balanced review of the scientific evidence

14   concerning the human health effects of radiofrequency fields.  A much more

15   convincing review of the evidence is found in the Ramazzini Institute European

16   Journal of Oncology Library, Volume 5, entitled "Non-thermal effects and

17   mechanisms of interaction between electromagnetic fields and living matter,"

18   published in 2010, and in the *Bioiniative Report, 2012*.  The primary reason that I

19   and the other authors prepared the *Bioinitiative Report* was and is to counter the

20   prejudicial and false conclusions of these reports, and to do so by presenting a

21   comprehensive review of scientific evidence.

23

1    Q.    **Do you agree with their testimony that the authors of the *Bioinitiative Report***

2          **used flawed methods and failed to follow "the standard, scientific methods for**

3          **developing exposure limits."**

4    A.    I strongly disagree with this statement.  It should be noted that the *Bioinitiative*

5          *Report* does not recommend exposure limits *per se*, but rather identifies exposures

6          levels which are associated with biological effects, some of which are adverse

7          effects on human health.  The public health chapter, of which I am a co-author,

8          identifies a "no observed effect level" (NOEL), based on the scientific evidence

9          from peer-reviewed scientific studies, then applies safety factors for sensitive

10         populations (the fetus, children, the aged, etc.) as is standard practice in chemical

11         risk assessment.  This chapter presents clear documentation of why more stringent

12         limits on exposure are necessary to protect human health.

13         The *BioInitiative Report* is aimed at *restoring* the balance, by providing a

14         more comprehensive review of the evidence.  The *Bioinitiative Report* mentions

15         many negative reports, discusses the weight of evidence, and looks for

16         inconsistencies.  For example, Prof. Henry Lai of the University of Washington in

17         the 2012 *Bioinitiative Report* presents summaries of 86 scientific studies on

18         genotoxic effects of radiofrequency radiation published since 2007, and finds that

19         63% of these found statistically significant positive effects, while of 155 new

20         studies on neurological effects, 98 found effects.  The *Bioinitiative Report*, unlike

21         either the ICNIRP or AGNIR reports, reviews of the scientific research available,

22         both those showing and not showing biological effects and human disease, and

24

1    draws conclusions based on the weight of the evidence that standard setting

2    organizations were failing to properly take into account.

3

4  Q.   **Dr. Bailey and Dr. Shkolnikov testified that: "The weight of the evidence does**

5       **not support the idea that significant biological or adverse health effects can**

6       **occur" from RF exposure.  Do you agree with this conclusion?**

7  A.   This statement is almost incomprehensible given the strength of the evidence

8       demonstrating consistent and serious adverse health effects in both animal and

9       human studies.  The studies of greatest importance are those which demonstrated

10      elevations in cancers, especially leukemia and brain cancer, in association with

11      exposure to radiofrequency EMFs.  There is evidence that exposure to cell phone

12      frequencies increased uptake of glucose in the brain, which indicates that RF

13      radiation alters fundamental process within the nervous system.  The thousands of

14      studies in cellular and animal systems provide additional evidence that

15      radiofrequency fields alter a host of biochemical, physiological and behavioral

16      factors. While certainly not every study reports positive and statistically

17      significant results, the majority do as clearly documented in the 2012 *Biointiative*

18      *Report.*  No objective person could possibly make a statement such as this if they

19      are at all familiar with the literature published in high-quality, peer-reviewed

20      scientific journals, and if they are coming to the question with an open mind

21      without a major conflict of interest.

1          Standards setting organizations aimed at regulating RF exposure have for a

2     long time been dominated by physicists and engineers, often with close ties with

3     the industry, with little input from biological and medical science.  In spite of

4     evidence to the contrary, many such people have as a statement of faith that RF

5     fields that do not cause measureable tissue heating cannot have biologic effects.

6     This point of view is incompatible with the science.  Standards setting

7     organizations also often explicitly take into account the economic impacts of the

8     standards when faced with scientific uncertainty. Both because of their training

9     and because of their ties with the industry, members of most of these organizations

10    have been reluctant to take the above biological findings into account when

11    proposing exposure limits.

12         These organizations have generally refused to accept epidemiological and

13    laboratory research findings linking RF electromagnetic fields exposure with

14    various non-thermal biological effects, as being inconclusive and requiring further

15    research.  The difficulty stems from the fact that, although links have been

16    demonstrated repeatedly between RF electromagnetic fields exposure and non-

17    thermal biological effects in humans, there is a lack of a comprehensive biological

18    theory explaining why these effects take place, and therefore causality cannot, at

19    the present time, be demonstrated with certainty. Animals do not always respond

20    to RF electromagnetic fields as do humans. Also, in some cases, experimental

21    results in cellular studies have not been replicated in other laboratories; in some

22    cases attempts to duplicate results showed negative results or variations in the

26

1   results. These discrepancies are, however, normal in the research process and may

2   result from slight, but significant differences in procedures; they indicate that

3   biological systems are complex and that different variables need to be isolated in

4   order to fully understand these systems.  Research is still needed in order to

5   determine to what extent non-thermal biological effects may vary with frequency,

6   with modulation and depend on the pulsed (instead of continuous) character of RF

7   emissions.  There may also be variance between the levels of reaction of different

8   subjects for reasons that still remain to be explained. This is what the research

9   process is about.  In biology and medicine there is nothing that is 100% proven;

10   our understanding of various illnesses, cancer and Alzheimer's, for example, is

11   still largely incomplete.  We rely on statistical significance and weight of evidence

12   and, therefore, on judgment, when drawing conclusions about health effects.

13   Q.   **In your opinion, could a careful scientist familiar with the body of knowledge**

14   **on the subject reliably conclude that there are no risks of adverse health**

15   **effects from the exposure to RF in the 2.4 GHz range?**

16   A.   On the basis of the vast body of scientific literature, many public health experts,

17   myself included, are of the opinion that exposure to RF/MW radiation and EMFs,

18   including in the range of 2.4GHz, poses a potential of serious threat to public

19   health.  The degree of risk will vary with both the intensity and duration of

20   exposure.  It is likely society will face markedly increased incidence of neurotoxic

21   effects, neurodegenerative diseases, cancers and genotoxicity in the future,

1   resulting from the extreme and mostly involuntary exposure to RF/MW radiation

2   and EMFs.

3   **Q.**   **Are you familiar with smart meter technology?**

4   A.   I am familiar with smart meter technology.

5   **Q.**   **In your opinion, could a careful scientist familiar with the body of knowledge**

6   **on the subject reliably conclude that there are no risks of adverse health**

7   **effects from exposure to RF from smart meters emitting RF radiation in the**

8   **2.4 GHz range with peak power densities of approximately 0.44 mW/cm$^2$?**

9   A.   There are two types of smart meter technology.  Wired smart meters pose no risk

10   of exposure to RF radiation.  Wireless smart meters, on the other hand, pose a

11   substantial risk of RF exposure which is dependent on the frequency of pulsed RF,

12   the intensity of the pulsed RD and the individual's distance from the meter.  While

13   there have not been human health studies done to date of the effects of exposure to

14   smart meter RF, because the technology is too new and the latency for adverse

15   effects for diseases such as cancer is long, the evidence from the cell phone studies

16   demonstrates convincingly that wireless smart meters pose a risk to human health.

17   Smart meters send pulsed RF radiation at intermittent periods of time.

18   While the frequency of these pulses may vary with different smart meters, some

19   have been reported to send pulses over 30 times a minute at peak power density

20   reading of over 67mW/m$^2$ (0.0067mW/cm$^2$) (Maisch. 2012. Smart meter health

21   concerns: Just a nocebo effect or an emerging public health nightmare?  ACNEM

22   Journal 31: 15-19), and this exposure has been associated with self-reported

28

1    experimental studies that provide some of the evidence of low intensity exposure

2    effects from radiofrequency radiation at low-intensity exposures.  Because the

3    meters operate intermittently 24/7, an individual in the vicinity of the meter will be

4    continuously exposed to RF.

5         It is correct that the CMP smart meters comply with the FCC standard of 1

6    mW/cm$^2$.  The problem is that the FCC standard is based on the assumption that

7    there are no effects of RF radiation other than tissue heating, which is simply not

8    the case.

9         For most smart meter use, the cumulative average RF exposure is not great,

10   but the reported health effects are large.  This raises the important question as to

11   whether the exposure of greatest concern is the cumulative average, or rather the

12   peak power levels in the pulses.  This issue is discussed in Chapter 24 of the 2012

13   *Biointiative Report*, which presents some evidence that it is the peak power that is

14   important.  However, the total exposure will only increase in the future as RF

15   devices are being placed in every appliance in the home, and will use RF to

16   communicate to the smart meter which will communicate with the utility.  This

17   will make the home, especially the kitchen, a source of highly elevated RF

18   exposure whenever an appliance is used.

19        Further investigation of the human health effects of smart meter exposures

20   is essential.  In the meantime it is extremely unwise to implement the smart grid

21   with wireless smart meters until we understand fully the potential for harm to

22   human health.

29

1

Dated this 18th day of January, 2013.

David O. Carpenter, M.D.

STATE OF NEW YORK
RENSSELAER, ss:                                   January 22, 2013

       Personally appeared the above-named David O. Carpenter, M.D., and stated under oath that the foregoing Affidavit made by him is true and based upon his own personal knowledge, information or belief, and so far as upon information and belief, he believes the information to be true. Before me,

Notary Public/Attorney-at-Law
Doreen A Van Vorst
Name Typed or Printed
My Commission Expires: _____

DOREEN A. VanVORST
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01VA5083834
My Commission Expires Aug. 25, 20 13

30

**DAVID CARPENTER**
**EXHIBIT A**

### *CURRICULUM VITAE*

| | | |
|---|---|---|
| Name: | David O. Carpenter | |

Home Address:  2749 Old State Road
Schenectady, New York  12303

Positions Held:
Director, Institute for Health and the Environment
University at Albany
Professor, Environmental Health Sciences
School of Public Health, University at Albany
5 University Place, A217, Rensselaer, NY 12144

Honorary Professor
Queensland Children's Medical Research Institute
University of Queensland
Brisbane, Australia

| Education: | 1959 | B.A., Harvard College, Cambridge, MA |
|---|---|---|
| | 1964 | M.D., Harvard Medical School, Boston, MA |

**Positions Held:**

9/61-6/62   Research Fellow, Department of Physiology, University of Göteborg, Sweden with Professor Anders Lundberg

7/64-6/65   Research Associate, Department of Physiology, Harvard Medical School, Boston, MA under the direction of Dr. Elwood Henneman

7/65-2/73   Neurophysiologist, Laboratory of Neurophysiology, National Institutes of Mental Health, Dr. Edward V. Evarts, Chief,  Assistant Surgeon, USPHS, currently a Reserve Officer in the USPHS.

2/73-3/80   Chairman, Neurobiology Department Armed Forces Radiobiology Research Institute, Defense Nuclear Agency, Bethesda, MD

3/80-9/85   Director, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

9/85-1/98   Dean, School of Public Health, University at Albany

9/85-Pres.   Professor, Departments of Environmental Health Sciences and Biomedical Sciences, School of Public Health, University at Albany.

9/85-7/98   Research Physician, Wadsworth Center for Laboratories and Research, New York State Department of Health, Albany, NY

1/98-1/05   Adjunct Professor in the Center for Neuropharmacology & Neuroscience, Albany Medical College, Albany, NY

2001-Pres.   Director, Institute for Health and the Environment, University at Albany, SUNY, Rensselaer, NY.  The Institute was named a Collaborating Center of the World Health Organization in 2011.

2005-Pres.   Senior Fellow, Alden March Bioethics Institute, Albany Medical College/Center, Albany, New York

**DAVID CARPENTER**
**EXHIBIT A**

| | |
|---|---|
| **Editor-in-Chief:** | Cellular and Molecular Neurobiology, 1981 – 1987 |
| **Editor-in Chief:** | Reviews on Environmental Health 2012-present |
| **Editor-in-Chief:** | Journal of Local and Global Health Sciences 2012-present |
| **Editorial Advisor:** | Cellular and Molecular Neurobiology, 1987 - Present |
| **Editorial Boards:** | Journal of Public Health Management and Practice, 1995 - 2002 |
| | International Journal of Occupational Medicine & Environmental Health 1996 – Present |
| | Journal of Alzheimer's Disease – Associate Editor,2007-2009 |
| | Reviews in Environmental Health; 2008-2012 |
| | International Archives of Occupational and Environmental Health; 2009-present. |
| | Journal of Environmental and Public Health, 2009-present. |
| | Environmental Health Perspectives, 2010-present |
| | Global Health Perspective, 2012-present |

**National and International Committees:**

| | |
|---|---|
| 1978, 1981 | Physiology Study Section (Ad hoc member) |
| 1979-1985 | NIH International Fellowship Study Section |
| 1974-1981 | Member, Steering Committee of the Section on the Nervous System, American Physiological Society (Chairman of the Committee, 9/76-4/80) |
| 1981-1989 | Member, USA National Committee for the International Brain Research Organization |
| 1985-1986 | Committee on Electric Energy Systems of the Energy Engineering Board, National Research Council |
| 1986-1987 | Member, Neurophysiology Peer Panel for the National Aeronautics and Space Administration |
| 1987-1989 | Member, Science Advisory Council of the American Paralysis Association |
| 1987-1990 | Advisory Panel for the Electric Energy System Division, U.S. Department of Energy |
| 1985-1993 | Committee #79, National Council on Radiation Protection and Measurements |
| 1986-1997 | Member, Legislative and Education Committees, Association of Schools of Public Health |
| 1989-1994 | Member, Neuroscience Discipline Working Group, Life Sciences Division of the NASA |
| 1994, 1995 | Federation of American Societies for Experimental Biology Consensus Conference on FY 1995 Federal Research Funding |
| 1994-1997 | Member, Legislative Committee of the Association of Schools of Public Health |
| 1997 | Member, Executive Committee of the Association of Schools of Public Health |
| 1997-2000 | National Advisory Environmental Health Sciences Council of the National Institutes of Health |
| 1998-Pres. | Member, U.S. Section of the Great Lakes Science Advisory Board of the International Joint Commission |
| 2000-Pres. | Member, Board of Directors, Pacific Basin Consortium for Hazardous Waste Health and Environment;  Treasurer, 2001-2004, 2008-pres; Chair, 2004-2008 |
| 2001-2008 | United States Co-Chair, Workgroup on Ecosystem Health of the Science Advisory Board of the International Joint Commission |
| 2002-2003 | Member, Committee on the Implications of Dioxin in the Food Supply, The National Academies, Institute of Medicine |
| 2003-2008 | Member, United States Environmental Protection Agency, Children's Health Protection Advisory Committee |
| 2003-Pres. | Chair, Advisory Committee to the World Health Organization and National Institute of Environmental Health Sciences on collaborative activities. |
| 2004-Pres. | Member, Blue Ocean Institute Curriculum Advisory Board. |
| 2007-2011 | Chair, Workgroup on Risks vs. Benefits of Fish Consumption, Science Advisory Board, International Joint Commission. |

