**STATE OF MAINE PUBLIC UTILITIES COMMISSION**

**DOCKET NO. 2011-262**

**ED FRIEDMAN, ET AL, Request for Commission Investigation Into**

**Smart Meters & Smart Meter Opt-Out**



# REBUTTAL TESTIMONY

## OF

## WILLIAM H. BAILEY, PhD
## AND
## YAKOV SHKOLNIKOV, PhD

**April 17, 2013**

**Attorney for Central Maine Power Company**

**Kenneth W. Farber**
**83 Edison Drive**
**Augusta, ME 04336**

# REBUTTAL TESTIMONY OF
# WILLIAM H. BAILEY, PhD and YAKOV SHKOLNIKOV, PhD
# DOCKET NO. 2011-262

## TABLE OF CONTENTS

I. PURPOSE OF REBUTTAL TESTIMONY ................................................................. 1

II. ISSUES REGARDING EXPOSURE TO RF FROM CMP SMART METERS ......... 4

III. GENERAL RESPONSES TO ALLEGATIONS OF COMPLAINANTS'
WITNESSES REGARDING HEALTH EFFECTS OF RF EXPOSURES
FROM SMART METERS AND CELL PHONES ....................................................... 15

IV FAILURE OF COMPLAINANTS' WITNESSES TO FOLLOW GENERALLY
ACCEPTED SCIENTIFIC METHODOLOGIES TO REACH THEIR ................... 24

V. NEW ADMINISTRATIVE DETERMINATIONS AND ACTION .......................... 29

VI. SPECIFIC COMMENTS TO TESTIMONY OF COMPLAINANTS'

WITNESSES .............................................................................................................. 37

   A. DAVID CARPENTER, M.D. ............................................................................ 37

   B. LENNART HARDELL, M.D. ........................................................................... 68

   C. DR. JERRY L. PHILLIPS ................................................................................ 92

   D. DR. DARIUSZ LESZCZYNSKI ..................................................................... 112

   E. MR. LLOYD MORGAN ................................................................................... 126

   F. DR. RICHARD H. CONRAD .......................................................................... 135

   G. DR. GIRISH KUMAR ...................................................................................... 143

   H. WILLIAM H. REA, M.D. ................................................................................. 145

   I. DE-KUN LI, M.D., PHD .................................................................................. 149

   J. MS. SANDY MAURER ................................................................................... 153

REFERENCES ................................................................................................................... 160

I.      PURPOSE OF REBUTTAL TESTIMONY

1   **Q.      Drs. Bailey and Shkolnikov, on September 19, 2012, you submitted direct**

2   **testimony on health and safety issues of radiofrequency (RF) fields raised by the**

3   **Complainants in Docket 2011-00262.  The Office of Public Advocate's (OPA)**

4   **Experts and the Complainants' witnesses recently filed direct testimony**

5   **regarding the RF exposure from CMP's smart meters.**

6   **As a result of that testimony have your conclusions from your direct testimony**

7   **changed? Please explain.**

8   A.      No.  Our main findings and conclusions have not changed as a result of the testimony

9       we reviewed.  The three main findings and conclusions from our previous testimony

10      were:

11      1.   Exponent conducted a field study in September 2012 ("2012 Exponent

12          Measurement Report") to confirm our modeling of the exposures to RF fields

13          presented in our 2010 Exponent Testimony in Docket No. 2010-345.  The study,

14          described in Appendix B to Exponent's 2012 testimony used state of the art RF

15          exposure measurement equipment and standard testing protocols to validate that

16          the measured RF exposure from the Central Maine Power (CMP) smart meters is

17          far lower than the maximum permissible exposure (MPE) set by the Federal

18          Communications Commission (FCC).  In fact, measurements of the total RF

19          exposures from smart meters—even operating at or above the communication rate

20          of 99% of the smart meters sampled—were found to be below the limit of

21          detection of the monitoring equipment (0.00017 milliwatts per centimeter squared

1       [mW/cm2]).  This conservatively means that the RF emissions from smart meters

2       are less than 1/5,880 (0.017 %) of the FCC MPE limit.  As discussed below, the

3       OPA's expert testimony, in fact, supports our findings.

4    2.  We reported on the comprehensive assessments of RF health research prepared for

5       health and scientific agencies since our 2010 Testimony.  None of these

6       comprehensive assessments found any persuasive evidence for a health risk of

7       exposures to the general public at or below the FCC limits on RF exposure of the

8       general public and thus support the FCC's position that its RF standard is

9       protective of public health.  We concluded that there is not a reliable scientific

10      basis for asserting that the RF fields associated with the operation of the CMP

11      smart meters and its Mesh network will cause or contribute to adverse health

12      effects in the population.  As discussed in detail in this rebuttal testimony, that

13      position has not changed as a result of the testimony by the Complainants'

14      witnesses.  Their testimony does not provide reliable evidence for any adverse

15      health effects at RF exposure levels comparable to those from the CMP smart

16      meters.

17    3.  We evaluated the merit and relevance of claims based on specific scientific studies

18      and documents cited in the complaint that had not been otherwise addressed in the

19      2010 Exponent Testimony.  This rebuttal provides detailed responses to the

20      specific comments made by the Complainants' witnesses.

21  **Q.**    **Drs. Bailey and Shkolnikov, what is the specific purpose of this rebuttal**

22       **testimony?**

1    A.    The purpose is:

2          1.    To respond to the report filed by George Arnold of True North Associates and

3                Daniel L. Goulet from C2 Systems, LLC (a.k.a., the OPA report), on behalf of the

4                OPA, describing measurements of RF signals from the CMP smart meters and

5                collectors measured under field conditions as compared to the FCC limits; to

6                issues raised in testimony filed by Drs. Carpenter, Hardell, Phillips, Leszczynski,

7                Conrad, Kumar, Rea, and Li, Mr. Morgan, and Ms. Maurer regarding potential

8                health effects of RF exposures from smart meters, particularly those installed by

9                CMP; and to testimony, which supports and expands claims made in the Friedman

10               complaint; and,

11         2.    To provide an update of relevant administrative developments both in the United

12               States and internationally that have occurred since the submission of our previous

13               testimony, which call into question some of the arguments raised by the Friedman

14               witnesses.

15   **Q.    Why are you not responding to the testimony of Mr. Joshua Hart, Dr. Timothy**

16         **Schoechle, and Mr. Jeffrey Edelstein?**

17   A.    We are not responding to the testimony of these witnesses because their testimony

18         touches little upon scientific issues and we have addressed any scientific issues that

19         may be raised in their testimony in other parts of our testimony.

1  **II.   ISSUES REGARDING EXPOSURE TO RF FROM THE CMP SMART**
2  **METERS**

3  **Q.   What was the purpose of the OPA's measurement study?**

4  A.   The stated purpose of the OPA's study was to compare the maximum exposures from

5  the smart meters and collectors measured under field conditions to the FCC limits.

6  **Q.   Does the OPA study suggest that the CMP smart meter system produces a**

7  **stronger RF signals than calculated and measured by Exponent?**

8  A.   No.  The study reports that the measured 1-second-averaged exposures were always

9  less than 5% of the FCC limit and predominately below the lower measurement limit

10  of the meter.

11  The higher measurements, however, include signals from other RF sources in addition

12  to the smart meters.   According to the OPA report, a few isolated 250 millisecond-

13  averaged measurement values were above the 5% value and probably were caused by

14  other sources of RF signals in the vicinity of the meter:

15  It should be noted that this reading was outside of the time period

16  during which the Smart Meters operate at their maximum duty

17  cycle (green-shaded area in Figure 4 [of the OPA report]) and, that

18  the source of the measurements taken during the test period include

19  any and all potential RF sources in the area within the frequency

20  range of the Narda broadband meter and probe (300 [megahertz]

21  MHz to 50 [gigahertz] GHz). (p. 20)

4

1      Moreover, once a longer averaging time was used (e.g., 1-second), those higher

2      measured values dropped rapidly.  Considering that the FCC's specified averaging

3      time is 30 minutes, the OPA measurements of RF exposure were always well below

4      the FCC limits.

5  **Q.**    **Do the measurements in the OPA report support the calculations Exponent made**

6          **at a distance of 1 yard and the measurements submitted to FCC for CMP smart**

7          **meter certification at a distance of 20 centimeters (cm)?**

8  A.     Yes.  The OPA measurements confirm the calculations in Exponent's 2010 Testimony

9          and are consistent with measurements in the 2012 Exponent Measurement Report and

10         the measurements submitted to the FCC.

11  **Q.**   **Will exposures from banks of CMP smart meters also be below the limits**

12         **prescribed by the FCC?**

13  A.    Yes.  Calculations and measurements by Exponent, and measurements in the OPA

14         report show that the exposures from banks of smart meters are well below the FCC

15         exposure limits.

16  **Q.**   **Exponent's 2012 Measurement Report states that the RF exposure from meters**

17         **at or below 99% of the CMP smart meters sampled is below the detection limit of**

18         **the RF measurement meter.  Does this support the argument made by Mr.**

19         **Morgan that the measurements performed by Exponent are inadequate?**

20  A.    No.  There is a difference between detection limits for human exposure and signal

21         communication limits.

1    The noise floor (sensitivity) of the exposure tools is controlled by the frequency range

2    it covers.  Exposure assessment meters with broadband frequency capabilities that

3    closely match the 3 kilohertz (kHz) to 300 GHz RF range and measure all signals

4    contributing to exposure over the frequency range have a much higher noise floor than

5    narrow range signal analyzer tools (such as the Narda SRM-3006 meter), which when

6    operated in a narrow frequency range configuration is really a signal detector rather

7    than an exposure assessment tool.  This higher noise floor prevents identification of a

8    contribution from a specific source of RF exposure when the exposure from that

9    specific source is lower than the background noise contributed by all sources, which is

10    the case with the CMP smart meters.  Since the goal of a human exposure analysis is

11    to detect all signals contributing to exposure over the whole RF frequency range of 3

12    kHz to 300 GHz that passes through a cross section of a human body, meters with

13    broadband frequency capabilities should be used and not narrow band signal detectors.

14    While it may be a concern to some that there is a noise floor to an exposure

15    assessment, it is important to note two things.  First, the noise floor is partially a

16    consequence of actual background noise present in the environment (manmade and

17    natural) and is inherent to the measurement process itself.  Second, and perhaps most

18    important, when considering the Complainants' health-based concerns about exposure

19    from CMP smart meters, the noise floor, including contributions from smart meters, is

20    but a tiny fraction (less than 0.017%) of the FCC exposure limits.

21  **Q.    Several Complainants' witnesses have voiced concern about RF exposure from**

22  **nearby smart meters.  For example, Dr. Leszczynski voices concern about the**

23  **overall "radiation smog."  Dr. Conrad discusses the exposure at great distances**

1      **from electrical appliances.  Dr. Rea has discussed a case where a patient's**

2      **neighbor had smart meter put on her house that was close to the patient's home.**

3      **And, some of Dr. Conrad's and Ms. Maurer's survey respondents also had smart**

4      **meters installed in the neighborhood.  Do the exposures from nearby smart**

5      **meters (but not necessarily in close proximity) meaningfully contribute to a**

6      **person's overall environmental RF exposure?**

7   A.   No, they do not.  For a typical duty cycle (operating for less than 1 second a day) as

8        determined in Exponent's 2012 Measurement Report at 3 feet directly from the front

9        of a CMP smart meter, the exposure from the smart meter is already 430 times below

10       that of the natural RF signal from the earth.  At a distance of 30 feet directly from the

11       front of the smart meter, the RF exposure from that meter drops to a level that is

12       43,000 times below that of the natural RF signal from the earth.[1]  Other RF sources are

13       also far more important than smart meters: being next to a human body (e.g., a hug

14       from a family member) would result in RF exposure that is a factor of 100,000 times

15       greater than that from a smart meter 30 feet away (and a factor of 1,000 greater than

16       the exposure from a smart meter 1 yard away).

17       To illustrate why the CMP smart meters do not contribute in any meaningful way to

18       exposures of persons in the surrounding area, we have summarized data contained in

19       our Testimony in Figure 1.  Figure 1 shows that the strength of the signal from a CMP

20       smart meter diminishes quickly with distance, so that within 0.03- 0.14 feet (0.4 inches

21       to 1.7 inches) from the front of the smart meter, it equals that of RF fields from the

22       earth.  In contrast, the average exposure from other common RF sources, including the

---

[1] In directions other than directly from the front of the smart meter, the exposure is lower.

1      human body, microwave ovens, cordless phones, and cell phones, diminishes to the

2      natural RF fields of the earth at a distance of 1 foot to 35 feet.  In contrast, the signal

3      from an amplitude-modulated (AM) or a frequency modulated (FM) radio station in

4      Portland, Maine, only diminishes to the RF fields of the earth when the signals have

5      traveled 0.8 to 1.1 miles.



6      **Figure 1 – Distance for average exposure from RF devices to diminish to earth's value**

7      Thus, the additional RF exposure from the CMP smart meter is negligible compared to

8      natural and manmade background levels and, in fact, is negligible even compared to

9      fluctuations in that background exposure.  The concerns raised by the Friedman

10     witnesses are not supported by the exposure analyses.

1   **Q.**    **Complainants' witnesses, including Dr. Carpenter, Dr. Conrad, and Mr. Morgan,**

2               **imply that the signal from the smart meter has unique characteristics and**

3               **therefore poses a unique hazard.  Is there an engineering basis for this belief?**

4   A.    No.  There is nothing particularly special about the smart meter's signal, except its

5               overall low communication time (1 second or less a day) and subsequent low

6               exposure.  The information in the RF signal from a CMP smart meter is modulated

7               within the same modulation utilized by the majority of cell phones in the United

8               States, Wi-Fi (IEEE 802.11b), and many other wireless technologies.

9   **Q.**    **The Complainants' witnesses (Drs. Carpenter, Conrad, Hardell, and Mr.**

10              **Morgan) have opined that the peak exposure from CMP smart meters is more of**

11              **concern than average exposure and it may be very large.  Please respond to this**

12              **comment.**

13   A.    Based on the measured peak data filed with the FCC and the maximum duty cycle for

14               the CMP smart meters, the peak exposures from smart meters at a distance of 20 cm

15               from the antenna will be less than 4% of the FCC exposure limits.

16               None of the Friedman witnesses have cited any biological basis for asserting that peak

17               values produce different biological responses than the corresponding average value.

18               Moreover, it should be understood that whether one describes an exposure to an RF

19               signal from a smart meter by its peak or average value, the exposure itself is

20               unchanged.

1    The natural exposure from the earth does not vary with time and the peak and average

2    exposures from the earth are therefore the same.  While none of the Friedman

3    witnesses have cited any biological basis for asserting that peak values produce

4    different biological responses than the corresponding average value, it is interesting to

5    note just for comparison that the peak exposure inside a house from a smart meter

6    would be the same as that from the earth if a person is just 10 feet from a smart meter.

7  **Q.**  **The Complainants' witnesses have argued that exposures from CMP smart**

8    **meters pose human health risks and even if CMP smart meters meet the FCC**

9    **standards for RF emissions, that level is too high to assure that the exposures**

10   **from the meters are "safe."  Please respond.**

11  A.  We and other scientists who are experts in this field and in human health risk

12    assessment are able to assess the potential for RF exposures from the CMP smart

13    meters and whether those exposures pose a public health hazard.  We also have taken

14    into account and assessed the nature and severity of the potential hazard based upon

15    considerations of dose response and background exposures from other sources.  Our

16    assessment, which is consistent with the weight of evidence in the scientific

17    community, is that "there is no reliable scientific basis that the RF fields associated

18    with the operation of CMP's smart meters and its Mesh network will cause or

19    contribute to adverse health effects in the population" (2012 Exponent Testimony, p.

20    51).

21    Contrary to the assertions of the Friedman witnesses, the responsibility for

22    determining safety lies with government agencies, not individual scientists.  Safety is

10

1    determined not only by an appreciation of the scientific evidence and potential risks,

2    but also by a judgment as to the acceptability of those risks (Lowrance, 1976).  Risks

3    that are determined by government agencies to be so small or non-existent are termed

4    "safe."  Given the extremely low level of RF emissions from smart meters and the

5    understanding of the association between RF field levels and adverse health effects (or

6    the lack thereof), the conclusion that smart meters are "safe" by public health

7    authorities is justified from a scientific standpoint and is based on sound public policy

8    principles.

9    **Q.    Complainants' witnesses Carpenter, Conrad, Hardell, Kumar, and Morgan have**

10   **suggested that CMP smart meters should meet other national (i.e., countries**

11   **other than the United States) and international standards.  Please compare the**

12   **exposure from the CMP smart meters to other national and international**

13   **standards cited by these witnesses.**

14   A.    The typical indoor exposure from CMP smart meters is at least a factor 600,000 below

15   the limits of national and international standards including those of the International

16   Commission on Non-ionizing Radiation Protection (ICNIRP) (1998), IEEE (2005),

17   FCC (2012), and Health Canada (2009), and the limits set by Australia, Russia,

18   Poland, and China.

19   **Q.    Complainants' witnesses have also suggested that levels of RF fields identified as**

20   **biologically-based precautionary values in the 2012 BioInitiative Report should**

21   **be used as an exposure limit.  In your opinion, would that be appropriate?**

1    A.    No.  The 2012 BioInitiative Report suggests an exposure limit of 0.3 nanowatts per

2          centimeter squared (nW/cm2) to 0.6 nW/cm2 for total exposure in the frequency range

3          of 300 Hertz (Hz) to 300 GHz.  This limit is nonsensical.  The always-present natural

4          RF signal from the earth is 215 times greater than the value proposed in the 2012

5          BioInitiative Report.  Standing next to another person would result in "overexposure"

6          of at least 500 times over the 2012 BioInitiative Report's limit.  In fact, a single cell

7          phone operated at a distance of 400 feet from a person could potentially exceed the

8          2012 BioInitiative Report's limit.

9          Moreover, even if the 2012 BioInitiative Report's value were to be adopted as a limit,

10         compliance with the limit could not be verified.  There is just no equipment capable of

11         measuring (alone or in combination with other instruments) the whole frequency range

12         of 300 Hz to 300 GHz with a noise floor that even approaches the 2012 BioInitiative

13         Report's limit.  The noise floor is a fundamental limit; to measure RF signals below

14         such a low level, the measurement equipment and the entire environment around it,

15         would have to be cryogenically frozen to lower the background noise level.

16         Therefore, without such precautions all measurements taken to verify compliance with

17         the 2012 BioInitiative Report's limit would show values of RF power density above

18         the proposed limit.

19         Despite this, if natural background RF sources could be eliminated, the RF exposure

20         from CMP smart meters would be below the limit recommended in the 2012

21         BioInitiative Report.  In fact, the typical indoor exposure to RF fields from smart

22         meters is even a factor of 20 to 40 below the 2012 BioInitiative Report's

23         recommended values.

12

1  Q.    **Are the typical exposures from the CMP smart meters in homes also below still**

2        **other limits recommended by the Complainants' witnesses?**

3  A.    Yes.  Typical exposures from CMP smart meters would be lower than a level of "no

4        concern" from the Building Biology Institute in Germany ($< 0.00001$ µW/cm2), and a

5        similar value recommended by the Austrian Medical Association, as cited by

6        witnesses Kumar (testimony, p. 3, Kumar Exhibit B) and Morgan (testimony Exhibits

7        K and O).  The exposures from the CMP smart meters also are below the whole body

8        exposure limit of 0.00017 mW/cm2 proposed by the Seletun Panel cited by Mr.

9        Morgan.

10 Q.    **Did the Complainants' witnesses conduct any studies or analyses of the RF**

11       **exposures associated with the CMP smart meters?**

12 A.    No.  The Friedman witnesses did not perform any measurements or calculations to

13       characterize the RF exposure from the CMP smart meters.  Had they performed such

14       an analysis, they would have understood that the RF exposure levels from the CMP

15       smart meters are substantially below all national and international exposure limits as

16       well as other limits proposed by private organizations for precautionary reasons.

17 Q.    **The Complainants' witnesses contend that CMP smart meters contribute to the**

18       **overall risk associated with RF exposure.  Do you agree?**

19 A.    No.  As discussed above, based on the typical exposure from CMP smart meters, a

20       person's or neighbor's smart meter does not make any meaningful contribution to his

21       or her overall exposure to RF fields from existing natural and manmade sources.

13

1  **Q.   So while the Complainants' witnesses argue that, as public policy, smart meters**

2  **should not be allowed or at a minimum people should be allowed to opt out from**

3  **receiving a smart meter, would such public policy actions create a measurably**

4  **lower RF exposure to the opt-out customer or to the public as a whole should**

5  **smart meters be removed?**

6  A.   No.  Even at a distance of 3 feet from a smart meter, the exposure is so far below

7  natural levels of RF (430-times lower) that it would make no difference to overall RF

8  exposure.

14

1   III.   **GENERAL RESPONSES TO ALLEGATIONS OF COMPLAINANTS'**
2          **WITNESSES REGARDING HEALTH EFFECTS OF RF EXPOSURES FROM**
3          **SMART METERS AND CELL PHONES**

4   Q.    **The Complainants' witnesses argue that there is scientific evidence that people,**

5          **animals, and cells exhibit adverse "non-thermal" effects when exposed to RF**

6          **signals at levels below the FCC limits.  Is that position accurate and supported by**

7          **the weight of evidence?**

8   A.    No.  Specifically, the protection of public health with regard to non-thermal effects of

9          RF exposure has been addressed by agencies of the federal government (the

10         Environmental Protection Agency, the Center for Devices and Radiological Health, [a

11         division within the Food and Drug Administration],[2] and the FCC) by the "limits

12         adopted by the Commission [FCC] for safe exposure to RF emissions due to mobile

13         and portable devices such as non-fixed wireless transmitters and hand-held cellular

14         telephones" (FCC, 2001).  In setting the standards, the FCC sought to avoid

15         potentially adverse effects of RF exposure related to tissue heating, having examined

16         the potential for both thermal and non-thermal effects.

17         The FCC has been aware of scientific research and controversy about non-thermal

18         biological responses to RF for many years, and in 1999 the FCC explained:

19                 At relatively low levels of exposure to RF radiation, i.e., field
20                 intensities lower than those that would produce significant and
21                 measurable heating, the evidence for production of harmful
22                 biological effects is ambiguous and unproven. Such effects have
23                 sometimes been referred to as "non-thermal" effects. Several years
24                 ago publications began appearing in the scientific literature, largely

---

[2]  U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health (CDRH).

> overseas, reporting the observation of a wide range of low-level biological effects. However, in many of these cases further experimental research was unable to reproduce these effects. Furthermore, there has been no determination that such effects might indicate a human health hazard, particularly with regard to long-term (FCC, 1999, p. 8).

**Q. The Complainants' witnesses have argued that the science has changed since the FCC issued its standards. Has the issue been addressed more recently in Canada and are the findings different than those of the FCC?**

A. In 2009, Health Canada published limits on RF exposure for the general public in Safety Code 6. These limits at 2.5 and 5.8 GHz are identical to those of the FCC and they have not treated the issue of thermal and non-thermal effects different than the FCC.

In addition to its own scientific review of research, Health Canada has enlisted the aid of the Royal Society of Canada to guide Health Canada's evaluation of current research in relation to its RF standards. The Royal Society has empaneled scientists to provide reviews of the literature on RF and health that have included studies at both thermal and non-thermal levels. These reviews have been published by the Society and its review panel in 1999, 2001, 2007, and 2009 (Royal Society of Canada, 1999; Krewski et al., 2001a, 2001b, 2007; Habash et al., 2009).

Like the FCC, Health Canada has considered studies on both thermal and non-thermal effects of RF during the standard-setting and review process:

> The exposure limits specified in Safety Code 6 have been established based upon a thorough evaluation of the scientific literature related to the thermal and possible non-thermal effects of RF energy on biological systems. Health Canada scientists

1   consider all peer-reviewed scientific studies, on an ongoing basis,
2   and employ a weight-of-evidence approach when evaluating the
3   possible health risks of RF energy (Health Canada, 2009, p. 7).

4   Q.   **Have any other national or international scientific and health agencies**

5   **investigated the issue of non-thermal effects?**

6   A.   Yes, other national and international health and scientific agencies have addressed the

7   issue and they do not agree with the allegations of the Friedman witnesses.

8   Specifically, in contradiction to the allegations of the Friedman witnesses regarding

9   the existence of adverse biological effects due to non-thermal RF exposure, various

10   national and international health and scientific agencies referenced in reports by the

11   Maine Department of Health and Exponent have concluded otherwise.  The two

12   preeminent reviews of the literature are summarized in the 2012 report by the

13   Advisory Group on Non-ionizing Radiation (AGNIR), prepared for the Health

14   Protection Agency of the United Kingdom, and the 2009 ICNIRP report.  The

15   conclusions of these two major reviews on this topic are as follows:

16   AGNIR 2012

17   Human Studies (Epidemiology)

18   Studies of cognitive function and human performance measures do
19   not suggest acute effects of RF field exposure from mobile phones
20   and base stations….Neurophysiological studies of brain function
21   are inconsistent.  The methods and sample sizes in some recent
22   studies have improved, compared with those considered in the
23   previous AGNIR review.  Four of six recent studies using vascular
24   and metabolic measures suggest possible effects of RF fields on
25   brain function.  However, only one involved a large sample size,
26   and the actual RF field exposures were unclear.  EEG studies have
27   also produced mixed results.  Small increases in alpha-band EEG
28   power have been reported during or after exposure.  However, the
29   effects are small and inconsistent between studies, so the reliability

and biological significance of these findings still remain unclear. Further research in large representative samples, and in independent laboratories, would be required before this evidence can be considered convincing (p. 318).

Since the 2003 AGNIR report, a substantial amount of research has explored the potential link between exposure to RF fields and symptoms. The overall evidence from the numerous experimental studies that have been conducted suggests that no causal link exists for short-term exposures. These studies also suggest that people are unable to detect the presence of RF fields. These findings apply to both healthy participants and to people who report being sensitive to various types of electromagnetic field. This does not undermine the importance of the symptoms that are experienced, but it does suggest that causes other than those related to RF fields should be considered…. At present, insufficient good quality evidence is available to draw conclusions as to the role of long-term exposure to RF fields in causing symptoms (p. 318).

Few studies of potential effects of parental RF field exposure on reproductive outcomes have been published since the previous AGNIR report. The evidence on the effect of RF fields on sperm quality is weak; however, some suggestive positive results, although not very convincing, give justification for further studies with improved methods. The evidence on effects on male subfertility and on female sexual function and fertility is very limited, and allows no conclusions. Effects on spontaneous abortions have been addressed in four studies: neither the one positive finding, nor the three negative ones, gives convincing evidence because of methodological limitations in study designs (p. 319).

The studies of occupational exposure to RF fields, and those of residence near radio and TV transmitters, do not indicate that RF field exposure from these sources causes cancer. However, these studies have considerable weaknesses, particularly in exposure assessment, such that they do not give strong evidence against such a possibility. The overall results of epidemiological studies to date do not demonstrate that the use of mobile phones causes brain tumours or any other type of malignancy, nor do they suggest that causation is likely. They give considerable evidence against a material causal effect on brain tumour risk within 10 years since first use, and to a lesser extent within 15 years, but give far less information about longer periods. There is very limited information on risks of childhood tumours. As mobile phone use has proved very difficult to measure retrospectively in recall-based studies, and has become ubiquitous over a relatively short period

1    of time, considerable weight needs to be given to evidence from
2    national brain tumour incidence trends.  So far, these give no
3    indication of any risk, but continued surveillance of them is not
4    difficult and would be valuable (p. 320).

5    Animal Studies (in vivo)

6    Many new studies have been published since 2003 and these have
7    employed a wide range of biological models, exposure levels and
8    signal modulations.  The most reliable effects remain associated
9    with exposures that result in marked elevations in whole-body
10   temperature.  There is no clear evidence of harmful effects with
11   low level exposures, although some studies have continued to
12   report subtle biological changes, often following single, acute
13   exposures.  It is noteworthy that several large-scale studies
14   investigating the initiation and development of cancer have all
15   been robustly negative, and a lack of effect has been seen
16   regarding effects on auditory function.  Studies investigating
17   effects on the brain and nervous system in adults have not
18   produced consistent evidence of weak-field effects. In particular,
19   recent studies do not indicate that low level exposures are
20   associated with changes in gene expression or in altered
21   permeability of the blood-brain barrier.  Two well-performed
22   studies, one in juvenile rats and one in aged mice, have reported
23   that improvements in learning and memory may occur following
24   exposure to mobile phone signals, but these studies are as yet
25   unreplicated (p. 318).

26   Cellular studies (in vitro)

27   There are now several hundred studies in the published literature
28   that have looked for effects on isolated cells or their components
29   when exposed to RF fields.  None has provided robust evidence for
30   an effect.  Furthermore, where reported effects were investigated
31   by independent replications the effects were not found.  The
32   evidence for a direct or indirect genotoxic effect is unconvincing,
33   as is the possibility of synergistic effects with known carcinogens.
34   The apparent effect on stress proteins described in the previous
35   review by AGNIR in 2003 has not been replicated in most of the
36   newer studies.  The reported direct effects of RF fields on cell
37   membranes and isolated proteins, although interesting, lack
38   independent verification and therefore should be interpreted with
39   caution. In general, the reported effects are small, often close to the
40   lower limits of detection.  Research into the biological effects of
41   RF field exposure suffers from too many poorly designed and
42   inadequately controlled experiments.  These can lead to false
43   positives which tend to be published because of the publication

19

1    bias for positives in the scientific literature.  At present there is no
2    known pattern of exposure conditions that has been shown
3    consistently to cause a biological effect from exposures below
4    guideline levels (p. 318).

5    ICNIRP (2009)

6    Human Studies (Epidemiology)

7    Most recent studies of human subjects, including adults, children
8    and adolescents, have focused on the possible effects of essentially
9    non-thermal exposures to mobile phone type RF, often simulating
10   mobile phone use and so only involving localized exposure of part
11   of the head.  A number of non-thermal interaction mechanisms
12   have been proposed but to date none have been experimentally
13   verified.  Several volunteer studies using adult subjects report that
14   exposure to a GSM-type signal may result in increased power in
15   the alpha band of the spontaneous EEG.  Effects on EEGs
16   generated during sleep were more variable and inconsistent
17   although there is some evidence emerging that suggests there may
18   be an effect on alpha and beta band activity. In addition, there are
19   some indications of changes in regional cerebral blood flow,
20   thought to correlate to changes in neural activity, during and
21   following RF exposure, but again the available data are equivocal.
22   Whether these small changes have any functional significance is
23   unclear; no consistent effects on cognitive performance have been
24   found in a large number of volunteer studies.  In addition,
25   regarding possible mobile phone type RF effects on EEG and
26   cognitive function in children and adolescents, there is overall no
27   robust evidence of any effect.

28   A wide range of subjective symptoms including headaches and
29   migraine, fatigue, and skin itches have been attributed to various
30   RF sources both at home and at work.  However, the evidence
31   from double blind provocation studies suggests that the reported
32   symptoms are not causally related to EMF exposure.  Otherwise,
33   with regard to more general physiological endpoints, there is no
34   clear evidence of RF exposure on resting heart rate or blood
35   pressure in human subjects, nor is there consistent evidence of any
36   effect on serum melatonin, or on pituitary hormone levels.
37   However, small but inconsistent changes in heart rate variability
38   have been reported.  Animal studies report an absence of effects of
39   pulsed RF radiation characteristic of mobile phone use on
40   circulating serum melatonin levels and other measures of body
41   melatonin (p. 259).

1       Animal Studies (in vivo)

2             In animals, despite there being sporadic reports of positive effects
3             on brain physiology, most studies have not reported any field-
4             dependent responses either in gene expression or in increased
5             permeability of the blood brain barrier. Several studies indicate
6             that changes may be induced by relatively intense RF exposure in
7             cholinergic activity in the brain, but the evidence of any functional
8             consequence for the performance of some behavioral tasks is
9             equivocal. (p. 259)

10           Overall, the results of recent animal carcinogenicity studies are
11           rather consistent and indicate that such effects on rodents are not
12           likely at SAR levels up to 4 W kg-1. In vivo and in vitro
13           genotoxicity studies also generally indicate a lack of effect. With
14           regard to in vitro studies of non-genotoxic effects such as cell
15           signaling, gene and protein expression, the results are more
16           equivocal. The evidence from studies using measurements of
17           calcium ion concentration, does not support the earlier positive
18           reports of modulated RF effects on calcium ion efflux. There is
19           insufficient research regarding RF effects on nitric oxide signaling,
20           gap junctions and receptor clustering to be conclusive. Recent
21           studies suggest that the RF exposure has no or very little effect on
22           the expression of cancer-related genes (proto-oncogenes and tumor
23           suppressor genes). However, the results of studies of RF exposure
24           on stress protein expression, particularly on hsps, have so far been
25           inconsistent, with both positive and negative outcomes. Heating
26           remains a potential confounder and may account for some of the
27           positive effects reported. More recently, studies using powerful,
28           high-throughput screening techniques, capable of examining
29           changes in the expression very large numbers of genes and
30           proteins, have often shown a limited number of alterations where
31           some genes were up-regulated and others down-regulated, and the
32           expression and phosphorylation of some proteins were changed.
33           However, the magnitude of reported changes was very small and
34           may be of limited functional consequence. In terms of effects on
35           cell behavior, the results of studies on cell proliferation and
36           differentiation, apoptosis and cell transformation are mostly
37           negative. Thermally significant RF exposure can impair male
38           fertility and cause increased embryo and fetal losses and increase
39           the incidence of fetal malformations and anomalies. Such effects
40           have not been consistently shown at exposure levels that do not
41           induce temperature elevation of 1°C or more. The studies that have
42           addressed postnatal developmental indices or behavior after
43           prenatal exposure to low level RF radiation have generally
44           reported lack of effects. Effects resulting from long-term exposure
45           during the development of juvenile animals have been addressed in

1　only a few studies, and the data are insufficient for conclusions (p.
2　260).

3　Cellular Studies (in vitro)

4　Over the last 30 years there have been many in vitro studies on
5　potential cellular effects of RF. These studies gave insight into the
6　basic mechanisms by which effects might be induced in more
7　complex animal or human organisms. Interpretation is, however,
8　limited by anomalous cell behavior generated by the culture
9　conditions and other factors which limit the extrapolation to
10　humans. The studies conducted so far have not provided consistent
11　evidence of biological effects under non-thermal RF exposure
12　conditions. In the case of genetic effects, for example, most results
13　were negative and some of the few positive findings may be
14　attributable to a thermal insult rather than to the RF-exposure as
15　such. The same holds true for other endpoints. With regard to
16　signaling, studies done using measurements of calcium ion
17　concentration related to cellular function do not support earlier
18　positive reports on calcium ion physiology. …

19　Changes in cell physiology and function imply changes in gene
20　and protein expression. An early publication on heat shock gene
21　expression in the nematode C. elegans initiated further
22　investigation of various genes known to be stress-responsive.
23　However, this positive finding was later shown to have resulted
24　from inadvertent heating, due to lack of rigorous dosimetry. Recent
25　studies suggest that RF exposure has no or very little effect on the
26　expression of cancer-related genes (e.g., proto-oncogenes and
27　tumor suppressor genes). However, the results of studies of the
28　effects of RF exposure on stress protein expression, particularly
29　hsps, have so far been inconsistent, although mostly negative
30　outcomes have been reported in vitro. Heating remains a potential
31　confounder, and probably accounts for some of the positive effects
32　reported (p. 148).

33　In summary, neither the AGNIR (2012) nor the ICNIRP (2009) reviews of humans,

34　animals, and cells exposed to RF fields report any consistent evidence for adverse

35　effects of exposure to RF fields at levels similar to or below the FCC or ICNIRP

36　exposure limits and thus contradict the claims of the Friedman witnesses that CMP

37　smart meters pose a likely or possible threat to health despite that their typical

1        exposures are lower than almost any natural RF exposure or RF exposure from any

2        other manmade devices.

1   **IV.   FAILURE OF COMPLAINANTS' EXPERTS TO FOLLOW GENERALLY**
2   **ACCEPTED SCIENTIFIC METHODOLOGIES TO REACH THEIR**
3   **CONCLUSIONS**

4   **Q.   In your review of the testimony of the Claimants' witnesses, did you find evidence**

5   **that their opinions had been developed based upon the application of any sound**

6   **scientific methodology?**

7   A.   No.  In our 2010 Exponent Testimony, we described how scientific and health

8   agencies evaluate the strength and weaknesses of individual studies and then consider

9   all the conclusions together to assess the weight of evidence arising from disparate

10   methodologies (epidemiology, in vivo, and in vitro).  The claims advanced in the

11   testimony presented by the Friedman witnesses are not based on an organized

12   scientific assessment.  Rather, the testimony provides an amalgam of claims and

13   studies that have been figuratively thrown at the Maine Public Utilities Commission

14   (MPUC) and left to them to decipher and evaluate.