**DAVID CARPENTER**
**EXHIBIT A**

**State and Local Committees:**

| | |
|---|---|
| 1980-1987 | Executive Secretary, New York State Power Lines Project |
| 1985-1989 | Board of Scientific Advisors, Institute of Basic Research, OMRDD, N.Y. |
| 1986-1989 | Member, Steering Committee, Health Policy and Administrative Consortium of the Capital District |
| 1991-1992 | Member, Connecticut Academy of Sciences and Engineering Committee on Electromagnetic Field Health Effects |
| 1991-1992 | Member, Board of Directors of the Capital District Chapter of the Alzheimer's Disease and Related Disorders Association, Inc. |
| 1991-1992 | Member, State Task Force for the Reform of Middle Level Education in NY State |
| 1992-1993 | Member, State Needs Task Force on Health Care and Education |
| 1987-1998 | Delegate-at-Large, New York State Public Health Association |
| 1991-1995 | Member, Board of Directors of the Capital District Amyotrophic Lateral Sclerosis Association |
| 1994 | Chair, Council of Deans, University at Albany, SUNY |
| 1997-2008. | Member, Board of Directors, (Chair 1998-2004) Albany-Tula Inc.: A Capital Region Alliance |
| 2000-Pres. | Member, Board of Directors, Healthy Schools Network, Inc. |
| 2000-2003 | Member, Medical Advisory Board, Hepatitis C Coalition, New York |
| 2000-2004 | Member, Environmental Protection Agency /National Association of State Universities and Land Grant Colleges Task Force |
| 2001-2008 | Member, Board of Directors, Environmental Advocates of New York |
| 2004-2007 | Member, Ad Hoc Advisory Group on Brownfield Cleanup Standards |
| 2005-Pres. | Member, Schooling Chefs Curriculum Advisory Board |
| 2005-Pres. | Member, Advisory Board, Healthy Child Healthy World |
| 2005-2008 | Member, Board of Directors, Citizens Environmental Coalition |
| 2006-2009 | Member, Board of Directors, Marine Environmental Research Institute |
| 2007-2009 | Member, New York State Renewable Energy Task Force |

**Honors, Awards and Fellowships:**

| | |
|---|---|
| 1959 | B.A. awarded magna cum laude. Thesis entitled "Metamorphosis of visual pigments:  A study of visual system of the salamander, Ambystoma tigrinum" (Thesis advisor, Professor George Wald) |
| | Elected to Phi Beta Kappa and to Sigma Xi |
| 1964 | M.D. awarded cum laude for a thesis in a special field.  Thesis entitled "Electrophysiological observations on the importance on neuron size in determining responses to excitation and inhibition in motor and sensory systems" (Thesis advisor, Dr. Elwood Henneman) |
| 1964 | Awarded the Leon Resnick Prize given to a Harvard Medical School graduate showing promise in research |
| 1970 | Awarded the Moseley Traveling Fellowship for study in England (Fellowship declined) |
| 1971 | Invited as Visiting Professor of Physiology, Centro de Investigacion y de Estudios Avanzados, del Institute Politecnico Nacional, Mexico 14, D.F., Mexico, for 3 months |
| 1982, 1986 | Visiting Professor of Physiology, Department of Physiology, Kyushu |
| 1987 | University, Fukuoka, Japan, for a period of three months each |
| 1989 | Awarded Jacob Javits Neuroscience Investigator Award from the National Institute of Neurological and Communicative Diseases and Stroke |
| 1999 | Awarded Homer N. Calver Award from the American Public Health Association for studies |

**DAVID CARPENTER**
**EXHIBIT A**

in environmental health.

2001       Awarded 2001 Academic Laureate from the University at Albany Foundation.

2010       Awarded the Albion O. Bernstein, M.D. Award in recognition of an outstanding contribution to public health and the prevention of disease though lifelong research of environmental health hazards and for limitless devotion to medical education by the Medical Society of the State of New York.

2011       Awarded the Rodney Wylie Eminent Visiting Fellowship 2011 at the University of Queensland, Brisbane, Australia for a period of four weeks.

**Federal Grants Held**:  (Principal Investigator Only)

1980-1983      United States Air Force, "Mechanisms of Radiation-Induced Emesis in Dogs", $76,847 total direct costs.

1982-1988      National Institute of Health, "Mechanisms of Desensitization at Central Synapses", $464,786 total direct costs.

1984-1986      Defense Nuclear Agency, "Mechanisms of Radiation-Induced Emesis in Dogs@,  $330,504 total direct costs.

1986-1996      National Institute of Health, "Mechanisms of Excitatory Amino Acids Actions and Toxicity", 1986-1989 $231,848 total direct costs; 1990-1996 $562,926 total direct costs.

1989-1993      National Institute of Health, "Mechanisms of Lead Neurotoxicity" $373,576 total direct costs

1990-1995      National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs and PCDFs at a Waste Site", D.O. Carpenter, P.I. $5,783,419 total direct costs.

1995-2001      Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health.  ACentral/Eastern European Environ/Occup Training Program@, D.O. Carpenter, P.I.  $657,520 total costs.

1995-2001      National Institute of Environmental Health Sciences, Superfund Basic Research Program, "Multidisciplinary Study of PCBs," D.O. Carpenter, P.I. $12,653,709 total direct costs.

1998-1999      Environmental Protection Agency, AIndoor Air Risk at Akwesasne - Pilot Project@, D.O. Carpenter, P.I.  $9,996 total costs.

2000-2002      Association Liaison Office for University Cooperation in Development, ACooperative Program in Environmental Health between the Institute of Public Health at Makerere University, Kampala, Uganda and the School of Public Health, University at Albany, USA@, D.O. Carpenter, P.I. $96,432 total costs.

2001-2007      Fogarty International Center, National Institutes of Health, International Training Program in Environmental and Occupational Health. AMultidisciplinary Environmental Health Training@, D.O. Carpenter, P.I. $850,000 total costs.

2006-2011      Pakistan-US Science and Technology Cooperative Program (US National Academy of Sciences).  "Association of particulate matter with daily morbidity in an urban population," D.O. Carpenter, P.I., $391,104 total costs.

2009-2013      Exploratory Center on Minority Health and Health Disparities in Smaller Cities. Project 2:

Environmental contaminants and reproductive health of Akwesasne Mohawk women.

**DAVID CARPENTER**
**EXHIBIT A**

$387,825 for year 1.  D.O. Carpenter, Co-PI.

| | |
|---|---|
| 2010-2013 | Department of the Army, "Gulf War Illness: Evaluation of an Innovative Detoxification Program:  D.O. Carpenter, P.I., $636,958 total costs. |
| 2010-2013 | Higher Education for Development of the United States Agency for International Development, "Drinking Water Supply, Sanitation, and Hygiene Promotion : Health Interventions in Two Urban Communities of Kampala City and Mukono Municipality, Uganda".  D. O. Carpenter, P.I., $299,736 total costs. |
| 2011-2016 | National Institute of Environmental Health Sciences (1RO1ES019620), "Protecting the health of future generations:  Assessing and preventing exposures."  PK Miller, FA von Hippel, CL Buck and DO Carpenter, Co-P.I.s, $471,521 for the period 8/08/11-4/30/12, $2,354,871 for the period 2011-2016. |

**Research Interests:**

- Exposure to persistent organic pollutants and risk of diabetes, cardiovascular disease, and hypertension.
- Cognitive and behavioral effects of environmental contaminants on children (IQ, ADHD) and older adults (dementias, Parkinson's Disease and ALS).
- Ionizing and non-ionizing radiation biology.
- Effects of air pollution on respiratory and cardiovascular function.

**Other Professional Activities:**

Host, The Public Radio Health Show (a 30 min public health information show carried on 170+ stations nationwide), plus the Armed Forces Radio Network and Voice of America, 1985-2001.

Authored a biweekly health column in The Troy Record, a local newspaper, 1997-1999.

**Major Peer-Reviewed Publications:**

1.  Carpenter, D.O., Lundberg, A. and Norrsell, U.  Effects from the pyramidal tract on primary afferents and on spinal reflex actions to primary afferents.  Experientia, 18:337, 1962.

2.  Carpenter, D.O., Engberg, I. and Lundberg, A.  Presynaptic inhibition in the lumbar cord evoked from the brain stem.  Experientia, 18:450, 1962.

3.  Carpenter, D.O., Lundberg, A. and Norrsell, U.  Primary afferent depolarization evoked from the sensorimotor cortex.  Acta Physiol. Scand., 59:126-142.

4.  Carpenter, D.O., Engberg, I., Funkenstein, H. and Lundberg, A.  Decerebrate control of reflexes to primary afferents.  Acta Physiol. Scand., 59:424-437, 1963.

5.  Carpenter, D.O., Engberg, I. and Lundberg, A.  Differential supraspinal control of inhibitory and excitatory actions from the FRA to ascending spinal pathways.  Acta Physiol. Scand., 63:103-110, 1965.

6.  Henneman, E., Somjen, G.G. and Carpenter, D.O.  Excitability and inhibitibility of motoneurons of different sizes.  J. Neurophysiol., 28:599-620, 1965.

**DAVID CARPENTER**
**EXHIBIT A**

7.    Henneman, E., Somjen, G.G. and Carpenter, D.O.  Functional significance of cell size in spinal motoneurons.  J. Neurophysiol., 28:560-580, 1965.

8.    Somjen, G.G., Carpenter, D.O. and Henneman, E.  Selective depression of alpha motoneurons of small size by ether.  J. Pharmacol., 148:380-385, 1965.

9.    Somjen, G., Carpenter, D.O. and Henneman, E.  Response of motoneurons of different sizes to graded stimulation of supraspinal centers of the brain.  J. Neurophysiol., 28:958-965, 1965.

10.   Carpenter, D.O., Engberg, I. and Lundberg, A.  Primary afferent depolarization evoked from the brain stem and the cerebellum.  Arch. Ital. Biol., 104:73-85, 1966.

11.   Carpenter, D.O. and Henneman, E.  A relation between the threshold of stretch receptors in skeletal muscle and the diameter of axons.  J. Neurophysiol., 29:353-368, 1966.

12.   Carpenter, D.O.  Temperature effects on pacemaker generation, membrane potential, and critical firing threshold in Aplysia neurons.  J. Gen. Physiol., 50:1469-1484, 1967.

13.   Chase, T.N., Breese, G., Carpenter, D., Schanberg, S. and Kopin, I.  Stimulation-induced release of serotonin from nerve tissue.  Adv. Pharmacol., 6A:351-364, 1968.

14.   Carpenter, D.O. and Alving, B.O.  A contribution of an electrogenic $Na^+$ pump to membrane potential in Aplysia neurons.  J. Gen. Physiol., 52:1-21, 1968.

15.   Olson, C.B., Carpenter, D.O. and Henneman, E.  Orderly recruitment of muscle action potentials.  Arch. Neurol., 19:591-597, 1968.

16.   Carpenter, D.O.  Membrane potential produced directly by the $Na^+$ pump in Aplysia neurons.  Comp. Biochem. Physiol., 35:371-385, 1970.

17.   Carpenter, D.O. and Gunn, R.  The dependence of pacemaker discharge of Aplysia neurons upon $Na^+$ and $Ca^{++}$.  J. Cell. Physiol., 75:121-127, 1970.

18.   Kraus, K.R., Carpenter, D.O. and Kopin, I. R.  Acetylcholine-induced release of norepin-ephrine in the presence of tetrodotoxin.  J. Pharmacol. Exp. Therap., 73:416-421, 1970.

19.   Barker, J.L. and Carpenter, D.O.  Thermosensitivity of neurons in the sensorimotor cortex of the cat.  Science, 169:597-598, 1970.

20.   Carpenter, D.O., Hovey, M.M. and Bak, A.  Intracellular conductance of Aplysia neurons and squid axon as determined by a new technique.  Intl. J. Neurosci., 2:35-48, 1971.

21.   Carpenter, D.O., Breese, G., Schanberg, S. and Kopin, I.  Serotonin and dopamine:  Distribution and accumulation in Aplysia nervous and non-nervous tissues.  Int. J. Neurosci., 2:49-56, 1971.

22.   Hovey, M.M., Bak, A.F. and Carpenter, D.O.  Low internal conductivity of Aplysia neuron somata.  Science, 176:1329-1331, 1972.

23.   Carpenter, D.O.  Electrogenic sodium pump and high specific resistance in nerve cell bodies of the squid.  Science, 179:1336-1338, 1973.

24.   Carpenter, D.O. and Rudomin, P.  The organization of primary afferent depolarization in the isolated spinal cord of the frog.  J. Physiol. (Lond.), 229:471-493, 1973.

25.   Shain, W., Green, L.A., Carpenter, D.O., Sytkowski, A.J. and Vogel, Z.  Aplysia acetylcholine receptors:  Blockage by binding of α-bungarotoxin.  Brain Res., 72:225-240, 1974.

26.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Mammalian cold receptor afferents:  Role of an electrogenic sodium pump in sensory transduction.  Brain Res., 73:156-160, 1974.

27.   Saavedra, J.M., Brownstein, M.J., Carpenter, D.O. and Axelrod, J.  Octopamine:  Presence in single neurons in Aplysia suggests neurotransmitter function.  Science, 185:364-365, 1974.

**DAVID CARPENTER**
**EXHIBIT A**

28.   Willis, J.A., Gaubatz, G.L. and Carpenter, D.O.  The role of the electrogenic sodium pump in modulation of pacemaker discharge of Aplysia neurons.  J. Cell. Physiol., 84:463-472, 1974.

29.   Brownstein, M.J., Saavedra, J.M., Axelrod, J., Zeman, G.H. and Carpenter, D.O.  Coexistence of several putative neurotransmitters in single identified neurons of Aplysia.  Proc. Natl. Acad. Sci. (USA), 71:4662-4665, 1975.

30.   Carpenter, D.O. and Gaubatz, G.L.  Octopamine receptors on Aplysia neurons mediate hyperpolarization by increasing membrane conductance.  Nature, 252:483-485, 1974.

31.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Afferent nerve fiber activity responding to temperature changes of the scrotal skin of the rat.  J. Neurobiol., 38:601-612, 1975.

32.   Carpenter, D.O. and Gaubatz, G.L.  $H_1$ and $H_2$ histamine receptors on Aplysia neurons.  Nature, 254:343-344, 1975.

33.   Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Resistivity of axoplasm.  II.  Internal restivity of giant axons of squid and Myxicola.  J. Gen. Physiol., 66:139-148, 1975.

34.   Zeman, G.H. and Carpenter, D.O.  Asymmetric distribution of aspartate in ganglia and single neurons of Aplysia.  Comp. Biochem. Physiol., 52C:23-26, 1975.

35.   Pierau, Fr.-K., Torrey, P. and Carpenter, D.O.  Effect of ouabain and potassium-free solution on mammalian thermosensitive afferents in vitro.  Pflugers Arch., 359:349-356, 1975.

36.   Swann, J.W. and Carpenter, D.O.  The organization of receptors for neurotransmitters on Aplysia neurons.  Nature, 258:751-754, 1975.

37.   Yarowsky, P.J. and Carpenter, D.O.  Aspartate:  distinct receptors on Aplysia neurons.  Science, 192:806-809, 1976.