15   **Q.   Do the references made in the testimony of Drs. Hardell, Conrad, Leszczynski,**

16   **and Mr. Morgan to Sir Bradford Hill's criteria for consideration of epidemiology**

17   **studies constitute a scientific methodology?**

18   A.   No, alluding to Hill's criteria without providing a supporting review of the scientific

19   evidence according to Hill's criteria does not constitute an adequate weight of

20   evidence assessment.  A similar failure to follow Hill's criteria to establish claims for

21   health effects was mentioned in the 2012 Exponent Testimony.  The American

22   Association of Environmental Medicine (AAEM) stated that it had applied Hill's

23   criteria to find that non-thermal RF exposures demonstrate significant harmful

1    biological effects and we pointed out the subsequent criticism by the Smart Grid

2    Technical Advisory Project of Lawrence Berkeley National Laboratory that Hill's

3    criteria for smart meters had not been demonstrated by the AAEM (LBNL, 2012, pp.

4    34-35).

5    Q.    **Have the Complainants' witnesses clearly established the scientific relevance of**

6          **the research they have cited to the CMP Smart Meters?**

7    A.    No.  It is axiomatic that the body of research reviewed has to establish relevance to the

8          exposure under consideration in order for health risks to be alleged.  The Friedman

9          witnesses have not established the scientific relevance of the level of RF exposures

10         cited in their testimony to the level of RF exposure associated with the CMP smart

11         meter system.

12   Q.    **What feature of the RF exposures in the studies cited by the Claimants' witnesses**

13         **is most critical to assessing their potential scientific relevance to the CMP smart**

14         **meters?**

15   A.    The intensity of the RF signals is the most critical feature that needs to be considered

16         in assessing potential relevance.

17         The intensity of an exposure is fundamental to the assessment of its effects from a

18         toxicological perspective (i.e., the dose makes the poison).  Virtually everything can

19         produce harmful effects to the body if the intensity or dose resulting from exposure is

20         sufficiently high.  Therefore, it is not enough for the Friedman witnesses to say that

21         studies x, y, and z suggest an adverse effect of RF field exposure unless the intensity

1    of the RF exposure in the study is shown to be relevant to that of CMP smart meters.

2    None of the Friedman witnesses has even attempted to establish the relevance of the

3    intensity of exposure in the studies cited to those associated with CMP smart meters.

4    Relating biological responses to the level of exposure, that is, assessing dose response

5    relationships is a key to the assessment of potential health risks of RF exposure.

6    As a surrogate for such a scientific demonstration of relevance, they merely state that

7    some of the studies cited provide evidence for non-thermal effects of RF field

8    exposures because the exposures in the study are below thermal standards, i.e., FCC,

9    ICNIRP, IEEE.  The Friedman witnesses appear to share the common misperception

10    that all biological effects that might be observed at levels below these guideline levels

11    must necessarily be produced by non-thermal mechanisms.  Since these standards are

12    designed to prevent adverse effects of thermal heating, however, effects that may

13    occur at levels below the standard may include non-adverse thermal and non-thermal

14    effects.  Hence, the possibility that exposures to RF signals may affect biological

15    systems by a thermal but non-adverse stimulus should always be explicitly considered

16    in evaluating potential interactions of RF fields with organisms.

17    This is an especially important point since biological systems can respond to changes

18    that are within the reported variation in the ambient temperature maintained in animal

19    and cell exposure systems (Gaestel, 2010).  This is not necessarily the case for in vitro

20    studies, where energy dissipation in tissue is limited, unlike living organisms where

21    energy dissipation is facilitated by blood and lymphatic transport.  In addition, it is

22    difficult to achieve homogeneous temperatures within cell mediums in vitro because

23    of uneven heating of the medium.  For example, with little change in average

1    temperature, RF exposures can produce 'hot spots' in the medium with increases in

2    temperature varying higher than the average value.  So, the suggestion by the

3    Friedman witnesses that because biological responses to RF signals have been

4    reported at levels below the FCC or other similar standards means that some new non-

5    thermal mechanisms must be invoked requires that the studies they cite have

6    eliminated the possibility of a weak thermal effect of the RF exposure.

7    The Friedman witnesses have relied upon epidemiology, in vivo, and in vitro studies

8    that almost exclusively involve actual or simulated RF exposures at levels produced

9    by cell phones.  Yet, they have uniformly failed to relate the results of the studies they

10   cite at such exposure levels to the far lower levels associated with the CMP smart

11   meters.  The average outdoor exposures from the CMP smart meters are about 300,000

12   - 650,000 times lower than from a cell phone and about 3,300,000 times lower than

13   the FCC standards.  In fact, the exposure estimates for smart meters at typical duty

14   cycles measured in the CMP network are below the levels that pertain to exposures of

15   populations around radio and TV transmitter antennas and mobile phone base stations

16   discussed in Dr. Carpenter's testimony at pp. 8-10.  Moreover, RF exposures from

17   CMP smart meters are below the levels of exposure in the studies cited in Exhibit B of

18   Dr. Carpenter's testimony and in those studies cited in Exhibit F of Mr. Morgan's

19   testimony.

20   In summary, a "cautious scientist" as referred to in the Friedman witnesses' testimony

21   would provide evidence that considers both the quality and the relevance of the

22   scientific evidence on the topic that was the basis their testimony before making any

23   claims.  The claims made by the Friedman witnesses are made without any specific

1    evaluation of the quality or relevance of the studies cited with respect to the intensity

2    of the signals from CMP smart meters.

3    **Q.    Why is this important to the current proceeding?**

4    A.    Since the CMP smart meters do not contribute in any meaningful way to a person's

5    background exposure to RF fields as discussed above, the concerns expressed by the

6    Friedman witnesses about human, animal, and cellular studies conducted at higher RF

7    exposure levels have little, if any, established scientific relevance to the determination

8    as to whether the CMP smart meters are safe.

1   **V.      NEW ADMINISTRATIVE DETERMINATIONS AND ACTIONS**

2   **Q.**    **Since you prepared your latest testimony in September 2012, have any additional**

3           **reports from state, provincial, and national agencies been issued that have**

4           **assessed the potential effects of smart meters?  Do those studies support the**

5           **scientific claims made by the Complainants' witnesses?**

6   A.      Yes.  We have become aware of several such reports issued since our testimony that

7           further refute the claims made by the Friedman witnesses.

8           Public Utility Commission of Texas

9           On December 17, 2012, the Public Utility Commission of Texas issued its "Report on

10          Health and Radiofrequency Electromagnetic Fields from Advanced Meters."  The

11          report concluded that "the large body of scientific research reveals no definite or

12          proven biological effects from exposure to low-level RF signals.  Further, Staff found

13          no credible evidence to suggest that advanced meters emit harmful amounts of EMF"

14          (PUCT, 2012, p. 1).

15          Vermont Department of Public Service

16          On January 14, 2013, Richard Tell Associates, Inc., on behalf of the Vermont

17          Department of Public Service, prepared "An Evaluation of Radio Frequency Fields

18          Produced by Smart Meters Deployed in Vermont."  The key findings are consistent

19          with the analysis conducted by the OPA's experts and by Exponent on the CMP smart

20          meter system.  The Tell study found:

21                  Smart meters produce intermittent bursts of pulsed RF fields that
22                  are small when compared to the FCC MPE for public exposure.

1    When the field is adjusted for duty cycle and spatial averaging, in
2    accord with FCC rules, the resulting maximum value of potential
3    exposure at one foot directly in front of the meter represents about
4    0.068% of the time-averaged/spatial-averaged exposure limit for
5    GMP meters and 0.032% in the case of BED meters (p. 4).

6    Exposure, in terms of instantaneous peak as well as time-averaged
7    RF fields, caused by deployed smart meters in Vermont is small in
8    comparison to that related to many other sources of RF fields in the
9    environment. For instance, local values of long term, time-
10   averaged RF fields (as a fraction of the MPE) from FM radio
11   broadcasting can, in some areas as found in this study, be as much
12   as ten to hundreds of times greater than those values found
13   immediately near smart meters. The common use of normal
14   appliances within a home or office, such as microwave ovens and
15   wireless routers, can lead to RF fields that are comparable to or
16   substantially greater than those produced by smart meters. This
17   applies to the use of mobile phones as well; both mobile phones
18   and smart meters operate with roughly the same transmitter peak
19   powers. In this context, however, mobile phones are normally held
20   against the head during use while smart meters are not (p. 4).

21   Of 141 interior RF field measurements inside residences, the
22   greatest measured value was equivalent to 0.0014% of the MPE in
23   term of time-averaged and spatially-averaged exposure. This
24   maximum value was associated with a location directly behind the
25   installed smart meter but inside the home. The average interior
26   residential RF field, time and spatially averaged, was equivalent to
27   0.000058% of the MPE (p. 4).

28   The FCC MPE values were derived with the inclusion of a safety
29   factor of 50 below the actual threshold of hazard from prolonged
30   exposure. When the above estimated RF field exposures for GMP
31   and BED meters at the closest distance of one foot are considered
32   in this light, this means that the most conservative estimates of
33   potential exposure range between approximately 75,000 and
34   156,000 times less than the hazard threshold respectively (p. 4).

35   Using the highest indicated results from the measurements
36   performed in this study, potential exposure of individuals to the RF
37   fields associated with the currently deployed smart meters in the
38   GMP and BED service territories is small when compared to the
39   limits set by the FCC. It is concluded that any potential exposure to
40   the investigated smart meters will comply with the FCC exposure
41   rules by a wide margin (p. 4).

1          Quebec Energy Board

2          A hearing of the Quebec Energy Board was held in October 2012, in which scientific

3          witnesses, including David Carpenter, M.D., presented testimony before the Board.[3]

4          The Board ruled:

5                    Summary of the Energy Board Ruling[4]

6                    The views presented by the public health authorities and the
7                    evidence heard by la Régie on the state of scientific research on the
8                    impacts of non thermal RF on health demonstrate that the
9                    emissions from the new generation of smart meters do not present
10                   a health risk (p. 2).

11                   Selected Excepts from Energy Board Report[5]

12                   These organizations, such as the World Health Organization, or
13                   Health Canada consider that up to the present, research has not
14                   found any proof of significance that exposure to RF at levels below
15                   those that produce heating of tissue can cause negative health
16                   effects, the distributor (Hydro Quebec) notes that this applies
17                   whether it is electrical activity in the brain, cognitive functions,
18                   sleep, cardiac rhythm, blood pressure etc. Furthermore, studies
19                   have not demonstrated a cause and effect relationship between
20                   exposure to RF and the symptoms reported by individuals who
21                   claim to suffer from "electromagnetic hypersensitivity.

22                   In the light of current scientific knowledge concerning RF and
23                   health, and considering the extremely low exposures from RF from
24                   the new generation of smart meters from Hydro Quebec, the
25                   Ministry of Health and Social Services, in collaboration with the
26                   directors of public health and the Agencies of public health and
27                   social services, would like to inform the public that the RF emitted
28                   by these devices do not present a health risk (p. 27).

---

[3]  English translations of excerpts of the Energy Board's conclusions have become available at
     http://www.emfandhealth.com/News%20Commentary.html.
[4]  http://internet.regie-energie.qc.ca/Depot/Projets/111/Documents/R-3770-2011-A-0164-DEC-DEC-
     2012_10_05.PDF
[5]  http://internet.regie-energie.qc.ca/Depot/Projets/111/Documents/R-3770-2011-A-0163-DEC-DEC-
     2012_10_05.pdf.

1        The Norwegian Institute of Public Health

2        The Expert Committee appointed by the Norwegian Institute of Health, commissioned

3        by the Ministry of Health and Care Services and the Ministry of Transport and

4        Communications issued its report "Low-level Radiofrequency Electromagnetic Fields

5        - An Assessment of Health Risks and Evaluation of Regulatory Practice."  The full

6        200 page report was published September 17, 2012 in Norwegian but a 19-page

7        summary in English was provided.  The report[6] states:

8        There is a broad international consensus among experts that the
9        ICNIRP reference values (recommended values for maximum
10       exposure) provide good protection against both the excitation of
11       nerve tissue and harmful heating of body tissues. For exposure at
12       levels below the ICNIRP reference values, the ICNIRP has found
13       no documented adverse effects, despite extensive research. No
14       mechanisms have been identified which could account for any
15       such effect….

16       A large number of studies have examined the possible effects of
17       exposure to weak RF fields (i.e., exposure within the ICNIRP's
18       reference values). The studies have been performed on cells and
19       tissues, and in animals and humans. The effects that have been
20       studied apply to changes in organ systems, functions and other
21       effects. There are also a large number of population studies with an
22       emphasis on studies of cancer risk. The large total number of
23       studies provides no evidence that exposure to weak RF fields
24       causes adverse health effects. Some measurable biological /
25       physiological effects cannot be ruled out …

26       As typical exposure lies far below the ICNIRP's recommended
27       reference values, and since it is not scientifically proven that
28       adverse health effects may occur after exposure under the ICNIRP
29       reference levels, there is no reason to assume that the low typical
30       exposure in Norway is associated with health risks. On this basis
31       the Expert Committee considers that the general public is well
32       protected against adverse health effects from RF exposure…
33       Many of the experimental studies have used exposure with weak

---

6

http://www.fhi.no/eway/default.aspx?pid=240&trg=Content_6856&Main_6664=6894:0:25,7553:1:0:0:::0:0&
MainContent_6894=6856:0:25,7750:1:0:0:::0:0&Content_6856=6689:104671:25,7750:1:6851:1:::0:0

1        RF fields, although the levels are relatively high compared to
2        typical exposure. The remaining uncertain- ties in the risk
3        assessment mainly relate to health effects arising after a very long
4        time, and to situations that produce the highest exposure (i.e.,
5        personal use of a mobile phone). This uncertainty in the risk
6        assessment is considered to be low. There is negligible uncertainty
7        in the risk assessment associated with other sources, such as base
8        stations, wireless networks, television transmitters and the use of
9        mobile phones by other individuals (p. 38).

10    **Q.**    **Has the FCC issued any reports or orders on RF fields since your last testimony**

11          **was filed?**

12    A.    Yes.  On March 29, 2013, the FCC released a First Report and Order and a Further

13          Notice of Proposed Rulemaking in ET Docket No. 03-137, and a Notice of Inquiry in

14          a new docket, ET Docket No. 13-84.

15    **Q.**    **What is the purpose of the Order and Further Notice of Proposed Rule Making**

16          **in ET Docket No. 03-137 and will there be any effect on CMP smart meters?**

17        The purpose of the Order and Further Notice in ET Docket 03-137 is to ensure

18        compliance of the FCC's rules with the National Environmental Policy Act as the

19        rules relate to guidelines for human exposure to RF fields (Order, paragraphs 1 and 2).

20        The Notice of Proposed Rule Making proposes an evaluation that would exclude a

21        low-power device from a routine evaluation of exposure (Order, paragraph 4).  This

22        exemption, however, is only an exemption from evaluation, but not from compliance

23        (Order, Figure D.1); the rationale for this exemption is that if the exemption criteria

24        are met, then there is minimal likelihood for the exposure limits for the general public

25        to be exceeded.  Exemptions are proposed to be based on meeting conditions for

26        specific absorption rates (SAR) and MPE values (Order, Appendices C and D).

1       The proposed exemption from SAR evaluation is based on the maximum time-

2       averaged power delivered to the antenna, as averaged over any 30-minute period for

3       fixed sources and averaged over a period inherent to the device transmission

4       characteristics for mobile and portable sources.  The evaluation criterion is based on

5       the effective radiated power (ERP).  If the maximum time-averaged ERP value (in

6       units of mW) from transmitter is less than the values of ERP listed in Table 2 of the

7       Notice, then the device would be exempt from a Routine Environmental Evaluation.

8       The CMP smart meter has an ERP value of 120 mW, which is less than the exemption

9       threshold of 220 mW at 5 cm from the antenna.  Therefore, no evaluation would be

10      required at distances greater than 5 cm from the antenna.  Since the antenna is

11      recessed approximately 5 cm inside the smart meter's housing, the CMP smart meters

12      would appear to be exempt from the routine evaluation (Appendix D to the Order).

13  **Q.**    **Please describe the Notice of Inquiry.**

14  A.     In ET Docket No. 13-84, the FCC opened an inquiry that seeks to determine whether

15      there is a need for reassessment of the FCC RF exposure limits and policies.  The

16      inquiry focuses on three elements: (i) the propriety of the existing standards and

17      policies, (ii) possible options for precautionary exposure reduction, and (iii) possible

18      improvements to the equipment authorization process and policies as they relate to RF

19      exposure (First Report and Order, Paragraph 5).

20  **Q.**    **How might the Notice of Inquiry in Docket, ET Docket No. 13-84 affect the**

21       **FCC's regulation of CMP smart meters?**

1   A.   In launching this inquiry, the FCC states that it still has confidence in the current

2        exposure limits given that more recent international standards have a similar basis

3        (Notice of Inquiry, Paragraph 205, 216).  As part of the reason for this Inquiry, the

4        FCC references the recent recommendation by the US Government Accounting Office

5        (GAO) calling for the FCC to reassess its current RF limits to determine whether they

6        need to be more restrictive, less restrictive, or remain the same to ensure consistency

7        with international standards and current scientific knowledge since the current

8        standards were adopted in 1996 (Notice of Inquiry, Paragraph 206).

9        The Inquiry does present the FCC's position on the issues, which is consistent with

10       our conclusions in our 2010Testimony regarding smart meter technology.  The FCC

11       notes that it continues to receive inquiries on various subjects related to RF exposure

12       particularly as more and more infrastructure is deployed to support new wireless

13       technologies.  The FCC, however, also acknowledges that the levels of emissions from

14       these technologies are much less than from cell phones (Notice of Inquiry, Paragraph

15       232).  In the Inquiry, the FCC also notes that the current limit is readily justified when

16       taking into account known health effects and added safety factors (Notice of Inquiry,

17       Paragraph 236).  The Inquiry also states that while there have been discussions as to

18       the need for more stringent limits to guard against the possibility of risks from non-

19       thermal biological effects, the FCC specifically notes that "such risks have not been

20       established by scientific research" (Notice of Inquiry, Paragraph 237).  As for

21       precautionary exposure reductions that are being advocated by the Friedman

22       witnesses, the Inquiry notes that since the environmental exposure from fixed

23       transmitters is well below the current standards and also less than the exposure from

1       cell phones, that establishing more stringent requirements on these sorts of wireless

2       devices may have no practical effect under most exposure scenarios, but may add

3       significant infrastructure costs (Notice of Inquiry, Paragraph 237).  Therefore, while

4       the FCC has launched this inquiry to review the status of research on the health effects

5       of RF exposure as requested by the GAO, the FCC's position is consistent with and

6       supports our conclusions regarding the low level of RF emissions from CMP smart

7       meters.

8    **Q.**    **In light of the Complainants' witness claims and the FCC actions, would your**

9        **conclusions regarding the compliance of CMP smart meters with the FCC limits**

10      **change based on the newly announced proposed changes to the FCC's standards**

11      **and guidance?**

12   A.    No, we would not change our overarching conclusion that there is no reliable scientific

13       evidence that a smart meter Mesh network will cause or contribute to adverse health

14       effects to people.

1  VI.   **SPECIFIC COMMENTS TO TESTIMONY OF COMPLAINANTS'**
2       **WITNESSES**

3       A.   **Specific Comments to the Testimony of David Carpenter, M.D.**

4  Q.   **Dr. Carpenter states in his testimony on p. 3 that the BioInitiative Report**

5       **"documents bioeffects, adverse health effects and public health conclusions about**

6       **impacts of electromagnetic radiation (electromagnetic fields including extremely-**

7       **low frequency ELF-EMF and radiofrequency/microwave or RF-EMF fields)... I**

8       **also reference the entire report as a comprehensive and up-to-date review of the**

9       **scientific information on this subject." Has the methodology used in the**

10      **BioInitiative Report been criticized by authoritative bodies on RF health**

11      **research?**

12 A.   Yes.  Several national and scientific agencies have criticized the BioInitiative Report,

13      including the Australian Centre for Radiofrequency Bioeffects Research (ACRBR),

14      the EMF-NET for the European Commission, the Electric Power Research Institute

15      (EPRI), the IEEE's Committee on Man and Radiation (COMAR), and the Health

16      Council of the Netherlands (HCN).  The HCN prepared a report that explicitly states

17      the authors of the BioInitiative Report (2007) did not follow standard methodology for

18      conducting a scientific review to make certain a fair, objective, and comprehensive

19      assessment of the scientific literature on RF exposure and health effects was made.

20      These standard scientific methods are adhered to by bodies such as the World Health

21      Organization (WHO), the HCN, and organizations that set standards for exposure,

22      such as ICNIRP and the International Committee for Electromagnetic Safety (ICES).

23      The HCN elaborates further by stating:

1       The [BioInitiative] report is a collection of a number of
2       chapters, called 'sections', written by individual authors.
3       Seemingly no consultation or discussion on these sections took
4       place between the authors. The report also does not indicate
5       what, if any, brief was given to the authors.  In any event, the
6       sections were not written in a standardised way. Notably, not all
7       authors are scientists.  The methods used to collect literature are
8       not defined.  In many cases a selection of the available scientific
9       material has been made, but the selection criterion is not stated.
10      … The first section, written by one of the main initiators of the
11      BioInitiative report, contains the summary and conclusions,
12      which in many cases go further than the conclusions reached by
13      the authors of the review sections.  It is unclear if or how this
14      has been discussed with them, whether they support the
15      phrasing of conclusions in the Summary and on what basis the
16      author reached different conclusions (HCN, 2008, p. 2).

17  The HCN also criticized the BioInitiative Report for several scientific errors, selective

18  reporting of data, and not presenting the results in an objective manner that would then

19  lead to recommendations, but rather the data are presented in a manner to indicate that

20  standards currently in place are inadequate.  Furthermore, since the BioInitiative

21  Report has not been published in a peer-reviewed journal, the opportunity for the

22  scientific community to publish peer-reviewed comment and evaluation is limited.

23  These criticisms are supported by others including the ACRBR (ACRBR, 2008) and

24  EMF-NET (EMF-NET, 2007), as noted above.

25  **Q.**  **Do the additions to the BioInitiative report in 2012 have the same problems noted**

26       **in the 2007 report?**

27  A.  Yes. The same problems for which the 2007 BioInitiative Report was criticized also

28       apply to the 2012 BioInitiative report.  Already one heath agency, the Indian Council

1    of Medical Research, has commented with similar criticisms.[7]

2  **Q.**  **Dr. Carpenter testifies that there is consistent evidence for adverse health effects**

3       **from low-level RF radiation in research of persons using cell phones for extended**

4       **periods of time (p. 4).  He cites seven publications "that are either meta-analyses**

5       **or pooled analyses that evaluate all of the earlier literature" on mobile phone use**

6       **and brain cancer risk. Can you comment on these studies?**

7  A.  Yes.  Dr. Carpenter claims that these studies purport to show consistent evidence of

8       cell phone use and an increased risk of brain cancer.  However, he has selectively

9       chosen to cite only some of the reported results to support his belief of health risks

10      associated with cell phone use, and failed to consider the findings within the context of

11      important methodological limitations, many of which were pointed out by the authors

12      themselves.  For example, in the Hardell et al. (2008) meta-analysis (Carpenter

13      testimony, paragraph a, p. 5), of the 12 associations reported in this meta-analysis, 9

14      were statistically non-significant (meaning the 95% confidence interval [CI] included

15      1.0).  Among the three statistically significant findings, one was for glioma risk

16      (ipsilateral) and more than 10 years of cell phone use based on only four case-control

17      studies; another was for acoustic neuroma risk (ipsilateral) and more than 10 years of

18      cell phone use based on only three case-control studies; and the third was for

19      meningioma risk based on seven case-control studies, where a statistically significant

20      decreased risk of 20% was reported.

---

[7] http://inbministry.blogspot.com.au/2013/02/study-on-radiation-from-mobile-towers.html

1    Dr. Carpenter also fails to acknowledge that although the Hardell et al. (2008) meta-

2    analysis reported an elevated ipsilateral risk for glioma and acoustic neuroma, it did

3    not report increased risk for these specific tumors in general (the findings were

4    statistically non-significant and were very weak in magnitude), and therefore biased

5    recall of side of use is of concern (ICNIRP, 2009).  Furthermore, the heavy reliance on

6    data from case-control studies may bias the reported findings since, as Dr. Hardell

7    himself has previously stated (Ohlson and Hardell, 2000), retrospective exposure

8    assessment from self-administered surveys, which were used in the Hardell case-

9    control studies, greatly limits the ability to establish a causal association.  This major

10   limitation is also of concern in the Khurana et al. (2009) meta-analysis cited by Dr.

11   Carpenter in paragraph e, a limitation which the authors discuss in their paper.

12   In Dr. Carpenter's reliance on the Kundi (2009) review article (Carpenter testimony,

13   paragraph b, p. 5), he fails to point out that Kundi himself discusses the limitations of

14   his study:

15   … methodologic considerations revealed that three important
16   conditions for epidemiologic studies to detect an increased risk are
17   not met: a) no evidence-based exposure metric is available; b) the
18   observed duration of mobile phone use is generally still too low; c)
19   no evidence-based selection of end points among the grossly
20   different types of neoplasias is possible because of lack of etiologic
21   hypotheses.   Concerning   risk   estimates,   selection   bias,
22   misclassification bias, and effect of the disease on mobile phone
23   use could have reduced estimates, and recall bias may have led to
24   spuriously increased risks (Kundi, 2009, p. 316).

25   Dr. Carpenter again fails to point out that in the Myung et al. (2009) review article

26   (Carpenter testimony, paragraph c, p. 5), the authors themselves acknowledge various

27   limitations of their approach, as follows:

1  Our study has several limitations. First, it does not provide the
2  highest level of evidence because only case-control studies were
3  involved. As mentioned previously, recall bias and selection bias
4  might reduce the quality of mobile phone exposure data and,
5  therefore, cause a spurious association. Second, we did not
6  explore potential confounding factors in the studies by Hardell et
7  al. that reported positive results not found by other study groups.
8  Those issues need to be explored in future studies (Myung et al.
9  2009).

10  Two letters to the editor of the Journal of Clinical Oncology, where the paper by

11  Myung et al. (2009) was published, comment on numerous methodological concerns

12  related to the Myung et al. study (Samkange-Zeeb et al., 2010; Stang et al., 2010).  For

13  example, Samkange-Zeeb et al. (2010) highlights that Myung et al. give no

14  justification "for pooling these heterogeneous, biologically rather diverse cancer sites,

15  for which the localized exposure from the use of mobile phones is completely

16  different."  In addition, Stang et al. (2010) comment that the fixed-effects model used

17  by Myung et al. to analyze the studies assumes that associations are homogeneous

18  across the studies reviewed, when in fact, studies have yielded quite variable results

19  and the authors' assumption tends to exaggerate the precision of pooled findings.

20  Another major criticism of the Myung et al. (2009) study is its limited and subjective

21  classification of study quality.  Myung et al. (2009) based their assessment of quality

22  primarily on a single study feature (i.e., blinding); hence, a thorough assessment of the

23  methodological differences among studies is missing.  In response to the Letters to the

24  Editor, Myung et al. (2010) agree that the exploration of methodological, analytical,

25  and reporting differences among the studies included in their meta-analysis should

26  have been conducted and presented in their paper, but was not.

1        In Dr. Carpenter's reliance on the Hardell et al. (2012) study (Carpenter testimony,

2        paragraph g, p. 6), he fails to report that in the meta-analysis of mobile phone use ≥10

3        years and glioma risk, risks for the contralateral side, ipsilateral side, and overall were

4        statistically non-significant.  Dr. Carpenter selectively reports the elevated risk of

5        glioma in the temporal lobe.  Furthermore, the reporting of results based on a cut-point

6        of 1,640 hours precludes the ability to analyze a potential dose-response association.

7        The categorization of an extreme range for cell phone use, from <1 hour to 1,639

8        hours compared to an exposure category of 1,640+ hours does not allow for evaluating

9        the associations at considerably low levels of cumulative exposure, like those that

10       would correlate to exposure from smart meters.

11       Finally, Dr. Carpenter's consideration of the Ahlbom et al. (2009) and Repacholi et al.

12       (2012) reviews (Carpenter testimony, p. 5, paragraphs d and f) directly contradicts his

13       testimony that consistent evidence exists for a positive association between cell phone

14       use and adverse health effects.  Regarding the possible causal relationship between RF

15       exposure from mobile phone use and tumor risk, Ahlbom et al. (2009) state the

16       following in their review of the epidemiologic evidence:

17               In our opinion, overall the studies published to date do not
18               demonstrate a raised risk within approximately 10 years of use for
19               any tumor of the brain or any other head tumor. However, some
20               key methodologic problems remain—for example, selective
21               nonresponse and exposure misclassification. Despite these
22               methodologic shortcomings and the still limited data on long
23               latency and long-term use, the available data do not suggest a
24               causal association between mobile phone use and fast-growing
25               tumors such as malignant glioma in adults, at least those tumors
26               with short induction periods. For slow-growing tumors such as
27               meningioma and acoustic neuroma, as well as for glioma among
28               long-term users, the absence of associations reported thus far is
29               less conclusive because the current observation period is still too

1       short. Currently data are completely lacking on the potential
2       carcinogenic effect of exposures in childhood and adolescence
3       (p.13).

4   In the systematic review conducted by Repacholi et al. (2012) on wireless phone use

5   and the risk of brain cancer, the authors state:

6       Meta-analyses of the epidemiology studies showed no statistically
7       significant increase in risk (defined as $P < 0.05$) for adult brain
8       cancer or other head tumors from wireless phone use. Analyses of
9       the in vivo oncogenicity, tumor promotion, and genotoxicity
10      studies also showed no statistically significant relationship
11      between exposure to RF fields and genotoxic damage to brain
12      cells, or the incidence of brain cancers or other tumors of the head.
13      Assessment of the review results using the Hill criteria did not
14      support a causal relationship between wireless phone use and the
15      incidence of adult cancers in the areas of the head that most absorb
16      RF energy from the use of wireless phones. There are insufficient
17      data to make any determinations about longer-term use (≥10 years)
18      (p. 2).

19  **Q.    Dr. Carpenter cites a partial list of individual studies in support of his testimony**

20  **that consistent evidence exists of a positive association between cell phone use and**

21  **brain cancer risk (pp. 6-8).  Have these studies been reviewed by public health**

22  **agencies and have important methodological limitations been noted?**

23  A.    Yes.  Dr. Carpenter fails to disclose that all the reviews and meta-analyses he cites on

24      pages 6-8 of his testimony discussed methodological reasons for the heterogeneous

25      results between studies, including selection bias and recall bias, which limit a causal

26      interpretation of research on mobile phones and brain tumors.  The Levis et al. (2011)

27      review and the pooled data in Carlberg and Hardell (2012) include data from the

28      INTERPHONE study and Hardell's previously published work (Hardell et al., 2002,

29      2003, 2006).  The studies included in these two articles, as well as the other six studies

30      cited by Dr. Carpenter (Carpenter testimony, pp. 6-8), have been extensively reviewed

1    within the whole body of literature by agencies such as the AGNIR, which

2    periodically updates, in a systematic and methodologically sound approach, the state

3    of the scientific evidence on cell phone use and brain cancer, most recently in 2012.

4    Their reported findings point toward a number of methodological limitations within

5    individual studies that contribute to the overall uncertainty of the results, which is in

6    line with the IARC's conclusion that there is "limited evidence" in epidemiology

7    studies based on positive associations between wireless phone use and brain cancer

8    (Baan et al., 2011; AGNIR, 2012).  The IARC's conclusion is applied where chance,

9    bias, or confounding cannot be ruled out with reasonable confidence.

10    Furthermore, AGNIR found that the current evidence does not support a causal

11    association between cell phone use and rapidly-growing cancers like malignant glioma

12    in adults (AGNIR, 2012).  As part of their conclusions, AGNIR states:

13    The most pressing deficiencies in reaching firmer conclusions
14    about cancer risk in relation to RF field exposure are the lack of
15    information on brain tumour and acoustic neuroma risks after 15 or
16    more years of mobile phone use, as well as the risks of brain
17    tumours after childhood exposures.  Further case–control studies
18    based on recall of mobile phone use are unlikely to be decisive in
19    resolving the current uncertainties because they will suffer from
20    the same potential problems of recall bias and misclassification
21    that afflict the published studies.  These should not therefore be a
22    priority… Cohort studies of phone use have considerable potential
23    to illuminate assessment of carcinogenicity.  Future follow-up of
24    existing cohort studies would be of interest, but cohort studies
25    would need to combine high quality exposure assessment with
26    very large size, an extremely difficult combination. They will also
27    take many years of follow-up to reach persuasive conclusions.  An
28    advantage of cohort studies, however, is that they could also allow
29    follow-up of other outcomes as well as cancer (AGNIR 2012, p.
30    323).

1    Q.    **Most of the studies cited in Dr. Carpenter's testimony focus on epidemiology**

2          **studies, particularly studies of mobile phones.  Did he analyze the exposure levels**

3          **in these studies to determine if there is a dose response relationship that would**

4          **indicate there are exposure levels and durations below which the statistical**

5          **associations weakened and were not statistically significant?**

6    A.    No he did not perform such an analysis and in response to data requests CMP-007-011

7          and CMP-007-012 he responded "A meaningful response to this request would be too

8          time consuming and expensive and is simply not practical given the time limits and

9          the many relevant studies."  Without any specific justification he alleges "the evidence

10         from the cell phone studies demonstrates convincingly that wireless smart meters pose

11         a risk to human health" (p. 28, lines 15-16).

12   Q.    **Dr. Carpenter also cites research on exposure to RF fields from radio**

13         **transmission towers and cell phone towers that purportedly monitors rates of**

14         **cancer (pp. 8-10, paragraphs a-g).  Can you comment on the importance of these**

15         **studies?**

16   A.    Yes.  Studies of persons living near AM or FM radio transmission towers or cell

17         phone towers do not directly monitor rates of cancer; to do that, long-term surveillance

18         data from high-quality population-based cancer registries are needed, in addition to

19         data on changes in RF exposure levels from these towers over time.  The ecological

20         studies in the list of studies cited by Dr. Carpenter in his testimony are extremely

21         flawed, in part, due to a less than optimal exposure assessment; thus they say very

22         little, if anything at all, about RF exposure from these sources being carcinogenic.

45

1    This view is in line with conclusions from several agencies including AGNIR (2012,

2    p. 323) and ICNIRP (2009, p. 318).  Additionally, environmental exposures like those

3    from AM/FM radio transmitters present many challenges in assessing individual

4    exposure in epidemiology studies because people generally do not spend all their time

5    in one location (e.g., at home), therefore a valid and reliable measurement of average

6    exposure is difficult to determine.  The results from these studies are limited by the

7    use of distance from a single source as a proxy for RF exposure, and the assumption

8    that all people in a specified region have the same exposure with no other exposure.

9    In addition, the associations reported in three of the studies in paragraphs a, b, and c of

10   Dr. Carpenter's testimony on pages 8-9 are based upon very few cases.  Michelozzi et

11   al. (2002) based their results on 8 cases of childhood leukemia, Eger et al. (2004)

12   based their results on 13 cases of all cancer and 1 case of leukemia, and out of 10

13   mortality rate ratios for leukemia reported by Park et al. (2004), the only 2 statistically

14   significant associations were based on 11 leukemia deaths each in the exposed group.

15   Dr. Carpenter selectively reported from Michelozzi et al. (2002) the only standardized

16   incidence or mortality ratio reported in that entire paper that had a lower 95%

17   confidence bound of 1.0 (out of a total of 36 such ratios that were computed), although

18   the other 35 standardized incidence or mortality ratios had lower 95% confidence

19   bounds well below 1.0, making all of them statistically non-significant.  Michelozzi et

20   al. state:

21           The study has limitations because of the small number of cases
22           and the lack of exposure data. Although the study adds evidence
23           of an excess of leukemia in a population living near high-power
24           radio transmitters, no causal implication can be drawn. There is

46

1     still insufficient scientific knowledge, and new epidemiologic
2     studies are needed to clarify a possible leukemogenic effect of
3     residential exposure to radio frequency radiation (p. 1096).

4  While giving attention to the ecological studies discussed above that he believes

5  support his opinion, Dr. Carpenter fails to call attention to the methodologically

6  stronger case control studies (Ha et al., 2007; Merzenich et al., 2008; Elliott et al.,

7  2010) discussed in paragraphs d, e, and f of his testimony on p. 9,  Each of these

8  studies compared the RF exposures of cases and controls based on calculations that

9  were confirmed by measurements at varying distances from AM and FM transmitters

10  and considered a variety of factors that potentially could confound the association

11  between RF exposure and cancer.  Unlike the small ecological studies cited by Dr.