38.   Foster, K.R., Bidinger, J.M. and Carpenter, D.O.  The electrical resistivity of aqueous cytoplasm.  Biophys. J., 16:991-1001, 1976.

39.   Carpenter, D.O., Greene, L.A., Shain, W. and Vogel, Z.  Effects of eserine and neostigmine on the interaction of α-bungarotoxin with Aplysia acetylcholine receptors.  Mol. Pharmacol., 12:999-1006, 1976.

40.   Saavedra, J.M., Ribas, J., Swann, J. and Carpenter, D.O. Phenylethanolamine:  A new putative neurotransmitter in Aplysia.  Science, 195:1004-1006, 1977.

41.   Carpenter, D.O., Swann, J.W. and Yarowsky, P.J.  Effect of curare on responses to different putative neurotransmitters in Aplysia neurons.  J. Neurobiol., 8:119-132, 1977.

42.   Yarowsky, P.J. and Carpenter, D.O.  GABA mediated excitatory responses on Aplysia neurons.  Life Sci., 20:1441-1448, 1977.

43.   Willis, J.A., Myers, P.R. and Carpenter, D.O.  An ionophoretic module which controls electroosmosis.  J. Electrophysiol. Tech., 6:34-41, 1977.

44.   Yarowsky, P.J. and Carpenter, D.O.  Receptors for gamma-aminobutyric acid (GABA) on Aplysia neurons.  Brain Res., 144:75-94, 1978.

45.   Carpenter, D.O., Gaubatz, G., Willis, J.A. and Severance, R.  Effects of irradiation of Aplysia pacemaker neurons with 20 MeV electrons.  Rad. Res., 76:32-47, 1978.

46.   Yarowsky, P.J. and Carpenter, D.O.  A comparison of similar ionic responses to gamma-aminobutyric acid and acetylcholine.  J. Neurophysiol., 41:531-541, 1978.

47.   Blum, B., Auker, C.R. and Carpenter, D.O.  A head holder and stereotaxic device for the rattlesnake.  Brain Res. Bull., 3:271-274, 1978.

**DAVID CARPENTER**
**EXHIBIT A**

48. Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Dopamine-induced muscle contractions and modulation of neuromuscular transmission in Aplysia.  Brain Res., 157:167-172, 1978.

49. Swann, J.W., Sinback, C.N. and Carpenter, D.O.  Evidence for identified dopamine motor neurons to the gill of Aplysia.  Neurosci. Lett., 10:275-280, 1978.

50. Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Regulation of cyclic AMP in heart and gill of Aplysia by the putative neurotransmitters, dopamine and serotonin.  Life Sci., 24:1757-1764, 1979.

51. Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores.  Brain Res. Bull., 4:149-152, 1979.

52. Pellmar, T.C. and Carpenter, D.O.  Voltage-dependent calcium current induced by serotonin.  Nature, 277:483-484, 1979.

53. Ruben, P.C., Swann, J.W. and Carpenter, D.O.  Neurotransmitter receptors on gill muscle fibers and the gill peripheral nerve plexus in Aplysia.  Canad. J. Physiol. Pharmacol., 57:1088-1097, 1979.

54. Pellmar, T.C. and Carpenter, D.O.  Serotonin induces a voltage-sensitive calcium current in neurons of Aplysia californica.  J. Neurophysiol., 44:423-439, 1980.

55. Parver, L.M., Auker, C. and Carpenter, D.O.  Choroidal blood flow as a heat dissipating mechanism in the macula.  Am. J. Ophthalmol., 89:641-646, 1980.

56. Mell, L.D., Jr. and Carpenter, D.O.  Fluorometric determination of octopamine in tissue homegenates by high-performance liquid chromatography.  Neurochem. Res., 5:1089-1096, 1980.

57. Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Thyrotropin-releasing hormone has multiple actions in cortex.  Brain Res., 194:244-248, 1980.

58. Meszler, R.M., Auker, C.R. and Carpenter, D.O.  Fine structure and organization of the infrared receptor relay, the lateral descending nucleus of the trigeminal nerve in pit vipers.  J. Comp. Neurol., 196:571-584, 1981.

59. Auker, C.R., Parver, L.M., Doyle, T. and Carpenter, D.O.  Choroidal blood flow: I.  Ocular tissue temperature as a measure of flow.  Arch. Opthal., 100:1323-1326, 1982.

60. Parver, L.M., Auker, C., Carpenter, D.O. and Doyle, T.  Choroidal blood flow: II.  Reflexive control in the monkey.  Arch. Opthal., 100:1327-1330. 1982.

61. Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Lateral olfactory tract transmitter: Glutamate, aspartate or neither?  Cell. Mol. Neurobiol., 1:115-120, 1981.

62. Scappaticci, K.A., Dretchen, K.L., Carpenter, D.O. and Pellmar, T.C.  Effects of furosemide on neural mechanisms in Aplysia.  J. Neurobiol., 12:329-341, 1981.

63. Pellmar, T.C. and Carpenter, D.O.  Cyclic AMP induces a voltage-dependent current in neurons of Aplysia californica.  Neurosci. Lett., 22:151-157, 1981.

64. Parver, L., Auker, C. and Carpenter, D.O.  Stabilization of macular temperature:  The stabilizing effect of the choroidal circulation on the temperature environment of the macula.  Retina, 2:117-120, 1982.

65. Green, R.W. and Carpenter, D.O.  Biphasic responses to acetylcholine  in mammalian reticulospinal neurons.  Cell. Molec. Neurobiol., 1:401-405, 1981.

66. Hori, N., Auker, C.R., Braitman, D.J. and Carpenter, D.O.  Pharmacologic sensitivity of amino acid responses and synaptic activation of in vitro prepyriform neurons.  J. Neurophysiol., 48:1289-1301, 1982.

DAVID CARPENTER
EXHIBIT A

67.   Slater, N.T. and Carpenter, D.O.  Blockade of acetylcholine-induced inward currents in Aplysia neurons by strychnine and desipramine:  effect of membrane potential.  Cell. Molec. Neurobiol., 2:53-58, 1982.

68.   Swann, J.W., Sinback, C.N., Pierson, M.G. and Carpenter, D.O.  Dopamine produces muscle contractions and modulates motoneuron-induced contractions in Aplysia gill.  Cell. Molec. Neurobiol., 2:291-308, 1982.

69.   Swann, J.W., Sinback, C.N., Kebabian, P.R. and Carpenter, D.O.  Motoneurons which may utilize dopamine as their neurotransmitter.  Cell. Molec. Neurobiol., 2:309-324, 1982.

70.   Auker, C.R., Meszler, R.M. and Carpenter, D.O.  Apparent discrepancy between single unit activity and [14]C-deoxyglucose labelling in the optic tectum of the rattlesnake.  J. Neurophysiol., 49:1504-1516, 1983.

71.   Slater, N.T., Carpenter, D.O., Freedman, J.E. and Snyder, S.H.  Vipoxin both activates and antagonizes three types of acetylcholine response in Aplysia neurons.  Brain Res., 278:266-270, 1983.

72.   ffrench-Mullen, J.M.H., Hori, N., Nakanishi, H., Slater, N.T. and Carpenter, D.O.  Assymetric distribution of acetylcholine receptors and M channels on prepyriform neurons.  Cell. Molec. Neurobiol., 3:163-182, 1983.

73.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Responses of neurons of canine area postrema to neurotransmitters and peptides.  Cell. Molec. Neurobiol., 3:113-126, 1983.

74.   Slater, N.T. and Carpenter, D.O.  Blocking kinetics at excitatory acetylcholine responses on Aplysia neurons.  Biophys. J., 45:24-25, 1984.

75.   Chesnut, T.J. and Carpenter, D.O.  Two-component desensitization of three types of responses to acetylcholine in Aplysia.  Neurosci. Lett., 39:285-290, 1983.

76.   Haas, H.L., Jeffreys, J.G.R., Slater, N.T. and Carpenter, D.O.  Modulation of low calcium induced field bursts in the hippocampus by monoamines and cholinomimetics.  Pflugers Arch., 400:28-33, 1984.

77.   Parvar, L.M., Auker, C.R. and Carpenter, D.O.  Choroidal blood flow.  III.  Reflexive control in human eyes.  Arch. Ophthamol., 101:1604-1606, 1983.

78.   Slater, N.T., Haas, H.L. and Carpenter, D.O.  Kinetics of acetylcholine-activated cation channel blockade by the calcium antagonist D-600 in Aplysia neurons.  Cell. Molec. Neurobiol., 3:329:344, 1983.

79.   McCreery, M.J. and Carpenter, D.O.  Modulation of neuronal responses to L-glutamate in Aplysia.  Cell. Molec. Neurobiol., 4:91-95, 1984.

80.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Peptide-induced emesis in dogs.  Behav. Brain Res., 11:277-281, 1984.

81.   ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate and L-aspartate activate distinct receptors in prepyriform cortex.  Cell. Molec. Neurobiol., 4:185-189, 1984.

82.   Slater, N.T. and Carpenter, D.O.  A study of the cholinolytic actions of strychnine using the technique of concentration jump relaxation analysis.  Cell Molec Neurobiol 4:263-271,1984.

83.   Slater, N.T., Hall, A.F. and Carpenter, D.O.  Kinetic properties of cholinergic desensitization in Aplysia neurons.  Proc. Roy. Soc. Lond. B, 223:63-78, 1984.

84.   Akaike, N., Hattori, K., Oomura, Y. and Carpenter, D.O.  Bicuculline and picrotoxin block gamma-aminobutyric acid-gated Cl⁻ conductance by different mechanisms.  Experientia, 41:70-71, 1985.

**DAVID CARPENTER**
**EXHIBIT A**

85. Slater, N.T., Carpenter, D.O., Freedman, J.E. and Synder, S.H. Dual effects of the snake venom polypeptide vipoxin on receptors for acetylcholine and biogenic amines in *Aplysia* neurons. Neurosci., 14:723-733, 1985.

86. Mizuno, Y., Oomura, Y., Hori, N. and Carpenter, D.O. Action of vasopressin on CA1 pyramidal neurons in rat hippocampal slices. Brain Res., 309:241-246, 1984.

87. Slater, N.T., Hall, A.F. and Carpenter, D.O. Trifluoperazine and calcium antagonists accelerate cholinergic desensitization in *Aplysia* neurons. Brain Res., 329:275-279, 1985.

88. ffrench-Mullen, J.M.H., Koller, K., Zaczek, R., Coyle, J.T., Hori, N. and Carpenter, D.O. N-acetylaspartylglutamate: Possible role as the neurotransmitter of the lateral olfactory tract. Proc. Nat. Acad. Sci., 82:3897-3900, 1985.

89. Greene, R.W. and Carpenter, D.O. Actions of neurotransmitters on pontine medial reticular formation neurons of the cat. J. Neurophysiol., 54:520-531, 1985.

90. Hori, N., ffrench-Mullen, J.M.H. and Carpenter, D.O. Kainic acid responses and toxicity show pronounced $Ca^{2+}$ dependence. Brain Res., 358:380-384, 1985.

91. Gaillard, W.D. and Carpenter, D.O. Spectra of neurotransmitter receptors and ionic responses on cerebral A and B neurons in Aplysia californica. Brain Res., 373:303-310, 1986.

92. Gaillard, W.D. and Carpenter, D.O. On the transmitter at the A-to-B cell in *Aplysia californica*. Brain Res., 373:311-315, 1986.

93. ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O. A comparison on the effects of quinolinate and N-methyl-aspartate on neurons in rat piriform cortex. Neurosci. Lett., 63:66-70, 1986.

94. ffrench-Mullen, J.M.H., Hori, N. and Carpenter, D.O. Receptors for the excitatory amino acids on neurons in rat pyriform cortex. J. Neurophysiol., 55:1283-1294, 1986.

95. Slater, N.T., David, J.A. and Carpenter, D.O. Relaxation studies on the interaction of hexamethonium with acetylcholine-receptor channels in *Aplysia* neurons. Cell. Molec. Neurobiol., 6:191-211, 1986.

96. Leung, M.K., S.-Rozsa, K., Hall, A., Kuruvilla, S., Stefano, G.B. and Carpenter, D.O. Enkephalin-like substance in *Aplysia* nervous tissue and actions of leu-enkephalin on single neurons. Life Sci., 38:1529-34, 1986.

97. Slater, N.T., Filbert, M. and Carpenter, D.O. Multiple interactions of anticholinesterases with *Aplysia* acetylcholine responses. Brain Res., 375:407-412, 1986.

98. Carpenter, D.O. and Briggs, D.B. Insulin excites neurons of the area postrema and causes emesis. Neurosci. Lett., 68:85-89, 1986.

99. Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.L. Radiation-induced emesis in the dog: Effects of lesions and drugs. Rad. Res., 108:307-316, 1986.

100. Briggs, D.B. and Carpenter, D.O. Excitation of neurons in the canine area postrema by prostaglandins. Cell. Molec. Neurobiol., 6:421-426, 1986.

101. Chesnut, T.J., Carpenter, D.O. and Strichartz, G.R. Three effects of venom from conus striatus on the delayed rectifier potassium current of molluscan neurons. Toxicon, 25:267-278, 1987.

102. Yakushiji, T., Tokutomi, N., Akaike, N. and Carpenter, D.O. Agonists of GABA responses, studied using internally perfused frog dorsal root ganglion neurons. Neuroscience 22:1123-1133, 1987.

103. Akaike, N., Yakushiji, T., Tokutomi, N. and Carpenter, D.C. Multiple mechanisms of antagonism of GABA responses. Cell. Molec. Neurobiol., 7:97-103, 1987.

**DAVID CARPENTER
EXHIBIT A**

104.  Hori, N., Galeno, T. and Carpenter, D.O.  Responses of pyriform cortex neurons to excitatory amino acids:  Voltage dependence, conductance changes and effects of divalent cations.  Cell. Molec. Neurobiol., 7:73-90, 1987.

105.  Oyama, Y., King, W.M. and Carpenter, D.O.  Edrophonium-induced membrane current in single neurons physically isolated from Aplysia californica.  Brain Res., 438:95-100, 1988.

106.  Jahan-Parwar, B., S.-Rozsa, K., Salanki, J., Evans, M.L. and Carpenter, D.O.  In vivo labeling of serotonin containing neurons by 5,7-dihydroxytryptamine in Aplysia.  Brain Res., 426:173-178, 1987.

107.  King, W.M. and Carpenter, D.O.  Distinct GABA and glutamate receptors may share a common channel in Aplysia neurons.  Neurosci. Lett., 82:343-348, 1987.

108.  Carpenter, D.O., Briggs, D.B., Knox, A.P. and Strominger, N.  Excitation of area postrema neurons by transmitters, peptides and cyclic nucleotides.  J. Neurophysiol., 59:358-369, 1988.

109.  Carpenter, D.O., Hall, A.F. and Rahmann, H.  Exogenous gangliosides induce direct voltage and conductance changes on isolated neurons.  Cell. Molec. Neurobiol., 8:245-250, 1988.