12  Carpenter, each of these case-control studies included more than 1,000 cancer cases

13  each and even larger numbers of controls.  In Ha et al. (2007), discussed in paragraph

14  d on p. 9, the 95% CI for the odds ratio for childhood leukemia comparing residence

15  within 2 kilometers (km) vs. > 20 km of AM radio transmitters includes 1.0, thereby

16  making it statistically non-significant.  Furthermore, the 95% CIs corresponding to the

17  reported risks attributed to increasing quartiles of estimated RF exposure (in relation

18  to childhood leukemia risk) all included 1.0, with no statistically significant exposure-

19  response trend.  The Merzenich et al. (2008) and Elliott et al. (2010) studies also

20  report no statistically significant association between RF exposure and risk of

21  childhood leukemia or childhood brain cancer.

22 **Q.** **Has Dr. Carpenter considered how the exposure from antennas of AM, FM, and**

23  **mobile phone base stations might be compared to or relevant to RF exposure**

24  **from the CMP smart meters?**

1    A.    Dr. Carpenter has given no indication that he has considered this topic.  In response to

2          data request CMP-007-023 regarding a comparison of exposure from "AM or FM

3          radio stations, TV stations, and mobile phone base stations" to those of smart meters,

4          he could not answer.  He stated, "Smart meters generate fields of varying intensity

5          depending on distance and other factors, so it is not possible to satisfactorily answer

6          this question."  In other words, he does not know.  He also did not respond to data

7          request CMP-007-022 that concerned the Michelozzi et al (2002) study he cited at

8          page 8 in his testimony.  He was asked "Please compare the measurement level or

9          relative exposure levels from the high power radio station that was studied to that of a

10         Smart Meter inside the home, a few feet from the meter, and 20 feet from the meter,"

11         but no response to this request was provided, presumably because he does not know.

12   Q.    **Dr. Carpenter references studies that reportedly provide evidence that cell phone**

13         **use and applied low-level frequency radiation alter brain metabolism and various**

14         **clinical measures in humans (pp. 10-11).  Please comment on the body of work**

15         **cited.**

16   A.    First, three of the four studies cited (Buchner and Eger, 2011; Eskander et al., 2011;

17         Augner et al., 2012) examine exposure from mobile phone base stations, which

18         operate at much greater power levels than do cell phones and provide an incomplete

19         assessment of exposure by assuming that there were no other sources of low level RF

20         exposure.  Additionally, although Eskander et al. (2011) also include an assessment of

21         cell phone exposure, albeit inadequate (i.e., based on ill-defined categorizations of

22         weak, moderate, and strong exposure per day), the authors do not discuss the clinical

23         implications, if any, of their reported findings related to the pituitary–adrenal axis; nor

48

1    do they postulate why their findings are in contradiction to previous studies, which

2    they cite in their paper's discussion.  There is also the possibility that volunteer bias is

3    present in these studies, as suggested by Buchner and Eger (2011):

4            The data presented below come primarily from volunteers who
5            have a certain interest in the life of their community and their
6            health.  Other persons joined the stress hormone investigation
7            because of the recommendation of, or request by, their fellow
8            citizens.  This does not meet the requirements for a random sample
9            (p. 2).

10   Therefore, the range of reported responses may differ systematically from those that

11   would be observed in a random, population-based sample of participants.

12   In the fourth reference listed by Dr. Carpenter, discussed in paragraph b, Volkow et al.

13   (2011) report an increased brain glucose metabolism in the region closest to the

14   antenna among 47 healthy participants in their randomized cross-over study; however,

15   Dr. Carpenter fails to state that the authors of this study also reported that the clinical

16   significance of this finding was unknown and that future studies were needed to

17   confirm the results.

18   **Q.    Please comment on the evidence cited by Dr. Carpenter on reported changes in**

19   **male fertility and reproductive systems associated with cell phone use and low-**

20   **level RF exposure (pp. 11-13).**

21   A.    Dr. Carpenter cites Section 18 of the 2012 BioInitiative Report as a source of

22   information for his testimony on this topic.  Of the six studies listed in Dr. Carpenter's

23   testimony, three are human epidemiology studies (Wdowiak et al., 2007; Agarwal et

24   al., 2008; Baste et al., 2008), two are in vitro studies (Agarwal et al., 2009; Avendano

49

1    et al., 2012), and one is a narrative review (i.e., not systematic) of RF-electromagnetic

2    radiation and male reproduction in experimental animals and humans (La Vignera et

3    al., 2012).  All three human epidemiology studies were cross-sectional in which RF

4    exposure was estimated based on self-reported cell phone use or exposure to high-

5    frequency aerials, communication equipment, or radar, and no actual RF exposure was

6    measured in terms of power density or SAR.  In the two in vitro studies (Agarwal et

7    al., 2009; Avendano et al., 2012), TUNEL assay was used to measure sperm DNA

8    fragmentation, but the studies reported conflicting results.  In the La Vignera et al.

9    (2012) narrative review, all the cited rabbit studies that were conducted by Salama and

10   colleagues (2009; 2010) have since been retracted by the journals in which they were

11   published.  Overall, the research Dr. Carpenter cites suffers from a lack of valid or no

12   exposure measurement, a lack of control for confounders (e.g., behaviors that might

13   increase the exposure of male organs to higher temperatures independent of RF

14   exposure in the epidemiology studies), and limited clinical significance to human

15   health.  Even if the publications cited were to be independently corroborated, which

16   they have not, Dr. Carpenter has not established the potential relevance of these

17   studies to RF exposure from the CMP smart meters.  The epidemiology studies

18   (Wdowiak et al., 2007; Agarwal et al., 2008) involved exposures to cell phones and

19   the Baste et al. (2008) study involved occupational exposures of Navy personnel to

20   radar and high-powered communication equipment.  In other studies where RF

21   exposures were measured, the range of values was up to 3,000-fold greater (1-40

22   $\mu$W/cm2 in Agarwal et al., 2009) than values at 3 feet in front of a CMP smart meter

23   (0.0003 $\mu$W/cm2 power density). The instrument used to measure RF exposure from

1      laptops in the Avendano et al. (2012) study would not be able to measure the RF

2      signal from a CMP smart meter and the SARs reported in the La Vignera et al. (2012)

3      review were ≥90 mW/kg compared to an estimated SAR of 0.0037 mW/kg at 3 feet in

4      front of a CMP smart meter.

5   **Q.**   **Dr. Carpenter frequently refers to "low level" RF exposure in his testimony.  Has**

6        **Dr. Carpenter addressed in his testimony the challenges in trying to relate effects**

7        **reported in studies of cell phones to the far lower levels of RF exposure associated**

8        **with CMP smart meters?**

9   A.   No he has not.  When requested to do so in data requests CMP-007-009 and CMP-

10       007-017, he declined.  In CMP-007-009 he was asked "What is the level of RF energy

11       humans are exposed to from using cell phones compared to the level humans may be

12       are [sic] exposed by (CMP) smart meters, in quantitative terms?"  He responded that

13       "it is impossible to answer the question."

14       The above responses confirm that Dr. Carpenter is not generally familiar with the RF

15       exposure from smart meters and other sources, which is a prerequisite for drawing

16       conclusions about exposure from smart meters based upon scientific studies of other

17       RF sources.  Confirmation of his lack of knowledge is provided by his response to

18       CMP-007-024.  He was asked "Please tell us whether it is your opinion that exposures

19       to radiofrequency fields from smart meters will produce tissue heating."  He replied, "I

20       have not formed an opinion on this question."

21   **Q.**   **What is your opinion on the single study cited by Dr. Carpenter (McCarty et al.**

22        **2011) that has reported the ability of one female, who diagnosed herself with**

1    **EMF hypersensitivity, to report symptoms in the presence of an electromagnetic**

2    **field?**

3    A.    First, a case report of one subject is inadequate to confirm a cause-and-effect

4          relationship between exposure and symptoms in a population.  Second, Dr. Carpenter

5          misleads the reader by failing to note that the provocation stimulus in this study was a

6          60-Hz electric field, not a RF field, even though the nature of the exposure was

7          discussed in the 2012 BioInitiative Report.  Furthermore, Dr. Carpenter's description

8          of the study as "completely blinded" is not correct.  The investigator was "blinded to

9          whether or not the field had been applied," but the analysis of the data was not

10         reported as being performed blind.  In the analysis, the ratings of symptoms and other

11         responses including severity were "grouped" by the investigators, and the categories

12         of None, Mild, and $\geq$ Mild appear to have been developed after the data were

13         collected.  Thus, while the collection of the data was performed blind, the analysis of

14         the data not.  The post hoc nature of the analysis and errors in the statistical analyses

15         in McCarty et al. (2011) also were pointed out in two Letters to the Editor (Rubin et

16         al., 2012a, 2012b).

17   Q.    **Dr. Carpenter cites literature on the prevalence of symptoms in areas close to**

18         **sources and other measures of human response to electromagnetic fields, stating**

19         **that those he cites are representative of both positive and negative studies**

20         **(Carpenter testimony, pp. 14-17, paragraphs a-r).  Can you comment on the**

21         **significance of this research?**

52

1    A.    Yes.  There are several issues and points not addressed by Dr. Carpenter on the studies

2          he cites, which are a combination of experimental and observational studies.

3          In the double-blind experiment by Hietanen et al. (2002), discussed in paragraph a,

4          only 20 subjects were recruited, hence a small sample size, and the frequency of the

5          reported symptoms was greater during sham exposure than during real exposure.

6          Blinding of exposure status in Abelin et al. (2005), discussed in paragraph b, was not

7          possible; therefore potential bias in the outcome measurement cannot be excluded.

8          The Hutter et al. (2006) study, discussed in paragraph c, was cross-sectional and did

9          not include long-term measurements of exposure.

10         In the study by Eliyahu et al. (2006), discussed in paragraph d, although all the

11         detected effects were found in left-hand slowing for left side exposure, no association

12         was reported between exposure of the left hemisphere and hemisphere-dependence, a

13         finding that could potentially be attributed to the exposure assessment.

14         The results reported by Altpeter et al. (2006), discussed in paragraph e, are likely

15         biased due to the impossibility of blinding participants, potential observer bias in sleep

16         quality rating (which was noted by the authors), and the necessity of a large sample

17         size to adequately detect any potential effect on melatonin secretion from magnetic-

18         field exposure (this study included only 54 subjects).  In addition, this study was "not

19         suited to provide evidence of a plausible biological pathway for the effects of

20         melatonin on [RF] EMF-associated sleep problems," as stated by Altpeter et al. (2006,

21         p. 149).

1    The cross-sectional study conducted by Preece et al. (2007), discussed in paragraph f,

2    assessed exposure using an ecologic approach (field strengths were evaluated in two

3    exposed villages and one control).

4    Both studies by Landgrebe et al. (2008; 2009), discussed in paragraphs h and i, were

5    cross-sectional in design and did not evaluate RF exposure.  Instead, these studies only

6    compared behavior, symptoms, or laboratory parameters between electromagnetically

7    hypersensitive (EHS)-persons and controls.

8    Similarly, no RF exposure was evaluated in the experimental work by Dahmen et al.

9    (2009), discussed in paragraph k.

10   In the studies by Eger and Jahn (2010), discussed in paragraph l, Heinrich et al.

11   (2010), discussed in paragraph n, Mohler et al. (2010), discussed in paragraph o, and

12   Oshima et al. (2012), discussed in paragraph r, as well as the epidemiologic studies in

13   the Röösli et al. (2010) review, discussed in paragraph p, the findings were based on

14   self-reported health symptoms instead of medical records or established disease

15   registries (which do not exist for non-specific health symptoms).

16   In the meta-analysis conducted by Barth et al. (2008), the authors reported that the

17   effects on short-term memory, which appear paradoxical and do not support a dose-

18   response relationship, and cognitive time needed in a mental arithmetic task "seem to

19   be so small that implications for human performance in everyday life can be

20   practically ruled out" (Barth et al. 2008, p. 344).

1    In the experimental study by Furubayashi et al. (2009) (discussed in paragraph j), the

2    two groups of women (hypersensitive and not hypersensitive) showed no significant

3    differences in their responses on any psychological, cognitive, or autonomic

4    assessment to real or sham RF exposure, resulting in the authors concluding no

5    association between hypersensitivity symptoms and RF exposure from base stations.

6    The work by Robertson et al. (2010), discussed in paragraph m, evaluates a pulsed

7    magnetic-field exposure from a 200 microTesla (µT) magnetic resonance imaging

8    (MRI); this exposure is not relevant to research on the human response to RF exposure

9    from smart meters.

10   Finally, the experimental study by Papageorgiou et al. (2011), discussed in paragraph

11   q, does not report any adverse health effects attributed to Wi-Fi signals.  Instead, it

12   reports a statistically significant gender by exposure "interaction effect manifested at

13   15 leads by decreased P300 amplitudes of males in comparison to female subjects only

14   at the presence of [RF] EMF" (Papageorgiou et al., 2011)

15   Altogether, the literature relied upon by Dr. Carpenter in his testimony on pages 14-

16   17, paragraphs a through r, is not representative, nor comprehensive by any means, on

17   the prevalence of symptoms in areas close to sources or other measures of human

18   response to RF fields, which he refers to here as "electromagnetic fields".  Indeed,

19   some studies he cited in his testimony are completely irrelevant as they do not

20   evaluate RF exposure at all, or any sources of RF exposure (e.g., magnetic-field

21   exposure from an MRI).  The epidemiologic evidence of short-term effects (e.g., sleep

22   disturbance) poses challenges in estimating RF exposure, as do cross-sectional studies

1     which are subject to temporal ambiguity.  Knowledge about the existence of RF

2     energy sources (e.g., base stations) is also a source of reporting bias, which is an issue

3     in studies where blinding is not possible.

4   **Q.**    **What is your opinion on Dr. Carpenter's testimony (pp. 17-18) that "in the**

5        **context of exposure to RF emissions from smart meters, there is a substantial**

6        **body of evidence from the personal accounts of utility customers who report**

7        **experiencing EHS symptoms.  This evidence should not be disregarded in setting**

8        **public policy that will determine whether and to what extent people are exposed**

9        **to these devices"?**

10   A.    The extensive research on the potential link between EHS and exposure to RF has

11      been reviewed by scientists from multiple health and scientific agencies (e.g., AGNIR,

12      ICNIRP, and WHO).  They conclude that the evidence provides no convincing proof

13      that RF exposure to even higher intensity sources of RF fields is a cause or contributor

14      to EHS symptoms.  The anecdotal evidence, self-reported EHS, and isolated

15      observations from single studies cited by Dr. Carpenter do not constitute a basis to

16      infer causality.  Dr. Carpenter's own summary of studies cited in his testimony states

17      "…some studies are suggestive of an association, but the reported evidence falls short

18      of proof" (p. 17, lines 35-36) [emphasis added], therefore pointing to the weakness of

19      the scientific evidence.  Dr. Carpenter has provided no public health justification for

20      addressing concerns about RF signals from smart meters whose contribution to RF

21      exposure is lower than virtually all other natural and man-made sources.

| | | |
|---|---|---|
| 1 | **Q.** | **What is the source of Dr. Carpenter's reference to "a substantial body of** |
| 2 | | **evidence from the personal accounts of utility customers who report experiencing** |
| 3 | | **EHS symptoms"?** |

4   A.   Dr. Carpenter gives no source for the "substantial body of evidence" in his testimony

5        but in his response to data request EXM-017-001 he refers to telephone calls and

6        emails from individuals and data collected by witness Dr. Conrad in the "Smart Meter

7        Health Effects Survey and Report."  As discussed later in our comments on Dr.

8        Conrad's testimony, this 'survey' does not provide reliable scientific evidence as to

9        "whether and to what extent people are exposed to these devices [smart meters]," as

10       claimed by Dr. Carpenter.

11  **Q.**  **Dr. Carpenter lists in his testimony studies that address cell phone use and**

12       **overall trends in brain cancer rates (pp. 18-19).  Can you comment on the**

13       **relevance of these studies?**

14  A.   Yes.  Dr. Carpenter lists six studies (paragraphs a-f) and one website (paragraph g).

15       Of the six studies, four studies do not evaluate trends over several decades (CBTRUS

16       2004; de Vocht et al., 2011; Dobes et al., 2011; Lehrer et al., 2010).  Deltour et al.

17       (2012) evaluated glioma incidence in Scandinavia over the longest period (1979-

18       2008), with the authors reporting the following:

19           No clear trend change in glioma incidence rates was observed.
20           Several of the risk increases seen in case-control studies appear to
21           be incompatible with the observed lack of incidence rate increase
22           in middle-aged men. This suggests longer induction periods than
23           currently investigated, lower risks than reported from some case-
24           control studies, or the absence of any association.

1       The study by Little et al. (2012) examined rates of glioma from 1992 through 2008

2       using data from the U.S. Surveillance, Epidemiology, and End Results (SEER)

3       program and found that glioma incidence remained stable during this period, which

4       conflicts with the notion of a large effect of RF exposure from cell phones on

5       malignant glioma risk.

6       Dr. Carpenter also fails to mention that the authors of the de Vocht et al. (2011) study,

7       which looked at brain cancer rates from 1998 through 2007, report the following:

8               Our analysis suggests that the increased and widespread use of
9               mobile phones, which in some studies was associated with
10              increased brain cancer risk, has not led to a noticeable increase in
11              the incidence of brain cancer in England between 1998 and 2007.
12              Therefore, it is very unlikely that we are "at the forefront of a
13              cancer epidemic" related to mobile phone use. A small increased
14              rate of brain cancers in the temporal lobe was observed
15              corresponding to the time period when mobile phone use increased
16              from 0 to 65% of households. However, to put this into
17              perspective, if this specific rise in tumor incidence was caused by
18              mobile phone use, it would contribute to <1 new case per 100,000
19              people in one decade. We cannot exclude the possibility that there
20              are persons who are susceptible or some rare brain cancers are
21              associated with RF from mobile phones. However, we interpret the
22              present data as not indicating a pressing need to implement a
23              precautionary principle to reduce exposure to RF from mobile
24              phones by means of population- wide interventions (p. 338).

25      Any changes in the rate of brain cancer over time are likely influenced by earlier

26      detection through advanced technology, better methods and tools for diagnosis (e.g.,

27      positron emission tomography [PET] scans and MRIs), and changes in disease

28      classification, all of which Dr. Carpenter fails to directly testify on.  Furthermore,

29      trends in brain cancer incidence rates are based on aggregate population risks;

30      therefore, all such studies are ecologic by design and are useful only for generating

31      hypotheses rather than testing hypotheses.

1    **Q.      On page 20 of his testimony, Dr. Carpenter refers to animal and cellular studies**

2    **as supporting his contention that there are effects of low-level RF with potential**

3    **human health implications, particularly for carcinogenicity.  Does he provide any**

4    **citations to the studies that he believes support his conclusions?**

5    A.    No.  Dr. Carpenter does not cite any evidence in his testimony for his opinions

6          regarding animal and cell studies and only a few limited citations in a chapter he wrote

7          and attached to his data response for CMP-007-004.

8          Several authoritative bodies such as ICNIRP and AGNIR have extensively reviewed

9          the data from animal and cellular studies on RF-related biological effects.  In their

10         2009 review, ICNIRP stated:

11                    Over the last 30 years there have been many in vitro studies on
12                    potential cellular effects of RF.  These studies gave insight into the
13                    basic mechanisms by which effects might be induced in more
14                    complex animal or human organisms.  Interpretation is, however,
15                    limited by anomalous cell behavior generated by the culture
16                    conditions and other factors which limit the extrapolation to
17                    humans.    The studies conducted so far have not provided
18                    consistent evidence of biological effects under non-thermal RF
19                    exposure conditions (ICNIRP, 2009, p. 148).

20                    Overall, studies published after 1993 provide a further support for
21                    the conclusions of WHO (1993) that the most consistent and
22                    reproducible responses of animal to acute RF exposure result from
23                    RF-induced heating… Overall, the results of recent carcinogenicity
24                    studies are rather consistent and indicate that carcinogenic effects
25                    on rodents are not likely at SAR levels up to 4 W kg-1 even for
26                    long-term exposure.  Genotoxicity studies also generally indicate a
27                    lack of effect.   A notable positive finding was of a two-fold
28                    increase in lymphoma incidence in a strain of lymphoma-prone
29                    transgenic mice following exposure at 900 MHz with a signal
30                    similar to that used in GSM mobile phones.  However, this finding
31                    was not confirmed in two subsequent replication and extension
32                    studies.   In addition, studies report an absence of effects of RF

59

1    radiation characteristic of mobile phone use on melatonin levels
2    (ICNIRP, 2009, pp. 211-212).

3    In their 2012 update to their 2003 review, AGNIR states at pp. 172-173:

4    Taken together, these [animal] studies have produced no
5    compelling evidence that RF fields are genotoxic or cause robust
6    carcinogenic effects with exposures below guideline values.

7    A similar conclusion was reached by Repacholi et al (2011a) who
8    conducted a systematic review of animal laboratory studies and
9    investigated the risks of exposure to RF fields associated with
10   mobile phones on brain cancers or other tumours of the head.  No
11   statistically significant relationship was found between exposure to
12   RF fields and genotoxic damage to the brain or the incidence of
13   brain cancers or other neoplasms of the head.

14   **Q.    In Exhibit B of Dr. Carpenter's testimony a selection of studies under the title**

15   **"Reported Biological Effects from Radiofrequency Radiation at Low-Intensity**

16   **Exposure" is presented (Table 1-2 from Section 1 of the 2012 BioInitiative**

17   **Report).  Please comment on these studies and whether they demonstrate**

18   **convincing evidence of a causal association between exposure to low RF power**

19   **density levels and biological effects.**

20   A.    The first 15 rows of Table 1-2 identify the 13 studies with the lowest RF exposures

21         (i.e., those with RF power density levels up to 0.01 µW/cm2) and, therefore, are most

22         relevant to exposures from smart meter devices (which typically will have exposures

23         below this level).  Three studies referenced are in vitro studies of short-term RF

24         exposure of human or rat cells (Belyaev et al. 1997; Stagg et al. 1997; Velizarov et al.

25         1999) and one is a review of in vitro research (Grundler et al., 1992).  The first study

26         cited in Table 1-2, Belyaev et al. (1997) is described as reporting "Super-low intensity

27         RFR effects at MW reasonant (sic) frequencies resulted in changes in genes; problems

1    with chromatin conformation (DNA)," but as the title of the study ("Effects of zero

2    magnetic field on the conformation of chromatin in human cells") and the content of

3    the study indicate, the exposure was to a direct current (DC) magnetic field, not a RF

4    field.  Transient effects as reported by Belyaev et al. (1997), Stagg et al. (1997), and

5    Velizarov et al. (1999) require further investigation into the biological significance of

6    the findings, particularly since long-term exposure may result in cellular adaptation

7    and small physiological alterations may not be detected (Velizarov et al. 1999).

8    Indeed, Stagg et al. (1997) reported small significant increases in [3H]-labeled

9    thymidine incorporation in rat glioma cells, but not normal rat glial cells, during acute

10   exposure to RF at a SAR of 0.59 $\mu$W/g, but no significant cell proliferation in cultures

11   exposed for up to 14 days; thus, the authors concluded that the "modulated RF field

12   did not increase cell proliferation of normal or transformed cultures of glial origin."

13   The review conducted by Grundler et al. (1992) was not a rigorous evaluation of the

14   body of literature on the effects of low-level RF exposures on cellular systems, and

15   criteria for the identification and inclusion of articles were not specified.  In contrast,

16   several weight-of-evidence assessments of in vitro research evaluating the effects of

17   low-level RF exposures have concluded a lack of consistent evidence under non-

18   thermal exposure conditions (WHO, 1993; Repacholi, 1998; ICNIRP 2009; AGNIR

19   2012).  Findings from in vitro research are based on isolated components of biological

20   systems and therefore are not easily extrapolated to whole-body, living organisms

21   (e.g., humans).  As a result, cautious interpretation of findings from in vitro studies,

22   particularly where a lack of replication is obvious, is warranted to avoid making

23   invalid conclusions about the potential biological effects in humans.

1      The studies by Navarro et al. (2003) and Oberfeld et al. (2004) were conducted by the

2      same research group in La Ñora, Murcia, Spain, among participants living near GSM

3      900/1800 MHz cell phone base stations.  Navarro et al. (2003) examined statistical

4      correlations between electric field measurements collected on two days (February 24

5      and March 10, 2001) in the bedrooms of 101 respondents and self-reported health

6      symptoms related to "microwave sickness" (including fatigue, irritability, headache,

7      nausea, appetite loss, insomnia, depression, discomfort, difficulty in concentration,

8      memory loss, skin alterations, visual dysfunction, auditory dysfunction, dizziness, gait

9      difficulty, and cardiovascular alteration).  Participants were categorized by average

10     power density levels of 0.11 µW/cm2 and 0.01 µW/cm2.  The authors reported

11     statistically significant correlations between power density and the prevalence of

12     various self-reported symptoms.  The findings are severely limited, however, and

13     uninformative for numerous reasons, including the cross-sectional design that prevents

14     temporal differentiation between exposures and health outcomes, the lack of reported

15     methodology regarding the recruitment of study participants, a high probability of

16     selection bias given that only 5% of the town's residents participated, potential

17     interviewer bias, no validation of the electric field measurements, self-reported and

18     unvalidated health outcome data subject to information bias, and no adjustment for

19     potential confounders or multiple comparisons.  These limitations preclude making

20     any inferences regarding causal associations.  The analytic approach taken in the

21     follow-up study conducted by Oberfeld et al. (2004) is a slight improvement over the

22     analysis presented by Navarro et al. (2003) due to an attempt to control for

23     confounding by age, sex, and distance to the nearest mobile phone base station.  Given

1    that no other confounders were adjusted, however, uncontrolled confounding remains

2    highly probable.  Moreover, the more recent study still suffers greatly from nearly all

3    of the other limitations noted in the earlier study (i.e., potential selection bias,

4    interviewer bias, and information bias, as well as exposure and outcome

5    misclassification and cross-sectional design).  Additionally, the authors demonstrated

6    very little effort to validate the electric-field measurements made in 2001 by arbitrarily

7    choosing only six bedrooms from the study population with measurements in 2004.  In

8    both studies (Navarro et al. 2003; Oberfeld et al. 2004) the authors neglected to

9    acknowledge the limitations attributed to using spot measurements from a single

10   household location as a proxy for mean exposure.

11   Heinrich et al. (2010) and Thomas et al. (2010) used the same study population from a

12   population-based cross-sectional study to evaluate the association of RF-EMF

13   exposure (assessed by personal dosimetry) with acute symptoms and behavioral

14   problems, respectively, among children and adolescents in Germany.  Again, the

15   cross-sectional study design precludes determination of whether the exposure

16   preceded the outcome.  The response rate in these studies was low (52%), with

17   selection bias probable, as noted by the authors of both studies.  Heinrich et al. (2010)

18   reported mostly non-significant associations between RF exposure and non-specific

19   acute symptoms, with the few statistically significant associations no longer remaining

20   significant in an analysis restricted to subjects with the highest exposure levels.

21   Additionally, associations were not consistent between morning hours and afternoon

22   hours.  Heinrich et al. (2010) concluded:

In summary, we found some associations between measured exposure and acute symptoms. Due to inconsistencies between the part of the day and the fact that the results were not observed when taking the 10% of the participants with the highest exposure into consideration, we assume that these are caused by multiple testing. The results regarding self-reported exposure and symptoms are most likely due to differential misclassification and this fact emphasizes the necessity of a valid exposure assessment in epidemiological studies (p.8).

Thomas et al. (2010) found that their results for behavioral problems were predominantly driven by a questionnaire subscale evaluating conduct problems, but not emotional symptoms, hyperactivity/inattention, or peer relationship problems. The authors acknowledged some limitations of their study as follows:

As we did not have data on parameters like e.g. family psychiatric history or data on pregnancy of the mother that are discussed as potential risk factors in the context of behavioural outcomes like hyperactivity it might be that unmeasured confounding produced our results. Furthermore, up to now there is no known biologic mechanism to explain an association between exposure to radiofrequency fields and behavioural problems as observed in our study (p. 139).

Thus, they concluded that more studies, especially with prospective exposure assessment and clinical confirmation of mental health problems, were needed to confirm their findings. An earlier cross-sectional study by Thomas et al. (2008) on exposure to mobile phone frequencies based on dosimetry and self-reported well-being in adults reported no statistically significant associations between personal exposure and chronic or acute symptoms.

1       The limitations regarding Hutter et al. (2006), Mohler et al. (2010), and Buchner and

2       Eger (2011) [8] have been discussed previously.  In brief, both Hutter et al. (2006) and

3       Mohler et al. (2010) are cross-sectional in design and do not include long-term

4       measurements of exposure.  The findings by Buchner and Eger (2011) are subject to

5       volunteer bias and an incomplete assessment of exposure.

6       Another study Behari and Kesari (2006) cited in Table 1-2 could not be located for

7       review.

8       How these studies were selected for inclusion in Table 1-2 of Section 1 of the 2012

9       BioInitiative Report is unclear.  It is evident, however, that Dr. Carpenter made no

10      consideration of the methodological limitations of the selected studies most relevant to

11      smart meters.  These studies provide no reliable evidence for adverse human health

12      effects attributable to low RF exposure levels.  The in vitro studies selected report only

13      transient effects that require further investigation to determine if these effects remain

14      under chronic RF exposures, and whether they are manifest in physiological changes

15      in vivo and in humans.  The epidemiology studies relied upon are cross-sectional in

16      design and all suffer from various forms of bias including selection and information

17      bias, as well as unmeasured confounding.  Overall, these selected references provide

18      no convincing evidence of a causal association between exposure to low RF power

19      density levels and adverse biological effects.

---

[8]  Erroneously cited as Buchner, 2012 in Table 1 of Dr. Carpenter's Exhibit B copied from the 2012 BioInitiative Report.

1    **Q.**   **Dr. Carpenter states in his testimony that organizations like ICNIRP and AGNIR**

2          **have not properly conducted weight-of-evidence assessments. What is your**

3          **opinion?**

4    A.    Dr. Carpenter is wrong.  Organizations like ICNIRP, AGNIR, the HCN, the Scientific

5          Committee on Emerging and Newly Identified Health Risks (SCENIHR), the Swedish

6          Radiation Safety Authority (SSM), and Health Canada have reviewed the available

7          evidence from human, animal, and cellular studies, and have independently supported

8          the derivation of exposure limits, or established a set of exposure limits for RF energy

9          in different ranges of frequency (HCN, 2009; Health Canada, 2009; ICNIRP, 2009;

10         SCENIHR, 2009; SSM, 2009; AGNIR, 2012;).  These organizations review published

11         research and regularly update their reports based on new studies.  Their methods are

12         based on a health risk assessment approach, which includes hazard identification, a

13         dose-response assessment, exposure assessment, and specific health risk

14         characterization.

15         The risk assessment process is intended to ensure that studies pertinent to the research

16         question are considered regardless of their conclusions or support for any particular

17         hypothesis.  During the weight-of-evidence review, scientists look for replication of

18         results by different researchers and different laboratories to form conclusions about

19         causality, because no single study is capable of assessing causality independently.

20         In contrast, the BioInitiative Report does not follow the standard methodology for

21         comprehensively evaluating the literature, a point which the HCN has made very clear

1    (HCN, 2008), and one which is supported by others including ACRBR (2008), EMF-

2    NET (2007), EPRI (2009), and COMAR (2009).

3    **Q.**    **Dr. Carpenter states the following in his testimony (p. 28): "While there have not**

4    **been human health studies done to date of the effects of exposure to smart meter**

5    **RF, because the technology is too new and the latency for adverse effects for**

6    **diseases such as cancer is long, the evidence from the cell phone studies**

7    **demonstrates convincingly that wireless smart meters pose a risk to human**

8    **health." What is your opinion?**

9    A.    The technology by which smart meters produce and use RF fields for communication

10    and the exposure associated with such communications is not new.  The first appliance

11    introduced in to the home that generates RF fields—the microwave oven—operates at

12    2.4 GHz as do the CMP smart meters and many other wireless devices such as Wi-Fi,

13    routers, cordless phones, garage door openers, etc.  As cell phone subscribers in the

14    United States switched from analog to digital phones beginning in about 1995, DSSS

15    incorporated into the Code Division Multiple Access (CDMA) communication method

16    was adopted by most cell phone carriers in the United States.  DSSS is also included in

17    UMTS versions of the GSM mobile phone system.  The CMP smart meters

18    communicate at 2.4 GHz with DSSS signal characteristics and so both the technology

19    and type of RF exposure associated with CDMA and UTMS cell phones (and the

20    competing but a similar GSM communication system) are relevant to the evaluation of

21    potential health effects of CMP smart meters.  However, despite the similarity in the

22    communication technology that supports both cell phones and CMP smart meters, the

23    RF exposures from CMP smart meters are so much lower than cell phones that there is

1     no reliable basis to extrapolate the observations from cell phone studies selected by the

2     witness to conclude that wireless smart meters pose a risk to human health.

3     **B.      Specific Comments to the Testimony of Lennart Hardell, M.D.**

4     **Q.     What research does Dr. Hardell draw upon for the opinions stated in his**

5     **testimony?**

6     A.    His opinions about RF exposure from wireless phones based almost entirely from his

7           own epidemiology studies, his review of his own studies, a few others studies in

8           Section 11 of the 2012 BioInitiative Report, and a few selected animal studies.  He

9           alleges "There is accumulating scientific evidence on the potential of exposure to RF-

10          EMF to give adverse health consequences and these effects are clearly non-thermal at

11          low intensity … there is sufficient evidence to warrant actions that would prevent or

12          avoid exposure, and the utility should be required to prove that smart meter radiation

13          is safe without relying on safety standards that protect only against thermal effects" (p.

14          29).

15    **Q.     Dr. Hardell relies on studies of exposure to wireless phones (i.e., mobile phones**

16    **and cordless phones) and mobile phone base stations, but not smart meters.  Do**

17    **you agree with the manner in which Dr. Hardell extrapolates exposure to RF**

18    **from other sources to exposure from smart meters?**

19    A.    No.  Dr. Hardell mentions smart meters only three times in his written testimony: once

20          in a quoted email from a scientist at the IARC; once in a quoted statement from the

21          2012 BioInitiative Report; and once in the last paragraph of his testimony, where he

1   states, "Exposure to RF-EMF from smart meters is without consent in contrast to use

2   of wireless phones that are used by the individual's own choice.  I have not performed

3   a detailed study of smart meter technology, and ultimately this is more of a policy

4   question than a scientific one."  He further adds in his response to a data request

5   (EXM-014-001) that "the risk from smart meter exposure has not been, and needs to

6   be, studied."  So he too has not provided any scientific basis to establish the relevance

7   of his opinions about mobile phones to smart meters.

8   Nowhere does he acknowledge that the peak power density (i.e., power density before

9   time averaging to convert to exposure) of RF-EMF from a CMP smart meter is 50 to

10  8,000 times lower than that from wireless phones.  Likewise, nowhere does Dr.

11  Hardell acknowledge that the average daily time of use of smart meters is less than 1

12  second per day, which is orders of magnitude lower than that of wireless phones.  Dr.

13  Hardell in his testimony does not attempt to convert results from epidemiology studies

14  of wireless phones to estimate potential associations between peak RF-EMF power

15  densities or cumulative use times comparable to those from a CMP smart meter and

16  risk of brain tumors.  Even when asked in data requests CMP-003-006 and CMP-003-

17  007 to provide information that would help the MPUC make such a comparison, Dr.

18  Hardell objected and responded that he would have to conduct research to make a

19  comparison.  Equating the health effects of exposures that are vastly different in

20  magnitude and duration is scientifically meritless.

21  In his responses to interrogatories, Dr. Hardell also refused to acknowledge important

22  differences in exposure magnitude and duration between CMP smart meters and

23  wireless phones.  Again he declined to answer data request CMP-003-001, saying

69

1    instead that the question was unclear and vague and that he was not required to do

2    research, or that if he had to do research it had to be paid for by the MPUC or CMP.

3    In short, he does not know the answer to this question.

4    Similarly, Dr. Hardell declined to respond to data request CMP-003-002, which

5    included the following query: "Please indicate how the cumulative time of use of

6    smart meters compares proportionally with cumulative time of cellular and cordless

7    phone use considered as part of your studies (2006, 2009, and 2011), as well as the

8    Interphone studies."  His response to this data request was identical to the previous

9    one.  Again he objected, and again the only explanation is that he does not know.