110.  Hori, N., Carpenter, D.O. and Katsuda, N.  Effect of acetylcholine on the pyramidal cell in the rat piriform cortex in vitro.  Neurosciences, 13:172-174, 1987 (in Japanese).

111.  Hori, N. and Carpenter, D.O.  Excitatory amino acid receptors in piriform cortex do not show receptor desensitization.  Brain Res., 457:350-354, 1988.

112.  Allen, C.N., Brady, R., Swann, J., Hori, N. and Carpenter, D.O.  N-methyl-D-aspartate (NMDA) receptors are inactivated by trypsin.  Brain Res., 458:147-150, 1988.

113.  Oyama, Y., Akaike, N. and Carpenter, D.O.  Strychnine decreases the voltage-dependent $Ca^{2+}$ current of both Aplysia and frog ganglion neurons.  Cell. Molec. Neurobiol., 8:307-314, 1988.

114.  Oyama, Y., King, W.M., Allen, C.N., Hori, N. and Carpenter, D.O.  Characterization of an inward current elicited by edrophonium in physically isolated and internally perfused Aplysia neurons.  Brain Res., 463:124-132, 1988.

115.  Hori, N., Akaike, N. and Carpenter, D.O.  Piriform cortex brain slices:  Techniques for isolation of synaptic inputs.  J. Neurosci. Methods, 25:197-208, 1988.

116.  Oyama, Y., Evans, M.L., Akaike, N. and Carpenter, D.O. Electrophysiological detection of acetylcholinesterase activity using concentration clamp on physically isolated Aplysia neurons. Neuroscience Res., 6:174-180, 1988.

117.  Tsuda, Y., Oyama, Y., Carpenter, D.O. and Akaike, N.  Effects of $Ca^{2+}$ on the transient outward current of single isolated Helix central neurones.  Brit J. Pharmacol., 95:526-530, 1988.

118.  Oyama, Y., Hori, N., Evans, M.L., Allen, C.N. and Carpenter, D.O.  Electrophysiological estimation of the actions of acetylcholinesterase inhibitors on acetylcholine receptor and cholinesterase in physically isolated Aplysia neurones.  Brit. J. Pharmacol., 96:573-582,1989.

119.  King, W.M. and Carpenter, D.O.  Voltage-clamp characterization of Cl- conductance gated by GABA and L-glutamate in single neurons of Aplysia.  J. Neurophysiol., 61:892-899, 1989.

120.  Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a chloride acetylcholine response in Aplysia.  Brain Res., 495:309-318, 1989.

121.  Salanki, J., Evans, M.L. and Carpenter, D.O.  Desensitization kinetics of a K+ acetylcholine response in Aplysia.  Brain Res., 495:298-308, 1989.

122.  Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of exogenous ganglioside and cholesterol application on excitability of Aplysia neurons.  Membrane Biochemistry, 8:19-26, 1989.

**DAVID CARPENTER**
**EXHIBIT A**

123. Carpenter, D.  Neural mechanisms of emesis.  Canad. J. Physiol. Pharmacol., 68:230-236, 1990.

124. Oyama, Y., Hori, N., Allen, C.N., and Carpenter, D.O.  Influences of trypsin and collagenase on acetylcholine responses of physically-isolated single neurons of *Aplysia californica*.  Cell. Molec. Neurobiol., 10:193-205, 1990.

125. Büsselberg, D., Evans, M.L., Rahmann, H., and Carpenter, D.O.  Lead inhibits the voltage-activated calcium current of *Aplysia* neurons.  Toxicol. Lett., 51:51-57, 1990.

126. Doi, N., Carpenter, D.O. and Hori, N.  Differential effects of baclofen and GABA on rat piriform cortex pyramidal neurons *in vitro*.  Cell. Molec. Neurobiol., 10: 559-564, 1991.

127. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  $Zn^{2+}$ blocks the voltage activated calcium current of *Aplysia* neurons.  Neurosci. Letts., 117:117-122, 1990.

128. Büsselberg, D., Carpenter, D.O., Sugita, M., Araki, S., Satake, M. and Rahmann, H.  Effects of exogenous lipid application on excitability of *Aplysia* neurons.  Biomed. Res., 11:77-86, 1990.

129. Evans, M.L., Kadan, M.J., Hartig, P.R. and Carpenter, D.O.  Correlation of $^{125}$I-LSD autoradiographic labelling with serotonin voltage clamp responses in *Aplysia* neurones.  Synapse, 8:22-29, 1991.

130. S.-Rozsa, K., Stefano, G., Salanki, J. and Carpenter, D.O.  Characterization of responses to enkephalins and FMRFamide on B neurons of the cerebral ganglion of *Aplysia*.  Comp. Biochem. Physiol., 99C:403-412, 1991.

131. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Lead and zinc block a voltage activated calcium channel of *Aplysia* neurons.  J. Neurophysiol., 65:786-795, 1991.

132. Hori, N., Doi, N., Miyahara, S., Shinoda, Y. and Carpenter, D.O.  Appearance of NMDA receptors triggered by anoxia independent of voltage *in vivo* and *in vitro*.  Exp. Neurol., 112:304-311, 1991.

133. Büsselberg, D., Evans, M.L., Rahmann, H. and Carpenter, D.O.  Effects of inorganic and triethyl lead and inorganic mercury on the voltage activated calcium channel of *Aplysia* neurons.  NeuroToxicology, 12:733-744, 1991.

134. Evans, M.L., Büsselberg, D. and Carpenter, D.O.  $Pb^{2+}$ blocks calcium currents of cultured dorsal root ganglion cells.  Neurosci. Letts., 129:103-106, 1991.

135. Kemenes, G., S.-Rozsa, K., Stefano, G. and Carpenter, D.O.  Distinct receptors for leu- and met-enkephalin on the metacerebral giant cell of *Aplysia*.  Cell. Molec. Neurobiol., 12:107-119, 1992.

136. Ayrapetyan, S.N. and Carpenter, D.O.  Very low concentrations of acetylcholine and GABA modulate transmitter responses.  NeuroReport 2:563-565, 1991.

137. Carpenter, D.O. and Hori, N.  Neurotransmitter and peptide receptors on medial vestibular nucleus neurons.  Ann. NY Acad. Sci., 656:668-686, 1992.

138. Hernadi, L., S.-Rozsa, K., Jahan-Parwar, B. and Carpenter, D.O.  A topography and ultrastructural characterization of *in vivo* 5,7-dihydroxytryptamine-labelled serotonin-containing neurons in the central nervous system of *Aplysia californica*.  Cell. Molec. Neurobiol., 12:317-326, 1992.

139. Carpenter, D.O., Fejtl, M., Ayrapetyan, S., Szarowski, D. and Turner, J.N.  Dynamic changes in neuronal volume resulting from osmotic and sodium transport manipulations.  Acta Biologica Hungarica, 43:39-48, 1992.

140. Ayrapetyan, S.N. and Carpenter, D.O.  On the modulating effect of ultralow transmitter concentrations on the functional activity of the neuron membrane.  J. Evol. Biochem. Physiol., 27:110-116, 1991.

DAVID CARPENTER
EXHIBIT A

141. Büsselberg, D., Michael, D., Evans, M.L., Carpenter, D.O. and Haas, H.L.  Zinc ($Zn^{2+}$) blocks voltage gated calcium channels in cultured rat dorsal root ganglion cells.  Brain Res., 593:77-81, 1992.

142. Matthews, M.R., Parsons, P.J. and Carpenter, D.O.  Solubility of lead as lead (II) chloride in HEPES-Ringer and artificial seawater (Ca-ASW) solutions.  NeuroToxicology, 14:283-290, 1993.

143. Hori, N., Büsselberg, D., Matthews, R., Parsons, P.J. and Carpenter, D.O.  Lead blocks LTP by an action not at NMDA receptors.  Exp. Neurol., 119: 192-197, 1993.

144. Büsselberg, D., Evans, M.L., Haas, H.L. and Carpenter, D.O.  Blockade of mammalian and invertebrate calcium channels by lead.  NeuroToxicology, 14:249-258, 1993.

145. Riepe, M., Hori, N., Ludolph, A.C., Carpenter, D.O., Spencer, P.S. and Allen, C.N.  Inhibition of energy metabolism by 3-nitropropionic acid activates ATP-sensitive potassium channels.  Brain Res., 586:61-66, 1992.

146. Hori, N., Hirotsu, I., Davis, P.J. and Carpenter, D.O.  Long-term potentiation is lost in aged rats but preserved by calorie restriction.  NeuroReport, 3:1085-1088, 1992.

147. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O.  Behavioral studies of emetic sensitivity in the ferret.  Brain Res. Bull., 31:477-484, 1993.

148. Allen, C.N., Spencer, P.S. and Carpenter, D.O.  ß-N-methylamino-L-alanine in the presence of bicarbonate is an agonist at non-N-methyl-D-aspartate-type receptors.  Neuroscience 54:567-574, 1993.

149. Elekes, K., Stefano, G.B. and Carpenter, D.O.  Enkephalin-like immunoreactive neurons in the central nervous system of gastropods (Helix pomatia, Lymnaea stagnalis, Aplysia californica): A comparative immunocytochemical study.  Cell Tiss. Res. 272:329-41, 1993.

150. Büsselberg, D., Platt, B., Haas, H.L. and Carpenter, D.O.  Voltage gated calcium channel currents of rat dorsal root ganglion (DRG) cells are blocked by $Al^{3+}$.  Brain Res. 622:163-168, 1993.

151. Strominger, N.L., Knox, A.P. and Carpenter, D.O.  The connectivity of the area postrema in the ferret.  Brain Res. Bull., 33:33-47, 1994.

152. Knox, A.P., Strominger, N.L., Battles, A.H. and Carpenter, D.O.  The central connections of the vagus nerve in the ferret.  Brain Res. Bull., 33:49-63, 1994.

153. Lin, Y. and Carpenter, D.O.  Medial vestibular neurons are endogenous pacemakers whose discharge is modulated by neurotransmitters.  Cell. Molec. Neurobiol., 13:601-613, 1993.

154. Kemenes, G., S.-Rózsa, K. and Carpenter, D.O.  Cyclic-AMP-mediated excitatory responses to leucine enkephalin in Aplysia neurones.  J. Exp. Biol. 181: 321-328, 1993.

155. Büsselberg, D., Platt, B., Michael, D., Carpenter, D.O. and Haas, H.L.  Mammalian voltage-activated calcium channel currents are blocked by $Pb^{2+}$, $Zn^{2+}$ and $Al^{3+}$.  J. Neurophysiol., 71:1491-1497, 1994.

156. Hori, N. and Carpenter, D.O.  Transient ischemia causes a reduction of $Mg^{2+}$ blockade of NMDA receptors.  Neurosci. Letts., 173:75-78, 1994.

157. Riepe, M.W., Hori, N., Ludolph, A.C. and Carpenter, D.O.  Failure of neuronal ion exchange, not potentiated excitation, causes excitotoxicity after inhibition of oxidative phosphorylation.  Neuroscience, 64:91-97, 1995.

158. Hori, N. and Carpenter, D.O.  Functional and morphological changes induced by transient in vivo ischemia.  Exp. Neurol., 129:279-289, 1994.

159. Lin, Y. and Carpenter, D.O.  Direct excitatory opiate effects mediated by non-synaptic actions on rat medial vestibular neurons.  Eur. J. Pharmacol., 262:99-106, 1994.

160. Carpenter, D.O.  Epidemiological evidence for an association between exposure to 50 and 60 Hz magnetic fields and cancer.  James Bay Publication Series, Hydro-Electric Development: Environmental Impacts - Paper No. 6, pp. 2-31, 1994.

161. Carpenter, D.O.  Communicating with the public on issues of science and public health.  Environ. Health Perspect. 103:127-130, 1995.

162. Fejtl, M., Gyori, J. and Carpenter, D.O.  $Hg^{2+}$ increases the open probability of carbachol-activated $Cl^-$ channels in Aplysia neurons.  NeuroReport, 5:2317-2320, 1994.

163. Carpenter, D.O. The public health significance of metal neurotoxicity.  Cell. Molec. Neurobiol., 14:591-597, 1994.

164. Gyori, J., Fejtl, M. and Carpenter, D.O.  Effect of $HgCl_2$ on acetylcholine, carbachol and glutamate currents of Aplysia neurons.  Cell. Molec. Neurobiol., 14:653-664, 1994.

165. Fejtl, M., Gyori, J. and Carpenter, D.O.  Mercuric (II) chloride modulates single channel properties of carbachol activated $Cl^-$ channels in cultured neurons of Aplysia californica.  Cell. Molec. Neurobiol., 14:665-674, 1994.

166. Carpenter, D.O., Matthews, M.R., Parsons, P.J. and Hori, N.  Long-term potentiation in piriform cortex is blocked by lead.  Cell. Molec. Neurobiol., 14:723-733, 1994.

167. Salanki, J., Gyori, J. and Carpenter, D.O.  Action of lead on glutamate-activated chloride currents in Helix Pomatia L. neurons.  Cell. Molec. Neurobiol., 14:755-768, 1994.

168. Carpenter, D.O.  How hazardous wastes affect hu man health.  Cent. Eur. J. Publ. Hlth. 2:6-9, 1994.

169. Oyama, Y., Carpenter, D.O., Ueno, S., Hayashi, H. and Tomiyoshi, F.  Methylmercury induces $Ca^{2+}$-dependent hyperpolarization of mouse thymocytes: A flow-cytometric study using fluorescent dyes.  Eur. J. Pharmacol., 293:101-107, 1995.

170. Fejtl, M., Szarowski, D.H., Decker, D., Buttle, K., Carpenter, D.O. and Turner, J.N.  Three-dimensional imaging and electrophysiology of live Aplysia neurons during volume perturbation: confocal light and high-voltage electron microscopy.  JMSA 1(2):75-85, 1995.

171. Carpenter, D.O., Kemenes, G., Elekes, K., Leung, M., Stefano, G., S.-Rozsa, K. and Salanki, J. Opioid peptides in the nervous system of Aplysia: A combined biochemical immunocytochemical, and electrophysiological study.  Cell. Molec. Neurobiol. 15:239-256, 1995.

172. Riepe, M. and Carpenter, D.O.  Delayed increase of cell volume of single pyramidal cells in live hippocampal slices upon kainate application.  Neurosci. Letts. 191:35-38, 1995.

173. Son, H. And Carpenter, D.O.  Protein kinase C activation is necessary but not sufficient for induction of LTP at the synapse of mossy fiber-CA3 in the rat hippocampus.  Neuroscience 72:1-13, 1996.

174. Iwase, T., Hori, N., Morioka, T. and Carpenter, D.O.  Low power laser irradiation reduces ischemic damage in hippocampal slices in vitro.  Lasers Surg. Med., 19:465-450, 1996.

175. Carpenter, D.O., King, W.M. and McCreery, M.J.  The role of glutamate reuptake in regulation of glutamate responses in Aplysia neurons.  Acta Biologica Hungaria 46:363-373, 1995.

176. Saghian, A.A., Ayrapetyan, S.N. and Carpenter, D.O.  Low concentrations of ouabain stimulate Na/Ca exchange in neurons.  Cell. Molec. Neurobiol., 16:489-498, 1996.