10   Regarding Dr. Hardell's statement on the involuntary nature of exposure to RF from

11   smart meters, whether this exposure is voluntary or involuntary is irrelevant to

12   whether it might cause adverse health effects.  Moreover, while Dr. Hardell states that

13   "this is more of a policy question than a scientific one," he is not offering his opinions

14   as a policy witness but as a scientific witness.

15   **Q.**   **Dr. Hardell states that contralateral wireless phone  use is less strongly associated**

16   **with risk of brain tumors than ipsilateral use (that is, that associations with brain**

17   **tumors on the opposite of the head from the typical side of wireless phone use are**

18   **weaker than associations with brain tumors on the same side of the head), and**

19   **that this finding strengthens the biological plausibility of the observed**

20   **associations, since RF-EMF exposure to the contralateral side of the head is**

21   **lower than that to the ipsilateral side.  How are his statements relevant to**

22   **exposure to RF from smart meters?**

1   A.    According to Dr. Hardell's testimony (p. 8) and his response to information request

2            CMP-003-003, lower RF-EMF exposure is more weakly associated with risk of brain

3            tumors, as demonstrated by the weaker association with contralateral than ipsilateral

4            wireless phone use.  The lower the exposure relative to ipsilateral wireless phone use,

5            the lower the risk of brain tumors.  For exposures that are thousands of times lower in

6            magnitude than ipsilateral wireless phone use, such as typical exposure to CMP smart

7            meters, any association with brain tumor risk would be undetectable, even if it were to

8            be confirmed for higher exposures.  Typical RF exposures from CMP smart meters

9            differ greatly from RF exposures from mobile phones that are the focus of Dr.

10          Hardell's testimony, because a person is positioned physically much farther from the

11          smart meter and the duty cycle of a CMP smart meter is far lower.  The typical

12          sustained duty cycle for CMP smart meters is approximately 0.001%, or less than 1

13          second per day.  Smart meters typically operate much more than 20 cm away from

14          individuals, whereas wireless phones operate at a much closer distance.  Moreover,

15          smart meters typically operate on the outside wall of a building and the wall and metal

16          meter panel separates it from residents of a building; both of these barriers strongly

17          reduce the potential exposure.  To justify relying on results from studies of wireless

18          phones, Dr. Hardell must account for duty cycle and distance from the smart meter—

19          especially considering that the smart meter is located outside the residence rather than

20          within, that residents most likely do not spend all of their time at home, and that when

21          at home, people most likely do not spend all of their time at a location within 20 cm of

22          the smart meter—as well as the lower magnitude of peak exposure discussed above.

23          By ignoring these critical determinants of exposure to RF fields from smart meters,

1       Dr. Hardell invalidates his argument that such exposure to CMP smart meters can be

2       equated to RF exposure from wireless phones.

3  **Q.**    **How does Dr. Hardell's testimony take into account the power density of RF**

4       **fields that diminishes with distance and a duty cycle of less than 100% that**

5       **reduces the total time of exposure? What is the significance of these facts?**

6  A.    Nowhere in Dr. Hardell's testimony does he acknowledge that a duty cycle <100%

7       and increasing distance from the source both reduce exposure to RF fields, and that

8       such factors must be taken into account when extrapolating results from wireless

9       phones to smart meters.  As stated above, in response to information request CMP-

10      003-005 ("Please confirm that exposure from an RF transmitter is reduced by: a) duty

11      cycle; b) distance to the transmitter"), Dr. Hardell objected to the question on the same

12      grounds as his objections to previous information requests, and he added: "This

13      question is beyond the scope of my testimony.  My understanding is that the power

14      density of RF radiation will diminish with distance and that a duty cycle of less than

15      100% will reduce the average exposure but will not reduce the exposure of each

16      individual transmission."

17      Likewise, in response to information request EXM-002-001 ("Please identify the

18      extent to which the studies you have participated in examined the effects of RF at

19      exposure levels comparable to the levels reported for CMP's smart meters in this case

20      by the CMP and OPA witnesses.  Please provide specific cites to the studies to support

21      your response"), Dr. Hardell also objected to the question on similar grounds, and he

22      added: "Dr. Hardell has not performed a thorough review of the levels reported by

1    CMP and OPA witnesses and there are over 200 references in the Exhibits attached to

2    his testimony."  These references were presented largely without any description or

3    critique, making it unclear how Dr. Hardell considered the strengths and limitations of

4    each study, how he interpreted the results, and whether he agreed or disagreed with the

5    authors' conclusions.

6  **Q.**   **Dr. Hardell presents results from studies from his group and others that report**

7    **associations between wireless phones use and risk of brain tumors.  He provides**

8    **odds ratios, for example, for any mobile phone use, ipsilateral mobile phone use,**

9    **and ipsilateral mobile phone use for ≥ 1,640 hours, with or without a latency**

10   **period of 10 years, in association with specific brain tumor types.  What is the**

11   **relevance of these results to smart meters?**

12  A.   By categorizing wireless phone use broadly as ≥ 1,640 hours vs. < 1,640 hours, or by

13    using other categories with statistically (not biologically) determined cutoff points, Dr.

14    Hardell obscures the continuous exposure-response relationship between cumulative

15    time of exposure and risk of brain tumors that would be expected if a causal

16    relationship existed.  Specifically, by not showing continuous exposure-response

17    curves, he prevents readers from estimating associations between much lower

18    cumulative exposure (e.g., akin to that expected for CMP smart meters) and risk of

19    brain tumors.  Instead, he combines wide ranges of use, from 1 hour to 1,639 hours

20    and from 1,640 hours up to several thousand hours, into single categories.  Based on

21    the way in which Dr. Hardell reports his results, it is completely unclear whether the

22    risk of specific types of benign and malignant brain tumors would be elevated,

23    unchanged, or reduced in association with low cumulative ipsilateral or contralateral

1    wireless phone exposure in the range equivalent to that for CMP smart meters.  He

2    states in his response to information request EXM-002-001 that his group has "not

3    studied lowest observed effect level and I am not aware of any other human studies on

4    that issue."  By failing to show associations with low-level RF exposure in a range

5    comparable to that for CMP smart meters, Dr. Hardell's studies provide no relevant

6    information on whether RF fields from CMP smart meters may be associated with any

7    adverse human health outcome.

8    Q.    **Dr. Hardell refers to positive results from his group's studies of wireless phone**

9    **use and brain tumors.  What is the relevance of these results?**

10   A.    Dr. Hardell's studies are outliers in terms of finding unusually higher odd ratios he

11   reports that are not consistent with those reported in other studies of wireless phone

12   use and brain tumors (Ahlbom et al., 2009; Repacholi et al., 2012).  The Hardell group

13   studies, nonetheless, have several strengths, including high-quality case ascertainment

14   through the Swedish Cancer Registry, random identification of population-based

15   controls through the Swedish Population Registry, and relatively high participation

16   rates among controls.  The limitations of these studies, however, include unclear

17   definitions of wireless phone use (i.e., any users appear to be defined as exposed, with

18   no minimum amount specified); potential recall bias resulting from retrospectively

19   collecting self-reported information on past wireless phone use from brain tumor cases

20   and controls, who may remember and report their previous phone use in systematically

21   different ways; unclear exposure definitions (e.g., inclusion of various types of mobile

22   phones, inclusion or exclusion of cordless phones); potential selection bias due to the

23   exclusion of deceased cases from some studies, possibly resulting in selective

1    exclusion of brain tumor cases with wireless phone use patterns that differ

2    systematically from those of living brain tumor cases; reliance in some studies on

3    exposure data reported by relatives of deceased cases more than a decade after death,

4    with no validation of the accuracy of such data; numerous statistical comparisons,

5    which increase the number of chance findings; and the selection of results from

6    multiple overlapping studies in a way that is not sufficiently clear for readers to

7    understand the analyses, and raise concerns about their validity.  These concerns have

8    been raised repeatedly by several reviewers of the Hardell group studies (Rothman,

9    2000, 2001; Elwood, 2003; SSI, 2002; EFRT, 2007; Royal Society of Canada, 2007;

10   Ahlbom et al., 2009; AGNIR, 2012; Repacholi et al., 2012).

11   In one of Dr. Hardell's own papers, he states:

12   To conclude, in our case-control study of testicular cancer, a
13   surprisingly high risk was observed for exposure to PVC plastics.
14   The shortcomings of retrospective assessment of exposure by a
15   self-administered questionnaire are evident, and spurious
16   association between PVC exposure and seminoma cannot be ruled
17   out.  Therefore, our results must be regarded as hypothesis
18   generating, and they warrant further studies (Ohlson and Hardell et
19   al., 2000, p. 1281) (emphasis added).

20   In all of his case-control studies of wireless phone use and brain tumors, exposure was

21   assessed retrospectively by a self-administered questionnaire.  Thus, by Dr. Hardell's

22   own acknowledgment, due to the limitations of exposure misclassification and

23   potential recall bias, a spurious association between wireless phone use and brain

24   tumor risk cannot be ruled out.

25   **Q.    In his testimony, in response to the question "Is there a potential for adverse**

26   **health effects from RF-EMF from mobile phone base stations?" (p. 7), Dr.**

1        **Hardell refers to the literature search results conducted in a study that he co-**

2        **authored (Khurana et al., 2010).  Was he asked questions about this study?**

3   A.    Yes.  Dr. Hardell was asked in information requests CMP-003-008, CMP-003-015,

4        and CMP-003-017 to provide essential details to support his discussion of his review

5        of the studies of mobile phone base stations.  As with other information requests, he

6        objected to these on the grounds that they were "unclear, vague and ambiguous" and

7        that "1) Complainants have no obligation under the rules of discovery to perform

8        research or time consuming analyses to respond to discovery requests; 2) the request is

9        overly burdensome and Complainants do not have the resources to pay their expert to

10       perform the work required to adequately respond to the request.  Complainants may

11       withdraw the objection if the PUC or CMP provides the funds necessary to pay for the

12       expert's time at his regular hourly rates to respond to the question."  The questions

13       were clear and included one as simple as asking the witness to identify the studies that

14       he referenced in his testimony.  His failure to respond to any of the questions can only

15       mean that he is not familiar with them or is aware of their shortcomings.

16   **Q.**   **Can you identify any shortcomings of the literature review that was conducted**

17        **for the Khurana et al. (2010) study or any shortcomings of the study itself?**

18   A.    Yes. First, the paper does not provide evidence that the authors performed a systematic

19        literature search for studies on health effects from RF exposure from mobile phone

20       base stations.  In particular, the authors do not identify several studies, which are

21       known to exist, that reported no significant association between proximity to mobile

22       phone base stations or and risk of these outcomes (e.g., Schüz et al., 2006; Merzenich

1    et al., 2008), nor do they include experimental studies that found no acute

2    neurobehavioral effect of RF exposure similar to that emitted by mobile phone base

3    stations (e.g., Regel et al., 2006; Riddervold et al., 2008).  Thus, in the Khurana et al.

4    (2010) review, Dr. Hardell and his co-authors selectively cited only positive studies,

5    ignoring studies that do not support their viewpoint.  Selective citation of the literature

6    is biased and scientifically invalid.

7    Second, Khurana and colleagues do not critically evaluate or describe the studies

8    included in the review.  For example, they do not consider the degree to which studies

9    were able to adjust for confounding by socioeconomic status, occupation, diet,

10   medical history, or any other potential risk factors for adverse neurobehavioral

11   symptoms or cancer.  They do not describe the extent to which the studies accounted

12   for exposure to other common sources of RF fields, such as radio and television

13   towers, Wi-Fi, and wireless phones.  Failure to adequately control for confounding or

14   to accurately characterize RF exposure could completely invalidate the results of such

15   studies.  The authors do not establish whether the neurobehavioral effects reported in

16   seven of the studies or the cancer types reported in the other three studies are

17   etiologically and clinically similar and therefore appropriate to evaluate as a single

18   outcome group.  In fact, they note on page 263 that "a meta-analysis based on this

19   literature is not possible due to differences in study design, statistical measures/risk

20   estimates, exposure categories, and endpoints/outcomes," yet they make overarching

21   claims about the effects of RF exposure on adverse neurobehavioral symptoms and

22   cancer.  The authors do not report the magnitudes of the estimated exposure-outcome

23   associations and measures of uncertainty (e.g., CIs or standard errors) in each of the

1    studies, nor whether they are statistically significant and consistent across studies.  All

2    of this information is necessary to evaluate the quality and validity of each study.

3    Without such information, the studies included in Khurana et al. (2010) cannot be

4    deemed to be credible evidence in support of a causal association between exposure to

5    RF fields from mobile phone base stations and risk of adverse health outcomes.

6    Of note, Khurana et al. (2010) state that "exposure misclassification inevitably biases

7    any association towards null" (p. 264).  This is expressly untrue for non-differential

8    exposure misclassification—that is, errors in exposure assessment or reporting that

9    differ systematically between those with and without the health outcome of interest—

10   which can bias estimates substantially away from the null, and can threaten the

11   validity of any study that retrospectively or cross-sectionally ascertains exposure, as

12   did all of the 10 studies reviewed by Khurana et al. (2010).  In fact, even non-

13   differential exposure misclassification can result in bias away from the null (Jurek et

14   al., 2005).

15   Even if the studies in Khurana et al. (2010) could be deemed credible evidence of a

16   causal association, in his testimony, Dr. Hardell makes no comparison of RF power

17   densities or cumulative exposure times between mobile phone base stations and CMP

18   smart meters, making this information of little practical relevance.

19   **Q.**    **Dr. Hardell states on page 6, lines 22-23 of his testimony that the Danish Cohort**

20         **study (Frei et al., 2011) is "uninformative."  Is this a valid critique?**

21   A.    No.  Dr. Hardell discounts the Danish cohort study because he claims that the

22         exposure assessment in it was misclassified, but he fails to show that asking

1    individuals with brain tumors to self-report their past wireless phone use—the method

2    that he used in his studies—is any more accurate.  In fact, retrospectively self-reported

3    information on mobile phone use has frequently been criticized as being highly

4    susceptible to recall bias due to differential reporting between cases and controls (SSI,

5    2002; Elwood, 2003; Ahlbom et al., 2009; Linet and Inskip, 2010; AGNIR, 2012;

6    Repacholi et al., 2012), whereas prospectively collected data on phone subscription

7    records are not susceptible to this bias.  As mentioned earlier, Dr. Hardell himself

8    identified the limitations of retrospective exposure assessment based on self-

9    administered questionnaires for establishing causality (Hardell et al., 2000).  The Frei

10   et al. (2011) study, along with earlier reports from the same cohort (Schüz et al., 2006;

11   Johansen et al., 2001), is the only study to date to provide both unbiased, prospective

12   assessment of mobile phone use (based on subscription records) and unbiased,

13   complete participant enrollment (from complete nationwide registries).  Other

14   strengths of the Frei et al. (2011) study are its ability to exclude the first year of

15   follow-up after starting a mobile phone subscription, thereby ruling out reverse

16   causality; and its large size with long, highly complete follow-up.  The study does

17   have some limitations, mainly related to non-differential exposure classification (due

18   to the estimation of cumulative exposure based on time since first subscription instead

19   of duration or frequency of actual mobile phone use, the exclusion of corporate phone

20   subscriptions, the lack of mobile phone subscription data after 1995, and the lack of

21   information on use of cordless phones or hands-free devices) and limited information

22   on confounders other than age, sex, and socioeconomic status.  This study, however,

79

1      remains the most methodologically well-designed study of mobile phones and brain

2      tumor risk to date.

3      Dr. Hardell also claims that the Danish cohort study had "no individual exposure

4      data," when in fact information on mobile phone subscriptions was available at the

5      level of individual subscription holders.  Thus, this latter claim is without merit, and

6      the Danish cohort study—which found "no increased risks of tumours of the central

7      nervous system, providing little evidence for a causal association" with mobile phone

8      use (Frei et al., 2011)—deserves consideration along with other published, peer-

9      reviewed studies of this association, including those of Dr. Hardell.

10  **Q.**  **On page 16 of his testimony at lines 15-17, Dr. Hardell states: "There are by now**

11      **a vast majority of scientific studies published in peer-reviewed scientific journals**

12      **showing non-thermal effects.  The brain tumor risk as discussed above is one**

13      **non-thermal risk."  Does Dr. Hardell provide evidence to support this statement?**

14  A.  No.  In information request CMP-003-010, Dr. Hardell was asked: "Please provide the

15      basis for your opinion."  Dr. Hardell declined to respond directly to this query, instead

16      offering only the same objections as to other information requests.

17      To support such a statement, one would need to perform a systematic review of the

18      peer-reviewed scientific literature, identify relevant studies, critically evaluate the

19      design, methods, results, and authors' interpretations of each study, and consider the

20      full weight of the evidence to reach a conclusion.  Dr. Hardell offers no indication that

21      he systematically reviewed the totality of the peer-reviewed scientific literature on this

22      subject.  He does not document the search criteria that he used to identify relevant

1    articles.  He does not identify original studies that do or do not show non-thermal

2    effects, nor does he show that he critically evaluated the quality of each study and

3    gave greater weight to higher-quality studies.  His objection to the information request

4    can only mean that he did not conduct such a review and analysis.  Therefore, in the

5    absence of any evidence that he considered the full weight of the scientific evidence in

6    formulating this opinion, his claim regarding the "vast majority of scientific studies

7    published in peer-reviewed scientific journals" cannot be accepted as based in fact.

8    Q.    **Dr. Hardell's claim above applies only to epidemiology studies.  But in his**

9    **response to information request (EXM-002-001) he states that epidemiologic**

10   **"findings [regarding "effects of RF at exposure levels comparable to the levels**

11   **reported for CMP's smart meters"] are supported by mechanistic studies on a**

12   **carcinogenic effect from RF-EMF emissions."  Does he provide any scientific**

13   **basis for the latter claim?**

14   A.    No, he does not identify any scientific papers or other sources in his response to

15   information request EXM-002-001.

16   Q.    **On page 18 of testimony, Dr. Hardell cites a study by Shahin et al. (2013) and**

17   **states: "Another recently published study showed that 2.45 GHz low-level RF-**

18   **EMF radiation induced oxidative stress and suppressed implantation or**

19   **pregnancy in mice.  It was also concluded that it might lead to deformity of the**

20   **embryo in case pregnancy continues.  The oxidative stress may lead to DNA**

21   **strand breakage in the brain according to the authors and thus be a mechanism**

22   **for causation of brain tumors.  The effects were non-thermal at power density =**

1      **0.033549 mW/cm2, and SAR = 0.023023 W/kg" (emphasis added).  Does the**

2      **Shahin et al. (2013) study provide evidence of adverse effects that can be**

3      **extrapolated to exposure to RF fields from smart meters?**

4  A.    No.  First, Dr. Hardell fails to note that CMP smart meter exposures are thousands of

5        times lower than 0.033549 mW/cm2, and that results from Shahin et al. (2013) may

6        not be observed at such lower-level exposures.  Moreover, as ICNIRP states, based on

7        a review of the scientific literature, "Overall, the data are consistent and suggest that

8        RF exposure has no effect on ROS [reactive oxygen species, indicators of oxidative

9        cell stress] production in several different cell lines" (ICNIRP, 2009, Section II.3.3.3).

10      Thus, a systematic review of the literature—in contrast with the selective citation of a

11      single finding that RF exposure "might" or "may" cause injury—does not support the

12      effect that Dr. Hardell claims here.

13  Q.    **On pp. 16-17 of his testimony, Dr. Hardell refers to his studies of human subjects**

14      **in which measurements of blood levels of transthyretin (TTR), a cerebrospinal**

15      **fluid protein, were used as a potential indicator of blood-brain barrier damage in**

16      **association with self-reported wireless phone use (Söderqvist et al., 2009a) or**

17      **experimental exposure to a 30-minute 890 MHz GSM mobile phone signal with**

18      **an average SAR of 1.0 W/kg (Söderqvist et al., 2009b).  Do these studies provide**

19      **sufficient evidence of an adverse effect of RF exposure on the blood-brain**

20      **barrier?**

21  A.    No.  Regarding the Söderqvist et al. (2009a) cross-sectional study, which the authors

22      described as a "hypothesis-generating descriptive study" (p. 11), Dr. Hardell cites in

1    his testimony only a few, highly selected positive findings, while omitting the

2    numerous statistically null and even negative findings that do not support his opinion.

3    For example, he tells us in his testimony about a statistically significant positive linear

4    regression coefficient for TTR with "time since first use of mobile phones and desktop

5    cordless phones combined" (lines 20-21), but fails to disclose that this association was

6    reported only in men, not women, and that a significant association in the opposite

7    direction (i.e., lower TTR levels with longer time since use) was observed for use of

8    UMTS phones in men.  He also fails to report that "analysis of serum TTR and short-

9    term use of wireless telephones (i.e., same day as leaving blood) yielded statistically

10   insignificant results" (Söderqvist et al., 2009a, p. 4); that "analysis of serum TTR and

11   long-term total use of wireless telephones yielded OR [odds ratio] = 1.2, CI = 0.6 –

12   2.4" (p. 3)—a statistically non-significant finding; and that "[a]nalysis of years since

13   first use of overall use of wireless telephones for periods of more than 5 and 10 years

14   both yielded statistically insignificant results" (p.3).  Moreover, he does not cite

15   another publication in his testimony (Söderqvist et al., 2009c) that reported analyses of

16   the same subjects from the Söderqvist et al. (2009a) study for another putative

17   indicator of blood-brain barrier damage, the protein S100B.  Söderqvist et al. (2009c)

18   reported that the "study failed to show that long- or short-term use of wireless

19   telephones was associated with elevated levels of serum S100B as a marker of BBB

20   integrity" (p. 798).  The authors do not provide any evidence that TTR is a more

21   accurate or reliable marker of blood-brain barrier damage than S100B.

22   Dr. Hardell does not acknowledge in his testimony the limitations that he and his co-

23   authors listed in their published article (Söderqvist et al., 2009a), including

1    "weaknesses in exposure assessment, study design and low response rate … Briefly,

2    use of wireless telephones was self-reported and not validated by operator records;

3    exposure misclassification would thus be expected to some extent" (p. 11).  He also

4    does not acknowledge other limitations of this study, including its cross-sectional

5    assessment of exposure and outcome, which makes it impossible to distinguish

6    temporally between cause and effect; potential confounding by various uncontrolled

7    factors, including medication use, health history, nutritional status, socioeconomic

8    status; the lack of control for numerous statistical tests, which would result in several

9    statistically significant findings expected by chance; and the unclear biological

10   relevance of serum TTR levels as an indicator of cerebrospinal fluid TTR levels and

11   blood-brain barrier damage.

12   As for the Söderqvist et al. (2009b) provocation study in which volunteers were

13   exposed to a 890 MHz GSM mobile phone signal, Dr. Hardell selectively reports a

14   "statistically significant increased serum TTR 60 min after exposure," compared with

15   levels measured immediately after exposure (p. 16 of his testimony).  It is unclear

16   whether concentrations measured 60 minutes after exposure differed significantly

17   from pre-exposure levels, however, given that serum TTR levels in the study declined

18   over time prior to exposure.  Moreover, Dr. Hardell does not disclose in his testimony

19   that serum levels of the other putative protein marker of blood-brain barrier integrity,

20   S100B, did not differ significantly across samples taken just prior to the provocation,

21   immediately after the 30-minute provocation, and 60 minutes after the provocation

22   (and that, like TTR levels, they inexplicably decreased during the 30 minutes prior to

23   exposure).  Again, no evidence is provided regarding the utility of TTR versus S100B

1    as a marker of blood-brain barrier disruption.  Söderqvist et al. (2009b) speculated that

2    the decline in pre-exposure TTR and S100B levels over time in their study might have

3    been due to stress or changes in physical activity, but they did not measure these

4    factors, leaving them unable to control for confounding by stress or physical activity.

5    The authors also acknowledged that they "cannot exclude that this rise in TTR

6    concentrations [60 minutes after exposure] is due to some compensatory effect

7    following the decrease earlier on," rather than to an effect of RF exposure (Söderqvist

8    et al., 2009b, p. 66) and they concluded that "[t]he clinical significance of this finding,

9    if any, is unknown" (p. 63).

10   **Q.**   **Dr. Hardell also references two studies from his group on "the concentration of**

11         **BTP [β-trace protein, which he describes as "the key enzyme in the synthesis of**

12         **prostaglandin D2, an endogenous sleep-promoting neurohormone in the brain"]**

13         **in relation to emissions from wireless phones (Hardell et al 2010, Söderqvist et al.**

14         **2012b)" (p. 17, lines 9-10 of testimony).  Do these studies provide sufficient**

15         **evidence of an adverse effect of RF exposure on the blood-brain barrier?**

16   A.    No.  Again, Dr. Hardell tells us only part of the story: the results of these studies also

17         show no statistically significant association between self-reported hours of cumulative

18         use of mobile and cordless phones and BTP levels; and he does not tell us that serum

19         levels of BTP in samples collected from 40 persons before and after 30 minutes of

20         experimental exposure to a 890 MHz GSM signal at an average SAR of 1 W/kg were

21         not statistically different (Hardell et al., 2010).

1      These studies are also limited by the self-reported, unvalidated, and probably

2      misclassified exposure data (which, as stated earlier in this testimony, does not

3      necessarily result in underestimated associations [Jurek et al. 2005]); the cross-

4      sectional design of the comparison of BTP levels by self-reported wireless phone use,

5      preventing temporal differentiation between cause and effect; the poor control for

6      confounding, as analyses were adjusted only for age and sometimes for sex and body

7      mass index; and the unclear biological relevance of BTP levels as an indicator of

8      disturbed sleep or other neurobehavioral outcomes.  As a result, Söderqvist et al.

9      (2012) stated:

10          In conclusion, this study provided no overall evidence of an
11          association between wireless phone use and serum concentrations
12          of β-trace protein.  While findings in the 18–30 year age group
13          indicating lower concentrations the more cumulative hours of use
14          should be further investigated, no causal inferences can be made
15          from the results of present hypothesis generating study … Finally,
16          it should be mentioned that the β-trace concentrations in this study
17          were within normal physiological variations for all participants (p.
18          422).

19  **Q.**    **On page 20 of his testimony, lines 3-19, Dr. Hardell provides a quotation from**

20      **Section 10 of the 2012 BioInitiative Report (authored by Salford et al.) to indicate**

21      **that the "blood-brain-barrier is a predictor of low-dose, or 'non-thermal',**

22      **adverse health effects":**

23          **One remarkable observation, which we have made in our**
24          **studies throughout the years, is that exposure with whole-body**
25          **average power densities below 10 mW/kg gives rise to a more**
26          **pronounced albumin leakage than higher power densities, all**
27          **at non-thermal levels. These very low SAR-values, such as 1**
28          **mW/kg, exist at a distance of more than one meter away from**
29          **the mobile phone antenna and at a distance of about 150-200 m**
30          **from a base station.**

1    **Further, when a mobile phone operating at 915 MHz (and its**
2    **antenna) is held 1.4 cm from the human head, the very low**
3    **SAR levels of 10mW/kg exist in deep-lying parts of the human**
4    **brain such as the basal ganglia, and the power density of 1**
5    **mW/kg and less is absorbed in thalamus bilaterally. With this**
6    **information as a background, it is difficult to recommend**
7    **safety limits as the function of existing mobile systems might**
8    **not allow for limits that produce SAR levels below 1 or 0.1**
9    **mW/kg in the human brain, which are reported to cause a**
10   **pathological leakage of the BBB and to neuronal damage.**

11   **Do you agree that the Salford et al. review in the 2012 BioInitiative Report**

12   **provides conclusive evidence of an effect and that this evidence can be**

13   **extrapolated to exposure to RF from smart meters?**

14   A.   No.  Other researchers have attempted to replicate these studies because of the

15   potential implications of their findings, but without success (McQuade et al., 2009;

16   Masuda et al., 2009; Poulletier de Gannes et al., 2009), and even Dr. Salford's own

17   laboratory did not find any evidence of leakage of the blood-brain barrier of rats for

18   levels of exposure to SARs of 0.6 mW/kg and 60 mW/kg (Grafström et al., 2008)  The

19   apparent effects observed in the Salford and Persson studies cited in the Salford et al.

20   review in the 2012 BioInitiative Report were more pronounced at lower power

21   densities than at higher power densities—that is, lower exposures had stronger effects

22   than higher exposures—a finding that is not consistent with the Hill criterion of

23   "biological gradient" that Dr. Hardell uses on page 8, lines 20-21 of his testimony.

24   When asked in information request CMP-003-011 to "Please confirm that the

25   observation that effects that are more pronounced at lower power densities than at

26   higher power densities are not consistent with the Hill criterion of 'biological gradient'

27   that you use on page 8, lines 20-21 of your report," Dr. Hardell did not deny this

28   inconsistency.  Instead, he stated: "In general there are many scientific observations

1      that present us with inconsistencies, particularly in biological systems.  The

2      appropriate scientific response to inconsistencies is to perform further studies with a

3      goal of resolving the inconsistencies with a better or more comprehensive theory."

4      The FCC exposure limits are set such that the whole-body SAR does not exceed 0.08

5      W/kg (80 mW/kg) if exposure is less than 1 mW/cm2 at a frequency of 2.45 GHz.  A

6      CMP smart meter operating at a 0.001% duty cycle and resulting in a peak exposure of

7      0.031 mW/cm2 would produce an average exposure of 0.00000031 mW/cm2; this

8      exposure would correspond to a whole-body SAR of 0.000025 mW/kg (and localized

9      SAR of under 0.0025 mW/kg.  This SAR value is well below the SAR values quoted

10     by Dr. Hardell from the 2012 BioInitiative Report above and the lower exposure levels

11     applied in the study by Grafström et al. (2008), at which no effect of RF fields on the

12     blood-brain barrier was observed.

13  **Q.**   **Dr. Hardell states that he applied the Hill criterion of "biological gradient" to**

14        **evaluate health risks of wireless phones.  Do we know what scientific support he**

15        **has for this claim?**

16  A.   No.  When asked in information request CMP-003-018 to "Please list, by type of

17        cancer endpoints, the individual studies you considered to assess biological gradient

18        (p. 8, lines 20-21)" and to "Please indicate results of studies that did show a biological

19        gradient/dose-response relationship for cancer risk," as well as to indicate which

20        studies he relied upon to support the Hill criterion of "temporality," Dr. Hardell did

21        not respond except with the same objections noted in responses to other information

22        requests.

1  **Q.**    **In response to the question "Should peak power densities or average power**

2        **densities of RF-EMF be considered as to the health effects?" in his testimony (pp.**

3        **25-26), Dr. Hardell states:**

4            **By analogy peak density of RF-EMF may more accurately**
5            **represent the radiation exposure to the body than power**
6            **density that is a calculated average dose during a specified**
7            **time, i.e. single peaks of radiation may have toxic effects and**
8            **multiple peaks of radiation may have cumulative effects that**
9            **are not accurately represented by averaged values. Thus, peaks**
10           **of density should not be recalculated as average dose over time**
11           **when the risk is estimated, instead the peak density should also**
12           **be considered. The peak density is of special concern regarding**
13           **e.g. the foetus (pregnant women), children, adolescents, sick**
14           **and disabled.**

15       **Does Dr. Hardell provide substantiation for his assertion?**

16  A.    No.  Dr. Hardell does not provide a scientific reference or evidence for this statement.

17       In response to an information request (CMP-003-012), Dr. Hardell cites two articles

18       about carcinogenesis in general and one study of a genetic mutation that causes breast

19       cancer, but he provides no information to substantiate his claim that peak power

20       density is a better measure of RF exposure than average power density over time.  Dr.

21       Hardell refers to the single-hit, two-hit, and multi-hit theories of carcinogenesis, and

22       suggests that DNA damage by ROS generated by RF exposure may initiate a

23       carcinogenic process.  Again, Dr. Hardell ignores the conclusion of ICNIRP, which is

24       based on a comprehensive review of the scientific literature, that "Overall, the data are

25       consistent and suggest that RF exposure has no effect on ROS production in several

26       different cell lines" (ICNIRP, 2009, Section II.3.3.3).

1    **Q.    Dr. Hardell cites the BioInitiative Report, to which he contributed as a member**

2    **of the Working Group (both the 2007 and 2012 reports), as a reliable source.  Do**

3    **you agree?**

4    A.    No.  As discussed above in the rebuttal to Dr. Carpenter, another author of the

5    BioInitiative Report, both the 2007 and 2012 BioInitiative Reports have serious

6    scientific problems and provide no reliable basis for the recommendation for a

7    precautionary limit of 0.3-0.6 nW/cm2 for indoor cumulative exposure.  Considering

8    that the typical measured duty cycle of a typical smart meter is actually 0.001%, the

9    expected indoor exposure from a typical smart meter is well below the 2012

10    BioInitiative Report's precautionary limits.

11    **Q.    Dr. Hardell states that he uses the Hill (1965) criteria to assess health risks from**

12    **wireless phones.  Does he correctly utilize the Hill criteria in his assessment?**

13    A.    No.  In his cursory evaluation of the Hill criteria, Dr. Hardell does not identify any

14    original studies that he relied on to evaluate a biological dose-response gradient for

15    cancer risk; moreover, he does not even specify the health outcomes that he claims

16    show a dose-response association with cumulative hours of wireless phone use.  He

17    fails to identify any studies that unambiguously establish that wireless phone

18    exposure, as assessed, occurred prior to disease onset, and that a sufficient latency

19    period elapsed between exposure and disease onset.  In fact, the only study design that

20    has no temporal ambiguity is a prospective study, such as the Danish cohort study;

21    retrospective case-control studies that rely on self-reporting of past exposures are

1    virtually always susceptible to reverse causality, i.e., an influence of the disease on the

2    reporting of past exposures.

3    Dr. Hardell provides no evidence that he performed a comprehensive, systematic

4    literature review or that he critically evaluated the totality of the relevant scientific

5    literature according to the Hill criteria.  In evaluating the consistency of the evidence,

6    he reports only that "similar results have been found in different studies, e.g., the

7    Hardell group and Interphone," (p. 8, lines 13-14) thereby disregarding peer-reviewed,

8    published studies with negative or null results (e.g., Lonn et al., 2005; Larjavaara et

9    al., 2011; Aydin et al., 2011; Frei et al., 2011).  As stated earlier, selective citation of

10   only positive findings from the scientific literature is an invalid approach to evaluating

11   the weight of evidence.

12   Dr. Hardell has provided no scientific basis as to why the MPUC should prefer his

13   opinion on the potential risks of wireless phones (or CMP smart meters) over that of

14   multidisciplinary groups of scientists who have reviewed the scientific research,

15   including epidemiology, in vivo, and in vitro studies, and concluded that there is

16   insufficient evidence of increased risk of adverse human health effects (e.g., ICNIRP,

17   2009; Baan et al., 2011; AGNIR, 2012; Repacholi et al., 2012).  The recent

18   comprehensive review performed by Repacholi and 14 other experts in this field is of

19   particular relevance to Dr. Hardell's bare claim to have applied the Hill criteria,

20   because Repacholi et al. (2012) specifically used the Hill criteria to assess research

21   relevant to wireless phones and brain cancers and tumors of the head and neck.  The

22   conclusion of the review directly rebuts Dr. Hardell's opinion: "In summary, none of

23   the Hill criteria support a causal relationship between wireless phone use and brain

1    cancers or other tumors in areas of the head that most absorb the RF energy from

2    wireless phones" (Repacholi et al., 2012, p. 203).

3    In addition, it is disconcerting that nearly all the epidemiology publications regarding

4    the use of mobile phones in association with cancer and the blood-brain barrier that

5    Dr. Hardell cites in support of his opinion are his own (except a few with which he

6    disagrees), a pattern that displays a strong bias for his own work.  The bias of an

7    investigator for his own work is certainly not unique to Dr. Hardell, but it undercuts

8    any appearance of objectivity in the testimony that he has presented to the MPUC.  It

9    is noteworthy that the comprehensive review by Repacholi et al. (2012) cited above

10   followed a protocol that specifically "excluded reviewer participation involving any

11   study he or she authored or co-authored" (p. 188) to avoid the bias of an investigator

12   towards his or her own work.

13   In summary, the testimony of Dr. Hardell presents his one-sided opinions based on

14   selected data largely from his own publications and, in some cases, based on no

15   scientific data at all.  Such inconclusive and selected evidence is clearly insufficient to

16   establish a generally accepted opinion about the potential human health effects of RF

17   exposure from mobile phones and to extrapolate any potential adverse human health

18   effects of exposures to RF signals from CMP smart meters.