177. Platt, B., Carpenter, D.O., Büsselberg, D., Reymann, K.G. and Riedel, G.  Aluminum impairs hippocampal long-term potentiation in rats in vitro and in vivo.  Exp. Neurol., 134:73-86, 1995.

178. Rubakhin, S.S., Gyori, J., Carpenter, D.O. and Salanki, J.  $HgCl_2$ potentiates GABA activated currents in Lymnaea stagnalis L. neurons.  Acta Biologica Hungaria, 46:431-444, 1995.

**DAVID CARPENTER**
**EXHIBIT A**

179. Fejtl, M. and Carpenter, D.O.  Neurite outgrowth is enhanced by conditioning factor(s) released from central ganglia of Aplysia californica.  Neurosci. Letts., 199:33-36, 1995.

180. Riepe, M.W., Niemi, W.N., Megow, D., Ludolph, A.C. and Carpenter, D.O.  Mitochondrial oxidation in rat hippocampus can be preconditioned by selective chemical inhibition of SDH.  Exp. Neurol., 138:15-21, 1996.

181. Son, H. and Carpenter, D.O.  Interactions among paired-pulse facilitation and post-tetanic and long-term potentiation in the mossy fiber-CA3 pathway in rat hippocampus.  Synapse, 23:302-311, 1996.

182. Carpenter, D.O., Suk, W.A., Blaha, K. and Cikrt, M.  Hazardous wastes in Eastern and Central Europe.  Environ. Health Perspect., 104:244-248, 1996.

183. Son, H., Davis, P.J. and Carpenter, D.O.  Time course and involvement of protein kinase C-mediated phosphorylation of F1/GAP-43 in area CA3 after the mossy fiber stimulation.  Cell. Molec. Neurobiol., 17:171-194, 1997.

184. Dyatlov, V.A., Platoshin, A.V., Lawrence, D.A. and Carpenter, D.O.  Mercury (Hg2$^+$) enhances the depressant effect of kainate on Ca-inactivated potassium current in telencephalic cells derived from chick embryos.  Toxicol. Appl. Pharmacol., 138:285-297, 1996.

185. Carpenter, D.O. and Conway, J.B.  Optimizing professional education in public health.  J. Public Health Management Practice, 2:66-72, 1996.

186. Carpenter, D.O.  Great Lakes contaminants:  A shift in human health outcomes.  Health and Environment Digest, 10:17-19, 1996.

187. Boldyrev, A.A., Stvolinsky, S.L., Tyulina, O.V., Koshelev, V.B., Hori, N. and Carpenter, D.O.  Biochemical and physiological evidence that carnosine is an endogenous neuroprotector against free radicals.  Cell. Molec. Neurobiol., 17:259-271, 1997.

188. Szücs, A., Angiello, C., Salánki, J. and Carpenter, D.O.  Effects of inorganic mercury and methylmercury on the ionic currents of cultured rat hippocampal neurons.  Cell. Molec. Neurobiol., 17:273-288, 1997.

189. Niemi, W.D., Slivinski, K., Audi, J., Rej, R. and Carpenter, D.O.  Propylthiouracil treatment reduces long-term potentiation in area CA1 of neonatal rat hippocampus.  Neurosci. Letts., 210:127-129, 1996.

190. Son, H., Madelian, V. and Carpenter, D.O.  The translocation and involvement of protein kinase C in mossy fiber-CA3 long-term potentiation in hippocampus of the rat brain.  Brain Res., 739:282-292, 1997.

191. Oyama, Y., Carpenter, D.O., Chikahisa, L. and Okazaki, E.  Flow-cytometric estimation on glutamate- and kainate-induced increases in intracellular Ca$^{2+}$ of brain neurons.  Brain Research, 728:121-124, 1996.

192. Carpenter, D.O., Stoner, C.R.T. and Lawrence, D.A.  Flow cytometric measurements of neuronal death triggered by PCBs.  NeuroToxicology, 18:507-514, 1997.

193. Azatian, K.V., Ayrapetyan, S.N. and Carpenter, D.O.  Metabotropic GABA receptors regulate acetylcholine responses on snail neurons.  Gen. Pharmacol., 29:67-72, 1997.

194. Carpenter, D.O., Stoner, C.T., Lawrence, D.A., Niemi, W.D., Shain, W. and Seegal, R.  Multiple mechanisms of PCB neurotoxicity.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 404-918.

195. Carpenter, D.O.  New Dimensions in our understanding of the human health effects of environmental pollutants.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Kuala Lumpur, Malaysia, CONF-9611157, pp. 37-53.

**DAVID CARPENTER**
**EXHIBIT A**

196. Carpenter, D.O.  Possible effects of electromagnetic fields on the nervous system and development.  Men. Retard. Dev. Dis. Res. Rev. 3:270-274, 1997.

197. Chiarenzelli, J., Scrudato, R., Bush, B., Carpenter, D. and Bushart, S.  Do large-scale remedial and dredging events have the potential to release significant amounts of semi-volatile compounds to the atmosphere?  Environ. Hlth. Perspect., 106:47-49, 1998.

198. Dyatlov, V.A., Dytlova O.M., Parsons, P.H., Lawrence, D.A. and Carpenter, D.O.  Lipopolysaccharide and interleukin-6 enhance lead entry into cerebellar neurons:  Application of a new and sensitive flow cytometric technique to measure intracellular lead and calcium concentrations.  NeuroToxicology, 19:293-302, 1998.

199. Dyatlov, V.A., Platoshin, A.V.,Lawrence, D.A. and Carpenter, D.O.  Lead potentiates cytokine- and glutamate-mediated increases in permeability of the blood-brain barrier.  NeuroToxicology, 19:283-292, 1998.

200. Niemi, W.D., Audi, J., Bush, B. and Carpenter, D.O.  PCBs reduce long-term potentiation in the CA1 region of rat hippocampus.  Exper. Neurol., 151:26-34, 1998.

201. Carpenter, D.O.  Health effects of metals.  Cent. Eur. J. Publ. Hlth., 6:160-163, 1998.

202. Carpenter, D.O., Bláha, K., Buekens, A., Cikrt, M., Damstra, T., Dellinger, B., Sarofim, A., Suk, W.A., Wyes, H. and Zejda, J.  Remediation of hazardous wastes in Central and Eastern Europe: Technology and health effects.  Cent. Eur. J. Publ. Hlth., 6:77-78, 1998.

203. Carpenter, D.O.  Human health effects of environmental pollutants:  New Insights.  Environ. Monitor. Assess. J., 53:245-258, 1998.

204. Dyatlov, V.A., Makovetskaia, V.V., Leonhardt, R., Lawrence, D.A. and Carpenter, D.O.  Vitamin E enhances $Ca^{2+}$-mediated vulnerability of immature cerebellar granule cells to ischemia.  Free Rad. Biol. Med., 25: 793-802, 1998.

205. Fitzgerald, E.F., Schell, L.M., Marshall, E.G., Carpenter, D.O., Suk, W.A. and Zejda, J.E.  Environmental pollution and child health in Central and Eastern Europe.  Environ. Health Persp., 106:307-311, 1998.

206. Carpenter, D.O., Arcaro, K.F., Bush, B., Niemi, W.D., Pang, S. and Vakharia, D.D.  Human health and chemical mixtures: An overview.  Environ. Health Perspect., 106: 1263-1270, 1998.

207. Carpenter, D.O., Cikrt, M. and Suk, W.A.  Hazardous wastes in Eastern and Central Europe: Technology and health effects.  Environ. Health Perspect., 107: 3-4, 1999.

208. Carpenter, D.O.  Polychlorinated biphenyls and human health.  Int. J. Occup. Med. Environ. Hlth. 11: 291-303, 1998.

209. Boldyrev, A.A., Johnson, P., Yanzhang, W., Tan, Y. and Carpenter, D.O.  Carnosine and taurine protect rat cerebellar granular cells from free radical damage.  Neurosci. Letts., 263: 169-172, 1999.

210. Boldyrev, A.A., Carpenter, D.O., Huentelman, M.J., Peters, C.M. and Johnson, P.  Sources of reactive oxygen species production in excitotoxin-stimulated neurons.  Biophys. Biochem. Res. Commun., 256: 320-324, 1999.

211. Ayrapetyan, S.N., Ayrapetyan, G. and Carpenter, D.O. The electrogenic sodium pump activity in *Aplysia* neurons is not potential dependent.  Acta Biologica Hungarica, 50: 27-34, 1999.

212. Boldyrev, A., Song, R., Lawrence, D. and Carpenter, D.O.  Carnosine protects against excitotoxic cell death independently of effects on reactive oxygen species.  Neuroscience, 94: 571-577, 1999.

213. Boldyrev, A., Song, R., Dyatlov, V.A., Lawrence, D.A. and Carpenter, D.O.  Neuronal cell death and reactive oxygen species.  Cell. Molec. Neurobiol., 20:433-450, 2000.

214. Gyori, J., Platoshyn, O., Carpenter, D.O. and Salanki, J.  Effect of inorganic- and organic tin compounds on ACh- and voltage-activated Na currents.  Cell. Molec. Neurobiol. 20:591-604, 2000.

215. Hussain, R.J., Gyori, J., DeCaprio, A.P. and Carpenter, D.O.  In vivo and in vitro exposure to PCB 153 reduces long-term potentiation.  Environ. Hlth. Perspect., 108 :827-831, 2000.

216. Negoita, S., Swamp, L., Kelley, B. and Carpenter, D.O.  Chronic diseases surveillance of St. Regis Mohawk health service patients.  J. Public Health Management Practice, 7:84-91, 2001.

217. Hussain, R.J., Parsons, P.J., Carpenter, D.O. Effects of lead on long-term potentiation in hippocampal CA3 vary with age.  Dev. Brain Res., 121: 243-252, 2000.

218. Tanji, M., Katz, B.H., Spink, B.C. and Carpenter, D.O.  Growth inhibition of MCF-7 cells by estrogen is dependent upon a serum factor.  Anticancer Res., 20: 2779-2784, 2000.

219. Tanji, M. and Carpenter, D.O.  A steroid-binding protein mediates estrogen-dependent inhibition of growth of MCF-7 breast cancer cells.  Anticancer Res., 20:2785-2790, 2000.

220. Gyori, J., Hussain, R., Carpenter, D.O.  Long-term potentiation in CA1 region of rat brain slices is blocked by PCB 153.  Cent. Europ. J. Publ. Hlth., 8: 21-22, 2000.

221. Carpenter, D.O.  Human health effects of polychlorinated biphenyls.  Cent. Eur. J. Public Health, 8: 23-24, 2000.

221a. Sukdolova, V., Negoita, S., Hubicki, L., DeCaprio, A., and Carpenter, D.O.  The assessment of risk to acquired hypothyroidism from exposure to PCBs: a study among Akwesasne Mohawk women.  Cent. Eur. J. Public Health, 8: 167-168, 2000.

222. Carpenter, D.O., Chew, F.T., Damstra, T., Lam, L.H., Landrigan, P.J., Makalinao, I., Peralta, G.L. and Suk, W.A.  Environmental threats to the health of children: The Asian perspective.  Environ. Hlth. Perspect., 108: 989-992, 2000.

223. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.  Natural mechanisms of protection of neurons against oxidative stress.  Recent Res. Devel. Comparative Biochem. & Physiol. 1: 91-103, 2000.

224. Strominger, N.L., Hori, N., Carpenter, D.O., Tan, Y. and Folger W.H.  Effects of acetylcholine and GABA on neurons in the area postrema of Suncus murinus brainstem slices.  Neurosci. Letts. 309: 77-80, 2001.

225. Strominger, N.L., Brady, R., Gullikson, G. and Carpenter, D.O.  Imiquimod-elicited emesis is mediated by the area postrema, but not by direct neuronal activation.  Brain Res. Bull. 55: 445-451, 2001.

226. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O.  Intracellular activity of rat spinal cord motoneurons in slices.  J. Neurosci. Meth. 112: 185-191, 2001.

227. Sukocheva, O.A., Abramov, A.Y., Levitskaya, J.O., Gagelgans, A.I. and Carpenter, D.O.  Modulation of intracellular Ca concentration by vitamin B12 in rat thymocytes.  Blood Cells. Mol. Dis. 27: 812-824, 2001.

228. Gilbertson, M., Carpenter, D. and Upshur, R.  Methodology for assessing community health in Areas of Concern: Measuring the adverse effects on human health.  Environ. Health Perspect. 109 (Suppl 6): 811-812, 2001.

229. Carpenter, D.O., Shen, Y., Nguyen, T., Le, L. and Lininger, L.L.  Incidence of endocrine disease among residents of New York Areas of Concern.  Environ. Health Perspect. 109: (Suppl 6) 845-851, 2001.

230. Suk, W.A., Carpenter, D.O., Cirkt, M. and Smerhovsky, Z.  Metals in Eastern and Central Europe: Health effects, sources of contamination and methods of remediation.  Internat. J. Occup. Med. Environ. Health 14, 151-156, 2001.

**DAVID CARPENTER**
**EXHIBIT A**

231. Carpenter, D.O.  Effects of metals on the nervous system of humans and animals.  Internat. J Occup. Med. Environ. Health 14: 209-218, 2001.

232. Carpenter, D.O., Arcaro, K. and Spink, D.C.  Understanding the human health effects of chemical mixtures.  Environ. Health Perspect. 110 (Suppl 1), 25-42, 2002.

233. Carpenter, D.O., Nguyen, T., Le, L., Kudyakov, R. and Lininger, L.  Human disease in relation to residence near hazardous waste sites.  Proceedings of The 10th Pacific Basin Conference on Hazardous Waste, Okayama, Japan, December 5-7, 2001.

234. Carpenter, D.O., Tarbell, A., Fitzgerald, E., Kadlec, M.J., O'Hehir, D.O. and Bush, B.  University-community partnership for the study of environmental contamination at Akwesasne.  In: Biomarkers of Environmentally Associated Disease, S.H. Wilson and W.A. Suk, editors, CRC Press/Lewis Publishers, 507-523, 2002.

235. Carpenter, D.O., Hussain, R.J., Berger, D.F., Lombardo, J.P., Park, H-Y.  Electrophysiological and behavioral effects of perinatal and acute exposure of rats to lead and polychlorinated biphenyls.  Environ. Health Perspect., 110: 377-386, 2002.

236. Hori, N., Tan, Y. King, M., Strominger, N.L. and Carpenter, D.O.  Differential actions and excitotoxicity of glutamate agonists on motoneurons in adult mouse cervical spinal cord slices.  Brain Res., 958: 434-438, 2002.

237. Laemle, L.K., Hori, N., Strominger, N.L., Tan, Y. and Carpenter, D.O.  Physiological and anatomical properties of the suprachiasmatic nucleus of an anophthalmic mouse.  Brain Res., 953: 73-81, 2002.

238. Hori, N., Tan, Y., Strominger, N.L. and Carpenter, D.O.  Rat motoneuron cell death in development correlates with loss of N-methyl-D-aspartate receptors.  Neurosci. Letts., 330:131-134, 2002.