19   **C.      Specific Comments to the Testimony of Dr. Jerry L. Phillips**

20   Q.   **Dr. Phillips states on page 3 (lines 8-9) of his testimony that there are "many**

21        **peer-reviewed research studies reporting positive results of non-thermal**

22        **biological effects from exposure to low-level RF."  Have these studies showing**

92

1    **positive findings for non-thermal effects been considered in recent reviews of RF**

2    **research conducted by health and scientific agencies?**

3    A.   Yes.  Many of the studies that Dr. Phillips cites have been included in reviews of the

4         scientific literature related to RF fields, such as the one recently conducted by the

5         AGNIR in 2012 and the review conducted by ICNIRP in 2009.  These agencies have

6         concluded based on the available evidence that it is unlikely that non-thermal

7         mechanisms exist for low-level RF biological effects.  More specifically, the ICNIRP

8         stated in its 2009 review:

9              There are several theoretical hypotheses describing potential non-
10             thermal mechanisms for low-level RF biological effects. Some
11             have been tested experimentally, but so far there has been no
12             compelling evidence that they might plausibly account for any
13             such effects. From a biophysical point of view, the most plausible
14             include the possibility that RF can affect metabolic reactions
15             involving a radical-pair mechanism, and that biological tissue can
16             somehow demodulate an RF signal through the non-linear
17             conversion of RF energy. Both are of interest with regard to
18             potential health effects but there is as yet no convincing evidence
19             that such interactions occur in mammalian systems. (ICNIRP,
20             2009, p. 96)

21        The ICNIRP review also notes that cells contain various thermally sensitive molecules

22        that may be activated by changes in temperature as small as 0.1 degree Celsius ($^{\circ}$ C).

23        In in-vitro studies, in particular, this can be an issue as SAR values can vary

24        considerably across a plate of cells exposed to RF fields, such that certain regions of a

25        plate may be exposed to an SAR value that is above the threshold for thermal effects.

26        Therefore, in vitro studies conducted using low-level RF exposure may be confounded

27        by regional temperature increases, which can affect the results of the study.

1       Moreover, when asked in information request EXM-005-003 "Have any of the studies

2       referenced in lines 19 and 20, shown positive results for non-thermal biological effects

3       at exposures below the FCC limits?  If so, please identify those studies and describe

4       the nature and degree of the 'positive' results in those studies," he responded that

5       "This, too, is a question that is confusing."

6  **Q.    In his testimony on page 5, Dr. Phillips replied "Yes" to the question "Are you**

7       **familiar with any peer-reviewed epidemiological studies reporting positive results**

8       **for a risk of cancer, disease, or other adverse health effects resulting from the**

9       **exposure to RF?"  Do we have any evidence of his level of knowledge?**

10  A.    No.  When asked to identify the basis for his opinion in information request CMP-

11      005-003, Dr. Phillips replied "There are many more studies supporting the proposition

12      and it would be both impractical and costly to provide an exhaustive list.  I understand

13      that Dr. Lennart Hardell has testified in these proceedings and has provided a review

14      of such studies.  Dr. Hardell is more qualified than I on the subject of epidemiology."

15  **Q.    When Dr. Phillips argues "Drs. Bailey and Shkolnikov seem to base their opinion**

16      **on their version of 'weight of evidence'—numbers of studies showing or not**

17      **showing effects, not on the strength of specific studies.  There are well-done**

18      **studies from several laboratories, including mine and Dr. Henry Lai's, in which**

19      **changes in DNA damage [from cellular telephone RF fields] are incontrovertible"**

20      **(p. 12, lines 7-11).  Does his assertion reflect the weight of the evidence on this**

21      **specific topic?**

1   A.    Surely not.  First, he has not considered those studies in the literature that have not

2         reported effects of RF exposure; he has only considered what he believes are "positive

3         studies."  Moreover, the 'positive' studies Dr. Phillips cites for "incontrovertible"

4         evidence of DNA damage from RF exposures in his testimony, starting on page 12,

5         line 12 to page 13, line 11, upon closer examination do not so clearly support his claim

6         as he leads us to believe.  The 'positive' studies consist only of his study of RF fields,

7         which is an in vitro study (discussed again below) in which he reported very small

8         increases and decreases in DNA damage (Phillips et al., 1998), seven in vivo studies

9         by Drs. Lai and Singh, and two other in vitro studies (Huang et al., 2008; De Iuliis et

10        al., 2009).  In contrast to Dr. Phillips assertion that the Huang et al. (2008) study, cited

11        on p. 12, lines 18-20, provides "incontrovertible evidence" for RF DNA damage, those

12        authors report that "1763 MHz RF radiation at a SAR level of 10 W/kg did not induce

13        any detectable DNA damage in Jurkat T cells" (Huang et al., 2008, p. 739).  In

14        addition, the multiple publications by one laboratory (Drs. Lai and Singh) should not

15        be counted as independent replications as would be the case had the findings been

16        confirmed by multiple independent laboratories.

17        Regarding the seven studies by Lai and Singh suggesting DNA damage in rat brain

18        cells as a result of RF exposure, the exposure in two of these studies (Lai and Singh,

19        1997a; 2004) was to 60-Hz magnetic fields, not RF fields as claimed by Dr. Phillips.

20        Five of these studies purported to show increased DNA strand breaks in the brain cells

21        of rats exposed for 2 hours to 2450 MHz RF fields at SAR levels between 0.5 and 1.2

22        W/kg (Lai and Singh 1994; 1995; 1997a; 1997b; 2005).  On page 4 of his testimony at

23        lines 7-22, Dr. Phillips cites two of the same articles (Lai and Singh, 1997a; 2005) for

95

1      evidence of RF effects on DNA damage and again mistakenly cites Lai and Singh

2      (1997b) and Lai and Singh (2004) that were studies of 60-Hz fields, as studies of RF

3      fields.

4      As discussed in the review by AGNIR (AGNIR, 2012, p. 157), other investigators

5      have attempted to replicate these results without success (Malyapa et al., 1998;

6      Lagroye et al., 2004; Verschaeve et al., 2006; Belyaev et al., 2006).  Interestingly,

7      Malyapa et al. (1998) found that the method of animal euthanization (guillotine or

8      asphyxiation) affected the degree of intrinsic DNA damage and the variability in

9      results observed across experiments, indicating the possibility that the methodological

10      procedures used could impact a study's results.

11      A recent review by Vijayalaxmi and Prihoda (2012) considered the results of 88

12      studies examining the effects of non-ionizing RF exposure on 9 different markers of

13      genotoxicity in human cells.  They evaluated the influence of different RF exposure

14      characteristics on the study results, including the frequency, the SAR level of

15      exposure, continuous versus intermittent exposure, and duration.  In this meta-

16      analysis, the investigators found that the mean indices of genotoxicity for RF-exposed

17      and control cells were within the background spontaneous rates of genotoxic damage.

18      A common cell type used to assess genotoxic effects of RF is the human blood

19      lymphocyte.  A recent blinded multi-center analysis of nine different genotoxicity

20      markers in human lymphocytes exposed to microwave RF was conducted for

21      exposures at 0.2 W/kg, 2 W/kg, and 10 W/kg (Waldmann et al., 2013).  The study

22      found no evidence of a genotoxic effect due to RF exposure, although significant

1   differences were reported in this study between control (sham-exposed) cells and cells

2   exposed to known genotoxic agents (positive controls).

3   Since others have not been able to independently replicate the results of Lai and Singh

4   and other investigators, the studies cited by Dr. Phillips cannot be taken at face value

5   as evidence of non-thermal effects due to low-level RF exposure and do not represent

6   a valid weight of evidence evaluation of studies reporting effects of RF exposure on

7   DNA.

8   **Q.**   **Did any of the five studies by Lai and Singh, the Phillips et al. (1998) study, or the**

9   **other two studies of RF exposures cited by Dr. Phillips provide**

10   **"incontrovertible" evidence for DNA damage from RF fields from exposures at**

11   **the levels even close to those associated with the CMP smart meters?**

12   A.   No.  The lowest SAR exposure at which a difference between exposed cells and

13   control cells in the Lai and Singh studies was reported is 0.6 W/kg.  The other studies

14   involved SAR exposures at 24 $\mu$W/kg (Phillips et al., 1998), 2.8 W/kg (De Iuliis et al.,

15   2009) and 10 W/kg (Huang et al., 2008).  A CMP smart meter operating at a 0.001%

16   duty cycle would produce corresponding whole-body SAR of 0.000025 mW/kg (0.025

17   $\mu$W/kg).  This also corresponds to a localized SAR less than 0.0025 mW/kg (2.5

18   $\mu$W/kg)

19   **Q.**   **Has new research provided a basis to evaluate other explanations for the DNA**

20   **damage reported in studies of RF exposure to the brains of animals?**

1   A.   Yes.  A landmark paper just published in Nature Neuroscience reports that ordinary

2        physiological brain activity results in DNA double strand breaks (DSB) as measured

3        using the γH2A.X assay (Suberbielle et al., 2013).  In this study, the DNA damage

4        was produced by placing either mice with genetically-determined features of

5        Alzheimer's disease or control mice in a novel environment or by shining a light in the

6        eyes of anesthetized mice.  The DSBs occurred in the neurons found in the parts of the

7        brain in which neuronal activity was increased.  This report suggests that any findings

8        of DNA damage with RF treatment will have to be further delineated to determine if

9        these changes can be attributable to a toxic response or are simply due to normal

10       physiological activity.

11  Q.   **On pages 6 and 7 of his testimony, Dr. Phillips describes his hypothesis regarding**

12       **the interaction of EMF and iron in cells.  Has he provided any further**

13       **information about this hypothesis?**

14  A.   No.  Apparently he would have to do "burdensome" research to provide studies that

15       form the scientific basis for his statements to explain his own hypothesis.  This

16       information was requested in information response CMP-005-004, but the response

17       was that:

18            Complainants object to this request on the following grounds: 1)
19            Complainants have no obligation under the rules of discovery to
20            perform research or time consuming analyses to respond to
21            discovery requests; 2) the request is overly burdensome, it is not
22            practical to collect all of the relevant studies, and Complainants do
23            not have the resources to pay their expert to perform the work
24            required to adequately respond to the request. Complainants may
25            withdraw the objection if the PUC or CMP provides the funds
26            necessary to pay for the expert's time at his regular hourly rates to
27            respond to the question.

1    **Q.**    **Dr. Phillips also cites studies on page 8 (lines 10-23) of his testimony suggesting**

2           **increased blood-brain permeability as a result of RF exposure.  Can you**

3           **comment on the significance of these studies?**

4    A.    Yes.  The studies by Salford, Persson and colleagues (Salford et al., 1993, 1994;

5           Person et al., 1997) purport to show increased permeability of the blood-brain barrier

6           to albumin, a large protein molecule, in response to low-level RF exposure.  The

7           blood-brain barrier is important in the body because it helps to protect the brain from

8           toxic insult.  Other researchers have attempted to replicate these studies because of the

9           potential implications of their findings, but without success (Grafström et al., 2008;

10          Masuda et al., 2009; McQuade et al., 2009; Poulletier de Gannes et al., 2009).  In other

11          words, other investigators were unable to show increased blood-brain barrier

12          permeability in rats as a result of low-level RF exposure.  Additional studies used a

13          closed cranial window method that allows for direct observation of the cerebral

14          microcirculation (Masuda et al., 2007a, 2007b; Hirota et al., 2009).  Again, no effects

15          on cerebral hemodynamics or the blood-brain barrier of rats were observed as a result

16          of acute or subchronic exposure to low-level RF exposure.  Finally, a recent review

17          found that the weight-of-evidence did not support the hypothesis that increased blood-

18          brain barrier permeability occurred as a result of RF exposures below the threshold for

19          thermal effects (Stam, 2010).  Since the findings of Salford, Persson, and colleagues

20          could not be replicated in more recent and robust investigations, the AGNIR reached

21          the following conclusion in its 2012 report:

22                        The majority of the recent studies investigating effects on the
23                        blood-brain barrier have reported robustly negative results.
24                        Importantly, the observations of Salford and colleagues [the same

1   investigators cited by Phillips on p. 8] could not be confirmed by
2   three independent research groups, and the positive results have
3   been largely attributed to technical shortcomings and the presence
4   of artefacts.   Overall, the evidence for low level effects on the
5   blood-brain barrier has grown substantially weaker since 2003, and
6   it now seems far less likely that low level fields are capable of
7   causing detrimental changes (AGNIR, 2012, p. 136).

8   The ICNIRP came to similar conclusions in its own review from 2009, which states,

9   "(O)verall, earlier reports of increased blood-brain barrier permeability have not been

10  corroborated by later, better conducted studies" (ICNIRP, 2009, p. 184).

11  **Q.    Dr. Phillips also cites some papers on pages 8-9 of his testimony suggesting**

12  **changes in gene expression as a result of low-level RF exposure.  Are the findings**

13  **of these studies evidence of non-thermal effects?**

14  A.  No, they are not.  Two of the studies specifically mentioned were done by the same

15  group of researchers (Leszczynski et al., 2002; Nylund and Leszczynksi, 2004)[9] and

16  the primary author is one of the witnesses appearing in this case on behalf of Friedman

17  et al.  The studies involved the in vitro exposure of human endothelial cells to a 900

18  MHz signal at average exposure levels that exceed the FCC's limit of 1.6 W/kg for

19  partial body exposure from mobile phones.  A later study by the same research group

20  discussed the exposure set-up used in these studies (Nylund et al., 2010) and reported

21  that exposures in some parts of the culture dish could be far higher.  In that paper, the

22  authors stated:

23      In the 900 MHz GSM set-up there is a more non-uniform SAR
24      distribution [3][10] than in the 1800 MHz set-up and therefore, cells

[9]   In his testimony, Dr. Phillips erroneously cites Nylund and Leszczynski (2004) as Leszczynski et al., 2004.
[10] Leszczynski D, Joenväärä S, Reivinen J, Kuokka R. Non-thermal activation of the hsp27/p38MAPK stress
pathway by mobile phone radiation in human endothelial cells: Molecular mechanism for cancer- and blood-
brain barrier-related effects. Differentiation 70:120-129, 2002.

1             in the certain areas of the culture dish are exposed to higher SAR
2             (over 5.0 W/kg) when the average SAR for the whole cell culture
3             dish is 2.4 W/kg [3] (Nylund et al., 2010, p. 6).

4       In other words, some areas of the cell culture plates would have been exposed to an

5       SAR above which the FCC considered adverse thermal effects to be more likely.

6       Therefore, it is possible that some of the changes observed at 900 MHz could be

7       related to localized heating of the cultures in addition to other factors.

8   **Q.**    **Dr. Phillips provides an extended explanation and justification for**

9         **"inconsistencies between study results" for "some lab research and**

10       **epidemiological studies shown [sic] negative results for non-thermal biological**

11       **effects from RF exposure" that starts on page 9 and continues to page 11 of his**

12       **testimony.  Does he deny the importance of replication in the evaluation of RF**

13       **biological effects?**

14   A.    No, and we would agree whole heartedly with the statement in his testimony that:

15             Each study to investigate RFR-induced biological changes must be
16             evaluated on its own merits, and then studies that both show effects
17             and do not show effects must be carefully evaluated to define the
18             relationship of experimental variables to experimental outcomes
19             and to assess the value of experimental methodologies to detect
20             and measure these outcomes." (p. 10, lines 8-12)

21      We also agree with his subsequent response to information request CMP-005-008,

22      where he states, "All studies, whether they show effects or not, should be replicated,

23      but this requires sufficient funding and attention to experimental details to ensure that

24      an adequate attempt has been made to replicate the original study."

25   **Q.**    **What major problems do you see with Dr. Phillips' testimony?**

1   A.     The major problems with Dr. Phillips' testimony are that he presents hypotheses about

2          research on RF and health, not conclusions, he misrepresents the "weight of the

3          evidence" process for evaluating scientific research used by public health agencies,

4          and, even if the claims he makes for studies he cites were to be established, which they

5          have not been, he has failed to establish their relevance.

6   **Q.**     **Please give examples supporting your claim that he presents hypotheses, not**

7          **conclusions.**

8   A.     There are several examples listed below and the hypothetical nature of the statement is

9          underlined:

10         "… a number of studies and reports have described possible mechanisms … " and

11         "One possibility is that DNA is damaged by free radicals … " (p. 4, lines 1-3).

12         "…the work of Blank and Soo and Blank and Goodman support the possibility that

13         EMF exposure at low levels has a direct effect …" (p. 4, lines 23-24).

14         "… the possibility exists that EMF exposure could produce oxidative damage to DNA.

15         Other possible mechanisms include RFR-induced changes in gene expression in

16         stress-protein expression, in permeability of the blood brain-barrier, and in the level or

17         movement of key cellular ions, such as calcium" (p. 5, lines 5-8).

18         "Q.  Are there possible explanations for the mechanism by which cancer and other

19         diseases could be causally related to the non-thermal biological effects of RF

20         exposure?  A.  Yes.  Some of the observed biological effects, including DNA damage

21         and …" (p. 5, lines 13-16).

1       " … these cells could be selectively damaged …" and "The effect could be further

2       enhanced if one could shift anaerobic glycolysis of cancer cells to oxidative glycolysis

3       (p. 6, lines 6-9).

4       "Thus the effect of EMF on DNA could conceivably be more significant on nerve

5       cells than on other cell types …" (p. 7, lines 6-8).

6       "Thus, one can also speculate that …" (p. 8, line 4).

7       "Other observed effects, including increased permeability of blood-brain barrier and

8       changes in gene expression and protein expression, could possibly contribute to other

9       disease conditions over time" (p. 8, lines 6-8).

10      "RFR exposure does indeed appear to produce …" (p. 9, line 20).

11      It is striking that Dr. Phillips' opinions about biological effects of RF are couched as

12      "possible," "possibility," "could be," "could conceivably be," "if one could," "could

13      possibly," "speculate," and "appear to."

14  **Q.**  **Please provide support for your claim that he misrepresents the "weight of the**

15      **evidence" process used by public health agencies for evaluating scientific**

16      **research.**

17  A.  First of all, Dr. Phillips represents the weight of the evidence conclusions that we cited

18      in our testimony as being our own opinions instead of those of the public health

19      agencies responsible for the conclusions.  Additionally, he characterizes the weight of

103

1    the evidence process used by public health agencies as being non-systematic,

2    subjective, and of questionable value.

3    **Q.    Dr. Phillips suggests that the differences between studies showing positive and**

4    **negative findings may be related to methodological differences.  Can you respond**

5    **to that?**

6    A.    Yes, it is possible that the differences observed across studies could relate to

7    methodological differences, as noted in the study of Malyapa et al. (1998), which

8    found differences in the amount of intrinsic DNA damage observed depending on the

9    method of animal euthanization used in the study.  This is one of the reasons that it is

10    so important to be able to replicate the findings of one investigator in the laboratory of

11    another investigator to ensure that the observed findings are causally related to the

12    exposure.

13    In Dr. Phillips' testimony, he suggested that use of the enzyme proteinase K in the

14    comet assay, a method used to measure DNA damage, can affect the measured

15    outcome of a study:

16    For instance, differences in methodology can and often do produce
17    distinctly different results.  As an example, the use of an enzyme
18    called proteinase K greatly enhances the sensitivity of the "comet
19    assay," a technique used to detect damage to DNA.  While some of
20    us who have studied RFR-induced DNA damage have used
21    proteinase K in our work, others who claim attempts to replicate
22    our studies did not.   Other methodological differences also
23    contribute to lack of reproducibility (p. 10, lines 16-22).

24    Another research group, however, investigated this very possibility (Lagroye et al.,

25    2004).  In their study, brain cells from rats exposed to 2450 MHz RF signals were

1    examined for DNA damage using the comet assay, both with and without proteinase

2    K.  A positive control group of rats exposed to gamma (ionizing) irradiation was

3    included in the study.  These researchers found that significant DNA damage was

4    observed as a result of gamma irradiation, regardless of the comet assay method

5    applied.  No DNA damage could be measured, however, as a result of low-level RF

6    exposure using the comet assay with or without proteinase K.  The results of this study

7    therefore show that the use of proteinase K in the comet assay does not seem to

8    account for the differences between studies showing positive findings and those

9    showing no DNA damage as a result of low-level RF exposure.

10   **Q.**    **Dr. Phillips refers to the opinions of Drs. Bailey and Shkolnikov in a number of**

11          **places in his testimony (p. 12, lines 1-9; p. 13, lines 12-18).  Did he correctly**

12          **attribute the opinions stated as your own?**

13   A.    No.  The opinions that Dr. Phillips refers to are not mine or Dr. Shkolnikov's.  Rather,

14          they are the conclusions of the expert panels of scientists that have been convened by

15          international health agencies (specifically, AGNIR and ICNIRP) to address the

16          question of potential health effects from RF exposures.  The statement that "the

17          evidence for a direct or indirect genotoxic effect is unconvincing" is a conclusion

18          reached by the AGNIR in their 2012 report:

19          There are now several hundred studies in the published literature
20          that have looked for effects on isolated cells or their components
21          when exposed to RF fields.  None has provided robust evidence for
22          an effect.  Furthermore, where reported effects were investigated
23          by independent replications the effects were not found.  The
24          evidence for a direct or indirect genotoxic effect is unconvincing,
25          as is the possibility of synergistic effects with known carcinogens.
26          The apparent effect on stress proteins described in the previous

1   review by AGNIR in 2003 has not been replicated in most of the
2   newer studies.  The reported direct effects of RF fields on cell
3   membranes and isolated proteins, although interesting, lack
4   independent verification and therefore should be interpreted with
5   caution" (AGNIR 2012, p. 318) [emphasis added].

6   Additionally, the statement that "the trend in the accumulated evidence is increasing

7   against the hypothesis that mobile phone use causes brain tumors" is a direct

8   conclusion taken from a report by Swerdlow et al. (2011), which was prepared under

9   the auspices of ICNIRP.  This report states:

10   The deficiencies of exposure measurement, because of recall
11   misclassification in studies such as Interphone, and because of
12   misidentification of users in records-based studies such as the
13   published cohorts, leave it doubtful that either study type could
14   reliably detect a small effect, if one existed. Both for this reason
15   and because research cannot in principle prove the complete
16   absence of an effect but only place limits on its possible
17   magnitude, there is bound to remain some uncertainty for many
18   years to come. The limited duration of data yet available, which
19   is mainly for up to 10 years of exposure and to a lesser extent
20   for a few years beyond this, also leave uncertainty because of
21   the potential for long lag period effects, especially for
22   meningioma, which is generally slower growing than glioma.
23   The possibility of a small or a longer-term effect thus cannot be
24   ruled out. Nevertheless, although one cannot be certain, the
25   trend in the accumulating evidence is increasingly against the
26   hypothesis that mobile phone use causes brain tumors"
27   (Swerdlow et al., 2011, p. 1537) [emphasis added].

28   Therefore, Dr. Phillips has mischaracterized our testimony; these are not our

29   conclusions, but rather those of scientists convened by scientific and health

30   organizations that have been charged with providing guidance regarding the potential

31   health hazards of non-ionizing radiation.

32   **Q.**   **Are the references to criticisms of the Hardell et al. studies in any way unique to**

33   **the reviews by the panels of epidemiologists convened by ICNIRP (Ahlbom et al.**

1         **2011) and the Health Protection Agency of the United Kingdom (Swerdlow et al.,**

2         **2011)?**

3    A.     No, earlier concerns about these studies had been expressed by individual

4          epidemiologists including Dr. Ken Rothman (Rothman, 2000, 2001) and Dr. Mark

5          Elwood (Elwood, 2003), both authors of well-known textbooks on epidemiology.

6          Other criticisms published by panels of scientists include those from the Swedish

7          Radiation Protection Authority (SSI, 2002), EFRT (2007), Krewski et al. (2007),,

8          Ahlbom et al. (2009), AGNIR (2012), and Repacholi et al. (2012).

9    Q.     **What is your opinion regarding Dr. Phillips' understanding of "weight-of-**

10         **evidence" assessments?**

11    A.     As previously stated, Dr. Phillips misrepresents the "weight of the evidence" process

12          used by public health agencies to assess the results from scientific research on RF

13          exposure.  In our 2012 Testimony on low-level RF exposure, we describe briefly the

14          weight-of-evidence assessment approach used by national and international scientific

15          and health regulatory organizations.

16              The standard, scientific, weight-of-evidence approach is
17              recommended and described by international organizations such as
18              ICNIRP, IARC, the WHO, SCENIHR, and the EPA in the United
19              States, among other organizations.  This approach is used routinely
20              to interpret RF research prior to making public health decisions.
21              The major thrust of this approach is to evaluate the body of
22              research by weighing the evidence based on the nature and quality,
23              and therefore the reliability, of the studies in the database"
24              (Exponent, 2012, p. 40)

25          In other words, in the overall assessment, studies that use better, more reliable designs

26          are given more weight than studies that use weaker study designs.  In their 2012

1   report, the AGNIR summarizes the specific methods used to conduct their weight-of-

2   evidence review as follows:

3      The scientific papers reviewed here have been carefully examined
4      to determine what weight should be given to individual findings.
5      This includes consideration of scientific quality as well as expert
6      judgment about each study and how it fits within the canon of
7      work.   Consistency with the existing body of evidence is an
8      important criterion, but AGNIR also recognizes that the quest for
9      alternative explanations for data is an important part of the
10      scientific process.

11      Summing the number of positive and negative studies is not an
12      adequate way to review a scientific field, not least because of
13      publication bias which favors publication of new positive findings.
14      Also pure replication studies of positive findings may be less likely
15      to be published, even though they may strengthen the body of
16      evidence (AGNIR, 2012, p. 8).

17   The 2009 assessment by ICNIRP was conducted in a similar manner.  In other words,

18   both weight-of-evidence assessments of low-level RF exposure took into consideration

19   the strengths and weaknesses of the different studies, their results, and whether the

20   findings were replicated in multiple studies and consistent across the different types of

21   research available (epidemiology, in vivo, and in vitro).

22 **Q.** **So, despite his many hypotheses and speculations about the biological effects of**

23   **RF exposure, does Dr. Phillips conclude that the scientific evidence indicates that**

24   **the CMP smart meters are likely to cause harm to residents of Maine?**

25 A. No, he does not.  His opinion only is that he could not conclude that that there are "no

26   risks of adverse health effects from exposure to RF in the 1-3 GHz range" (p. 16, lines

27   20-22).

1   **Q.**   **Did he attempt to relate the intensity of the RF field applied in the studies he cites**

2   **to the very low levels that both the Exponent reports calculated and measured**

3   **(2010 Exponent testimony and 2012 Exponent testimony) and which were**

4   **independently confirmed by the OPA report?**

5   A.   No, and because of the way he references mobile phones, it would appear he

6   mistakenly believes that the RF signals from smart meters are of the same intensity as

7   the RF signals from mobile phones.  For example he states: "Since the brain is

8   exposed to rather high levels of EMF during cell phone use, the consequences of

9   EMF-induced genetic damage in brain cells are of particular importance" (p. 6, lines

10   19-21).

11   Further, when asked in information request EXM-015-001 "…please discuss whether

12   it is your view that potential health effects from RF-EMF emissions would be

13   substantially or significantly less from utility smart meters as compared to cell

14   phones," Dr. Phillips states "Based on the literature, there is no reason to expect that

15   potential health effects would necessarily be any different for emissions from cell

16   phones vs. Smart meters, since effect of such emissions on biological systems have

17   been reported across a wide range of field intensities."

18   As was discussed above in rebuttal to Dr. Hardell's testimony, typical RF exposures

19   from CMP smart meters differ greatly from mobile phones that are the focus of Dr.

20   Phillips' testimony, because a person is positioned physically much farther from the

21   smart meter and the duty cycle of a CMP smart meter is far lower.  By ignoring these

22   critical determinants of exposure to RF-EMF from smart meters, Dr. Phillips, like Dr.

1          Hardell, invalidates his argument that such exposure to CMP smart meters can be

2          equated to RF from wireless phones.

3  **Q.**   **On page 3 of his testimony in lines 19-23, Dr. Phillips discusses studies involving**

4          **exposure to RF in or near the 2.4 GHz range by stating "[a] number of studies**

5          **involving exposure to RF in that range have shown positive results for non-**

6          **thermal biological effects." Did Dr. Phillips elaborate as to what "positive**

7          **results" he had in mind?**

8  A.    No. In response to information request EXM-015-005, Dr. Phillips would not provide

9         any information beyond stating "There are numerous studies performed at field

10        intensities below those known to produce heat that have shown significant effects on

11        biological systems. Reviewing the large number of studies performed at

12        radiofrequencies for specific exposure conditions would be very time consuming.

13        Some list of these studies, such as in the BioInitiative Report, already exist." He

14        added in response to information request CMP-005-002 that "Many of the studies are

15        cited in my testimony. There are many more studies supporting the proposition and it

16        would be both impractical and costly to provide an exhaustive list."

17  **Q.**   **Would consultation of the 2012 BioInitiative Report as Dr. Phillips has suggested**

18        **necessarily provide a balanced view of the research studies cited?**

19  A.    No. For example, in Table 1-1 of Section 1 of the 2012 BioInitiative Report authored

20        by Ms. Cindy Sage, it is stated "One study reports that RF at levels equivalent to the

21        vicinity of base stations and RF-transmission towers is genotoxic and could cause

22        DNA damage (Phillips et al., 1998)." This is a summary of Dr. Phillips study

1    discussed on p. 11 of his testimony "My own work [J.L. Phillips, O. Ivaschuk, T.

2    Ishida-Jones, R.A. Jones, M. Campbell-Beachler, W. Haggren, DNA damage in Molt-

3    4 T- lymphoblastoid cells exposed to cellular telephone radiofrequency fields in vitro,

4    Bioelectrochem. Bioenerg. 45 (1998) 103-5 110]." Although Dr. Phillips did not

5    discuss the results of this study in his testimony in any detail, the study reported:

6           It was found that: 1) exposure of cells to the iDEN®  signal at
7           an SAR of 2.4 µW g-1  for 2 h or 21 h significantly decreased
8           DNA damage; 2) exposure of cells to the TDMA signal at an
9           SAR of 2.6 µW g-1  for 2 h and 21 h significantly decreased
10          DNA damage; 3) exposure of cells to the iDEN® signal at an
11          SAR of 24 µW g-1  for 2 h and 21 h significantly increased
12          DNA damage; 4) exposure of cells to the TDMA signal at an
13          SAR of 26 µW g-1  for 2 h significantly decreased DNA
14          damage. (p. 103) (emphasis added).

15   As can be seen from the study, the results are not clearly indicative of an increase in

16   genotoxicity with RF exposure as described in the 2012 BioInitiative Report or by Dr.

17   Phillips in his testimony and that reductions in genotoxicity were also reported.

18   **Q.    Did Dr. Phillips volunteer that another study of yeast cells had criticized the**

19   **       Phillips et al. (1998) study?**

20   A.    Yes, he quoted part of the criticism by Gos et al. (2000), but did not quote the sentence

21         by Gos et al. that immediately followed "Regardless of this debate, it is entirely

22         unclear whether these molecular effects would lead to any pathological consequences"

23         (p. 516). Neither did Dr. Phillips volunteer that the study by Hook et al. (2004), which

24         also tested Molt-4 T-lymphoblastoid cells for DNA damage and apoptosis (naturally

25         occurring programmed cell death) in response to 814-838 MHz mobile phone

26         exposures with TDMA and  iDEN® modulations, as tested by Dr. Phillips, and two

1       other mobile phone modulations (CDMA and FDMA) at higher intensity levels

2       ranging from 2.4 mW/kg to 3.2 W/kg reported "Our results show that exposure of

3       Molt-4 cells to CDMA, FDMA, iDEN or TDMA modulated RF radiation does not

4       induce alterations in level of DNA damage or induce apoptosis."

5  **Q.**    **Finally, did Dr. Phillips at all discuss the limitations in extrapolating the results**

6       **of studies on cells in vitro to effects to humans?**

7  A.    No. As we discussed in our testimony, this is a limitation to human health risk

8       assessment that is well known to health and scientific agencies.

9  **Q.**    **In summary, does Dr. Phillips' testimony provide a sound basis for the MPUC to**

10      **assess the potential risks of exposure to RF fields from CMP smart meters?**

11  A.    No.  His flawed and incomplete assessment of the weight of evidence highlights the

12      reason why it is necessary to consider more than just the apparently "positive" studies,

13      and he has not demonstrated how the exposures of these selected in vitro (and some in

14      vivo and epidemiology studies) are relevant to the assessment of the vastly lower RF

15      exposures from CMP smart meters.

16      **D.**    **Specific Comments to Testimony of Dr. Dariusz Leszczynski**

17  **Q.**    **Does Dr. Leszczynksi make any findings and conclusions from his in vitro**

18      **research regarding biological effects of mobile phone RF signals?**

19  A.    No.  Dr. Leszczynski presents various hypotheses about research on RF field exposure

20      and health, but no firm conclusions regarding the potential for health effects from RF

1    exposure.  For example, on page 3 of his testimony, he states the following (emphasis

2    added):

3    "Observed in our experiments activation of stress response by mobile phone radiation

4    suggests that mobile phone radiation is recognized as a stress factor that might

5    interfere with normal cell physiology" (lines 8-10).

6    "Our published research suggests that mobile phone radiation might activate cellular

7    stress response in human endothelial cells…" (lines 13-14).

8    "Based on our observations we presented the hypothesis that the activation of stress

9    response in endothelial cells lining blood vessels in the brain might affect function of

10   blood-brain barrier" (lines 15-17).

11   "Deregulation of function of blood-brain barrier might allow passage of such

12   molecules, present in blood stream, which might be damaging for the brain cells"

13   (lines 22-23).

14   **Q.    Do the in vitro and in vivo studies he cites, including those from Salford's**

15   **laboratory confirm that RF exposures at the levels associated with CMP smart**

16   **meters show a stress response on cells with a potential implications for the blood-**

17   **brain barrier?**

18   A.    No.  AGNIR (2012) reviewed research on the blood brain barrier and concluded:

19            The majority of recent studies investigating effects on the blood-
20            brain barrier have reported robustly negative results. Importantly,
21            the observations of Salford and colleagues could not be confirmed
22            by three independent research groups, and the positive results have

1   been largely attributed to technical shortcomings and the presence
2   of artefacts. Overall, the evidence for low level effects on the
3   blood-brain barrier has grown substantially weaker since 2003, and
4   it now seems far less likely that low level fields are capable of
5   causing detrimental changes (p. 136).

6   In addition the issues raised in earlier research on RF effects on the blood-brain barrier

7   in the in vivo and in vitro studies cited by Dr. Leszczynski on p. 4 have been

8   previously reviewed by AGNIR (2003) and by ICNIRP (2009) and do not support the

9   conclusion that RF fields at very low levels adversely affect the blood brain barrier.

10   **Q.**   **Does the research Dr. Leszczynski cites confirm other cellular physiological**

11   **changes in response to mobile phone RF signals?**

12   A.   No.  For example, on page 5 of his testimony he mentions five studies that looked at a

13   gene and protein expression (lines 5-15).  The studies by Dr. Leszczynski's group

14   were done primarily using the high-throughput method of 2-dimensional gel

15   electrophoresis for the analysis of protein expression.

16   Two of the studies used the same cell line (EA.hy926, a human endothelial cell line)

17   and the same general methods, but exposed the cells to different frequencies of mobile

18   phone radiation (900 MHz in Nylund and Leszczynski, 2004; 1800 MHz in Nylund et

19   al., 2009).  In both studies, the number of protein spots that were found to be

20   differentially expressed following radiation were small, less than the number that

21   would be expected based on chance alone at a statistical power level of p<0.05.

22   Further, there was no agreement across the two studies in the proteins affected by

23   exposure.  A later study by Nylund et al. (2010) looked at protein expression in

24   primary human endothelial cell cultures in response to a 1800 MHz exposure using the

1      same methods as before, but this time, they found no statistically significant changes

2      in protein expression in response to exposure.

3      Therefore, even the work of Dr. Leszczynski's own laboratory does not show

4      replication of findings from one study to the next.

5  **Q.**    **Did the primary author, Reetta Nylund, who performed the studies referenced**

6      **above as part of her thesis submitted for her Ph.D. degree, express doubt about**

7      **the consistency of the effects reported, the inability to confirm effects reported in**

8      **her studies in primary cells using more advanced methods, and even the existence**

9      **of effects of RF exposure in these studies?**

10  A.    Yes, the primary author, Dr. Nylund, concluded in her Ph.D. thesis:

11             The results presented in this thesis regarding the proteome-level
12             effects after mobile phone radiation exposure are contradictory.
13             The results for EA.hy926 cells suggest that minor effects occur,
14             whereas no effects were observed using the more advanced 2DE-
15             DIGE technology and primary cells.   The responses with
16             EA.hy926 cells varied according to the cell type and exposure
17             conditions, and the consistent responses at the cellular level could
18             not therefore be identified.   Further research is recommended to
19             understand the variation in responses and whether consistent
20             cellular-level responses exist (Nylund, 2011).