239. Carpenter, D.O., Morris, D.L. and Legator, M.  Initial attempts to profile health effects with types of exposure in Anniston, Alabama.  FEB, 12: 191-195, 2003.

240. Carpenter, D.O., Nguyen, T., Le, L., Baibergenova, A. and Kudyakov, R.  Profile of health effects related to proximity to PCB-contaminated hazardous waste sites in New York.  FEB, 12: 173-180, 2003.

241. Hori, N., Carp, J.S., Carpenter, D.O. and Akaike, N.  Corticospinal transmission to motoneurons in cervical spinal slices from adult rats.  Life Sci., 72: 389-396, 2002.

242. Carpenter, D.O. and Hussain, R.J.  Cell-to-cell communication of neurons is impaired by metals.  Mat.-wiss. U. Werkstofftech. 34: 1-8, 2003.

243. Tan, Y., Hori, N. and Carpenter, D.O.  The mechanism of presynaptic long-lasting-depression mediated by group 1 metabotropic glutamate receptors.  Cell. Molec. Neurobiol., 23: 187-203, 2003.

244. Baibergenova, A., Kudyakov, R., Zdeb, M., and Carpenter, D.O.  Low birth weight and residential proximity to PCB-contaminated waste sites.  Environ. Health Perspect., 111: 1352-1357, 2003.

245. Nishizaki, Y., Oyama, Y., Sakai, Y., Hirama, S., Tomita, K., Nakao, H., Umebayashi, C., Ishida, S., Okano, Y. and Carpenter, D.O.  $PbCl_2$-induced hyperpolarization of rat thymocytes: Involvement of charybdotoxin-sensitive K+ channels.  Environ. Toxicol., 18(5): 321-326, 2003.

246. Hussain, R.J. and Carpenter, D.O.  The effects of protein kinase C activity on synaptic transmission in two areas of rat hippocampus.  Brain Res., 990: 28-37, 2003.

247. Suk, W.A., Ruchirawat, K., Balakrishnan, K., Berger, M., Carpenter, D., Damstra, T,. Pronczuk de Garbino, J., Koh, D., Landrigan, P.J., Makalinao, I., Sly, P.D., Xu, Y. and Zheng, B.S.  Environmental threats to children=s health in Southeast Asia and the Western Pacific.  Environ. Health Perspect. 111: 1340, 2003.

248. Carpenter, D.O. The need for global environmental health policy. New Solutions, 13(1): 53-59, 2003.

249. Tan, Y., Li, D., Song, R., Lawrence, D. and Carpenter, D.O. Ortho-substituted PCBs kill thymocytes. Toxicol. Sci., 76: 328-337, 2003.

250. Boldyrev, A., Bulygina, E., Carpenter, D.O. and Schoner, W. Glutamate receptors communicate with Na+/K+-ATPase in rat cerebellum granule cells: Demonstration of differences in the action of several metabotropic and ionotropic glutamate agonists on intracellular reactive oxygen species and the sodium pump. J. Molec. Neurosci., 21:213-222, 2003.

251. Hites, R.A., Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Global assessment of organic contaminants in farmed salmon. Science 303: 226-229, 2004.

252. Sandal, S., Yilmaz, B., Chen, C-H and Carpenter, D.O. Comparative effects of technical toxaphene, 2,5-dichloro-3-biphenylol and octabromodiphenylether on cell viability, $[Ca^{2+}]_i$ levels and membrane fluidity in mouse thymocytes. Toxicol. Letts., 151: 417-428, 2004.

253. Tan, Y., Chen, C-H., Lawrence, D. and Carpenter, D.O. Ortho-substituted PCBs kill cells by altering membrane structure. Toxicol. Sci., 80: 54-59, 2004.

254. Tan, Y., Song, R., Lawrence, D. and Carpenter, D.O. Ortho-substituted but not coplanar PCBs rapidly kill cerebellular granule cells. Toxicol. Sci., 79: 147-156, 2004.

255. Ozcan, M., Yilmaz, B., King, W.M. and Carpenter, D.O. Hippocampal long-term potentiation (LTP) is reduced by a coplanar PCB congener. NeuroToxicology, 25: 981-988, 2004.

256. Ssempebwa, J.C., Carpenter, D.O., Yilmaz, B., DeCaprio, A.P., O=Hehir, D.J. and Arcaro, K.F. Waste crankcase oil: an environmental contaminant with potential to modulate estrogenic responses. J. Toxicol. Environ. Hlth, Part A, 67: 1081-1094, 2004.

257. Foran, J.A., Hites, R.A., Carpenter, D.O., Hamilton, M.C., Mathews-Amos, A. and Schwager, S.J. A survey of metals in tissues of farmed Atlantic and wild Pacific salmon. Environ. Toxicol. Chem., 23: 2108-2110, 2004.

258. Oenga, G.N., Spink, D.C. and Carpenter, D.O. TCDD and PCBs inhibit breast cancer cell proliferation in vitro. Toxicol. In Vitro, 18: 811-819, 2004.

259. Hussain, R.J. and Carpenter, D.O. A comparison of the roles of protein kinase C in long-term potentiation in rat hippocampal areas CA1 and CA3. Cell. Molec. Neurobiol., 25: 649-661, 2005.

260. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Global assessment of polybrominated diphenyl ethers in farmed and wild salmon. Organohalogen Compounds, 66: 3826-3829, 2004.

261. Kudyakov, R., Baibergenova, A., Zdeb, M. and Carpenter, D.O. Respiratory disease in relation to patient residence near to hazardous waste sites. Environ. Toxicol. Pharmacol., 18: 249-257, 2004.

262. Gilbertson, M. and Carpenter, D.O. An ecosystem approach to the health effects of mercury in the Great Lakes basin ecosystem. Environ. Res. 95: 240-246, 2004.

263. Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Global assessment of polybrominated diphenyl ethers in farmed and wild salmon. Environ. Sci. Technol., 38: 4945-4949, 2004.

264. DeCaprio, A.P., Johnson, G.W., Tarbell, A.M., Carpenter, D.O. Chiarenzelli, J.R., Morse, G.S., Santiago-Rivera, A.L., Schymura, M.J., and the Akwesasne Task Force on the Environment. PCB exposure assessment by multivariate statistical analysis of serum congener profiles in an adult Native American population. Environ. Res., 98: 284-302, 2005.

**DAVID CARPENTER**
**EXHIBIT A**

265. Boldyrev, A.A., Kazey, V.I., Leinsoo, T.A., Mashkina, A.P., Tyulina O.V., Tuneva, J.O., Chittur, S. and Carpenter, D.O. Rodent lymphocytes express functionally active glutamate receptors. Biochem. Biophys. Res. Comm., 324: 133-139, 2004.

266. Boldyrev, A.A., Koudinov, A., Berezov, T. and Carpenter, D.O. Amyloid-β induced cell death is independent of free radicals. J. Alzheimer=s Dis., 6: 633-638, 2004.

267. Neagu, B., Strominger, N.L. and Carpenter, D.O. Use of bipolar parallel electrodes for well-controlled microstimulation in a mouse hippocampal brain slice. J. Neurosci. Meth., 144: 153-163, 2005.

268. Suk, W.A., Avakian, M.D., Carpenter, D., Groopman, J.D., Scammell, M. and Wild, C.P. Human exposure monitoring and evaluation in the Arctic: The importance of understanding exposures to the development of public health policy. Environ. Health Perspect. 112: 113-120, 2004.

269. Neagu, B., Neagu, E.R., Strominger, N.L. and Carpenter, D.O. A new fast electro-physiological response measured extracellularly in a mouse hippocampal brain slice. Neurosci. Letts., 381: 179-184, 2005.

270. Sergeev, A.V. and Carpenter, D.O. Hospitalization rates for coronary heart disease in relation to residence near areas contaminated with POPs and other pollutants. Environ. Health Perspect., 113: 756-761, 2005.

271. Foran, J.A., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Risk-based consumption advice for farmed Atlantic and wild Pacific salmon contaminated with dioxins and dioxin-like compounds. Environ. Health Perspect. 113: 552-556, 2005.

272. Shaw, S.D., Bourakovsky, A., Brenner, D., Carpenter, D.O., Tao, L., Kannan, K. and Hong, C-S. Polybrominated diphenyl ethers (PBDEs) in farmed salmon from Maine and Eastern Canada. In: Proceedings of 25th International Symposium on Halogenated Environmental Organic Pollutants and POPs (DIOXIN 2005), August 21-26, 2005, Toronto, Canada.

273. Carpenter, D.O., DeCaprio, A.P., O=Hehir, D., Akhtar, F., Johnson, G., Scrudato, R.J., Apatiki, L., Kava, J., Gologergen, J., Miller, P.K. and Eckstein, L. Polychlorinated biphenyls in serum of the Siberian Yupik people from St. Lawrence Island, Alaska. Int. J. Circumpolar Health, 64(4): 322-335, 2005.

274. Foran, J.A., Good, D.H., Carpenter, D.O., Hamilton, M.C., Knuth, B.A. and Schwager, S.J. Quantitative analysis of the benefits and risks of consuming farmed and wild salmon. J. Nutr 135: 2639-2643, 2005.

275. Huang, X., Hites, R.A., Foran, J.A., Hamilton, C., Knuth, B.A., Schwager, S.J. and Carpenter, D.O. Consumption advisories for salmon based on risk of cancer and non-cancer health effects. Environ. Res., 101: 263-274, 2006.

276. Shcherbatykh, I., Huang, X., Lessner, L. and Carpenter, D.O. Hazardous waste sites and stroke in New York State. Environ. Health, 4:18, 2005.

277. Hamilton, M.C., Hites, R.A., Schwager, S.J., Foran, J.A., Knuth, B.A. and Carpenter, D.O. Lipid composition and contaminants in farmed and wild salmon. Environ. Sci. Tech., 39: 8622-8629, 2005.

278. Yilmaz, B., Sandal, S., Chen, C-H. and Carpenter, D.O. Effects of PCB 52 and PCB 77 on cell viability, $[Ca^{2+}]_i$ levels and membrane fluidity in mouse thymocytes. Toxicology. 217: 184-193, 2006.

279. Tan, Y., Hori, N., and Carpenter, D.O. Electrophysiological effects of three groups of glutamate metabotropic receptors in rat piriform cortex. Cell. Molec. Neurobiol., 26: 915-924, 2006.

280. Boldyrev, A.A., Carpenter, D.O. and Johnson, P.A., Emerging evidence for a similar role of glutamate receptors in the nervous and immune systems. J. Neurochem., 95: 913-918, 2005.

**DAVID CARPENTER**
**EXHIBIT A**

281. Sandal, S., Yilmaz, B., Godekmerdan, A., Kelestimur, H. and Carpenter, D.O.  Effects of PCBs 52 and 77 on Th1/Th2 balance in mouse thymocyte cell cultures.  Immunopharmacol. Immununotoxicol. 27: 601-613, 2005.

282. Carpenter, D.O.  Environmental contaminants and learning and memory.  International Congress Series, 1287: 185-189, 2006.

283. Carpenter, D.O.  Polychlorinated biphenyls (PCBs): Routes of exposure and effects on human health.  Rev. Environ. Health, 21: 1-23, 2006.

284. Huang, X., Lessner, L. and Carpenter, D.O.  Exposure to persistent organic pollutants and hypertensive disease.  Environ. Res., 102: 101-106, 2006.

285. Carpenter, D.O., El-Qaderi, S., Fayzieva, D., Gilani, A., Hambartsumyan, A., Herz, K., Isobaev, M., Kasymov, O., Kudyakov, R., Majitova, Z., Mamadov, E., Nemer, L., Revich, B., Stege, P., Suk, W., Upshur, R., Yilmaz, B. and Zaineh K.  Children's environmental health in Central Asia and the Middle East.  Int. J. Occup. Environ. Health, 12: 362-368, 2006.

286. King, W.M., Sarup, V., Sauve, Y., Moreland, C.M., Carpenter, D.O. and Sharma. S.C.  Expansion of visual receptive fields in experimental glaucoma.  Visual Neurosci. 23: 137-142, 2006.

287. Tuneva, J., Chittur, S., Boldyrev, A.A., Birman, I. and Carpenter, D.O.  Cerebellar granule cell death induced by aluminum.  Neurotox. Res., 9: 297-304, 2006.

288. Trasande, L., Boscarino, J., Graber, N., Falk, R., Schechter, C., Dunkel, G., Geslani, J., Moline, J., Kaplan-Liss, E., Miller, R.K., Korfmacher, K., Carpenter, D., Balk, S.J., Laraque, D., Frumkin, H. and Landrigan, P.J.  The environment in pediatric practice:  A study of New York pediatricians' attitudes, beliefs, and practices towards children's environmental health.  J. Urban Health, 2006, DOI: 10.1007/s11524-006-9071-4.

289. Surdu, S., Montoya, L.D., Tarbell, A. and Carpenter, D.O.  Childhood asthma and indoor allergens in Native Americans in New York.  Environ. Health: A Global Access Science Source, 5:22, 2006. DOI: 10.1186/1476-069X-5-22.

290. Ozcan M., Yilmaz, B. and Carpenter, D.O.  Effects of melatonin on synaptic transmission and long term potentiation in two areas of mouse hippocampus.  Brain Res., 1111: 90-94, 2006.

291. Shaw, S.D., Brenner, D., Berger, M.L., Pulser, E.L., Carpenter, D.O., Hong, C-W and Kannan K.  PCBs, dioxin-like PCBs, dioxins, and organochlorine pesticides in farmed salmon (Salmo salar) from Maine and Eastern Canada.  Environ. Sci. Technol. 40: 5347-5354, 2006.

292. Yilmaz, B., Ssempebwa J., Mackerer, C.R., Arcaro, K.F. and Carpenter, D.O.  Effects of polycyclic aromatic hydrocarbon-containing oil mixtures on generation of reactive oxygen species and cell viability in MCF-7 breast cancer cells.  J. Toxicol. Environ. Health, Part A: 70: 1-8, 2007.

293. Kouznetsova, M., Huang, X., Ma, J., Lessner, L. and Carpenter, D.O.  Increased rate of hospitalization for diabetes and residential proximity of hazardous waste sites.  Environ. Health Perspect., 115:75-79, 2007.

294. Yilmaz, Y., Seyran, A.D., Sandal, S., Aydin, M., Colakoglu, N., Kocer, M. and Carpenter, D.O.  Modulatory effects of Aroclors 1221 and 1254 on bone turnover and vertebral histology in intact and ovariectomized rats.  Toxicology Letts., 166: 276-294, 2006.

295. Shcherbatykh, I. and Carpenter, D.O.  The role of metals in the etiology of Alzheimer's disease.  J. Alzheimer's Dis., 11: 191-205, 2007.

296. Surdu S, Neamtiu I, Gurzau E, Kasler I and Carpenter D. Blood lead levels and hand lead contamination in children ages 4-6 in Copsa Mica, Romania. In: Environmental Health in Central and Eastern Europe.  KC Donnelly and LH Cizmas, Eds.  Springer Netherlands.  pp. 123-134, 2007.

**DAVID CARPENTER**
**EXHIBIT A**

297. Carpenter D.O.  The importance of the Great Lakes Water Quality Agreement.  J Public Health Policy 28: 216-220, 2007.