21  **Q.**    **And is Dr. Leszczynski also cautious about drawing conclusions from these and**

22      **other studies?**

23  A.    Yes.  Dr. Leszczynski admits on p. 4-6 of his testimony that adverse effects or even

24      alterations in human physiology as a result of mobile phone radiation have not been

25      confirmed.  For example, he states (emphasis added):

1    "The issue of mobile phone radiation effect on blood-brain barrier is still unresolved,

2    with several animal studies suggesting existence of an effect and several animal

3    studies suggesting the lack of it" (p. 3, line 23 to p. 4, line 3).

4    "The number of affected genes and proteins appeared to be small and confirmation of

5    the impact of these changes on human physiology requires further studies" (p. 5, lines

6    15-17).

7    "Further laboratory studies and studies using human volunteers are necessary to clarify

8    this issue" (p. 6, lines 6-7).

9    **Q.     Have scientific organizations considered the results of in vitro mechanistic studies**

10    **such as those discussed in Dr. Leszczynski's testimony?**

11    A.    Yes, in vitro mechanistic studies have been considered.  For example, ICNIRP

12    considered the result of these types of studies in their 2009 report.  In this report,

13    ICNIRP stated:

14    High-throughput studies of gene expression in various cell types
15    have yielded a variety of results, including a lack of effect, and the
16    up-regulation and down-regulation of various genes. Many studies
17    however are technically incomplete in that they lack sufficient
18    experimental repetition and replication and further validation
19    through the use of more precise quantitative measures of gene
20    expression. In addition, the magnitude of the changes is small, and
21    may be of limited functional significance. However, to date,
22    insufficient research has been carried out to allow definitive
23    conclusions to be drawn (p. 132).

24    In other words, the available studies do not provide sufficient evidence that changes in

25    cellular physiology occur as a result of low-level RF exposure.  This conclusion is in

116

1    agreement with the statements of Dr. Leszczynski himself, who pointed out that

2    questions regarding physiological effects remain unresolved and require further study.

3    **Q.**    **Dr. Leszczynski notes on page 12, line 10 to page 13, line 18 of his testimony that**

4    **the AGNIR (2012) review of RF research did not cite a number of the more**

5    **current publications from his laboratory.  Does this mean that the conclusions**

6    **advanced by the AGNIR review are wrong?**

7    A.    No.  Not every review cites every paper published and we do not know why the papers

8    referenced by Dr. Leszczynski were not cited, however, AGNIR does cite two papers

9    from Dr. Leszczynski's laboratory (Falzone et al., 2008, 2010).  Although ideally all

10    studies on a particular topic are addressed in a review, it is clear from Dr.

11    Leszczynski's testimony here that no earthshaking findings were overlooked by this

12    omission.  More important, just as scientists do not rely upon single studies to draw

13    conclusions about potential health risks, the same approach applies to the

14    consideration of expert reviews.  Fortunately, there have been quite a few expert

15    reviews of research on RF exposure from mobile phones and other sources, so we do

16    not need to rely solely upon one review.  If most of the expert reviews all

17    independently converge on the same conclusion despite variation in the strengths and

18    weaknesses of each, the overall conclusion should be more reliable.  In this regard, it

19    is important to note that the review of RF research performed by scientists for ICNIRP

20    (2009) did review five of the seven studies that Dr. Leszczynski complained were not

21    addressed in the AGNIR review.  ICNIRP also considered four other studies from Dr.

22    Leszczynski's laboratory that are not cited in his testimony on p. 13 (Nylund and

1    Leszczynski, 2006; Leszczynski and Meltz, 2006; Dawes et al., 2007; Leszczynski,

2    2007).

3  **Q.**    **Did the extensive ICNIRP (2009) review of in vitro studies of RF exposure reach**

4        **a different conclusion about their significance than did the AGNIR (2012) review**

5        **despite ICNIRP's inclusion of more studies from the Leszczynski laboratory?**

6  A.    No, ICNIRP's conclusion is consistent with the conclusion of the AGNIR (2012)

7        review.  ICNIRP concluded the following regarding in vitro studies:

8            Over the last 30 years there have been many in vitro studies on
9            potential cellular effects of RF. These studies gave insight into the
10           basic mechanisms by which effects might be induced in more
11           complex animal or human organisms. Interpretation is, however,
12           limited by anomalous cell behavior generated by the culture
13           conditions and other factors which limit the extrapolation to
14           humans. The studies conducted so far have not provided consistent
15           evidence of biological effects under non-thermal RF exposure
16           conditions. In the case of genetic effects, for example, most results
17           were negative and some of the few positive findings may be
18           attributable to a thermal insult rather than to the RF-exposure as
19           such. The same holds true for other endpoints. With regard to
20           signaling, studies done using measurements of calcium ion
21           concentration related to cellular function do not support earlier
22           positive reports on calcium ion physiology. There is insufficient
23           research regarding RF effects on nitric oxide signaling, gap
24           junctions and receptor clustering to be conclusive, but the results
25           of studies on cell proliferation and differentiation, apoptosis and
26           cell transformation are mostly negative (ICNIRP, 2009, p. 148).

27  **Q.**   **So, despite his many hypotheses and speculations about the biological effects of**

28       **RF exposure, does Dr. Leszczynski conclude that the scientific evidence indicates**

29       **that the CMP smart meters are likely to cause harm to Maine's residents?**

118

1   A.   No, he does not.  His only opinion is "I think at this time any statements suggesting

2           conclusively that there 'is no health risk' are premature and not reliably supported by

3           the available evidence" (p. 19, lines 1-3).

4   **Q.**   **Did Dr. Leszczynski discuss the limitations in extrapolating the results of studies**

5           **on cells in vitro to effects to humans?**

6   A.   No.  As we discussed in our testimony, this is a limitation of in vitro studies to human

7           health risk assessment and this limitation is well known to health and scientific

8           agencies.  Although Dr. Leszczynski did not discuss this limitation in his testimony,

9           he is otherwise aware of this limitation.  He wrote recently "… even though there have

10          been executed numerous in vitro laboratory studies, these in vitro studies are of value

11          only for discovering the biochemical mechanism of effect and they provide support for

12          human and animal studies, but they can not be directly used to determine the

13          probability of health risk or in providing information for setting human health safety

14          standard (sic)" (Leszczynski and Xu, 2010, pp. 4-5).

15   **Q.**   **Dr. Leszczynski also discusses the result of the IARC Working Group's**

16          **assessment of low-level RF exposure as a possible carcinogen at page 10, lines 1-8**

17          **of his testimony.  He states that "IARC classification supports three important**

18          **conclusions."  Do you agree?**

19   A.   No.  Those "conclusions," as he made clear in his response to information request

20          CMP-009-007, are "my conclusions, and not necessarily those of the committee

21          producing the report."  The report of the IARC Working Group does not conclude that

22          mobile phones and other RF sources produce non-thermal effects, does not conclude

1  that current safety standards are insufficient, and does not recommend precautionary

2  actions to minimize exposure.

3  **Q.**  **On pages 7 and 10 of his testimony, Dr. Leszczynski notes that one of the studies**

4  **that figured predominantly in the IARC's classification of low-level RF exposures**

5  **was the INTERPHONE study.  What were the conclusions of this study?**

6  A.  The INTERPHONE (2010) study was an interview- and population-based case-control

7  study of 2,708 glioma and 2,409 meningioma cases and matched controls.  The study

8  was performed in 13 countries using a common core study procedure.  The primary

9  focus was on tumors in persons aged 30-59 years and on large urban areas.  Eligible

10  cases were all patients with a histological confirmation, or with a definitive diagnostic

11  image, of glioma or meningioma of the brain identified in study periods of 2-4 years

12  between 2000 and 2004.  Detailed information on cell phone use was collected in face-

13  to-face interviews with the study participant, or a surrogate respondent, if the subject

14  had ever been a regular cell phone user.  Overall, regular mobile phone users (defined

15  as those with an average of at least one call per week for a period of $\geq$ 6 months)

16  showed a significantly reduced association with glioma (odds ratio = 0.81, 95% CI =

17  0.70–0.94) and meningioma (odds ratio = 0.79, 95% CI = 0.68–0.91).  Regular users

18  for at least 10 years was not statistically associated with glioma (odds ratio = 0.98,

19  95% CI = 0.76–1.26) or meningioma (odds ratio = 0.83, 95% CI = 0.61–1.14),

20  compared with those who had never regularly used mobile phones.

21  No significant positive associations were detected for any of the 10 categories

22  (deciles) of cumulative number of calls or the first nine deciles of cumulative call

120

1    time.  Individuals in the highest decile of cumulative call time were at marginally

2    significantly increased association with glioma (odds ratio = 1.40, 95% CI = 1.03–

3    1.89), but not meningioma (odds ratio = 1.15, 95% CI = 0.81–1.62).  This highest

4    decile had a lower bound of 1,640 lifetime call hours and a likely upper bound of

5    thousands of call hours (based on 38 cases and 22 controls that reported > 5 hours of

6    daily mobile phone use, and that 10 cases and 0 controls reported ≥ 12 hours of daily

7    mobile phone use—figures that the authors described as "implausible" (p. 1).

8    The authors concluded:

9            Overall, no increase in risk of either glioma or meningioma was
10           observed in association with use of mobile phones.  There were
11           suggestions of an increased risk of glioma, and much less so
12           meningioma, at the highest exposure levels, for ipsilateral
13           exposures and, for glioma, for tumours in the temporal lobe.
14           However, biases and errors limit the strength of the conclusions we
15           can draw from these analyses and prevent a causal interpretation
16           (p. 14).

17   **Q.    What are the strengths and limitations of the INTERPHONE study?**

18   A.    The strengths of the INTERPHONE study include its large size, the population-based

19   setting in 12 of 14 study centers, and histological or radiographic confirmation of all

20   cases.  A non-methodological strength of the 2010 paper is its detailed description of

21   the methods used, including the overall study design, case and control sampling

22   frames and participation rates, exposure assessment and classification, and statistical

23   analyses, including extensive sensitive analyses to evaluate potential sources of bias.

24   One key limitation is the relatively low participation.  Another key limitation is the

25   reliance on retrospectively self-reported exposure data, resulting in a real possibility of

1    recall bias if reporting or recollection of past mobile phone use differed systematically

2    between cases and controls.  A validation sub-study that used software-modified

3    phones to record number and times of calls among healthy volunteers revealed that

4    phone use in the past year was reported with substantial random error; and another

5    validation sub-study that involved collection of past mobile phone usage records in

6    three INTERPHONE centers revealed "… some indication of greater over-reporting

7    by cases than by controls for the period 3–5 years before interview," with no

8    information on earlier time periods (p. 686); such over-reporting would have led to

9    over-estimated odds ratios.  Taken together, these sources of error and bias rule out a

10   convincing causal interpretation of the single statistically significantly elevated odds

11   ratio for glioma in the highest decile of cumulative call time.

12   **Q.**    **Have other scientific organizations commented on the results of this study?**

13   A.    Yes.  In November 2011, a report was published under the auspices of ICNIRP

14         (Swerdlow et al., 2011) that reviewed the evidence regarding mobile phone use and

15         the risk of brain tumors in people, with particular focus on the INTERPHONE study.

16         This analysis concluded that the growing evidence did not suggest that an association

17         exists between mobile phone use and brain tumors.

18         Additionally, the AGNIR (2012) review's assessment of low-level RF exposures took

19         into consideration the epidemiologic evidence regarding brain tumors, including the

20         results of the INTERPHONE study as well as findings from the Hardell studies that

21         Dr. Leszczynski mentions on p. 7 (lines 8-15) of his testimony.  With regard to the

22         Hardell studies, AGNIR found:

1    The epidemiological results on the risk of brain tumours and
2    acoustic neuromas in relation to mobile phone use differ between
3    the studies by Hardell and colleagues, which find raised risks, very
4    substantially so in some subsets of the data, and those by all other
5    investigators, that in general find decreased risks.  The Hardell
6    group has published multiple re-analyses, and pooled analyses, of
7    different combinations of their own data so that there is far less
8    evidence from this group than might appear from the number of
9    papers and analyses.  It is unusual to conduct so many re-analyses
10   of the same dataset and this gives rise to a potential for apparently
11   raised risks to be found as a consequence of multiple testing
12   (AGNIR, 2012, p. 308).

13   AGNIR goes on to conclude that the overall evidence does not show an increased risk

14   of brain tumors due to mobile telephone use.

15   **Q.    Dr. Leszczynski suggests in his testimony (p. 17, lines 10-11) that certain people**

16   **may be more sensitive to low-level RF exposures than are others.  Have studies**

17   **been done to assess this possibility?**

18   A.    Yes.  Dr. Leszczynski has recommended studies of human volunteers to address this

19   question.  A great many studies of human volunteers, however, have already been

20   performed.  For example, Rubin et al. (2011) reviewed studies that investigated the

21   potential physiological changes due to EMF and RF exposure in people who claim to

22   be highly sensitive to these fields.  They examined 29 single- or double-blind

23   provocation studies in which objectively measured physiological parameters were

24   assessed.  Thirteen of these studies involved exposure to defined RF sources (mobile

25   phones and base stations).  In two of these studies, significant effects of exposure were

26   observed; a reduction in heart rate and blood pressure in one and improved spatial

27   memory and sleep changes in the other.  These results, however, generally were

28   isolated findings and were not replicated in other studies.  In the other RF studies, no

123

1    physiological responses to exposure were observed.  Overall, the evidence suggests

2    that RF exposure is not associated with physiological changes in those who claim to

3    be exquisitely sensitive to these fields.

4    **Q.**    **Dr. Leszczynski, at page 11, lines 11-14 of his testimony, discusses a letter he**

5    **wrote to a journal 13 years ago.  In that letter he recommended application of the**

6    **precautionary principle to address the "inconclusive, commonly contradictory**

7    **and anecdotal scientific evidence" on the possible hazards of mobile phones and**

8    **he recommended the "use of modern technologies of genome-wide and proteome-**

9    **wide screenings" (Leszczynski, 2001, p. 1733).  Can you comment on his**

10   **recommendation in this letter?**

11   A.    Encouraging additional research is a recognized precautionary action to address data

12         gaps and to increase confidence in the conclusions drawn from the existing state of

13         knowledge.  While calling for additional research, Dr. Leszczynski "does not oppose

14         the use of cell phones" as he explained in his response to information request EXM-

15         012-003.

16   **Q.**    **In his response to information request EXM-012-003 mentioned above, Dr.**

17   **Leszczynski states:**

18                 **Smart meter radiation alone might be low.  However, it should**
19                 **be viewed in the context of all surrounding us wireless**
20                 **applications and gadgets [sic].  All of them add small piece of**
21                 **radiation to the overall "radiation smog".  Currently we do not**
22                 **know what the radiation level of this "smog" is safe for**
23                 **humans in long term.**

1    **Did Dr. Leszczynski attempt to relate the intensity of the RF field applied in the**

2    **studies of mobile phone exposures he cites in his testimony to the very low levels**

3    **that both the 2010 and 2012 Exponent Testimony calculated and measured and**

4    **which were independently confirmed by the OPA Report?**

5    A.    No, Dr. Leszczynski does not address the level of exposure to RF associated with

6          smart meters in his testimony at all and he has confirmed in responses to information

7          requests EXM-007-002 and EXM-012-004 that he has not performed any studies of

8          RF exposure at levels "more than 20 cm from the subject and that were operating at

9          levels below the FCC limits."  He has not shown that the CMP smart meters would

10         contribute to the "overall 'radiation smog'"

11   Q.   **Based on his own studies and others that he has evaluated, has Dr. Leszczynski**

12        **provided a specific assessment of potential health risks of RF from smart meters?**

13   A.    No.  In the assessment of potential health risks to RF fields, the level of exposure is a

14         critical factor.  His conclusion as stated in response to EXM-007-001 is that "It is

15         possible that safe level (sic) exists.  Our current knowledge does not provide enough

16         information to say what this level might be."  This response seems to be conditioned

17         by his thinking about mobile phones.  Regarding mobile phones, Dr. Leszczynski

18         recently stated "The presently used safety standards might very well protect the

19         majority of mobile phone users.  However, there likely exists a subpopulation of

20         people with different sensitivity to mobile phone radiation …" (Leszczynski and Xu,

21         2010).  If Dr. Leszczynski believes that most people are protected from the RF

22         exposures from mobile phones by the current RF safety standards, it does not seem

1    reasonable for him to now argue in his testimony that exposures from smart meters

2    may not be sufficiently low enough (despite that exposure being many thousand times

3    lower than from mobile phones) or are not at a level sufficiently low enough to be

4    considered a precautionary exposure level when compared to the exposures from

5    mobile phones that are permitted by the FCC standards.

6    **E.    Specific Comments to Testimony of Mr. Lloyd Morgan**

7    **Q.    In his testimony, Mr. Morgan states that "the nature of any digital signal is it is a**

8    **pulsed, modulated signal" (p. 24, lines 19-20).  Do you agree with this**

9    **characterization?**

10   A.    No.  Unfortunately it appears that Mr. Morgan has a relatively rudimentary

11   understanding of modern communication systems.  Simply because a signal is

12   interpreted as digital (e.g., as a bit with a value of either 0 or 1, or a symbol) does not

13   mean that the signal turns on and off to transmit each bit of information.  While it is

14   true that digital data consist of 'bits,' which are interpreted by electronics as a 1 or a 0,

15   only in very specific circumstances does the 1 refer to an 'on' condition and the 0 to

16   an 'off' condition. Specifically, in CMP smart meters, the digital data is decomposed

17   into four symbols consisting of two bits each: 00, 01, 11, and 10.  The smart meter

18   then transmits these signals by changing the phase (spacing between the oscillations)

19   of a constant amplitude signal.  Therefore, the modulation used by CMP smart meters

20   (offset quadrature phase-shift keying) does not result in a pulsed signal.  Contrary to

21   Mr. Morgan's claim, CMP smart meters do not utilize "pulsed" modulated signals; the

22   amplitude changes do not transmit information.  CMP smart meters do shut down the

1       RF transmitter, but do so only when a smart meter is not transmitting the information.

2       This is done to conserve both power and the spectrum of the system.

3   **Q.**    **Do you agree with Mr. Morgan's statement regarding measurements described in**

4           **the 2012 Exponent measurement report that "If signals were outside the**

5           **bandwidth of the smart meters' bandwidth [sic] were very low in relation to the**

6           **signals within the bandwidth of the smart meter, then there would be**

7           **considerable underestimation of the strength of the smart meter's signals" (page**

8           **27, line 21 to page 28 line 2).**

9   A.    No.  It appears that Mr. Morgan has failed to perform even a cursory review of the

10          equipment utilized by Exponent to perform the exposure measurements.  The Narda

11          NBM-550 Broadband Field Meter (NBM-550) simply measures total RF power in the

12          frequency range of 3 MHz to 18 GHz (when using the EF1891 probe).  The signal is

13          not averaged across the different frequencies nor does the NBM-550 (which is

14          thermocouple based) even have the capability to perform such averaging.  The only

15          averaging conducted by the NBM-550 is time averaging (user adjustable), as

16          recommended by the FCC standard.  This type of measurement is a well-recognized

17          method for evaluating exposure as discussed in Section 5.4.5 of IEEE Std C95.3-2005.

18          If there is any issue with thermocouple-based measurements, it is that when combined

19          with a wide-band probe, measurements collect total power density across the whole

20          wide sensing range.  If during Exponent's measurements there was a 900 MHz signal,

21          for example, from a cordless phone, its exposure would also be added to the

22          measurement. This would result in an overestimate of the exposure from the smart

1   meter.  In fact, this was the observation in the measurements performed by True North

2   Associates.

3  Q.   **On page 29, lines 8-14, of his testimony, Mr. Morgan explores the number of**

4      **"bursts" of modulated RF transmissions in one typical smart meter and one**

5      **'worst-case' smart meter.  How many 'bursts' would be transmitted from other**

6      **commonly used wireless devices?**

7  A.   Mr. Morgan, without any basis, seems to imply that a relevant metric for the exposure

8      should be the number of transmissions not the actual exposure value.  This is a

9      nonsensical claim without any scientific justification.  Even if this metric were

10     adopted, CMP smart meters would still be the lowest source of exposure in the

11     environment as it transmits very few bursts over the period of a day.  Amplitude-

12     modulated (AM) radio varies in amplitude up to 600,000 times a minute.  Digital

13     enhanced cordless telecommunications (DECT) systems (e.g., baby monitors or

14     cordless phones) transmit 6,000 bursts per minute, while GSM phones transmit 12,960

15     bursts per minute, and typical WiFi systems transmit 600-3,000 bursts per minute and

16     can transmit as many as 150,000 bursts per minute.  All these numbers dwarf a typical

17     number (234) of transmission bursts from the smart meter over the whole day.

18     Moreover, cell phones and DECT devices will continue to transmit even when they

19     are not in use.

20  Q.   **Mr. Morgan states that:**

21        **The INTERPHONE study found statistically significant risks**
22        **of glioma and meningioma: 2.18-fold for brain cancer (glioma)**
23        **when cellphone use exceeded 10 years compared to use of 1.0-**

1     **1.9 years, and a 1.82-fold for use of more than 1,640**
2     **cumulative hours of use compared to less than 5 hours of use.**
3     **The INTERPHONE study reported a statistically significant**
4     **increased risk of 179% for acoustic neuroma for 1,640**
5     **cumulative hours of use with 5 or more years of cellphone use**
6     **(page 14, line 22 to page 15, line 5).**

7     **What is the cumulative communication time of a smart meter operating for 4**

8     **years at <1 second per day?**

9     A.    At <1 second of operation per day for 4 years, a smart meter would transmit for less

10          than 25 minutes in total (approximately 21.2 minutes).  The ORs corresponding to the

11          category of cumulative call time containing 25 minutes and the risk of meningioma

12          and glioma in the INTERPHONE study do not represent statistically significant

13          associations between mobile phone call time and these tumors [0.90 (95% CI: 0.69-

14          1.18) and 0.70 (95% CI: 0.52-0.94)], respectively.  If these estimates were interpreted

15          as causal ORs, the RF exposure from smart meters would have no effect on

16          meningioma and would be protective against glioma risk.

17    **Q.    Starting on line 20, page 19 of Mr. Morgan's testimony he states that "Biological**

18          **effects from EMR exposures have been found to interact with the vectors of the**

19          **earth's static magnetic field and EMR."  What is the relevance of these studies to**

20          **the RF transmission of the CMP smart meters?**

21    A.    They have no relevance.  None of the studies referred to by Mr. Morgan deals with RF

22          exposure.  This is important because if resonance were to occur at a frequency of 2.4

23          GHz, a magnetic field with an intensity greater than 161 Tesla (2.5 million times

24          greater than magnetic field of the earth) would be required to produce the interaction

25          suggested. Moreover, studies referenced by Mr. Morgan refer to biological effects

1    observed in in vitro studies, and even if these effects were reproduced by another

2    researcher, there is no clear adverse effect in humans or animals that can be attributed

3    to these biological effects.

4  **Q.    Have you reviewed the recommendations of the Seletun Panel (Morgan Exhibit**

5  **G) of which Mr. Morgan is an author?**

6  A.    Yes.

7  **Q.    Do you have any comments on the recommendations of the Seletun Panel?**

8  A.    The Seletun Panel proposes a whole body exposure limit of 0.00017 mW/cm2.  While

9    this limit is exceeded by many natural and man-made sources the RF exposures from

10    CMP smart meters do not exceed this proposed limit.   Following this panel's

11    recommendation would prohibit not only the use of smart meters, but virtually any

12    modern RF technology.  In fact, since the human body emits 0.00026 mW/cm2 in the

13    RF band, something as simple as a hug from a family member also would result in

14    exposure exceeding the limits proposed by the Seletun Panel.  The additional signal

15    from the smart meter, whose exposure is three orders of magnitude below the human

16    body exposure, by itself will not result in exposure of the Seletun Panel's proposed

17    limits.

18  **Q.    Do you agree with Mr. Morgan's assertion on page 24, line 7 that the FCC's RF**

19  **standard applies a safety factor of only 2.5 and not the 50 specified in FCC**

20  **documents?**

1   A.   No. The FCC's document "Guidelines for Evaluating the Environmental Effects of

2        Radiofrequency Radiation" states:

> 3    Both the ANSI/IEEE and NCRP exposure criteria are based on
> 4    a determination that potentially harmful biological effects can
> 5    occur at an SAR level of 4 W/kg as averaged over the whole-
> 6    body. Appropriate safety factors were then added to arrive at
> 7    limits for both whole-body exposure (0.4 W/kg for "controlled"
> 8    or "occupational" exposure and 0.08 W/kg for "uncontrolled" or
> 9    "general population" exposure, respectively) and for partial-
> 10   body (localized SAR), such as might occur in the head of the
> 11   user of a hand-held cellular telephone (FCC, 1999).

12       It is also interesting to note that the Seletun Panel's review (of which Mr. Morgan is

13       an author), states that the panel's recommended limits incorporate a "50-fold safety

14       margin … consistent with both ICNIRP and IEEE/FCC safety factors."

15   **Q.**   **Do you agree with Mr. Morgan's conclusion on page 20, starting at line 10 "that**

16          **the specific carrier frequency, 2.4 GHz in this case, is relatively unimportant?**

17          **What is very important is the modulation of the carrier frequency."**

18   A.   No.  Modulation is important insofar as it can reduce the duty cycle and consequently

19       the exposure.  Other than the change of the duty cycle, modulation has not been

20       identified as a distinguishing feature of the exposure.  For example, when exposed for

21       50 minutes to a non-pulsing carrier wave signals, 900 MHz GSM modulated mobile

22       phone signals in a randomized double-blind provocation study, persons with reported

23       EHS headache symptoms from RF exposure were not reported to detect the exposure

24       condition or develop more severe headaches than when sham-exposed to no RF

25       (Rubin et al., 2006).  Conversely, the carrier frequency is very important and figures

1    prominently in the ICNIRP standard (1998), IEEE Std. C95.1-2005, and Health

2    Canada's Safety Code 6.

3    **Q.**    **Mr. Morgan claims "there are many studies reporting biological effects at very**

4    **low levels of power density.  Attached as Exhibit F is a partial list of human**

5    **studies showing adverse effects with average levels of power density exposure**

6    **below the average level expected from a smart meter" (page 21, lines 8-11).**

7    **Do you agree that the 11 epidemiology studies in Exhibit F show a convincing**

8    **causal relationship between RF fields from mobile phone base stations, AM radio**

9    **antennas, etc., and adverse health effects in surrounding populations and do you**

10   **agree with Mr. Morgan's comparisons to the levels from CMP smart meters?**

11   A.    No.  Three of these studies were discussed above in rebuttal to Dr. Carpenter.  None of

12   these studies shows convincing causal evidence for adverse health effects at low RF

13   exposure levels primarily because of study design, inadequate assessments of the

14   exposure and outcomes, and confounding.  In addition, replicated associations are not

15   reported.  For example, Chiang et al. (1989) investigated associations of microwave

16   and AM radio band exposure with measurements of visual reaction time, memory

17   function, and white blood cell phagocytosis among 1170 exposed and 689 control

18   subjects.  The methodology regarding the selection of subjects was not reported;

19   therefore, selection bias may be present.  Additionally, inadequate control for

20   confounders was evident, as the authors only controlled for grade in school, age, sex,

21   and level of education through matching.  The study presented descriptive results only

22   (means and standard deviations).  Potential selection bias, unmeasured confounding,

1    and multiple outcome testing are of concern and render this study of limited value.

2    Statistically significant findings based on the conventional P<0.05 were inconsistent

3    between the various outcomes assessed, and likely are attributed to chance.

4    Abdel-Rassoul et al. (2007), Augner et al. (2010), Boscolo et al. (2001), Hutter et al.

5    (2006), and Navarro et al. (2003) evaluated exposures to mobile phone base stations or

6    radio-television broadcasting stations, which operate at considerably higher power

7    levels than do cell phones, thus providing no comparison to low RF exposure levels,

8    and additionally provide an incomplete assessment of exposure by assuming no other

9    sources of low level RF exposure.  Wolf and Wolf (2004) evaluated exposures from

10   cell-phone transmitter stations in association with cancer incidence in a study based on

11   a very small number of cases (n = 8).  In Ha et al. (2007), the 95% CI for the odds

12   ratio for childhood leukemia comparing residence within 2 km vs. > 20 km of AM

13   radio transmitters includes 1.0, thus demonstrating no exposure-disease association,

14   therefore making it statistically non-significant.  Furthermore, the 95% CIs

15   corresponding to the reported risks attributed to increasing quartiles of estimated RF

16   exposure (in relation to childhood leukemia risk) all included 1.0, with no statistically

17   significant exposure-response trend.  These findings of no statistically significant

18   association between RF exposure from AM and FM transmitters and risk of childhood

19   leukemia or childhood brain cancer are also supported by other studies not cited by

20   Mr. Morgan (Merzenich et al., 2008; Elliott et al., 2010)

21   Heinrich et al. (2010) and Thomas et al. (2010) used the same study population from a

22   population-based cross-sectional study to evaluate the association of RF-EMF

23   exposure (assessed by personal dosimetry) with acute symptoms and behavioral

1 problems, respectively, among children and adolescents in Germany.  Of note, cross-

2 sectional study designs assess the exposure and outcome simultaneously, therefore

3 providing no ability to determine if the exposure preceded the outcome in time

4 (referred to as temporal ambiguity).  The response rate in these studies was low (52%),

5 with selection bias probable (as noted in both studies).  Heinrich et al. (2010) reported

6 mostly non-significant associations (95% CI included the null value of no exposure-

7 disease association), with the few statistically significant associations no longer

8 remaining significant in an analysis restricted to subjects with the highest exposure

9 levels.  Heinrich et al. (2010) concluded that these few statistically significant

10 associations are likely spurious due to multiple testing.  Thomas et al. (2010) found

11 that their results were predominantly driven by the subscale for conduct problems;

12 however, unmeasured confounding was acknowledged as a possible contributor to the

13 reported findings.  The authors stated "…up to now there is no known biologic

14 mechanism to explain an association between exposure to radiofrequency fields and

15 behavioural problems as observed in our study."  An earlier cross-sectional study by

16 Thomas et al. (2008) on exposure to mobile phone frequencies based on dosimetry and

17 self-reported well-being in adults reported no statistically significant associations

18 between personal exposure and chronic or acute symptoms.

19 The majority of the studies listed in Exhibit F and a larger number of similar studies

20 have been reviewed by scientific panels on behalf of ICNIRP (2009) and AGNIR

21 (2012) and their assessments do not support Mr. Morgan's claim.

22 Furthermore, the power density from a CMP smart meter inside a residence at a

23 typical duty cycle of 0.000015 µW/cm2 is far lower than the average value of 2.2

1    μW/cm2 that Mr. Morgan provides for the studies and is > 130 times lower than the

2    lowest exposure of 0.002 μW/cm2 listed in any study in Exhibit F.

3    **F.    Specific Comments to the Testimony of Dr. Richard H. Conrad**

4    **Q.    What is the purpose of Dr. Conrad's testimony?**

5    A.    Dr. Conrad presents his belief that he and others that he has spoken with have EHS

6          and that his internet survey of persons reporting EHS symptoms indicates that smart

7          meters are "more sensitizing than Wi-Fi or cell phones" (p. 14, lines 22-24).   He

8          supports his belief with a history of his own EHS experience (Exhibit B) and

9          supplemental testimony (Exhibit C).

10   **Q.    What is electrical hypersensitivity?**

11   A.    As noted in the 2010 Exponent Testimony on p. 50, EHS (also called electrical or

12         electromagnetic sensitivity or idiopathic environmental intolerance [IEI]) is an

13         idiosyncratic response of general non-specific symptoms, such as dizziness,

14         palpitations, skin itching, dry mouth, sleep disorders, and digestive problems

15         attributed by the individual to exposure to electromagnetic fields.  The WHO

16         developed a factsheet on EHS in 2005, which concludes that, while the symptoms of

17         EHS are real for the affected individual and can be disabling, there is no scientific

18         evidence to link EHS symptoms to electromagnetic fields exposure.  The factsheet

19         states:

20                    A number of studies have been conducted where EHS
21                    individuals were exposed to EMF similar to those that they

135

1   attributed to the cause of their symptoms. The aim was to elicit
2   symptoms under controlled laboratory conditions.

3   The majority of studies indicate that EHS individuals cannot
4   detect EMF exposure any more accurately than non-EHS
5   individuals. Well controlled and conducted double-blind studies
6   have shown that symptoms were not correlated with EMF
7   exposure (WHO, 2005).

8   As such, the WHO recommends that physicians focus on treating the symptoms of an

9   affected person, rather than addressing the patient's perceived need to reduce EMF

10   exposure.

11   **Q.**   **At page 1, lines 22-24, Dr. Conrad refers to a recent "survey of people who have**

12   **experienced electrical sensitivity related to smart meters," called the Smart**

13   **Meters Health Effects Survey.  What do you know about how this survey was**

14   **conducted?**

15   A.   The survey was administered through Dr. Conrad's website,

16   www.conradbiologic.com, which is directed towards providing consulting services to

17   reduce chemical and EMF exposures to those with perceived sensitivities, and was

18   sponsored by Dr. Conrad and the Maine Coalition to Stop Smart Meters.  According to

19   Dr. Conrad's own testimony on p. 8, lines 22-24, this survey is not a prevalence

20   survey and "we made no attempt to collect data on the prevalence of health effects

21   from smart meters in the entire population" (p. 8, line 24 to p. 9, line 1).  Given the

22   cross-sectional nature of the survey, an evaluation of cause-and-effect cannot be

23   conducted.  Further, according to the website's instructions on how to fill out the

24   survey, those who do not believe that they experienced symptoms as a result of smart

25   meters were instructed not to fill out the survey:

1         If you have symptoms or health effects from smart meters,
2         please participate in our Smart Meter Health Effects Survey,
3         sponsored by Maine Coalition to Stop Smart Meters and
4         www.conradbiologic.com.  Even if you have already posted a
5         testimonial on the web, please fill out our survey questionnaire.
6         Answers to our survey's specific questions are needed to gain
7         an accurate assessment of overall health impact. If you do not
8         experience health effects from smart meters please do not fill
9         out this survey, because it is about health effects only and is not
10        a prevalence survey (emphasis added).

11   Since those who do not experience symptoms were specifically requested not to fill

12   out the survey and the survey was administered through a website directed at those

13   who believe they have EHS, the results of the survey are not representative of the

14   general population of people who have RF exposure as a result of smart meters.

15   **Q.**   **What are some of the other issues with this survey that affect its applicability to**

16   **understanding EHS?**

17   A.   As discussed above, the survey is not representative of the general population and

18   does not include a control group (that is, a group of people not exposed to smart

19   meters) for the purpose of comparing the prevalence of symptoms with and without

20   RF exposure from smart meters.  Additionally, the survey as constructed is biased.

21   The survey does not ask about health symptoms in general and the specific time

22   frames in which these symptoms started; rather, it asks participants about symptoms

23   "before smart meters" and "after smart meters," and asks questions such as,

24   "concerning only the smart meter(s) that most affected you."  Further, it specifically

25   asks survey participants to assess for themselves whether his or her, "new/worsened

26   symptoms correlated to smart meter exposure," rather than having the survey

1    administrator (Dr. Conrad) make that correlation based on statistical associations in

2    the data.

3    The survey also does little to address confounding variables or other possible causes of

4    the reported symptoms.  For example, the survey asks about Wi-Fi, communication

5    antennae, and other potential RF sources, but does not ask about lifestyle factors,

6    work-related issues, possible sources of personal stress, the existence of allergies, or

7    other potential medical causes for the reported symptoms.  As such, it cannot be

8    concluded that any of the symptoms reported in the survey are due to smart meter

9    exposure although the persons responding to the survey may believe so.

10    Although on p. 12 of his testimony, Dr. Conrad characterizes the result of his survey

11    as, "good scientific evidence, obtained in double-blind experiments reproduced in

12    many, many people," the survey does not represent a blinded analysis of data

13    regarding health and smart meters.  The people taking the survey were aware of their

14    exposure status, as was the investigator, Dr. Conrad.  Finally, as Dr. Conrad stated on

15    p. 9 of his testimony, he edited the answers received in response to the survey in

16    approximately 10% (20 out of 210) of the cases and threw out 5 of the surveys

17    altogether, with no a priori established criteria upon which to include or exclude

18    survey answers.

19    In summary, the survey is not representative of the general population, does not

20    include a proper control group, asks biased and leading questions, does not consider

21    other possible causes for the reported symptoms, was not blinded to the exposure

22    status of respondents, and was altered after the fact if answers were incongruous.

1    Therefore, the data provide no "good scientific evidence" and no conclusions can be

2    drawn from this survey regarding smart meters and health.