298. Codru N, Schymura MJ, Negoita S, the Akwesasne Task Force on the Environment, Rej R and Carpenter DO.  Diabetes in relation to serum levels of polychlorinated biphenyls (PCBs) and chlorinated pesticides in adult Native Americans.  Environ Health Perspect. 115: 1442-1447, 2007.

299. Carpenter DO.  Biomarcadores de efectos neuroconductuales.  Acta Toxicol Argent 14 (Suplemento): 11-12, 2006.

300. Hennig B, Ormsbee L, Bachas L, Silverstone A, Milner J, Carpenter D, Thompson C and Suk WA . Introductory comments: nutrition, environmental toxins and implications in prevention and intervention of human diseases.  J Nutrit Biochem 189: 161-163, 2007.

301. Arnold R, Armour MA, Barich J, Cebrian M, Cifuentes L, Kirk D, Koh D, Lewis ND, Ling B, Makalinao I, Maiden T, Paz-y-Mino C, Peralta G, Singh K, Sly P, Suk W, Woodward A, Zheng B and Carpenter DO.  Threats to human health and environmental sustainability in the Pacific Basin:  The 11th International Conference of the Pacific Basin Consortium.  Environ Health Perspect. 115: 1770-1775, 2007.

302. Parrish RR, Horstwood M, Arnason JG, Chenery S, Brewer T, Lloyd NS and Carpenter DO (2008) Depleted uranium contamination by inhalation exposure and its detection after approximately 25 years:  Implications for health assessment.  Sci Total Environ 390: 58-68.

303. Goncharov A, Haase RF, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment, McCaffrey RJ, Rej R and Carpenter DO.  (2008) High serum PCBs are associated with elevation of serum lipids and cardiovascular disease in a Native American population.  Environ Res. 106: 226-239.

304. Ma J, Kouznetsova M, Lessner L and Carpenter DO.  Asthma and infectious respiratory disease in children – correlation to residence near hazardous waste sites. Paediatr Respir Rev 8: 292-298, 2007.

305 Schell LM, Gallo MV, Denham M, Ravenscroft J, DeCaprio AP and Carpenter DO (2008) Relationship of thyroid hormone levels of polychlorinated biphenyls, lead, p,p'-DDE and other toxicants in Akwesasne Mohawk youth.  Environ Health Perspect. 116: 806-813.

306. Ssempebwa J and Carpenter DO (2009)  The generation, use and disposal of waste crankcase oil in developing countries: A case for Kampala District, Uganda.  J Hazard Materials 161: 835-841.

307. Carpenter DO (2008)  Environmental contaminants as risk factors for developing diabetes.  Rev Environ Health 23: 59-74.

308. Shaw SD, Berger ML, Brenner D, Carpenter DO, Lao L, Hong CS and Kannan K (2008) Polybrominated diphenyl ethers (PBDEs) in farmed and wild salmon marketed in the Northeastern United States.  Chemosphere 71: 1422-1431.

309. Sandel S, Yilmaz B and Carpenter DO (2008)  Genotoxic effects of PCB 52 and PCB 77 on cultured human peripheral lymphocytes.  Mutation Res. 654: 88-92.

310. Carpenter DO and Sage C (2008)  Setting prudent public health policy for electromagnetic field exposures.  Rev Environ Health 23: 91-117.

311. Neagu B, Strominger NL and Carpenter DO (2008) Contribution of NMDA receptor-mediated component to the EPSP in mouse Schaffer collateral synapses under single pulse stimulation protocol.  Brain Res. 1240: 54-61.

312. Holdren J, Tao S and Carpenter DO (2008)  Environment and health in the 21st Century: Challenges and solutions.  Ann NY Acad Sci.  1140:1-21.

**DAVID CARPENTER**
**EXHIBIT A**

313. Carpenter DO, Ma J and Lessner L (2008) Asthma and infectious respiratory disease in relation to residence near hazardous waste sites. Ann NY Acad Sci. 1140: 201-208.

314. Sandal S, Tuneva J, Yilmaz B and Carpenter DO (2009) Effects of cholesterol and docosahexaenoic acid on cell viability and $(Ca^{2+})_i$ levels in acutely isolated mouse thymocytes. Cell Biochem Funct 27: 155-161.

315. Steele RE, de Leeuw, E and Carpenter DO (2009) A novel and effective treatment modality for medically unexplained symptoms. J Pain Management 1: 402-412

316. Sage C and Carpenter DO (2009) Public health implications of wireless technologies. Pathophysiology 16: 233-246.

317. Sly PD, Eskenazi B, Pronczuk J, Sram R, Diaz-Barriga F, Machin DG, Carpenter DO, Surdu S and Meslin EM (2009) Ethical issues in measuring biomarkers in children's environmental health. Environ Health Perspect. 117: 1185-1190.

318. Goncharov A, Rej R, Negoita S, Schymura M, Santiago-Rivera A, Morse G, Akwesasne Task Force on the Environment and Carpenter DO (2009) Lower serum testosterone associated with elevated polychlorinated biphenyl concentrations in Native American men. Environ Health Perspect. 117:1454-1460.

319. Tuneva JO, Karpova LV, Shittur SV, Carpenter DO, Johnson P and Boldyrev AA (2009) Amyloid-β and aluminum ions enhance neuronal damage mediated by NMDA-activated glutamate receptors. Biochemistry (Moscow) Supplement Series A: Membrane and Cell Biology 4: 466-471.

320 Carpenter DO and Nevin R (2009) Environmental causes of violence. Physiol Behavior 99: 260-268.

321. Goncharov A, Bloom MS, Pavuk M, Carpenter DO for the Anniston Environmental Health Research Consortium. (2009) Exposure to PCBs and hypertension in the Anniston Community Health Survey. Organohal Comp 71: 0-136.

322. Sergeev AV and Carpenter DO (2010) Residential proximity to environmental sources of persistent organic pollutants and first-time hospitalizations for myocardial infarction with comorbid diabetes mellitus: A 12-year population-based study. Int J Occup Med Environ Health 23: 5-13.

323. Carpenter DO (2010) Electromagnetic fields and cancer: The cost of doing nothing. Rev Environ Health 25: 75-80.

324. Sergeev AV and Carpenter DO (2010) Exposure to persistent organic pollutants increases hospitalization rates for myocardial infarction with comorbid hypertension. Primary Prevention Insights. 2: 1-9.

325. Hori N, Kadota MT, Watanabe M, Ito Y, Akaike N and Carpenter DO (2010) Neurotoxic effects of methamphetamine on rat hippocampus pyramidal neurons. Cell Mol Neurobiol.30: 849-856.

326. Hardell, S, Tilander H, Welfinger-Smith G and Carpenter DO (2010) Levels of polycholorinated biphenyls (PCBs) and three organochlorine pesticides in fishes from the Aleutian Islands of Alaska. PLoS ONE, 5:e12396.

327. Carpenter, DO. (2010) Human health effects of EMFs: The cost of doing nothing. IOP Conf. Series: Earth and Environmental Science 10: 012004. doi:10:1088/1755-1315/10/1/10/012004.

328. Goncharov A, Bloom M, Pavuk M, Birman I and Carpenter DO for the Anniston Environmental Health Research Consortium. Blood pressure and hypertension in relation to levels of serum polychlorinated biphenyls in residents of Anniston, Alabama. J Hypertension. 28: 2053-2060..

329. Prasad A, Ahs M, Goncharov A and Carpenter DO (2010) Omega-3 and omega-6 fatty acids kill thymocytes and increase membrane fluidity. The Open Cell Development & Biology Journal 3: 1-8

330. Sergeev AV and Carpenter DO (2010)  Increased hospitalizations for ischemic stroke with comorbid diabetes and residential proximity to source of organic pollutants: A 12-year population-based study. Neuroepidemiology 35:196-201.

331. Prasad A, Bloom M and Carpenter DO (2010)  Role of calcium and ROS in cell death induced by polyunsaturated fatty acids in murine thymocytes.  J Cell Physiol. 225: 829-836.

332. Sergeev AV and Carpenter DO (2010)  Geospatial patterns of hospitalization rates for stroke with comorbid hypertension in relation to environmental sources of persistent organic pollutants:  Results from a 12-year population-based study.  Environ Sci Pollut Res Int 18: 576-585.

333. Brown D, Goncharov A, Paul E, Simonin H and Carpenter DO. (2010)  The relationships between Adirondack lake pH and levels of mercury in yellow perch.  J Aquat Animal Health. 22:280-290.

334. Gavidia T, Brune M-N, McCarty KM, Pronczuk J, Etzel R, Neira M, Carpenter DO, Suk WA, Arnold RG, Ha EH, and Sly PD (2010)  Children's environmental health – from knowledge to action. Lancet 377:1134-1136.

335. Bushkin-Bedient S and Carpenter DO (2010)  Benefits versus risks associated with consumption of fish and other seafood.  Rev Environ Health 25: 161-191.

336. Goncharov A, Pavuk M, Foushee HR and Carpenter DO for the Anniston Environmental Health Consortium (2010) Blood pressure in relation to concentrations of PCB congeners and chlorinated pesticides.  Environ Health Perspect.  119:319-325.

337. Yilmaz B, Sandal S and Carpenter DO (2010) PCB 9 exposure induces endothelial cell death while increasing intracellular calcium and ROS levels.  Environ Toxicol.  In press. doi: 10.1002/tox.20676.

338. Sly PD, Arnold RG and Carpenter DO (2011) Environmental exposures in the era of climate change. Rev Environ Health 26: 1-4.

339. Carpenter DO (2011)  Health effects of persistent organic pollutants:  The challenge for the Pacific Basin and for the World.  Rev Environ Health 26: 61-69.

340. Sergeev AV and Carpenter DO (2011) Increase in metabolic syndrome-related hospitalizations in relation to environmental sources of persistent organic pollutants.  Int J Environ Res Public Health 8:762-776.

341. Carpenter DO, Miller PK, Waghiyi, Welfinger-Smith G (2011) Environmental contamination of the Yupik people of St. Lawrence Island, Alaska.  J Indigenous Res In Press.

342. Carpenter DO (2010) Human health effects of EMFs: The cost of doing nothing. IOP C Ser Earth Env 10:1-6.

343. Kamalov J, Carpenter DO, Birman I (2011)  Cytotoxicity of environmentally relevant concentrations of aluminum in murine thymocytes and lymphocytes. J Toxicol. Doi:10.1155/2011/796719.

344. Silbernagel S, Carpenter DO, Gilbert SG, Gochfeld M, Groth E, Hightower JM, Schiavone FM. (2011) Recognizing and preventing over exposure to methylmercury from fish and seafood consumption:  Information for physicians.  J Toxicol, 2011; doi:10.1155/2011/983072

345. Welfinger-Smith G, Minholz JL, Byrne S, Waghiyi V, Gologergen J, Kava J, Apatiki M, Ungott E, Miller PK, Arnason J and Carpenter DO.  (2011)  Organochlorine and metal contaminants in traditional foods from St. Lawrence Island, Alaska.  J Toxicol Environ Health A. 74: 1-20.

346. Åhs M, Prasad A, Aminov Z and Carpenter DO (2011)  Mechanisms of cell death of thymocytes induced by polyunsaturated, monounsaturated and trans-fatty acids.  J Cell. Biochem.  112: 3863-3871.

**DAVID CARPENTER**
**EXHIBIT A**

347. Boberg E, Lessner L and Carpenter DO. (2011) The role of residence near hazardous waste sites containing benzene in the development of hematologic cancers in upstate New York.  Int J Occup Med Environ Health.  24: 1-12..

348. Turyk ME, Bhazsar SP, Bowerman W, Boysen E, Clark M, Diamond M, Mergler D, Pantazopoulos P, Schantz S and Carpenter DO (2012)  Risks and benefits of consumption of Great Lakes fish. Environ Health Perspect. 120: 11-18.

349. Ma J, Lessner L, Schreiber J and Carpenter DO (2009)  Association between residential proximity to PERC dry cleaning establishments and kidney cancer in New York city.  J Environ Public Health doi:10.1155/2009/183920.

350. Morse GS, Duncan G, Noonan C, Carroutte E, Santiago-Rivera A, Carpenter DO and Tarbell A (2011) J Indigen Res 1: (1) Article 6. http://digitalcommons.usu.edu/kicjir/vol1/iss1/6.

351. Liu X, Lessner L and Carpenter DO (2012)  Association between residential proximity to fuel-fired power plants and hospitalization rate for respiratory diseases.  Environ Health Perspect 120: 807-810.

352. Ruzzin J, Lee D-H, Carpenter DO and Jacobs DR Jr. (2012)  Reconsidering metabolic disease:  The impact of persistent organic pollutants.  Atherosclerosis 224: 1-3.

353. Florea A-M, Busselberg D and Carpenter D (2012)  Metals and disease.  J Toxicol 2012. Doi:10.1155/2012/825354.

354. Smolyaninova LV, Carpenter DO, Dergalev AA, Kulebyakin KY and Boldyrev AA (2012)  Carnosine prevents necrotic and apoptotic death of rat thymocytes via ouabain sensitive Na/K-ATPase.  Cell Biochem Funct.  DOI: 10.1002/cbf.2856.

355. Khwaja HA, Fatmi Z, Malashock D, Aminov Z, Siddique A and Carpenter DO (2012)  Effect of air pollution on daily morbidity in Karachi, Pakistan.  J Local Global Health Science, In press.

356. Scrudato RJ, Chiarenzelli FR, Miller PK, Alexander CR, Arnason J, Zamzow K, Zweifel K, Gologergen J, Kava J, Waghiyi V and Carpenter DO. (2012) Contaminants at Arctic formerly used defense sites.  J Local Global Health Science.  In press.

357. Hoover E, Cook K, Plain R, Sanchez K, Waghiyi V, Miller P, Dufault R, Sislin C and Carpenter DO (2012) Indigenous peoples of North America: Environmental exposures and reproductive justice. Environ Health Perspect.  120: 1645-1649.

358. Pantazopoulos P, Sawyer JM, Turyk ME, Diamond M, Bhavsar SP, Mergler D, Schantz S, Ratnayake N and Carpenter DO (2012)  Fatty acids in Great Lakes lake trout and whitefish.  J Great Lakes Res.  In press.

**Books:**

1. Cellular Pacemakers I:  Mechanisms of Pacemaker Generation, David O. Carpenter, editor; John Wiley & Sons, New York, 1982.

2. Cellular Pacemakers II:  Function in Normal and Disease States, David O. Carpenter, editor; John Wiley & Sons, New York 1982.

3. Biologic Effects of Electric and Magnetic Fields, Volume I:  Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

4. Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors; Academic Press, California, 1994.

5. Environmental Challenges in the Pacific Basin,  David O. Carpenter, ed.  New York Academy of Sciences, Vol 1140, 457 pp, 2008.

**DAVID CARPENTER**
**EXHIBIT A**

6.  <u>Effects of Persistent and Bioactive Organic Pollutants on Human Health.</u> David O. Carpenter, ed. Wiley-Blackwell, In press, 2013.