3   **Q.**    **Have other studies been done to understand EHS?  What do these studies tell us?**

4   A.    Yes, as noted in the 2010 Exponent Testimony on p. 50, EHS has been the subject of

5    numerous (over 40) controlled studies, the purpose of which was to determine whether

6    symptoms are triggered by exposure to electromagnetic fields, or whether these

7    individuals can detect exposure better than chance or better than non-sensitive people.

8    A recent review by Rubin et al. (2010) examined data from 46 blinded studies of those

9    with reported EHS symptoms who were exposed to electromagnetic fields under

10    active or sham conditions.  The results of this analysis are summarized as follows:

11    Including studies reported in our earlier review, 46 blind or
12    double-blind provocation studies in all, involving 1175 IEI-
13    EMF volunteers, have tested whether exposure to
14    electromagnetic fields is responsible for triggering symptoms in
15    IEI-EMF. No robust evidence could be found to support this
16    theory. However, the studies included in the review did support
17    the role of the nocebo effect in triggering acute symptoms in
18    IEI-EMF sufferers. Despite the conviction of IEI-EMF sufferers
19    that their symptoms are triggered by exposure to
20    electromagnetic fields, repeated experiments have been unable
21    to replicate this phenomenon under controlled conditions. A
22    narrow focus by clinicians or policy makers on
23    bioelectromagnetic mechanisms is therefore, unlikely to help
24    IEI-EMF patients in the long-term (p. 1).

25    In summary, this review of EMF provocation studies found no evidence that the

26    symptoms of those with EHS result from EMF exposures under controlled conditions

27    in the laboratory.  A more recent study by the same group of investigators (Rubin et

28    al., 2011) further examines the potential physiological changes due to EMF exposure

29    in those with EHS.  The review summarizes the result of this analysis, as follows:

1  Using a systematic literature search, we identified 29 single or
2  double-blind experiments in which participants with IEI-EMF
3  were exposed to different EMF levels and in which objectively
4  measured outcomes were assessed. Five studies identified
5  significant effects of exposure such as reduced heart rate and
6  blood pressure, altered pupillary light reflex, reduced visual
7  attention and perception, improved spatial memory, movement
8  away from an EMF source during sleep and altered EEG during
9  sleep. In most cases, these were isolated results that other
10 studies failed to replicate. For the sleep EEG findings, the
11 results reflected similar changes in the IEI-EMF participants
12 and a non-IEI-EMF control group. At present, there is no
13 reliable evidence to suggest that people with IEI-EMF
14 experience unusual physiological reactions as a result of
15 exposure to EMF. This supports suggestions that EMF is not the
16 main cause of their ill health (p. 1).

17  In summary, 24 of the 29 studies reviewed by Rubin et al. (2011) found no

18  physiological responses to EMF exposure who claim to suffer from EHS.

19 **Q.**    **In Exhibit C to his testimony Dr. Conrad presents his view of "Misconceptions**

20         **and Mechanisms" regarding effects of RF fields in the context of EHS.  Do the**

21         **citations to research in Exhibit C and other studies provide support for his**

22         **claims?**

23 A.    Dr. Conrad presents and rebuts several misconceptions about interactions of RF fields

24         with the body and EHS but these are 'straw man' arguments and the misperceptions he

25         discusses are not positions that are espoused by national and international health and

26         scientific agencies.  He also describes a wide variety of possible mechanisms for non-

27         thermal effects of RF exposure and points to two biological effects as examples of

28         non-thermal effects possibly relevant to CMP smart meters.

29 **Q.**    **What are these non-thermal effects Dr. Conrad refers to?**

1  A.   There are a variety of mechanisms by which RF fields have been demonstrated to

2       affect components of biological tissues other than by frank heating. These include

3       induced charge and dipole relaxation, pearl-chain formation (the linear rearrangement

4       of molecules and cells into chains), changes in the shape and permeability of cells, and

5       the "microwave hearing effect."  All of these interactions can occur without

6       appreciable tissue heating and so are nominally non-thermal mechanisms but have no

7       relevance to postulated health effects (ICNIRP, 2009).

8       Dr. Conrad highlights two effects he identifies as non-thermal in origin.  Dr.

9       Conrad's supplemental testimony (Exhibit C) on p. 11, lines 7-15 and p. 12, lines 1-

10      18, presents a verbatim quote from Wikipedia about the Microwave Auditory Effect

11      http://en.wikipedia.org/wiki/Microwave_auditory_effect.  However, when Dr.

12      Morgan copied the text from Wikipedia, he did not include the last sentence from the

13      Wikipedia paragraph that followed the quote ending on line 15, "The general

14      accepted mechanism is the rapid (but minuscule, in the range of 10-5 °C) heating of

15      the brain by each pulse, and the resulting pressure wave traveling through the skull to

16      the cochlea."  While the microwave auditory effect is not the result of bulk heating of

17      tissue, it is a thermal effect nonetheless.  The phenomena is due to a rapid pressure

18      wave within the inner ear which, like sound, moves hair cells to stimulate the

19      perception of sound in response to high peak power density pulses.

20      Dr. Conrad's discussion of the microwave hearing effect appears to suggest that this

21      phenomenon produced by RF pulses might be the basis for some EHS symptoms.

22      The peak power density required to elicit this perception in the frequency range of

23      signals transmitted by a smart meter is estimated to be 5-20 kilowatts per square

1    meter (kW/m2) (ICNIRP, 2009).  This is equivalent to 500 to 2,000 mW/cm2, some

2    16,000 to 65,000 times greater than even the peak power density produced by CMP

3    smart meters.  Several studies have reported that exposures to 902 MHz signals from

4    GSM phones at higher intensities than the CMP smart meter do not affect auditory

5    processing in adults or children (Kwon et al., 2010a, 2010b), which also suggests the

6    implausibility of an effect from CMP smart meter RF signals on auditory perception.

7    Another reference made by Dr. Conrad is to "…FDA approved electronic equipment

8    for treating cancer that uses EMF non-thermal effects to interfere with tumor cell

9    division in humans" (Exhibit C, p. 7, lines 8-9).  No references are given in his

10   testimony, but he provided them in response to CMP-010-007.  The device he

11   references is the NovoTTF100A System[11] approved by the FDA for the treatment of

12   one type of brain cancer.  The rationale for this treatment is described by Kirson et al.

13   (2004, 2007).  The effective exposure frequency, however, is limited to 200 kHz and

14   the documentation indicates that the applications of higher frequencies > 300 kHz or

15   lower frequencies of 50 kHz are ineffective (NovoCure, 2011).  While tumor

16   regression was reported in human subjects with recommended applications of an

17   antenna to the head for 18 hours per day, no toxic effects in humans, including

18   neurologic or psychological effects that might be related to EHS were reported to the

19   FDA and no toxic effects in animals of multiple species were reported.  Exponent

20   estimated that the RF exposure at a frequency of 2.45 GHz required to produce the

21   same electric field within the brain as reported for this device (70 Volts/meter) would

---

[11]   http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/
DeviceApprovalsandClearances/Recently-ApprovedDevices/ucm254480.htm

1    be 900,000 times greater than produced by a CMP smart meter indoors and 45,000

2    times greater than a CMP smart meter outdoors (3 feet from the front of meter).

3    So, neither of the specific effects discussed by Dr. Conrad has any relevance to the

4    proposed frequency nor exposure characteristics of the CMP smart meter system.

5    **G.    Specific Comments to the Testimony of Dr. Girish Kumar**

6  Q.  **In Dr. Kumar's testimony, he discusses adverse health effects from exposure to**

7      **RF in the 1-3 GHz frequency range from various sources.  Does he specifically**

8      **discuss the RF exposure from smart meters?**

9  A.  No.  Dr. Kumar, who is an electrical engineer by training, has not performed any

10     analysis of RF exposures from the CMP's smart meters, except to note in passing the

11     peak power density at a distance of 3 feet in front of the smart meter.

12 Q.  **Does Dr. Kumar identify what he believes to be RF exposures that are too high?**

13 A.  Yes.  The basis for his statement is the Guideline of the Austrian Medical Association

14     document referenced in Exhibit B of his testimony that recommends the limit of

15     exposure of $1\mu W/m2$ (equivalent to 0.1 nW/cm2).[12]  Not only is this limit 1,300 times

16     lower than the natural RF exposure from the earth (and 3,000 times lower than the

17     natural RF exposure from human bodies), but at a theoretical residence it would be

18     exceeded by the peak power density from a single cell phone call made at 400 feet

19     away from that residence.  A limit on peak power density based on the Guideline by

20     the Austrian Medical Association, if strictly implemented, would not prohibit smart

---

[12]   Also referenced in a slide in Exhibit C "Suggested Solution to Reduce EMF Hazard".

1    meters, but would prohibit almost all modern digital and wireless devices,, both by the

2    occupants of the theoretical residence and also by their neighbors.  The document

3    relied on by Dr. Kumar, who is not trained to perform a health analysis, is inconsistent

4    with the conclusions of the WHO, IEEE, ICNIRP, and other national and international

5    agencies.

6  **Q.**    **In Exhibit C to his testimony Dr. Kumar has a slide #37 titled "Ultimately**

7    **everything is related to Energy."  On this slide he states "Energy = (Power x**

8    **Time)" and gives an example of this theory that "If we want to be safe for: 100**

9    **years, power density must be <100 µW/m2 [0.00001 mW/cm2 or 10nW/cm2] for**

10    **continuous exposure.  If we are exposed for only a few hours each day, then we**

11    **can afford to be exposed to higher radiation density."**

12    **Does the exposure from a CMP smart meter exceed the value he cites,**

13    **0.00001 mW/cm2?  Based on his theory, what level of exposure to RF from a**

14    **smart meter would he recommend as "Safe" for 100 years of exposure?**

15  A.    No, it does not exceed the value he cites.  The exposure from a CMP smart meter is

16    more than 660 times lower than the level he gives as the upper limit for safe exposure.

17    As reported elsewhere in this rebuttal testimony, the average exposure indoors from a

18    smart meter operating at a typical observed duty cycle is 0.000000015 mW/cm2.

19    Although there is no valid biological basis to assume, as Dr. Kumar has, that power

20    density and time are interchangeable, his hypothesis would mean that for a CMP smart

21    meter operating at a typical observed duty cycle providing < 1 second of exposure per

| 1 | | day, a person could be exposed safely to a power density of 0.86 mW/cm2 for 100 |
| 2 | | years in that < 1 second per day. |

3  **Q.**  **In his testimony (p. 6, lines 6-14), provided in response to information request**
4       **CMP-006-001, Dr. Kumar was asked if he agreed with statements excerpted from**
5       **Exponent's 2012 Testimony at page 29 and p. 35 pertaining to EHS.  Did he**
6       **respond to this question?**

7  A.  No, contrary to the research literature on EHS cited in the Exponent's 2010 and 2012
8       testimony, Dr. Kumar asserts that "There are a few papers that have reported no
9       adverse health effects but there are many more papers that have reported that there are
10      adverse effects."  Curiously, however, for apparent support for his opinion he refers to
11      the report "Impacts of Communication Tower on Wildlife" provided in Appendix D of
12      his testimony.  While this report does list 23 publications on EHS in its bibliography,
13      there is no discussion of EHS in the report itself.  Dr. Kumar's claim that "… 593
14      papers mentioned that there is an impact, 130 papers mentioned no impact, and 196
15      papers are inconclusive [sic]," clearly is incorrect with regard to the topic of EHS; this
16      report does not support his assertion regarding the number of studies on EHS.
17      Moreover, Dr. Kumar references the IARC review of cancer research at lines 20-21
18      (Baan et al., 2011) that contains no discussion of EHS.

19      **H.      Specific Comments to the Testimony of William H. Rea, M.D.**

20 **Q.**  **In his testimony Dr. Rea describes his clinical experience in diagnosing and**
21      **treating patients with EHS. Does anecdotal clinical observation of individual**
22      **patients that present themselves on an ad hoc basis to a clinic offer the same**

1    **opportunity to systematically investigate cause-and-effect relationships between**

2    **exposures in their environment and their symptoms as do controlled clinical**

3    **trials or experimental tests?**

4    A.    No.  There are many uncontrolled factors and that is why scientists and physicians

5          apply more systematic scientific methods of these observations in order to assess

6          causal relationships.

7    **Q.   What research has been conducted by Dr. Rea?**

8    A.    Based on his curriculum vitae and a search of the PubMed literature database, the only

9          research that Dr. Rea has published on EMF is a study published over two decades ago

10         (Rea, 1991).  Dr. Rea's 1991 study evaluates human sensitivity to energy in the

11         frequency range of 0.1 Hz to 5 MHz, which includes ELF EMF up to the low end of

12         RF fields, but does not include the RF range used by smart meters.  Dr. Rea has not

13         published any other EMF research that we have identified.

14   **Q.   Was Dr. Rea's study of EMF sensitivity included in the WHO's 2007 review of**

15        **ELF EMF?**

16   A.    Yes.  Dr. Rea's study was included in the 2007 WHO review of ELF EMF (0-100

17         kHz), in Section 5.2.7 titled "Hypersensitivity" (pp. 136-137).  The WHO commented,

18         "The study by Rea et al. (1991) has, however, been criticised on several

19         methodological grounds (ICNIRP, 2003): the selection of individuals, the exposure

20         situation and whether the test was blind or not."

21         The WHO's overall conclusion on EHS is as follows: concluded:

1      It was proposed that this hypersensitivity, which has multiple
2      recurrent symptoms and is associated with diverse
3      environmental factors tolerated by the majority of people,
4      should be termed "idiopathic environmental intolerance (IEI)
5      with attribution to EMF." The workshop concluded that IEI
6      incorporates a number of disorders sharing similar nonspecific
7      symptoms that adversely affect people and cause disruptions in
8      their occupational, social, and personal functioning(WHO,
9      2007, p. 137, emphasis added).

10 **Q.** **Did Dr. Rea's study involve exposures to RF signals with frequencies in the GHz**

11   **frequency range that are associated with communications from CMP smart**

12   **meters?**

13 A. No.  Although his testimony states that his study did "testing of 100 patients to a series

14   of fields ranging from 0- to 5 MHz in frequency" (p.4, lines 4-5), he confirmed in data

15   response CMP-008-008 that challenges to patients was limited to 6 frequencies

16   ranging from 1 Hz to 10 kHz.  Dr. Rea further confirmed in data response EXM-006-

17   001 that "this study did not evaluate sensitivity to 2.4 GHz."

18 **Q.** **How does medical science recognize EMF or RF sensitivity?**

19 A. There is no diagnostic code for such as condition, since "These symptoms are not

20   explained by any known medical, psychiatric or psychological disorder, and the term

21   IEI has no medical diagnostic value" (WHO, 2007, p. 137).

22 **Q.** **Dr. Rea asserts that the research Exponent references to support their**

23   **conclusions and those of the WHO were conducted in animals, not humans (p. 6,**

24   **lines 8-10) and were not conducted in sensitive individuals.  Is this correct?**

1    A.    No.  The Exponent Testimony refers to studies conducted in humans, not animals.

2          Experimental evidence of self- reported symptoms, as referred to our 2012 Testimony

3          in the quotation from AGNIR (p. 51), are obviously conducted in humans, and most of

4          them include individuals who reported that they are sensitive.  The Röösli and Hug

5          (2011) meta-analysis that we reference, for example, evaluated studies in the literature

6          from 2007 through 2010 of people exposed to various sources of RF fields in the

7          environment.  These studies included randomized trials and observational studies, and

8          many of them included participants who reported that they were sensitive.

9    Q.    **Does Dr. Rea provide references to research to support his idea of EMF or RF**

10         **EHS?**

11   A.    Dr. Rea provides references to studies of electrical power quality by Magda Havas

12         (Rea Testimony, p. 10-11, items 12-17), which are not relevant to exposures to RF

13         energy, a study of a single individual exposed to ELF (Rea Testimony, p. 5, McCarty

14         et al., 2011) and a reference to an unpublished presentation on chemical sensitivity

15         (Rea Testimony, p. 10, item 10).  Perhaps there might be a reference "to RF in or near

16         the 2.4 GHz range" among the 17 studies he cites on p. 5, lines 16-18, as he asserts,

17         but none of the studies are of this frequency range.  More important, he does not refer

18         to any of the human observational (field or epidemiology) studies, randomized trials,

19         or experimental studies of humans in the laboratory, regardless of the result, that were

20         designed to test the very idea of EHS reactions to RF exposure.  This total disregard of

21         standard scientific studies research designed to test his opinion is the antithesis of

22         valid approaches in science and medicine.

1   **Q.**   **From your review of Dr. Rea's testimony does he have any idea as to the**

2        **exposure characteristics of the CMP smart meters other than they communicate**

3        **at a frequency of 2.4 GHz?**

4   A.   No.  He states that "I am not an expert on smart meter technology or on the differences

5        between the nature of RF transmissions emitted by these devices compared to other

6        RF devices" in response to data request EXM-018-001.  He only states regarding

7        differences between smart meters and other devices is "One potential difference is that

8        smart meters are constantly on."  Obviously, he is unaware that the duty cycle of a

9        CMP smart meter is such that typical time for a smart meter to communicate to CMP

10        is less than 1 second per day.

11  **Q.**   **Based on his clinical experience with persons who report EHS symptoms,**

12        **including those who associate them with smart meters (as described in data**

13        **response EXM-018-001), did he offer any advice as to "a safe level of RF**

14        **exposure below which is safe for humans"?**

15  A.   No, he was asked this question in data response EXM-006-005, but he responded "It

16        would be very difficult to specify a level that would be applicable to whole the

17        population [sic] since there are so many different levels of sensitivity for different

18        people depending on health factors and vulnerabilities.  Our level of scientific

19        knowledge on the subject also makes it difficult to provide a definitive answer."

20  **I.**    **Specific Comments to the Testimony of De-Kun Li, M.D., Ph.D.**

21  **Q.**   **What research has Dr. Li conducted on RF fields?**

1   A.     Dr. Li has not conducted research on the effects of exposure to RF fields, as he stated

2             in his testimony (p. 3).  He has conducted epidemiologic research about the possible

3             effects of exposure to ELF EMF from power lines and other electrical sources,

4             focusing on magnetic fields at the power frequency of 60 Hz.

5   **Q.**    **Since RF is also part of the electromagnetic spectrum and referred to often as**

6             **EMF, does this difference matter for assessing potential health impacts?**

7   A.     Yes, it matters quite a bit.  The physical characteristics of these two exposures—from

8             ELF EMF sources at 60 Hz and RF sources at 900 to 2450 MHz—are very different,

9             and because of these differences in frequency, they do not interact with biological

10           organisms in the same way.  As an analogy, consider that there are many things that

11           are labeled acid, ranging from lactic acid and citric acid to sulphuric acid and

12           hydrochloric acid.  While all of these substances are acid, they have different

13           characteristics, are studied differently, and have different effects on living things.

14   **Q.**    **Can you explain the differences among types of EMF that matter?**

15   A.     The differences in the frequency (i.e., the cycles per second at which this energy is

16           transmitted) are related to the length of the wave and to the energy that they can

17           impart to any living organism.  At 60 Hz, the wavelength is long, thousands of miles,

18           but at a higher frequency, 2450 MHz for example, the wavelength is very short and is

19           just 12 cm.  The frequency of any source in the electromagnetic spectrum governs the

20           energy that it can impart, such that ultraviolet light, which has even a shorter

21           wavelength than visible light, imparts more energy to skin, for example, than fields

22           from an electric appliance (60 Hz) or a cell phone (900-2450 MHz).

1   **Q.    Did Dr. Li's studies of ELF EMF focus on any single source, such as transmission**

2   **lines or specific household appliances?**

3   A.   No.  In his studies of power line frequency exposure, mainly 60 Hz, Dr. Li and his

4   colleagues measured magnetic fields from any source that the participants encountered

5   in the range of 40-800 Hz.  The meter that he uses, and had the subjects wear

6   (EMDEX II) measures frequencies in this range regardless of the source (Li et al.,

7   2002, 2011, 2012).

8   **Q.    Dr. Li wrote on page 4, line 7-10 of his testimony, that "I am not aware of any**

9   **studies conducted by any entities to demonstrate that use of the smart meter with**

10   **massive installation in residential areas is safe for the human population."**

11   A.   This is an extreme position, which does not consider all of the relevant scientific

12   evidence on RF fields that has accrued over many decades.  Just because scientists

13   have not studied devices labeled as smart meters, does not mean that the

14   communication signals of smart meter devices that are the source of RF exposure have

15   not been extensively researched.

16   RF energy, also referred to as radio waves, is in the same category that includes the

17   components of smart meters, and is therefore the appropriate exposure type to study if

18   we want to know about smart meters.  To learn whether there are health effects from

19   smart meters, or mobile phones, or radio antennas, research has focused on different

20   sources of these RF fields as well as RF fields generated in the laboratory.  The critical

21   health issue is the intensity of the exposure, which research shows, is without harm at

22   the RF levels produced by smart meters.  RF has been the subject of scientific research

1    since the 1930s at least, and there are hundreds of such studies and a number of

2    reviews of the research, as explained in our testimony.

3    **Q.**   **Dr. Li's opinion is that the science does not support a public policy decision that**

4    **exposure to wireless smart meters is safe, given the lack of research effort.  Do**

5    **you agree with his opinion?**

6    A.   No, and I am certainly not the only one to disagree with this.  The reviews of the large

7    body of scientific research by the WHO, the AGNIR, IEEE, and ICNIRP, as well as

8    the FCC and the FDA all agree that research indicates that certain uses of RF at low

9    levels are without risk to human health.  On a public policy note, the use of cell

10   phones is acceptable per the policies of the FCC and the federal health agencies that

11   advise the FCC, and smart meters will not cause exposures at or near the levels

12   produced by a cell phone held to the head, which also are found acceptable by these

13   agencies.

14   **Q.**   **Can you explain how these reviews by health and scientific agencies decide that**

15   **RF can be used without adverse effects on health, despite the existence of some**

16   **studies that appear to suggest effects or biological changes from exposure?**

17   A.   To address the challenge of assessing potential health risks of exposure, scientists

18   consider evidence from the scientific literature, giving most weight to studies of high

19   quality that have been replicated, and are relevant to human health.  Science cannot

20   prove the negative because it is possible that any single study that does not find an

21   association with the exposure may have failed to do so because of inherent limitations

22   in its design or execution.  Therefore, evidence from repeated studies of high quality is

1    needed to increase confidence and conclude that an exposure does not cause effects on

2    health.

3    **J.      Specific Comments to the Testimony of Ms. Sandy Maurer**

4    **Q.     Who is Sandi Maurer?**

5    A.     Ms. Maurer is a founding member and current director of the EMF Safety Network

6           (Network), which was started in October 2009 in Sebastopol, California.  The

7           Network has a website called emfsafetynetwork.org.

8    **Q.     What is the Network?**

9    A.     The Network is an anti-smart meter group as confirmed by Ms. Maurer in her response

10          to information request CMP-011-007.

11   **Q.     Please comment on EHS and on Ms. Maurer's experience EHS.**

12   A.     EHS, which Ms. Maurer claims to have, refers to the occurrence of self-reported non-

13          specific symptoms that are attributed to EMF and RF exposure.  A description of EHS

14          is provided in Sections VI.F and VI.H in this rebuttal testimony.  In response to

15          information request CMP-011-005, Ms. Maurer states that "A key determining factor

16          in evaluating whether or not someone has EMF sensitivity is how they feel away from

17          EMF and RF [radiofrequency] and whether or not their health symptoms improve with

18          prudent avoidance."  This statement, however, was not supported by any cited

19          literature. Additionally, Ms. Maurer states that she has assembled several health

20          complaints related to smart meters on the Network website, and that she has collected

1    information from customers claiming to have had their health affected by smart

2    meters.  These complaints, however, are purely anecdotal and provide no basis

3    whatsoever for inferring causality.

4    The extensive research on the potential relationship between EHS and exposure to RF

5    has been reviewed by scientists from several health and scientific agencies as noted in

6    other sections of this rebuttal.  To reiterate, the overall consensus conclusion is that the

7    evidence provides no convincing evidence that RF exposure to sources of RF at even

8    higher intensities than that of smart meters is a cause or contributor to EHS symptoms.

9    As noted in the comments to the testimony of Dr. Conrad in Section VI.F, the WHO

10    has concluded that although EHS symptoms are real for the affected individual, there

11    is no scientific proof attributing EHS symptoms to EMF or RF exposure.

12    In a systematic review of studies on RF-EMF exposure and non-specific health

13    symptoms published before August 2007, Röösli (2008), concluded "that the large

14    majority of individuals who claims to be able to detect low level RF-EMF are not able

15    to do so under double-blind conditions."  An updated literature review of research

16    published from August 2007 to November 2010 included all studies that assessed RF-

17    EMF exposures in the frequency range of a few MHz up to 10 GHz, and did not

18    include studies of self-reported exposure due to potential bias (Röösli and Hug, 2011).

19    This more recent review included nine randomized trials of short-term exposures from

20    close-to-body RF-EMF sources like mobile phones, two observational studies

21    evaluating the effects of mobile phone use on health-related quality of life, six

22    randomized trials of short-term far-field exposure such as from mobile phone base

23    stations, and eight studies on the effects of environmental far-field RF-EMF exposure.

1      The authors concluded that no study demonstrated that persons with EHS symptoms

2      were more vulnerable to RF-EMF exposure relative to the general population.

3      Additionally, there was evidence of nocebo effects (the belief that active RF-EMF

4      exposure is associated with the occurrence of non-specific symptoms) among subjects

5      in two double-blind experimental studies (Hillert et al. 2008; Wallace et al. 2010).

6      Röösli and Hug (2011) concluded that "Overall, the recent experimental research

7      confirms the conclusion of the previous systematic review [Röösli, 2008] that short-

8      term exposure to RF-EMF is unlikely to impair health-related quality of life. With

9      respect to observational research, the number of studies has considerably increased

10      since 2007. Interestingly, the more recent studies were less likely to report

11      associations than the earlier studies" (p. 237).

12 **Q.**      **Did Ms. Maurer include additional information in her testimony regarding the**

13      **results of a survey of health complaints?**

14 A.      Yes, she included the results of "Wireless Utility Meter Safety Impacts Survey" that

15      was sponsored by the Network.

16 **Q.**      **Is this a different survey of health complaints than has been reported in Dr.**

17      **Conrad's testimony?**

18 A.      Yes. There are two surveys on health complaints related to smart meters, namely, the

19      "Smart Meters Health Effects Survey" reported by Dr. Conrad, and the "Wireless

20      Utility Meter Safety Impacts Survey" reported by Ms. Maurer.

21 **Q.**      **Please describe and differentiate the two surveys.**

1  A.   The "Smart Meters Health Effects Survey" is a survey that was administered through

2       Dr. Conrad's website (www.conradbiologic.com), which aims to provide consulting

3       services to persons with perceived sensitivities related to chemical and EMF

4       exposures.  The survey was sponsored by Dr. Conrad and the Maine Coalition to Stop

5       Smart Meters. According to the website's instructions on how to complete the survey,

6       persons who did not believe that they experienced symptoms as a result of smart

7       meters were told to not fill out the survey.

8       The "Wireless Utility Meter Safety Impacts Survey" was designed by the Network.

9       Results from the survey were prepared by Dr. Ed Halteman of Survey Design &

10      Analysis.  As stated on Slide 3 of Dr. Halteman's presentation, the study objectives

11      were to: 1) investigate reported public health and safety complaints about wireless

12      utility meters; 2) to evaluate the impacts on health and safety due to wireless utility

13      meters; and 3) to determine whether further study is warranted.  The instructions for

14      the survey on the Network's website state that persons could fill out the 25 minute

15      survey regardless of whether or not there was a new smart meter on one's home or in

16      the neighborhood.

17      Both surveys were cross-sectional in design (meaning that exposure and health

18      outcomes were assessed simultaneously), no proper control group was included, and

19      study participants were not blinded to their exposure.  Furthermore, other possible

20      causes of the self-reported symptoms were not evaluated in either survey.  As a result,

21      no causal analysis could be conducted.  Neither survey is representative of the general

22      population of people who might have some RF exposure as a result of smart meters.

156

1    **Q.**      **Can you comment on the validity of the "Wireless Utility Meter Safety Impacts**

2            **Survey" so that we can evaluate its merits?**

3    A.      Yes.  As mentioned, this was a cross-sectional survey circulated by the Network

4            through its website, email lists, and social media outlets between July 13, 2011 and

5            September 2, 2011.  Cross-sectional surveys are only useful for generating hypotheses

6            rather than testing hypotheses of cause-and-effect. In response to information request

7            CMP-011-001, Ms. Maurer responded that the survey "was not designed to establish

8            scientific proof of causation… ."  No baseline health evaluation and no comparison in

9            the health status of participants before and after the implementation of smart meters

10           was conducted.  Hence, the study's objective aimed at evaluating the impact of smart

11           meters on health and safety could not be achieved.

12           Crudely measured exposure data and health symptoms were based on self-report,

13           which is subject to information bias (Röösli et al., 2010).  Additionally, it is

14           impossible to rule out the likelihood of selection bias since persons with perceived

15           sensitivities likely were more inclined to fill out the 25-minute survey than persons

16           with no sensitivities.  Those more likely to complete the survey may have been

17           influenced by health concerns, the anti-Smart Meter campaign of the Network, and

18           publicity about the study.  There also was no reported effort to determine who did and

19           did not fill out the survey among all persons with access to the survey link, making the

20           study more prone to bias due to potential systematic differences in responses between

21           respondents and eligible study participants.  The possibility of selection bias is a major

22           threat to study validity since the reasons for participating may be related to the health

1    symptoms evaluated.  Consequently, generalizability of the study findings to the

2    general population is severely impacted.

3  **Q.**   **Is there a discrepancy between the results presented on Slide 22 of Dr.**

4       **Halteman's presentation and the corresponding results provided on pp. 11-12 of**

5       **the published study results provided in the following link:**

6       **http://emfsafetynetwork.org/wp-**

7       **content/uploads/2011/07/SurveySummary_09082011.pdf?**

8  A.    Yes, there is a large discrepancy and the reason for this was not explained by Ms.

9       Maurer in her response to request CMP-011-004, to which she stated "The link

10      provided in the question does not work for me."  On Slide 22 of the presentation, there

11      are 318 respondents to the question "Have you, or anyone in your household,

12      experienced new or worsened health symptoms since the new wireless utility meters

13      have been installed on your home, in your neighborhood, apartment building, area,

14      town or city?  Check all that apply."  In comparison, the link shows that there are 407

15      subjects who answered the same question, and 40 subjects who skipped it.  Therefore,

16      approximately 10% of subjects chose not to provide a response to this survey item as

17      presented in the link, and approximately 30% chose not to provide a response to this

18      item as presented in Dr. Halteman's presentation.  An evaluation of, for example,

19      sociodemographic factors between respondents and non-respondents to this survey

20      item would have been prudent in an attempt to address a possible non-response bias.

21      In summary, the "Wireless Utility Meter Safety Impacts Survey" results attached to

22      Ms. Maurer's testimony provide some indication of public concern and attitudes about

1          smart meters but do not provide a scientific basis to infer that exposures to RF signals

2          from CMP smart meters are a source of health effects.

# References

Advisory Group on Non-Ionising Radiation (AGNIR). Health Effects from Radiofrequency Electromagnetic Fields.  Documents of the NRPB, 14(2).  Chilton: NRPB, 2003.

Advisory Group on Non-Ionising Radiation (AGNIR). Health Effects from Radiofrequency Electromagnetic Fields, RCE-20.  Chilton: Centre for Radiation, Chemical and Environmental Hazards, Health Protection Agency, 2012.

Abdel-Raddoul G, Abou El-Fateh O, Abou Salem M, Michael A, Farahat F, El-Batanouny M, Salem E.  Neurobehavioural effects among inhabitants around mobile phone base stations. Neuro Toxicol 28: 434-440, 2007.

Abelin T, Altpeter E, Roosli M.  Sleep disturbances in the vicinity of the short-wave broadcast transmitter Schwarzenburt.  Somnologie 8: 203-209, 2005.

Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J.  Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study.  Fert Steril 89: 124-128, 2008.

Agarwal A, Desai NR, Makker K, Varghese A, et al.  Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phone on human ejaculated semen: an in vitro pilot study.  Fert Stert 92: 1318-1325, 2009.

Ahlbom A, Feychting M, Green A, Kheifets L, Savitz DA, Swerdlow AJ, ICNIRP. Epidemiological evidence on mobile phones and tumor risk.  A review.  Epidemiology 20:639-652, 2009.

Altpeter ES, Roosli M, Battaglia M, Pfluger D, Minder CE, Abelin T.  Effect of short-wave magnetic fields on sleep quality and melatonin cycle in humans: The Schwarzenburg shut-down study.  Bioelectromagnetics 27: 142-150, 2006.

American Academy of Environmental Medicine (AAEM).  Press Advisory – The American Academy of Environmental Medicine Calls for Immediate Caution Regarding Smart Meter Installation.  April 12, 2012.  http://aaemonline.org/pressadvisoryemf.pdf.

Augner C, Hacker GW, Oberfeld G, Florian M, Hitzl W, Hutter J, Pauser G.  Effects of exposure to GSM mobile phone base station signals on salivary cortisol, alpha-amylase, and immunoglobulin A.  Biomed Env Sci 23:199-207, 2010.

Augner C, Gnambs T, Winker R, Barth A.  Acute effects of electromagnetic fields emitted by GSM mobile phones on subjective well-being and physiological reactions: A meta-analysis. Sci of the Total Environ 424:11-15, 2012.

Australian Centre for Radiofrequency Bioeffects Research (ACRBR).  ACRBR Position Statement on BioInitiative Report.  December 18, 2008.

Avendano C, Mata A, Sanchez Sarmiento CA, Doncel GF.  Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases DNA fragmentation.  Fert Steril 97: 39-45, 2012.

Aydin D, Feychting M, Schüz J, Tynes T, Andersen TV, Schmidt LS, Poulsen AH, Johansen C, Prochazka M, Lannering B, Klaeboe L, Eggen T, Jenni D, Grotzer M, Von der Weid N, Kuehni CE, Röösli M.  Mobile phone use and brain tumors in children and adolescents: a multicenter case-control study. J Natl Cancer Inst 103: 1264-1276, 2011.

Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Islami F, Galichet L, Straif K.  Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncol 12: 624-626, 2011.

Barth A, Winker R, Ponocny-Seliger E, Mayrhofer W, Ponocny I, Sauter C, Vana N.  A meta-analysis for neurobehavioural effects due to electromagnetic field exposure emitted by GSM mobile phones.  Occup Environ Med 65:342-246, 2008.

Baste V, Riise T, Moen BE.  Radiofrequency electromagnetic fields: male infertility and sex ratio of offspring.  Int J Epidemiol 23:369-377, 2008.

Behari J and Kesari KK.  Effects of microwave radiation on reproductive systems of male rats.  Embryo Talk 1 (Suppl. 1):81-85, 2006.

Belyaev IY, Alipov YD, Harms-Ringdahl M.  Effects of zero magnetic field on the conformation of chromatin in human cells.  Biochim Biophys Acta 1336: 465-473, 1997.

Belyaev IY, Koch CB, Terenius O, Roxstrom-Lindquist K, Malmgren LOG, Sommer WH, et al.  Exposure of rat brain to 915 MHZ GSM microwaves induces changes in gene expression but not double stranded DNA breaks or effects on chromatin conformation. Bioelectromagnetic 27: 295-306, 2006.

BioInitiative Working Group.  BioInitiative: A Rational for a Biologically-based Exposure Standard for Electromagnetic Radiation.  August 2007. http://www.bioinitiative.org/freeaccess/report/docs/contents.pdf

BioInitiative Working Goup.  Sage C and Carpenter DO (Eds.)  BioInitiative Report: A Rationale for Biologically-based Public Exposure Standards for Electromagnetic Radiation at www.bioinitiative.org, December 31, 2012.

Boscolo P, Di Sciascio MB, D'Ostilio S, Del Signore A, Reale M, Conti P, Bavazzano P, Paganelli R, Di Gioacchino M.  Effects of electromagnetic fields produced by radiotelevision broadcasting stations on the immune system of women.  Sci Total Environ 273: 1-10, 2001.

Buchner K and Eger H.  Changes in clinically important neurotransmitters under the influence of modulated RF fields – a long-term study under real-life conditions.  Umwelt-Medizin-Gesselschaft 24:44-57, 2011.

Cardis E, Armstrong BK, Bowman JD, Giles GG, Hours M, Krewski D, McBride M, Parent ME, Sadetzki S, Woodward A, Brown J, Chetrit A, Figuerola J, Hoffmann C, Jarus-Hakak A, Montestruq L, Nadon L, Richardson L, Villegas R, Vrijheid M.  Risk of brain tumours in relation to estimated RF dose from mobile phones: results from five Interphone countries. Occup Environ Med doi:10.1136/oemed-2011-100155, 2011.