**Reviews and Book Chapters:**

1.  Carpenter, D.O.  Ionic mechanisms and models of endogenous discharge of <u>Aplysia</u> neurons. <u>Proceedings of the Symposium on Neurobiology of Invertebrates: Mechanisms of Rhythm Regulation.</u>  Tihany, Hungary, August 2-5, 1971, Hungarian Academy of Sciences, pp. 35-58, 1973.

2.  Carpenter, D.O., Hovey, M.M. and Bak, A.F.  Measurements of intracellular conductivity in <u>Aplysia</u> neurons:  Evidence for organization of water and ions.  <u>Ann. NY Acad. Sci.</u>, 204:502-533, 1973.

3.  Carpenter, D.O., Hubbard, J.H., Humphrey, D.R., Thompson, H.K. and Marshall, W.H.  $CO_2$ effects on nerve cell function.  In:  <u>Topics in Environmental Physiology and Medicine:  Carbon Dioxide and Metabolic Regulation.</u>  (Eds.:  G. Nahas and K.A. Schaefer), Springer-Verlag, New York, pp. 49-62, 1974.

4.  Parmentier, J. and Carpenter, D.O.  Blocking action of snake venom neurotoxins at receptor sites to putative central nervous system transmitters.  In:  <u>Animal, Plant and Microbial Toxins</u> (Eds.: A. Ohaska, K. Hayashi, and Y. Sawai), Plenum Press, London, Vol. 2, pp. 179-191, 1976.

5.  Pierau, Fr.-K. and Carpenter, D.O.  Metabolic control of peripheral temperature receptors in the scrotal skin of the rat.  <u>Israel J. Med. Sci.</u>, 12:1044-1046, 1976.

6.  Carpenter, D.O.  Membrane Excitability:  In:  <u>Mammalian Cell Membranes</u> Vol. 4, <u>Membranes and Cellular Functions</u>, (Eds.: G.A. Jamieson and D.M. Robinson), Butterworth & Co., London, pp. 184-206, 1977.

7.  Carpenter. D.O., Myers, P.R., Shain, W., Sinback, C.N. and Swann, J.W.  Interchangeable association of neurotransmitter receptors and ionophores in vertebrate and invertebrate cells. Proc. Symposium:  <u>"Iontophoresis and Transmitter Mechanisms in the Mammalian Central Nervous System"</u>, Cambridge, England, Raven Press, pp. 203-205, 1978.

8.  Carpenter, D.O., McCreery, M.J., Woodbury, C.M. and Yarowsky, P.J.  Modulation of endogenous discharge in neuron R-15 through specific receptors for several neurotransmitters.  In:  <u>Abnormal Neuronal Discharges</u>, (Eds:  N. Chalazonitis and M. Boisson), Raven Press, New York, pp. 189-203, 1978.

9.  Tsien, R.W. and Carpenter, D.O.  Ionic mechanisms of pacemaker activity in cardiac purkinje fibers.  <u>Fed. Proc.</u>, 37:2127-2131, 1978.

10. Kebabian, P.R., Kebabian, J.W. and Carpenter, D.O.  Serotonin causes accumulation of cyclic AMP in <u>Aplysia</u> hear.  <u>The Proceedings of the Fourth International Catecholamine Symposium</u>, (Eds: E. Usdin and I. Kopin), Pergamon Press, New York, pp. 1167-1169.

11. Braitman, D.J., Auker, C.R. and Carpenter, D.O.  Direct and modulatory actions of thyrotropin-releasing hormone (TRH) in sensorimotor cortex.  Proc. EMBO Workshop on <u>Drug Receptors in the Central Nervous System</u>, Weizman Institute of Science, Rehovot, Israel, February 10-14, 1980.

12. Carpenter, D.O.  Ionic and metabolic bases of neuronal thermosensitivity.  <u>Fed. Proc.</u>, 40:2808-2813, 1981.

13. Carpenter, D.O. and Reese, T.S.  Chemistry and Physiology of Synaptic Transmissions.  In:  <u>Basic Neurochemistry</u>, 3rd Edition, (Eds.:  Siegel, Albers, Agranoff and Katzman), Little, Brown and Company, pp. 161-168, 1981.

14. Shain, W. and Carpenter, D.O.  Mechanisms of synaptic modulation.  <u>Intl. Rev. Neurobiol.</u>, 22:205-247, 1981.

**DAVID CARPENTER**
**EXHIBIT A**

15.   Wiederhold, M.L. and Carpenter, D.O.  Possible Role of Pacemaker Mechanisms in Sensory Systems.  In:  Cellular Pacemakers II:  Function in Normal and Disease States, (Ed.: D.O. Carpenter), John Wiley & Sons, New York, pp. 27-58, 1982.

16.   Carpenter, D.O.  The generator potential mechanism in cold afferents may be an electrogenic sodium pump.  Workshop on Mechanisms of Thermal Regulations.  J. Therm. Biol., 387-390, 1983.

17.   Carpenter, D.O. and Gregg, R.A.  Functional significance of electrogenic pumps in neurons.  In: Electrogenic transport:  Fundamental Principles and Physiological Implications, (Eds.: M. Blaustein and M. Liebermann), Raven Press, pp. 253-270, 1984.

18.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Behavioral and electrophysiological studies of peptide-induced emesis in dogs.  Fed. Proc., 43:16-18, 1984.

19.   Coyle, J.T., Blakeley, R.D., Zaczeck, R., Ory-Lavollee, L., Koller, K., ffrench-Mullen, J.M.H. and Carpenter, D.O.  Acidic peptides in brain:  Do they act at putative glutamatergic synapses.  In: Excitatory Amino Acids and Epilepsy, (Eds.: Y. Ben-Ari and R. Schwarcz), Plenum Press, New York, pp. 375-384.

20.   Carpenter, D.O., ffrench-Mullen, J.M.H., Hori, N., Sinback, C.N. and Shain, W.  Segregation of synaptic function on excitable cells.  In:  Neural Mechanisms of Conditioning, (Eds.: D. Alkon and C.D. Woody), Plenum Press, NY, pp. 355-369, 1985.

21.   Carpenter, D.O. and Hall, A.F.  Responses of Aplysia cerebral ganglion neurons to leucine enkephalin.  In:  Comparative Aspects of Opioid and Related Neuropeptide Mechanisms, (Eds.: M. Leung and G. Stefano), CRC Press, pp. 49-57.

22.   Zaczeck, R., Koller, K., Carpenter, D.O., Fisher, R., ffrench-Mullen, J.M.H. and Coyle, J.T. Interactions of acidic peptides:  Excitatory amino acid receptors.  In:  Excitatory Amino Acids, (Ed.: P.J. Roberts), Macmillan, London, 1987.

23.   Carpenter, D.O.  Central nervous system mechanisms in deglutition and emesis.  In:  Handbook of Physiology, Section 6:  The Gastrointestinal System.  Vol. I, Motility and Circulation, (Ed.: J.D. Wood), American Physiological Society, Chapter 18, pp. 685-714, 1989.

24.   Carpenter, D.O., Briggs, D.B. and Strominger, N.  Mechanisms of radiation-induced emesis in the dog.  Pharmacol. Ther., 39:367-371, 1988.

25.   Carpenter, D.O.  Comparative biology of neurotransmitter functions.  Biology International, 15:2-9, 1987.

26.   Carpenter, D.O.  Electromagnetic Fields:  Do We Know Enough to Act?  In:  Health and Environmental Digest, Vol. 2, pp. 3-4, 1988.

27.   Carpenter, D.O.  The New York State Power Lines Project:  Summary and Conclusions.  In:  20th Annual National Conference on Radiation Control, CRCPD Publication 88-6, Nashville, Tennessee, May 15-19, 1988, pp. 399-409.

28.   S.-Rozsa, K., Carpenter, D.O., Stefano, G.B. and Salanki, J.  Distinct responses to opiate peptides and FMRFamide on B-neurons of the Aplysia cerebral ganglia.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano), Manchester University Press, Chapter 6, pp. 73-86, 1991.

29.   Carpenter, D.O.  A common mechanism of excitation of area postrema neurons by several neuropeptides, hormones and monoamines.  In:  Comparative Aspects of Neuropeptide Function, (Eds. E. Florey and G.B. Stefano) Manchester University Press, Chapter 21, pp. 260-270, 1991.

30.   Carpenter, D. O., Hirotsu, I., Katsuda, N. and Hori, N.  The effects of acetylcholine and aging on electrical excitability of the central nervous system.  In:  Neuroregulatory Mechanisms in Aging, Pergamon Press LTD, pp. 5-23, 1993.

**DAVID CARPENTER
EXHIBIT A**

31. Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of neurons: fluorescent and reflection stains. Methods in Cell Biology, 38:345-366, 1993.

32. Deno, D. and Carpenter, D.O. Sources and characteristics of electric and magnetic fields in the environment. In: Biologic Effects of Electric and Magnetic Fields, Volume I: Sources and Mechanisms of Biologic Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 3-59, 1994.

33. Carpenter, D.O. The public health implications of magnetic field effects on biological systems. In: Biologic Effects of Electric and Magnetic Fields, Volume II: Beneficial and Harmful Effects, David O. Carpenter and Sinerik Ayrapetyan, editors, Academic Press, California, pp. 321-329, 1994.

34. Carpenter, D.O. Multidisciplinary study of hazardous wastes at a Great Lakes Superfund Site. Great Lakes Research Review, 1: 37-39, 1994.

35. Fejtl, M. and Carpenter, D.O. Single-channel studies in molluscan neurons. In: Ion Channels, Vol. 4, Toshio Narahashi, ed., Plenum Press, New York, pp. 333-376, 1996.

36. Turner, J.N., Swann, J.W., Szarowski, D.H., Smith, K.L., Shain, W., Carpenter, D.O. and Fejtl, M. Three-dimensional confocal light and electron microscopy of central nervous system tissue, and neurons and glia in culture. In: International Review of Experimental Pathology, V.J. Savin and T.B. Wiegmann, editors, Volume 36, Academic Press, pp. 53-72, 1996.

37. Boldyrev, A., Lawrence, D. and Carpenter, D. Effect of carnosine and its natural derivatives on apoptosis of neurons induced by excitotoxic compounds. In: Peptide Science-Present and Future, Y. Shimonishi, editor, Kluwer Academic Publishers, Great Britain, pp. 424-426, 1998.

38. Carpenter, D.O., Hussain, R., Tan, Y., Niemi, W. and Hori, N. Long-term potentiation and long-term depression: Relevance to learning and memory. In: Modern Problems of Cellular and Molecular Biophysics. S.N. Ayrapetyan and A.C.T. North, editors, Nayan Tapan, pp. 83-94, 2001.

39. Carpenter, D.O. NMDA receptors and molecular mechanisms of excitotoxicity. In: Oxidative Stress at Molecular, Cellular and Organ Levels, A. Boldyrev and P. Johnson, editors, Research Signpost, pp. 77-88, 2002.

40. Carpenter, D.O. Clearing the air: Asthma an indoor exposure. JNMA 96: 1-2, 2004.

41. Carpenter DO. Environmental contaminants and human health: The health effects of persistent toxic substances. Firat Tip Dergisi 10: ____: 2005.

42. Hermanson MH, Johnson GW and Carpenter DO. Routes of human exposure to PCBs in Anniston, Alabama. ACS Division of Environmental Chemistry, 232rd National Meeting, 46: 1117-1122, 2006

43. Carpenter DO and Welfinger-Smith G. The Hudson River: A case study of PCB contamination. In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures. Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 303-327.

44. Welfinger-Smith G and Carpenter DO. Addressing sources of PCBs and other chemical pollutants in water. In: Water and Sanitation-Related diseases and the Environment: Challenges, Interventions, and Preventative Measures. Janine M.H. Selendy, Ed., Wiley & Sons, Inc. 2011, pp 359-384.

**Other Publications:**

1. Barker, J.L. and Carpenter, D.O. Neuronal thermosensitivity. Science, 172:1361-1362, 1971.

**DAVID CARPENTER**
**EXHIBIT A**

2.   Carpenter, D.O.  Cellular Pacemakers.  Fed. Proc., 37:2125-2126, 1978.

3.   Carpenter, D.O.  Membrane biophysics and general neurobiology in Japan.  ONR Tokyo Scientific Bulletin, 3:23-27, 1978.

4.   Carpenter, D.O.  Research on the primate nervous system in Japan.  ONR Tokyo Scientific Bulletin, 3:28-32, 1978.

5.   Carpenter, D.O.  Report on the Sixth International Biophysics Congress, Kyoto, Japan.  ONR Tokyo Scientific Bulletin, 3:38-40, 1978.

6.   Carpenter, D.O.  Interchangeable association of neurotransmitter receptors with several ionophores.  Brain Research Bulletin, 4:149-152, 1978.

7.   Carpenter, D.O. and Ahlbom, A.  Power lines and cancer:  Public health and policy implications.  Forum, 3:96-101, 1988.

8.   Carpenter, D.O.  Setting Health Policy When the Science and the Risk are Uncertain.  In: The Scientific Basis of Health Policy in the 1990s, Proceedings of the School of Public Health's Fifth Anniversary Symposium, 54-63, 1990.

9.   Carpenter, D.O.  Integrating public health in professional education.  Optometry and Vision Science, 70: 699-702, 1993.

10.  Bowerman, W.W., Carey, J., Carpenter, D.O., Colborn, T., DeRosa, C., Fournier, M., Fox, G.A., Gibson, B.L., Gilbertson, M., Henshel, D., McMaster, S. and Upshur, R. Is it time for a Great Lakes Ecosystem Agreement separate from the Great Lakes Water Quality Agreement? J. Great Lakes Res. 25:237-238, 1999.

11.  Carpenter, D.O. Editorial Comment of APrimary hypoxic tolerance and chemical preconditioning during estrus cycle@. Stroke, 30:1262, 1999.

12.  Carpenter, D.O. Bring environmental health back into public Health.   J. Pub. Health Mgmt. Pract., 5:vii-viii, 1999.

13.  Carpenter, D.O.  Should children and women of childbearing age eat Great Lakes fish?  Great Lakes Commission Advisor, 13: 8, 2000.

14.  Hites, R.A., Foran, J.A., Schwager, S.J., Knuth, B.A., Hamilton, M.C. and Carpenter, D.O. Response to comment on AGlobal Assessment of Polybrominated Diphenyl Ethers in Farmed and Wild Salmon@. Environ. Sci. Technol. 39: 379-380.

15.  Carpenter, D.O.  Blood lead and IQ in older children.  Letter to the editor.  Environ. Health Perspect., 113: A581-A582, 2005.

16.  Foran, J.A., Carpenter, D.O., Good, D.H., Hamilton, M.C., Hites, R.A., Knuth, B.A. and Schwager, S.J.  Risks and benefits of seafood consumption.  Letter to the editor.  Am. J. Prev. Med. 30: 438-439, 2006.

17.  Bolte G, Kohlhuber M, Carpenter DO and Tamburlini G  Environmental inequalities among children and adolescents in Europe.  Report prepared and submitted to the World Health Organization, 2009.

18.  Toxins and the Brain.  PSR's Environmental Health Policy Institute, 9 April 2012