Carlberg M and Hardell L. On the association between glioma, wireless phones, heredity and ionizing radiation. Pathophysiology 19: 243-252, 2012.

CBTRUS.  Statistical Report: Primary Brain Tumors in the United States, 1997-2001.  Central Brain Tumor Registry of the United States, 2004.

Chiang H, Yao GD, Fang QS, Wang KQ, Lu DZ, Zhou YK.  Health effects of environmental electromagnetic fields.  J Bioelect 8:127-131, 1989.

Committee on Man and Radiation (COMAR).  COMAR technical information statement: expert reviews on potential health effects of radiofrequency electromagnetic fields and comments on the BioInitiative Report. Health Physics 97: 348–356, 2008.

Dahmen N, Ghezel-Ahmade D, Engel A.  Blood laboratory findings in patients suffering from self-perceived electromagnetic hypersensitivity.

Dawe AS, Nylund R, Leszczynski D, Kuster N, Reader T, De Pomerai DI.  Continuous wave and simulated GSM exposure at 1.8 W/kg and 1.8 GHz do not induce hsp16-1 heat-shock gene expression in caenorhabditis elegans.  Bioelectromagnetics 29: 92-99, 2008.

De Iuliis GN, Newey RF, King BV, Aitken RJ.  Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro.  PLoS One 4: e6446, 2009.

Deltour I, Auvinen A, Feychting M, Johansen C, Klaeboe L, Sankila R, Schüz J. Mobile Phone Use and Incidence of Glioma in the Nordic Countries 1979-2008: Consistency Check. Epidemiology 23:301-307, 2012.

de Vocht F, Burstyn I, Cherrie JW. Time trends (1998-2007) in brain cancer incidence rates in relation to mobile phone use in England. Bioelectromagnetics 32: 334-339, 2011.

Dobes M, Shadbolt B, Khurana VG, Jain S, Smith SF, Smee R, Dexter M, Cook R.  A multicenter study of primary brain tumor incidence in Australia (2000-2008).  Neuro-Oncol 13:783-790, 2011.

EFRT Comment 2/2006 on Hardell et al., Int Arch Occup Environ Health, 2006 1/1 EMF-NET European Fast Response Team on EMF and Health - http://emf-net.isib.cnr.it http://ihcp.jrc.ec.europa.eu/our_activities/public-health/exposure_health_impact_met/emf-net/docs/efrtdocuments/EMF-NET%20EFRT%20Hardell%20Paper%2024APR2006.pdf

Eger H, Hagen KU, Lucas B, Vogel P, Voit H.  Influence of proximity to mobile telephony transmitters on cancer incidence.  Umwelt Medizin Gessellschaft 17:326-332, 2004.

Eger H and Jahn M.  Specific health symptoms and cell phone radiation in Selbitz (Bavaria, Germany) – evidence of a dose-response relationship.  Umwelt-Medizin-Gesselschaft 23:130-139, 2010.

Electric Power Research Institute (EPRI).  The Bioinitiative Working Group Report.  Palo Alto, California: EPRI, 2009.

Eliyahu I, Luria R, Hareuveny R, Margaliot M, Nieran N, Shani G.  Effects of radiofrequency radiation emitted by cellular telephones on the cognitive functions of humans.  Bioelectromagnetics 27:119-126, 2006.

Elliot P, Toledano MB, Bennett J, Beale L, Best N, Briggs DF.  Mobile phone base stations and early childhood cancer: case control study.  BMJ 340: c3077 doi:10.1136/bmj/c3077, 2010.

Elwood JM.  Epidemiological studies of radiofrequency exposures and human cancer.  Bioelectromagnetics Supplement 6:S63-S76, 2003.

EMF-NET Coordination Action Steering Committee (EMF-NET).  Comments on the Bioinitiative Report.  Brussels, Belgium: European Commission, 2007.

Eskander EF, Estefan SF, Adb-Rabou AA.  How does long term exposure to base stations and mobile phones affect human hormone profiles?  Clin Biochem 45: 157-161, 2011.

Exponent. Testimony of Linda S. Erdreich, Ph.D, William H. Bailey, Ph.D, and Yakov Shkolnikov, Ph.D.  State of Maine Public Utilities Commission Docket No. 2010-345. November 16, 2010.

Exponent.  Joint Testimony of William H. Bailey, Ph.D., and Yakov Shkolnikov, Ph.D.  State of Maine Public Utilities Commission Docket No. 2011-00262.  September 29, 2012.

Falzone N, Huyser C, Fourie F, Toivo T, Leszcynski D, Franken D.  In vitro effects of pulsed 900 MHz GSM radiation on mitochondrial membrane potential and motility of human spermatozoa.  Bioelectromagnetics 29: 268-276, 2008.

Falzone N, Huyser C, Franken DR. Lexczcynski D.  Mobile phone radiation does not induce pro-apoptosis effects in human permatozoa.  Rad Res 174: 169-174, 2010.

Federal Communications Commission Office of Engineering and Technology (FCC/OET). Evaluating Compliance with FCC Guidelines for Human Exposure to Radiofrequency Electromagnetic Fields.  OET Bulletin 65 Edition 97-01. Washington, DC: FCC, 1997.

Federal Communications Commission Office of Engineering and Technology (FCC/OET). Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields.  OET Bulletin 56. Washington, DC: FCC, 1999.

cument 137-8    Filed 06/13/24    Page 166 of 176    PageID #:
3182
Federal Communications Commission.  First Report and Order: Further Notice of Proposed Rule Making and Notice of Inquiry.  March 29, 2013. http://www.fcc.gov/document/fcc-review-rf-exposure-policies.

Frei P, Poulsen AH, Johansen C, Olsen JH, Steding-Jessen M, Schüz J. Use of mobile phones and risk of brain tumours: update of Danish cohort study. BMJ 343: d6387, 2011.

Furubayashi T, Ushiyama A, Teerao Y, Mizuno Y, et al.  Effects of short-term W-CDMA mobile phone base station exposure on women with or without mobile phone related symptoms.  Bioelectromagnetics 30: 100-113, 2009.

Gaestel M.  Biological monitoring of non-thermal effects of mobile phone radiation: recent approaches and challenges.  Biol Rev 85:489-500, 2010.

Gos P, Eicher B, Kohli J, Heyer WD.  No mutagenic or recombinogenic effects of mobile phone fields at 900 MHz detected in the yeast *saccharomyces cerevisiae*. Bioelectromagnetics 21: 515-523, 2000.

Grafström G, Nittby H, Brun A, Malmgren L, Persson BR, Salford LG, Eberhardt J. Histopathological examinations of rat brains after long-term exposure to GSM-900 mobile phone radiation.  Brain Res Bull 77:257-263, 2008.

Grundler W, Kaiser F, Keilmann F, Walleczek J.  Mechanisms of electromagnetic interaction with cellular systems.  Naturwissenschaften 79: 551-559, 1992.

Ha M, Im H, Lee M, Kim HJ, Kim BC, Gimm YM, Pack YK.  Radiofrequency exposure from AM radio transmitters and childhood leukemia and brain cancer.  Am J Epidemiol 166: 270-279, 2007.

Habash RW, Elwood JM, Kewski D, Lotz G, McNamee JP, Prato FS.  Recent advances in research on radiofrequency fields and health: 2004-2007.  J Toxicol Env Health, Part B 12: 250-288, 2009.

Hardell L, Hallquist A, Mild KH, Carlberg M, Pahlson A, Lilja A.  Cellular and cordless telephones and the risk for brain tumours. Eur J Cancer Prev 11:377-386, 2002.

Hardell L, Mild KH, Carlberg M.  Further aspects on cellular and cordless telephones and brain tumours.  Int J Oncol 22:399-407, 2003.

Hardell L, Carlberg M, Mild KH. Pooled analysis of two case-control studies on use of cellular and cordless telephones and the risk for malignant brain tumours diagnosed in 1997-2003. Int Arch Occup Environ Health 79: 630-639, 2006.

Hardell L, Carlberg M, Soderqvist F, Mild KH.  Meta-analysis of long-term mobile phone use and the association with brain tumours. Internat J Oncol 12: 1097-1103, 2008.

Hardell L, Soderqvist F, Carlberg M, Zetterberg H, Hansson Mild K.  Exposure to wireless phone emissions and serum ß-trace protein. Int J Mol Med 26:301-306, 2010.

164

Hardell L, Carlberg M, Hansson MK.  Pooled analysis of case-control studies on malignant brain tumours and the use of mobile and cordless phones including living and deceased subjects.  Int J Oncol 38:1465-1474, 2011.

Hardell L, Carlberg M, Mild KH.  Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma.  Pathophysiology, 21 Dec 2012, in press.

Hirota S, Matsuura M, Masuda H, Ushiyama A, Wake K, Watanabe S, et al. Direct observation of microcirculatory parameters in rat brain after local exposure to radio-frequency electromagnetic field.  Environmentalist 29:186-189, 2009.

Health Canada. Limits of Human Exposure to Radiofrequency Electromagnetic Energy in the Frequency Range from 3 kHz to 300 GHz – Safety Code 6.  Ottawa: Health Canada, 2009.

Health Council of the Netherlands (HCN).  BioInitiative Report. U-5601/EvR/iv/673-L1 Publication nr 2008/17E.  September 2008.

Health Council of the Netherlands (HCN). Health Council of the Netherlands; Reports 2008. The Hague: Health Council of the Netherlands. Publication No. A09/02, 2009.

Heinrich S, Thomas S, Heumann C, von Kries R, Radon K.  Association between exposure to radiofrequency electromagnetic fields assessed by dosimetry and acute symptoms in children and adolescents: a population based cross-sectional study.  Environ Health 9:1-9, 2010.

Hietanen M. Hamalainen AM, Husman T.  Hypersensitivity symptoms associated with exposure to cellular telephones: No causal link.  Bioelectromagnetics 23: 264-270, 2002.

Hill AB.  The environment and disease: Association or causation?  Proc R Soc Med 58:295-300, 1965.

Hook GJ, Zhang P, Lagroye I, Li L, Higashikubo R, Moros EG, Straube WL, Pickard WF, Baty JD, Roti Roti JL.  Measurement of DNA damage and apoptosis in Molt-4 cells after in vitro exposure to radiofrequency radiation.  Rad Res 161: 193-200, 2004.

Huang TQ, Lee MS, Oh E, Zhang BT, Seo JS, Park WY.  Molecular responses to Jurkat T-cells to 1763 MHz radiofrequency radiation.  Int J Radiat Biol 84: 734-741, 2008a.

Hutter HP, Moshammer H, Wallner P, Kundi M.  Subjective symptoms, sleeping problems, and cognitive performance in subjects living near mobile phone base stations.  Occup Environ Med 53: 307-313, 2006.

Institute of Electrical and Electronics Engineers (IEEE).  IEEE Standard for Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHZ.  IEEE Std C95.1.  New York: IEEE, 2005.

International Agency for Research on Cancer (IARC).  IARC monographs on the evaluation of carcinogenic risks to humans.  Preamble.  IARC Press, Lyon, France, 2006.

International Commission on Non-Ionizing Radiation Protection (ICNIRP). Guidelines for limiting exposure to time-varying electric, magnetic, and electromagnetic fields (up to 300 GHz). Health Phys 74: 494-522, 1998.

International Commission on Non-Ionizing Radiation Protection (ICNIRP). Exposure to High Frequency Electromagnetic Fields, Biological Effects and Health Consequences (100 kHz-300 GHz). Oberschleißheim, Germany: ICNIRP, 2009.

INTERPHONE Study Group. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. Int J Epidemiol 39: 675-694, 2010.

Johansen C, Boice J, McLaughlin J, Olsen J. Cellular telephones and cancer—a nationwide cohort study in Denmark. J Natl Cancer Inst 93: 203-207, 2001.

Jurek AM, Greenland S, Maldonado G, Church TR. Proper interpretation of non-differential misclassification effects: expectations vs observations. Int J Epidemiol 34: 680-687, 2005.

Khurana VG, Teo C, Kundi M, Hardell L, Carlberg M. Cell phones and brain tumors: a review including the long-term epidemiological data. Surg Neurol 72: 205-214, 2009.

Khurana VG, Hardell L, Everaert J, Bortkiewica A, Carlberg M, Ahonen M. Epidemiological evidence for a health risk from mobile phone base stations. Int J Occup Environ Health 16: 263-267, 2010.

Kirson ED, Gurvich Z, Schneiderman R, Dekel E, Itzhaki A, Wasserman,Y, Schatzberger R, alti Y: Disruption of cancer cell replication by alternating electric fields. Cancer Res 64(9):3288-3295, 2004.

Kirson ED, Dbaly V, Tovarys F, Vymazal J, Soustiel JF, Itzhaki A, Mordechovich D, Steinberg-Shapira S, Gurvich Z, Schneiderman R, Wasserman Y, Salzberg M, Ryffel B, Goldsher D, Dekel E, Palti Y. Alternating electric fields arrest cell proliferation in animal tumor models and human brain tumors. Proc Natl Acad Sci 104(24):10152-10157, 2007.

Krewski D, Byus CV, Glickman BW, Lotz WG, Mandeville R, McBride ML, Prato FS, Weaver, DF. Potential health risks of radiofrequency fields from wireless telecommunication devices. J Toxicol Environ Health B 4:1–143, 2001a.

Krewski D, Byus CV, Glickman BW, Lotz WG, Mandeville R, McBride ML, Prato FS, Weaver, DF. Recent advances in research on radiofrequency fields and health. J Toxicol Environ Health B 4:145–149, 2001b.

Krewski D, Byus CV, Glickman BW, Habash RW, Habbick B, Lotz WG, Mandeville R, McBride ML, Prato FS, Stuchley M, Weaver DF. Recent advances in research on radiofrequency fields and health: 2001–2003. J Toxicol Environ Health B 10:287–318, 2007.

Kundi M. 2009. The controversy about a possible relationship between mobile phone use and cancer. Environ Health Perspect 117: 316-324.

Kwon MS, Huotilainen M, Shestakova A, Kujala T, Naatanen R, Hamalainen H.  No effects of mobile phone use on cortical auditory change-detection in children: an ERP Study.  Bioelectromagnetics 31: 191-199, 2010a.

Kwon MS, Jaaskelainen SK, Toivo T, Hamalainen H.  No effects of mobile phone electromagnetic field on auditory brainstem response.  Bioelectromagnetics 31:48-55, 2010b.

Lagroye I, Anane R, Wettring BA, Moros EG, Straube WL, Laregina M, Niehoff M, Pickard WF, Baty J, Roti Roti JB.  Measurement of DNA damage after acute exposure to pulsed-wave 2450 MHz microwaves in rat brain cells by two alkaline comet assay methods.  Int J Radiat Biol 80:11-20, 2004.

Lai H, Singh NP. Acute low-intensity microwave exposure increases DNA single-strand breaks in rat brain cells. Bioelectromagnetics. 16:207-10. 1995.

Lai H and Singh NP.  Single- and double-strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation.  Int J Radiat Biol. 69:513-21, 1996.

Lai H and Singh NP. Melatonin and a spin-trap compound block radiofrequency electromagnetic radiation-induced DNA strand breaks in rat brain cells. Bioelectromagnetics 18:446-454, 1997a.

Lai H and Singh NP.  Melatonin and N-tert-butyl-alpha-phenylnitrone block 60-Hz magnetic field-induced DNA single and double strand breaks in rat brain cells. J Pineal Res 22:152-162, 1997b.

Lai H, Carino MA, Singh NP.  Naltrexone blocks RFR-induced DNA double strand breaks in rat brain cells.Wireless Networks. 3:471-476, 1997.

Lai H and Singh NP. Magnetic-field-induced DNA strand breaks in brain cells of the rat. Environ Health Perspect 112:687-694, 2004.

Lai H and Singh NP. Interaction of microwaves and a temporally incoherent magnetic field on single and double DNA strand breaks in rat brain cells. Electromag Biol Med 24:23-29, 2005.

Landgrebe M, Frick U, Hauser S, Langguth B, Rosner R, Hajak G, Eichhammer P.  Cognitive and neurobiological alterations in electromagnetic hypersensitive patients: results of a case-control study.  Psychol Med 38: 1781-1791, 2008.

Landgrebe M, Frick U, Hauser S, Hajak G, Langguth B.  Association of tinnitus and electromagnetic sensitivity: hints for a shared pathophysiology?  PLos One 4, 2009.

Larjavaara S, Schuz J, Swerdlow A, Feychting M, Jofhansen C, Lagorio S, et al.  Location of gliomas in relation to mobile telephone use: A case-control and case specular analysis.  Am J Epidemiol 174: 2-11, 2011.

Lawrence Berkeley National Laboratory (LBNL).  Review of the April 12, 2012 American Academy of Environmental Medicine (AAEM) submittal to the Michigan Public Service Commission.  LBNL, 2012.  http://eetd.lbl.gov/ea/emp/reports/aaem-042012.pdf

LaVignera S, Condorelli RA, Vicar E, D'Adata R, Calogero AE.  Effects of the exposure to mobile phones on male reproduction: A review of the literature.  J Androl 33: 350-356, 2012.

Lehrer S, Green S, Stock RG.  Association between number of cell phone contracts and brain tumor incidence in nineteen U.S. States.  J Neurooncol 101:505-507, 2011.

Leszczynski D.  Mobile phones, precautionary principle, and future research.  Lancet 358:1733, 2001.

Leszczynski D, Joenvaara S, Reivinen J, Kuokka R.  Non-thermal activation of the hsp27/p38MAPK stress pathway by mobile phone radiation in human endothelial cells: Molecular mechanism for cancer- and blood-brain barrier-related effects.  Differentiation 70:120-129, 2002.

Leszczynski D and Meltz  ML.  Report: Questions and answers concerning applicability of proteomics and transcriptomics in EMF research.  Proteomics 6: 4674-4677, 2006.

Leszcynski D and Xu Z.  Commentary: Mobile phone radiation health risk controversy.  Heath Res Policy Syst 8:2, 2010.

Levis AG, Minicuci N. Ricci P, Gennaro V. Gabisa S.  Mobile phones and head tumours.  The discrepancies in cause-effect relationships in the epidemiological studies – how do they arise?  Environ Health doi: 10.1186/1476-069X-10-59, published online 2011 June 17.

Li DK, Odouli R, Wi S, Janevic T, Golditch I, Bracken D, Senior R, Rankin R. A population based prospective cohort study of personal exposure to magnetic fields during pregnancy and the risk of miscarriage. Epidemiology 13:9-20, 2002.

Li DK, Chen H, Odouli R. Maternal exposure to magnetic fields during pregnancy in relation to the risk of asthma in offspring. Arch Pediatr Adolesc Med 165:945-950, 2011.

Li DK, Ferber JR, Odouli R, Quesenberry CP.  A prospective study of in-utero exposure to magnetic fields and the risk of childhood obesity.  Scientific Reports 2:540 DOI:10.1038/srep00540, 2012.

Linet MS and Inskip PD.  Cellular (mobile) telephone use and cancer risk.  Rev Environ Health 25: 51-55, 2010.

Little MP, Rajaraman P, Curtis RE, Devesa SS, Inskip PD, Check DP, Linet MS.  Mobile phone use and glioma risk: comparison of epidemiological study results with incident trends in the United States.  BMJ 244:e1147 doi:10.1136/bmj.ee1147, 2012.

Lonn S, Ahlbom A, Hall P, Feychting M, and the Swedish Interphone Study Group.  Long-term mobile phone use and brain tumor risk.  Am J Epidemiol 161: 526-535, 2005.

Malyapa RS, Ahern EW, Straube WL, LaRegina M, Pickand WF, Roti Roti J.  DNA damage in rat brain cells after in vivo exposure to 2450 MHz electromagnetic radiation and various methods of euthanasia.  Radiat Res 149:637-645, 1998.

Masuda H, Ushiyama A, Hirota S, Wake K, Watanabe S, Yamanaka Y, et al.  Effects of subchronic exposure to a 1439 MHz electromagnetic field on the mircrocirculatory parameters in rat brain.  *In Vivo* 21:563-570, 2007a.

Masuda H, Ushiyama A, Hirota S, Wake K, Watanabe S, Yamanaka Y, et al.  Effects of acute exposure to a 1439 MHz electromagnetic fields on the microcirculatory parameters in rat brain.  *In Vivo* 21:555-562, 2007b.

Masuda H, Ushiyama A, Takahashi M, Wang J, Fujiwara O, Hikage T et al.  Effects of 915 MHz electromagnetic-field radiation in TEM cell on the blood-brain barrier and neurons in the rat brain.  Radiat Res 172:66-73, 2009.

McCarty DE, Carrubba S, Chesson AL, Frilor C, Gonzalez-Toledo E, Marino AA.  Electromagnetic hypersensitivity: Evidence for a novel neurological syndrome.  Internat J Neurosci 121: 670-676, 2011.

McQuade JM, Merritt JH, Miller SA, Scholin T, Cook MC, Salazar A, et al.  Radiofrequency-radiation exposure does not induce detectable leakage of albumin across the blood-brain barrier.  Radiat Res 171:615-621, 2009.

Merzenich H, Schmeidel S, Bennack S, Brüggemeyer H, Philipp J, Blettner M, Schüz J.  Childhood leukemia in relation to radio frequency electromagnetic fields in the vicinity of TV and radio broadcast transmitters.  Am J Epidemiol 168:1169-1178, 2008.

Michelozzi P, Capon A, Kirchmayer U, Forastiere F, Biggere A, Barca A, Perucci CA.  Adult and childhood leukemia near a high-power radio station in Rome, Italy.  Am J Epidemiol 155: 1098-1103, 2002.

Mohler E, Frei P, Braun-Fahrländer, C, Frölich J, Neubauer G, Röösli M, the Qualfex Team.  Effects of everyday radiofrequency electromagnetic-field exposure on sleep quality: A cross-sectional study.  Radiat Res 174:347-356, 2010.

Myung SK, Ju W, McDonnell DD, Lee YJ, Ksazinet G, Cheng CT, Moskowitz JM.  Mobile phone use and risk of tumors: A meta-analysis.  J Clin Oncol 27:5565-5572, 2009.

Navarro EA, Segura J, Portoles M, Gomez-Perretta C.  The microwave syndrome: a preliminary study in Spain.  Electromag Biol Med 22: 161-169, 2003.

NovoCure.  Summary of Safety and Effectiveness Data filed with the Food and Drug Administration, 2011.
www.fda.gov/.../MedicalDevices/MedicalDevicesAdvisoryCommittee/NeurologicalDevicesPanel/UCM247246.doc

Nylund R and Leszczynski D.  Proteomics analysis of human endothelial cell line EA.hy926 after exposure to GSM 900 radiation.  Proteomics 4:1359-1365, 2004.

Nylund R and Leszczynski D.  Mobile phone radiation causes changes in gene and protein expression in human endothelial cell lines and the response seems to be genome- and proteome-dependent.  Proteomics 6: 4769-4780, 2006.

Nylund R, Tammio H, Kuster N, Leszczynski D.  Proteomic analysis of the response of human endothelial cell line EA.hy926 to 1800 GSM mobile phone radiation.  J Proteomics Bioformatics 2: 455-462, 2009.

Nylund R, Kuster N, Leszczynski D.  Analysis of proteome response to the mobile phone radiation in two types of human primary endothelial cells.  Proteome Science 8:52, 2010.

Nylund R.  Proteomics analysis of human endothelial cells after short-term exposure to mobile phone radiation.  Doctoral Dissertation for the degree of Doctor of Science in Technology.  Aalto University School of Science, 2011.

Oberfeld G, Navarro EA, Portoles M, Maestu C, Gomez-Perretta C.  The Microwave Syndrome – Further Aspects of a Spanish Study.  Presented at the 3rd International Workshop on Biological Effects of Electromagnetic Fields in Kos, Greece, 2004.

Ohlson C-G and Hardell L.  Testicular cancer and occupational exposures with a focus on xenoestrogens in polyvinyl chloride plastics.  Chemosphere 40: 1277-1282, 2000.

Oshima N, Nishia A, Shimodera S, Tochigi M, Ando S, Yamasaki S, Okazaki Y, Sasaki T.  The suicidal feelings, self-injury, and mobile phone use after lights out in adolescents.  J Pediat Psychol 37:1023-1030, 2012.

Papageorgiou CC, Hountala CD, Maganioti AE, Kyprianou MA, Rabavilas AD, Papadimitriou GN, Capsalis CN.  Effects of wi-fi signals on the P300 component of event-related potentials during an auditory hayling task.  J Integr Neurosci 20:189-202, 2011.

Park SK, Ha M, Im H-J.  Ecological study on residences in the vicinity of AM radio broadcasting towers and cancer death: preliminary observations in Korea.  Int Arch Occup Environ Health 77: 387-394, 2004.

Persson BR, Salford LG, Brun A. BBB permeability in rats exposed to electromagnetic fields used in wireless communication. Wireless Networks: 455-461, 1997.

Phillips JL, Ivaschuk O, Ishida-Jones T, Jones RA, Campbell-Beachler M, Haggren W.  DNA damage in Molt-4 T-lymphoblastoid cells exposed to cellular telephone radiofrequency fields *in vitro*.  Bioelectrochem Bioenerg 45: 103-110, 1998.

Poulletier de Gannes F, Billaudel B, Taxile M, Haro E, Ruffie G, Leveque P, et al.  Effect of head-only exposure of rats to GSM-900 on blood-brain barrier permeability and neuronal degeneration.  Radiat Res 172:359-367, 2009.

Preece AW, Georgious AG, Dunn EJ, Farrow SW.  Health response of two communities to military antennae in Cyprus.  Occup Environ Med 64: 402-408, 2007.

Public Utilities Commission of Texas.  Memorandum from Alan Rivaldo, Infrastructure &
Reliability Division to Chairman Nelson, Commissioner Anderson, and Commissioner
Pablos.  Project No. 40190, Project Relating to Advanced Metering Issues, Report on Health
and Radiofrequency Electromagnetic Fields from Advanced Meters.  December 12, 2012.

Rea WJ, Yagin P, Fenyves EJ, Sujisawa I, Samadi N, Ross GH.  Electromagnetic field
sensitivity.  J Bioelect 10:241-256, 1991.

Regel SJ, Negovetic S, Roosli M, Berdinas V, Schuderer J, Huss A, Lott U, Kustler N.
Achermann P.  UTMS base station-like exposure, well-being and cognitive performance.
Environ Health Persect 114: 1270-1275, 2006.

Repacholi MH.  Low-level exposure to radiofrequency electromagnetic fields: health effects
and research needs.  Bioelectromagnetics 19:1-19, 1998.

Repacholi MH, Lerchl A, Roosli M, Sienkiewicz Z, Auvinen A, Breckenkamp J, et al.
Systematic review of wireless phone use and brain cancer and other head tumors.
Bioelectromagnetics 33:187-206, 2012.

Riddervold IS, Pedersen GF. Andersen NT, Pedersen AD, Andersen JP, Zachariae R,
Molhave L, Sisgaard T, Klaergaard SK.  Cognitive function and symptoms in adults and
adolescents in relation to rf radiation from UMTS base stations.  Bioelectromagnetics 29:
257-267, 2008.

Robertson JA, Theberge J, Wller J, Drost DJ, Prato FS, Thomas AW.  Low-frequency pulsed
electromagnetic field exposure can alter neuroprocessing in humans.  J R Soc Interface 7:467-
473, 2010.

Röösli M.  Radiofrequency electromagnetic field exposure and non-specific symptoms of ill
health: a systematic review.  Environ Res 107: 277-287, 2008.

Röösli M, Frei P, Mohler E, Hug K.  Systematic review on the health effects of exposure to
radiofrequency electromagnetic fields from mobile phone base stations.  Bull World Health
Org 88:887-896, 2010.

Röösli M and Hug K.  Wireless communication fields and non-specific symptoms of ill
health: a literature review.  Wien Med Wochenschr 161:240-250, 2011.

Rothman K.  Epidemiological evidence on health risks of cellular telephones.  The Lancet
356:1837-1840, 2000.

Rothman K.  Cellular telephones and risk of brain tumors – Author's reply.  The Lancet
357:961, 2001.

Royal Society of Canada.  A review of the potential health risks of radiofrequency fields from
wireless telecommunication devices.  Expert Panel Report, Publication No. RSC. EPR 99-1,
Ottawa, Canada, 1999.

Rubin GJ, Munshi JD, Wessely S.  A systematic review of treatments for electromagnetic hypersensitivity.  Psychother Psychosom 75: 12-18, 2006.

Rubin GJ, Nieto-Hernandez R, Wessely S.  Idiopathic environmental intolerance attributed to electromagnetic fields (formerly 'electromagnetic hypersensitivity'): An updated systematic review of provocation studies.  Bioelectromagnetics 31: 1-11, 2010.

Rubin GJ, Hillert L, Nieto-Hernandez R, van Rongen E, Oftedal G.  Do people with idiopathic environmental intolerance attributed to electromagnetic fields display physiological effects when exposed to electromagnetic fields?  A systematic review of provocation studies. Bioelectromagnetics 32:593-609, 2011.

Rubin GJ, Cleare AJ, Wessely S.  Letter to the Editor: Electromagnetic hypersensitivity.  Int J Neurosci doi:10.3109/00207454.2011.648763.  Early online, 2012a.

Rubin GJ, Cleare AJ, Wessely S.  Right to Reply: Correspondence about electromagnetic hypersensitivity.  Int J Neurosci doi:10.3109/00207454.2012.654414.  Early online, 2012b.

Salama N, Kishimoto T, Kanayama HO, Kagawa S. The mobile phone decreases fructose but not citrate in rabbit semen: a longitudinal study. Syst Biol Reprod Med 55:181–187, 2009.

Salama N, Kishimoto T, Kanayama HO. Effects of exposure to a mobile phone on testicular function and structure in adult rabbit.  Int J Androl 33:88–94, 2010.

Salford LG, Brun A, Eberhardt JL, Persson, BR.  Permeability of the blood-brain-barrier induced by 915 MHz electromagnetic-radiation, continuous wave and modulated at 8, 16, 50 and 200 Hz. Bioelectrochemistry and Bioenergetics 30:293-301, 1993.

Salford LG, Brun A, Sturesson K, Eberhardt JL, Persson BR. Permeability of the blood-brain-barrier induced by 915 MHz electromagnetic radiation, continuous wave and modulated at 8, 16, 50 and 200 Hz. Microscopy Research and Technique 27:535-542, 1994.

Samkange-Zeeb F, Schuz J, Schlehofer B, Berg-Beckhoff G, Blettner M.  Comparison of studies on mobile phone use and risk of tumors.  J Clin Oncol 28: e124-125, 2010.

Schüz J, Jacobsen R, Olsen JH, Boice JD, McLaughlin JK, Johansen C.  Cellular telephone use and cancer risk: update of a nationwide Danish cohort.  J Natl Cancer Inst 98:1707-1713, 2006.

Schüz J, Bohler E, Schlehofer B, Berg G, Schlaefer K, Hettinger I, Kunna-Grass K, Wahrendorf J, Blettner M.  Radiofrequency electromagnetic fields emitted from base stations of DECT cordless phones and the risk of gliomas and meningioma (Interphone Study Group, Germany).  Radiat Res 166: 116-119, 2006.

Scientific Committee on Emerging and Newly Identified Health Risks (SCENIHR) for the Directorate-General for Health & Consumers of the European Commission.  Health Effects of Exposure to EMF.  January 2009.

Shahin S, Sing VP, Shukla RK, Dhawan A, Gangwar RK, Singh SP, et al.  2.45 GHz microwave irradiation-induced oxidative stress affects implantation or pregnancy in mice, Mus musculus.  Appl Biochem Biotechnol 169:1727-1751, 2013.

Söderqvist F, Carlberg M, Hardell L.  Wireless phones, serum transthyretin and the blood-cerebrospinal fluid barrier: A cross-sectional study.  Env Health 8:19, 2009a.

Söderqvist F, Carlberg M, Hansson MK, Hardell L.  Exposure to 890 MHz mobile-phone-like signal and serum levels of S100B and transthyretin in volunteers.  Toxicol Lett 189: 63-65, 2009b.

Söderqvist F, Carlberg M, Hardell L.  Use of wireless telephones and serum S100B levels: a descriptive cross-sectional study among healthy Swedish adults aged 18-65 years.  Sci Total Environ 407:798-805, 2009c.

Stagg RB, Thomas WJ, Jones RA, Adey WR.  DNA synthesis and cell proliferation in C6 glioma and primary glial cells exposed to a 836.55 MHz modulated radiofrequency field.  Bioelectromagnetics 18:230-236, 1997.

Stam R.  Electromagnetic fields and the blood-brain barrier.  Brain Res Rev 65:80-97, 2010.

Stang A, Schmidt-Pokrzywniak A, Kuss.  Arbitrary results of a meta-analysis on cancer risks among mobile phone users.  J Clin Oncol 28: e121, 2010.

Suberbielle E, Sanchez PE, Kravitz AV, Wang X, Ho K, Eilertson K, Devidze N, Kreitzer AC, Mucke L.  Physiologic brain activity causes DNA double-strand breaks in neurons, with exacerbation by amyloid-ß.  Nat Neurosci [Epub ahead of print], March 2013.

Swedish Radiation Protection Authority (SSI).  Epidemiologic Studies of Cellular Telephones and Cancer Risk – A Review.  SSI Rapport 2002:16.  Stockholm: Swedish Radiation Protection Authority, 2002.

Swedish Radiation Safety Authority (SSM).  Recent Research on EMF and Health Risks: Sixth annual report from SSMs independent Expert Group on Electromagnetic Fields 2009.  Report number: 2009:36, December 2009.

Swerdlow AJ, Feychting M, Green AC, Kheifets L, Savitz DA, International Commission for Non-Ionising Radiation Protection Standing Committee on Epidemiology.  Mobile phones, brain tumors, and the INTERPHONE study: Where are we now?  Environ Health Perspect 119:1534-1538, 2011

Tell, R.  An Evaluation of Radio Frequency Fields Produced by Smart Meters Deployed in Vermont.  Prepared for the Vermont Department of Public Service.  Richard Tell Associates, Inc., 2013.

Thomas S, Kuhnlein A, Heinrich S, Pramil G, Nowak D, von Kries R, Radon K.  Personal exposure to mobile phone frequencies and well-being in adults: a cross-sectional study based on dosimetry.  Bioelectromagnetics 29: 463-470, 2008.

Thomas S, Heinrich S, von Kries R, Radon K.  Exposure to radio-frequency electromagnetic fields nad behavioural problems in Bavarian children and adolescents.  Eur J Epidemiol 25: 135-141, 2010.

Velizarov S, Raskmark P, Kwee S.  The effects of radiofrequency fields on cell proliferation are non-thermal.  Bioelectrochem Bioenerg 48: 177-180, 1999.

Verschaeve L, Heikkinen P, Verheyen G, Van Gorp U, Boonen F, Vander Plaetse F, et al.  Investigation of co-genotoxic effects of radiofrequency electromagnetic field exposure in vivo.  Radiat Res 65: 598-607, 2006.

Vijayalaxmi and Prihoda TJ.  Genetic damage in human cells exposed to non-ionizing radiofrequency fields: A meta-analysis of the data from 88 publications (1990-2011).  Mut Res 749: 1-16, 2012.

Volkow ND, Tomasi D, Wang G-J, Vaska P, Fowler JS, Telang F, Alexoff D, Logan J, Wong C.  Effects of cell phone radiofrequency signal exposure on brain glucose metabolism.  JAMA 305: 808-813, 2011.

Waldmann P, Bohnenberger S, Hermann-Then B, Heselich A, Klug SJ, Koenig J, Kuhr K, Kuster N, Merker M, Murback M, Pollet D, Schadenboeck W, Scheidemann-Wesp U, Schwab B, Volkmer B, Weyer V, Blettner M.  Influence of GSM signals on human peripheral lymphocytes: study of genotoxicity.  Radiat Res 179: 243-253, 2013.

Wdowiak A, Wdowiak L, Wiktor H.  Evaluation of the effect of using mobile phones on male fertility.  Ann Agric Environ Med 14: 169-172, 2007.

Wolf R and Wolf D.  Increased incidence of cancer near a cell-phone transmitter station.  Int J Cancer Prev 1: 1-19, 2004.

World Health Organization (WHO).  Environmental Health Criteria 137: Electromagnetic Fields (300 Hz to 300 GHz).  Geneva, Switzerland: WHO, 1993.

World Health Organization (WHO).  Environmental Health Criteria 238: Extremely Low Frequency Fields.  Geneva, Switzerland: WHO, 2007.