1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
Case No.  20-cv-00237-JDL

* * * * * * * * * * * * * * * * * *

ED FRIEDMAN,

                Plaintiff

      vs.

CENTRAL MAINE POWER,

                Defendant

* * * * * * * * * * * * * * * * * *


**ZOOM DEPOSITION OF:  DAVID O. CARPENTER, M.D.**


       BEFORE:  Melissa L. Merenberg, RPR, Notary

    Public, in and for the State of Maine, on January 13,

    2022, beginning at 10:12 a.m.


APPEARANCES

Bruce M. Merrill, Esq.                For the Plaintiff

Christopher C. Taintor, Esq.          For the Defendant


THE REPORTING GROUP
(207) 281-4230

2

DEPONENT:  DAVID O. CARPENTER, M.D.

EXAMINATION                                    PAGE

By Mr. Taintor                                     3


* * * * *

EXHIBIT LIST

No.                        Description              Mentioned
Marked

| 1 | Deposition Notice | 16 |
| 2 | CV | 18 |
| 3 | MPUC Testimony Part I | 18 |
| 4 | MPUC Testimony Part II | 21 |
| 5 | Reported Biological Effects from RFR | 21 |
| 6 | Reference List Filed with MPUC | 21 |
| 7 | Carpenter Report | 36 |
| 8 | Belpomme Article | 81 |
| 9 | Review of Environmental Health Article | 84 |
| 10 | McCarty Article | 107 |
| 11 | Falcioni Article | 110 |
| 12 | Foliart Article | 112 |
| 13 | Lai, et al. | - |
| 14 | Svendsen Study | 116 |
| 15 | National Toxicology Report | 127 |
| 16 | Yakymenko Article | 94 |
| 17 | Michigan PSC Testimony | - |
| 18 | USDC CT Deposition | - |
| 19 | Partial Transcript in Fay School Case | 137 |
| 20 | List of Testimony | 45 |
| 21 | Friedman Carpenter Email | 43 |
| 22 | Handwritten Notes | 40 |

3

1    (This Zoom deposition was taken before Melissa L.
2    Merenberg, RPR, Notary Public, in and for the State of
3    Maine, on January 13, 2022, beginning at 10:12 a.m.)
4                    * * * * *
5    (Also present at the deposition were Ed Friedman
6    and Tim Connolly.)
7                    * * * * *
8    (The deponent was administered the oath by the
9    Notary Public.)
10                   * * * * *
11   DAVID O. CARPENTER, M.D., called, after having been duly
12   sworn on his oath, deposes and says as follows:
13                   EXAMINATION
14   BY MR. TAINTOR:
15   Q    Good morning again, Dr. Carpenter.  As you know, my
16        name is Chris Taintor.  We met a few minutes ago off
17        the record, and you understand that we're here this
18        morning to take your deposition in the case of Ed
19        Friedman v. Central Maine Power Company?
20   A    I understand, yes.
21   Q    Great.  And I know you've been deposed before.
22        By the way, did you produce today in response to
23        the request on the deposition notice a list of cases
24        in which you've testified as an expert witness within
25        the past 10 years?

4

1    A    Yes.
2    Q    Great.
3         MR. TAINTOR:  And, Bruce, can you make that
4         available to me or --
5         MR. MERRILL:  I thought I sent it out yesterday.
6         (Whereupon there was a break in the deposition at
7         10:16 a.m. and the deposition reconvened at
8         10:18 a.m.)
9    BY MR. TAINTOR:
10   Q    Okay.  So, Dr. Carpenter, you understand that the oath
11        you have taken today is the same oath that you would
12        take in a court of law?
13   A    Yes, I do.
14   Q    And you understand, I take it, that the testimony you
15        give today can be used in proceedings both in this
16        case and potentially in other cases?
17   A    Yes, I do.
18   Q    And you understand that if you give testimony today
19        that you contradict at a later point in time, that
20        contradiction is something that could potentially be
21        pointed out to a judge or a jury?
22   A    Yes, I do.
23   Q    One of the things I would like to ask you to do, and
24        I'm sure you know to do this, is to please let me know
25        if at any time I ask you a question that doesn't make

5

1    sense to you and requires clarification so that I can
2    make sure that I ask you a question that you
3    understand and you're only answering questions that
4    you understand.  Okay?
5    A    Thank you.
6    Q    And if -- you know, I think what we will probably do
7        is take a break every hour or so, but if that doesn't
8        work for you, if you need a break sooner than that,
9        please feel free to let me know and we can take a
10       break whenever you like.  All right?
11   A    Yes, I will.
12   Q    And we will maybe plan on going a few hours.  I don't
13       know how long this will go, but if we -- if it goes
14       for more than a few hours, we will take a lunch break
15       and then resume after that.  Do you have any time
16       limits on your availability today?
17   A    Not today, no.
18   Q    Okay.  Thanks.
19       So I understand that you are a -- you are a
20       physician practicing in the specialty of public health
21       medicine; is that correct?
22   A    That's correct, yes.
23   Q    And I understand that is somewhat similar to but
24       different than the study of epidemiology; is that also
25       true?

6

1    A    Well, epidemiology is one of the core components of
2        public health, but I do not have a Ph.D. in
3        epidemiology, and I usually do not consider myself to
4        be an epidemiologist.  Although, obviously, a lot of
5        my research is using epidemiological methods and so
6        forth.
7    Q    So -- just so I understand, if you're saying that you
8        would not consider yourself an epidemiologist, are
9        there points on which you would defer to an
10       epidemiologist in offering opinions in this case?
11   A    Well, I guess the short answer is yes, but I think
12       that even though I don't have a degree in
13       epidemiology, I've worked in public health for so
14       long, I teach epidemiology, so I understand
15       epidemiology pretty well.
16       On the other hand, you know, in medical school, I
17       had one hour of biostatistics and statistics is a very
18       important part of epidemiology, and I'm quite weak in
19       that area, so in that regard, I would defer to someone
20       on questions especially on statical significance of
21       results.
22   Q    On that point, let me ask you a little about bit about
23       your familiarity with other expert witnesses who have
24       been designated by the plaintiff in this case.
25       There's a Dr. Paul Heroux; you're familiar with him?

7

| | | |
|---|---|---|
| 1 | A | Yes, I am. |
| 2 | Q | Have you worked with Dr. Heroux on occasions? |
| 3 | A | I haven't worked directly with him.  I know him quite |
| 4 | | well.  I have traveled with him in several states, |
| 5 | | talking to state attorneys general on the MF issues. |
| 6 | Q | And MF issues, MF is an abbreviation for magnetic |
| 7 | | field? |
| 8 | A | Yes. |
| 9 | Q | And in what states have you and Dr. Heroux -- and by |
| 10 | | the way, is that how you pronounce it, Heroux or -- |
| 11 | A | Heroux. |
| 12 | Q | Okay.  It will be easier for me if I can call him |
| 13 | | Heroux. |
| 14 | A | That's fine with me. |
| 15 | Q | Okay.  In what states have you traveled with Dr. |
| 16 | | Heroux to consult with attorneys general about |
| 17 | | magnetic field issues? |
| 18 | A | Definitely in California.  I am not sure I recall the |
| 19 | | other states.  I think we have been to three or four |
| 20 | | states, one was either Kansas or Nebraska.  He was not |
| 21 | | with me here in New York.  And I just don't recall |
| 22 | | which other states it was.  I believe it was |
| 23 | | Washington D.C., which isn't a state, but the |
| 24 | | Government. |
| 25 | Q | We can agree that it should be, right? |

8

| | | |
|---|---|---|
| 1 | A | Yes, we can agree to that. |
| 2 | Q | So when you traveled to California with Dr. Heroux, |
| 3 | | can you give me a little bit more specifics about who |
| 4 | | you met with and what you talked about? |
| 5 | A | Well, we went to several state attorneys general |
| 6 | | offices basically arguing that, as with the tobacco |
| 7 | | settlements, state attorneys general had a major role |
| 8 | | in requiring tobacco companies to declare the hazards |
| 9 | | of smoking, and we were arguing that the EMF situation |
| 10 | | was very similar, that this was a hazard that |
| 11 | | reflected on individuals' health.  We saw little |
| 12 | | action at the federal level, and we're urging state |
| 13 | | attorneys general to work together to hold the |
| 14 | | utilities liable for exposure to humans that we |
| 15 | | considered to be a threat to their health. |
| 16 | Q | And were you focusing on power lines or smart meters |
| 17 | | or both or neither? |
| 18 | A | We were focusing primarily on radiofrequency |
| 19 | | radiation, which would include smart meters, but many |
| 20 | | other sources of radiofrequency as well, including the |
| 21 | | roll out of 5G, but it was all exclusively |
| 22 | | radiofrequency not magnetic fields from power lines. |
| 23 | Q | You mentioned before that you taught or that you |
| 24 | | teach, I think, epidemiology.  Is that at the |
| 25 | | University of Albany? |

9

| | | |
|---|---|---|
| 1 | A | Yes, that's correct. |
| 2 | Q | And do you teach a full course on epidemiology? |
| 3 | A | Not -- not a course that's called epidemiology, but |
| 4 | | epidemiology is such a core discipline of public |
| 5 | | health, the courses I regularly teach are global |
| 6 | | environmental health policy and environmental |
| 7 | | physiology, where we're talking about environmental |
| 8 | | threats to the health of individual organ systems in |
| 9 | | the human body.  And the evidence for those |
| 10 | | environmental threats and this, of course, is not |
| 11 | | exclusive to electromagnetic fields, but chemical |
| 12 | | exposures and so forth as well -- ionizing, as well as |
| 13 | | nonionizing radiation.  So in almost all of those |
| 14 | | situations, the studies that I'm presenting to the |
| 15 | | students, the studies I'm assigning to students to |
| 16 | | report on are epidemiological studies. |
| 17 | Q | Do you -- do you instruct students in how to properly |
| 18 | | assess the validity strengths of epidemiological |
| 19 | | studies? |
| 20 | A | Absolutely, that's a major point of this kind of |
| 21 | | instruction, to teach students to be critical, to not |
| 22 | | just accept results, but to look in detail at the |
| 23 | | strength of the evidence that supports whatever |
| 24 | | conclusion the authors are making. |
| 25 | Q | Are there particular resources, either books or |

10

| | | |
|---|---|---|
| 1 | | electronic resources, that you provide to your |
| 2 | | students to support your instruction on those matters? |
| 3 | A | Not really.  I -- I find -- I don't find any textbook |
| 4 | | to be adequate for these kinds of lectures.  So what |
| 5 | | I -- I use are publications in the peer-reviewed |
| 6 | | literature for both the basis of my lectures and the |
| 7 | | assignments I give to my students. |
| 8 | Q | You maintain syllabi for those courses that you teach? |
| 9 | A | Yes. |
| 10 | Q | Would you be willing to provide those to me? |
| 11 | A | Sure. |
| 12 | Q | Thanks. |
| 13 | | What was the outcome of your discussions with the |
| 14 | | attorneys general or someone from the attorneys |
| 15 | | general office in California? |
| 16 | A | Well, I think the outcome was while there was a lot of |
| 17 | | interest in the issues, we had a very good reception |
| 18 | | with a number of people on the attorneys general |
| 19 | | staff, but I don't think that anything really came of |
| 20 | | this.  We were asking that the attorneys general of |
| 21 | | different states work together on this issue, and |
| 22 | | these were quite different states, some very red |
| 23 | | states, some very blue states.  And we never did see |
| 24 | | any concerted action to -- from the attorneys general |
| 25 | | to organize a common action. |

11

1    Q    Did you create any documents, whether correspondence,
2         memoranda, anything like that, that you provided to
3         the attorneys general as part of that effort?
4    A    I did not personally.  There -- the woman that headed
5         this, Dafna Tackover, certainly did provide documents,
6         but I never had them myself.  They were review
7         articles and the sort of thing that I have, but I
8         don't recall which ones specifically she provided to
9         me.
10            A major document always was the BioInitiative
11        Report for which I was the co-editor in chief, which
12        is an encyclopedic listing of research in this area,
13        but we provided other documents, as well, and I just
14        don't recall what those were.
15   Q    Forgive me, is Dafna a man or a woman?
16   A    It's a woman.  She's a lawyer originally from Israel,
17        but has joint U.S. and Israeli citizenship.  She's --
18        yes, she's been very involved in this issue.  She
19        personally is sensitive to radiofrequency fields and,
20        therefore, this is a major cause for her.
21   Q    Do you know how to spell her name?
22   A    Yes, D-a-f-n-a is her first name, Tackover,
23        T-a-c-k-o-v-e-r, I believe.
24   Q    Okay.  And is she affiliated with any particular
25        institutions in the United States that you're aware

12

1         of?
2    A    She was affiliated with the Children's Health Defense,
3         although she is no longer affiliated with them.
4         That's an advocacy organization that is one of the two
5         organizations that were the lead in the ongoing
6         litigation against the Federal Communications
7         Commission.  She apparently had a falling-out with
8         other staff there and so she left that organization
9         some time ago.
10   Q    Okay.  And on any of your visits to California or any
11        other states to try to talk with state attorneys
12        general, did you testify before any commission or
13        agency or committee of the government?
14   A    No, we did not, other than just the back and forth at
15        the meetings with these attorneys generals and their
16        staff.
17   Q    And just to be clear, as far as you know, none of the
18        jurisdictions whether they be a state or District of
19        Columbia adopted any of the policies that were being
20        espoused by you or Dr. Heroux; is that true?
21   A    That's correct.
22   Q    So I don't know if I remember how we got started down
23        this road, but I guess we were -- let me ask you a
24        little bit more about your professional history.  I
25        understand that, although you have a medical degree,

13

1         you've never practiced clinical medicine?
2    A    That is correct.
3    Q    Are you actually licensed to practice medicine in any
4         jurisdiction?
5    A    No, I am not.
6    Q    Have you ever published any article or study or
7         publication of any kind on the subject of
8         Waldenstrom's macroglobulinemia?
9    A    No, I have not.
10   Q    Apart from -- in connection with this case, have you
11        ever conducted any research in or pertaining to
12        Waldenstrom's macroglobulinemia?
13   A    No, I have not specifically on Waldenstrom's
14        macroglobulinemia.  That disease is one of the
15        multiple Non-Hodgkin's lymphomas, and I have been
16        involved in other legal cases on Non-Hodgkin's
17        lymphoma and environmental exposures.  I don't think
18        I've published specifically on Non-Hodgkin's disease,
19        but I am very much involved in the study of it.
20   Q    And what other cases have you testified on matters
21        involving Non-Hodgkin's lymphoma?
22   A    Well, a number of cases with exposure to PCBs as a
23        risk factor for Non-Hodgkin's disease.  Those were all
24        cases directed at Monsanto.  I'm currently involved in
25        similar cases, but with Roundup and Glycel, which is

14

1         also a risk factor for Non-Hodgkin's disease.
2             But Waldenstrom's is a fairly rare disease, and
3         in none of those cases have I focused specifically on
4         the components of Non-Hodgkin's.
5    Q    Have you ever testified in any other case involving
6         exposure to radiofrequency emissions in a patient or
7         person suffering from Waldenstrom's?
8    A    No, I have not.
9    Q    Prior to your involvement in this case, had you heard
10        of Waldenstrom's?
11   A    Yes, I had.
12   Q    And, again, I'm sorry if I -- I am just asking you the
13        same question in a different way.  In this particular
14        case, in any of the research that you've done, have
15        you identified any study, literature of any kind, that
16        addresses specifically the risks to a person with
17        Waldenstrom's from exposure to RF emissions?
18   A    No, I have not.
19   Q    Are you being compensated for your time in this case?
20   A    No.
21   Q    You're just being paid expenses essentially?
22   A    That's correct.
23   Q    And I take it that's because you -- well, why don't
24        you tell me -- instead of me making assumptions, why
25        don't you tell me why it is that you choose to do this

15

1      work without compensation?

2   A   Well, the issue in this case is not one where there's

3      going to be a lot of -- of settlement funds.  This is

4      an area I know very well.  It's not an area that I

5      have to spend a lot of time doing extra work.  I

6      certainly -- I have a general principle of never

7      accepting expert witness fees myself.  I do charge in

8      most cases and use that money to support my students

9      and staff.

10         But in this case, Mr. Friedman's not asking for

11     millions of dollars in compensation, and I have no

12     intention of charging, except expenses if it comes to

13     that.

14  Q   Did you -- were you engaged on behalf of Mr. Friedman

15     when you testified in the Maine Public Utilities

16     Commission case?

17  A   I don't actually know the answer to that question, but

18     I think the answer is no.  I have been involved in

19     issues in Maine for a long period of time, but that

20     was primarily providing testimony to the State

21     Legislature.  I did meet Mr. Friedman on one of those

22     occasions, but it was not primarily Mr. Friedman.  I

23     was taking the initiative.

24  Q   In connection with the testimony you gave in the Maine

25     Public Utilities Commission case, did you get hired by

16

1      a lawyer or somebody else to provide expert testimony?

2   A   I actually don't recall.

3   Q   Did you -- do you recall working with a lawyer name

4      Bruce McLaughlin?

5   A   Bruce who?

6   Q   Bruce McLaughlin?

7   A   Yes, I do recall him.

8   Q   Did he engage you?

9   A   I suspect so, but I don't actually recall.

10  Q   I think one of the categories of documents that was

11     requested in your deposition notice was all documents

12     reflecting communications between you and Friedman or

13     his counsel during the pendency of the Maine Public

14     Utilities Commission case bearing docket number 2011-

15     262.  Do you recall seeing that?

16  A   No, I don't.

17  Q   Do you have Deposition Exhibit 1 in front of you

18     today?

19  A   I'm sorry?

20  Q   Do you have Deposition Exhibit 1, the deposition

21     notice, in front of you today?

22  A   Yes, I do.

23  Q   Can you take a look at that, please?

24  A   I have it now.

25  Q   Okay.  So -- and I know that you've sent some

17

1      materials I'm going to get when we have a break here,

2      but you will see paragraph 4 on page 2 of Exhibit 1

3      asks for those communications that I just described.

4      Do you see that now?

5   A   Yes, I do.

6   Q   Did you engage in any search of your files to

7      determine whether such communications existed?

8   A   I don't think any communications do exist there,

9      although I must say I didn't search very

10     systematically.  I just didn't recall any

11     communications, therefore, and didn't go searching.

12  Q   So I believe, and I could stand corrected, but I

13     believe Bruce McLaughlin was Mr. Friedman's counsel in

14     connection with that matter.  And I think you told me

15     a moment ago that you believe that Mr. McLaughlin --

16     you think Mr. McLaughlin may have been the person who

17     engaged you.  Do you -- assuming that's the case, do

18     you think it's likely that you would have had some

19     written communication with him or with Mr. Friedman?

20  A   I probably would have, but I would almost certainly

21     have deleted it.

22         My -- if you've received my list of depositions

23     and testimonies, that case should be listed there and

24     probably lists Bruce McLaughlin, as well.  I just

25     didn't recall the details of that, and I guess I

18

1      should have paid a little more attention since that

2      was Maine.

3   Q   Okay.  Well, we'll circle back to that.  I don't need

4      to spend a whole lot of time on it now.

5          Now, I -- taking a look at Carpenter Deposition

6      Exhibit 2, which I think was a CV, and it was just the

7      most recent one that I think I could find involving

8      you, which may have been back from the Maine Public

9      Utilities Commission case.  Do you have a more updated

10     CV that you provided today?

11  A   Yes.

12  Q   And do you recognize Carpenter Deposition Exhibit 3 as

13     testimony that you provided in the Maine Human Rights

14     Commission matter -- excuse me -- Maine Public

15     Utilities Commission matter?

16  A   Yes.

17  Q   Did you also testify in person before the Maine Public

18     Utilities Commission?

19  A   I don't recall.

20  Q   You mentioned a moment ago that you said you thought

21     you had testified before the Maine Legislature.  Do

22     you think that's accurate or do you think you were

23     referring to the Public Utilities Commission?

24  A   It was never -- I never testified to the full

25     Legislature, but I did testify on more than one

19

1    occasion to one subcommittee.  There was a member of
2    the Legislature that was very interested in this
3    subject, and I think she brought me to Maine on either
4    two or three occasions to work with this legislative
5    committee, but I certainly did not testify to the full
6    Legislature.
7    Q   Do you recall the name of the legislator?
8    A   I don't at the moment.  I may recall it if I -- as we
9        go along.
10   Q   Do you recall the name of the subcommittee?
11   A   No.
12   Q   And about when do you think that happened?
13   A   Oh, probably 8 or 10 years ago.
14   Q   Do you think that was before you testified before the
15       Maine Public Utilities Commission?
16   A   I don't recall.
17   Q   Do you have any records pertaining to your engagement
18       to serve as an expert witness in the Maine Public
19       Utilities Commission matter?
20   A   No.
21   Q   Do you know that for sure?  I guess my question is,
22       have you checked?
23   A   Well, I haven't checked.
24   Q   Okay.
25   A   I do have a folder on most cases, but my EMF cases

20

1    have been -- it's a minor part of the legal work I
2    have been involved in, and I have not checked.
3    Q   Okay.  Would you be willing to do that?
4    A   Absolutely.  At a break.  I have a file cabinet, and
5        at a break, I can look.
6    Q   And is it likely that insofar as any correspondence
7        exists between you and Mr. Friedman or between you and
8        Mr. McLaughlin or between you and anyone else
9        pertaining to the Maine Public Utilities Commission
10       case, that material would be contained in the file
11       cabinet that you just mentioned?
12   A   Well, a lot of emails would never get into that file,
13       but any -- any written documents should be in that
14       file.
15   Q   Do you save or preserve in any way folders of emails
16       that you exchanged with lawyers or clients who engaged
17       you in Public Utilities Commission cases?
18   A   Maybe on some occasions, but probably most of the
19       time, no.  The cases involving utilities are usually
20       ones that don't involve money, and a lot of it is
21       email traffic, which I simply delete.
22   Q   Okay.  Would you be willing -- have you searched to
23       determine whether you have any email communication
24       with either Mr. McLaughlin or Mr. Friedman?
25   A   I know I do not because -- I haven't searched, but I

21

1    regularly go through my inbox and my deleted files and
2    delete, delete, delete, just to keep ahead of things.
3    Q   When you were working in the Maine PUC case, did you
4        still have the same email address that you have today?
5    A   Probably not.  My university email was changed
6        probably 10 years ago.  I still occasionally receive
7        emails at the old address, but I'm sure that it has
8        changed at about that time one way or the other.
9    Q   Do you recall what that old email address was?
10   A   Yes, Carpent@uamail.Albany.edu.
11   Q   C-a-r-p-e-n-t at what?
12   A   Ua mail, u-a-m-a-i-l dot Albany dot e-d-u.
13   Q   Thank you.
14       MR. TAINTOR:  Why don't I just see if I can go
15       take about a 30-second break to see if I can find the
16       testimonial list.  I will be right back.
17       (Whereupon there was a break in the deposition at
18       10:49 a.m. and the deposition reconvened at 10:50
19       a.m.)
20   BY MR. TAINTOR:
21   Q   I want to ask you questions, Dr. Carpenter, about some
22       of the other deposition exhibits that I sent.  So
23       Exhibits 4, 5, and 6, I think, were all items that
24       were associated with the testimony that you gave in
25       the Maine Public Utilities Commission matter.  Can you

22

1    tell me what these documents are?
2    A   I don't know that I have any of those documents.  I am
3        just looking right now at my list of testimonies.  I'm
4        finding every state except Maine.
5    Q   No, I'm sorry.  These are the exhibits that I sent to
6        Mr. Merrill yesterday and he sent to you, the
7        deposition exhibits.
8    A   Oh, yes.
9    Q   So for -- so Number 4, for example, Carpenter
10       Deposition Exhibit 4 is entitled, Reported Biological
11       Effects from Radiofrequency Radiation at Low Intensity
12       Exposure.
13   A   I'm sorry, you're looking -- I thought you were
14       looking at the -- my deposition notice?
15   Q   No, I'm sorry.  No, I'm --
16       MR. MERRILL:  These were the exhibits I sent you
17       yesterday, David.
18       THE WITNESS:  Okay.  All right.  Yes.
19   BY MR. TAINTOR:
20   Q   Do you have those?  Can you pull those up?
21   A   What was the title of that?  I have hard copies of
22       most of these on my desk here.
23   Q   Reported Biological Effects from Radiofrequency
24       Radiation at Low Intensity Exposure.
25   A   Okay.  That's that long table?

23

1  Q  The long table -- it's one of a couple of long tables.

2  A  Yeah, yeah, I do have that printed out somewhere.

3  Q  I just want to make sure we're talking about the same

4     one.  So is this a document that's been revised over

5     time?

6  A  Well, I believe -- I believe that document came from

7     the BioInitiative Report.  I didn't recognize it, but

8     I don't know where else it would have come from, but

9     it's a listing of a whole variety of studies that are

10    -- report biological effects at various intensities of

11    radiofrequency radiation.

12 Q  Yeah.  And is this something that you created?

13 A  No.

14 Q  I think you presented it -- do you recall presenting

15    this to the Maine Public Utilities Commission back in

16    2013?

17 A  I don't think this is anything I have seen before.

18 Q  You see at the top right-hand corner, it says

19    Carpenter Exhibit B?

20 A  Yes.

21 Q  So I think this was attached to the testimony, the

22    prefiled testimony that you gave in the Maine Public

23    Utilities Commission matter?

24 A  That may be.  This is certainly not something I

25    assembled.  I suspect this is one of the tables from

24

1     the -- the 2007 BioInitiative Report.

2  Q  Okay.  And there's been a 2012 revision of the

3     BioInitiative Report, correct?

4  A  That's right.  I think this one -- actually, this one

5     is probably from the 2012 version of that report.

6  Q  There are some 2010 articles listed here, for example,

7     on the first page?

8  A  Yes.

9  Q  And is there a new -- a new revision of the

10    BioInitiative Report being published currently?

11 A  No, there are some -- some additions added, but that's

12    primarily things added that my co-editor, Cindy Sage,

13    has put up on the website.  She manages the website,

14    but we have not assembled the full panel of people

15    that were part of the 2007 and 2012 group.

16 Q  Looks like I made a mistake by printing two copies of

17    this same document and calling one Exhibit 4 and one

18    Exhibit 5, so I am going to skip over Exhibit 5 and

19    ask you about Exhibit 6.  And what this looks like to

20    me -- this also says, David Carpenter, Exhibit B.  I

21    believe it's from the Maine Public Utilities

22    Commission case.  And I guess what it looked like to

23    me, this sort of corresponds with Exhibit 4 in that it

24    contains the same references, it lists them by author,

25    as opposed to categorizing them by power density.

25

1  Q  Does that appear to you to be the case?

2  A  Yes, I think that is -- let me pull up things in the

3     Dropbox because I am having trouble following what

4     you're asking about.

5  Q  Sure.

6  A  So this is Exhibit 5 there?

7  Q  No, I'm looking at Exhibit 6 now.  I'm comparing 4 and

8     6.

9  A  I think this is just a continuation of -- oh, this is

10    different.  Yes, again, this makes clear that this was

11    prepared by Cindy Sage.

12 Q  So, for example, just to try to put a finer point on

13    this, if we look at Exhibit 4 and you look at the

14    eighth page of Exhibit 4, there is a reference right

15    about in the middle of the eighth page to an article

16    by an author named Repacholi; do you see that?

17 A  This was -- this is the fourth page you said?

18 Q  No, the eighth page of Exhibit 4.

19 A  Well, my -- this is all tipped on it sideways so it's

20    difficult to read, but I know the articles by

21    Repacholi, if that's what you're asking about?

22 Q  Well, here's what I'm trying to get at just so I can

23    understand this better.  The -- actually, why don't

24    you tell me when you've found the eighth page of

25    Exhibit 4.  Do you have that now?

26

1  A  No, I am on the sixth page apparently.  Now I'm on the

2     eighth page.

3  Q  Do you see about halfway down the middle of the page

4     on the far right-hand column it says, Repacholi 1997?

5  A  Yes, I see that now.

6  Q  Okay.  And now if we compare that to Exhibit 6, this

7     one is a little easier because the references are in

8     alphabetical order and there is another reference to

9     Repacholi, a 1997 article, it gives a specific

10    citation to a text called -- or to a journal called

11    Radiation Research, Volume 147.

12 A  Okay.  Here.  All right.  Let's start that again.

13    You're talking now which exhibit?

14 Q  Exhibit 6.

15 A  Exhibit 6, right.

16 Q  And you see a -- this is in alphabetical order.  What

17    I'm really trying to confirm is that the

18    Repacholi article referred to in Exhibit 6 and

19    identified as an article appearing in the Journal of

20    Radiation Research is the same source that is referred

21    to in Exhibit 4 that we talked about a moment ago; is

22    that true?

23 A  I believe it is.

24 Q  There's just one Repacholi article from 1997 that

25    you're familiar with that --

27

1   A   Yes.
2   Q   -- addresses this issue of lymphoma in transgenic
3       mice?
4   A   That's correct.
5   Q   I did not see, based on my review of this document,
6       which I think was submitted in connection with your
7       testimony in the Maine PUC case, any other references
8       to associations between RF emissions and lymphoma. My
9       question to you is, are you aware of any other
10      articles or do any of the -- do any of the articles in
11      Exhibit 6, as far as you're aware, address the issue
12      of the association between RF emissions and lymphoma?
13  A   Not in mice, that's correct. There is one more recent
14      paper that is relevant -- I didn't include it in my
15      statement, but it's -- it's an article by Lerchi or
16      something like that, and it -- it was not on the
17      transgenic -- it was not on transgenic mice, but it
18      did involve radiofrequency exposure and an elevated
19      development of lymphomas in mice.
20  Q   And is that an article that you produced in connection
21      with today's deposition?
22  A   No, I did not.
23  Q   Okay. Would you -- are you -- is it your testimony
24      that this article that you just referred to supports
25      your opinions or forms any part of the basis for your

28

1       opinions in this case?
2   A   No, I think not and that would be true for the
3       Repacholi article, as well. I think the strongest
4       evidence is the study done by the National Toxicology
5       Program, which we will get to. The original Repacholi
6       study, this study by Lerchi, L-e-r-c-h-i, which was
7       published in 2005, sorry, that's 2015, those are small
8       studies in relation to the large, very extensive
9       National Toxicology Program study. So I think each of
10      these by themselves are interesting, they support an
11      association of the development of lymphoma, but
12      they're not nearly as powerful as the National
13      Toxicology Program study.
14  Q   And when you say they're not nearly as powerful, can
15      you explain to me what you mean by the term powerful
16      and what your basis is for that testimony?
17  A   Well, the number of animals in the studies were much
18      smaller. The duration of the exposure much longer.
19      And in both of these papers -- I didn't review the
20      Repacholi paper, but I knew it quite well, they --
21      they see associations. They see associations for
22      which there had not been previous suggestions that
23      there would be a positive effect. So, yes, they're
24      consistent with lymphoma being elevated by exposure to
25      radiofrequency radiation, but they are not nearly as

29

1       powerful a study as the National Toxicology Program.
2   Q   I understand that you testified before the Michigan
3       Public Service Commission in 2012 in connection with
4       that state's implementation or rollout of advanced
5       metering infrastructure, correct?
6   A   Right.
7   Q   And was it your testimony in that case that the
8       Michigan Public Service Commission should not approve
9       the implementation of AMI because of the danger to the
10      public?
11  A   That is correct.
12  Q   And do you know what the outcome was of that
13      proceeding?
14  A   I do not.
15  Q   I believe in your testimony in that case you indicated
16      that approximately 5 to 10 percent of the population
17      shows symptoms of electromechanical hypersensitivity;
18      do you recall that?
19  A   Well, that -- there is evidence in the peer-reviewed
20      literature suggesting that number. I certainly recall
21      not in that specific case, but I use that analogy or
22      that statement quite frequently based on results from
23      other people's studies.
24  Q   And so what I'm trying to get at, is that -- that
25      testimony was about 10 years ago. Is your opinion

30

1       about the prevalence of electromechanical sensitivity
2       the same today as it was back in 2012, it's roughly 5
3       to 10 percent of the population?
4   A   Yes, I think that's -- that's still my opinion. I'm
5       not aware of any really good study that has
6       systematically looked at a large population of people.
7       One of the problems is many people may be sensitive to
8       these radiofrequency fields and not realize the cause,
9       and there's good evidence, on the other hand, that
10      many people that are ill want to blame electromagnetic
11      fields and when they're brought into a place where
12      they can be studied, they do not demonstrate any
13      ability to identify a sensation in relation to the
14      exposure. So those numbers are really not well
15      documented in terms of what percentage of the
16      population exhibits these signs.
17  Q   And the studies that you were talking about just a
18      moment ago where you find that people who want to
19      blame radiofrequency for their illness and then that
20      turns out not to be substantiated by the evidence are
21      what you refer to as provocation studies?
22  A   Yes, that's correct.
23  Q   And is the McCarty study the one that you think is
24      helpful in that regard?
25  A   Well, it's one of the ones that I think that's

31

1  helpful.  That was a study done the way it should be
2  done, but it's a study of one person, and it was
3  blinded in terms of whether there was exposure or not
4  exposure.
5       The other thing that makes that a little bit less
6  appropriate for expansion to this case is the -- that
7  was a study of magnetic fields from 60 hertz, electro
8  magnetic fields, not radiofrequency fields.  But there
9  are a variety of things I like about that study.  The
10  subject was a physician, obviously a reasonably
11  well-educated person.  The -- the investigators really
12  did a very good blinded exposure.  She didn't know
13  when things were off.  She didn't know when they were
14  on.  When they were on, she demonstrated symptoms like
15  headache or changes in heartbeat.
16       The other thing that's so interesting about that
17  -- the report and consistent with several others, that
18  what seems to be the most provocative are the rapid
19  ons and off, and that's particularly relevant to the
20  case of smart meters because the -- the radiofrequency
21  fields from smart meters are a sequence of bursts of
22  extraordinarily high intensity, but very brief
23  duration.  And there's a building body of evidence
24  that smart meters are particularly provocative in
25  people that are electrosensitive, even in people that

32

1  were previously not electrosensitive and become
2  electrosensitive.  And I think that my view, and I
3  wouldn't say that it's 100 percent established
4  scientifically, but I think it's these very rapid ons
5  and offs that are more provocative to people that are
6  electrosensitive than just the maintained fields.
7  Q  So I want to try to break apart that last answer just
8     a little bit.  I am probably not going to quote you
9     perfectly accurately, so please correct me if I'm
10    wrong, but I think one of the things you said was that
11    there is a building body of evidence that smart meters
12    are particularly provocative in persons who suffer
13    from electromechanical hypersensitivity; is that
14    correct?
15  A  That's correct.
16  Q  And what is -- can you identify the articles or
17    studies in that building body of evidence?
18  A  Well, the one that is -- that was put up on my site
19    was the Lamech study.  Let me see if I got the name
20    correct.  Which was a study in Australia of where they
21    surveyed -- yes, smart meters were installed and there
22    were a number of complaints, and this one, Lamech,
23    basically collected information from a large number of
24    people and -- and it was the installation of the smart
25    meters that seemed to cause the development of

33

1  symptoms.
2       In my publication on microwave illness, which I
3  know that you have there, I report on other people, a
4  husband and wife in California that were out of --
5  they were in Europe at the time a smart meter was put
6  on their house.  They came back, they both developed
7  hypersensitivity, didn't understand what the cause
8  was, found it was the smart meter, had the smart meter
9  removed, the symptoms declined, but they remained
10  sensitive when they were in other circumstances than
11  their home to high fields.
12       Those are anecdotal.  They don't constitute what
13  I would consider adequate documentation.  The Lamech
14  paper, this is, again, self-reported symptoms, but in
15  issues like this, I try to look at the weight of the
16  evidence and I think the weight of the evidence is
17  consistent with there being something about smart
18  meters that is more likely to trigger symptoms in
19  sensitive people than just Wi-Fi or cell tower
20  stations, talking on the cell phone, and that sort of
21  thing.
22  Q  So just to be clear, though, to make sure I understand
23    what you're saying, the evidence, as you understand
24    it, is that smart meters are particularly provocative
25    for individuals who are electromagnetically

34

1  hypersensitive, which is roughly, as you understand
2  it, 5 to 10 percent of the population, true?
3  A  True.  I think probably the 5 to 10 percent may be a
4    bit high, it may be less than that, but there
5    certainly is a group of people that are sensitive.
6  Q  And is there -- am I correct in understanding that
7    different people, in your opinion, are hypersensitive
8    to different frequencies of electromagnetic radiation?
9  A  Yes, that is my opinion, and that's based on a 1991
10    study by this fellow Rea in Texas.  It's one of the
11    few studies, provacative studies that, I think, really
12    did the study well.  But he did find among those
13    people, this is a study in a blind situation so people
14    didn't know whether the fields were on or not.  But he
15    did find that electrosensitive individuals differed in
16    which frequencies they were particularly sensitive to.
17       That study, you know, 30 years ago has not been
18    replicated by anybody and I would be much happier if
19    it had been replicated, but I think it is consistent
20    with the fact that some people are more vulnerable to
21    magnetic fields and electricity, others to various
22    frequencies within the radiofrequency spectrum.
23       And in that paper Rea states that quite clearly,
24    that electrosensitive people have specifically --
25    specific frequencies to which they respond.

35

37

1  Q   So -- and does that hypersensitivity, in your opinion,
2      extend all the way from low frequency, say, 60 hertz
3      to the radiofrequencies of -- that are emitted by
4      smart meters?
5  A   Yes.
6  Q   So is it fair then to say that of the ballpark, 5 to
7      10 percent of people who are electromagnetically
8      hypersensitive, some fraction of those would be
9      hypersensitive to radiofrequency emissions at the
10     frequency emitted by smart meters, but that -- it
11     wouldn't be the whole 5 or 10 percent?
12 A   That's correct.  Again, that's not totally supported
13     by published papers, but that is -- that's how I see
14     the situation.
15 Q   Is the -- you didn't cite the Rea article I see in
16     your study, is there a reason for that -- excuse me --
17     in your study, in your report, is there a reason you
18     didn't cite that as supportive of your opinion?
19 A   No, there's not a reason I didn't cite that.  I didn't
20     talk particularly about smart meters.  Obviously,
21     there's a huge literature here that I have, what,
22     three file cabinets full of reports.  And I -- I don't
23     cite everything that's perhaps relevant in the report,
24     but I think that is an important observation, and
25     that's an important paper.

1      specifics of his case and particularly on this
2      question of whether continued exposure had a greater
3      risk for him than for other individuals.
4  Q   Gotcha.  So am I correct -- and, again, I'm trying to
5      condense and recap what you said and if I do it
6      incorrectly, please correct me, I'm sure you will.  I
7      think you just said that you thought that the two most
8      important studies for purposes of this case are those
9      that pertain to the effect of RF exposure on children
10     with leukemia; is that correct?
11 A   I think -- yes, that's partly correct.  I think that
12     one of the really important questions in this case,
13     would exposure from a smart meter have an unusual
14     adverse effect on Mr. Friedman as compared with
15     someone that does not already have a case of
16     Non-Hodgkin's lymphoma?
17 Q   Right.
18 A   And these two papers, the Svendsen and the Foliart
19     studies demonstrate that children with leukemia, not
20     adults, but children with leukemia that are in
21     remission, they -- their duration of remission is
22     lower than it is for individuals that are not so
23     heavily exposed.  And I think that that's also
24     relevant to Mr. Friedman's case.
25         Now, one of them -- I can never remember to

36

38

1  Q   Just to be clear, what -- what criteria did you use to
2      select the references that you included at the end of
3      your report, which is Exhibit 7?
4  A   Well, I -- I focused a lot on the evidence that if you
5      have cancers of the hematopoietic system, that
6      exposure to radiofrequency radiation is likely to
7      reduce the interval of time when you are in remission.
8  Q   Would you repeat that statement again so I understand
9      it?
10 A   I focused on two publications that -- both dealing
11     actually with -- well, one dealing with -- in the RF range and
12     electromagnetic fields in the -- in the RF range and
13     the other in the radiofrequency range that show that
14     children with leukemia, if they're exposed to elevated
15     electromagnetic fields, the duration of their
16     remission of the cancer is reduced as compared with
17     children that are not exposed to electromagnetic
18     fields.
19         I think in this case with Mr. Friedman's
20     Non-Hodgkin's lymphoma, this is really one of the
21     major reasons why he is vulnerable under the Americans
22     with Disabilities Act to not have to pay extra charges
23     for having an analogue meter on his house.
24         So I wasn't trying to write the dissertation on
25     electromagnetic fields, but rather to focus on the

1      pronounce it right either, but that particular cancer
2      almost always individuals that develop it will go into
3      remission, and that remission will last for somewhere
4      between 5 and maybe 12 or 15 years, but that
5      particular form of Non-Hodgkin's lymphoma is
6      invariably fatal provided you don't die first of
7      something else.
8          You would hope that that duration of the
9      remission -- and from what I could read on
10     Waldenstrom's lymphoma, almost everyone that develops
11     it will ultimately die of that disease unless they die
12     of something else sooner.  The duration of that
13     remission can be quite long.
14         But these two papers demonstrate that children
15     with leukemia, their period of remission is reduced if
16     they are exposed to elevated electromagnetic fields.
17     This to my mind is the major support for Mr. Friedman
18     not being penalized for keeping an analogue meter, not
19     a smart meter on his house because the greater the
20     exposure that he has to radiofrequency fields the
21     evidence would support that the shorter the period of
22     time he would be from his cancer.
23 Q   Okay.  And, again, to be clear, it's the Foliart and
24     the Svendsen articles that are the primary support for
25     that hypothesis, correct?

39

1    A    That is correct.

2    Q    And to go back and clarify because I think we've now

3         gotten away from this whole issue of hypersensitivity,

4         but I want to be clear whether we are or not.  Do you

5         have any basis whatsoever for believing that

6         Mr. Friedman suffers from electromagnetic

7         hypersensitivity?

8    A    I have no basis for drawing that conclusion.

9         Actually, I have never asked him, but I don't think

10        that's a major issue in this case.

11   Q    It's not your contention, just so -- or not your

12        opinion, so I understand it, that he should be

13        accommodated in a particular way because he is

14        electromagnetically hypersensitive?

15   A    No, that is not my opinion.

16   Q    Have you reviewed any of his medical records?

17   A    No, I have not.

18   Q    Do you have any information at all about when or how

19        Mr. Friedman acquired his disease?

20   A    No, I have no information on that.

21   Q    Do you have any information at all about what his

22        symptoms are today or about how they have progressed

23        over the course of his lifetime and by that I mean his

24        symptoms related to his cancer?

25   A    I -- I may have gotten some information from talking

40

1         with Mr. Merrill, possibly with Mr. Friedman, but I

2         don't have any real documentation of anything about

3         his -- when he developed the cancer, what his symptoms

4         are and so forth.  All I know is that that's the

5         diagnosis that he has.

6    Q    You referred to long periods of remission for people

7         with Waldenstrom's, do you know what -- for how long

8         Mr. Friedman has been in remission?

9    A    I do not, no.

10   Q    Did you make any notes of conversations that you had

11        either with Mr. Merrill or with Mr. Friedman in which

12        they conveyed to you information about Mr. Friedman's

13        illness or his symptoms?

14   A    I do have one thing of notes.  The only thing that I

15        have here is that his symptoms are fatigue and bone

16        and joint pain.  But I am due to write a report by

17        November 1, but, no, I don't have anything more than

18        that.

19   Q    Okay.  And that's -- I'm sorry.  Is that -- you're

20        referring to a page of handwritten notes and that is

21        -- is that the only page of notes that you have about

22        the case, period?

23   A    Yes, it is.

24   Q    Did you provide that information -- I assume you

25        didn't provide that document in response to today's

41

1         deposition notice?

2    A    No, I did not.

3    Q    Are you willing to provide that document?

4    A    Absolutely.  And I doubt you will be able to read my

5         writing, but I am certainly willing to provide it.

6    Q    So we have been going for about an hour and a half

7         now.  Do you want to take a little break and I can see

8         if I can pull up those documents that were provided

9         this morning?

10   A    Sure.  And I will see if I can find -- a file on the

11        Lamech case.

12             (Whereupon there was a break in the deposition at

13        11:28 a.m. and the deposition reconvened at 11:46 a.m.

14   BY MR. TAINTOR:

15   Q    Okay.  Doctor, apart from your testimony before the

16        Maine Public Utilities Commission and the Michigan

17        Public Service Commission, have you testified before

18        any other state utility regulatory agencies on the

19        subject of the safety of smart meters?

20   A    Yes.

21   Q    Can you --

22   A    So many that I keep forgetting who they were.

23        Okay.  So maybe that's some of what I'll see in this

24        document once it comes through.

25             Let me ask you this question, has -- to your

42

1         knowledge, has any state utility regulatory commission

2         for which you have testified ever declined to

3         implement advanced metering infrastructure based on

4         the conclusion that it posed a danger to the public?

5    A    Not to my knowledge, no.

6    Q    Do you recall whether during the Maine Public

7         Utilities Commission proceedings you had any

8         information about Ed Friedman's medical complaints or

9         circumstances?

10   A    No, I don't, but let me answer the other question.  I

11        have a huge folder of the proceedings of that meeting,

12        which I had not reviewed before -- I had totally

13        forgotten about it, so I apologize for that.  But I do

14        have a good bit of information, and it confirms that I

15        had thought Mr. Friedman himself was not

16        electrosensitive, but he had taken the lead in

17        organizing the action based on people that were

18        concerned about smart meters.  He had a major lead in

19        doing this survey of a large number of people, and I

20        have the results of that survey here.  Again, I had

21        not reviewed that information before this deposition.

22   Q    Do you have any actual either written or email

23        correspondence with Mr. Friedman in that file, or is

24        it too big to review?

25   A    I think the answer is yes.  I certainly have

43

1 correspondence with Bruce McLaughlin.  I do have
2 emails from Mr. Friedman, yes.
3 Q  Okay.
4 A  One.
5 Q  Can you -- I'm sorry, what was the last thing you
6 said, sir?
7 A  At least one.  I think it's only one email from
8 Mr. Friedman.
9 Q  And can you read that email into the record for us?
10 A  Yes.
11 Q  First of all, what's the date?
12 A  March 20, 2013.  This is a -- a long email.
13 Q  Okay.  Well, if it's multiple pages maybe I won't have
14 you read it all into the record.  Maybe you could --
15 during the break perhaps, you can scan it and email it
16 to Attorney Merrill so he could or you could forward
17 it directly to all of us, if Mr. Merrill agrees?
18 MR. MERRILL:  I would just like to take a look at
19 it first, Chris.
20 MR. TAINTOR:  Sure.
21 MR. MERRILL:  I have no idea what it contains.
22 MR. TAINTOR:  Sure.
23 A  Well, it looks like it was originally more than one
24 page, but I only have front and back copies.  This is
25 comments and references and attachments from Diane

44

1 001, which I just wrote.  The EXN questions are at the
2 bottom of the email.  Thanks, Ed.
3 And then it goes -- describes several different
4 exhibits.
5 Q  Actually, why don't we do this because Attorney
6 Merrill wants to see that, I don't want you to -- I
7 don't want you to read it until he's had a chance to
8 look at it.  So if you could maybe at the break you
9 can send that to Attorney Merrill and then he can
10 decide whether he has any issues with it.
11 A  Not a problem.
12 Q  And can you just -- the one thing I guess is, can you
13 tell me whether -- is Attorney McLaughlin copied on
14 the email?
15 A  No.
16 Q  Any other attorneys that you're aware of or is that
17 just between you and Mr. Friedman?
18 A  It appears to be just between Mr. Friedman and me.
19 Q  Thanks.  All right.  So we'll clear that up at the --
20 A  I will scan that and send that, plus my handwritten
21 notes.
22 Q  That would be great.  Thank you.  And then we can
23 figure out what else is in that file.  Maybe I'll -- I
24 don't know how we're going to do that.  We will think
25 about that as we go along here.

45

1 So I have received the list of testimony from
2 Attorney Merrill.  And I am going to have this scanned
3 and marked as a deposition exhibit.  Before I do that,
4 let me go through -- I think I will start at the end
5 and go backwards in time.  Do you have that in front
6 of you, sir?
7 A  Yes, I do.
8 MR. MERRILL:  Is this going to be Deposition
9 Exhibit 20, Chris?
10 MR. TAINTOR:  If that's where we left off, that's
11 what I'll mark it as, sure.  I haven't done that --
12 actually, let me do that while I'm sitting here.
13 BY MR. TAINTOR:
14 Q  Okay.  So the document that we're going to mark as
15 Deposition Exhibit 20 is a list of your prior
16 testimony and if we start at the end, the most recent
17 testimony, we see that as recently as a month ago you
18 testified in a case involving the Deepwater Horizon?
19 A  That's correct.
20 Q  Let's do it this way, instead of my going through all
21 of these one by one, if we start with the most recent
22 one, can you tell me what the most recent case is in
23 which you testified that involved alleged adverse
24 health effects from exposure to radiofrequency
25 radiation?

46

1 A  I suspect that was the Kosrovani case, which I'm not
2 sure I actually recall the details on that.  I believe
3 this was a man who was electrosensitive and wanted to
4 have, if I remember correctly, a cell tower moved away
5 from his apartment.
6 Q  Okay.
7 A  I have another file if you want to know more details
8 that I would have to check to be sure I am recalling
9 correctly.  That's two years ago and --
10 Q  Yeah.  I understand memories fade.
11 A  Before that there was testimony before the
12 Pennsylvania Public Utilities Commission.
13 Q  Okay.  Let me find that.  Okay.  That's -- all right.
14 That's Richard Myers v. PPL Electric Utility
15 Corporation?
16 A  That's correct.
17 Q  And that was -- you testified for the plaintiff, but
18 to be more accurate, there's probably no plaintiff in
19 that case, right?  It was someone who is challenging
20 some action that was -- that the Pennsylvania Utility
21 Commission --
22 A  That's correct.
23 Q  -- some utility proposed to take?
24 A  That's correct.
25 Q  Do you recall, was that about smart meters or

47

1    something else?

2    A    I don't recall.  I have another file on my computer

3         that I could check if you want to know.

4             Then above that it's New Jersey.  This one I do

5         recall because this was a case not involving smart

6         meters, but a high-voltage power line, that the

7         utilities wanted to put on a rail track that went

8         through a residential community.  And we actually won

9         that case, and they refused to allow the construction

10        of that power line in the right-of-way of the

11        railroad.

12   Q    And do you know whether that was because of

13        conclusions that were drawn concerning adverse health

14        effects from the power line?

15   A    Yes, it was, and it was primarily my testimony, I

16        think, that moved that case.

17   Q    Okay.

18   A    You see most of my -- my cases involve PCBs and

19        Monsanto.

20   Q    Right.

21   A    Before that there was a case before the Michigan

22        Public Service Commission.

23   Q    Before we go back to that, The Fay School case --

24   A    Yes.

25   Q    -- we have testimony here about that, that involved

48

1         Wi-Fi, correct?

2    A    That's correct, yes.  I skipped over that one, I

3         guess.

4    Q    And actually before we move ahead, let me go back and

5         ask you about the Kosrovani case involving the cell

6         tower.  Do you know what the outcome was of that case?

7    A    I do not know.

8    Q    Do you recall what jurisdiction that was in?

9    A    If you give me a moment -- I'm sorry, I don't seem to

10        have any information in my file here.

11   Q    That's fine.  So we talked about The Fay School case

12        and then I think you have got a bunch of Monsanto

13        cases.  I think -- oh, you mentioned the Michigan

14        Public Service Commission case, that's one we already

15        talked about, right?

16   A    Yes.

17   Q    And you understand that the Michigan Public Service

18        Commission approved the implementation of the advanced

19        metering infrastructure?

20   A    Yes.

21   Q    Okay.  Prior to that, can we see -- can you find any

22        that pertained to radiofrequency emissions?  And let

23        me interrupt you, is Florida BC v. Citizens for Safe

24        Technology such a case?

25   A    Yes, that was a case.  That was in British Columbia.

49

1    Again, I was qualified in that case, but we did not

2         win it.

3    Q    Okay.  And did that -- what technology did that

4         pertain to, if you recall?

5    A    That was smart meters.

6    Q    Okay.  And then the Barnett case in Connecticut, I

7         believe that's one of your depositions that I have?

8    A    Yes.

9    Q    That was in Connecticut?

10   A    Right.

11   Q    Okay.  And that was power lines?

12   A    Barker is power lines.

13   Q    Yeah.

14   A    The Quebec case was smart meters.  It was the

15        strangest experience I think I've ever had in a legal

16        situation because they officially disqualified me and

17        then said please testify, so --

18   Q    Why did they officially disqualify you?

19   A    I have no idea.  It was really quite bizarre.  The

20        impression they gave was they had already made up

21        their minds that smart meters were safe and they just

22        had to sort of give me the benefit of having traveled

23        up to Montreal to at least say my peace, but,

24        obviously, nothing happened there.

25   Q    I'm sorry, you said you -- you said that smart meters

50

1         were rolled out notwithstanding your testimony in

2         Quebec?

3    A    That's correct.  That's correct.

4    Q    Then AHM v. Morrison is Wi-Fi, correct?

5    A    That's Wi-Fi, yes.

6    Q    Any others here involving electromagnetic fields?

7    A    The Cybart, et al. is magnetic fields, but, again,

8         I -- I just don't recall very much about that case.

9    Q    Do you recall what jurisdiction that was in?

10   A    I am not certain, but I think that was Pennsylvania.

11   Q    Okay.

12   A    But I don't recall.

13   Q    Okay.  Any others?

14   A    Minnesota, that was a power lines case.

15   Q    What was the nature of the dispute insofar as your

16        testimony?

17   A    It's where the hydro power line would be routed,

18        whether it would go through a residential community or

19        more rural community.  And I believe, in fact, they

20        did re-route the high-voltage power line.

21            Another Pennsylvania case, and I just don't have

22        any recollection of the details of that one.

23   Q    Is that the Salt Creek Estates one you're talking

24        about?

25   A    Before the Pennsylvania Public Utility Commission,

51

1    yeah, Salt Creek Estates.  That's correct.

2 Q  Okay.  You just don't remember that.  Okay.

3 A  Passariello is also a Connecticut power lines case.

4 Q  I guess if we go back this far in time, we're probably

5    not going to see too many smart meters cases there

6    because --

7 A  That's correct because there weren't any smart meters

8    back then.

9 Q  Okay.  So the cases in which you have testified about

10   smart meters are the Maine case, the Michigan case,

11   any others?

12 A  I think I did testify in at least one of the

13   Pennsylvania cases.

14 Q  Okay.  And do you know what the outcome was there?

15 A  I don't think we won in any of those cases, except the

16   one about the high-voltage power line and the railroad

17   tracks.

18 Q  And a situation that's a little confusing to me, I'm

19   just trying to understand the issue with the railroad

20   tracks, so was there already railroad tracks and then

21   there was just an effort to put a high-voltage power

22   line adjacent to it?

23 A  That's correct.

24 Q  Okay.

25 A  But there were railroad tracks that went through this

52

1    residential community.

2 Q  And, again, I apologize if I have asked you this

3    question and you have answered it, but you're not

4    familiar with any jurisdiction -- are you familiar

5    with any jurisdiction that has ever barred the

6    implementation or rollout of advanced metering

7    infrastructure on the ground that it poses an undue

8    risk to public health?

9 A  That is correct.  I am not familiar with any situation

10   where that was the outcome.

11 Q  And other than in this case, have you ever testified

12   in any case involving a claim by a particular

13   individual that he or she was entitled to some

14   particular accommodation for -- or disability laws

15   because of the fear or the risk that exposure to RF

16   radiation would cause him or her disproportionate

17   harm?

18 A  Well, The Fay School case comes closest to that.

19   Now, that case basically was never totally settled.

20   My testimony was accepted.  I am not sure -- I don't

21   understand the legal terms well enough to know, but

22   there was not a decision.  It was deferred, and there

23   were questions of whether it would proceed in another

24   fashion, which to my knowledge it has not.  But that's

25   the only other case where the health effects of

53

1    specific exposure to radiofrequency fields of an

2    individual was -- was the object of the case.

3 Q  I thought I recalled, maybe correct me if you think

4    I'm wrong or if you have different information, that

5    in this case although the court assumed that such a

6    thing as EMF hypersensitivity exists, the court

7    concluded that there was insufficient evidence to find

8    that the student in that case could trace his symptoms

9    to Wi-Fi exposure; do you recall that being the

10   outcome?

11 A  I don't actually know that -- I knew that it was not

12   won, but not totally lost.  And that's about all I

13   know.

14 Q  Okay.

15 A  And I guess I should say that the Portland school case

16   is also similar to that.

17 Q  Right, right, right.  The BioInitiative Report, I

18   think you mentioned before, is a document that you

19   were involved in editing and also somewhat involved in

20   writing, correct?

21 A  Correct.

22 Q  And how did the BioInitiative Report come to be?

23 A  Well, Cindy Sage was the power behind that report, and

24   I worked with her closely, but she was the one that

25   did the majority of the legwork on it.  We, together,

54

1    discussed who would be invited to contribute chapters

2    to it, but, again, Cindy did most of the work.

3         The only part that I had a major role in writing

4    was the public health chapter, which was then

5    subsequently published as a peer-reviewed paper and

6    reviews on environmental health.  A lot of

7    consultation by telephone, by email on specific

8    issues, but the various chapters of the BioInitiative

9    Report are for the most part solely the product of the

10   authors of those chapters.  We contemplated making it

11   a document being published as a book.  The logistics

12   of having everybody's style being the same and so

13   forth was such that we decided not to do that.  So,

14   again, each author did their own thing on their

15   chapters.

16 Q  Yeah, I think taking a look here at -- I apologize.  I

17   am just not finding this as quickly as I wanted to.

18   Was it Chapter 24 of the BioInitiative Report that you

19   authored; is that the one you're talking about?

20 A  It's Section 17 of the 2007 version of the

21   BioInitiative Report.

22 Q  And did that carry over to the 2012 edition?

23 A  Yes, it did, with minimal change.

24 Q  Okay.  And what's Cindy Sage's background?

25 A  She is a master's level person, not in science, and I

55

1  think this was one of the main reasons that I was
2  invited to be the co-editor and chief because Ms. Sage
3  was not a doctor-level person, was not really trained
4  in science and, obviously, I was.
5  Q  So what drove her interest in this effort?
6  A  I am not sure I really know the answer.  She has a --
7  she has a consulting company, but she certainly made
8  no money on this report.  And I think she just -- to
9  the best of my knowledge, she just became convinced
10  that this was a very major public health issue that
11  was not being addressed by governments or
12  international organizations and that there was a need
13  to -- to develop an open-access document that provided
14  the evidence for there being adverse biological
15  effects of electromagnetic fields.
16  Q  So I am looking at Section 24 of the 2012
17  BioInitiative Report entitled, Key Scientific Evidence
18  and Public Health Policy Recommendations, and that
19  appears to be co-authored by you and Cindy Sage?
20  A  Yes, that's sort of an expansion of the Section 17,
21  2007 report.
22  Q  I see.  Okay.  And did you make certain
23  recommendations there with respect to the use of or
24  exposure to smart meters?
25  A  I don't have a hard copy of that in front of me.

56

1  Q  Okay.
2  A  And I don't really recollect whether we specifically
3  addressed smart meters.
4  Q  Okay.
5  A  I suspect we did, but I don't recall.
6  Q  Okay.  Did you make recommendations or have you ever
7  made recommendations for what you believed to be
8  generally safe RF exposure levels?
9  A  Yes, we have recommendations in both the 2007 and
10  2012, and this actually became somewhat of a little
11  bit of a disagreement between Cindy Sage and me.  The
12  recommendation in the 2007 BioInitiative Report is
13  that an appropriate goal -- and we did not use the
14  word standard, but an appropriate goal would be 0.1
15  microwatts per square centimeter.  That's three orders
16  of magnitude lower than most existing standards in the
17  U.S. and other developed countries.
18      In the 2012, Cindy wanted very much to push that
19  down to 0.01 microwatts per centimeter squared.  I
20  objected to that and still object to that, although
21  that's how it was published.  What -- what we do add
22  in both of these reports is a statement that there is
23  no evidence that there is any safe level.  The -- the
24  lower levels were determined primarily by invitro
25  studies of isolated cells, and, you know, there's no

57

1  disagreement on my part, but that there are biological
2  effects from very, very low intensities of
3  radiofrequency fields.  The issue is how realistic is
4  that to achieve in our modern world.  And I think the
5  0.1 was already a level so low it would be very
6  difficult to include that as a standard and the 0.01
7  would be almost impossible.
8      And that is -- that's what gave rise to that long
9  list of studies, the disagreement between Cindy and
10  me, not disagreement about the findings of the
11  studies, but disagreement about setting something up
12  that was so totally unrealistic to implement that I
13  felt the .01 microwatts per square centimeter was
14  difficult enough and that it would be wiser to leave
15  it there.
16  Q  You said a moment ago that there is no evidence that
17  there is a safe exposure level.  Is there any evidence
18  that there is an unsafe exposure level?
19  A  I'm sorry?
20  Q  That there is an unsafe exposure level?
21  A  There certainly is evidence that there are biological
22  effects on isolated cells at very low exposure levels.
23  There's a huge amount of evidence that there are
24  unsafe levels, and those are the studies that deal
25  with things like brain cancer, triggering the symptoms

58

1  of electrohypersensitivity.  That level is certainly
2  very, very much lower than the 10 microwatts per
3  square centimeter that's the FCC standard.
4      I think this is like a lot of other environmental
5  exposures.  What one has to do is balance risk against
6  benefit.  Certainly, I am not of the view that we'll
7  ever go back to a wireless age.  It's like the other
8  things we accept.  We accept air pollution, knowing
9  air pollution is bad for us.  We try to limit the
10  magnitude of the exposure as best we can without
11  causing such enormous harm to economic development
12  that it's unrealistic.
13      So, again, these values, whichever one you choose
14  from the 2007 to 2012 report, are -- are levels at
15  which there is some evidence for adverse biological
16  effects at least in isolated cells in a petri dish.
17  Q  I'm sorry, you said at least in isolated cells in
18  what?
19  A  In a petri dish.
20  Q  In a petri dish, yeah.
21  A  But the levels at which there is a clearly defined
22  adverse human health effect is higher than that, how
23  much higher I don't think I can give you a number.
24  Q  Okay.
25  A  So I -- I stand by what we said in the 2007 report.

59

1  We have no evidence that there is any threshold below
2  which there is no harm to something somewhere, but
3  what we need to be doing is finding ways to use
4  electromagnetic radiation in ways that benefit society
5  at the same time that we minimize the adverse health
6  effects to the best of our ability.  Therefore, our
7  guideline of 0.1 centimeter squared is an appropriate
8  guideline, probably we will never be able to reach
9  that to set it as a standard.
10 Q  I am going to, again, go back and paraphrase something
11    I'm sure inaccurately that you just said, so please
12    correct me.  I think you said that you cannot identify
13    the exposure to radiofrequency radiation that would
14    create an appreciable risk of harm to human beings.
15    I'm not sure that's not exactly what you said.  Can
16    you tell me what you actually said?
17 A  I think you almost got that right, but I think I could
18    not identify an exposure level that was -- the
19    boundary between safe and unsafe.  That we cannot
20    identify.
21 Q  Do you believe it is above 10 microwatts per
22    centimeter squared?
23 A  I believe it's much below that, a much lesser exposure
24    than 10 by -- by at least two orders of magnitude, but
25    I don't think that the evidence for 0.01 microwatts

60

1  per square centimeter, I don't think we have good
2  evidence in humans for disease at that level.  We
3  certainly have evidence for biological effects, at
4  least in isolated systems at intensity exposures below
5  that level.
6  Q  So now, I'm confused, and I'm sure it's my problem,
7     not yours.  You believe the exposure level that
8     creates an appreciable risk of harm to human health is
9     above 0.1 microwatts per centimeter squared?
10 A  That's not exactly what I mean.  What I was trying to
11    say is I don't think anybody has demonstrated a
12    statistically significant increase in the human health
13    risk at levels at -- as low as 0.1 microwatts per
14    centimeter squared.  We have seen biological effects,
15    including some in humans.  That evidence is not as
16    strong as I would want it to be to use to setting a
17    standard.
18    You know, let me explain what my view is on the
19    basis of different things that are more related to my
20    personal research.  I have done a lot of work on
21    exposure to PCBs, polychlorinated biphenyls, and I am
22    often asked there, what is the boundary between safe
23    and unsafe.  EPA has standards, NIH has standards.
24    World Health Organization has standards.  But as we
25    know the mechanisms of how these things act, what PCBs

61

1  do is they bind to what we know as nuclear receptors,
2  and these nuclear receptors cause changes in gene
3  expression.  So I often say the boundary between
4  having an effect and not having an effect is zero
5  versus one molecule because one molecule will change
6  the expression of some genes, clearly that's not
7  enough to cause a human disease.
8     And I think that our evidence for electromagnetic
9  fields is the same.  Any exposure is going to have
10 some biological effect.  Biological effects don't
11 always translate into a human disease or a hazard to
12 people.
13    We know that these radiofrequency fields cause
14 the generation of free radicals in reactive oxygen
15 species, that's the mechanism.  Now, we also know what
16 free radicals in reactive oxygen species do, they
17 damage proteins.  They damage carbohydrates, and they
18 damage DNA.  That damage to DNA can be -- cause
19 mutations, certainly can cause cancer and birth
20 defects and a whole series of things.
21    Now, one radiofrequency photon may generate some
22 reactive oxygen species, but it's not going to cause
23 disease, but I see this -- very similar is the
24 situation with PCBs.  There are biological effects at
25 any exposure, exposures we all get all the time

62

1  because of sun, because of AM and FM radio, from
2  television, and so forth.  But we're -- we cannot
3  avoid exposure on this earth.  But the greater the
4  exposure, the greater the risk of developing these
5  diseases, of developing cancer, of developing
6  fertility problems, of developing
7  electrohypersensitivity.  And the threshold of
8  exposure for any of those outcomes is going to vary
9  somewhat from person to person depending on the
10 genetic makeup and so forth.
11    But I do not believe that we will ever be able to
12 define an exposure level that's the boundary between
13 safe and unsafe.  Therefore, the rational thing to do
14 is to accept the fact that we cannot avoid exposure
15 totally, but that there is a health hazard from
16 exposure and, therefore, we should take steps to
17 reduce our exposure to the degree we can, without
18 major disruption of lifestyle.  As I said, we're not
19 going to go back to a pre-wireless age.
20    But in the case of smart meters, wired meters
21 don't generate any radiofrequency radiation.  We don't
22 need to use wireless everything when we can have full
23 access to the Internet.  You know, smart meters were
24 developed so that the utilities could reduce their
25 personnel costs because you didn't have to hire

63

1   someone to go around and read the meters.  There's no
2   reason for smart meters.  You can connect the utility
3   with a wired meter.
4       There's no reason for wireless classrooms in
5   schools.  When you wire your computer connections, you
6   have no exposure.  You have full access to the
7   Internet, but you're not going to be exposing kids.
8   Q   Okay.  I appreciate that explanation.  And let me just
9       follow up on it a little bit.  What I think I hear you
10      saying is that your position is one largely of social
11      environmental policy.  You're basically saying, I
12      don't know what the health risks are of having smart
13      meters, but because they don't serve any particular or
14      any particularly compelling purpose, it would be
15      better to do away with them so as not to incrementally
16      increase exposure to a potentially harmful energy; is
17      that fair?
18  A   That's correct.  That's exactly correct.
19  Q   And I understand, I think, from reading some of your
20      prior testimony that you, yourself, are not
21      electromagnetically hypersensitive; you use a cell
22      phone and have Wi-Fi in your house, right?
23  A   That's correct.  My cell phone is right over here.
24  Q   And --
25  A   But I use my cell phone on speaker always.  I never

64

1       hold it to my ear.
2   Q   Right.
3   A   I don't sleep with it under my pillow.  And, you know,
4       I think there's so many simple things that people can
5       do that don't adversely impact their quality of life
6       that reduce their exposure.
7   Q   Gotcha.  Do you know how the exposure from smart
8       meters compares to the 0.1 microwatts per centimeter
9       squared goal that is articulated in the BioInitiative
10      Report?
11  A   I don't know the answer to that question, I should,
12      but I don't.  I suspect it's higher.  It certainly is
13      much lower than the FCC standard of 10 microwatts per
14      cubic meter, but I don't know the answer to what that
15      exposure level actually is.
16  Q   And I know you're not an engineer and you don't --
17      well, I shouldn't say this, you don't profess to be --
18      let me take away the preclude to that question.  Are
19      you aware of or have you catalogued in your own mind
20      the various manmade sources of radiofrequency
21      radiation or would you leave that to an engineer or a
22      -- someone like that?
23  A   No, I certainly pay attention to that very much so.
24  Q   What would you characterize as the primary sources of
25      manmade radiofrequency radiation?

65

1   A   Well, I think probably without any question, the most
2       serious source is holding your cell phone to your ear,
3       and, again, so totally unnecessary because using a
4       cell phone on speaker or with a wired earpiece, just
5       having it off your body reduces that possibility.  The
6       evidence for brain cancers from holding a cell phone
7       in your ear is, in my judgment, overwhelming strong.
8       The evidence related to breast cancer from women that
9       put their cell phone in their bra while they're
10      walking around is also fairly strong.  The evidence
11      that holding a wireless laptop on your lap for a man
12      probably means he doesn't need to wear a condom for
13      the next week if he sits there for a long time with
14      that wireless laptop on his lap.
15      But the -- so the -- the sources of exposure are
16      Wi-Fi, they're cell towers and cell phones.
17      There's -- we have 5G coming up, we don't really
18      understand yet.  It may be that those higher
19      frequencies are actually less dangerous than the 3G
20      and 4G that we have today.  There is almost no
21      research there.
22      We have GPS.  We have radio and television.  It's
23      just -- we have all these different sources, and
24      there's every -- every reason to believe like any
25      other hazardous substance or source what's really

66

1       important is the aggregate total exposure.  Therefore,
2       if we can take any steps to reduce that aggregate
3       total exposure, we protect our health and the health
4       of our families and others.
5   Q   Do you know how the exposure from smart meters
6       compares to the exposure from radio or tv?
7   A   I don't know.  I am pretty certain it's greater.
8   Q   Do you have -- maybe I have asked you this, but do you
9       have any information about Mr. Friedman's exposure
10      level in terms of different things, either activities
11      he engages in or where he lives or anything like that
12      that tells you anything about how likely he is to be
13      exposed to manmade radiofrequency radiation?
14  A   I don't really have any information on that.  There
15      might actually have been something in this older file,
16      but I haven't reviewed that recently at least.
17  Q   Do you have anything about whether welding is an
18      activity that creates a substantial amount of
19      radiofrequency radiation?
20  A   I don't know about radiofrequency radiation.  It
21      certainly creates high magnetic fields because of --
22      of the temperature.  I don't know about
23      radiofrequency.
24  Q   Is exposure to magnetic fields that do not require
25      radiofrequency radiation a risk factor for cancer?

67

1   A   Well, there's very strong evidence of childhood
2       cancers elevated by exposure to 60 hertz magnetic
3       fields.  The cancers are probably the same, but
4       clearly the energy level in 60 hertz magnetic fields
5       is much less than, you know, megahertz of frequency --
6       radiofrequency fields and yet we have very strong
7       evidence for cancer generation not just in children,
8       but also in adults.  And I have published a review on
9       that subject.
10  Q   So is there something in the BioInitiative Report that
11      suggested an exposure limit of O. 3 nano watts per
12      centimeter squared to 0.6 nano watts per centimeter
13      squared for total exposure in the frequency range of 3
14      hertz to 300 gigahertz?
15  A   I don't recall that specific recommendation.  If
16      you're reading it, it's probably there.
17  Q   Does that make sense to you?
18  A   I don't really want to answer that without giving it
19      more thought.
20  Q   Is there an always present natural radiofrequency
21      signal from the earth?
22  A   Yes, there certainly is.  The magnetic field of the
23      earth is a DC magnetic field, but as each of us walk
24      around our environment, we preserve that so that it
25      has an AC component to it.  There are radiofrequency

68

1       signals coming from the sun that we're all exposed to
2       if we're out in the open.
3   Q   I'm sorry, would you repeat that last sentence about
4       the radiation from the sun?
5   A   All right.  The radiation from the sun includes many
6       different wavelengths.  There's the very high
7       frequency radiation, the ionizing part of the
8       spectrum, but also from the sun there are
9       radiofrequency waves that come, as well, some of them
10      penetrate through the atmosphere.  And so we're all
11      exposed to low levels of radiofrequency radiation when
12      we're outside.
13          Life, obviously, evolved with that exposure.
14      That doesn't mean that even that low level is totally
15      harmless, but it, obviously, has not prevented life on
16      earth from developing.  And our bodies have quite
17      incredible mechanisms for dealing with these reactive
18      oxygen species that come from both the nonionizing and
19      the ionizing part of the electromagnetic spectrum.
20  Q   So have you reviewed either the exposure study created
21      by Exponent or the study created by the Office of the
22      Public Advocate in the Maine Public Utilities
23      Commission proceedings to analyze the exposure of a
24      person on whose home a Central Maine Power Company
25      central meter is affixed?

69

1   A   No, I have not reviewed that.
2   Q   Is -- would studies that were performed in connection
3       with that proceeding be helpful to you in
4       understanding whether the exposure from a smart meter
5       might be harmful to someone like Mr. Friedman?
6   A   Well, I would not give any credibility to anything
7       produced by Exponent because they're so clearly biased
8       in their approach.  A careful study would be valuable,
9       but it should be a study that is done and published in
10      a peer-reviewed scientific journal to have any
11      credibility, even then that doesn't always assure that
12      the study is done well and objectively, but at least
13      it's one guard against conflicts of interest in
14      recording your results.
15  Q   And tell me the basis for your statement that Exponent
16      is so biased as to be noncredible?
17  A   Their documents are never published in peer-reviewed
18      journals.  They are published as Exponent reports.
19      They are always on the decide -- on the side of
20      defendants.  I've gone up against Exponent people in
21      almost every case that I've been involved in with
22      electromagnetic fields, and I consider them to be
23      hired guns, just a bunch of people that make their
24      living by trying to minimize the adverse health
25      effects of exposure to radiofrequency fields.

70

1   Q   Do you understand that field studies showing the
2       exposure to a person using a Central Maine Power
3       Company smart meter were presented to the Maine Public
4       Utilities Commission in the proceeding in which you
5       testified?
6   A   I don't know the answer to that.
7   Q   You don't recall seeing those studies back at the
8       time?
9   A   I don't.  I actually didn't even remember the
10      proceeding, so I apologize.
11  Q   Sure.  No need to apologize about something that
12      happened eight years ago.  I get it.
13          Do you know what -- do you consider the Office of
14      the Public Advocate a hired gun, as well?
15  A   Basically, yes.  I mean, I -- an advocacy
16      organization, no matter which side it's on, has a
17      built-in conflict of interest.  And, you know, I have
18      been -- I've actually written quite considerably about
19      conflicts of interest.  We're all vulnerable to it.
20      And, you know, I would apply that to myself, as well.
21      But there are degrees of conflicts of interests, and,
22      you know, there's -- there are some institutions, some
23      groups that really can't avoid the fact that they're
24      an advocate group.  You can be an advocate for the
25      plaintiffs, you can be an advocate for the defendants,

71

1 but somewhere in between there has to be people that
2 are objective in reviewing the scientific data and
3 drawing their judgments in an objective fashion. I
4 try to do that. Do I always succeed? I don't know.
5 But I try very hard to base my decisions on the weight
6 of the scientific evidence and separate that from
7 personal advocacy for one thing or another.
8     On the other hand, of course, I'm a public health
9 physician. Public health is the profession where you
10 try to prevent disease, and so in that regard, a
11 public health physician's job is to identify hazards
12 and try to persuade people to reduce their hazards,
13 whether it's smoking or exposure to radiofrequency
14 MFs.
15 Q  Going back to the Maine Office of the Public Advocate,
16    what -- where do you see the bias or what opinion do
17    you have regarding the bias of the Office of the
18    Public Advocate?
19 A  Let's just say I don't know very much about the Office
20    the Public Advocate, but just the title -- advocates
21    have a position that is not necessarily based on the
22    total science. I don't know anything -- any more
23    about that particular organization.
24 Q  And I think you've answered this, but you would
25    acknowledge, I take it, that you have a certain bias

72

1 not just in favor of reduction or minimization of
2 disease, but in advancing a view that you hold about
3 desirable social policies, correct?
4 A  That's correct. And policies based on scientific
5    evidence, but always with the understanding that you
6    must balance risk versus benefit.
7 Q  Are you aware of criticisms of the BioInitiative
8    Report as exhibiting undue bias?
9 A  Very much aware of that, yes.
10 Q  And as I recall, I don't have the references in front
11    of me, but some governments of some nations in Europe,
12    I think, have explicitly condemned the BioInitiative
13    Report as being unbalanced and -- well, let's say
14    unbalanced. Are you aware of that?
15 A  Yes, certainly. And, you know, I think in some ways
16    the BioInitiative Report was an advocacy report. It
17    was the sense that the science demonstrating harm was
18    being ignored by governments by regulatory
19    institutions. It was clearly published as an advocacy
20    report. Now, that certainly means it's appropriate to
21    be critical of the evidence presented there, but it
22    was -- it was a report that was based on hard
23    scientific evidence and peer-reviewed journals. And
24    it was basically looking at the weight of the
25    evidence. It was not published in a peer-reviewed

73

1 journal. And one of the criticisms that has been
2 levied against it is that it was not peer-reviewed.
3 We made a specific decision not to have it peer-
4 reviewed and published as such in a scientific
5 journal. Now, various parts of it, like my public
6 health chapter, was later submitted to a peer-reviewed
7 journal and has been published in that regard. But
8 the BioInitiative Report was an advocacy report.
9 Q  Which -- do you recall which governments made the
10    judgment that I referred to before about the -- what
11    they regarded at least as the imbalance and
12    unreliability of the BioInitiative Report?
13 A  I have a whole folder of those reports. I don't
14    recall all of them. Certainly the Netherlands,
15    Denmark, Australia, I think there were quite a number
16    of others that published documents trying to refute
17    the information in the BioInitiative Report.
18 Q  And maybe -- maybe you can't answer this, but I'm --
19    just my own personal observation is it sounds -- it
20    seems to me like the Netherlands and Denmark are
21    countries that you would think would be pretty tuned
22    into public health concerns. Were you surprised by
23    their reactions to the report?
24 A  Frankly, yes. I question whether they actually read
25    it, but I was surprised.

74

1     The other organization that is probably even more
2 important here is the World Health Organization. They
3 have been very much captured by industry people.
4 Repacholi, that we talked about earlier, worked for
5 the World Health Organization before he retired and
6 went to a cell phone company in Italy. When he was
7 there, he promoted as an official NGO of the World
8 Health Organization, the International Council for
9 Radiation, ICNIRP the whole thing stands for, which to
10 this day, advises the World Health Organization that
11 there are no adverse effects of RF radiation below the
12 10 microwatts per centimeter squared or some value
13 near there.
14     I and colleagues from Europe went to the WHO to
15 try to persuade them to review the real scientific
16 evidence. We basically got nowhere. And this was --
17 as an aside, the Institute for Health and the
18 Environment work at the University of Albany is a
19 collaborating center of the World Health Organization.
20 And these are the same people that have the radiation
21 bureau under them. So I felt I had at least some
22 credibility because I do so many things with the WHO,
23 but they refused to change their position. Again, I
24 see this as built-in conflicts of interests.
25 Q  Why would the World Health Organization have a

75

1    conflict of interest?

2  A  Because senior individuals employed by the World

3     Health Organization had that conflict of interest.

4     They developed a body that was basically self-

5     appointed that includes only people that agree with

6     that position.  And to this day, they refuse to really

7     review the scientific evidence and make appropriate

8     responses to that.

9         One of my papers that you do have, the first

10    author being Belpomme was written in response to our

11    visits with the people of the WHO, presenting the

12    evidence, the scientific evidence for harm that they

13    and other governments, including the U.S. Government,

14    have refused to acknowledge.

15 Q  What does it mean to be a collaborating center for the

16    World Health Organization?

17 A  Well, the World Health Organization has a number of

18    collaborating centers in different subjects.  My

19    corroborating center is environmental health.  You

20    don't get any money from the WHO.  It's a pain to get

21    the designation, and then the WHO gives you

22    assignments that they want you to do for them.  The

23    benefit is it's sort of a Good Housekeeping seal of

24    approval, that -- so, for example, in the U.S., mine

25    is the only collaborating center in environmental

76

1     health.  There are others in occupational health, in

2     children's health, that sort of thing.

3         The assignments that I've had, we just published

4     a large review on electronic waste, E-waste in Africa,

5     several issues on E-waste.  I work with endocrine

6     disrupting chemicals.  I have to prepare a report for

7     the WHO on that.

8         So the -- there are -- there are benefits, but

9     they're not benefits in terms of finance.  They're

10    benefits in terms of credibility.  And, you know, that

11    seems incompatible with how I see their position on

12    electromagnetic fields, but they're human, like

13    everybody else, and they have this historical position

14    dating from the time when Repacholi headed the

15    radiofrequency office at WHO.  That has not been

16    changed.

17 Q  So just to try to -- are you suggesting that the issue

18    with the World Health Organization is sort of a

19    confirmation bias, that they staked out a position and

20    they're just worried about deviating from it now?

21 A  That's exactly how I see it.

22 Q  Do you allow for the possibility that you may have the

23    same bias?

24 A  I certainly allow for the position that all of us can

25    be biased.  I think -- I think I make my judgments on

77

1     the basis of the science, and I don't think the World

2     Health Organization is making its judgments on the

3     basis of science.  Now, is there always room for bias?

4     I would never deny that, whether on my part or on the

5     part of others.  I don't think I am bias in this

6     regard.

7         It's true that, you know, if you take a position,

8     sometimes it's very difficult to change your position

9     on the basis of new evidence.  The fact of the matter

10    is, I got involved in this whole issue of

11    electromagnetic fields being very skeptical of there

12    being any adverse health effect.  The work that I was

13    involved in supervising demonstrated there were

14    significant hazards, and in my judgment, the

15    scientific evidence, since that time, has only gotten

16    stronger, and the evidence for a variety of different

17    adverse health outcomes has expanded.

18 Q  Yeah, I actually think I saw in some testimony that

19    you gave, I believe it was in the Connecticut power

20    line case, that you indicated in, I think, 2011 or

21    2012 that you had only just recently become convinced

22    that such a thing as electrohypersensitivity existed;

23    is that true?

24 A  That's correct.  That's absolutely correct.

25 Q  But would you agree with me that your position with

78

1     regard to the appropriate standard for -- the safe

2     exposure level to radiofrequency radiation is

3     distinctly a minority position in the scientific

4     community?

5  A  Yes, I agree with that.

6  Q  And so the fact that the World Health Organization

7     disagrees with you could be a result of their bias or

8     it could just be a product of the fact that they agree

9     with most of the scientific community in the world; is

10    that also true?

11 A  Well, the greater scientific community of the world

12    doesn't read the papers that present the evidence and

13    I think that's also true for WHO.  They have a biased

14    that's so strong that they can only take their advice

15    from this independent organization, which is an

16    official NGO and that -- that's an organization that

17    was built on bias and it remains.

18 Q  And I'm sorry, maybe I'm misunderstanding you, is that

19    an NGO that's different from the WHO?

20 A  Yes.

21 Q  What is that NGO?

22 A  It's the International ICNRP, International Council on

23    Nonionizing Radiation Protection.  It's a group that

24    when one person retires, they appoint another.  It's a

25    self-appointed body.  It was primarily engineers and

79

81

1   physicists originally.  It's been subjected to huge
2   criticism from people around the world.  They have
3   added some more medically-oriented people, but they
4   appear to choose their people only to have members who
5   minimize any adverse health effects of electromagnetic
6   fields.  And the WHO because they have this official
7   status, their comment to us when we visited them is
8   that that's where they take their advice, from this
9   ICNRP committee.
10  Q   And what did your University or your section of the
11      University need to do to become a collaborating
12      center, was there some sort of an application process
13      that you go through, a vetting process?
14  A   Yes, a major vetting process, and the reason that --
15      that we were invited to present an application to them
16      is that I had been working with the WHO on a whole
17      variety of issues for a long period of time.  I, for a
18      period, chaired an advisory committee.  The WHO
19      International works a lot with the National Institute
20      of Environmental Health Sciences, part of our NIH
21      system, and I chaired the advisory committee between
22      those two organizations, did a lot of work for the WHO
23      and that led to their inviting me to submit an
24      application.
25  Q   And when did that happen roughly?

1   Q   All right.  So I just want to ask you a little bit
2       about your familiarity with any of the other expert
3       witnesses in the case who have been designated by the
4       plaintiff.  We talked about Dr. Heroux or a Heroux,
5       however we pronounce his name.  There's also a fellow
6       named Kent Chamberlin; do you know him?
7   A   No, I do not.
8   Q   Okay.  And a fellow named Eric Anderson, I take it you
9       don't know him either?
10  A   No, I do not.
11  Q   All right.  So I think before you mentioned the
12      Belpomme article, which has been marked as Deposition
13      Exhibit 8.  And I see -- oh, I see you co-authored
14      this with Dr. Hardell, who was a witness in the
15      meeting of the Public Utilities Commission matter and
16      is also a co-author.  Can you tell me about the
17      significance of this case -- this article from your
18      point of view?
19  A   Well, those are the people that went with me to the
20      World Health Organization in Geneva trying to persuade
21      the World Health Organization to change their status.
22      They did not do so and so we wrote this paper as a --
23      again, as sort of a mini BioInitiative Report, but a
24      summary of the evidence for cancer for
25      electrohypersensitivity for neurological and

80

82

1   A   Oh, probably about 2000, maybe 2005.  I think we've --
2       we've been reviewed and approved three times, and you
3       have to be reevaluated every three years.  So we have
4       had that designation at least 10 years, maybe 11, 12
5       years.
6   Q   But -- and just to be clear, the -- I understand that
7       you believe that ICMIRP is biased in part because --
8       in part because of confirmation bias and in part
9       because it's a self-selected body, but would you agree
10      that the group of folks who put together the
11      BioInitiative Report are similarly self-selected and
12      have similarly staked out a position for the last 15
13      years or so that would be difficult to deviate from
14      even if the evidence contradicted it?
15  A   Yes, I think I would agree with that.  We selected
16      those authors of the various chapters on the basis of
17      the subject matter of their publications.  So if there
18      was a bias, it was Cindy Sage and me in choosing
19      people to write chapters, but we chose them based on
20      the work that they had done, the sanctity of work they
21      had done.
22  Q   Right.
23          (Whereupon there was a break in the deposition at
24      1:01 p.m. and the deposition reconvened at 1:37 p.m.)
25  BY MR. TAINTOR:

1   reproductive changes in electromagnetic fields with
2   some discussion of the mechanisms whereby these things
3   occurred.
4   Q   Okay.  So all of the folks who were co-authors here
5       were part of this World Health Organization mission
6       with you?
7   A   That's correct.
8   Q   And I have to confess, I haven't looked at this in
9       super close detail, but just looking at some headings,
10      heading number 2 talks about mobile phone use and the
11      risk of glioma, meningioma, and acoustic neuroma.
12      And none of those conditions are at issue in this
13      case, correct?
14  A   That's correct.
15  Q   And then if we look at -- if we skip over number 3 for
16      the moment.  Number 4 is an emerging concern:
17      Cognitive and neurobehavioral problems in children.
18      And can we agree that that's not a concern in this
19      case, correct?
20  A   That's correct.
21  Q   And then heading number 5 has to do with
22      electrohypersensitivity, microwave illness or
23      idiopathic environmental intolerance attributed to
24      electromagnetic fields.  And I think you've told us
25      that you have no basis for believing that Mr. Friedman

83

1       is -- suffers from electrohypersensitivity, correct?

2  A  That's correct.  I mean, he may have some of the

3       symptoms that -- he apparently has ringing in his

4       ears, which is one of the symptoms, but I asked him

5       directly and he does not allege that he is

6       electrohypersensitive.

7  Q  So ringing in the ears is one of those conditions that

8       can be caused by a whole host of conditions, correct?

9  A  Absolutely, yes.

10  Q  And that's what you referred to as a nonspecific

11       complaint?

12  A  Yes.

13  Q  Sorry, I was looking at the some of the documents

14       Bruce emailed over during the break.

15          If we go back to heading number 3, other diseases

16       and pathological conditions attributed to exposure to

17       low-intensity EMFs, are there -- does this section

18       pertain to any of the issues in this case?

19  A  No, I don't think it does.

20  Q  So is there anything in this article that gives us any

21       information about health risks to Ed Friedman?

22  A  Well, the article summarizes the evidence on adverse

23       health effects, but it focuses primarily on brain

24       cancer, which Ed does not have, on

25       electrohypersensitivity, which he does not have, and

84

1       the full syndrome of these and the cognitive effects,

2       which also he does not have.  But it does focus a lot

3       on the mechanisms whereby electromagnetic fields cause

4       diseases and especially on regeneration of reactive

5       oxygen species, and that is important -- I think it's

6       the basic mechanism for all of the effects of

7       electromagnetic fields except those caused directly by

8       DNA damaged by ionizing radiation.

9  Q  So I guess my question is, is there -- this article in

10       terms of talking about the mechanism by which

11       radiofrequency or nonionizing radiation of any kind

12       can cause biological harm in humans focuses on the

13       risk of harm to the population at large and not to

14       people specifically like Ed Friedman with his

15       particular illness; is that true?

16  A  That is true, yes.

17  Q  Deposition Exhibit Number 9 is your article from the

18       Review of Environmental Health, 2015, the microwave

19       syndrome or electrohypersensitivity historical

20       background.  And, again, I -- because I -- I am not

21       sure that there is any -- I think we have agreed that

22       there is no evidence that Mr. Friedman has

23       electrohypersensitivity and we haven't focused on

24       this, but does this article have any relevance to

25       Mr. Friedman's case?

85

1  A  Well, it does indirectly at least because it does

2       report on smart meters as exposures leading to

3       electrohypersensitivity.  Now, he doesn't have

4       electrohypersensitivity, but he had at one point a

5       smart meter.

6  Q  Right.

7  A  So it adds to the general body of evidence that there

8       are adverse health effects at intensities of

9       radiofrequency radiation that don't cause tissue

10       heating.  The -- that's an important point and that's

11       really an issue in the whole paper because the -- the

12       World Health Organization, the FCC, ICNRP, they all

13       acknowledge that microwave ovens are harmful because

14       they cause heating, and they make the assumption that

15       there's no adverse health effect at intensities that

16       do not cause heating, which is just nonsense and

17       totally incompatible with a lot of evidence at various

18       end points.

19  Q  You said that you thought Mr. Friedman had a smart

20       meter at some point; is that your understanding?

21  A  Well, I think that earlier -- that earlier case was

22       about smart meters, and I don't know whether he had

23       one in his home or not, but he was involved in the

24       opposition to smart meters.

25  Q  Right.  But you have no information, do you, that he's

86

1       ever had a smart meter?

2  A  No, I do not have any information.

3  Q  Looking at Exhibit 9, on page 221, the second full

4       paragraph says, The typical exposure from a smart

5       meter is less than that of use of a cell phone held to

6       the head and like that from our sources of RF does

7       decline rapidly with distance from the smart meter.

8          It goes on and we can talk about the other things

9       it says.  What is your understanding of the -- I don't

10       know if this is the right way to put it, the speed

11       with which or the suddenness with which exposure

12       declines with distance from the smart meter?

13  A  Well, it -- again, I don't have personal information

14       there.  I know that it does decline with distance.

15       Almost all sources of RF will decline with distance.

16       I have seen reports that even at something like 8 feet

17       away from the smart meter there's still significant

18       signal.

19          Smart meters are often placed on the outside of

20       houses that are brick and the radiation doesn't

21       penetrate the house very far.  On the other hand, if

22       it's wood or some other substance that can penetrate

23       the house -- but I have, you know, obviously, this is

24       beyond my -- my area of expertise.

25  Q  Okay.  And this may also be beyond your area of

87

1 expertise, and that's fine, please tell me, do you

2 know whether the energy emitted from a smart meter is

3 emitted in a direction or whether it is emitted in

4 multiple directions?

5 A I believe it's emitted in multiple directions, but

6 clearly the reception is in one direction. But as

7 we've said before, the signals are these very brief

8 and very intense pulses of, oh, something between 10

9 and 20 pulses and then a couple of seconds rest and

10 then another burst of these multiple pulses.

11 Q And how long do those pulses typically last, if you

12 know?

13 A Very brief. I don't know the answer to that question,

14 but they're very brief because you're getting

15 something like 10 to 20 pulses within a period of 1

16 second or less.

17 Q What is dirty electricity that you refer to in your

18 article?

19 A Well, it's a term that was developed by other people,

20 Sam Milham, particularly. This is the -- EMFs are

21 basically a sine wave and the dirty electricity is

22 peaks that are superimposed on the sine wave. It's

23 characteristic of eclectic magnetic fields from

24 electricity and, obviously, information is carried by

25 peaks superimposed on sine waves in the radiofrequency

88

1 era.

2 So the idea is that it's the dirty electricity,

3 not the sine wave. This is what I was saying about

4 the signals from smart meters. These pulses are

5 superimposed on a sine wave, and it appears to be the

6 rapid rise and fall that is so provocative. Why that

7 would generate reactive oxygen species more than the

8 sine wave, I don't know that there's a good

9 explanation for that, but the evidence -- the weight

10 of evidence is that it's the rapid rise and fall

11 that's so important.

12 Q And I'm just -- I need to get some clarification from

13 you because you talked about a peak being superimposed

14 on a sine wave. And I'm -- believe me, even less an

15 engineer than I am a doctor, but doesn't every sine

16 wave have a peak?

17 A Well, there's the peaks of the natural sine wave, yes,

18 that's not what I'm talking about.

19 Q Right.

20 A This is -- you have a sine wave and on that you

21 superimpose information, which is rapid rises and

22 falls.

23 Q I see.

24 A In the case of -- the way dirty electricity was --

25 that term was developed early was in relation to the

89

1 magnetic fields of power lines, there's no intent

2 to convey additional information on those sine waves,

3 but in reality depending on how they're constructed

4 above the grounding circuits and that sort of thing, a

5 number of people have seen these rapid rises and falls

6 and have related that to the risk of leukemia in

7 children and other diseases associated with power line

8 magnetic fields.

9 Q And is that issue related to or distinct from what you

10 have described as the generation of reactive oxygen

11 species?

12 A It is related to and probably is the basis of the

13 generation of these reactive oxygen species and that's

14 why we -- we believe that the smart meter waveforms

15 being these very rapid rises and falls, why they are

16 so much more toxic to people than just the sine wave,

17 and the reality is that there's some evidence that the

18 sine waves themselves are not very dangerous, that

19 it's only the superimposed rapid rises and falls that

20 generate the reactive oxygen species that are then the

21 cause of the health symptoms.

22 Q And you said we believe that the superimposition of

23 these very high peaks on the sine waves makes RF

24 emissions generated by smart meters more toxic, has

25 that before been proven?

90

1 A No, I don't think that's been proven, and I am not

2 sure how you would really prove it. The reality is if

3 you take a measurement of the intensity from a smart

4 meter over a period of time, the average is not

5 unusually high. The reality is that of the reports

6 that people that develop the electrohypersensitivity,

7 it seems to be so much just the proximity to smart

8 meters, other things, as well, of course. But if you

9 looked at the average intensity from a smart meter,

10 there's no indication why that should be so great

11 except when you begin to look at these rapid rises and

12 falls it begins to make some sense.

13 We looked earlier at that Carney paper of this

14 electrosensitive woman physician, and again she

15 responded most to these rapid rises and falls. In

16 that case, that was what dirty electricity was

17 originally described to be because it was -- it was

18 superimposed pulses on a relatively low frequency sine

19 wave, that being 60 hertz.

20 Q So can you do your best to explain in laymen's terms

21 what it means to say that reactive oxygen species are

22 generated?

23 A Well, reactive oxygen species are -- they're -- it's

24 probably best understood if you break down a water

25 molecule. You have -- you have oxygen -- you break

91

1    the molecule and the balance between the electrons and
2    protons is screwed up, so you end up with a reactive
3    entity that tries to grab onto, tries to seal
4    electrons or protons from whatever is nearby.
5        The body is primarily composed of water.  You can
6    have reactive oxygen species from almost any molecule,
7    but with ionizing radiation, with nonionizing
8    radiation, the thing that's most likely to be hit when
9    the radiation hits the body is a water molecule.  And
10   that breaks down, creates these reactive oxygen
11   species that then try to steal protons or electrons
12   from whatever is nearby.
13       Now, reactive oxygen species are formed normally
14   in metabolism by our body.  They're formed in
15   mitochondria and they're part of the process of
16   generating the ATP, this energy for the body.  So our
17   body has very well-developed, protective mechanisms,
18   different enzymes, superoxide dismutase is one,
19   catalase is another.  Enzymes -- glutathione is
20   another.  Some of the vitamins are reactive oxygen
21   species scavengers.  So it isn't that these are
22   strange to our body, but in sensitive people they are
23   formed in a greater amount than in those of us that
24   are not electrosensitive.  And if they overpower the
25   protected mechanisms the body has, that's when we

92

1    begin to see disease.
2        Now, is all of that super well documented in the
3    scientific literature, no, I am extrapolating how I
4    understand the net result, but I think most people
5    that work in this area would agree with that
6    generalization.
7  Q  And, again, correct me if I'm wrong, but what I think
8    I hear you saying is that that phenomenon you've just
9    described is specific to people who are
10   electrohypersensitive; is that true?
11 A  No, I don't think it's specific to those people.  I
12   think for some reason it may be that they have a
13   deficient supply of these other mechanisms for
14   defending against it.  It may be that for some reason
15   they -- some difference in their body results in a
16   greater generation, but all of us generate reactive
17   oxygen species, when we metabolize food, there's no
18   reason to think that we don't generate them when we're
19   exposed to holding a cell phone to our head, but there
20   is a difference in an individual's sensitivity, which
21   we believe is in their ability to scavenge or to
22   inactivate these reactive oxygen species.
23 Q  And I appreciate that clarification because my
24   question was a poor one.  What I meant to say was, the
25   process or the phenomenon you've described is only

93

1    harmful or disease-producing in people who are
2    electrosensitive, true?
3  A  Well, it's the basis of the electrosensitivity, but I
4    don't think that's true in general because I think the
5    brain tumors that you get if you hold your cell phone
6    to your head for too many hours, that's also
7    development of reactive oxygen species, but most
8    people that develop a brain tumor from using their
9    cell phone too much are not in addition
10   electrosensitive.
11 Q  Gotcha.  Okay.
12 A  So it's a common mechanism with several different
13   outputs.
14 Q  Okay.  And has there ever been an article published
15   or -- let me start with that, has there ever been an
16   article published which, to your knowledge, describes
17   the phenomenon of a person suffering harm from the
18   generation of reactive oxygen species as a result of
19   exposure to a smart meter?
20 A  Specifically to smart meters, I can't think of one at
21   the moment.  There is an article in that Dropbox by
22   Yakymenko or whatever his name is that provides the
23   evidence for reactive oxygen species being generated
24   by RF.  I think most of us believe that reactive
25   oxygen species are the common mechanisms, but whether

94

1    there's a study that's looked specifically at smart
2    meter exposure, I can't think of one at the moment.
3  Q  And the Yakymenko article, is that Exhibit 16?
4  A  Yes, it is.
5  Q  Okay.  And so is this article -- tell me again the
6    significance of this article from your point of view
7    for this particular case?
8  A  Well, this is -- I'm not sure it's actually
9    specifically relevant to this particular case.
10   It's -- it presents the evidence that reactive oxygen
11   species are generated by radiofrequency radiation.  We
12   have some of that in the Belpomme paper, as well.  But
13   we see the reactive oxygen species as the common
14   mechanism for a great variety of health effects.
15       This whole thing about sperm counts, very clear
16   demonstrations that holding a wireless laptop in your
17   lap increases the generation of reactive oxygen
18   species in testicles.  So we think that's the basis of
19   the brain cancer, the fertility problems, the learning
20   and remembering problems, the electrohypersensitivity.
21   It seems to be a critical component of all of those
22   adverse health effects of all RF radiation.
23 Q  Does the Yakymenko article support the proposition
24   that reactive oxygen species are generated at the
25   levels of exposure to RF that come from smart meters?

95

1  A  Well, it's not dealing specifically with smart meters.
2  Q  I get that, yeah.  What I'm talking about is just
3     whether the -- whether this phenomenon is generated at
4     levels of exposure which are similar or analogous to
5     the levels of exposure that you would see from a smart
6     meter or whether these phenomena are observed only at
7     much higher levels of exposure?
8  A  Well, these studies are on isolated cells, so I'm not
9     sure it's -- it's quite fair to say that this article
10    provides support for ROS generation in a human being,
11    but it certainly is one of the best articles that
12    demonstrate that low-intensity radiofrequency
13    radiation at intensities much lower than that that
14    causes tissue heating generates reactive oxygen
15    species.
16 Q  So the Yakymenko article tells us that in an
17    experimental environment exposure to low-intensity
18    radiofrequency radiation can cause ROS in isolated
19    cells, and you infer from that that because that's the
20    case exposure to low levels or low-intensity
21    radiofrequency radiation could cause harm in human
22    beings?
23 A  That's right.  And the other important part of that,
24    getting back to that Belpomme article that I am a
25    co-author on, what Belpomme has done is take blood and

96

1     urine samples from people that have
2     electrohypersensitivity and look for markers of
3     oxidative stress.  Oxidative stress is what this
4     generation of reactive oxygen species leads to, and
5     what he finds is you can detect in blood and urine
6     tests that indicate that people with
7     electrohypersensitivity have more oxidative stress
8     than people that do not have electrohypersensitivity.
9     So I think the combination of the cellular study,
10    which is Yakymenko, and the human studies, which is
11    Belpomme -- and he has a number of other papers that
12    have more of the original data for that support,
13    together that -- they, and other publications, lead
14    one to conclude that the major adverse initial effect
15    of radiofrequency radiation is a generation of
16    reactive oxygen species.
17 Q  However, again, just to be clear -- maybe I should get
18    away from -- let me ask it this way, the significance
19    of the Yakymenko article, I take it, is that this, in
20    your mind, provides support for the proposition that
21    it is biologically plausible that RF emissions from a
22    smart meter could cause harm to a human being; is that
23    true?
24 A  That is correct at very low intensities, and that's
25    important.

97

1  Q  All right.  When we talk about exposure to RF, we're
2     talking about a combination of both intensity and
3     duration; is that true?
4  A  Yes.
5  Q  And if I understand your testimony correctly, correct
6     me if I'm wrong again, if smart meters were just
7     operating at whatever their normal frequency is, sort
8     of in the background, without rapid on/off pulses, you
9     wouldn't be very concerned about them; is that true?
10 A  Would you state -- do that again?
11 Q  Sure.  If smart meters were just operating at their
12    normal frequency without rapid and frequent off/on
13    pulses, you would not be particularly concerned about
14    their health effects; am I right about that?
15 A  Yeah, that is correct.  And that's actually a very
16    important question because the utilities only use
17    information for very brief periods of time, sometimes
18    I guess twice a day, but the smart meters generate
19    these bursts continuously.  And, again, this is one of
20    these examples of if -- if people would accept the
21    fact that there's harm from these continuous bursts of
22    pulses, why can't the utilities only have, you know,
23    three bursts in the morning and three bursts at night?
24    There -- the meters generate this constantly.
25        Now, there is a brief pulse, a little space,

98

1     another brief pulse, goes on 24/7.  So, you know, as
2     we said earlier, I'm not saying there's any threshold
3     for which there's no biological effect, but relative
4     to the smart meter buzzing all day, I wouldn't have
5     any concern about a few pulses with the information
6     being used, but that's not how the smart meters
7     operate.
8  Q  And do you have information about the time of day at
9     which the -- what the duty cycle is, if you will, of
10    the CMP smart meter?
11 A  No, I have no information on that.
12 Q  Hypothetically, if Mr. Friedman has a smart meter
13    attached to -- outside his kitchen and he's asleep 30
14    feet away in the house, when these bursts of energy
15    occur, is he at any risk of exposure from those bursts
16    of energy?
17 A  If he's 30 feet away, I would suspect he is at very
18    minimal, if any, risk.
19 Q  In that regard, have you -- do you have any opinion
20    about the -- from a percentage point of view, about
21    the extent to which harm to Mr. Friedman is heightened
22    or exacerbated by or would be heightened or
23    exacerbated by him having a smart meter on his home?
24 A  Ask that question again.
25 Q  Yeah, it was a really bad question.

99

1  I think it's your belief that everyone in the
2  world is at some heightened risk of harm if they have
3  a smart meter, true?
4  A  True.
5  Q  Do you have any opinion regarding the extent to which
6  Mr. Friedman, because of his Waldenstrom's, is at a
7  greater risk of harm than a healthy person would be?
8  A  Well, yes, I do have a strong opinion on that.  Now, I
9  obviously don't know where his smart meter is, whether
10  it's by the kitchen or by the bedroom, but whatever --
11  in his particular case, he has a form of Non-Hodgkin's
12  lymphoma.  We know that for leukemia, which is a
13  related disease, that the duration of the remission of
14  that -- of that cancer is reduced in relation to
15  excessive exposure.  He is vulnerable to have a
16  briefer period of remission.  This is a uniformly
17  fatal cancer, if you live long enough.
18  It's like prostate cancer.  Every man's going to
19  get prostate cancer if they live to be 120.  But for
20  this particular cancer that he has, elevated exposure
21  to electromagnetic fields from whatever source,
22  including smart meters, is going to decrease the
23  duration of that remission.
24  And while he can -- again, the issue here is
25  while he is allowed to opt out, is he going to have to

100

1  pay an extra charge for that?  And that's just, to my
2  mind, absolutely ridiculous.  He has a disability.
3  It's a serious disability.  We know that excessive
4  exposure's going to increase (sic) the period of his
5  remission, and there is absolutely no justification
6  for making him pay extra for that.
7  Q  Okay.  I want to break that apart in a minute, but,
8  Melissa, could you just read back the last sentence of
9  Dr. Carpenter's testimony so I can quote him
10  accurately or make sure I understand what he said?
11  (Whereupon a portion of the answer was read back
12  by the court reporter.)
13  A  That should have been decrease, decrease the period of
14  his remission.
15  BY MR. TAINTOR:
16  Q  Right.  And I thought that's what you said.  It
17  doesn't matter.  I knew what you were trying to say.
18  But I just want to make sure, you don't actually
19  know that exposure is going to decrease his period of
20  remission, do we?  I mean, we know -- I shouldn't say
21  we know, you believe that there is a risk that that
22  will happen, but you don't know that will happen,
23  true?
24  A  Of course, that's true.  One never -- never knows that
25  something is going to happen, but on the basis of the

101

1  scientific evidence, there is reason to believe that
2  that will happen and that his period of remission will
3  be reduced.
4  Q  Right.  And so my poorly-phrased question earlier was
5  meant to get at the degree of confidence you have in
6  that opinion and the likelihood that you're prepared
7  to ascribe to that possibility.  So are you prepared
8  to say to a reasonable degree of medical certainty
9  that the likelihood of Mr. Friedman's remission,
10  period of remission being decreased -- let me strike
11  that and start over.
12  Are you prepared to say to a reasonable degree of
13  medical certainty that Mr. Friedman's period of
14  remission is likely to be decreased by 1 percent?
15  A  I would certainly say with great confidence that it's
16  more likely than not that his period of remission is
17  going to be decreased.  I would not be willing to give
18  it a percent because I don't have the information on
19  the magnitude of his exposure to the smart meter
20  radiation.  It may be, as we said earlier, if he's 30
21  feet away that there would be effectively no -- no
22  exposure.
23  So I can't give a percentage, but I certainly can
24  say with great confidence that his period of remission
25  is going to be decreased.  Is it 5 seconds, is it 5

102

1  years, I just don't have the information to make that
2  judgment.
3  Q  But it might be 5 seconds?
4  A  That's correct.
5  Q  And you're not prepared to say to a reasonable degree
6  of medical certainty that it would be more than 5
7  seconds?
8  A  No, I am not.
9  Q  Okay.  All right.  Let me figure out where I am here
10  and see if we can plow through the next hour or so.
11  In your report, which is Exhibit 7 --
12  MR. MERRILL:  I'm sorry, what's the number,
13  Chris?
14  MR. TAINTOR:  Seven.
15  MR. MERRILL:  Thanks.
16  MR. TAINTOR:  Yeah.
17  BY MR. TAINTOR:
18  Q  At the top of page 3 of your report is the statement,
19  Besides airborne transmission emissions to the
20  utility, there is some evidence these are RF
21  emissions, as well as lower frequency emissions
22  affecting power quality, may be transmitted throughout
23  structures as conducted and radiating emissions on
24  building wiring, acting as an antennae.
25  Can you explain to me in relatively simple terms

103

1    what you mean by that?
2  A   I'm not seeing -- this is in my report on the third
3      page?
4  Q   Yes, at the end of the -- the follow-on paragraph on
5      the previous page.  It ends with the parenthetical
6      Isotrope, 2013.
7  A   This is my report?
8  Q   Yes, Expert Report, David Carpenter.
9  A   That's one of the other cases?
10 Q   No, that is this case.
11     MR. MERRILL:  You're saying it's on page 3,
12     Chris?
13     MR. TAINTOR:  Well, that is what it is on my copy
14     here.  It starts at the top of the page, says, What is
15     important is cumulative, aggregate RF exposure.
16     MR. MERRILL:  Okay.  And where are you --
17     MR. TAINTOR:  The last sentence of that
18     paragraph.
19 BY MR. TAINTOR:
20 Q   Do you see where I am, Dr. Carpenter?
21 A   No, I don't.
22     MR. MERRILL:  Where it says, Besides airborne
23     transmissions?
24     MR. TAINTOR:  Right.
25 A   This is under smart meters or under this case or under

104

1      radiofrequency fields and cancer?
2  BY MR. TAINTOR:
3  Q   Under smart meters.  It's the first paragraph under
4      the heading, Smart Meters.  It's the last -- last --
5  A   Oh, okay.  Yeah.  Right.  We don't have the same page
6      numbers here.
7  Q   Oh, okay.
8  A   So it's the sentence, Most electronic meters transmit
9      signals, is that it?
10 Q   No, the next -- the next sentence, Besides airborne
11     transmission.  I guess I'm trying to understand what
12     the significance is of that sentence where it talks
13     about radiofrequency being transmitted throughout
14     structures as conducted and radiating emissions on
15     building wiring acting as an antennae, what's your
16     understanding of what that --
17 A   I'm not finding that in my report.  This is under,
18     smart meters, the end of the first paragraph?
19 Q   Right.  It's Exhibit 7 I sent to you yesterday.
20 A   Let me go back to the exhibits because I think you
21     must be in one of the other reports.  There are three
22     other case reports there.
23 Q   This one is captioned, Friedman v. Central Maine Power
24     Company.
25 A   It's the heading?

105

1      MR. MERRILL:  Look at Exhibit 7 of the exhibits I
2      sent you yesterday, David.
3      THE WITNESS:  I'm getting there right now.  Well,
4      the seventh exhibit is my paper on the microwave
5      syndrome, that's not what you're talking about, is it?
6  BY MR. TAINTOR:
7  Q   No.  Mm.  Okay.  That's --
8  A   All right.  This -- all right.  I have got Exhibit 7,
9      which is my report.
10 Q   Top of the third page.
11 A   What is important is cumulative -- okay.  Now we are
12     on the same page.
13 Q   Yeah.  Okay.  So I was asking about that last
14     sentence, and I was trying to understand the
15     significance from your point of view medically of the
16     last sentence, which refers to the transmission of
17     radiofrequency emissions throughout building wiring.
18 A   Yes.
19 Q   Can you tell me how that is significant, in your
20     opinion?
21 A   Well, what I'm trying to explain there, and again I am
22     not an electrical engineer but the -- there -- the
23     engineers do make statements that say that you get
24     radiofrequency emissions from power lines.  You get
25     dirty electricity on all of these different kinds of

106

1      things and that the -- obviously, the electromagnetic
2      fields go through the air, but they can be conducted
3      into the wiring of the house and that can increase the
4      exposure of dirty electricity because of the building
5      wiring, which acts as an antennae.  Again, I shouldn't
6      pretend that I really understand that all that well,
7      but that's why I do have a reference for that because
8      this is the kind of statements that are made by the
9      engineers that do understand how household wiring and
10     whether a house is made of metal or brick or wood
11     influences the lower-frequency emissions that you get.
12 Q   You mean lower -- do you mean lower-intensity
13     emissions or lower frequencies?
14 A   Well, this is -- both RF and lower-frequency emissions
15     that affect the quality of the signal.  I'm not
16     explaining that very well because I don't understand
17     it very well.
18 Q   Okay.  All right.  Well, that makes two of us.  Great.
19     I will ask somebody else.
20     But I guess the point is, the fact or the
21     assumption, I guess, stated in the sentence we just
22     talked about, that lower-frequency emissions may be
23     transmitted through building wiring does not inform
24     your opinions about Mr. Friedman's exposure because as
25     far as I know and as far as you know, I assume, that

107

1    exposure -- the exposure he would receive in a room of
2    his home remote from the smart meter has never been
3    measured; is that true?
4  A  That's correct.  That is correct.  But what I was
5    trying to say there, the smart meters are generating
6    signals that go through the air from the smart meter
7    to the utility.
8  Q  Right.
9  A  And those airborne radiofrequency signals can have
10   influences on the wiring of the house that will act as
11   an antennae and make things worse than they would be
12   if they didn't act on the house wiring.
13 Q  Right.  It could make things worse, but we don't know
14   whether it would be sufficiently worse to have any
15   impact whatsoever on Mr. Friedman, true?
16 A  That's true, yes.  But we don't know that it doesn't
17   either, so it's just an unknown.
18 Q  We're in a state of uncertainty?
19 A  Yes.
20 Q  So we've talked about Exhibits 8 and 9, I think.  Let
21   me ask you about Exhibit 10.  So I guess this is the
22   McCarty article we talked about a little bit before.
23 Q  And would you tell me specifically how -- so I guess
24 Q  And would you tell me specifically how -- so I guess
25   you wrote in your report that there's been only one

108

1    completely blinded study of an electrosensitive
2    individual that has documented the ability of that
3    individual to report symptoms in the presence of an
4    electromagnetic field; is this that case report?
5  A  This is that case report, yes.
6  Q  And that's just of one person, correct?
7  A  That's of just one person, yes.
8  Q  And is this -- I think I have seen this described in
9    your testimony in another case, it may have been The
10   Fay School case, I am not sure which, is this the
11   situation where they take somebody into a room that is
12   completely shielded from all other radiofrequency
13   radiation and conduct a provocation study?
14 A  Yes.  Now, I don't know that in this particular paper
15   that they were able to shield all outside radiation,
16   but it was certainly a room where that was
17   dramatically reduced.
18 Q  Okay.  And this is a study of just one person?
19 A  Yes.
20 Q  Is this the one that involves the patient who is a
21   physician?
22 A  Yes.  I probably should have referenced, which I did
23   not, the Rea study, which we discussed earlier, which
24   is a larger number of people, but there were some
25   things done better in this study, which is more -- a

109

1    little more recent than the 1991 Rea study.
2  Q  And Ray, is that R-a-y?
3  A  R-e-a.
4  Q  R-e-a.  1991.  Do you know what journal it was
5    published in?
6  A  I believe it was the Journal of Bioelectricity.
7  Q  Okay.
8  A  That was the study that clearly showed some people
9    that blame radiofrequency radiation for their
10   illnesses.  It was not -- they were not able to
11   distinguish whether they were exposed or not exposed,
12   whereas others could correctly identify when the
13   fields were on.
14 Q  Would you be willing to -- I see -- I see a couple of
15   Rea articles from 1991 in the Journal of
16   Bioelectricity.  I see an article called,
17   Electromagnetic Field Sensitivity, is that the one
18   you're talking about?
19 A  Yes, that's it.
20 Q  I don't know that I have access to the complete
21   article here, so is that something that you reviewed
22   and have provided with the documents today?
23 A  I did not provide it with the documents today, and I
24   think -- I also have the problem that I didn't have an
25   electronic copy of it.  And it's a journal for which

110

1    it wasn't easy to get a copy.  I was being lazy.
2    That's why I didn't reference that paper in addition.
3  Q  Okay.  And then Exhibit 11 is a Falcioni article,
4    that's a more recent one from 2018, I think.  And
5    what's the significance of this article to your
6    opinions?
7  A  Well, this is a study of cancer in rodents on chronic
8    exposure to radiofrequency fields.  This one we
9    perhaps should have discussed after the twelfth, but
10   this one was a study where the exposure was designed
11   to be similar to that from a cell tower, so
12   considerably less than what we will get to with the
13   NTP study, which is the next one, which was designed
14   to expose at the levels you would get from a cell
15   phone.
16       The point is this study from the Ramazzini
17   Institute in Italy demonstrated elevations in schwann
18   cell schwannomas, which is a tumor of the schwann
19   cells that wrap around nerves, which is one of the
20   cancers that's seen in people that use cell phones for
21   long periods of time and an elevation in the risk of
22   gliomas of the brain, which is the other cancer that
23   results from cell phone exposure.  And this
24   complements the results of the NTP study, but it's
25   done at an order of magnitude lower intensity of

111

1    exposure.

2         And these two studies together are particularly

3    important because the International Agency for

4    Research on Cancer, part of the World Health

5    Organization, came out with a report -- I have it

6    right here, but I don't remember exactly the year, but

7    it was maybe six, eight years ago that rated

8    radiofrequency fields as possible human carcinogens.

9    One of the reasons their evidence was not stronger

10   than that was that there hadn't been good studies of

11   demonstrated cancer in animals.

12        And this study demonstrates cancer in animals at

13   intensities way below that that would cause tissue

14   heating.

15 Q  You said that Falcioni article talks about gliomas and

16   schwannomas?

17 A  That's correct.

18 Q  And are either of those relevant to Mr. Friedman's

19   situation?

20 A  Not directly, but they are -- they're cancers induced

21   by radiofrequency fields.  Now, he is not alleging

22   that his Waldenstrom's lymphoma is due to exposure,

23   but the study is important in demonstrating harmful

24   effects of lower intensity radiofrequency fields that

25   do not cause tissue heating.

112

1 Q  So just to kind of summarize that again, I think what

2    you're saying is this article, like several others,

3    supports, in your view, the proposition that exposure

4    to radiofrequency at a level that is not sufficient to

5    cause tissue heating can cause some cancers?

6 A  That's correct.

7 Q  However, in this case -- however, those are cancers

8    that are different from Mr. Friedman's, and we know

9    that Mr. Friedman is not claiming that exposure to RF

10   caused his cancer; is all that true?

11 A  That is true.

12 Q  The Foliart article, which is Exhibit 12, is another

13   that you've cited in your report.  What's the

14   significance of this study in terms of your opinions?

15 A  Well, this one is very basic because this is one of

16   those studies that show that children who already have

17   leukemia, if they're in an environment where they have

18   elevated exposure, the period of remission of that

19   leukemia after the initial treatment is shortened.

20   While leukemia in children is not the same as

21   Waldenstrom's lymphoma in an adult male, the --

22   lymphomas and leukemias are both cancers of the immune

23   system.

24        And so this one is directly relevant to my

25   opinion that because of the smart meter on

113

1    Mr. Friedman's house, he is in danger of having a

2    recurrence of his cancer at a shorter rate of time

3    than if he were not exposed.

4 Q  Are there selection biases reflected in this study?

5 A  No, I don't think so.  It's a good study.  They looked

6    at a group of children with leukemia and a group of

7    children without leukemia and -- no, I'm sorry.

8    That's not true.

9         They looked at children with leukemia, monitored

10   their homes to find whether there were elevated

11   magnetic fields and demonstrated that those children

12   that had higher EMF exposures had a recurrence of

13   their leukemia in a shorter period of time than those

14   children that did not have those elevated exposures.

15 Q  So if we look at the last page of this article under

16   the heading, Discussion, the authors refer to three

17   limitations of the study; do you see that?

18 A  Yes.

19 Q  One of the limitations noted by the authors was that

20   fewer than one-third of potentially eligible children

21   had enrolled in the study with lower participation

22   among nonwhite children.  Does that reflect the

23   selection bias in your view?

24 A  Well, it's not really a selection bias.  It is a

25   source of possible confounding when you aren't able to

114

1    recover all the people in your original set, but by

2    itself, it's not selection bias.

3 Q  In the last paragraph of the article above the

4    heading, Acknowledgements, reads the sentence, No

5    consistent or statistically significant trend was

6    noted with increasing exposure to MF, magnetic

7    fields, and event-free survival or risk of death.

8    What's the significance of that sentence to

9    interpreting the weight that you would give this

10   article?

11 A  Tell me again where that sentence is.

12 Q  It's about eight lines up from the bottom, above the

13   caption, Acknowledgements.

14 A  Yes.

15 Q  It says, No consistent or statistically significant

16   trend was noted between increasing exposure to MF and

17   event-free survival or risk of death.

18 A  Right.

19 Q  What does that mean?

20 A  What they were saying is they were not able to detect

21   there was a response relationship, so that is a

22   limitation of the study, and it's appropriate for the

23   authors to make that comment.

24        The -- every study is limited both by the number

25   of people, number of subjects or your ability to

115

1  follow them over longer periods of time.  I don't
2  think that detracts from the conclusion of the study,
3  but it certainly is a limitation.
4  Q  That paragraph goes on to say, Although we report
5  poorer survival among children with the highest MF
6  exposure category, clinical inferences are limited
7  with results possibly attributable to chance alone.
8      Does the fact that the results are possibly
9  attributable to chance alone detract, in your mind,
10  from the weight that should be given that study?
11  A  Yes, it detracts from the weight that should be given
12  it, certainly, but, you know, again, this is why one
13  looks at the weight of all of the evidence.
14      We'll get shortly to the Svendsen paper, which
15  basically shows the same kind of thing.  The authors
16  are quite appropriate to state clearly the limitations
17  of their study.  And when authors do that, that makes
18  me actually consider them more carefully because it
19  means the authors are not trying to pull the wool over
20  your eyes with something that isn't well-documented.
21      You're always limited by the number of subjects
22  in your study, especially if you're following over
23  long periods of time, you're retention rate and that
24  sort of thing.  And one study doesn't prove a point
25  beyond a shadow of a doubt, but it, in this case, is

116

1  certainly relevant.
2  Q  Right.  And actually, the last sentence -- the next
3  sentence of this paragraph says that independent
4  confirmation is needed and also says that the author's
5  findings can be viewed only as hypothesis-generating.
6      And is it, in fact, the case that the scientific
7  or the weight to be reported on any study depends in
8  part upon the capacity to replicate the findings of
9  that report?
10  A  Yes, and actually if you look at Number 14, the
11  Svendsen study, they state right up front that the
12  Foliart study was done and seemed to show a shorter
13  remission period and that they wanted to try to
14  replicate that study, which they did.  And so it is
15  not just a single study that demonstrates this
16  shortening of the remission period, but one done in
17  the U.S., one done in Sweden.
18  Q  So the Foliart article, by its own terms, did nothing
19  more than generate a particular hypothesis, correct?
20  A  That's correct, yes.
21  Q  And then the Svendsen article, which is Exhibit 14,
22  first of all, had a different end point than the
23  Foliart study; did it not?
24  A  Yes.
25  Q  And the Svendsen article end point was survival not

117

1  event-free survival?
2  A  Yeah, survival, so they're looking for death.
3  Q  And the follow-up interval of the studies was
4  different?
5  A  Yes, it certainly was different.
6  Q  Did the Svendsen article try to replicate the event-
7  free survival reported by Foliart?
8  A  Well, it certainly didn't have exactly the same design
9  because it was looking for death, not periods of
10  remission, but the -- they clearly believe that they
11  replicated results that were -- supported the
12  hypothesis that was generated in the Foliart study.
13  So, you know, they say in conclusion, this study is
14  generally consistent with previous findings, however
15  it's not the same -- exactly the same study, and it's
16  still small numbers of cases.  So they also
17  acknowledge limitations to their study, but they
18  designed the study basically to be a replication of
19  Foliart, albeit in a different country so they didn't
20  have exactly the same kinds of data, but they get a
21  result that is consistent with the hypothesis that was
22  generated in the Foliart study.
23  Q  And the conclusion of the Svendsen article was that in
24  all the increase is still based on small numbers and
25  the biological mechanism to explain the findings is

118

1  not known, correct?
2  A  That is correct.  Again, that's a responsible
3  statement of the limitations of the study.
4  Q  Have there been further efforts to replicate or
5  confirm the Foliart and Svendsen studies?
6  A  There was one paper that I regret not having mentioned
7  in my report.  I did mention it earlier.  It's --
8  whose author was Lerchi or something like that.  I
9  have it here.  The issue was that -- Lerchi, L-e-c-h-i
10  (sic).  This is a 2015 paper, and its title is, Tumor
11  Promotion by Exposure to Radiofrequency
12  Electromagnetic Migration --
13  Q  I'm sorry, Doctor, you're going to have to repeat that
14  for Melissa, at a slower rate.
15  A  The first author is Lerchi, L-e-r-c-h-i, and the
16  publication is entitled, Tumor Promotion by Exposure
17  to Radiofrequency Electromagnetic -- Electromagnetic
18  Fields Below Exposure Limits for Humans.  And this was
19  not a study in humans.  It was of mice, but they
20  looked to -- they saw a clear dose response curve, the
21  outcome was lymphomas in the exposed animals of -- it
22  was significantly higher than sham-exposed animals, in
23  addition lymphomas were also found to be significantly
24  elevated by exposure.
25  Q  You said that's Lerchi, what year?

119

1  A   2015.

2  Q   Is that one of the articles that you provided today?

3  A   No, it is not.  I should have provided that.  I guess

4      I didn't mainly because it wasn't human, but it is

5      consistent with the other findings.  And in this case,

6      in a mouse study, you can do a clear dose response

7      relationship.  And that's what they have that the

8      human studies really didn't provide.

9  Q   Okay.  Do you have the -- your file from the PUC case

10     still at the ready there?

11 A   Which case?

12 Q   The Maine PUC case?

13 A   Yes, yes.

14 Q   I want to ask you -- I want to go through the email

15     from Mr. Friedman to you.

16 A   Yes.

17 Q   And I haven't had a chance to print this all and get

18     it marked yet, but we'll do that as another exhibit

19     the next time we take a break.

20     So this is an email from Mr. Friedman to you,

21     dated March 20, 2013, correct?

22 A   Correct.

23 Q   And this says the subject is Carpenter, DR, and I

24     assume that's data request responses.  So do you

25     remember working with Mr. Friedman to provide data

120

1      responses to requests from the -- that were submitted

2      in the Maine Public Utilities Commission proceeding?

3  A   I don't remember that, no.  Obviously, I did, but I

4      don't recall.

5  Q   So I'm not sure if this is Mr. Friedman's language or

6      if he's quoting someone else.

7  A   I think all that's in the larger font must have been

8      taken from some other source.

9  Q   Okay.  So the first paragraph after the one that says,

10     Comments, references, and attachments, etc. --

11 A   Yes.

12 Q   -- EXM-017-001, while there are plenty of accounts of

13     electrical sensitivities from exposure to a wide

14     variety of RF sources, there is something unique to

15     smart meters that has triggered an often rapid

16     response in individuals with no prior sensitivities

17     and cause a worsening of symptoms for many with

18     preexisting sensitivities, See Conrad survey.

19     So this is information that Mr. Friedman was

20     providing you to assist you with your work in the

21     Public Utilities Commission case?

22 A   That's correct.

23 Q   And the Conrad survey was a survey of CMP customers'

24     self-reported symptoms?

25 A   That is correct.  And I do have in this file the

121

1      results of that survey, which I actually don't recall

2      at all, but I do have the reports of that survey.  It

3      was self-reported -- self-reported surveys.  They have

4      to be taken with a grain of salt, but in that case,

5      they were reporting that after smart meters were put

6      on hold, some 70 percent of people felt they suffered

7      adverse health effects.

8      Again, I'm a little skeptical of any self-report

9      study when you are asking someone if a specific event,

10     like a smart meter being placed on your house caused

11     you problems because the tendency is to feel that the

12     person asking you wants you to say yes.

13 Q   Right.

14 A   It gave me headaches and so there's an increased risk

15     of getting that kind of information.  In other words,

16     I don't see this as a properly-designed study where

17     one would get injected results.  Nevertheless, there

18     was this report that many people developed responses

19     that they considered adverse.

20 Q   Did you review the Conrad survey when you were

21     preparing your report in this case?

22 A   I have absolutely no recollection of my preparing a

23     report in this case.  I am not even sure I did prepare

24     a report.  This may have only been oral testimony.

25 Q   No, I'm sorry.  In -- what I meant to say was the case

122

1      we're here to talk about today.

2  A   No, I did not review this Conrad report.  I had -- I

3      had totally forgotten about it.

4  Q   Okay.  And the reason I ask is that it is cited in the

5      list of references for your report, and I guess I have

6      to clarify, this is -- I'm sure this is just a

7      typographical error, but if we look at Exhibit 7,

8      fifth page after your signature, the date 28, October,

9      2012 appears.  I assume that should be 28 October

10     2021?

11 A   Yes, yes, that's clearly a mistake.

12 Q   Yeah.  And the third reference you will see is Conrad

13     Exhibit D, Smart Meter Health Effects, etc.  It goes

14     on to talk about -- refer to that as an exhibit to the

15     prefiled testimony of Richard Conrad.

16     So you don't recall and believe, in fact, that

17     you did not refer to the Conrad survey in preparing

18     your report; is that true?

19 A   Well, I know I didn't -- didn't review it.  I am

20     trying to find where that reference is because -- yes.

21     Okay.  So --

22 Q   So let me ask you this, did Mr. Friedman work with you

23     to prepare this report?

24 A   He gave me some advice, but he certainly didn't work

25     with me, but that must have come from him because I --

123

1    I have not reviewed that Conrad report and I didn't

2    even find it until you asked me to see if I had

3    anything in my file cabinets.

4  Q  Do you remember what portions of -- it sounds like

5    Mr. Friedman is the one who provided you with a

6    reference to the Conrad survey.  Did he provide you

7    with any of the other references --

8  A  No.

9  Q  -- that support this report?

10 A  No, none of the other references.

11 Q  Did Mr. Friedman author any other portions of your

12   report?

13 A  Not to my recollection.  As a matter of fact, I am not

14   even certain that he saw my report, but clearly I got

15   that reference from him or one of the other lawyers

16   because I did not have his report, and I do not at the

17   present time have his report.

18 Q  On the section of the report -- of your report

19   starting on page 2, under the heading, This Case,

20   there are two paragraphs that talk about

21   Mr. Friedman's medical history, his legal claims, and

22   the purposes of the discrimination laws under which he

23   is suing.  Did Mr. Friedman provide that information?

24 A  Once again, which information are you talking about?

25 Q  The heading -- the section entitled -- the two

124

1    paragraphs under the heading, This Case?

2  A  This Case.  Okay.  Mr. Friedman certainly provided me

3    with the statement that he was challenging the --

4    Central Maine Power to force him to pay surcharges,

5    and then he listed the three different acts in which

6    he was making those charges.  Yes, that came from

7    Mr. Friedman.

8  Q  And the second paragraph, that section, as well?

9  A  He certainly informed me that he was taking this

10   action on the basis of the Americans with Disabilities

11   Act, but the rest of that is my words.  And, of

12   course, this is the same act which The Fay School was

13   built on, so that -- that was material that I knew

14   rather well.

15 Q  Okay.

16 A  But the specific thing about prohibiting imposition of

17   a surcharge, that obviously is relevant to

18   Mr. Friedman, not The Fay School personnel.

19 Q  That's information that -- is that actually a section

20   of the report that was written by Mr. Friedman or did

21   he tell you something and you --

22 A  No, he told me something, but that certainly is my

23   wording.

24 Q  Okay.  So going back to Mr. Friedman's email to you

25   from March 20, 2013, the paragraph that begins

125

1    EXAM-017-003 says, Swerdlow, S-w-e-r-d-l-o-w, is the

2    chairperson of the AGNIR 2003 report.

3       So do you know who Swerdlow is and what the AGNIR

4    is?

5  A  Well, I know that Swerdlow is a British person that's

6    been active in this area, and the AGNIR was a report.

7    I do have a copy of it somewhere.  It's a report

8    that's been heavily criticized by some people.  I

9    don't actually recall much about it.

10 Q  So is it fair to say -- I got sort of screen shots of

11   this email, so I haven't had a chance to go through

12   the whole thing yet, but it appears to me that this

13   email is Mr. Friedman sort of giving you suggestions

14   on how to structure and frame your testimony in the

15   Public Utilities Commission case?

16 A  I think that's exactly right, yes.

17 Q  Let me go back and find the rest of that.  All right.

18   I guess I am not going to bother to go through the

19   rest of this email now.  As I said, when we take a

20   break, I will mark it as an exhibit so we have it for

21   the record.

22       Can you take a look at your handwritten notes

23   about the case so I can ask you about those, as well?

24 A  Yes.

25 Q  Do you have that document?

126

1  A  Yes, I do.

2  Q  So it looks like your first -- and these are notes

3    that you made in connection with this case, not the --

4    not the PUC case, right?

5  A  That's correct.  This was my notes after a phone call

6    from Ed Friedman.

7  Q  It says, Smart meters, opt out, I think it says,

8    disability claim; is that right?

9  A  That's correct.

10 Q  Have to pay fee monthly so shouldn't have to pay for

11   something you don't want under Americans with

12   Disabilities Act; is that right?

13 A  Right.

14 Q  Illegal surcharges, surcharges underlined, and then I

15   can't quite read the next paragraph.  Can you read

16   that to me?

17 A  Well, I am not sure I can either.  Defense says, no

18   link between smart meters and Ed's cancer.

19   Waldenstrom's, Non-Hodgkin's, fatigue, bone and joint

20   pain.  Ed must prove that having a smart meter

21   actually risks worsening his symptoms and cancer

22   prognosis.

23 Q  Maybe progression?

24 A  Progression, yes.  ROS, written report due November 1.

25   Report would be about the impact of smart meters,

127

1　　would increase risk of symptoms of Non-Hodgkin's?

2　　Does this increase or worsening -- does this increase

3　　or worsen Ed's symptoms, is laymen's terms a

4　　Non-Hodgkin's/Waldenstrom's, his rare diagnosis 2013,

5　　increased IGM levels.

6　Q　What does the ROS mean on the first page?

7　A　That's reactive oxygen species.

8　Q　And that was -- was that something that came to your

9　　mind as you were talking with Mr. Friedman, or was

10　　that something he suggested to you?

11　A　I don't recall, but I suspect that's something that

12　　came to my mind immediately.

13　Q　Let's keep plowing for now, and we will do the best we

14　　can and see how it comes out. We may have to take

15　　another break at some point.

16　　　　Let me ask you about Exhibit 15, which you have

17　　talked about a few times.

18　A　Yes.

19　Q　This was your report of the partial findings from the

20　　National Toxicology Program, Carcinogenesis Studies of

21　　Cell Phone Radiofrequency Radiation.

22　　　　What is HsD?

23　A　It's related to the strain of rats.

24　Q　Okay. So what is the significance -- I take it you --

25　　I think you've mentioned many times that you thought

128

1　　this was a particularly relevant piece of literature.

2　　What's your --

3　A　Yes, this -- I mentioned IARC, the International

4　　Agency for Research on Cancer didn't rate

5　　radiofrequency fields as proven human carcinogens and

6　　one of the main reasons for that was there had never

7　　been demonstration of cancers in animals exposed to

8　　cell phone frequencies. This was actually the

9　　largest, most extensive study ever done by the

10　　National Toxicology program.

11　　　　They demonstrated elevation of schwannomas, which

12　　are like those acoustic neuromas. Obviously the rats,

13　　who had whole body radiation, it wasn't just to their

14　　head, so this schwannoma of the heart is the same

15　　cancer as the acoustic neuroma of the auditory nerve.

16　　They found elevations in gliomas, as did the Ramazzini

17　　Institute report I talked about earlier. They clearly

18　　demonstrated DNA damage.

19　　　　Now, again, the intensity used here is like that

20　　that you would get from a cell phone, so it's

21　　certainly below the intensity that would cause tissue

22　　heating. They also found two other cancers, which

23　　hadn't previously been reported in humans, tumors of

24　　the adrenal gland and the -- I have forgotten the

25　　other one. But a very comprehensive study, to my

129

1　　mind, just sets to rest forever the allegation that

2　　radiofrequency fields don't cause cancer.

3　Q　Again, we know that there is no allegation in this

4　　case that Mr. Friedman's cancer was caused by

5　　radiation, correct?

6　A　That is correct.

7　Q　So --

8　A　So I think the importance of this study and a number

9　　of the others was not that it was directly relevant to

10　　the disease that Mr. Friedman has, so the cancer that

11　　he has, but that it was directly relevant to the idea

12　　that exposure to radiofrequency fields cause disease.

13　　And in his case, the concern is that they will cause

14　　recurrence of his cancer at earlier periods of time

15　　than would occur if he were not exposed.

16　Q　And just to put a finer point on that, do you draw

17　　that conclusion because of the studies that pertain to

18　　reduction of remission time in children with leukemia?

19　A　That is correct. I think those studies are the

20　　evidence to support that -- that conclusion.

21　Q　And leukemia is a different disease than

22　　Waldenstrom's, correct?

23　A　Correct. But they're both diseases of the immune

24　　system.

25　Q　And is that overlap, if you will, or similarity

130

1　　sufficient, in your mind, to say that the effects,

2　　which were shown in studies of children with leukemia,

3　　are transferable to an adult with Waldenstrom's?

4　A　Yes, I think that the -- there's reason for that and

5　　some of this comes from my own studies, not with

6　　electromagnetic fields, but with exposure to

7　　polychlorinated biphenyls. We have looked at rates of

8　　all of these cancers of the blood cells, the immune

9　　blood cells in relation to exposure to PCBs and what

10　　we find is basically all of the blood -- the white

11　　blood cell cancers are elevated in relation to

12　　exposure to PCBs. They're -- and that's been --

13　　that's been found in a lot of the lawsuits also with

14　　PCB exposure, Non-Hodgkin's disease.

15　　　　So they're not exactly the same, of course, but

16　　there's every reason to believe that the risk factors

17　　are common among the different kinds of cancer.

18　Q　When we look at your -- well, let me ask this

19　　question, if I understand your testimony correctly --

20　　let me strike that and start again.

21　　　　Is it your belief that evidence that RF exposure

22　　causes one kind of cancer is evidence that RF causes

23　　all kinds of cancer?

24　A　Let me think about that a moment. I do think that

25　　there is pretty good reason to believe that RF causes

131

1    every kind of cancer.  Now, how strong is that
2    evidence, well, I would certainly say it's -- it's not
3    terribly strong because then every kind of cancer has
4    been studied, but in the IARC document, they certainly
5    list various kinds of cancers.  I think just -- the
6    ones for which there's strong evidence are several
7    kinds of brain cancer, the auditory nerve cancer, the
8    breast cancer.  There's some evidence for lung cancer
9    and gastrointestinal cancers.  Most of the other
10   cancers that are less common have not been studied.
11        So I guess my answer to that question is, what I
12   believe is that I believe that all cancers are
13   increased by RF.  What I can document scientifically
14   is certainly less than that because not all cancers
15   have been studied in relation to exposure, but enough
16   cancers have been so that it's a reasonable hypothesis
17   to think that radiofrequency radiation can increase
18   the risk of all kinds of cancer.
19   Q   And can also exacerbate all kinds of cancer?
20   A   That's correct, reduce the remission periods for all
21   kinds of cancer.  Although, it's only leukemia that's
22   ever been studied.
23   Q   And was that the proposition that you attempted to
24   convey to the Maine Public Utilities Commission when
25   you testified in that case?

132

1    A   Well, I don't recall my testimony in that case, but if
2    asked I certainly would have made the same statement.
3    Of course, that was, what, four years, and there's --
4    there's stronger evidence now than there was four
5    years ago.  But I think even at that time, I would
6    have seen the evidence strongly suggested that it
7    wasn't only leukemia that was increased by exposure to
8    magnetic fields.
9    Q   Despite your belief that the risk of -- that all
10   cancer is increased or that the risk of all cancer is
11   increased by exposure to RF, you're willing to assume
12   the risk of having Wi-Fi in your home, correct?
13   A   Correct.
14   Q   Why is that?
15   A   Well, again, one has to balance risk against benefit.
16   The Wi-Fi I have in my home, first of all, was ordered
17   by my wife, not me, and I argued about it a little
18   while.  But it's -- it's part of our modern life, and
19   I certainly agree that there is an elevated risk of
20   cancers because of our exposure to Wi-Fi, but there's
21   elevated risk of cancers for so many things, some of
22   which we can control, some of which we cannot.
23        So the Wi-Fi -- the degree of elevation of risk
24   from Wi-Fi in my home I judge to be not greater than
25   the benefit that comes from having Wi-Fi in my home.

133

1    Q   Do you have a smart meter in your home?
2    A   I do.
3    Q   That's a risk that you're willing to assume, as well?
4    A   Well, it's interesting, I almost mentioned this
5    earlier, but I wasn't sure this was a smart meter, but
6    I did have a visitor from Europe who had good meters
7    and we did take a good survey of the exposure in my
8    home, including that from the smart meter.  I live in
9    a brick house, and it turns out that the radiation
10   from the smart meter did not significantly penetrate
11   the house.  It -- it was a very high-intensity
12   exposure immediately adjacent to the smart meter
13   outside and then it fell off with distance, so that
14   there was no clear measurement of elevated intensity
15   if you got about 8 feet away from the smart meter.
16        You know, again, in my area, you're not asked if
17   you want to have a smart meter.  It's just put on, and
18   I didn't even realize that we had one for a long time
19   until I looked at it, and someone did change the
20   meter.  This is what's happening all over the place,
21   that these meters are being installed without asking
22   anybody's permission.  They're installed by the
23   utilities and most people aren't even aware of them.
24        In my case, one of my concerns was that just
25   inside the house from the smart meter was the chair

134

1    that my wife spends a lot of time in watching
2    television, but measuring there, there was no
3    elevation from the smart meter.  There was an
4    elevation from the telephone, which was tied to a
5    network for deck phones, even though this was not a
6    deck phone, and that turned out to be a much more
7    significant source of exposure than others.
8         Now, as a result of that survey of my home, which
9    probably is going to get published, we certainly have
10   taken steps to move the -- the wireless router to a
11   more distant part of the house.  The part of the house
12   that is further removed has very low RF levels.  And
13   so you -- once you have the information, you can take
14   steps to -- to use the modern technology, but to
15   reduce the exposure.
16   Q   Do you have the ability to opt out of the smart meter
17   in New York?
18   A   I don't think you do.  As a matter of fact, I know you
19   don't because people that have fought this have had
20   their electricity turned off.  In my area, I -- in the
21   city of Albany, I don't think this has gotten any
22   attention at all.  But I have been involved in
23   advising people in other parts of the state who
24   strongly objected and then were not able to have an
25   analogue meter put on, but had their electricity

135

1    turned off because they had by themselves replaced the
2    smart meter with an analogue meter, which the utility
3    didn't approve.
4  Q  How long ago was it that you discovered that you had a
5    smart meter?
6  A  Last summer.
7  Q  Who's your electricity provider?
8  A  Niagara Mohawk.
9  Q  Did you -- I take it from your testimony that your
10   opinions in this case about the potential biological
11   harm that could occur from exposure to RF is based in
12   part on studies you have conducted on PCBs; is that
13   true?
14 A  No, I don't think that's really true.  I mean, I have
15   done a lot of work on PCBs and, of course, you always
16   learn from -- from what you do, and I always become
17   more convinced of something if it's studies that I
18   have done and know that it was done properly than if
19   it was just done by other people.
20       But I think my -- you know, to go back in my own
21   history, my first involvement with electromagnetic
22   fields was when I came to New York State as the
23   director of the Wadsworth Center for Laboratories and
24   Research, the laboratory part of the New York State
25   Department of Health, and two weeks before I arrived,

136

1    there had been a settlement between the Public Service
2    Commission and the New York power authority, the
3    state-owned utility, alleging that there were health
4    effects of magnetic fields from power lines.  As the
5    new guy on the block, and I had worked for the defense
6    nuclear agency and had probably more knowledge of
7    ionizing and nonionizing radiation than most people, I
8    was put in charge of administering that program.  I
9    worked with that for seven years.  And at the end of
10   the time, we confirmed findings that exposure to
11   magnetic fields increased risk of childhood leukemia.
12   And we did a series of animal studies in different
13   laboratories in the U.S./Canada and found a number of
14   biological effects on the nervous system on animal
15   behavior.  We did not find elevations in cancer in
16   rodents, but we didn't do as long a study as the NTP
17   study, but on the basis of all of those studies, it
18   was very clear to me that there are biological effects
19   of electromagnetic fields at low intensities that are
20   much below the state and the national standards.  And
21   beyond that, this has never been my personal research,
22   so I depend on other research in this area.
23       A lot of my research on PCBs is sort of similar,
24   but I think my -- my major views on EMFs is that --
25   have been derived from the studies that I've either

137

1    administered or have reviewed from other people, and
2    there are certain similarities in the results with
3    PCBs, which are a much more dangerous exposure than I
4    find that electromagnetic fields are, but the patterns
5    are somewhat similar with regard to cancer.
6  Q  All right.  Have you, to your knowledge, ever had your
7    proposed opinion testimony excluded by any court?
8  A  Yes, yes, it has both in PCBs and in EMF.  I mentioned
9    earlier that the -- that strange situation in Montreal
10   where, as I was preparing to testify, they told me
11   that my views were not accepted and then told me to go
12   ahead and testify anyhow.
13       I think most of the other reports have not
14   been -- they've been for commissions and so forth
15   where my testimony wasn't excluded, it was just
16   ignored.
17 Q  Right.  Let's take a look at Exhibit 19, which is
18   probably a partial transcript of your testimony in The
19   Fay School case, the Massachusetts Wi-Fi case.  Do you
20   have that, sir?
21 A  Yes, I do.
22 Q  Starting at page 26 of that, down on the bottom, first
23   of all, I know I only sent this to you yesterday, but
24   have you had a chance to look it over and do you feel
25   as though this partial transcript is pretty faithful

138

1    to what you actually sent?
2  A  I'm sorry, I really haven't had a chance to --
3  Q  That's all right.
4  A  -- look it over.  Page 26, did you say?
5  Q  Yeah, bottom of page 26.
6  A  Okay.  I'm there.
7  Q  You said one thing that I feel very strongly, and I
8    think is supported by the literature, is that it's the
9    intensity of the radiofrequency radiation, not whether
10   it's comes from Wi-Fi or from a cell phone, from a
11   cell tower, from a smart meter, it's the intensity and
12   the duration of exposure that are the critical
13   variables in EHS.
14       First of all, is that, in fact, your opinion?
15 A  Yes, it is.
16 Q  And then the next question --
17 A  Well, I guess let me just qualify that answer, it is
18   intensity, it's duration, but, again, it's these rapid
19   rises and falls, this dirty electricity, if you want
20   to use that word, that is very important, and that's
21   not covered if you just talk about intensity and
22   duration.
23 Q  Gotcha.
24 A  Although, intensity and duration are certainly
25   important.

139

1   Q   Okay.  And then the next question is, And do you have
2       a particular intensity level that you designate as
3       safe versus non-safe?  And you say, Well, I would only
4       have to go back to that precautionary level from the
5       BioInitiative Report.  I think the short answer to
6       your question, though, is no.  I don't have -- I think
7       when you have an exposure at whatever level that
8       triggers symptoms in a person, then that exceeds the
9       safety level, but that intensity of exposure is going
10      to vary greatly from individual to individual.
11          Is that -- does that accurately reflect your
12      opinion today?
13  A   Yes, it does.
14  Q   So --
15  A   Let me elaborate on that a little bit.
16  Q   Sure.
17  A   You know, this is -- that's my opinion in terms of
18      individual to individual.  But, again, as a public
19      health official, it's my firm belief that as a society
20      we should protect the most vulnerable, not just the
21      average person, and that -- that, which I feel
22      strongly about, is not captured in that sentence that
23      you just quoted.
24  Q   Right.  So what I read this to say, and please correct
25      me if I'm wrong, is that you have no way of knowing

140

1       what exposure, if any, would cause harm to any
2       particular individual who's exposed to RF; is that
3       true?
4   A   That is true.
5   Q   So exposure that could be completely benign to one
6       person might be mildly harmful to another and might be
7       seriously harmful to another, true?
8   A   True.
9   Q   And we don't know where Ed Friedman falls in that
10      spectrum, do we?
11  A   That is correct.
12  Q   All right.  I think I am going to make one last try to
13      get those documents from Dropbox, unless something has
14      happened in the last little bit.
15          (Whereupon there was a break in the deposition at
16      3:30 p.m. and the deposition reconvened at 3:52 p.m.)
17          MR. MERRILL:  Dr. Carpenter would like to clarify
18      one aspect of his study regarding the Yakymenko study.
19          MR. TAINTOR:  Sure.
20  BY MR. TAINTOR:
21  Q   All right.  So, Doctor, why don't you -- we've had a
22      little break, and I guess you've had a chance to speak
23      with Attorney Merrill and Mr. Friedman --
24  A   Well, I guess there was a concern that I didn't really
25      discuss what the Yakymenko study really was.  It was

141

1       not a single experimental study on cells.  It was a
2       review article of 100 studies from different
3       laboratories that looked to see how many of that 100
4       studies demonstrated that radiofrequency radiation
5       increased reactive oxygen species.  The answer is that
6       93 of that 100 studies clearly demonstrated increases
7       in reactive oxygen species.
8           So I think the point is, I think this has been so
9       well-established that I perhaps didn't state it as
10      clearly as I should have.  There's a huge body of
11      evidence that radiofrequency radiation triggers the
12      generation of reactive oxygen species.  It's been seen
13      in many different laboratories and different cells,
14      and I consider that to be very well-established.
15  Q   Okay.  So that is -- so can you just point me to the
16      language in the Yakymenko article that you're
17      referring to?
18  A   Well, if you look in the -- just in the abstract it
19      says, Out of 100 currently available peer-reviewed
20      studies dealing with oxidative effects of
21      low-intensity RFR, in general 93 confirmed that RFR,
22      that being radiofrequency radiation, induces oxidative
23      effects in biological systems.
24  Q   Okay.  And what does that say -- what do those 93
25      studies say, if anything, about the actual impact of

142

1       RF on human health or human disease?
2   A   Well, most of these are studies of isolated cells, so
3       they're not directly relevant to human health, but I
4       think it adds to this overwhelming body of evidence
5       that radiofrequency radiation generates reactive
6       oxygen species, triggers oxidative damage and stress,
7       and that is consistent with what I said is the general
8       hypothesis of most people working in the field is
9       that these reactive oxygen species are the primary
10      mechanism whereby all of the various health effects
11      are caused.
12  Q   And do those studies tell us anything about whether
13      exposure to RF at the level that is emitted by a smart
14      meter causes oxidative stress?
15  A   Yes, I think they do.  Now, again, you've got 100
16      studies so all of them are slightly different,
17      different intensities applied, but the great majority
18      of them demonstrate the development of reactive oxygen
19      species.
20          Now, the waveforms were not those of smart
21      meters, if I recall correctly, in none of these cells,
22      but they show the same effect of various intensities,
23      all nonthermal levels of RFR.
24  Q   Okay.  So as you -- as you look through these studies
25      -- so are these the ones that are listed in Table 2,

143

1 are these the studies that -- the 93 studies?

2 A I think the things in Table 2 are the 100 studies, but

3 you see they're all in -- they're from different

4 laboratories. They're on different cell types.

5 They're at various intensities. And this is why --

6 this is what I like to see, you look at the weight of

7 evidence from multiple groups, looking at slightly

8 different parameters on the same general subject, and

9 this shows you get consistency of results.

10 Q What is the -- so Table 2, according to this caption,

11 consists of publications which reported positive

12 findings on oxidative stress caused by RFR exposure of

13 animals and plants --

14 A Yes.

15 Q -- correct? Most of these are studies of rats, most

16 all, right?

17 A Yes, Table 1 is cells. Table 2 is primarily rats,

18 some things are guinea pigs.

19 Q Right.

20 A Some things are flies. But, again, the point is --

21 some are rabbits. The point is, there is a

22 consistency of there being generation of reactive

23 oxygen species.

24 Q Right. But what -- and I understand you're telling me

25 that these exposures can produce reactive -- or

144

1 generate reactive oxygen species, but which of these

2 RFR exposures are sufficiently similar in intensity to

3 smart meter exposure to be relevant in this case?

4 A I don't think we can -- we can really say that. Now,

5 of course, as I said earlier in terms of the smart

6 meter in my house, it totally depends on how far away

7 from the smart meter you are. If you are very close,

8 if you have very high intensities, then you can

9 actually get tissue heating right up against the smart

10 meter, but people are not standing up against a smart

11 meter. So the intensity varies over a large range

12 depending on distance away.

13 So I would say without going through the results

14 on each study that almost all of these studies are

15 relevant to smart meters, depending on how close you

16 are to the meter.

17 Q Well, I mean -- and I don't want to argue with a

18 scientist because I'm not one, but, for example, if we

19 look at the Ilhan study, I-l-h-a-n, study from 2004 in

20 Table 2, do you see where I am?

21 A Yes.

22 Q That talks about exposing a rat to 900 megahertz from

23 a cell phone for 1 hour a day for 7 days.

24 A Yes.

25 Q That's very, very different from exposing a human

145

1 being to a -- the RF from a smart meter for any period

2 of time, isn't it?

3 A That's correct, but what they were measuring there was

4 a -- MDA is a metabolite of -- it's an indication of

5 oxidative stress. And this is one of the markers in

6 those Belpomme studies that we talked about earlier in

7 people that show electrohypersensitivity. They're

8 excreting more of this MDA.

9 So I don't think any of these are exactly the

10 waveform that we have from a smart meter, but they are

11 radiofrequency radiation of various intensities and

12 coming from various laboratories. So that's the only

13 point I would make about the study, that there is a

14 consistency in the findings that radiofrequency

15 radiation causes oxidative stress by --

16 THE COURT REPORTER: I'm sorry, can you say that

17 again?

18 THE WITNESS: I said, there is a consistency in

19 the studies that radiofrequency radiation generates

20 reactive oxygen species and oxidative stress.

21 THE COURT REPORTER: Thank you very much.

22 BY MR. TAINTOR:

23 Q But there is not a consistency in the studies, based

24 on this article, to support the proposition that

25 radiofrequency of the intensity or duration that comes

146

1 from a smart meter generates reactive oxygen species

2 or oxidative injury, true?

3 A It's true that none of these studies use smart meter

4 frequencies, that is correct.

5 Q Not only do they not use smart meter frequencies, but

6 they also don't have similar intensity or duration?

7 A That is correct.

8 Q So you can't really draw any inferences from this

9 article that are directly relevant to Mr. Friedman's

10 situation with a smart meter outside of his house?

11 A Well, I don't think I agree with that, but I certainly

12 agree that the waveforms are not exactly the same as a

13 smart meter, but I think again what I would look at is

14 the weight of the evidence. And the only point from

15 this article is that in many studies, you can get

16 evidence of generation of reactive oxygen species from

17 RF radiation. And I wouldn't go past that to say this

18 is specifically for -- specific for smart meters.

19 Q Or for Mr. Friedman?

20 A Or for Mr. Friedman.

21 Q Do you have -- I was wondering about the one case in

22 which I think you said you had been excluded, and I

23 think there was only one, that was the Quebec case,

24 right?

25 A Yes.

147

| 1 | Q | Do you have a file on that case and do you happen to |
| 2 | | have a decision in that case addressing that issue? |
| 3 | A | No, I do not. I never did have. |
| 4 | Q | Okay. And do you know what jurisdiction that was in |
| 5 | | in the province of Quebec; do you recall? |
| 6 | A | That should have been in -- should have been listed in |
| 7 | | my -- |
| 8 | Q | Let me see if I can find it. |
| 9 | A | I don't have that listed in my depositions list. |
| 10 | Q | Do you remember what kind of proceeding it was? |
| 11 | A | It was a proceeding in front of a panel of three |
| 12 | | individuals that were taking testimony on hazards of |
| 13 | | smart meters. It was -- it must have been a |
| 14 | | provincial committee, to the best of my recollection. |
| 15 | Q | A committee of the province? |
| 16 | A | And that was 10 years ago, so my memory may not be |
| 17 | | very accurate. |
| 18 | Q | You think it was probably, though, a committee of the |
| 19 | | provincial Government? |
| 20 | A | Yes. |
| 21 | Q | And I'm sorry, is that the Association Québécoise? |
| 22 | A | Yes. |
| 23 | Q | So Dominique Newman was the person that hired you? |
| 24 | A | Yes, that's correct. |
| 25 | Q | Okay. And lastly, I think, can you just catalog for |

148

| 1 | | me -- I want to just know what we're -- what we might |
| 2 | | be missing from the Maine Public Utilities Commission |
| 3 | | file. I know you told me it was a pretty big file. |
| 4 | | Can you pull it out and sort of -- |
| 5 | A | Yes. |
| 6 | Q | -- catalog the documents for me that are contained in |
| 7 | | that? |
| 8 | A | Right. The first thing is a draft order. It's a |
| 9 | | four-page document -- |
| 10 | Q | Draft order -- |
| 11 | A | This was ordering an audit of the provisions of a |
| 12 | | specific thing of the commission and setting a date |
| 13 | | for the time at which that audit should be prepared. |
| 14 | | Then I have a copy of a rather large document, |
| 15 | | which is the examiner's report containing |
| 16 | | recommendations of the commission's staff, although |
| 17 | | it's in the form of a draft commission order, it does |
| 18 | | not constitute commission action. I assume this is |
| 19 | | the product of that audit that was ordered. |
| 20 | | I have a document on risk valuation. This is, |
| 21 | | Take Caution with Cell Phones from the Epic Times. I |
| 22 | | have a copy of EPRI comments on the BioInitiative |
| 23 | | Report, which I'm sure were not complimentary. |
| 24 | Q | Are the documents you're referring to things that you |
| 25 | | relied on in your testimony to the Maine Public |

149

| 1 | | Utilities Commission? |
| 2 | A | I doubt very much that they were. |
| 3 | Q | What was the thing before the EPRI -- and just, |
| 4 | | Melissa, EPRI is an acronym, E-P-R-I. |
| 5 | | THE COURT REPORTER: Thank you. |
| 6 | BY MR. TAINTOR: |
| 7 | Q | What was before the EPRI report? |
| 8 | A | This is a two-page thing -- well, actually, it's more |
| 9 | | than that. It's page 17 of 25, but it's -- it appears |
| 10 | | to be something from an advocacy organization, which |
| 11 | | gives a quote from me. It talks about the World |
| 12 | | Health Organization classifying electromagnetic fields |
| 13 | | as possible carcinogens, talks about cell phones. It |
| 14 | | gives a link to cancer, cell phones, children, |
| 15 | | legislation, technology. So, again, I think it's |
| 16 | | nothing I would have relied on. |
| 17 | Q | Do you think it's something that you reviewed and |
| 18 | | referred to forming your opinions before the PUC? |
| 19 | A | I doubt it. |
| 20 | Q | Okay. |
| 21 | A | If it's quoting me, it's obviously -- |
| 22 | Q | That's authoritative right there, isn't it? |
| 23 | A | Absolutely. |
| 24 | Q | Okay. |
| 25 | A | Then there's a fairly long email from Bruce McLaughlin |

150

| 1 | | -- well, it's -- it's a one-page email, but then he's |
| 2 | | attached a document, which I clearly did review |
| 3 | | because I've got some underlines in it about the |
| 4 | | Federal Communications Commission and orders on RF |
| 5 | | fields. There's a section on specific comments to the |
| 6 | | testimony of David Carpenter, so this, again, is |
| 7 | | someone that's criticizing my presentation. Talks |
| 8 | | about the systemic review by Repacholi, which we've |
| 9 | | already discussed. |
| 10 | | So I think this is a critique of my testimony. |
| 11 | Q | So let me go back to the McLaughlin email. Can you -- |
| 12 | | unless Attorney Merrill wants to have -- to vet it |
| 13 | | first -- maybe you can tell me, Bruce, if you feel the |
| 14 | | need to. I would like you to read it into the record |
| 15 | | unless Bruce tells you not to. |
| 16 | | MR. MERRILL: I'm sorry, who is doing the |
| 17 | | critique, David? |
| 18 | | THE WITNESS: Well, this is a -- it says, |
| 19 | | Attached is a copy of the lengthy rebuttal testimony |
| 20 | | that was filed by Exponent. So that's what all of |
| 21 | | these pages are is -- |
| 22 | | MR. MERRILL: Okay. |
| 23 | | THE WITNESS: -- Exponent's rebuttal of my |
| 24 | | testimony. |
| 25 | BY MR. TAINTOR: |

151

1   Q   Okay.  I misunderstood you.  I thought you said that
2       there was a lengthy email from Attorney McLaughlin.
3   A   I did say that, but I was mistaken.
4   Q   Okay.
5   A   The attachment was -- was the rebuttal.
6   Q   All the email says is, Here's Exponent's testimony?
7   A   Well, it goes on from that.  It says, I will have an
8       opportunity to cross-examine Dr. Bailey on Thursday on
9       his rebuttal and would like any comments you may have
10      on that.  Generally speaking, please point out any
11      glaring errors, misrepresentations, or faulty
12      reasoning in his discussions of the science or
13      particular studies that you notice in reviewing his
14      rebuttal.  Unrelated to your testimony, can you help
15      me or point me to someone who can debunk Bailey's
16      assertions that natural RF from human bodies and the
17      earth are not different in kind from smart meter RF
18      for purposes of considering health risks?  With
19      respect to Bailey's testimony about you on pages 36 to
20      67 I have the following questions:  On page 36 to 38,
21      he criticizes the BioInitiative Report and cites
22      critical reviews of the reports.  Have there been any
23      responses to these reviews or other commentaries
24      defending the reports that would help me?  On page 38
25      to 42, he criticizes your reliance on metaanalyses,

152

1       Hardell, Carrubba, Kundi, and Moon, any misstatements
2       here?
3           Three, on page 45, he makes a point about
4       exposure levels and dose response relationships, does
5       this make sense?
6           Four, on page 45 to 48, he criticizes your cell
7       and radio tower cases referring to them as ecologic
8       studies that are inferior to case control studies.  He
9       cites Marsonique (phonetic) 2008 and Elliott 2010.
10      Any come back to this?
11          Five, any comments on his critique on the cancer
12      rate evidence on page 57 and 58?
13          Thanks for your help.
14  Q   So one of the things that Attorney McLaughlin asked
15      you about was whether you could debunk or point him to
16      someone who could debunk Dr. Bailey's testimony about
17      the radiofrequency emissions from the earth and from
18      the human body being similar to those from smart
19      meters; were you able to do that?
20  A   I don't recall.  I don't have any -- I don't have a
21      copy of any response I made to this.  I certainly
22      would have debunked those.  There certainly are
23      radiofrequency emissions from the human body, our
24      nervous system, are muscles are electrical cells, they
25      generate electricity, and that generates magnetic

153

1       fields.  They're at quite different levels, but
2       there -- there are obviously things that human life
3       evolved with and cannot be considered to be hazardous.
4       But I don't have any of my response here.
5   Q   Okay.  So is there -- after that email and the
6       Exponent testimony attached, are there more contents
7       of that file?
8   A   Yes, there's the 126 Maine Legislature First
9       Regulatory Session, which includes some documents on
10      electric utility industry experience with geomagnetic
11      disturbances.  It's about a 10-page document, but
12      nothing that I prepared.  There is the law document,
13      the Supreme Judicial Court sitting as the Law Court,
14      Ed Friedman, et. al v. Maine Public Utilities
15      Commission and Central Maine Power.  Again, a 20 or so
16      page double-spaced paper.
17          There's a document, Power Logistic Solutions on
18      Transients and Electric Power.  I don't know what this
19      is about.
20  Q   That's not something you recall focusing on or --
21  A   No, not at all.  There's a PowerPoint from Niko
22      Talamone (phonetic) from Finland, again nothing that I
23      would have relied on particularly.
24          There's an Exhibit D, Smart Meter Health Effects
25      Survey and Report.  This is -- I think this may be

154

1       that report that we were talking about earlier that on
2       the -- the reported health effects of people after
3       smart meters were put on their homes.
4   Q   The Conrad survey?
5   A   Yes.  And then there's the testimony of William Bailey
6       and Mykhaylo Shkolnikov whose testimony they gave in
7       that case.  I have an email from a Maria Powell, but
8       that's not relevant to this case, but it's about smart
9       meters.
10  Q   Who is Maria Powell and what did she say about smart
11      meters?
12  A   I don't -- well, this is -- she's from a community
13      based organization in Madison, Wisconsin.  It happened
14      to be filed away in this file.
15          There's another email from someone from Mexico.
16      This is a report of a student project that surveyed
17      students on health effects of radiofrequency
18      radiation.  Again, that -- that was not particularly
19      relevant to this case.
20          There's my -- a copy of my prefiled testimony in
21      this case.
22  Q   In this case being the PUC case?
23  A   The PUC case, yes.  I don't know exactly what this is.
24      This is from the lawyers and describes the various
25      people that were going to be presenting expert witness

155

1  testimony in that case.
2  Q  Is that from Mr. McLaughlin?
3  A  That's from McLaughlin, yes.
4  Q  And can you tell me what that says?
5      MR. MERRILL:  I'm going to object to anything
6      that the lawyer is sending him, Chris.
7  BY MR. TAINTOR:
8  Q  Why don't we just get a general description --
9  A  Well, it's a listing of the expert witness testimony
10     of Leonard Hardell, Jerry Phillips, Darius Lesintisky
11     (phonetic), Coumb Lee -- De Coumb Lee (phonetic),
12     Hersh Kumar, David Carpenter, Lloyd Morgan, William
13     Rea, Richard Conrad.  So it's a brief summary, one
14     paragraph on each of us, what our backgrounds were,
15     and what we would be -- what we -- what he would
16     expect us to be testifying on.
17  Q  Gotcha.
18  A  There's an executive summary of the last AG MIR
19     review.  Again, that's probably something I put in the
20     file.  It wasn't directly relevant to the case.
21         And then there is a letter to me from Bruce
22     McLaughlin inviting me to -- this is the first letter
23     inviting me to serve as the expert witness in this
24     case, dated October 17, 2012.
25  Q  I understand Attorney Merrill has an objection to that

156

1  so I want to be careful about this, can you -- what's
2  the length of the document?
3  A  It's a three-page letter.
4  Q  Does it provide factual information about the case?
5  A  Why don't I just read the first paragraph at least?
6  Q  Before you do that, check with Attorney Merrill to
7  make sure he wants you to.
8      MR. MERRILL:  I don't want you to read anything,
9      David, just give a synopsis of what it is.
10  A  Well, it describes the pending case, the various
11     orders, background on when smart meters were
12     installed, lists the experts that CMP were going to
13     call, and invites me to serve as an expert witness in
14     the case.
15      MR. TAINTOR:  Okay.  So I guess, Bruce, my view
16      would be, I think, that communications -- and I'll
17      leave this to you guys to figure out, I don't need to
18      fight about it on the record, but my understanding is
19      that the Maine PUC follows the Maine Rules of
20      Procedure, Maine Rules of Civil Procedure, so to the
21      extent that there is factual information about the
22      case contained in the document, it would be
23      discoverable, but why don't you, after the deposition,
24      have Dr. Carpenter send you that and then you can
25      decide whether you --

157

1      MR. MERRILL:  That's fine.
2  BY MR. TAINTOR:
3  Q  Is that pretty much everything in there,
4      Dr. Carpenter?
5  A  That's it, yes.
6  Q  So I think the only things -- we've got that -- that
7      potentially open piece, and then we have got a couple
8      of articles that I think you mentioned that you
9      thought were important, but that you had not produced
10     and that was the Rea, R-a-e (sic) and possibly the
11     Lamech, L-a-m-e-c-h --
12  A  I did produce the Lamech study.
13  Q  Oh, you did.  Okay.  So the Rea study, and I thought
14     there was another one, Lerchi, L-e-r-c-h-i?
15  A  Yes.
16  Q  Are those the two studies that you thought were
17     particularly important, but had not been produced?
18  A  Yes, that's right.
19  Q  So I don't expect it's going to be an issue, I don't
20     know if, you know, how you want to do this, if you
21     want to try to find those now and send them to me or
22     if you want to potentially hold this open to revisit
23     those issues in case, God forbid, there should be
24     something particularly stunning in those articles.  I
25     just don't want to -- you know, if there's information

158

1  you relied on that I haven't had a chance to look at,
2  I would be hesitant to close out the deposition
3  forever without having the chance to ask questions on
4  that.
5  A  Well, I can -- I can certainly try to find those.  I
6      don't think I have an electronic copy of the Rea
7      study, so I might have to scan and send it to you.
8         The other thing you asked for, you really want
9      syllabi of the two courses I teach?
10  Q  Yeah, I think I do.  Yeah.
11  A  Okay.
12  Q  If you can produce them.
13         So, Doctor, to what extent do you believe the
14      focus of your opinions in this case differs from the
15      focus of the testimony you gave in the PUC litigation?
16  A  I don't think it differs in any major regard.  I think
17      that in the intervening, what is it, four or six
18      years, there is new evidence that strengthens my
19      confidence in the opinions I expressed then, but I
20      don't think my opinions have changed in any
21      substantive fashion.
22  Q  Okay.  I think those are all my questions.  I'll leave
23      it there.  I don't know if Mr. Merrill is going to do
24      any cross-examination or not.
25      MR. MERRILL:  No.

159

1    MR. TAINTOR:  No.  Okay.

2        (The deposition was concluded at 4:25 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

160

1                CERTIFICATE

2        I, Melissa L. Merenberg, RPR, a Notary Public in

3    and for the State of Maine, hereby certify that

4    the within-named deponent was sworn to testify to

5    the truth, the whole truth, and nothing but the

6    truth, in the aforementioned cause of action.

7        I further certify that this deposition was

8    stenographically reported by me and later reduced

9    to print through computer-aided transcription and

10    that the foregoing is a full and true record of

11    the testimony given by the deponent.

12        I further certify that I am a disinterested

13    person in the event or outcome of the above-named

14    cause of action.

15        IN WITNESS WHEREOF, I subscribe my hand and

16    affix my seal this 24th day of January, 2022.

17

18

19            /s/ Melissa L. Merenberg

20            MELISSA L. MERENBERG, RPR

21                NOTARY PUBLIC

22                Court Reporter

23

24    My commission expires:  February 28, 2022.

25

---

161

1                SIGNATURE PAGE

2        I, DAVID O. CARPENTER, have read the foregoing

3    pages of my transcript or have had the foregoing pages

4    of my testimony read to me and have noted any changes

5    in form or substance of my testimony, together with

6    their respective corrections and the reasons

7    therefore, on the following errata

8    sheet(s).

9        _____

10            DAVID O. CARPENTER, M.D.

11        _____

12        (Date)

13

14    *****************************************************

15

16    TO BE COMPLETED BY NOTARY PUBLIC OR ATTORNEY:

17        I, a Notary Public/Attorney in and for the State

18    of Maine, hereby acknowledge that the above-named

19    witness personally appeared before me, swore to the

20    truth of the foregoing statements and affixed his/her

21    signature above as his/her true act and deed.

22        _____

23        (Date)

24    My commission expires:

25

---

162

1            ERRATA SHEET INSTRUCTIONS

2        Please note on the errata sheet below any

3    changes in form or substance to your testimony

4    contained in your deposition transcript.  For each

5    change, list the page and line number, the words you

6    wish to change, the change, and the reason for the

7    change; ex:  Typo, wrong word, word omitted, etc. be

8    sure to sign the errata sheet.  You must also sign the

9    signature page and have it notarized.  Please return

10    the errata sheet and signature page to the attorney

11    mentioned on the cover letter.

12

13    _____

14    Page/Line:  Words to Change:  Changed to:  Reason:

15    _____

16

17

18

19

20

21

22        _____

23        Signature of Deponent

24

25

163

1    THE REPORTING GROUP
     P.O. Box 404
2    Springvale, ME 04083
     (207) 281-4230
3    Thereportinggroupmaine@gmail.com

4
     January 24, 2022
5

6    RE:  Ed Friedman v. Central Maine Power Company.

7
     Deposition of:  David O. Carpenter, M.D.
8

9    INSTRUCTIONS FOR READING & SIGNING TRANSCRIPT

10        Enclosed please find a copy of your deposition
     taken on January 13, 2022, in the above-referenced
11   matter Within thirty (30) days, please read the
     transcript, indicating any errors on the enclosed
12   errata sheet, and sign the signature page and
     errata sheet before a notary public.  Please
13   return the properly executed original signature
     page and errata sheet to:

14

15
     Christopher C. Taintor, Esq.
16   Ctaintor@nhdlaw.com
     Norman, Hanson & DeTroy
17   P.O. Box 4600
     Portland, ME 04112-4600
18
19
20
21
22
23
24
25

**/**

**/s** [1] - 160:19

**0**

**0.01** [3] - 56:19, 57:6, 59:25
**0.1** [6] - 56:14, 57:5, 59:7, 60:9, 60:13, 64:8
**0.6** [1] - 67:12
**001** [1] - 44:1
**01** [1] - 57:13
**04083** [1] - 163:2
**04112-4600** [1] - 163:17

**1**

**1** [10] - 2:9, 16:17, 16:20, 17:2, 40:17, 87:15, 101:14, 126:24, 143:17, 144:23
**10** [21] - 2:14, 3:25, 19:13, 21:6, 29:16, 29:25, 30:3, 34:2, 34:3, 35:7, 35:11, 58:2, 59:21, 59:24, 64:13, 74:12, 80:4, 87:8, 87:15, 107:21, 147:16
**10-page** [1] - 153:11
**100** [7] - 32:3, 141:2, 141:3, 141:6, 141:19, 142:15, 143:2
**107** [1] - 2:14
**10:12** [2] - 1:18, 3:3
**10:16** [1] - 4:7
**10:18** [1] - 4:8
**10:49** [1] - 21:18
**10:50** [1] - 21:18
**11** [3] - 2:14, 80:4, 110:3
**110** [1] - 2:14
**112** [1] - 2:15
**116** [1] - 2:16
**11:28** [1] - 41:13
**11:46** [1] - 41:13
**12** [4] - 2:15, 38:4, 80:4, 112:12
**120** [1] - 99:19
**126** [1] - 153:8
**127** [1] - 2:16
**13** [4] - 1:17, 2:15, 3:3, 163:10
**137** [1] - 2:18
**14** [3] - 2:16, 116:10,

116:21
**147** [1] - 26:11
**15** [4] - 2:16, 38:4, 80:12, 127:16
**16** [3] - 2:9, 2:17, 94:3
**17** [5] - 2:17, 54:20, 55:20, 149:9, 155:24
**18** [3] - 2:10, 2:10, 2:18
**19** [2] - 2:18, 137:17
**1991** [4] - 34:9, 109:1, 109:4, 109:15
**1997** [3] - 26:4, 26:9, 26:24
**1:01** [1] - 80:24
**1:37** [1] - 80:24

**2**

**2** [10] - 2:10, 17:2, 18:6, 82:10, 123:19, 142:25, 143:2, 143:10, 143:17, 144:20
**20** [9] - 2:19, 43:12, 45:9, 45:15, 87:9, 87:15, 119:21, 124:25, 153:15
**20-cv-00237-JDL** [1] - 1:3
**2000** [1] - 80:1
**2003** [1] - 125:2
**2004** [1] - 144:19
**2005** [2] - 28:7, 80:1
**2007** [8] - 24:1, 24:15, 54:20, 55:21, 56:9, 56:12, 58:14, 58:25
**2008** [1] - 152:9
**2010** [2] - 24:6, 152:9
**2011** [2] - 16:14, 77:20
**2012** [13] - 24:2, 24:5, 24:15, 29:3, 30:2, 54:22, 55:16, 56:10, 56:18, 58:14, 77:21, 122:9, 155:24
**2013** [6] - 23:16, 43:12, 103:6, 119:21, 124:25, 127:4
**2015** [4] - 28:7, 84:18, 118:10, 119:1
**2018** [1] - 110:4
**2021** [1] - 122:10
**2022** [6] - 1:18, 3:3, 160:16, 160:24, 163:4, 163:10
**207** [2] - 1:25, 163:2
**21** [4] - 2:11, 2:11, 2:12, 2:19
**22** [1] - 2:20

**221** [1] - 86:3
**24** [3] - 54:18, 55:16, 163:4
**24/7** [1] - 98:1
**24th** [1] - 160:16
**25** [1] - 149:9
**26** [3] - 137:22, 138:4, 138:5
**262** [1] - 16:15
**28** [3] - 122:8, 122:9, 160:24
**281-4230** [2] - 1:25, 163:2

**3**

**3** [9] - 2:4, 2:10, 18:12, 67:11, 67:13, 82:15, 83:15, 102:18, 103:11
**30** [5] - 34:17, 98:13, 98:17, 101:20, 163:11
**30-second** [1] - 21:15
**300** [1] - 67:14
**36** [3] - 2:12, 151:19, 151:20
**38** [2] - 151:20, 151:24
**3:30** [1] - 140:16
**3:52** [1] - 140:16
**3G** [1] - 65:19

**4**

**4** [14] - 2:11, 17:2, 21:23, 22:9, 22:10, 24:17, 24:23, 25:7, 25:13, 25:14, 25:18, 25:25, 26:21, 82:16
**40** [1] - 2:20
**404** [1] - 163:1
**42** [1] - 151:25
**43** [1] - 2:19
**45** [3] - 2:19, 152:3, 152:6
**4600** [1] - 163:17
**48** [1] - 152:6
**4:25** [1] - 159:2
**4G** [1] - 65:20

**5**

**5** [17] - 2:11, 21:23, 24:18, 25:6, 29:16, 30:2, 34:2, 34:3, 35:6, 35:11, 38:4, 82:21, 101:25, 102:3, 102:6
**57** [1] - 152:12
**58** [1] - 152:12

**5G** [2] - 8:21, 65:17

**6**

**6** [10] - 2:12, 21:23, 24:19, 25:7, 25:8, 26:6, 26:14, 26:15, 26:18, 27:11
**60** [5] - 31:7, 35:2, 67:2, 67:4, 90:19
**67** [1] - 151:20

**7**

**7** [8] - 2:12, 36:3, 102:11, 104:19, 105:1, 105:8, 122:7, 144:23
**70** [1] - 121:6

**8**

**8** [6] - 2:13, 19:13, 81:13, 86:16, 107:20, 133:15
**81** [1] - 2:13
**84** [1] - 2:13

**9**

**9** [4] - 2:13, 84:17, 86:3, 107:20
**900** [1] - 144:22
**93** [4] - 141:6, 141:21, 141:24, 143:1
**94** [1] - 2:17

**A**

**a.m** [8] - 1:18, 3:3, 4:7, 4:8, 21:18, 21:19, 41:13
**abbreviation** [1] - 7:6
**ability** [6] - 30:13, 59:6, 92:21, 108:2, 114:25, 134:16
**able** [9] - 41:4, 59:8, 62:11, 108:15, 109:10, 113:25, 114:20, 134:24, 152:19
**above-named** [2] - 160:13, 161:18
**above-referenced** [1] - 163:10
**absolutely** [9] - 9:20, 20:4, 41:4, 77:24, 83:9, 100:2, 100:5, 121:22, 149:23
**abstract** [1] - 141:18

**AC** [1] - 67:25
**accept** [5] - 9:22, 58:8, 62:14, 97:20
**accepted** [2] - 52:20, 137:11
**accepting** [1] - 15:7
**access** [4] - 55:13, 62:23, 63:6, 109:20
**accommodated** [1] - 39:13
**accommodation** [1] - 52:14
**according** [1] - 143:10
**accounts** [1] - 120:12
**accurate** [3] - 18:22, 46:18, 147:17
**accurately** [3] - 32:9, 100:10, 139:11
**achieve** [1] - 57:4
**acknowledge** [5] - 71:25, 75:14, 85:13, 117:17, 161:18
**Acknowledgements** [2] - 114:4, 114:13
**acoustic** [3] - 82:11, 128:12, 128:15
**acquired** [1] - 39:19
**acronym** [1] - 149:4
**act** [5] - 60:25, 107:10, 107:12, 124:12, 161:21
**Act** [3] - 36:22, 124:11, 126:12
**acting** [2] - 102:24, 104:15
**ACTION** [1] - 1:3
**action** [8] - 8:12, 10:24, 10:25, 42:17, 46:20, 124:10, 148:18, 160:6, 160:14
**active** [1] - 125:6
**activities** [1] - 66:10
**activity** [1] - 66:18
**acts** [2] - 106:5, 124:5
**actual** [2] - 42:22, 141:25
**add** [1] - 56:21
**added** [3] - 24:11, 24:12, 79:3
**addition** [3] - 93:9, 110:2, 118:23
**additional** [1] - 89:2
**additions** [1] - 24:11
**address** [4] - 21:4, 21:7, 21:9, 27:11
**addressed** [2] - 55:11, 56:3
**addresses** [2] - 14:16, 27:2

**addressing** [1] - 147:2
**adds** [2] - 85:7, 142:4
**adequate** [2] - 10:4, 33:13
**adjacent** [2] - 51:22, 133:12
**administered** [2] - 3:8, 137:1
**administering** [1] - 136:8
**adopted** [1] - 12:19
**adrenal** [1] - 128:24
**adult** [2] - 112:21, 130:3
**adults** [2] - 37:20, 67:8
**advanced** [4] - 29:4, 42:3, 48:18, 52:6
**advancing** [1] - 72:2
**adverse** [19] - 37:14, 45:23, 47:13, 55:14, 58:15, 58:22, 59:5, 69:24, 74:11, 77:12, 77:17, 79:5, 83:22, 85:8, 85:15, 94:22, 96:14, 121:7, 121:19
**adversely** [1] - 64:5
**advice** [3] - 78:14, 79:8, 122:24
**advises** [1] - 74:10
**advising** [1] - 134:23
**advisory** [2] - 79:18, 79:21
**advocacy** [7] - 12:4, 70:15, 71:7, 72:16, 72:19, 73:8, 149:10
**Advocate** [5] - 68:22, 70:14, 71:15, 71:18, 71:20
**advocate** [3] - 70:24, 70:25
**advocates** [1] - 71:20
**affect** [1] - 106:15
**affecting** [1] - 102:22
**affiliated** [3] - 11:24, 12:2, 12:3
**affix** [1] - 160:16
**affixed** [2] - 68:25, 161:20
**aforementioned** [1] - 160:6
**Africa** [1] - 76:4
**AG** [1] - 155:18
**age** [2] - 58:7, 62:19
**agencies** [1] - 41:18
**agency** [2] - 12:13, 136:6
**Agency** [2] - 111:3, 128:4
**aggregate** [3] - 66:1,

66:2, 103:15
**AGNIR** [3] - 125:2, 125:3, 125:6
**ago** [18] - 3:16, 12:9, 17:15, 18:20, 19:13, 21:6, 26:21, 29:25, 30:18, 34:17, 45:17, 46:9, 57:16, 70:12, 111:7, 132:5, 135:4, 147:16
**agree** [13] - 7:25, 8:1, 75:5, 77:25, 78:5, 78:8, 80:9, 80:15, 82:18, 92:5, 132:19, 146:11, 146:12
**agreed** [1] - 84:21
**agrees** [1] - 43:17
**ahead** [3] - 21:2, 48:4, 137:12
**AHM** [1] - 50:4
**aided** [1] - 160:9
**air** [4] - 58:8, 58:9, 106:2, 107:6
**airborne** [4] - 102:19, 103:22, 104:10, 107:9
**al** [3] - 2:15, 50:7, 153:14
**Albany** [4] - 8:25, 21:12, 74:18, 134:21
**albeit** [1] - 117:19
**allegation** [2] - 129:1, 129:3
**allege** [1] - 83:5
**alleged** [1] - 45:23
**alleging** [2] - 111:21, 136:3
**allow** [3] - 47:9, 76:22, 76:24
**allowed** [1] - 99:25
**almost** [12] - 9:13, 17:20, 38:2, 38:10, 57:7, 59:17, 65:20, 69:21, 86:15, 91:6, 133:4, 144:14
**alone** [2] - 115:7, 115:9
**alphabetical** [2] - 26:8, 26:16
**AM** [1] - 62:1
**Americans** [3] - 36:21, 124:10, 126:11
**AMI** [1] - 29:9
**amount** [3] - 57:23, 66:18, 91:23
**analogous** [1] - 95:4
**analogue** [4] - 36:23, 38:18, 134:25, 135:2
**analogy** [1] - 29:21
**analyze** [1] - 68:23

**Anderson** [1] - 81:8
**anecdotal** [1] - 33:12
**animal** [2] - 136:12, 136:14
**animals** [7] - 28:17, 111:11, 111:12, 118:21, 118:22, 128:7, 143:13
**answer** [18] - 6:11, 15:17, 15:18, 32:7, 42:10, 42:25, 55:6, 64:11, 64:14, 67:18, 70:6, 73:18, 87:13, 100:11, 131:11, 138:17, 139:5, 141:5
**answered** [2] - 52:3, 71:24
**answering** [1] - 5:3
**antennae** [4] - 102:24, 104:15, 106:5, 107:11
**anyhow** [1] - 137:12
**apart** [4] - 13:10, 32:7, 41:15, 100:7
**apartment** [1] - 46:5
**apologize** [5] - 42:13, 52:2, 54:16, 70:10, 70:11
**appear** [2] - 25:1, 79:4
**APPEARANCES** [1] - 1:20
**appeared** [1] - 161:19
**appearing** [1] - 26:19
**application** [3] - 79:12, 79:15, 79:24
**applied** [1] - 142:17
**apply** [1] - 70:20
**appoint** [1] - 78:24
**appointed** [2] - 75:5, 78:25
**appreciable** [2] - 59:14, 60:8
**appreciate** [2] - 63:8, 92:23
**approach** [1] - 69:8
**appropriate** [9] - 31:6, 56:13, 56:14, 59:7, 72:20, 75:7, 78:1, 114:22, 115:16
**approval** [1] - 75:24
**approve** [2] - 29:8, 135:3
**approved** [2] - 48:18, 80:2
**area** [11] - 6:19, 11:12, 15:4, 86:24, 86:25, 92:5, 125:6, 133:16, 134:20, 136:22
**argue** [1] - 144:17
**argued** [1] - 132:17

**arguing** [2] - 8:6, 8:9
**arrived** [1] - 135:25
**Article** [6] - 2:13, 2:13, 2:14, 2:14, 2:15, 2:17
**article** [51] - 13:6, 25:15, 26:9, 26:18, 26:19, 26:24, 27:15, 27:20, 27:24, 28:3, 35:15, 81:12, 81:17, 83:20, 83:22, 84:9, 84:17, 84:24, 87:18, 93:14, 93:16, 93:21, 94:3, 94:5, 94:6, 94:23, 95:9, 95:16, 95:24, 96:19, 107:22, 109:16, 109:21, 110:3, 110:5, 111:15, 112:2, 112:12, 113:15, 114:3, 114:10, 116:18, 116:21, 116:25, 117:6, 117:23, 141:2, 141:16, 145:24, 146:9, 146:15
**articles** [12] - 11:7, 24:6, 25:20, 27:10, 32:16, 38:24, 95:11, 109:15, 119:2, 157:8, 157:24
**articulated** [1] - 64:9
**ascribe** [1] - 101:7
**aside** [1] - 74:17
**asleep** [1] - 98:13
**aspect** [2] - 140:18
**assembled** [2] - 23:25, 24:14
**assertions** [1] - 151:16
**assess** [1] - 9:18
**assigning** [1] - 9:15
**assignments** [3] - 10:7, 75:22, 76:3
**assist** [1] - 120:20
**associated** [2] - 21:24, 89:7
**association** [2] - 27:12, 28:11
**Association** [1] - 147:21
**associations** [3] - 27:8, 28:21
**assume** [7] - 40:24, 106:25, 119:24, 122:9, 132:11, 133:3, 148:18
**assumed** [1] - 53:5
**assuming** [1] - 17:17

**assumption** [2] - 85:14, 106:21
**assumptions** [1] - 14:24
**assure** [1] - 69:11
**atmosphere** [1] - 68:10
**ATP** [1] - 91:16
**attached** [4] - 23:21, 98:13, 150:2, 153:6
**Attached** [1] - 150:19
**attachment** [1] - 151:5
**attachments** [2] - 43:25, 120:10
**attempted** [1] - 131:23
**attention** [3] - 18:1, 64:23, 134:22
**ATTORNEY** [1] - 161:16
**Attorney** [11] - 43:16, 44:5, 44:9, 44:13, 45:2, 140:23, 150:12, 151:2, 152:14, 155:25, 156:6
**attorney** [1] - 162:10
**attorneys** [14] - 7:5, 7:16, 8:5, 8:7, 8:13, 10:14, 10:18, 10:20, 10:24, 11:3, 12:11, 12:15, 44:16
**attributable** [2] - 115:7, 115:9
**attributed** [2] - 82:23, 83:16
**audit** [3] - 148:11, 148:13, 148:19
**auditory** [2] - 128:15, 131:7
**Australia** [2] - 32:20, 73:15
**author** [9] - 24:24, 25:16, 54:14, 75:10, 81:16, 95:25, 118:8, 118:15, 123:11
**author's** [1] - 116:4
**authored** [3] - 54:19, 55:19, 81:13
**authoritative** [1] - 149:22
**authority** [1] - 136:2
**authors** [10] - 9:24, 54:10, 80:16, 82:4, 113:16, 113:19, 114:23, 115:15, 115:17, 115:19
**availability** [1] - 5:16
**available** [2] - 4:4, 141:19
**average** [3] - 90:4,

90:9, 139:21
**avoid** [3] - 62:3, 62:14, 70:23
**aware** [10] - 11:25, 27:9, 27:11, 30:5, 44:16, 64:19, 72:7, 72:9, 72:14, 133:23

## B

**background** [4] - 54:24, 84:20, 97:8, 156:11
**backgrounds** [1] - 155:14
**backwards** [1] - 45:5
**bad** [2] - 58:9, 98:25
**Bailey** [2] - 151:8, 154:5
**Bailey's** [3] - 151:15, 151:19, 152:16
**balance** [4] - 58:5, 72:6, 91:1, 132:15
**ballpark** [1] - 35:6
**barker** [1] - 49:12
**Barnett** [1] - 49:6
**barred** [1] - 52:5
**base** [1] - 71:5
**based** [13] - 27:5, 29:22, 34:9, 42:3, 42:17, 71:21, 72:4, 72:22, 80:19, 117:24, 135:11, 145:23, 154:13
**basic** [2] - 84:6, 112:15
**basis** [18] - 10:6, 27:25, 28:16, 39:5, 39:8, 60:19, 69:15, 77:1, 77:3, 77:9, 80:16, 82:25, 89:12, 93:3, 94:18, 100:25, 124:10, 136:17
**BC** [1] - 48:23
**BE** [1] - 161:16
**bearing** [1] - 16:14
**became** [2] - 55:9, 56:10
**become** [4] - 32:1, 77:21, 79:11, 135:16
**bedroom** [1] - 99:10
**BEFORE** [1] - 1:16
**begin** [2] - 90:11, 92:1
**beginning** [2] - 1:18, 3:3
**begins** [2] - 90:12, 124:25
**behalf** [1] - 15:14
**behavior** [1] - 136:15
**behind** [1] - 53:23

**beings** [2] - 59:14, 95:22
**belief** [4] - 99:1, 130:21, 132:9, 139:19
**below** [8] - 59:1, 59:23, 60:4, 74:11, 111:13, 128:21, 136:20, 162:2
**Below** [1] - 118:18
**Belpomme** [8] - 2:13, 75:10, 81:12, 94:12, 95:24, 95:25, 96:11, 145:6
**benefit** [7] - 49:22, 58:6, 59:4, 72:6, 75:23, 132:15, 132:25
**benefits** [3] - 76:8, 76:9, 76:10
**benign** [1] - 140:5
**best** [8] - 55:9, 58:10, 59:6, 90:20, 90:24, 95:11, 127:13, 147:14
**better** [3] - 25:23, 63:15, 108:25
**between** [23] - 16:12, 20:7, 20:8, 27:8, 27:12, 38:4, 44:17, 44:18, 56:11, 57:9, 59:19, 60:22, 61:3, 62:12, 71:1, 79:21, 87:8, 91:1, 114:6, 114:16, 126:18, 136:1
**beyond** [4] - 86:24, 86:25, 115:25, 136:21
**bias** [15] - 71:16, 71:17, 71:25, 72:8, 76:19, 76:23, 77:3, 77:5, 78:7, 78:17, 80:8, 80:18, 113:23, 113:24, 114:2
**biased** [5] - 69:7, 69:16, 76:25, 78:13, 80:7
**biases** [1] - 113:4
**big** [2] - 42:24, 148:3
**bind** [1] - 61:1
**Bioelectricity** [2] - 109:6, 109:16
**BioInitiative** [25] - 11:10, 23:7, 24:1, 24:3, 24:10, 53:17, 53:22, 54:8, 54:18, 54:21, 55:17, 56:12, 64:9, 67:10, 72:7, 72:12, 72:16, 73:8,

73:12, 73:17, 80:11, 81:23, 139:5, 148:22, 151:21
**biological** [17] - 23:10, 55:14, 57:1, 57:21, 58:15, 60:3, 60:14, 61:10, 61:24, 84:12, 98:3, 117:25, 135:10, 136:14, 136:18, 141:23
**Biological** [3] - 2:11, 22:10, 22:23
**biologically** [1] - 96:21
**biostatistics** [1] - 6:17
**biphenyls** [2] - 60:21, 130:7
**birth** [1] - 61:19
**bit** [13] - 6:22, 8:3, 12:24, 31:5, 32:8, 34:4, 42:14, 56:11, 63:9, 81:1, 107:22, 139:15, 140:14
**bizarre** [1] - 49:19
**blame** [3] - 30:10, 30:19, 109:9
**blind** [1] - 34:13
**blinded** [3] - 31:3, 31:12, 108:1
**block** [1] - 136:5
**blood** [6] - 95:25, 96:5, 130:8, 130:9, 130:10, 130:11
**blue** [1] - 10:23
**bodies** [2] - 68:16, 151:16
**body** [22] - 9:9, 31:23, 32:11, 32:17, 65:5, 75:4, 78:25, 80:9, 85:7, 91:5, 91:9, 91:14, 91:16, 91:17, 91:22, 91:25, 92:15, 128:13, 141:10, 142:4, 152:18, 152:23
**bone** [2] - 40:15, 126:19
**book** [1] - 54:11
**books** [1] - 9:25
**bother** [1] - 125:18
**bottom** [4] - 44:2, 114:12, 137:22, 138:5
**boundary** [4] - 59:19, 60:22, 61:3, 62:12
**Box** [2] - 163:1, 163:17
**bra** [1] - 65:9
**brain** [8] - 57:25, 65:6, 83:23, 93:5, 93:8,

94:19, 110:22, 131:7
**break** [25] - 4:6, 5:7, 5:8, 5:10, 5:14, 17:1, 20:4, 20:5, 21:15, 21:17, 32:7, 41:7, 41:12, 43:15, 44:8, 80:23, 83:14, 90:24, 90:25, 100:7, 119:19, 125:20, 127:15, 140:15, 140:22
**breaks** [1] - 91:10
**breast** [2] - 65:8, 131:8
**brick** [3] - 86:20, 106:10, 133:9
**brief** [8] - 31:22, 87:7, 87:13, 87:14, 97:17, 97:25, 98:1, 155:13
**briefer** [1] - 99:16
**British** [2] - 48:25, 125:5
**brought** [2] - 19:3, 30:11
**Bruce** [14] - 1:21, 4:3, 16:4, 16:5, 16:6, 17:13, 17:24, 43:1, 83:14, 149:25, 150:13, 150:15, 155:21, 156:15
**building** [8] - 31:23, 32:11, 32:17, 102:24, 104:15, 105:17, 106:4, 106:23
**built** [4] - 70:17, 74:24, 78:17, 124:13
**built-in** [2] - 70:17, 74:24
**bunch** [2] - 48:12, 69:23
**bureau** [1] - 74:21
**burst** [1] - 87:10
**bursts** [7] - 31:21, 97:19, 97:21, 97:23, 98:14, 98:15
**buzzing** [1] - 98:4
**BY** [19] - 3:14, 4:9, 21:20, 22:19, 41:14, 45:13, 80:25, 100:15, 102:17, 103:19, 104:2, 105:6, 140:20, 145:22, 149:6, 150:25, 155:7, 157:2, 161:16

## C

**cabinet** [2] - 20:4,

20:11
**cabinets** [2] - 35:22, 123:3
**California** [5] - 7:18, 8:2, 10:15, 12:10, 33:4
**Cancer** [2] - 111:4, 128:4
**cancer** [51] - 36:16, 38:1, 38:22, 39:24, 40:3, 57:25, 61:19, 62:5, 65:8, 66:25, 67:7, 81:24, 83:24, 94:19, 99:14, 99:17, 99:18, 99:19, 99:20, 104:1, 110:7, 110:22, 111:11, 111:12, 112:10, 113:2, 126:18, 126:21, 128:15, 129:2, 129:4, 129:10, 129:14, 130:17, 130:22, 130:23, 131:1, 131:3, 131:7, 131:8, 131:18, 131:19, 131:21, 132:10, 136:15, 137:5, 149:14, 152:11
**cancers** [21] - 36:5, 65:6, 67:2, 67:3, 110:20, 111:20, 112:5, 112:7, 112:22, 128:7, 128:22, 130:8, 130:11, 131:5, 131:9, 131:10, 131:12, 131:14, 131:16, 132:20, 132:21
**cannot** [6] - 59:12, 59:19, 62:2, 62:14, 132:22, 153:3
**capacity** [1] - 116:8
**caption** [2] - 114:13, 143:10
**captioned** [1] - 104:23
**captured** [2] - 74:3, 139:22
**carbohydrates** [1] - 61:17
**Carcinogenesis** [1] - 127:20
**carcinogens** [3] - 111:8, 128:5, 149:13
**careful** [2] - 69:8, 156:1
**carefully** [1] - 115:18
**Carney** [1] - 90:13
**CARPENT** [1] - 21:11

**Carpent @uamail. Albany .edu** [1] - 21:10
**Carpenter** [17] - 2:12, 2:19, 3:15, 4:10, 18:5, 18:12, 22:9, 23:19, 24:20, 103:8, 103:20, 119:23, 140:17, 150:6, 155:12, 157:4, 163:7
**CARPENTER** [5] - 1:13, 2:1, 3:11, 161:2, 161:10
**carpenter** [2] - 21:21, 156:24
**Carpenter 's** [1] - 100:9
**carried** [1] - 87:24
**Carrubba** [1] - 152:1
**carry** [1] - 54:22
**case** [139] - 3:18, 4:16, 6:10, 6:24, 13:10, 14:5, 14:9, 14:14, 14:19, 15:2, 15:10, 15:16, 15:25, 16:14, 17:17, 17:23, 18:9, 20:10, 21:3, 24:22, 25:1, 27:7, 28:1, 29:7, 29:15, 29:21, 31:6, 31:20, 36:19, 37:1, 37:8, 37:12, 37:15, 37:24, 39:10, 40:22, 41:11, 45:18, 45:22, 46:1, 46:19, 47:5, 47:9, 47:16, 47:21, 47:23, 48:5, 48:6, 48:11, 48:14, 48:24, 48:25, 49:1, 49:6, 49:14, 50:8, 50:14, 50:21, 51:3, 51:10, 52:11, 52:12, 52:18, 52:19, 52:25, 53:2, 53:5, 53:8, 53:15, 62:20, 69:21, 77:20, 81:3, 81:17, 82:13, 82:19, 83:18, 84:25, 85:21, 88:24, 90:16, 94:7, 94:9, 95:20, 99:11, 103:10, 103:25, 104:22, 108:4, 108:5, 108:9, 108:10, 112:7, 115:25, 116:6, 119:5, 119:9, 119:11, 119:12, 120:21, 121:4, 121:21, 121:23, 121:25, 125:15, 125:23, 126:3,

126:4, 129:4, 129:13, 131:25, 132:1, 133:24, 135:10, 137:19, 144:3, 146:21, 146:23, 147:1, 147:2, 152:8, 154:7, 154:8, 154:19, 154:21, 154:22, 154:23, 155:1, 155:20, 155:24, 156:4, 156:10, 156:14, 156:22, 157:23, 158:14
**Case** [5] - 1:3, 2:18, 123:19, 124:1, 124:2
**cases** [22] - 3:23, 4:16, 13:16, 13:20, 13:22, 13:24, 13:25, 14:3, 15:8, 19:25, 20:17, 20:19, 47:18, 48:13, 51:5, 51:9, 51:13, 51:15, 103:9, 117:16, 152:7
**catalase** [1] - 91:19
**catalog** [2] - 147:25, 148:6
**catalogued** [1] - 64:19
**categories** [1] - 16:10
**categorizing** [1] - 24:25
**category** [1] - 115:6
**caused** [7] - 83:8, 84:7, 112:10, 121:10, 129:4, 142:11, 143:12
**causes** [6] - 95:14, 130:22, 130:25, 142:14, 145:15
**causing** [1] - 58:11
**Caution** [1] - 148:21
**cell** [33] - 33:19, 33:20, 46:4, 48:5, 63:21, 63:23, 63:25, 65:2, 65:4, 65:6, 65:9, 65:16, 74:6, 86:5, 92:19, 93:5, 93:9, 110:11, 110:14, 110:18, 110:20, 110:23, 128:8, 128:20, 130:11, 138:10, 138:11, 143:4, 144:23, 149:13, 149:14, 152:6
**Cell** [2] - 127:21, 148:21
**cells** [15] - 56:25, 57:22, 58:16, 58:17, 95:8, 95:19, 110:19,

130:8, 130:9, 141:1, 141:13, 142:2, 142:21, 143:17, 152:24
**cellular** [1] - 96:9
**center** [5] - 74:19, 75:15, 75:19, 75:25, 79:12
**Center** [1] - 135:23
**centers** [1] - 75:18
**centimeter** [13] - 56:15, 56:19, 57:13, 58:3, 59:7, 59:22, 60:1, 60:9, 60:14, 64:8, 67:12, 74:12
**central** [1] - 68:25
**Central** [7] - 3:19, 68:24, 70:2, 104:23, 124:4, 153:15, 163:6
**CENTRAL** [1] - 1:9
**certain** [6] - 50:10, 55:22, 66:7, 71:25, 123:14, 137:2
**certainly** [48] - 11:5, 15:6, 17:20, 19:5, 23:24, 29:20, 34:5, 41:5, 42:25, 55:7, 57:21, 58:1, 58:6, 60:3, 61:19, 64:12, 64:23, 66:21, 67:22, 72:15, 72:20, 73:14, 76:24, 95:11, 101:15, 101:23, 108:16, 115:3, 115:12, 116:1, 117:5, 117:8, 122:24, 124:2, 124:9, 124:22, 128:21, 131:2, 131:4, 132:2, 132:19, 134:9, 138:24, 146:11, 152:21, 152:22, 158:5
**certainty** [1] - 101:8, 101:13, 102:6
**CERTIFICATE** [1] - 160:1
**certify** [1] - 160:3, 160:7, 160:12
**chair** [1] - 133:25
**chaired** [2] - 79:18, 79:21
**chairperson** [1] - 125:2
**challenging** [2] - 46:19, 124:3
**Chamberlin** [1] - 81:6
**chance** [10] - 44:7, 115:7, 115:9,

119:17, 125:11, 137:24, 138:2, 140:22, 158:1, 158:3
**change** [10] - 54:23, 61:5, 74:23, 77:8, 81:21, 133:19, 162:5, 162:6, 162:7
**Change** [1] - 162:14
**changed** [4] - 21:5, 21:8, 76:16, 158:20
**Changed** [1] - 162:14
**changes** [5] - 31:15, 61:2, 82:1, 161:4, 162:3
**chapter** [2] - 54:4, 73:6
**Chapter** [1] - 54:18
**chapters** [5] - 54:1, 54:8, 54:10, 54:15, 80:16, 80:19
**characteristic** [1] - 87:23
**characterize** [1] - 64:24
**charge** [3] - 15:7, 100:1, 136:8
**charges** [2] - 36:22, 124:6
**charging** [1] - 15:12
**check** [3] - 46:8, 47:3, 156:6
**checked** [3] - 19:22, 19:23, 20:2
**chemical** [1] - 9:11
**chemicals** [1] - 76:6
**chief** [2] - 11:11, 55:2
**childhood** [2] - 67:1, 136:11
**children** [22] - 36:14, 36:17, 37:9, 37:19, 37:20, 38:14, 67:7, 82:17, 89:7, 112:16, 112:20, 113:6, 113:7, 113:9, 113:11, 113:14, 113:20, 113:22, 115:5, 129:18, 130:2, 149:14
**children 's** [1] - 76:2
**Children 's** [1] - 12:2
**choose** [3] - 14:25, 58:13, 79:4
**choosing** [1] - 80:18
**chose** [1] - 80:19
**Chris** [6] - 3:16, 43:19, 45:9, 102:13, 103:12, 155:6
**Christopher** [1] - 1:22, 163:15
**chronic** [1] - 110:7

**Cindy** [10] - 24:12, 25:11, 53:23, 54:2, 54:24, 55:19, 56:11, 56:18, 57:9, 80:18
**circle** [1] - 18:3
**circuits** [1] - 89:4
**circumstances** [2] - 33:10, 42:9
**citation** [1] - 26:10
**cite** [4] - 35:15, 35:18, 35:19, 35:23
**cited** [2] - 112:13, 122:4
**cites** [2] - 151:21, 152:9
**citizens** [1] - 48:23
**citizenship** [1] - 11:17
**city** [1] - 134:21
**Civil** [1] - 156:20
**CIVIL** [1] - 1:3
**claim** [2] - 52:12, 126:8
**claiming** [1] - 112:9
**claims** [1] - 123:21
**clarification** [3] - 5:1, 88:12, 92:23
**clarify** [1] - 39:2, 122:6, 140:17
**classifying** [1] - 149:12
**classrooms** [1] - 63:4
**clear** [14] - 12:17, 25:10, 33:22, 36:1, 38:23, 39:4, 44:19, 80:6, 94:15, 96:17, 118:20, 119:6, 133:14, 136:18
**clearly** [16] - 34:23, 58:21, 61:6, 67:4, 69:7, 72:19, 87:6, 109:8, 115:16, 117:10, 122:11, 123:14, 128:17, 141:6, 141:10, 150:2
**clients** [1] - 20:16
**clinical** [2] - 13:1, 115:6
**close** [4] - 82:9, 144:7, 144:15, 158:2
**closely** [1] - 53:24
**closest** [1] - 52:18
**CMP** [3] - 98:10, 120:23, 156:12
**co** [8] - 11:11, 24:12, 55:2, 55:19, 81:13, 81:16, 82:4, 95:25
**co-author** [2] - 81:16, 95:25
**co-authored** [2] - 55:19, 81:13

co-authors [1] - 82:4
co-editor [3] - 11:11, 24:12, 55:2
cognitive [2] - 82:17, 84:1
collaborating [5] - 74:19, 75:15, 75:18, 75:25, 79:11
colleagues [1] - 74:14
collected [1] - 32:23
Columbia [2] - 12:19, 48:25
column [1] - 26:4
combination [2] - 96:9, 97:2
coming [3] - 65:17, 68:1, 145:12
comment [2] - 79:7, 114:23
commentaries [1] - 151:23
comments [5] - 43:25, 148:22, 150:5, 151:9, 152:11
Comments [1] - 120:10
Commission [40] - 12:7, 15:16, 15:25, 16:14, 18:9, 18:14, 18:15, 18:18, 18:23, 19:15, 19:19, 20:9, 20:17, 21:25, 23:15, 23:23, 24:22, 29:3, 29:8, 41:16, 41:17, 42:7, 46:12, 46:21, 47:22, 48:14, 48:18, 50:25, 68:23, 70:4, 81:15, 120:2, 120:21, 125:15, 131:24, 136:2, 148:2, 149:1, 150:4, 153:15
commission [7] - 12:12, 42:1, 148:12, 148:17, 148:18, 160:24, 161:24
commission 's [1] - 148:16
commissions [1] - 137:14
committee [8] - 12:13, 19:5, 79:9, 79:18, 79:21, 147:14, 147:15, 147:18
common [6] - 10:25, 93:12, 93:25, 94:13, 130:17, 131:10
communication [2] - 17:19, 20:23
Communications [2] -

12:6, 150:4
communications [6] - 16:12, 17:3, 17:7, 17:8, 17:11, 156:16
community [4] - 47:8, 50:18, 50:19, 52:1, 78:4, 78:9, 78:11, 154:12
companies [1] - 8:8
company [2] - 55:7, 74:6
Company [5] - 3:19, 68:24, 70:3, 104:24, 163:6
compare [1] - 26:6
compared [2] - 36:16, 37:14
compares [2] - 64:8, 66:6
comparing [1] - 25:7
compelling [1] - 63:14
compensated [1] - 14:19
compensation [2] - 15:1, 15:11
complaint [1] - 83:11
complaints [1] - 32:22, 42:8
complements [1] - 110:24
complete [1] - 109:20
COMPLETED [1] - 161:16
completely [3] - 108:1, 108:12, 140:5
complimentary [1] - 148:23
component [2] - 67:25, 94:21
components [2] - 6:1, 14:4
composed [1] - 91:5
comprehensive [1] - 128:25
computer [1] - 47:2, 63:5, 160:9
computer -aided [1] - 160:9
concern [5] - 82:16, 82:18, 98:5, 129:13, 140:24
concerned [3] - 42:18, 97:9, 97:13
concerning [1] - 47:13
concerns [2] - 73:22, 133:24
concerted [1] - 10:24
conclude [1] - 96:14
concluded [2] - 53:7, 159:2

conclusion [8] - 9:24, 39:8, 42:4, 115:2, 117:13, 117:23, 129:17, 129:20
conclusions [1] - 47:13
condemned [1] - 72:12
condense [1] - 37:5
conditions [4] - 82:12, 83:7, 83:8, 83:16
condom [1] - 65:12
conduct [1] - 108:13
conducted [5] - 13:11, 102:23, 104:14, 106:2, 135:12
confess [1] - 82:8
confidence [4] - 101:5, 101:15, 101:24, 158:19
confirm [2] - 26:17, 118:5
confirmation [3] - 76:19, 80:8, 116:4
confirmed [2] - 136:10, 141:21
confirms [1] - 42:14
conflict [3] - 70:17, 75:1, 75:3
conflicts [4] - 69:13, 70:19, 70:21, 74:24
confounding [1] - 113:25
confused [1] - 60:6
confusing [1] - 51:18
connect [1] - 63:2
Connecticut [4] - 49:6, 49:9, 51:3, 77:19
connection [8] - 13:10, 15:24, 17:14, 27:6, 27:20, 29:3, 69:2, 126:3
connections [1] - 63:5
Connolly [1] - 3:6
Conrad [11] - 120:18, 120:23, 121:20, 122:2, 122:12, 122:15, 122:17, 123:1, 123:6, 154:4, 155:13
consider [7] - 6:3, 6:8, 33:13, 69:22, 70:13, 115:18, 141:14
considerably [2] - 70:18, 110:12
considered [2] - 8:15, 121:19, 153:3
considering [1] - 151:18

consistency [5] - 143:9, 143:22, 145:14, 145:18, 145:23
consistent [10] - 28:24, 31:17, 33:17, 34:19, 114:5, 114:15, 117:14, 117:21, 119:5, 142:7
consists [1] - 143:11
constantly [1] - 97:24
constitute [2] - 33:12, 148:18
constructed [1] - 89:3
construction [1] - 47:9
consult [1] - 7:16
consultation [1] - 54:7
consulting [1] - 55:7
contained [4] - 20:10, 148:6, 156:22, 162:4
containing [1] - 148:15
contains [2] - 24:24, 43:21
contemplated [1] - 54:10
contention [1] - 39:11
contents [1] - 153:6
continuation [1] - 25:9
continued [1] - 37:2
continuous [1] - 97:21
continuously [1] - 97:19
contradict [1] - 4:19
contradicted [1] - 80:14
contradiction [1] - 4:20
contribute [1] - 54:1
control [2] - 132:22, 152:8
conversations [1] - 40:10
convey [2] - 89:2, 131:24
conveyed [1] - 40:12
convinced [3] - 55:9, 77:21, 135:17
copied [1] - 44:13
copies [3] - 22:21, 24:16, 43:24
copy [12] - 55:25, 103:13, 109:25, 110:1, 125:7, 148:14, 148:22, 150:19, 152:21, 154:20, 158:6, 163:10

core [2] - 6:1, 9:4
corner [1] - 23:18
Corporation [1] - 46:15
correct [91] - 5:21, 5:22, 9:1, 12:21, 13:2, 14:22, 24:3, 27:4, 27:13, 29:5, 29:11, 30:22, 32:9, 32:14, 32:15, 32:20, 34:6, 35:12, 37:4, 37:6, 37:10, 37:11, 38:25, 39:1, 45:19, 46:16, 46:22, 46:24, 48:1, 48:2, 50:3, 50:4, 51:1, 51:7, 51:23, 52:9, 53:3, 53:20, 53:21, 59:12, 63:18, 63:23, 72:3, 72:4, 77:24, 82:7, 82:13, 82:14, 82:19, 82:20, 83:1, 83:2, 83:8, 92:7, 96:24, 97:5, 97:15, 102:4, 107:4, 108:6, 111:17, 112:6, 116:19, 116:20, 118:1, 118:2, 119:21, 119:22, 120:22, 120:25, 126:5, 126:9, 129:5, 129:6, 129:19, 129:22, 129:23, 131:20, 132:12, 132:13, 139:24, 140:11, 143:15, 145:3, 146:4, 146:7, 147:24
corrected [1] - 17:12
corrections [1] - 161:6
correctly [6] - 46:4, 46:9, 97:5, 109:12, 130:19, 142:21
correspondence [4] - 11:1, 20:6, 42:23, 43:1
corresponds [1] - 24:23
corroborating [1] - 75:19
costs [1] - 62:25
Coumb [2] - 155:11
Council [2] - 74:8, 78:22
counsel [2] - 16:13, 17:13
countries [2] - 56:17, 73:21
country [1] - 117:19
counts [1] - 94:15

# D

**couple** [4] - 23:1, 87:9, 109:14, 157:7
**course** [12] - 9:2, 9:3, 9:10, 39:23, 71:8, 90:8, 100:24, 124:12, 130:15, 132:3, 135:15, 144:5
**courses** [3] - 9:5, 10:8, 158:9
**Court** [2] - 153:13, 160:22
**COURT** [4] - 1:1, 145:16, 145:21, 149:5
**court** [5] - 4:12, 53:5, 53:6, 100:12, 137:7
**cover** [1] - 162:11
**covered** [1] - 138:21
**create** [2] - 11:1, 59:14
**created** [3] - 23:12, 68:20, 68:21
**creates** [4] - 60:8, 66:18, 66:21, 91:10
**credibility** [4] - 69:6, 69:11, 74:22, 76:10
**Creek** [2] - 50:23, 51:1
**criteria** [1] - 36:1
**critical** [5] - 9:21, 72:21, 94:21, 138:12, 151:22
**criticism** [1] - 79:2
**criticisms** [2] - 72:7, 73:1
**criticized** [1] - 125:8
**criticizes** [3] - 151:21, 151:25, 152:6
**criticizing** [1] - 150:7
**critique** [3] - 150:10, 150:17, 152:11
**cross** [2] - 151:8, 158:24
**cross-examination** [1] - 158:24
**cross-examine** [1] - 151:8
**CT** [1] - 2:18
**ctaintor @nhdlaw.com** [1] - 163:16
**cubic** [1] - 64:14
**cumulative** [2] - 103:15, 105:11
**curve** [1] - 118:20
**customers '** [1] - 120:23
**CV** [3] - 2:10, 18:6, 18:10
**Cybart** [1] - 50:7
**cycle** [1] - 98:9

**D.C** [1] - 7:23
**DAFNA** [1] - 11:22
**Dafna** [2] - 11:5, 11:15
**damage** [6] - 61:17, 61:18, 128:18, 142:6
**damaged** [1] - 84:8
**danger** [3] - 29:9, 42:4, 113:1
**dangerous** [3] - 65:19, 89:18, 137:3
**Darius** [1] - 155:10
**data** [5] - 71:2, 96:12, 117:20, 119:24, 119:25
**Date** [1] - 161:12
**date** [4] - 43:11, 122:8, 148:12, 161:23
**dated** [2] - 119:21, 155:24
**dating** [1] - 76:14
**David** [9] - 22:17, 24:20, 103:8, 105:2, 150:6, 150:17, 155:12, 156:9, 163:7
**DAVID** [5] - 1:13, 2:1, 3:11, 161:2, 161:10
**days** [2] - 144:23, 163:11
**DC** [1] - 67:23
**De** [1] - 155:11
**deal** [1] - 57:24
**dealing** [5] - 36:10, 36:11, 68:17, 95:1, 141:20
**death** [4] - 114:7, 114:17, 117:2, 117:9
**debunk** [3] - 151:15, 152:15, 152:16
**debunked** [1] - 152:22
**decide** [3] - 44:10, 69:19, 156:25
**decided** [1] - 54:13
**decision** [3] - 52:22, 73:3, 147:2
**decisions** [1] - 71:5
**deck** [2] - 134:5, 134:6
**declare** [1] - 8:8
**decline** [3] - 86:7, 86:14, 86:15
**declined** [2] - 33:9, 42:1
**declines** [1] - 86:12
**decrease** [4] - 99:22, 100:13, 100:19
**decreased** [4] - 101:10, 101:14, 101:17, 101:25
**deed** [1] - 161:21

**Deepwater** [1] - 45:18
**defects** [1] - 61:20
**Defendant** [2] - 1:10, 1:22
**defendants** [2] - 69:20, 70:25
**defending** [2] - 92:14, 151:24
**defense** [2] - 126:17, 136:5
**Defense** [1] - 12:2
**defer** [2] - 6:9, 6:19
**deferred** [1] - 52:22
**deficient** [1] - 92:13
**define** [1] - 62:12
**defined** [1] - 58:21
**definitely** [1] - 7:18
**degree** [8] - 6:12, 12:25, 62:17, 101:5, 101:8, 101:12, 102:5, 132:23
**degrees** [1] - 70:21
**delete** [4] - 20:21, 21:2
**deleted** [2] - 17:21, 21:1
**demonstrate** [5] - 30:12, 37:19, 38:14, 95:12, 142:18
**demonstrated** [10] - 31:14, 60:11, 77:13, 110:17, 111:11, 113:11, 128:11, 128:18, 141:4, 141:6
**demonstrates** [2] - 111:12, 116:15
**demonstrating** [2] - 72:17, 111:23
**demonstration** [1] - 128:7
**demonstrations** [1] - 94:16
**Denmark** [2] - 73:15, 73:20
**density** [1] - 24:25
**deny** [1] - 77:4
**Department** [1] - 135:25
**DEPONENT** [1] - 2:1
**deponent** [3] - 3:8, 160:4, 160:11
**Deponent** [1] - 162:23
**deposed** [1] - 3:21
**deposes** [1] - 3:12
**DEPOSITION** [1] - 1:13
**deposition** [30] - 3:1, 3:5, 3:18, 3:23, 4:6, 4:7, 16:11, 16:20, 21:17, 21:18, 21:22, 22:7, 22:14, 27:21,

41:1, 41:12, 41:13, 42:21, 45:3, 80:23, 80:24, 84:17, 140:15, 140:16, 156:23, 158:2, 159:2, 160:7, 162:4, 163:10
**Deposition** [11] - 2:9, 2:18, 16:17, 16:20, 18:5, 18:12, 22:10, 45:8, 45:15, 81:12, 163:7
**depositions** [3] - 17:22, 49:7, 147:9
**derived** [1] - 136:25
**described** [6] - 17:3, 89:10, 90:17, 92:9, 92:25, 108:8
**describes** [4] - 44:3, 93:16, 154:24, 156:10
**Description** [1] - 2:8
**description** [1] - 155:8
**design** [1] - 117:8
**designate** [1] - 139:2
**designated** [2] - 6:24, 81:3
**designation** [2] - 75:21, 80:4
**designed** [4] - 110:10, 110:13, 117:18, 121:16
**desirable** [1] - 72:3
**desk** [1] - 22:22
**despite** [1] - 132:9
**detail** [2] - 9:22, 82:9
**details** [4] - 17:25, 46:2, 46:7, 50:22
**detect** [2] - 96:5, 114:20
**determine** [2] - 17:7, 20:23
**determined** [1] - 56:24
**detract** [1] - 115:9
**detracts** [2] - 115:2, 115:11
**DeTroy** [1] - 163:16
**develop** [3] - 38:2, 55:13, 90:6, 93:8
**developed** [9] - 33:6, 40:3, 56:17, 62:24, 75:4, 87:19, 88:25, 91:17, 121:18
**developing** [5] - 62:4, 62:5, 62:6, 68:16
**development** [6] - 27:19, 28:11, 32:25, 58:11, 93:7, 142:18
**develops** [1] - 38:10
**deviate** [1] - 80:13

**deviating** [1] - 76:20
**diagnosis** [2] - 40:5, 127:4
**Diane** [1] - 43:25
**die** [2] - 38:6, 38:11
**differed** [1] - 34:15
**difference** [2] - 92:15, 92:20
**different** [39] - 5:24, 10:21, 10:22, 14:13, 25:10, 34:7, 34:8, 44:3, 53:4, 60:19, 65:23, 66:10, 68:6, 75:18, 77:16, 78:19, 91:18, 93:12, 105:25, 112:8, 116:22, 117:4, 117:5, 117:19, 124:5, 129:21, 130:17, 136:12, 141:2, 141:13, 142:16, 142:17, 143:3, 143:4, 143:8, 144:25, 151:17, 153:1
**differs** [2] - 158:14, 158:16
**difficult** [5] - 25:20, 57:6, 57:14, 77:8, 80:13
**directed** [1] - 13:24
**direction** [2] - 87:3, 87:6
**directions** [2] - 87:4, 87:5
**directly** [11] - 7:3, 43:17, 83:5, 84:7, 111:20, 112:24, 129:9, 129:11, 142:3, 146:9, 155:20
**director** [1] - 135:23
**dirty** [8] - 87:17, 87:21, 88:2, 88:24, 90:16, 105:25, 106:4, 138:19
**Disabilities** [3] - 36:22, 124:10, 126:12
**disability** [4] - 52:14, 100:2, 100:3, 126:8
**disagreement** [5] - 56:11, 57:1, 57:9, 57:10, 57:11
**disagrees** [1] - 78:7
**discipline** [1] - 9:4
**discoverable** [1] - 156:23
**discovered** [1] - 135:4
**discrimination** [1] - 123:22

discuss [1] - 140:25
discussed [4] - 54:1, 108:23, 110:9, 150:9
Discussion [1] - 113:16
discussion [1] - 82:2
discussions [2] - 10:13, 151:12
disease [21] - 13:14, 13:18, 13:23, 14:1, 14:2, 38:11, 39:19, 60:2, 61:7, 61:11, 61:23, 71:10, 72:2, 92:1, 93:1, 99:13, 129:10, 129:12, 129:21, 130:14, 142:1
disease-producing [1] - 93:1
diseases [5] - 62:5, 83:15, 84:4, 89:7, 129:23
dish [3] - 58:16, 58:19, 58:20
disinterested [1] - 160:12
dismutase [1] - 91:18
disproportionate [1] - 52:16
dispute [1] - 50:15
disqualified [1] - 49:16
disqualify [1] - 49:18
disrupting [1] - 76:6
disruption [1] - 62:18
dissertation [1] - 36:24
distance [6] - 86:7, 86:12, 86:14, 86:15, 133:13, 144:12
distant [1] - 134:11
distinct [1] - 89:9
distinctly [1] - 78:3
distinguish [1] - 109:11
District [1] - 12:18
DISTRICT [2] - 1:1, 1:1
disturbances [1] - 153:11
DNA [4] - 61:18, 84:8, 128:18
docket [1] - 16:14
Doctor [3] - 118:13, 140:21, 158:13
doctor [3] - 41:15, 55:3, 88:15
doctor-level [1] - 55:3
document [23] - 11:10, 23:4, 23:6, 24:17, 27:5, 40:25,

41:3, 41:24, 45:14, 53:18, 54:11, 55:13, 125:25, 131:4, 131:13, 148:9, 148:14, 148:20, 150:2, 153:11, 153:12, 153:17, 156:2
documentation [2] - 33:13, 40:2
documented [4] - 30:15, 92:2, 108:2, 115:20
documents [18] - 11:1, 11:5, 11:13, 16:10, 16:11, 20:13, 22:1, 22:2, 41:8, 69:17, 73:16, 83:13, 109:22, 109:23, 140:13, 148:6, 148:24, 153:9
dollars [1] - 15:11
Dominique [1] - 147:23
done [21] - 14:14, 28:4, 31:1, 31:2, 45:11, 60:20, 69:9, 69:12, 80:20, 80:21, 95:25, 108:25, 110:25, 116:12, 116:16, 116:17, 128:9, 135:15, 135:18, 135:19
dose [3] - 118:20, 119:6, 152:4
dot [2] - 21:12
double [1] - 153:16
double-spaced [1] - 153:16
doubt [4] - 41:4, 115:25, 149:2, 149:19
down [6] - 12:22, 26:3, 56:19, 90:24, 91:10, 137:22
DR [1] - 119:23
Dr [18] - 3:15, 4:10, 6:25, 7:2, 7:9, 7:15, 8:2, 12:20, 21:21, 81:4, 81:14, 100:9, 103:20, 140:17, 151:8, 152:16, 156:24, 157:4
draft [3] - 148:8, 148:10, 148:17
dramatically [1] - 108:17
draw [2] - 129:16, 146:8
drawing [2] - 39:8,

71:3
drawn [1] - 47:13
Dropbox [3] - 25:3, 93:21, 140:13
drove [1] - 55:5
due [3] - 40:16, 111:22, 126:24
duly [1] - 3:11
duration [15] - 28:18, 31:23, 36:15, 37:21, 38:8, 38:12, 97:3, 99:13, 99:23, 138:12, 138:18, 138:22, 138:24, 145:25, 146:6
during [4] - 16:13, 42:6, 43:15, 83:14
duty [1] - 98:9

## E

e-d-u [1] - 21:12
E-P-R-I [1] - 149:4
E-waste [2] - 76:4, 76:5
ear [3] - 64:1, 65:2, 65:7
early [1] - 88:25
earpiece [1] - 65:4
ears [2] - 83:4, 83:7
earth [6] - 62:3, 67:21, 67:23, 68:16, 151:17, 152:17
easier [2] - 7:12, 26:7
easy [1] - 110:1
eclectic [1] - 87:23
ecologic [1] - 152:7
economic [1] - 58:11
Ed [12] - 3:5, 3:18, 42:8, 44:2, 83:21, 83:24, 84:14, 126:6, 126:20, 140:9, 153:14, 163:6
ED [1] - 1:6
Ed's [2] - 126:18, 127:3
editing [1] - 53:19
edition [1] - 54:22
editor [3] - 11:11, 24:12, 55:2
educated [1] - 31:11
effect [12] - 28:23, 37:9, 37:14, 58:22, 61:4, 61:10, 77:12, 85:15, 96:14, 98:3, 142:22
effectively [1] - 101:21
effects [34] - 23:10, 45:24, 47:14, 52:25, 55:15, 57:2, 57:22,

58:16, 59:6, 60:3, 60:14, 61:10, 61:24, 69:25, 74:11, 79:5, 83:23, 84:1, 84:6, 85:8, 94:14, 94:22, 97:14, 111:24, 121:7, 130:1, 136:4, 136:14, 136:18, 141:20, 141:23, 142:10, 154:2, 154:17
Effects [5] - 2:11, 22:11, 22:23, 122:13, 153:24
effort [3] - 11:3, 51:21, 55:5
efforts [1] - 118:4
EHS [1] - 138:13
eight [3] - 70:12, 111:7, 114:12
eighth [5] - 25:14, 25:15, 25:18, 25:24, 26:2
either [14] - 7:20, 9:25, 19:3, 20:24, 38:1, 40:11, 42:22, 66:10, 68:20, 81:9, 107:17, 111:18, 126:17, 136:25
elaborate [1] - 139:15
Electric [2] - 46:14, 153:18
electric [1] - 153:10
electrical [3] - 105:22, 120:13, 152:24
electricity [14] - 34:21, 87:17, 87:21, 87:24, 88:2, 88:24, 90:16, 105:25, 106:4, 134:20, 134:25, 135:7, 138:19, 152:25
electro [1] - 31:7
electrohypersensitive [2] - 83:6, 92:10
electrohypersensitivity [17] - 58:1, 62:7, 77:22, 81:25, 82:22, 83:1, 83:25, 84:19, 84:23, 85:3, 85:4, 90:6, 94:20, 96:2, 96:7, 96:8, 145:7
electromagnetic [30] - 9:11, 30:10, 34:8, 36:12, 36:15, 36:17, 36:25, 38:16, 39:6, 50:6, 55:15, 59:4, 61:8, 68:19, 69:22, 76:12, 77:11, 79:5, 82:1, 82:24, 84:3,

84:7, 99:21, 106:1, 108:4, 130:6, 135:21, 136:19, 137:4, 149:12
Electromagnetic [4] - 109:17, 118:12, 118:17
electromagnetically [4] - 33:25, 35:7, 39:14, 63:21
electromechanical [3] - 29:17, 30:1, 32:13
electronic [5] - 10:1, 76:4, 104:8, 109:25, 158:6
electrons [3] - 91:1, 91:4, 91:11
electrosensitive [13] - 31:25, 32:1, 32:2, 32:6, 34:15, 34:24, 42:16, 46:3, 90:14, 91:24, 93:2, 93:10, 108:1
electrosensitivity [1] - 93:3
elevated [14] - 27:18, 28:24, 36:14, 38:16, 67:2, 99:20, 112:18, 113:10, 113:14, 118:24, 130:11, 132:19, 132:21, 133:14
elevation [5] - 110:21, 128:11, 132:23, 134:3, 134:4
elevations [3] - 110:17, 128:16, 136:15
eligible [1] - 113:20
Elliott [1] - 152:9
email [27] - 20:21, 20:23, 21:4, 21:5, 21:9, 42:22, 43:7, 43:9, 43:12, 43:15, 44:2, 44:14, 54:7, 119:14, 119:20, 124:24, 125:11, 125:13, 125:19, 149:25, 150:1, 150:11, 151:2, 151:6, 153:5, 153:5, 154:7, 154:15
Email [1] - 2:19
emailed [1] - 83:14
emails [4] - 20:12, 20:15, 21:7, 43:2
emerging [1] - 82:16
EMF [5] - 8:9, 19:25, 53:6, 113:12, 137:8
EMFs [1] - 83:17,

87:20, 136:24

**emissions** [21] - 14:6, 14:17, 27:8, 27:12, 35:9, 48:22, 89:24, 96:21, 102:19, 102:21, 102:23, 104:14, 105:17, 105:24, 106:11, 106:13, 106:14, 106:22, 152:17, 152:23

**emitted** [7] - 35:3, 35:10, 87:2, 87:3, 87:5, 142:13

**employed** [1] - 75:2

**Enclosed** [1] - 163:10

**enclosed** [1] - 163:11

**encyclopedic** [1] - 11:12

**end** [10] - 36:2, 45:4, 45:16, 85:18, 91:2, 103:4, 104:18, 116:22, 116:25, 136:9

**endocrine** [1] - 76:5

**ends** [1] - 103:5

**energy** [6] - 63:16, 67:4, 87:2, 91:16, 98:14, 98:16

**engage** [2] - 16:8, 17:6

**engaged** [3] - 15:14, 17:17, 20:16

**engagement** [1] - 19:17

**engages** [1] - 66:11

**engineer** [4] - 64:16, 64:21, 88:15, 105:22

**engineers** [3] - 78:25, 105:23, 106:9

**enormous** [1] - 58:11

**enrolled** [1] - 113:21

**entitled** [5] - 22:10, 52:13, 55:17, 118:16, 123:25

**entity** [1] - 91:3

**Environment** [1] - 74:18

**environment** [3] - 67:24, 95:17, 112:17

**environmental** [11] - 9:6, 9:7, 9:10, 13:17, 54:6, 58:4, 63:11, 75:19, 75:25, 82:23

**Environmental** [3] - 2:13, 79:20, 84:18

**enzymes** [1] - 91:18

**Enzymes** [1] - 91:19

**EPA** [1] - 60:23

**Epic** [1] - 148:21

**epidemiological** [3] - 6:5, 9:16, 9:18

**epidemiologist** [3] - 6:4, 6:8, 6:10

**epidemiology** [11] - 5:24, 6:1, 6:3, 6:13, 6:14, 6:15, 6:18, 8:24, 9:2, 9:3, 9:4

**EPRI** [4] - 148:22, 149:3, 149:4, 149:7

**era** [1] - 88:1

**Eric** [1] - 81:8

**errata** [7] - 161:7, 162:2, 162:8, 162:10, 163:12, 163:12, 163:13

**ERRATA** [1] - 162:1

**error** [1] - 122:7

**errors** [2] - 151:11, 163:11

**especially** [3] - 6:20, 84:4, 115:22

**espoused** [1] - 12:20

**Esq** [3] - 1:21, 1:22, 163:15

**essentially** [1] - 14:21

**established** [3] - 32:3, 141:9, 141:14

**Estates** [2] - 50:23, 51:1

**et** [3] - 2:15, 50:7, 153:14

**etc** [3] - 120:10, 122:13, 162:7

**Europe** [4] - 33:5, 72:11, 74:14, 133:6

**event** [6] - 114:7, 114:17, 117:1, 117:6, 121:9, 160:13

**event-free** [3] - 114:7, 114:17, 117:1

**evidence** [76] - 9:9, 9:23, 28:4, 29:19, 30:9, 30:20, 31:23, 32:11, 32:17, 33:16, 33:23, 36:4, 38:21, 53:7, 55:14, 56:23, 57:16, 57:17, 57:21, 57:23, 58:15, 59:1, 59:25, 60:2, 60:3, 60:15, 61:8, 65:6, 65:8, 65:10, 67:1, 67:7, 71:6, 72:5, 72:21, 72:23, 72:25, 74:16, 75:7, 75:12, 77:9, 77:15, 77:16, 78:12, 80:14, 81:24, 83:22, 84:22, 85:7, 85:17, 88:9, 88:10, 89:17, 93:23, 94:10,

101:1, 102:20, 111:9, 115:13, 129:20, 130:21, 130:22, 131:2, 131:6, 131:8, 132:4, 132:6, 141:11, 142:4, 143:7, 146:14, 146:16, 152:12, 158:18

**Evidence** [1] - 55:17

**evolved** [2] - 68:13, 153:3

**ex** [1] - 162:7

**exacerbate** [1] - 131:19

**exacerbated** [2] - 98:22, 98:23

**exactly** [13] - 59:15, 60:10, 63:18, 76:21, 111:6, 117:8, 117:15, 117:20, 125:16, 130:15, 145:9, 146:12, 154:23

**EXAM-017-003** [1] - 125:1

**examination** [1] - 158:24

**EXAMINATION** [2] - 2:2, 3:13

**examine** [1] - 151:8

**examiner 's** [1] - 148:15

**example** [5] - 22:9, 24:6, 25:12, 75:24, 144:18

**examples** [1] - 97:20

**exceeds** [1] - 139:8

**except** [5] - 15:12, 22:4, 51:15, 84:7, 90:11

**excessive** [2] - 99:15, 100:3

**exchanged** [1] - 20:16

**excluded** [3] - 137:7, 137:15, 146:22

**exclusive** [1] - 9:11

**exclusively** [1] - 8:21

**excreting** [1] - 145:8

**excuse** [2] - 18:14, 35:16

**executed** [1] - 163:13

**executive** [1] - 155:18

**exhibit** [8] - 26:13, 26:14, 26:15, 45:3, 105:4, 119:18, 122:14, 125:20

**Exhibit** [43] - 16:17, 16:20, 17:2, 18:6, 18:12, 22:10, 23:19,

24:17, 24:18, 24:19, 24:20, 24:23, 25:6, 25:7, 25:13, 25:14, 25:18, 25:25, 26:6, 26:18, 26:21, 27:11, 36:3, 45:9, 45:15, 81:13, 84:17, 86:3, 94:3, 102:11, 104:19, 105:1, 105:8, 107:21, 110:3, 112:12, 116:21, 122:7, 122:13, 127:16, 137:17, 153:24

**EXHIBIT** [1] - 2:6

**exhibiting** [1] - 72:8

**exhibits** [8] - 21:22, 22:5, 22:7, 22:16, 30:16, 44:4, 104:20, 105:1

**Exhibits** [2] - 21:23, 107:20

**exist** [1] - 17:8

**existed** [2] - 17:7, 77:22

**existing** [1] - 56:16

**exists** [2] - 20:7, 53:6

**EXM-017-001** [1] - 120:12

**EXN** [1] - 44:1

**expanded** [1] - 77:17

**expansion** [2] - 31:6, 55:20

**expect** [2] - 155:16, 157:19

**expenses** [2] - 14:21, 15:12

**experience** [2] - 49:15, 153:10

**experimental** [2] - 95:17, 141:1

**Expert** [1] - 103:8

**expert** [3] - 3:24, 6:23, 15:7, 16:1, 19:18, 81:2, 154:25, 155:9, 155:23, 156:13

**expertise** [2] - 86:24, 87:1

**experts** [1] - 156:12

**expires** [2] - 160:24, 161:24

**explain** [6] - 28:15, 60:18, 90:20, 102:25, 105:21, 117:25

**explaining** [1] - 106:16

**explanation** [2] - 63:8, 88:9

**explicitly** [1] - 72:12

**Exponent** [7] - 68:21, 69:7, 69:15, 69:18, 69:20, 150:20, 153:6

**Exponent 's** [2] - 150:23, 151:6

**expose** [1] - 110:14

**exposed** [16] - 36:14, 36:17, 37:23, 38:16, 66:13, 68:1, 68:11, 92:19, 109:11, 113:3, 118:21, 118:22, 128:7, 129:15, 140:2

**exposing** [2] - 63:7, 144:22, 144:25

**exposure** [126] - 8:14, 13:22, 14:6, 14:17, 27:18, 28:18, 28:24, 30:14, 31:3, 31:4, 31:12, 36:6, 37:2, 37:9, 37:13, 38:20, 45:24, 52:15, 53:1, 53:9, 55:24, 56:8, 57:17, 57:18, 57:20, 57:22, 58:10, 59:13, 59:18, 59:23, 60:7, 60:21, 61:9, 61:25, 62:3, 62:4, 62:8, 62:12, 62:14, 62:16, 62:17, 63:6, 63:16, 64:6, 64:7, 64:15, 65:15, 66:1, 66:3, 66:5, 66:6, 66:9, 66:24, 67:2, 67:11, 67:13, 68:13, 68:20, 68:23, 69:4, 69:25, 70:2, 71:13, 78:2, 83:16, 86:4, 86:11, 93:19, 94:2, 94:25, 95:4, 95:5, 95:7, 95:17, 95:20, 97:1, 98:15, 99:15, 99:20, 100:19, 101:19, 101:22, 103:15, 106:4, 106:24, 107:1, 110:8, 110:10, 110:23, 111:1, 111:22, 112:3, 112:9, 112:18, 114:6, 114:16, 115:6, 118:24, 120:13, 129:12, 130:6, 130:9, 130:12, 130:14, 130:21, 131:15, 132:7, 132:11, 132:20, 133:7, 133:12, 134:7, 134:15,

135:11, 136:10, 137:3, 138:12, 139:7, 139:9, 140:1, 140:5, 142:13, 143:12, 144:3, 152:4
**Exposure** [5] - 22:12, 22:24, 118:11, 118:16, 118:18
**exposure 's** [1] - 100:4
**exposures** [10] - 9:12, 13:17, 58:5, 60:4, 61:25, 85:2, 113:12, 113:14, 143:25, 144:2
**expressed** [1] - 158:19
**expression** [2] - 61:3, 61:6
**extend** [1] - 35:2
**extensive** [2] - 28:8, 128:9
**extent** [4] - 98:21, 99:5, 156:21, 158:13
**extra** [4] - 15:5, 36:22, 100:1, 100:6
**extraordinarily** [1] - 31:22
**extrapolating** [1] - 92:3
**eyes** [1] - 115:20

## F

**fact** [15] - 34:20, 50:19, 62:14, 70:23, 77:9, 78:6, 78:8, 97:21, 106:20, 115:8, 116:6, 122:16, 123:13, 134:18, 138:14
**factor** [3] - 13:23, 14:1, 66:25
**factors** [1] - 130:16
**factual** [2] - 156:4, 156:21
**fade** [1] - 46:10
**fair** [4] - 35:6, 63:17, 95:9, 125:10
**fairly** [3] - 14:2, 65:10, 149:25
**faithful** [1] - 137:25
**Falcioni** [3] - 2:14, 110:3, 111:15
**fall** [2] - 88:6, 88:10
**falling** [1] - 12:7
**falling-out** [1] - 12:7
**falls** [8] - 88:22, 89:5, 89:15, 89:19, 90:12, 90:15, 138:19, 140:9
**familiar** [5] - 6:25,

26:25, 52:4, 52:9
**familiarity** [2] - 6:23, 81:2
**families** [1] - 66:4
**far** [8] - 12:17, 26:4, 27:11, 51:4, 86:21, 106:25, 144:6
**fashion** [3] - 52:24, 71:3, 158:21
**fatal** [2] - 38:6, 99:17
**fatigue** [2] - 40:15, 126:19
**faulty** [1] - 151:11
**favor** [1] - 72:1
**Fay** [8] - 2:18, 47:23, 48:11, 52:18, 108:10, 124:12, 124:18, 137:19
**FCC** [3] - 58:3, 64:13, 85:12
**fear** [1] - 52:15
**February** [1] - 160:24
**Federal** [2] - 12:6, 150:4
**federal** [1] - 8:12
**fee** [1] - 126:10
**fees** [1] - 15:7
**feet** [5] - 86:16, 98:14, 98:17, 101:21, 133:15
**fell** [1] - 133:13
**fellow** [3] - 34:10, 81:5, 81:8
**felt** [3] - 57:13, 74:21, 121:6
**fertility** [2] - 62:6, 94:19
**few** [6] - 3:16, 5:12, 5:14, 34:11, 98:5, 127:17
**fewer** [1] - 113:20
**Fi** [15] - 33:19, 48:1, 50:4, 50:5, 53:9, 63:22, 65:16, 132:12, 132:16, 132:20, 132:23, 132:24, 132:25, 137:19, 138:10
**field** [7] - 7:7, 7:17, 67:22, 67:23, 70:1, 108:4, 142:8
**Field** [1] - 109:17
**fields** [66] - 8:22, 9:11, 11:19, 30:8, 30:11, 31:7, 31:8, 31:21, 32:6, 33:11, 34:14, 34:21, 36:12, 36:15, 36:18, 36:25, 38:16, 38:20, 50:6, 50:7, 53:1, 55:15, 57:3,

61:9, 61:13, 66:21, 66:24, 67:3, 67:4, 67:6, 69:22, 69:25, 76:12, 77:11, 79:6, 82:1, 82:24, 84:3, 84:7, 87:23, 89:1, 89:8, 99:21, 104:1, 106:2, 109:13, 110:8, 111:8, 111:21, 111:24, 113:11, 114:7, 128:5, 129:2, 129:12, 130:6, 132:8, 135:22, 136:4, 136:11, 136:19, 137:4, 149:12, 150:5, 153:1
**Fields** [1] - 118:18
**fifth** [1] - 122:8
**fight** [1] - 156:18
**figure** [3] - 44:23, 102:9, 156:17
**file** [21] - 20:4, 20:10, 20:12, 20:14, 35:22, 41:10, 42:23, 44:23, 46:7, 47:2, 48:10, 66:15, 119:9, 120:25, 123:3, 147:1, 148:3, 153:7, 154:14, 155:20
**filed** [2] - 150:20, 154:14
**Filed** [1] - 2:12
**files** [2] - 17:6, 21:1
**finance** [1] - 76:9
**findings** [10] - 57:10, 116:5, 116:8, 117:14, 117:25, 119:5, 127:19, 136:10, 143:12, 145:14
**fine** [4] - 7:14, 48:11, 87:1, 157:1
**finer** [2] - 25:12, 129:16
**Finland** [1] - 153:22
**firm** [1] - 139:19
**First** [1] - 153:8
**first** [21] - 11:22, 24:7, 38:6, 43:11, 43:19, 75:9, 104:3, 104:18, 116:22, 118:15, 120:9, 126:2, 127:6, 132:16, 135:21, 137:22, 138:14, 148:8, 150:13, 155:22, 156:5
**five** [1] - 152:11
**flies** [1] - 143:20
**Florida** [1] - 48:23

**FM** [1] - 62:1
**focus** [4] - 36:25, 84:2, 158:14, 158:15
**focused** [4] - 14:3, 36:4, 36:10, 84:23
**focuses** [2] - 83:23, 84:12
**focusing** [3] - 8:16, 8:18, 153:20
**folder** [3] - 19:25, 42:11, 73:13
**folders** [1] - 20:15
**Foliart** [12] - 2:15, 37:18, 38:23, 112:12, 116:12, 116:18, 116:23, 117:7, 117:12, 117:19, 117:22, 118:5
**folks** [2] - 80:10, 82:4
**follow** [4] - 63:9, 103:4, 115:1, 117:3
**follow-on** [1] - 103:4
**follow-up** [1] - 117:3
**following** [4] - 25:3, 115:22, 151:20, 161:7
**follows** [2] - 3:12, 156:19
**font** [1] - 120:7
**food** [1] - 92:17
**FOR** [1] - 163:9
**forbid** [1] - 157:23
**force** [1] - 124:4
**foregoing** [4] - 160:10, 161:2, 161:3, 161:20
**forever** [2] - 129:1, 158:3
**forgetting** [1] - 41:22
**forgive** [1] - 11:15
**forgotten** [3] - 42:13, 122:3, 128:24
**form** [5] - 38:5, 99:11, 148:17, 161:5, 162:3
**formed** [3] - 91:13, 91:14, 91:23
**forming** [1] - 149:18
**forms** [1] - 27:25
**forth** [8] - 6:6, 9:12, 12:14, 40:4, 54:13, 62:2, 62:10, 137:14
**forward** [1] - 43:16
**fought** [1] - 134:19
**Four** [1] - 152:6
**four** [5] - 7:19, 132:3, 132:4, 148:9, 158:17
**four-page** [1] - 148:9
**fourth** [1] - 25:17
**fraction** [1] - 35:8

**frame** [1] - 125:14
**frankly** [1] - 73:24
**free** [7] - 5:9, 61:14, 61:16, 114:7, 114:7, 117:1, 117:1, 117:7
**frequencies** [10] - 34:8, 34:16, 34:22, 34:25, 65:19, 106:13, 128:8, 146:4, 146:5, 153:1
**frequency** [12] - 35:2, 35:10, 67:5, 67:13, 68:7, 90:18, 97:7, 97:12, 102:21, 106:11, 106:14, 106:22
**frequent** [1] - 97:12
**frequently** [1] - 29:22
**Friedman** [57] - 2:19, 3:5, 3:19, 15:14, 15:21, 15:22, 16:12, 17:19, 20:7, 20:24, 37:14, 38:17, 39:6, 39:19, 40:1, 40:8, 40:11, 42:15, 42:23, 43:2, 43:8, 44:17, 44:18, 69:5, 82:25, 83:21, 84:14, 84:22, 85:19, 98:12, 98:21, 99:6, 104:23, 107:15, 112:9, 119:15, 119:20, 119:25, 120:19, 122:22, 123:5, 123:11, 123:23, 124:2, 124:7, 124:18, 124:20, 125:13, 126:6, 127:9, 129:10, 140:9, 140:23, 146:19, 146:20, 153:14, 163:6
**FRIEDMAN** [1] - 1:6
**Friedman 's** [19] - 15:10, 17:13, 36:19, 37:24, 40:12, 42:8, 66:9, 84:25, 101:9, 101:13, 106:24, 111:18, 112:8, 113:1, 120:5, 123:21, 124:24, 129:4, 146:9
**front** [8] - 16:17, 16:21, 43:24, 45:5, 55:25, 72:10, 116:11, 147:11
**full** [10] - 9:2, 18:24, 19:5, 24:14, 35:22, 62:22, 63:6, 84:1, 86:3, 160:10

**funds** [1] - 15:3

## G

**gastrointestinal** [1] - 131:9
**gene** [1] - 61:2
**general** [19] - 7:5, 7:16, 8:5, 8:7, 8:13, 10:14, 10:15, 10:18, 10:20, 10:24, 11:3, 12:12, 15:6, 85:7, 93:4, 141:21, 142:7, 143:8, 155:8
**generalization** [1] - 92:6
**generally** [3] - 56:8, 117:14, 151:10
**generals** [1] - 12:15
**generate** [11] - 61:21, 62:21, 88:7, 89:20, 92:16, 92:18, 97:18, 97:24, 116:19, 144:1, 152:25
**generated** [8] - 89:24, 90:22, 93:23, 94:11, 94:24, 95:3, 117:12, 117:22
**generates** [5] - 95:14, 142:5, 145:19, 146:1, 152:25
**generating** [3] - 91:16, 107:5, 116:5
**generation** [13] - 61:14, 67:7, 89:10, 89:13, 92:16, 93:18, 94:17, 95:10, 96:4, 96:15, 141:12, 143:22, 146:16
**genes** [1] - 61:6
**genetic** [1] - 62:10
**Geneva** [1] - 81:20
**geomagnetic** [1] - 153:10
**gigahertz** [1] - 67:14
**given** [3] - 115:10, 115:11, 160:11
**gland** [1] - 128:24
**glaring** [1] - 151:11
**glioma** [1] - 82:11
**gliomas** [3] - 110:22, 111:15, 128:16
**global** [1] - 9:5
**glutathione** [1] - 91:19
**Glycel** [1] - 13:25
**goal** [3] - 56:13, 56:14, 64:9
**God** [1] - 157:23
**gotcha** [5] - 37:4, 64:7, 93:11, 138:23,

155:17
**government** [1] - 12:13
**Government** [3] - 7:24, 75:13, 147:19
**governments** [5] - 55:11, 72:11, 72:18, 73:9, 75:13
**GPS** [1] - 65:22
**grab** [1] - 91:3
**grain** [1] - 121:4
**great** [9] - 3:21, 4:2, 44:22, 90:10, 94:14, 101:15, 101:24, 106:18, 142:17
**greater** [10] - 37:2, 38:19, 62:3, 62:4, 66:7, 78:11, 91:23, 92:16, 99:7, 132:24
**greatly** [1] - 139:10
**ground** [1] - 52:7
**grounding** [1] - 89:4
**GROUP** [2] - 1:25, 163:1
**group** [7] - 24:15, 34:5, 70:24, 78:23, 80:10, 113:6
**groups** [2] - 70:23, 143:7
**guard** [1] - 69:13
**guess** [24] - 6:11, 12:23, 17:25, 19:21, 24:22, 44:12, 48:3, 51:4, 53:15, 84:9, 97:18, 104:11, 106:20, 106:21, 107:21, 107:24, 119:3, 122:5, 125:18, 131:11, 138:17, 140:22, 140:24, 156:15
**guideline** [2] - 59:7, 59:8
**guinea** [1] - 143:18
**gun** [1] - 70:14
**guns** [1] - 69:23
**guy** [1] - 136:5
**guys** [1] - 156:17

## H

**half** [1] - 41:6
**halfway** [1] - 26:3
**hand** [7] - 6:16, 23:18, 26:4, 30:9, 71:8, 86:21, 160:15
**handwritten** [3] - 40:20, 44:20, 125:22
**Handwritten** [1] - 2:20
**Hanson** [1] - 163:16

**happier** [1] - 34:18
**hard** [4] - 22:21, 55:25, 71:5, 72:22
**Hardell** [3] - 81:14, 152:1, 155:10
**harm** [18] - 52:17, 58:11, 59:2, 59:14, 60:8, 72:17, 75:12, 84:12, 84:13, 93:17, 95:21, 96:22, 97:21, 98:21, 99:2, 99:7, 135:11, 140:1
**harmful** [7] - 63:16, 69:5, 85:13, 93:1, 111:23, 140:6, 140:7
**harmless** [1] - 68:15
**hazard** [3] - 8:10, 61:11, 62:15
**hazardous** [2] - 65:25, 153:3
**hazards** [5] - 8:8, 71:11, 71:12, 77:14, 147:12
**head** [4] - 86:6, 92:19, 93:6, 128:14
**headache** [1] - 31:15
**headaches** [1] - 121:14
**headed** [2] - 11:4, 76:14
**heading** [10] - 82:10, 82:21, 83:15, 104:4, 104:25, 113:16, 114:4, 123:19, 123:25, 124:1
**headings** [1] - 82:9
**health** [53] - 5:20, 6:2, 6:13, 8:11, 8:15, 9:5, 9:6, 9:8, 45:24, 47:13, 52:8, 52:25, 54:4, 54:6, 55:10, 58:22, 59:5, 60:8, 60:12, 62:15, 63:12, 66:3, 69:24, 71:8, 71:9, 71:11, 73:6, 73:22, 75:19, 76:1, 76:2, 77:12, 77:17, 79:5, 83:21, 83:23, 85:8, 85:15, 89:21, 94:14, 94:22, 97:14, 121:7, 136:3, 139:19, 142:1, 142:3, 142:12, 151:18, 154:2, 154:17
**Health** [28] - 2:13, 12:2, 55:18, 60:24, 74:2, 74:5, 74:8, 74:10, 74:17, 74:19, 74:25, 75:3, 75:16,

75:17, 76:18, 77:2, 78:6, 79:20, 81:20, 81:21, 82:5, 84:18, 85:12, 111:4, 122:13, 135:25, 149:12, 153:24
**healthy** [1] - 99:7
**hear** [2] - 63:9, 92:8
**heard** [1] - 14:9
**heart** [1] - 128:14
**heartbeat** [1] - 31:15
**heating** [9] - 85:10, 85:14, 85:16, 95:14, 111:14, 111:25, 112:5, 128:22, 144:9
**heavily** [2] - 37:23, 125:8
**heightened** [2] - 98:21, 98:22, 99:2
**held** [1] - 86:5
**help** [3] - 51:14, 151:24, 152:13
**helpful** [3] - 30:24, 31:1, 69:3
**hematopoietic** [1] - 36:5
**hereby** [2] - 160:3, 161:18
**Heroux** [11] - 6:25, 7:2, 7:9, 7:10, 7:11, 7:13, 7:16, 8:2, 12:20, 81:4
**Hersh** [1] - 155:12
**hertz** [6] - 31:7, 35:2, 67:2, 67:4, 67:14, 90:19
**hesitant** [1] - 158:2
**high** [13] - 31:22, 33:11, 34:4, 47:6, 50:20, 51:16, 51:21, 66:21, 68:6, 89:23, 90:5, 133:11, 144:8
**high-intensity** [1] - 133:11
**high-voltage** [4] - 47:6, 50:20, 51:16, 51:21
**higher** [7] - 58:22, 58:23, 64:12, 65:18, 95:7, 113:12, 118:22
**highest** [1] - 115:5
**himself** [1] - 42:15
**hire** [1] - 62:25
**hired** [4] - 15:25, 69:23, 70:14, 147:23
**his/her** [2] - 161:20, 161:21
**historical** [2] - 76:13, 84:19
**history** [3] - 12:24,

123:21, 135:21
**hit** [1] - 91:8
**hits** [1] - 91:9
**Hodgkin 's** [14] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 130:14
**Hodgkin 's/ Waldenstrom 's** [1] - 127:4
**hold** [6] - 8:13, 64:1, 72:2, 93:5, 121:6, 157:22
**holding** [5] - 65:2, 65:6, 65:11, 92:19, 94:16
**home** [12] - 33:11, 68:24, 85:23, 98:23, 107:2, 132:12, 132:16, 132:24, 132:25, 133:1, 133:8, 134:8
**homes** [2] - 113:10, 154:3
**hope** [1] - 38:8
**Horizon** [1] - 45:18
**host** [1] - 83:8
**hour** [5] - 5:7, 6:17, 41:6, 102:10, 144:23
**hours** [3] - 5:12, 5:14, 93:6
**house** [20] - 33:6, 36:23, 38:19, 63:22, 86:21, 86:23, 98:14, 106:3, 106:10, 107:10, 107:12, 113:1, 121:10, 133:9, 133:11, 133:25, 134:11, 144:6, 146:10
**household** [1] - 106:9
**Housekeeping** [1] - 75:23
**houses** [1] - 86:20
**HsD** [1] - 127:22
**huge** [5] - 35:21, 42:11, 57:23, 79:1, 141:10
**Human** [1] - 18:13
**human** [24] - 9:9, 58:22, 59:14, 60:8, 60:12, 61:7, 61:11, 76:12, 95:10, 95:21, 96:10, 96:22, 111:8, 119:4, 119:8, 128:5, 142:1, 142:3, 144:25, 151:16, 152:18, 152:23,

153:2
**Humans** [1] - 118:18
**humans** [6] - 8:14, 60:2, 60:15, 84:12, 118:19, 128:23
**husband** [1] - 33:4
**hydro** [1] - 50:17
**hypersensitive** [6] - 34:1, 34:7, 35:8, 35:9, 39:14, 63:21
**hypersensitivity** [7] - 29:17, 32:13, 33:7, 35:1, 39:3, 39:7, 53:6
**hypothesis** [7] - 38:25, 116:5, 116:19, 117:12, 117:21, 131:16, 142:8
**hypothesis - generating** [1] - 116:5
**hypothetically** [1] - 98:12

**I**

**IARC** [2] - 128:3, 131:4
**ICMIRP** [1] - 80:7
**ICNIRP** [1] - 74:9
**ICNRP** [3] - 78:22, 79:9, 85:12
**idea** [4] - 43:21, 49:19, 88:2, 129:11
**identified** [2] - 14:15, 26:19
**identify** [7] - 30:13, 32:16, 59:12, 59:18, 59:20, 71:11, 109:12
**idiopathic** [1] - 82:23
**IGM** [1] - 127:5
**ignored** [2] - 72:18, 137:16
**II** [1] - 2:11
**Ilhan** [1] - 144:19
**ILHAN** [1] - 144:19
**ill** [1] - 30:10
**illegal** [1] - 126:14
**illness** [5] - 30:19, 33:2, 40:13, 82:22, 84:15
**illnesses** [1] - 109:10
**imbalance** [1] - 73:11
**immediately** [2] - 127:12, 133:12
**immune** [3] - 112:22, 129:23, 130:8
**impact** [4] - 64:5, 107:15, 126:25,

141:25
**implement** [2] - 42:3, 57:12
**implementation** [4] - 29:4, 29:9, 48:18, 52:6
**importance** [1] - 129:8
**important** [21] - 6:18, 35:24, 35:25, 37:8, 37:12, 66:1, 74:2, 84:5, 85:10, 88:11, 95:23, 96:25, 97:16, 103:15, 105:11, 111:3, 111:23, 138:20, 138:25, 157:9, 157:17
**imposition** [1] - 124:16
**impossible** [1] - 57:7
**impression** [1] - 49:20
**IN** [1] - 160:15
**inaccurately** [1] - 59:11
**inactivate** [1] - 92:22
**inbox** [1] - 21:1
**include** [3] - 8:19, 27:14, 57:6
**included** [1] - 36:2
**includes** [3] - 68:5, 75:5, 153:9
**including** [5] - 8:20, 60:15, 75:13, 99:22, 133:8
**incompatible** [2] - 76:11, 85:17
**incorrectly** [1] - 37:6
**increase** [9] - 60:12, 63:16, 100:4, 106:3, 117:24, 127:1, 127:2, 131:17
**increased** [8] - 121:14, 127:5, 131:13, 132:7, 132:10, 132:11, 136:11, 141:5
**increases** [2] - 94:17, 141:6
**increasing** [2] - 114:6, 114:16
**incredible** [1] - 68:17
**incrementally** [1] - 63:15
**independent** [2] - 78:15, 116:3
**indicate** [1] - 96:6
**indicated** [2] - 29:15, 77:20
**indicating** [1] - 163:11
**indication** [2] - 90:10, 145:4

**indirectly** [1] - 85:1
**individual** [10] - 9:8, 52:13, 53:2, 108:2, 108:3, 139:10, 139:18, 140:2
**individual 's** [1] - 92:20
**individuals** [8] - 33:25, 34:15, 37:3, 37:22, 38:2, 75:2, 120:16, 147:12
**individuals '** [1] - 8:11
**induced** [1] - 111:20
**induces** [1] - 141:22
**industry** [2] - 74:3, 153:10
**infer** [1] - 95:19
**inferences** [2] - 115:6, 146:8
**inferior** [1] - 152:8
**influences** [2] - 106:11, 107:10
**inform** [1] - 106:23
**information** [37] - 32:23, 39:18, 39:20, 39:21, 39:25, 40:12, 40:24, 42:8, 42:14, 42:21, 48:10, 53:4, 66:9, 66:14, 73:17, 83:21, 85:25, 86:2, 86:13, 87:24, 88:21, 89:2, 97:17, 98:5, 98:8, 98:11, 101:18, 102:1, 120:19, 121:15, 123:23, 123:24, 124:19, 134:13, 156:4, 156:21, 157:25
**informed** [1] - 124:9
**infrastructure** [4] - 29:5, 42:3, 48:19, 52:7
**initial** [2] - 96:14, 112:19
**initiative** [1] - 15:23
**injected** [1] - 121:17
**injury** [1] - 146:2
**inside** [1] - 133:25
**insofar** [2] - 20:6, 50:15
**installation** [1] - 32:24
**installed** [4] - 32:21, 133:21, 133:22, 156:12
**instead** [2] - 14:24, 45:20
**Institute** [4] - 74:17, 79:19, 110:17, 128:17
**institutions** [3] -

11:25, 70:22, 72:19
**instruct** [1] - 9:17
**instruction** [2] - 9:21, 10:2
**INSTRUCTIONS** [2] - 162:1, 163:9
**insufficient** [1] - 53:7
**intense** [1] - 87:8
**intensities** [13] - 23:10, 57:2, 85:8, 85:15, 95:13, 96:24, 111:13, 136:19, 142:17, 142:22, 143:5, 144:8, 145:11
**intensity** [28] - 31:22, 60:4, 83:17, 90:3, 90:9, 95:12, 95:17, 95:20, 97:2, 106:12, 110:25, 111:24, 128:19, 128:21, 133:11, 133:14, 138:9, 138:11, 138:18, 138:21, 138:24, 139:2, 139:9, 141:21, 144:2, 144:11, 145:25, 146:6
**Intensity** [2] - 22:11, 22:24
**intent** [1] - 89:1
**intention** [1] - 15:12
**interest** [7] - 10:17, 55:5, 69:13, 70:17, 70:19, 75:1, 75:3
**interested** [1] - 19:2
**interesting** [3] - 28:10, 31:16, 133:4
**interests** [2] - 70:21, 74:24
**international** [1] - 55:12
**International** [6] - 74:8, 78:22, 79:19, 111:3, 128:3
**Internet** [2] - 62:23, 63:7
**interpreting** [1] - 114:9
**interrupt** [1] - 48:23
**interval** [2] - 36:7, 117:3
**intervening** [1] - 158:17
**intolerance** [1] - 82:23
**invariably** [1] - 38:6
**investigators** [1] - 31:11
**invited** [3] - 54:1, 55:2, 79:15
**invites** [1] - 156:13

**inviting** [3] - 79:23, 155:22, 155:23
**invitro** [1] - 56:24
**involve** [3] - 20:20, 27:18, 47:18
**involved** [15] - 11:18, 13:16, 13:19, 13:24, 15:18, 20:2, 45:23, 47:25, 53:19, 69:21, 77:10, 77:13, 85:23, 134:22
**involvement** [2] - 14:9, 135:21
**involves** [1] - 108:20
**involving** [9] - 13:21, 14:5, 18:7, 20:19, 45:18, 47:5, 48:5, 50:6, 52:12
**ionizing** [6] - 9:12, 68:7, 68:19, 84:8, 91:7, 136:7
**isolated** [8] - 56:25, 57:22, 58:16, 58:17, 60:4, 95:8, 95:18, 142:2
**Isotrope** [1] - 103:6
**Israel** [1] - 11:16
**Israeli** [1] - 11:17
**issue** [19] - 10:21, 11:18, 15:2, 27:2, 27:11, 39:3, 39:10, 51:19, 55:10, 57:3, 76:17, 77:10, 82:12, 85:11, 89:9, 99:24, 118:9, 147:2, 157:19
**issues** [12] - 7:5, 7:6, 7:17, 10:17, 15:19, 33:15, 44:10, 54:8, 76:5, 79:17, 83:18, 157:23
**Italy** [2] - 74:6, 110:17
**items** [1] - 21:23
**itself** [1] - 114:2

**J**

**January** [5] - 1:17, 3:3, 160:16, 163:4, 163:10
**Jerry** [1] - 155:10
**Jersey** [1] - 47:4
**job** [1] - 71:11
**joint** [3] - 11:17, 40:16, 126:19
**journal** [7] - 26:10, 69:10, 73:1, 73:5, 73:7, 109:4, 109:25
**Journal** [3] - 26:19, 109:6, 109:15
**journals** [2] - 69:18,

72:23
**judge** [2] - 4:21, 132:24
**judgment** [4] - 65:7, 73:10, 77:14, 102:2
**judgments** [3] - 71:3, 76:25, 77:2
**Judicial** [1] - 153:13
**jurisdiction** [6] - 13:4, 48:8, 50:9, 52:4, 52:5, 147:4
**jurisdictions** [1] - 12:18
**jury** [1] - 4:21
**justification** [1] - 100:5

### K

**Kansas** [1] - 7:20
**keep** [3] - 21:2, 41:22, 127:13
**keeping** [1] - 38:18
**Kent** [1] - 81:6
**Key** [1] - 55:17
**kids** [1] - 63:7
**kind** [13] - 9:20, 13:7, 14:15, 84:11, 106:8, 112:1, 115:15, 121:15, 130:22, 131:1, 131:3, 147:10, 151:17
**kinds** [10] - 10:4, 105:25, 117:20, 130:17, 130:23, 131:5, 131:7, 131:18, 131:19, 131:21
**kitchen** [2] - 98:13, 99:10
**knowing** [2] - 58:8, 139:25
**knowledge** [7] - 42:1, 42:5, 52:24, 55:9, 93:16, 136:6, 137:6
**known** [1] - 118:1
**knows** [1] - 100:24
**Kosrovani** [2] - 46:1, 48:5
**Kumar** [1] - 155:12
**Kundi** [1] - 152:1

### L

**laboratories** [5] - 136:13, 141:3, 141:13, 143:4, 145:12
**Laboratories** [1] - 135:23

**laboratory** [1] - 135:24
**Lai** [1] - 2:15
**LAMECH** [1] - 157:11
**Lamech** [6] - 32:19, 32:22, 33:13, 41:11, 157:11, 157:12
**language** [2] - 120:5, 141:16
**lap** [3] - 65:11, 65:14, 94:17
**laptop** [2] - 65:11, 65:14, 94:16
**large** [8] - 28:8, 30:6, 32:23, 42:19, 76:4, 84:13, 144:11, 148:14
**largely** [1] - 63:10
**larger** [2] - 108:24, 120:7
**largest** [1] - 128:9
**last** [19] - 32:7, 38:3, 43:5, 68:3, 80:12, 87:11, 100:8, 103:17, 104:4, 105:13, 105:16, 113:15, 114:3, 116:2, 135:6, 140:12, 140:14, 155:18
**lastly** [1] - 147:25
**Law** [1] - 153:13
**law** [2] - 4:12, 153:12
**laws** [2] - 52:14, 123:22
**lawsuits** [1] - 130:13
**lawyer** [4] - 11:16, 16:1, 16:3, 155:6
**lawyers** [3] - 20:16, 123:15, 154:24
**laymen's** [2] - 90:20, 127:3
**lazy** [1] - 110:1
**lead** [4] - 12:5, 42:16, 42:18, 96:13
**leading** [1] - 85:2
**leads** [1] - 96:4
**learn** [1] - 135:16
**learning** [1] - 94:19
**least** [14] - 43:7, 49:23, 51:12, 58:16, 58:17, 59:24, 60:4, 66:16, 69:12, 73:11, 74:21, 80:4, 85:1, 156:5
**leave** [4] - 57:14, 64:21, 156:17, 158:22
**LECHI** [1] - 118:9
**lectures** [2] - 10:4, 10:6

**led** [1] - 79:23
**Lee** [2] - 155:11
**left** [2] - 12:8, 45:10
**legal** [5] - 13:16, 20:1, 49:15, 52:21, 123:21
**legislation** [1] - 149:15
**legislative** [1] - 19:4
**legislator** [1] - 19:7
**Legislature** [6] - 15:21, 18:21, 18:25, 19:2, 19:6, 153:8
**legwork** [1] - 53:25
**length** [1] - 156:2
**lengthy** [2] - 150:19, 151:2
**Leonard** [1] - 155:10
**Lerchi** [7] - 27:15, 28:6, 118:8, 118:9, 118:15, 118:25, 157:14
**LERCHI** [3] - 28:6, 118:15, 157:14
**Lesintisky** [1] - 155:10
**less** [10] - 31:5, 34:4, 65:19, 67:5, 86:5, 87:16, 88:14, 110:2, 131:10, 131:14
**lesser** [1] - 59:23
**letter** [5] - 155:21, 155:22, 156:3, 156:22, 162:11
**leukemia** [20] - 36:14, 37:10, 37:19, 37:20, 38:15, 89:6, 99:12, 112:17, 112:19, 112:20, 113:6, 113:7, 113:9, 113:13, 129:18, 129:21, 130:2, 131:21, 132:7, 136:11
**leukemias** [1] - 112:22
**level** [25] - 8:12, 54:25, 55:3, 56:23, 57:5, 57:17, 57:18, 57:20, 58:1, 59:18, 60:2, 60:5, 60:7, 62:12, 64:15, 66:10, 67:4, 68:14, 78:2, 112:4, 139:2, 139:4, 139:7, 139:9, 142:13
**levels** [18] - 56:8, 56:24, 57:22, 57:24, 58:14, 58:21, 60:13, 68:11, 94:25, 95:4, 95:5, 95:7, 95:20, 110:14, 127:5, 134:12, 142:23,

152:4
**levied** [1] - 73:2
**liable** [1] - 8:14
**licensed** [1] - 13:3
**life** [5] - 64:5, 68:13, 68:15, 132:18, 153:2
**lifestyle** [1] - 62:18
**lifetime** [1] - 39:23
**likelihood** [2] - 101:6, 101:9
**likely** [8] - 17:18, 20:6, 33:18, 36:6, 66:12, 91:8, 101:14, 101:16
**limit** [2] - 58:9, 67:11
**limitation** [2] - 114:22, 115:3
**limitations** [5] - 113:17, 113:19, 115:16, 117:17, 118:3
**limited** [3] - 114:24, 115:6, 115:21
**Limits** [1] - 118:18
**limits** [1] - 5:16
**line** [10] - 47:6, 47:10, 47:14, 50:17, 50:20, 51:16, 51:22, 77:20, 89:7, 162:5
**lines** [10] - 8:16, 8:22, 49:11, 49:12, 50:14, 51:3, 89:1, 105:24, 114:12, 136:4
**link** [2] - 126:18, 149:14
**list** [11] - 3:23, 17:22, 21:16, 22:3, 45:1, 45:15, 57:9, 122:5, 131:5, 147:9, 162:5
**LIST** [1] - 2:6
**List** [2] - 2:12, 2:19
**listed** [6] - 17:23, 24:6, 124:5, 142:25, 147:6, 147:9
**listing** [3] - 11:12, 23:9, 155:9
**lists** [3] - 17:24, 24:24, 156:12
**literature** [7] - 10:6, 14:15, 29:20, 35:21, 92:3, 128:1, 138:8
**litigation** [2] - 12:6, 158:15
**live** [3] - 99:17, 99:19, 133:8
**lives** [1] - 66:11
**living** [1] - 69:24
**Lloyd** [1] - 155:12
**Logistic** [1] - 153:17
**logistics** [1] - 54:11
**look** [28] - 9:22, 16:23,

18:5, 20:5, 25:13, 33:15, 43:18, 44:8, 54:16, 82:15, 90:11, 96:2, 105:1, 113:15, 116:10, 122:7, 125:22, 130:18, 137:17, 137:24, 138:4, 141:18, 142:24, 143:6, 144:19, 146:13, 158:1
**looked** [12] - 24:22, 30:6, 82:8, 90:9, 90:13, 94:1, 113:5, 113:9, 118:20, 130:7, 133:19, 141:3
**looking** [12] - 22:3, 22:13, 22:14, 25:7, 55:16, 72:24, 82:9, 83:13, 86:3, 117:2, 117:9, 143:7
**looks** [5] - 24:16, 24:19, 43:23, 115:13, 126:2
**lost** [1] - 53:12
**low** [17] - 35:2, 57:2, 57:5, 57:22, 60:13, 68:11, 68:14, 83:17, 90:18, 95:12, 95:17, 95:20, 96:24, 134:12, 136:19, 141:21
**Low** [2] - 22:11, 22:24
**low-intensity** [5] - 83:17, 95:12, 95:17, 95:20, 141:21
**lower** [7] - 37:22, 56:16, 56:24, 58:2, 64:13, 95:13, 102:21, 106:11, 106:12, 106:13, 106:14, 106:22, 110:25, 111:24, 113:21
**lower-frequency** [3] - 106:11, 106:14, 106:22
**lower-intensity** [1] - 106:12
**lunch** [1] - 5:14
**lung** [1] - 131:8
**lymphoma** [14] - 13:17, 13:21, 27:2, 27:8, 27:12, 28:11, 28:24, 36:20, 37:16, 38:5, 38:10, 99:12, 111:22, 112:21
**lymphomas** [5] - 13:15, 27:19, 112:22, 118:21,

118:23

## M

**M.D** [5] - 1:13, 2:1, 3:11, 161:10, 163:7
**macroglubulinemia** [3] - 13:8, 13:12, 13:14
**Madison** [1] - 154:13
**magnetic** [22] - 7:6, 7:17, 8:22, 31:7, 31:8, 34:21, 50:7, 66:21, 66:24, 67:2, 67:4, 67:22, 67:23, 87:23, 89:1, 89:8, 113:11, 114:6, 132:8, 136:4, 136:11, 152:25
**magnitude** [5] - 56:16, 58:10, 59:24, 101:19, 110:25
**mail** [1] - 21:12
**main** [2] - 55:1, 128:6
**MAINE** [2] - 1:1, 1:9
**Maine** [48] - 1:17, 3:3, 3:19, 15:15, 15:19, 15:24, 16:13, 18:2, 18:8, 18:13, 18:14, 18:17, 18:21, 19:3, 19:15, 19:18, 20:9, 21:3, 21:25, 22:4, 23:15, 23:22, 24:21, 27:7, 41:16, 42:6, 51:10, 68:22, 68:24, 70:2, 70:3, 71:15, 104:23, 119:12, 120:2, 124:4, 131:24, 148:2, 148:25, 153:8, 153:14, 153:15, 156:19, 156:20, 160:3, 161:18, 163:6
**maintain** [1] - 10:8
**maintained** [1] - 32:6
**major** [15] - 8:7, 9:20, 11:10, 11:20, 36:21, 38:17, 39:10, 42:18, 54:3, 55:10, 62:18, 79:14, 96:14, 136:24, 158:16
**majority** [2] - 53:25, 142:17
**makeup** [1] - 62:10
**male** [1] - 112:21
**man** [3] - 11:15, 46:3, 65:11
**man's** [1] - 99:18
**manages** [1] - 24:13
**manmade** [3] - 64:20,

64:25, 66:13
**March** [3] - 43:12, 119:21, 124:25
**Maria** [2] - 154:7, 154:10
**mark** [3] - 45:11, 45:14, 125:20
**Marked** [1] - 2:8
**marked** [3] - 45:3, 81:12, 119:18
**markers** [2] - 96:2, 145:5
**Marsonique** [1] - 152:9
**Massachusetts** [1] - 137:19
**master's** [1] - 54:25
**material** [2] - 20:10, 124:13
**materials** [1] - 17:1
**matter** [14] - 17:14, 18:14, 18:15, 19:19, 21:25, 23:23, 70:16, 77:9, 80:17, 81:15, 100:17, 123:13, 134:18, 163:11
**matters** [2] - 10:2, 13:20
**McCarty** [3] - 2:14, 30:23, 107:22
**McLaughlin** [17] - 16:4, 16:6, 17:13, 17:15, 17:16, 17:24, 20:8, 20:24, 43:1, 44:13, 149:25, 150:11, 151:2, 152:14, 155:2, 155:3, 155:22
**MDA** [2] - 145:4, 145:8
**ME** [2] - 163:2, 163:17
**mean** [15] - 28:15, 39:23, 60:10, 68:14, 70:15, 75:15, 83:2, 100:20, 103:1, 106:12, 114:19, 127:6, 135:14, 144:17
**means** [4] - 65:12, 72:20, 90:21, 115:19
**meant** [3] - 92:24, 101:5, 121:25
**measured** [1] - 107:3
**measurement** [2] - 90:3, 133:14
**measuring** [2] - 134:2, 145:3
**mechanism** [7] - 61:15, 84:6, 84:10, 93:12, 94:14, 117:25, 142:10

**mechanisms** [8] - 60:25, 68:17, 82:2, 84:3, 91:17, 91:25, 92:13, 93:25
**medical** [8] - 6:16, 12:25, 39:16, 42:8, 101:8, 101:13, 102:6, 123:21
**medically** [2] - 79:3, 105:15
**medically-oriented** [1] - 79:3
**medicine** [3] - 5:21, 13:1, 13:3
**meet** [1] - 15:21
**meeting** [2] - 42:11, 81:15
**meetings** [1] - 12:15
**megahertz** [2] - 67:5, 144:22
**MELISSA** [1] - 160:20
**Melissa** [7] - 1:16, 3:1, 100:8, 118:14, 149:4, 160:2, 160:19
**member** [1] - 19:1
**members** [1] - 79:4
**memoranda** [1] - 11:2
**memories** [1] - 46:10
**memory** [1] - 147:16
**meningioma** [1] - 82:11
**mention** [1] - 118:7
**mentioned** [13] - 8:23, 18:20, 20:11, 48:13, 53:18, 81:11, 118:6, 127:25, 128:3, 133:4, 137:8, 157:8, 162:11
**Mentioned** [1] - 2:8
**MERENBERG** [1] - 160:20
**Merenberg** [4] - 1:16, 3:2, 160:2, 160:19
**MERRILL** [18] - 4:5, 22:16, 43:18, 43:21, 45:8, 102:12, 102:15, 103:11, 103:16, 103:22, 105:1, 140:17, 150:16, 150:22, 155:5, 156:8, 157:1, 158:25
**Merrill** [14] - 1:21, 22:6, 40:1, 40:11, 43:16, 43:17, 44:6, 44:9, 45:2, 140:23, 150:12, 155:25, 156:6, 158:23
**met** [2] - 3:16, 8:4
**metaanalyses** [1] -

151:25
**metabolism** [1] - 91:14
**metabolite** [1] - 145:4
**metabolize** [1] - 92:17
**metal** [1] - 106:10
**meter** [70] - 33:5, 33:8, 36:23, 37:13, 38:18, 38:19, 63:3, 64:14, 68:25, 69:4, 70:3, 85:5, 85:20, 86:1, 86:5, 86:7, 86:12, 86:17, 87:2, 89:14, 90:4, 90:9, 93:19, 94:2, 95:6, 96:22, 98:4, 98:10, 98:12, 98:23, 99:3, 99:9, 101:19, 107:2, 107:6, 112:25, 121:10, 126:20, 133:1, 133:5, 133:8, 133:10, 133:12, 133:17, 133:20, 133:25, 134:3, 134:16, 134:25, 135:2, 135:5, 138:11, 142:14, 144:3, 144:6, 144:7, 144:10, 144:11, 144:16, 145:1, 145:10, 146:1, 146:3, 146:5, 146:10, 146:13, 151:17
**Meter** [2] - 122:13, 153:24
**metering** [4] - 29:5, 42:3, 48:19, 52:6
**meters** [71] - 8:16, 8:19, 31:20, 31:21, 31:24, 32:11, 32:21, 32:25, 33:18, 33:24, 35:4, 35:10, 35:20, 41:19, 42:18, 46:25, 47:6, 49:5, 49:14, 49:21, 49:25, 51:5, 51:7, 51:10, 55:24, 56:3, 62:20, 62:23, 63:1, 63:2, 63:13, 64:8, 66:5, 85:2, 85:22, 85:24, 86:19, 88:4, 89:24, 90:8, 93:20, 94:25, 95:1, 97:6, 97:11, 97:18, 97:24, 98:6, 99:22, 103:25, 104:3, 104:8, 104:18, 107:5, 120:15, 121:5, 126:7,

126:18, 126:25, 133:6, 133:21, 142:21, 144:15, 146:18, 147:13, 152:19, 154:3, 154:9, 154:11, 156:11
**Meters** [1] - 104:4
**methods** [1] - 6:5
**Mexico** [1] - 154:15
**MF** [6] - 7:5, 7:6, 114:6, 114:16, 115:5
**MFs** [1] - 71:14
**mice** [5] - 27:3, 27:13, 27:17, 27:19, 118:19
**Michigan** [8] - 2:17, 29:2, 29:8, 41:16, 47:21, 48:13, 48:17, 51:10
**microwatts** [11] - 56:15, 56:19, 57:13, 58:2, 59:21, 59:25, 60:9, 60:13, 64:8, 64:13, 74:12
**microwave** [5] - 33:2, 82:22, 84:18, 85:13, 105:4
**middle** [2] - 25:15, 26:3
**might** [7] - 66:15, 69:5, 102:3, 140:6, 148:1, 158:7
**Migration** [1] - 118:12
**mildly** [1] - 140:6
**Milham** [1] - 87:20
**millions** [1] - 15:11
**mind** [9] - 38:17, 64:19, 96:20, 100:2, 115:9, 127:9, 127:12, 129:1, 130:1
**minds** [1] - 49:21
**mine** [1] - 75:24
**mini** [1] - 81:23
**minimal** [2] - 54:23, 98:18
**minimization** [1] - 72:1
**minimize** [3] - 59:5, 69:24, 79:5
**minnesota** [1] - 50:14
**minor** [1] - 20:1
**minority** [1] - 78:3
**minute** [1] - 100:7
**minutes** [1] - 3:16
**MIR** [1] - 155:18
**misrepresentations** [1] - 151:11
**missing** [1] - 148:2
**mission** [1] - 82:5
**misstatements** [1] -

152:1
**mistake** [2] - 24:16, 122:11
**mistaken** [1] - 151:3
**misunderstanding** [1] - 78:18
**misunderstood** [1] - 151:1
**mitochondria** [1] - 91:15
**mobile** [1] - 82:10
**modern** [3] - 57:4, 132:18, 134:14
**Mohawk** [1] - 135:8
**molecule** [6] - 61:5, 90:25, 91:1, 91:6, 91:9
**moment** [1] - 17:15, 18:20, 19:8, 26:21, 30:18, 48:9, 57:16, 82:16, 93:21, 94:2, 130:24
**money** [4] - 15:8, 20:20, 55:8, 75:20
**monitored** [1] - 113:9
**Monsanto** [3] - 13:24, 47:19, 48:12
**month** [1] - 45:17
**monthly** [1] - 126:10
**Montreal** [2] - 49:23, 137:9
**Moon** [1] - 152:1
**Morgan** [1] - 155:12
**morning** [4] - 3:15, 3:18, 41:9, 97:23
**Morrison** [1] - 50:4
**most** [31] - 15:8, 18:7, 19:25, 20:18, 22:22, 31:18, 37:7, 45:16, 45:21, 45:22, 47:18, 54:2, 54:9, 56:16, 65:1, 78:9, 90:15, 91:8, 92:4, 93:7, 93:24, 128:9, 131:9, 133:23, 136:7, 137:13, 139:20, 142:2, 142:8, 143:15
**Most** [1] - 104:8
**mouse** [1] - 119:6
**move** [2] - 48:4, 134:10
**moved** [2] - 46:4, 47:16
**MPUC** [3] - 2:10, 2:11, 2:12
**MR** [47] - 3:14, 4:3, 4:5, 4:9, 21:14, 21:20, 22:16, 22:19, 41:14, 43:18, 43:20, 43:21, 43:22, 45:8,

45:10, 45:13, 80:25, 100:15, 102:12, 102:14, 102:15, 102:16, 102:17, 103:11, 103:13, 103:16, 103:17, 103:19, 103:24, 104:2, 105:1, 105:6, 140:17, 140:20, 145:22, 149:6, 150:16, 150:22, 150:25, 155:5, 155:7, 156:8, 156:15, 157:1, 157:2, 158:25, 159:1
**multiple** [6] - 13:15, 43:13, 87:4, 87:5, 87:10, 143:7
**muscles** [1] - 152:24
**must** [8] - 17:9, 72:6, 104:21, 120:7, 122:25, 126:20, 147:13, 162:8
**mutations** [1] - 61:19
**Myers** [1] - 46:14
**Mykhaylo** [1] - 154:6

# N

**name** [9] - 3:16, 11:21, 11:22, 16:3, 19:7, 19:10, 32:19, 81:5, 93:22
**named** [6] - 25:16, 81:6, 81:8, 160:4, 160:13, 161:18
**nano** [2] - 67:11, 67:12
**national** [1] - 136:20
**National** [8] - 2:16, 28:4, 28:9, 28:12, 29:1, 79:19, 127:20, 128:10
**nations** [1] - 72:11
**natural** [1] - 67:20, 88:17, 151:16
**nature** [1] - 50:15
**near** [1] - 74:13
**nearby** [2] - 91:4, 91:12
**nearly** [3] - 28:12, 28:14, 28:25
**Nebraska** [1] - 7:20
**necessarily** [1] - 71:21
**need** [11] - 5:8, 18:3, 55:12, 59:3, 62:22, 65:12, 70:11, 79:11, 88:12, 150:14, 156:17
**needed** [1] - 116:4

**nerve** [2] - 128:15, 131:7
**nerves** [1] - 110:19
**nervous** [2] - 136:14, 152:24
**net** [1] - 92:4
**Netherlands** [2] - 73:14, 73:20
**network** [1] - 134:5
**neurobehavioral** [1] - 82:17
**neurological** [1] - 81:25
**neuroma** [2] - 82:11, 128:15
**neuromas** [1] - 128:12
**never** [20] - 10:23, 11:6, 13:1, 15:6, 18:24, 20:12, 37:25, 39:9, 52:19, 59:8, 63:25, 69:17, 77:4, 100:24, 107:2, 128:6, 136:21, 147:3
**nevertheless** [1] - 121:17
**new** [5] - 24:9, 77:9, 136:5, 158:18
**New** [6] - 7:21, 47:4, 134:17, 135:22, 135:24, 136:2
**Newman** [1] - 147:23
**next** [10] - 65:13, 102:10, 104:10, 110:13, 116:2, 119:19, 126:15, 138:16, 139:1
**NGO** [4] - 74:7, 78:16, 78:19, 78:21
**Niagara** [1] - 135:8
**night** [1] - 97:23
**NIH** [2] - 60:23, 79:20
**Niko** [1] - 153:21
**Non** [15] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 127:4, 130:14
**non** [1] - 139:3
**Non-Hodgkin 's** [14] - 13:15, 13:16, 13:18, 13:21, 13:23, 14:1, 14:4, 36:20, 37:16, 38:5, 99:11, 126:19, 127:1, 130:14
**Non-Hodgkin 's/ Waldenstrom 's** [1] - 127:4
**non-safe** [1] - 139:3
**noncredible** [1] -

69:16
**none** [6] - 12:17, 14:3, 82:12, 123:10, 142:21, 146:3
**Nonionizing** [1] - 78:23
**nonionizing** [5] - 9:13, 68:18, 84:11, 91:7, 136:7
**nonsense** [1] - 85:16
**nonspecific** [1] - 83:10
**nonthermal** [1] - 142:23
**nonwhite** [1] - 113:22
**normal** [2] - 97:7, 97:12
**normally** [1] - 91:13
**Norman** [1] - 163:16
**notarized** [1] - 162:9
**Notary** [5] - 1:16, 3:2, 3:9, 160:2, 161:17
**NOTARY** [2] - 160:21, 161:16
**notary** [1] - 163:12
**note** [1] - 162:2
**noted** [4] - 113:19, 114:6, 114:16, 161:4
**Notes** [1] - 2:20
**notes** [8] - 40:10, 40:14, 40:20, 40:21, 44:21, 125:22, 126:2, 126:5
**nothing** [6] - 49:24, 116:18, 149:16, 153:12, 153:22, 160:5
**Notice** [1] - 2:9
**notice** [6] - 3:23, 16:11, 16:21, 22:14, 41:1, 151:13
**notwithstanding** [1] - 50:1
**November** [2] - 40:17, 126:24
**nowhere** [1] - 74:16
**NTP** [3] - 110:13, 110:24, 136:16
**nuclear** [3] - 61:1, 61:2, 136:6
**Number** [2] - 22:9, 84:17, 116:10
**number** [26] - 10:18, 13:22, 16:14, 28:17, 29:20, 32:22, 32:23, 42:19, 58:23, 73:15, 75:17, 82:10, 82:15, 82:16, 82:21, 83:15, 89:5, 96:11, 102:12, 108:24, 114:24,

114:25, 115:21, 129:8, 136:13, 162:5
**numbers** [4] - 30:14, 104:6, 117:16, 117:24

# O

**oath** [4] - 3:8, 3:12, 4:10, 4:11
**object** [3] - 53:2, 56:20, 155:5
**objected** [2] - 56:20, 134:24
**objection** [1] - 155:25
**objective** [2] - 71:2, 71:3
**objectively** [1] - 69:12
**observation** [2] - 35:24, 73:19
**observed** [1] - 95:6
**obviously** [16] - 6:4, 31:10, 35:20, 49:24, 55:4, 68:13, 68:15, 86:23, 87:24, 99:9, 106:1, 120:3, 124:17, 128:12, 149:21, 153:2
**occasion** [1] - 19:1
**occasionally** [1] - 21:6
**occasions** [4] - 7:2, 15:22, 19:4, 20:18
**occupational** [1] - 76:1
**occur** [3] - 98:15, 129:15, 135:11
**occurred** [1] - 82:3
**October** [3] - 122:8, 122:9, 155:24
**OF** [2] - 1:1, 1:13
**off/on** [1] - 97:12
**offering** [1] - 6:10
**office** [2] - 10:15, 76:15
**Office** [5] - 68:21, 70:13, 71:15, 71:17, 71:19
**offices** [1] - 8:6
**official** [4] - 74:7, 78:16, 79:6, 139:19
**officially** [2] - 49:16, 49:18
**offs** [1] - 32:5
**often** [4] - 60:22, 61:3, 86:19, 120:15
**old** [2] - 21:7, 21:9
**older** [1] - 66:15
**omitted** [1] - 162:7
**on/off** [1] - 97:8
**once** [3] - 41:24,

123:24, 134:13

**one** [127] - 4:23, 6:1, 6:17, 7:20, 12:4, 13:14, 15:2, 15:21, 16:10, 18:7, 18:25, 19:1, 21:8, 23:1, 23:4, 23:25, 24:4, 24:17, 26:7, 26:24, 27:13, 30:7, 30:23, 30:25, 31:2, 32:10, 32:18, 32:22, 34:10, 36:11, 36:20, 37:12, 37:25, 40:14, 43:4, 43:7, 43:23, 44:12, 45:21, 45:22, 47:4, 48:2, 48:14, 49:7, 50:22, 50:23, 51:12, 51:16, 53:24, 54:19, 55:1, 58:5, 58:13, 61:5, 61:21, 63:10, 69:13, 71:7, 73:1, 75:9, 78:24, 83:4, 83:7, 85:4, 85:23, 87:6, 91:18, 92:24, 93:20, 94:2, 95:11, 96:14, 97:19, 100:24, 103:9, 104:21, 104:23, 107:25, 108:6, 108:7, 108:18, 108:20, 109:17, 110:4, 110:8, 110:10, 110:13, 110:19, 111:9, 112:15, 112:24, 113:19, 113:20, 115:12, 115:24, 116:16, 116:17, 118:6, 119:2, 120:9, 121:17, 123:5, 123:15, 128:6, 128:25, 130:22, 132:15, 133:18, 133:24, 138:7, 140:5, 140:12, 140:18, 144:18, 145:5, 146:21, 146:23, 150:1, 152:14, 155:13, 157:14

**one-page** [1] - 150:1
**one-third** [1] - 113:20
**ones** [5] - 11:8, 20:20, 30:25, 131:6, 142:25
**ongoing** [1] - 12:5
**ons** [2] - 31:19, 32:4
**open** [4] - 55:13, 68:2, 157:7, 157:22
**open-access** [1] - 55:13

**operate** [1] - 98:7
**operating** [2] - 97:7, 97:11
**opinion** [19] - 29:25, 30:4, 34:7, 34:9, 35:1, 35:18, 39:12, 39:15, 71:16, 98:19, 99:5, 99:8, 101:6, 105:20, 112:25, 137:7, 138:14, 139:12, 139:17
**opinions** [11] - 6:10, 27:25, 28:1, 106:24, 110:6, 112:14, 135:10, 149:18, 158:14, 158:19, 158:20
**opportunity** [1] - 151:8
**opposed** [1] - 24:25
**opposition** [1] - 85:24
**opt** [3] - 99:25, 126:7, 134:16
**OR** [1] - 161:16
**oral** [1] - 121:24
**order** [6] - 26:8, 26:16, 110:25, 148:8, 148:10, 148:17
**ordered** [2] - 132:16, 148:19
**ordering** [1] - 148:11
**orders** [4] - 56:15, 59:24, 150:4, 156:11
**organ** [1] - 9:8
**organization** [9] - 12:4, 12:8, 70:16, 71:23, 74:1, 78:15, 78:16, 149:10, 154:13
**Organization** [19] - 60:24, 74:2, 74:5, 74:8, 74:10, 74:19, 74:25, 75:3, 75:16, 75:17, 76:18, 77:2, 78:6, 81:20, 81:21, 82:5, 85:12, 111:5, 149:12
**organizations** [3] - 12:5, 55:12, 79:22
**organize** [1] - 10:25
**organizing** [1] - 42:17
**oriented** [1] - 79:3
**original** [4] - 28:5, 96:12, 114:1, 163:13
**originally** [4] - 11:16, 43:23, 79:1, 90:17
**outcome** [9] - 10:13, 10:16, 29:12, 48:6, 51:14, 52:10, 53:10, 118:21, 160:13

**outcomes** [2] - 62:8, 77:17
**outputs** [1] - 93:13
**outside** [6] - 68:12, 86:19, 98:13, 108:15, 133:13, 146:10
**ovens** [1] - 85:13
**overlap** [1] - 129:25
**overpower** [1] - 91:24
**overwhelming** [2] - 65:7, 142:4
**own** [6] - 54:14, 64:19, 73:19, 116:18, 130:5, 135:20
**owned** [1] - 136:3
**oxidative** [12] - 96:3, 96:7, 141:20, 141:22, 142:6, 142:14, 143:12, 145:5, 145:15, 145:20, 146:2
**oxygen** [41] - 61:14, 61:16, 61:22, 68:18, 84:5, 88:7, 89:10, 89:13, 89:20, 90:21, 90:23, 90:25, 91:6, 91:10, 91:13, 91:20, 92:17, 92:22, 93:7, 93:18, 93:23, 93:25, 94:10, 94:13, 94:17, 94:24, 95:14, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:6, 142:9, 142:18, 143:23, 144:1, 145:20, 146:1, 146:16

**P**

**p.m** [5] - 80:24, 140:16, 159:2
**P.O** [2] - 163:1, 163:17
**page** [45] - 17:2, 24:7, 25:14, 25:15, 25:17, 25:18, 25:24, 26:1, 26:2, 26:3, 40:20, 40:21, 43:24, 86:3, 102:18, 103:3, 103:5, 103:11, 103:14, 104:5, 105:10, 105:12, 113:15, 122:8, 123:19, 127:6, 137:22, 138:4, 138:5, 148:9, 149:8, 149:9, 150:1, 151:20, 151:24, 152:3, 152:6,

152:12, 153:16, 156:3, 162:5, 162:9, 162:10, 163:12, 163:13
**PAGE** [2] - 2:2, 161:1
**Page/Line** [1] - 162:14
**pages** [5] - 43:13, 150:21, 151:19, 161:3
**paid** [2] - 14:21, 18:1
**pain** [3] - 40:16, 75:20, 126:20
**panel** [2] - 24:14, 147:11
**paper** [17] - 27:14, 28:20, 33:14, 34:23, 35:25, 54:5, 81:22, 85:11, 90:13, 94:12, 105:4, 108:14, 110:2, 115:14, 118:6, 118:10, 153:16
**papers** [7] - 28:19, 35:13, 37:18, 38:14, 75:9, 78:12, 96:11
**paragraph** [15] - 17:2, 86:4, 103:4, 103:18, 104:3, 104:18, 114:3, 115:4, 116:3, 120:9, 124:8, 124:25, 126:15, 155:14, 156:5
**paragraphs** [2] - 123:20, 124:1
**parameters** [1] - 143:8
**paraphrase** [1] - 59:10
**parenthetical** [1] - 103:5
**Part** [2] - 2:10, 2:11
**part** [26] - 6:18, 11:3, 20:1, 24:15, 27:25, 54:3, 54:9, 57:1, 68:7, 68:19, 77:4, 77:5, 79:20, 80:7, 80:8, 82:5, 91:15, 95:23, 111:4, 116:8, 132:18, 134:11, 135:12, 135:24
**partial** [3] - 127:19, 137:18, 137:25
**Partial** [1] - 2:18
**participation** [1] - 113:21
**particular** [20] - 9:25, 11:24, 14:13, 38:1, 38:5, 39:13, 52:12, 52:14, 63:13, 71:23, 84:15, 94:7, 94:9, 99:11, 99:20, 108:14, 116:19,

139:2, 140:2, 151:13
**particularly** [16] - 31:19, 31:24, 32:12, 33:24, 34:16, 35:20, 37:1, 63:14, 87:20, 97:13, 111:2, 128:1, 153:23, 154:18, 157:17, 157:24
**partly** [1] - 37:11
**parts** [2] - 73:5, 134:23
**Passariello** [1] - 51:3
**past** [2] - 3:25, 146:17
**pathological** [1] - 83:16
**patient** [2] - 14:6, 108:20
**patterns** [1] - 137:4
**Paul** [1] - 6:25
**pay** [7] - 36:22, 64:23, 100:1, 100:6, 124:4, 126:10
**PCB** [1] - 130:14
**PCBs** [12] - 13:22, 47:18, 60:21, 60:25, 61:24, 130:9, 130:12, 135:12, 135:15, 136:23, 137:3, 137:8
**peace** [1] - 49:23
**peak** [2] - 88:13, 88:16
**peaks** [4] - 87:22, 87:25, 88:17, 89:23
**peer** [11] - 10:5, 29:19, 54:5, 69:10, 69:17, 72:23, 72:25, 73:2, 73:3, 73:6, 141:19
**peer-reviewed** [10] - 10:5, 29:19, 54:5, 69:10, 69:17, 72:23, 72:25, 73:2, 73:6, 141:19
**penalized** [1] - 38:18
**pendency** [1] - 16:13
**pending** [1] - 156:10
**penetrate** [4] - 68:10, 86:21, 86:22, 133:10
**Pennsylvania** [6] - 46:12, 46:20, 50:10, 50:21, 50:25, 51:13
**people** [71] - 10:18, 24:14, 30:6, 30:7, 30:10, 30:18, 31:25, 32:5, 32:24, 33:3, 33:19, 34:5, 34:7, 34:13, 34:20, 34:24, 35:7, 40:6, 42:17, 42:19, 61:12, 64:4, 69:20, 69:23, 71:1, 71:12, 74:3, 74:20,

75:5, 75:11, 79:2, 79:3, 79:4, 80:19, 81:19, 84:14, 87:19, 89:5, 89:16, 90:6, 91:22, 92:4, 92:9, 92:11, 93:1, 93:8, 96:1, 96:6, 96:8, 97:20, 108:24, 109:8, 110:20, 114:1, 114:25, 121:6, 121:18, 125:8, 133:23, 134:19, 134:23, 135:19, 136:7, 137:1, 142:8, 144:10, 145:7, 154:2, 154:25

**people 's** [1] - 29:23

**per** [13] - 56:15, 56:19, 57:13, 58:2, 59:21, 60:1, 60:9, 60:13, 64:8, 64:13, 67:11, 67:12, 74:12

**percent** [10] - 29:16, 30:3, 32:3, 34:2, 34:3, 35:7, 35:11, 101:14, 101:18, 121:6

**percentage** [3] - 30:15, 98:20, 101:23

**perfectly** [1] - 32:9

**performed** [1] - 69:2

**perhaps** [4] - 35:23, 43:15, 110:9, 141:9

**period** [22] - 15:19, 38:15, 38:21, 40:22, 79:17, 79:18, 87:15, 90:4, 99:16, 100:4, 100:13, 100:19, 101:2, 101:10, 101:13, 101:16, 101:24, 112:18, 113:13, 116:13, 116:16, 145:1

**periods** [8] - 40:6, 97:17, 110:21, 115:1, 115:23, 117:9, 129:14, 131:20

**permission** [1] - 133:22

**person** [25] - 14:7, 14:16, 17:16, 18:17, 31:2, 31:11, 54:25, 55:3, 62:9, 68:24, 70:2, 78:24, 93:17, 99:7, 108:6, 108:7, 108:18, 121:12, 125:5, 139:8, 139:21, 140:6,

147:23, 160:13

**personal** [1] - 60:20, 71:7, 73:19, 86:13, 136:21

**personally** [3] - 11:4, 11:19, 161:19

**personnel** [2] - 62:25, 124:18

**persons** [1] - 32:12

**persuade** [3] - 71:12, 74:15, 81:20

**pertain** [4] - 37:9, 49:4, 83:18, 129:17

**pertained** [1] - 48:22

**pertaining** [3] - 13:11, 19:17, 20:9

**petri** [3] - 58:16, 58:19, 58:20

**Ph.D** [1] - 6:2

**phenomena** [1] - 95:6

**phenomenon** [4] - 92:8, 92:25, 93:17, 95:3

**Phillips** [1] - 155:10

**phone** [22] - 33:20, 63:22, 63:23, 63:25, 65:2, 65:4, 65:6, 65:9, 74:6, 82:10, 86:5, 92:19, 93:5, 93:9, 110:15, 110:23, 126:5, 128:8, 128:20, 134:6, 138:10, 144:23

**Phone** [1] - 127:21

**Phones** [1] - 148:21

**phones** [5] - 65:16, 110:20, 134:5, 149:13, 149:14

**phonetic** [4] - 152:9, 153:22, 155:11

**photon** [1] - 61:21

**phrased** [1] - 101:4

**physician** [5] - 5:20, 31:10, 71:9, 90:14, 108:21

**physician 's** [1] - 71:11

**physicists** [1] - 79:1

**physiology** [1] - 9:7

**piece** [2] - 128:1, 157:7

**pigs** [1] - 143:18

**pillow** [1] - 64:3

**place** [2] - 30:11, 133:20

**placed** [2] - 86:19, 121:10

**plaintiff** [4] - 6:24, 46:17, 46:18, 81:4

**Plaintiff** [2] - 1:7, 1:21

**plaintiffs** [1] - 70:25

**plan** [1] - 5:12

**plants** [1] - 143:13

**plausible** [1] - 96:21

**plenty** [1] - 120:12

**plow** [1] - 102:10

**plowing** [1] - 127:13

**plus** [1] - 44:20

**point** [28] - 4:19, 6:22, 9:20, 25:12, 81:18, 85:4, 85:10, 85:20, 94:6, 98:20, 105:15, 106:20, 110:16, 115:24, 116:22, 116:25, 127:15, 129:16, 141:8, 141:15, 143:20, 143:21, 145:13, 146:14, 151:10, 151:15, 152:3, 152:15

**pointed** [1] - 4:21

**points** [2] - 6:9, 85:18

**policies** [3] - 12:19, 72:3, 72:4

**policy** [2] - 9:6, 63:11

**Policy** [1] - 55:18

**pollution** [2] - 58:8, 58:9

**polychlorinated** [2] - 60:21, 130:7

**poor** [1] - 92:24

**poorer** [1] - 115:5

**poorly** [1] - 101:4

**poorly-phrased** [1] - 101:4

**population** [6] - 29:16, 30:3, 30:6, 30:16, 34:2, 84:13

**portion** [1] - 100:11

**portions** [2] - 123:4, 123:11

**Portland** [2] - 53:15, 163:17

**posed** [1] - 42:4

**poses** [1] - 52:7

**position** [13] - 63:10, 71:21, 74:23, 75:6, 76:11, 76:13, 76:19, 76:24, 77:7, 77:8, 77:25, 78:3, 80:12

**positive** [2] - 28:23, 143:11

**possibility** [3] - 65:5, 76:22, 101:7

**possible** [3] - 111:8, 113:25, 149:13

**possibly** [4] - 40:1, 115:7, 115:8, 157:10

**potential** [1] - 135:10

**potentially** [6] - 4:16, 4:20, 63:16, 113:20, 157:7, 157:22

**Powell** [2] - 154:7, 154:10

**POWER** [1] - 1:9

**power** [22] - 8:16, 8:22, 24:25, 47:6, 47:10, 47:14, 49:11, 49:12, 50:14, 50:17, 50:20, 51:3, 51:16, 51:21, 53:23, 77:19, 89:1, 89:7, 102:22, 105:24, 136:2, 136:4

**Power** [3] - 3:19, 68:24, 70:2, 104:23, 124:4, 153:15, 153:17, 153:18, 163:6

**powerful** [4] - 28:12, 28:14, 28:15, 29:1

**PowerPoint** [1] - 153:21

**PPL** [1] - 46:14

**practice** [1] - 13:3

**practiced** [1] - 13:1

**practicing** [1] - 5:20

**pre** [1] - 62:19

**pre-wireless** [1] - 62:19

**precautionary** [1] - 139:4

**preclude** [1] - 64:18

**preexisting** [1] - 120:13

**prefiled** [3] - 23:22, 122:15, 154:20

**prepare** [2] - 76:6, 121:23, 122:23

**prepared** [7] - 25:11, 101:6, 101:7, 101:12, 102:5, 148:13, 153:12

**preparing** [4] - 121:21, 121:22, 122:17, 137:10

**presence** [1] - 108:3

**present** [5] - 3:5, 67:20, 78:12, 79:15, 123:17

**presentation** [1] - 150:7

**presented** [3] - 23:14, 70:3, 72:21

**presenting** [4] - 9:14, 23:14, 75:11, 154:25

**presents** [1] - 94:10

**preserve** [2] - 20:15, 67:24

**pretend** [1] - 106:6

**pretty** [7] - 6:15, 66:7, 73:21, 130:25, 137:25, 148:3, 157:3

**prevalence** [1] - 30:1

**prevent** [1] - 71:10

**prevented** [1] - 68:15

**previous** [3] - 28:22, 103:5, 117:14

**previously** [2] - 32:1, 128:23

**primarily** [10] - 8:18, 15:20, 15:22, 24:12, 47:15, 56:24, 78:25, 83:23, 91:5, 143:17

**primary** [3] - 38:24, 64:24, 142:9

**principle** [1] - 15:6

**print** [2] - 119:17, 160:9

**printed** [1] - 23:2

**printing** [1] - 24:16

**problem** [3] - 44:11, 60:6, 109:24

**problems** [6] - 30:7, 62:6, 82:17, 94:19, 94:20, 121:11

**Procedure** [1] - 156:20

**proceed** [1] - 52:23

**proceeding** [7] - 29:13, 69:3, 70:4, 70:10, 120:2, 147:10, 147:11

**proceedings** [4] - 4:15, 42:7, 42:11, 68:23

**process** [5] - 79:12, 79:13, 79:14, 91:15, 92:25

**produce** [3] - 3:22, 143:25, 157:12, 158:12

**produced** [4] - 27:20, 69:7, 157:9, 157:17

**producing** [1] - 93:1

**product** [3] - 54:9, 78:8, 148:19

**profess** [1] - 64:17

**profession** [1] - 71:9

**professional** [1] - 12:24

**prognosis** [1] - 126:22

**Program** [5] - 28:5, 28:9, 28:13, 29:1, 127:20

**program** [2] - 128:10, 136:8

**progressed** [1] - 39:22

**progression** [2] - 126:23, 126:24

**prohibiting** [1] - 124:16
**project** [1] - 154:16
**promoted** [1] - 74:7
**Promotion** [2] - 118:11, 118:16
**pronounce** [3] - 7:10, 38:1, 81:5
**properly** [4] - 9:17, 121:16, 135:18, 163:13
**properly-designed** [1] - 121:16
**proposed** [2] - 46:23, 137:7
**proposition** [5] - 94:23, 96:20, 112:3, 131:23, 145:24
**prostate** [2] - 99:18, 99:19
**protect** [2] - 66:3, 139:20
**protected** [1] - 91:25
**Protection** [1] - 78:23
**protective** [1] - 91:17
**proteins** [1] - 61:17
**protons** [3] - 91:2, 91:4, 91:11
**provacative** [1] - 34:11
**prove** [3] - 90:2, 115:24, 126:20
**proven** [3] - 89:25, 90:1, 128:5
**provide** [14] - 10:1, 10:10, 11:5, 16:1, 40:24, 40:25, 41:3, 41:5, 109:23, 119:8, 119:25, 123:6, 123:23, 156:4
**provided** [13] - 11:2, 11:8, 11:13, 18:10, 18:13, 38:6, 41:8, 55:13, 109:22, 119:2, 119:3, 123:5, 124:2
**provider** [1] - 135:7
**provides** [3] - 93:22, 95:10, 96:20
**providing** [2] - 15:20, 120:20
**province** [2] - 147:5, 147:15
**provincial** [2] - 147:14, 147:19
**provisions** [1] - 148:11
**provocation** [2] - 30:21, 108:13
**provocative** [6] -

31:18, 31:24, 32:5, 32:12, 33:24, 88:6
**proximity** [1] - 90:7
**PSC** [1] - 2:17
**public** [16] - 5:20, 6:2, 6:13, 9:4, 29:10, 42:4, 52:8, 54:4, 55:10, 71:8, 71:9, 71:11, 73:5, 73:22, 139:18, 163:12
**PUBLIC** [2] - 160:21, 161:16
**Public** [46] - 1:17, 3:2, 3:9, 15:15, 15:25, 16:13, 18:8, 18:14, 18:17, 18:23, 19:15, 19:18, 20:9, 20:17, 21:25, 23:15, 23:22, 24:21, 29:3, 29:8, 41:16, 41:17, 42:6, 46:12, 47:22, 48:14, 48:17, 50:25, 55:18, 68:22, 70:3, 70:14, 71:15, 71:18, 71:20, 81:15, 120:2, 120:21, 125:15, 131:24, 136:1, 148:2, 148:25, 153:14, 160:2
**Public/Attorney** [1] - 161:17
**publication** [3] - 13:7, 33:2, 118:16
**publications** [5] - 10:5, 36:10, 80:17, 96:13, 143:11
**published** [22] - 13:6, 13:18, 24:10, 28:7, 35:13, 54:5, 54:11, 56:21, 67:8, 69:9, 69:17, 69:18, 72:19, 72:25, 73:4, 73:7, 73:16, 76:3, 93:14, 93:16, 109:5, 134:9
**PUC** [10] - 21:3, 27:7, 119:9, 119:12, 126:4, 149:18, 154:22, 154:23, 156:19, 158:15
**pull** [5] - 22:20, 25:2, 41:8, 115:19, 148:4
**pulse** [2] - 97:25, 98:1
**pulses** [11] - 87:8, 87:9, 87:10, 87:11, 87:15, 88:4, 90:18, 97:8, 97:13, 97:22, 98:5
**purpose** [1] - 63:14
**purposes** [3] - 37:8, 123:22, 151:18

**push** [1] - 56:18
**put** [16] - 24:13, 25:12, 32:18, 33:5, 47:7, 51:21, 65:9, 80:10, 86:10, 121:5, 129:16, 133:17, 134:25, 136:8, 154:3, 155:19

## Q

**qualified** [1] - 49:1
**qualify** [1] - 138:17
**quality** [3] - 64:5, 102:22, 106:15
**Quebec** [4] - 49:14, 50:2, 146:23, 147:5
**questions** [9] - 5:3, 6:20, 21:21, 37:12, 44:1, 52:23, 151:20, 158:3, 158:22
**quickly** [1] - 54:17
**quite** [15] - 6:18, 7:3, 10:22, 28:20, 29:22, 34:23, 38:13, 49:19, 68:16, 70:18, 73:15, 95:9, 115:16, 126:15, 153:1
**quote** [3] - 32:8, 100:9, 149:11
**quoted** [1] - 139:23
**quoting** [2] - 120:6, 149:21
**Québécoise** [1] - 147:21

## R

**R-e-a** [2] - 109:3, 109:4
**rabbits** [1] - 143:21
**radiating** [2] - 102:23, 104:14
**radiation** [56] - 8:19, 9:13, 23:11, 28:25, 34:8, 36:6, 45:25, 52:16, 59:4, 59:13, 62:21, 64:21, 64:25, 66:13, 66:19, 66:20, 66:25, 68:4, 68:5, 68:7, 68:11, 74:11, 74:20, 78:2, 84:8, 84:11, 85:9, 86:20, 91:7, 91:8, 91:9, 94:11, 94:22, 95:13, 95:18, 95:21, 96:15, 101:20, 108:13, 108:15, 109:9, 128:13, 129:5, 131:17, 133:9,

136:7, 138:9, 141:4, 141:11, 141:22, 142:5, 145:11, 145:15, 145:19, 146:17, 154:18
**Radiation** [7] - 22:11, 22:24, 26:11, 26:20, 74:9, 78:23, 127:21
**radicals** [2] - 61:14, 61:16
**radio** [4] - 62:1, 65:22, 66:6, 152:7
**radiofrequencies** [1] - 35:3
**Radiofrequency** [5] - 22:11, 22:23, 118:11, 118:17, 127:21
**radiofrequency** [77] - 8:18, 8:20, 8:22, 11:19, 14:6, 23:11, 27:18, 28:25, 30:8, 30:19, 31:8, 31:20, 34:22, 35:9, 36:6, 36:13, 38:20, 45:24, 48:22, 53:1, 57:3, 59:13, 61:13, 61:21, 62:21, 64:20, 64:25, 66:13, 66:19, 66:20, 66:23, 66:25, 67:6, 67:20, 67:25, 68:9, 68:11, 69:25, 71:13, 76:15, 78:2, 84:11, 85:9, 87:25, 94:11, 95:12, 95:18, 95:21, 96:15, 104:1, 104:13, 105:17, 105:24, 107:9, 108:12, 109:9, 110:8, 111:8, 111:21, 111:24, 112:4, 128:5, 129:2, 129:12, 131:17, 138:9, 141:4, 141:11, 141:22, 142:5, 145:11, 145:14, 145:19, 145:25, 152:17, 152:23, 154:17
**RAE** [1] - 157:10
**rail** [1] - 47:7
**railroad** [5] - 47:11, 51:16, 51:19, 51:20, 51:25
**Ramazzini** [2] - 110:16, 128:16
**range** [4] - 36:12, 36:13, 67:13, 144:11
**rapid** [14] - 31:18, 32:4, 88:6, 88:10,

88:21, 89:5, 89:15, 89:19, 90:11, 90:15, 97:8, 97:12, 120:15, 138:18
**rapidly** [1] - 86:7
**rare** [2] - 14:2, 127:4
**rat** [1] - 144:22
**rate** [5] - 113:2, 115:23, 118:14, 128:4, 152:12
**rated** [1] - 111:7
**rates** [1] - 130:7
**rather** [3] - 36:25, 124:14, 148:14
**rational** [1] - 62:13
**rats** [4] - 127:23, 128:12, 143:15, 143:17
**Ray** [1] - 109:2
**RAY** [1] - 109:2
**re** [1] - 50:20
**RE** [1] - 163:6
**re-route** [1] - 50:20
**Rea** [10] - 34:10, 34:23, 35:15, 108:23, 109:1, 109:15, 155:13, 157:10, 157:13, 158:6
**reach** [1] - 59:8
**reactions** [1] - 73:23
**reactive** [42] - 61:14, 61:16, 61:22, 68:17, 84:4, 88:7, 89:10, 89:13, 89:20, 90:21, 90:23, 91:2, 91:6, 91:10, 91:13, 91:20, 92:16, 92:22, 93:7, 93:18, 93:23, 93:24, 94:10, 94:13, 94:17, 94:24, 95:14, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:5, 142:9, 142:18, 143:22, 143:25, 144:1, 145:20, 146:1, 146:16
**read** [20] - 25:20, 38:9, 41:4, 43:9, 43:14, 44:7, 63:1, 73:24, 78:12, 100:8, 100:11, 126:15, 139:24, 150:14, 156:5, 156:8, 161:2, 161:4, 163:11
**reading** [2] - 63:19, 67:16
**READING** [1] - 163:9
**reads** [1] - 114:4

**ready** [1] - 119:10
**real** [2] - 40:2, 74:15
**realistic** [1] - 57:3
**reality** [4] - 89:3,
89:17, 90:2, 90:5
**realize** [2] - 30:8,
133:18
**really** [32] - 10:3,
10:19, 26:17, 30:5,
30:14, 31:11, 34:11,
36:20, 37:12, 49:19,
55:3, 55:6, 56:2,
65:17, 65:25, 66:14,
67:18, 70:23, 75:6,
85:11, 90:2, 98:25,
106:6, 113:24,
119:8, 135:14,
138:2, 140:24,
140:25, 144:4,
146:8, 158:8
**Reason** [1] - 162:14
**reason** [16] - 35:16,
35:17, 35:19, 63:2,
63:4, 65:24, 79:14,
92:12, 92:14, 92:18,
101:1, 122:4, 130:4,
130:16, 130:25,
162:6
**reasonable** [4] -
101:8, 101:12,
102:5, 131:16
**reasonably** [1] - 31:10
**reasoning** [1] - 151:12
**reasons** [5] - 36:21,
55:1, 111:9, 128:6,
161:6
**rebuttal** [5] - 150:19,
150:23, 151:5,
151:9, 151:14
**recalled** [1] - 53:3
**recalling** [1] - 46:8
**recap** [1] - 37:5
**receive** [2] - 21:6,
107:1
**received** [2] - 17:22,
45:1
**recent** [7] - 18:7,
27:13, 45:16, 45:21,
45:22, 109:1, 110:4
**recently** [3] - 45:17,
66:16, 77:21
**reception** [2] - 10:17,
87:6
**receptors** [2] - 61:1,
61:2
**recognize** [2] - 18:12,
23:7
**recollect** [1] - 56:2
**recollection** [4] -
50:22, 121:22,

123:13, 147:14
**recommendation** [2] -
56:12, 67:15
**Recommendations**
[1] - 55:18
**recommendations** [5]
- 55:23, 56:6, 56:7,
56:9, 148:16
**reconvened** [5] - 4:7,
21:18, 41:13, 80:24,
140:16
**record** [7] - 3:17, 43:9,
43:14, 125:21,
150:14, 156:18,
160:10
**recording** [1] - 69:14
**records** [2] - 19:17,
39:16
**recover** [1] - 114:1
**recurrence** [3] - 113:2,
113:12, 129:14
**red** [1] - 10:22
**reduce** [8] - 36:7,
62:17, 62:24, 64:6,
66:2, 71:12, 131:20,
134:15
**reduced** [6] - 36:16,
38:15, 99:14, 101:3,
108:17, 160:8
**reduces** [1] - 65:5
**reduction** [2] - 72:1,
129:18
**reevaluated** [1] - 80:3
**refer** [5] - 30:21,
87:17, 113:16,
122:14, 122:17
**reference** [8] - 25:14,
26:8, 106:7, 110:2,
122:12, 122:20,
123:6, 123:15
**Reference** [1] - 2:12
**referenced** [2] -
108:22, 163:10
**references** [10] -
24:24, 26:7, 27:7,
36:2, 43:25, 72:10,
120:10, 122:5,
123:7, 123:10
**referred** [7] - 26:18,
26:20, 27:24, 40:6,
73:10, 83:10, 149:18
**referring** [5] - 18:23,
40:20, 141:17,
148:24, 152:7
**refers** [1] - 105:16
**reflect** [2] - 113:22,
139:11
**reflected** [2] - 8:11,
113:4
**reflecting** [1] - 16:12

**refuse** [1] - 75:6
**refused** [3] - 47:9,
74:23, 75:14
**refute** [1] - 73:16
**regard** [9] - 6:19,
30:24, 71:10, 73:7,
77:6, 78:1, 98:19,
137:5, 158:16
**regarded** [1] - 73:11
**regarding** [3] - 71:17,
99:5, 140:18
**regeneration** [1] -
84:4
**regret** [1] - 118:6
**regularly** [2] - 9:5,
21:1
**regulatory** [3] - 41:18,
42:1, 72:18
**Regulatory** [1] - 153:9
**related** [8] - 39:24,
60:19, 65:8, 89:6,
89:9, 89:12, 99:13,
127:23
**relation** [7] - 28:8,
30:13, 88:25, 99:14,
130:9, 130:11,
131:15
**relationship** [2] -
114:21, 119:7
**relationships** [1] -
152:4
**relative** [1] - 98:3
**relatively** [2] - 90:18,
102:25
**relevance** [1] - 84:24
**relevant** [19] - 27:14,
31:19, 35:23, 37:24,
94:9, 111:18,
112:24, 116:1,
124:17, 128:1,
129:9, 129:11,
142:3, 144:3,
144:15, 146:9,
154:8, 154:19,
155:20
**reliance** [1] - 151:25
**relied** [4] - 148:25,
149:16, 153:23,
158:1
**remained** [1] - 33:9
**remains** [1] - 78:17
**remember** [10] -
12:22, 37:25, 46:4,
51:2, 70:9, 111:6,
119:25, 120:3,
123:4, 147:10
**remembering** [1] -
94:20
**remission** [29] - 36:7,
36:16, 37:21, 38:3,

38:9, 38:13, 38:15,
40:6, 40:8, 99:13,
99:16, 99:23, 100:5,
100:14, 100:20,
101:2, 101:9,
101:10, 101:14,
101:16, 101:24,
112:18, 116:13,
116:16, 117:10,
129:18, 131:20
**remote** [1] - 107:2
**removed** [2] - 33:9,
134:12
**Repacholi** [12] -
25:16, 25:21, 26:4,
26:9, 26:18, 26:24,
28:3, 28:5, 28:20,
74:4, 76:14, 150:8
**repeat** [3] - 36:8, 68:3,
118:13
**replaced** [1] - 135:1
**replicate** [4] - 116:8,
116:14, 117:6, 118:4
**replicated** [3] - 34:18,
34:19, 117:11
**replication** [1] -
117:18
**Report** [29] - 2:12,
2:16, 11:11, 23:7,
24:1, 24:3, 24:10,
53:17, 53:22, 54:9,
54:18, 54:21, 55:17,
56:12, 64:10, 67:10,
72:8, 72:13, 72:16,
73:8, 73:12, 73:17,
80:11, 81:23, 103:8,
139:5, 148:23,
151:21, 153:25
**report** [65] - 9:16,
23:10, 24:5, 31:17,
33:3, 35:17, 35:23,
36:3, 40:16, 53:23,
55:8, 55:21, 58:14,
58:25, 72:16, 72:20,
72:22, 73:8, 73:23,
76:6, 85:2, 102:11,
102:18, 103:2,
103:7, 104:17,
105:9, 107:25,
108:3, 108:4, 108:5,
111:5, 112:13,
115:4, 116:9, 118:7,
121:8, 121:18,
121:21, 121:23,
121:24, 122:2,
122:5, 122:18,
122:23, 123:1,
123:9, 123:12,
123:14, 123:16,
123:17, 123:18,

124:20, 125:2,
125:6, 125:7,
126:24, 126:25,
127:19, 128:17,
148:15, 149:7,
154:1, 154:16
**reported** [11] - 22:23,
33:14, 116:7, 117:7,
120:24, 121:3,
128:23, 143:11,
154:2, 160:8
**Reported** [2] - 2:11,
22:10
**REPORTER** [3] -
145:16, 145:21,
149:5
**Reporter** [1] - 160:22
**reporter** [1] - 100:12
**REPORTING** [2] -
1:25, 163:1
**reporting** [1] - 121:5
**reports** [12] - 35:22,
56:22, 69:18, 73:13,
86:16, 90:5, 104:21,
104:22, 121:2,
137:13, 151:22,
151:24
**reproductive** [1] -
82:1
**request** [2] - 3:23,
119:24
**requested** [1] - 16:11
**requests** [1] - 120:1
**require** [1] - 66:24
**requires** [1] - 5:1
**requiring** [1] - 8:8
**Research** [5] - 26:11,
26:20, 111:4, 128:4,
135:24
**research** [9] - 6:5,
11:12, 13:11, 14:14,
60:20, 65:21,
136:21, 136:22,
136:23
**residential** [3] - 47:8,
50:18, 52:1
**resources** [2] - 9:25,
10:1
**respect** [2] - 55:23,
151:19
**respective** [1] - 161:6
**respond** [1] - 34:25
**responded** [1] - 90:15
**response** [10] - 3:22,
40:25, 75:10,
114:21, 118:20,
119:6, 120:16,
152:4, 152:21, 153:4
**responses** [5] - 75:8,
119:24, 120:1,

121:18, 151:23
**responsible** [1] -
118:2
**rest** [5] - 87:9, 124:11,
125:17, 125:19,
129:1
**result** [5] - 78:7, 92:4,
93:18, 117:21, 134:8
**results** [16] - 6:21,
9:22, 29:22, 42:20,
69:14, 92:15,
110:23, 110:24,
115:7, 115:8,
117:11, 121:1,
121:17, 137:2,
143:9, 144:13
**resume** [1] - 5:15
**retention** [1] - 115:23
**retired** [1] - 74:5
**retires** [1] - 78:24
**return** [2] - 162:9,
163:13
**Review** [2] - 2:13,
84:18
**review** [15] - 11:6,
27:5, 28:19, 42:24,
67:8, 74:15, 75:7,
76:4, 121:20, 122:2,
122:19, 141:2,
150:2, 150:8, 155:19
**reviewed** [22] - 10:5,
29:19, 39:16, 42:12,
42:21, 54:5, 66:16,
68:20, 69:1, 69:10,
69:17, 72:23, 72:25,
73:2, 73:4, 73:6,
80:2, 109:21, 123:1,
137:1, 141:19,
149:17
**reviewing** [2] - 71:2,
151:13
**reviews** [3] - 54:6,
151:22, 151:23
**revised** [1] - 23:4
**revision** [2] - 24:2,
24:9
**revisit** [1] - 157:22
**RF** [36] - 14:17, 27:8,
27:12, 36:12, 37:9,
52:15, 56:8, 74:11,
86:6, 86:15, 89:23,
93:24, 94:22, 94:25,
96:21, 97:1, 102:20,
103:15, 106:14,
112:9, 120:14,
130:21, 130:22,
130:25, 131:13,
132:11, 134:12,
135:11, 140:2,
142:1, 142:13,

145:1, 146:17,
150:4, 151:16,
151:17
**RFR** [6] - 2:11, 141:21,
142:23, 143:12,
144:2
**Richard** [3] - 46:14,
122:15, 155:13
**ridiculous** [1] - 100:2
**right-hand** [2] - 23:18,
26:4
**right-of-way** [1] -
47:10
**Rights** [1] - 18:13
**ringing** [1] - 83:3, 83:7
**rise** [3] - 57:8, 88:6,
88:10
**rises** [7] - 88:21, 89:5,
89:15, 89:19, 90:11,
90:15, 138:19
**risk** [37] - 13:23, 14:1,
37:3, 52:8, 52:15,
58:5, 59:14, 60:8,
60:13, 62:4, 66:25,
72:6, 82:11, 84:13,
89:6, 98:15, 98:18,
99:2, 99:7, 100:21,
110:21, 114:7,
114:17, 121:14,
127:1, 130:16,
131:18, 132:9,
132:10, 132:12,
132:15, 132:19,
132:21, 132:23,
133:3, 136:11,
148:20
**risks** [5] - 14:16,
63:12, 83:21,
126:21, 151:18
**road** [1] - 12:23
**rodents** [2] - 110:7,
136:16
**role** [2] - 8:7, 54:3
**roll** [1] - 8:21
**rolled** [1] - 50:1
**rollout** [2] - 29:4, 52:6
**room** [4] - 77:3, 107:1,
108:11, 108:16
**ROS** [4] - 95:10,
95:18, 126:24, 127:6
**roughly** [3] - 30:2,
34:1, 79:25
**Roundup** [1] - 13:25
**route** [1] - 50:20
**routed** [1] - 50:17
**router** [1] - 134:10
**RPR** [4] - 1:16, 3:2,
160:2, 160:20
**Rules** [2] - 156:19,
156:20

**rural** [1] - 50:19

---

**S**

---

**Safe** [1] - 48:23
**safe** [10] - 49:21, 56:8,
56:23, 57:17, 59:19,
60:22, 62:13, 78:1,
139:3
**safety** [2] - 41:19,
139:9
**Sage** [7] - 24:12,
25:11, 53:23, 55:2,
55:19, 56:11, 80:18
**Sage's** [1] - 54:24
**salt** [1] - 121:4
**Salt** [2] - 50:23, 51:1
**Sam** [1] - 87:20
**samples** [1] - 96:1
**sanctity** [1] - 80:20
**save** [1] - 20:15
**saw** [4] - 8:11, 77:18,
118:20, 123:14
**scan** [3] - 43:15,
44:20, 158:7
**scanned** [1] - 45:2
**scavenge** [1] - 92:21
**scavengers** [1] -
91:21
**School** [8] - 2:18,
47:23, 48:11, 52:18,
108:10, 124:12,
124:18, 137:19
**school** [2] - 6:16,
53:15
**schools** [1] - 63:5
**schwann** [2] - 110:17,
110:18
**schwannoma** [1] -
128:14
**schwannomas** [3] -
110:18, 111:16,
128:11
**science** [7] - 54:25,
55:4, 71:22, 72:17,
77:1, 77:3, 151:12
**Sciences** [1] - 79:20
**scientific** [16] - 69:10,
71:2, 71:6, 72:4,
72:23, 73:4, 74:15,
75:7, 75:12, 77:15,
78:3, 78:9, 78:11,
92:3, 101:1, 116:6
**Scientific** [1] - 55:17
**scientifically** [2] -
32:4, 131:13
**scientist** [1] - 144:18
**screen** [1] - 125:10
**screwed** [1] - 91:2
**seal** [3] - 75:23, 91:3,

160:16
**search** [2] - 17:6, 17:9
**searched** [2] - 20:22,
20:25
**searching** [1] - 17:11
**second** [3] - 86:3,
87:16, 124:8
**seconds** [4] - 87:9,
101:25, 102:3, 102:7
**Section** [3] - 54:20,
55:16, 55:20
**section** [7] - 79:10,
83:17, 123:18,
123:25, 124:8,
124:19, 150:5
**See** [1] - 120:18
**see** [51] - 10:23, 17:2,
17:4, 21:14, 21:15,
23:18, 25:16, 26:3,
26:5, 26:16, 27:5,
28:21, 32:19, 35:13,
35:15, 41:7, 41:10,
41:23, 44:6, 45:17,
47:18, 48:21, 51:5,
55:22, 61:23, 71:16,
74:24, 76:11, 76:21,
81:13, 88:23, 92:1,
94:13, 95:5, 102:10,
103:20, 109:14,
109:16, 113:17,
121:16, 122:12,
123:2, 127:14,
141:3, 143:3, 143:6,
144:20, 147:8
**seeing** [3] - 16:15,
70:7, 103:2
**seem** [1] - 48:9
**select** [1] - 36:2
**selected** [3] - 80:9,
80:11, 80:15
**selection** [4] - 113:4,
113:23, 113:24,
114:2
**self** [9] - 33:14, 75:4,
78:25, 80:9, 80:11,
120:24, 121:3, 121:8
**self-appointed** [1] -
78:25
**self-report** [1] - 121:8
**self-reported** [4] -
33:14, 120:24, 121:3
**self-selected** [2] -
80:9, 80:11
**send** [5] - 44:9, 44:20,
156:24, 157:21,
158:7
**sending** [1] - 155:6
**senior** [1] - 75:2
**sensation** [1] - 30:13
**sense** [5] - 5:1, 67:17,

72:17, 90:12, 152:5
**sensitive** [7] - 11:19,
30:7, 33:10, 33:19,
34:5, 34:16, 91:22
**sensitivities** [3] -
120:13, 120:16,
120:18
**Sensitivity** [1] -
109:17
**sensitivity** [2] - 30:1,
92:20
**sent** [10] - 4:5, 16:25,
21:22, 22:5, 22:6,
22:16, 104:19,
105:2, 137:23, 138:1
**sentence** [15] - 68:3,
100:8, 103:17,
104:8, 104:10,
104:12, 105:14,
105:16, 106:21,
114:4, 114:8,
114:11, 116:2,
116:3, 139:22
**separate** [1] - 71:6
**sequence** [1] - 31:21
**series** [2] - 61:20,
136:12
**serious** [2] - 65:2,
100:3
**seriously** [1] - 140:7
**serve** [4] - 19:18,
63:13, 155:23,
156:13
**Service** [7] - 29:3,
29:8, 41:17, 47:22,
48:14, 48:17, 136:1
**Session** [1] - 153:9
**set** [2] - 59:9, 114:1
**sets** [1] - 129:1
**setting** [3] - 57:11,
60:16, 148:12
**settled** [1] - 52:19
**settlement** [2] - 15:3,
136:1
**settlements** [1] - 8:7
**seven** [2] - 102:14,
136:9
**seventh** [1] - 105:4
**several** [8] - 7:4, 8:5,
31:17, 44:3, 76:5,
93:12, 112:2, 131:6
**shadow** [1] - 115:25
**sham** [1] - 118:22
**sham-exposed** [1] -
118:22
**SHEET** [1] - 162:1
**sheet** [6] - 162:2,
162:8, 162:10,
163:12, 163:12,
163:13

**sheet(s)** [1] - 161:8
**shield** [1] - 108:15
**shielded** [1] - 108:12
**Shkolnikov** [1] - 154:6
**short** [2] - 6:11, 139:5
**shortened** [1] - 112:19
**shortening** [1] - 116:16
**shorter** [4] - 38:21, 113:2, 113:13, 116:12
**shortly** [1] - 115:14
**shots** [1] - 125:10
**show** [5] - 36:13, 112:16, 116:12, 142:22, 145:7
**showed** [1] - 109:8
**showing** [1] - 70:1
**shown** [1] - 130:2
**shows** [3] - 29:17, 115:15, 143:9
**sic** [2] - 100:4, 157:10
**sic)** [1] - 118:10
**side** [2] - 69:19, 70:16
**sideways** [1] - 25:19
**sign** [3] - 162:8, 163:12
**signal** [3] - 67:21, 86:18, 106:15
**signals** [6] - 68:1, 87:7, 88:4, 104:9, 107:6, 107:9
**signature** [6] - 122:8, 161:21, 162:9, 162:10, 163:12, 163:13
**SIGNATURE** [1] - 161:1
**Signature** [1] - 162:23
**significance** [10] - 6:20, 81:17, 94:6, 96:18, 104:12, 105:15, 110:5, 112:14, 114:8, 127:24
**significant** [7] - 60:12, 77:14, 86:17, 105:19, 114:5, 114:15, 134:7
**significantly** [3] - 118:22, 118:23, 133:10
**SIGNING** [1] - 163:9
**signs** [1] - 30:16
**similar** [12] - 5:23, 8:10, 13:25, 53:16, 61:23, 95:4, 110:11, 136:23, 137:5, 144:2, 146:6, 152:18
**similarities** [1] - 137:2

**similarity** [1] - 129:25
**similarly** [2] - 80:11, 80:12
**simple** [2] - 64:4, 102:25
**simply** [1] - 20:21
**sine** [15] - 87:21, 87:22, 87:25, 88:3, 88:5, 88:8, 88:14, 88:15, 88:17, 88:20, 89:2, 89:16, 89:18, 89:23, 90:18
**single** [2] - 116:15, 141:1
**site** [1] - 32:18
**sits** [1] - 65:13
**sitting** [2] - 45:12, 153:13
**situation** [11] - 8:9, 34:13, 35:14, 49:16, 51:18, 52:9, 61:24, 108:11, 111:19, 137:9, 146:10
**situations** [1] - 9:14
**six** [2] - 111:7, 158:17
**sixth** [1] - 26:1
**skeptical** [2] - 77:11, 121:8
**skip** [2] - 24:18, 82:15
**skipped** [1] - 48:2
**sleep** [1] - 64:3
**slightly** [2] - 142:16, 143:7
**slower** [1] - 118:14
**small** [3] - 28:7, 117:16, 117:24
**smaller** [1] - 28:18
**smart** [125] - 8:16, 8:19, 31:20, 31:21, 31:24, 32:11, 32:21, 32:24, 33:5, 33:8, 33:17, 33:24, 35:4, 35:10, 35:20, 37:13, 38:19, 41:19, 42:18, 46:25, 47:5, 49:5, 49:14, 49:21, 49:25, 51:5, 51:7, 51:10, 55:24, 56:3, 62:20, 62:23, 63:2, 63:12, 64:7, 66:5, 69:4, 70:3, 85:2, 85:5, 85:19, 85:22, 85:24, 86:1, 86:4, 86:7, 86:12, 86:17, 86:19, 87:2, 88:4, 89:14, 89:24, 90:3, 90:7, 90:9, 93:19, 93:20, 94:1, 94:25, 95:1, 95:5, 96:22, 97:6, 97:11, 97:18, 98:4,

98:6, 98:10, 98:12, 98:23, 99:3, 99:9, 99:22, 101:19, 103:25, 104:3, 104:18, 107:2, 107:5, 107:6, 112:25, 120:15, 121:5, 121:10, 126:18, 126:20, 126:25, 133:1, 133:5, 133:8, 133:10, 133:12, 133:15, 133:17, 133:25, 134:3, 134:16, 135:2, 135:5, 138:11, 142:13, 142:20, 144:3, 144:5, 144:7, 144:9, 144:10, 144:15, 145:1, 145:10, 146:1, 146:3, 146:5, 146:10, 146:13, 146:18, 147:13, 151:17, 152:18, 154:3, 154:8, 154:10, 156:11
**Smart** [4] - 104:4, 122:13, 126:7, 153:24
**smoking** [2] - 8:9, 71:13
**social** [2] - 63:10, 72:3
**society** [2] - 59:4, 139:19
**solely** [1] - 54:9
**Solutions** [1] - 153:17
**someone** [14] - 6:19, 10:14, 37:15, 46:19, 63:1, 64:22, 69:5, 120:6, 121:9, 133:19, 150:7, 151:15, 152:16, 154:15
**sometimes** [2] - 77:8, 97:17
**somewhat** [5] - 5:23, 53:19, 56:10, 62:9, 137:5
**somewhere** [5] - 23:2, 38:3, 59:2, 71:1, 125:7
**sooner** [2] - 5:8, 38:12
**sorry** [23] - 14:12, 16:19, 22:5, 22:13, 22:15, 28:7, 40:19, 43:5, 48:9, 49:25, 57:19, 58:17, 68:3, 78:18, 83:13, 102:12, 113:7,

118:13, 121:25, 138:2, 145:16, 147:21, 150:16
**sort** [17] - 11:7, 24:23, 33:20, 49:22, 55:20, 75:23, 76:2, 76:18, 79:12, 81:23, 89:4, 97:7, 115:24, 125:10, 125:13, 136:23, 148:4
**sounds** [2] - 73:19, 123:4
**source** [7] - 26:20, 65:2, 65:25, 99:21, 113:25, 120:8, 134:7
**sources** [8] - 8:20, 64:20, 64:24, 65:15, 65:23, 86:6, 86:15, 120:14
**space** [1] - 97:25
**spaced** [1] - 153:16
**speaker** [2] - 63:25, 65:4
**speaking** [1] - 151:10
**specialty** [1] - 5:20
**species** [40] - 61:15, 61:16, 61:22, 68:18, 84:5, 88:7, 89:11, 89:13, 89:20, 90:21, 90:23, 91:6, 91:11, 91:13, 91:21, 92:17, 92:22, 93:7, 93:18, 93:23, 93:25, 94:11, 94:13, 94:18, 94:24, 95:15, 96:4, 96:16, 127:7, 141:5, 141:7, 141:12, 142:6, 142:9, 142:19, 143:23, 144:1, 145:20, 146:1, 146:16
**specific** [14] - 26:9, 29:21, 34:25, 53:1, 54:7, 67:15, 73:3, 92:9, 92:11, 121:9, 124:16, 146:18, 148:12, 150:5
**specifically** [14] - 11:8, 13:13, 13:18, 14:3, 14:16, 34:24, 56:2, 84:14, 93:20, 94:1, 94:9, 95:1, 107:24, 146:18
**specifics** [2] - 8:3, 37:1
**spectrum** [4] - 34:22, 68:8, 68:19, 140:10
**speed** [1] - 86:10
**spell** [1] - 11:21
**spend** [2] - 15:5, 18:4

**spends** [1] - 134:1
**sperm** [1] - 94:15
**Springvale** [1] - 163:2
**square** [4] - 56:15, 57:13, 58:3, 60:1
**squared** [9] - 56:19, 59:7, 59:22, 60:9, 60:14, 64:9, 67:12, 67:13, 74:12
**staff** [5] - 10:19, 12:8, 12:16, 15:9, 148:16
**staked** [2] - 76:19, 80:12
**stand** [2] - 17:12, 58:25
**standard** [7] - 56:14, 57:6, 58:3, 59:9, 60:17, 64:13, 78:1
**standards** [5] - 56:16, 60:23, 60:24, 136:20
**standing** [1] - 144:10
**stands** [1] - 74:9
**start** [7] - 26:12, 45:4, 45:16, 45:21, 93:15, 101:11, 130:20
**started** [1] - 12:22
**starting** [2] - 123:19, 137:22
**starts** [1] - 103:14
**State** [7] - 1:17, 3:2, 15:20, 135:22, 135:24, 160:3, 161:17
**state** [18] - 7:5, 7:23, 8:5, 8:7, 8:12, 12:11, 12:18, 22:4, 41:18, 42:1, 97:10, 107:18, 115:16, 116:11, 134:23, 136:3, 136:20, 141:9
**state's** [1] - 29:4
**state-owned** [1] - 136:3
**statement** [9] - 27:15, 29:22, 36:8, 56:22, 69:15, 102:18, 118:3, 124:3, 132:2
**statements** [3] - 105:23, 106:8, 161:20
**states** [12] - 7:4, 7:9, 7:15, 7:19, 7:20, 7:22, 10:21, 10:22, 10:23, 12:11, 34:23
**States** [1] - 11:25
**STATES** [1] - 1:1
**statical** [1] - 6:20
**stations** [1] - 33:20
**statistically** [3] - 60:12, 114:5, 114:15

**statistics** [1] - 6:17
**status** [2] - 79:7,
81:21
**steal** [1] - 91:11
**stenographically** [1] -
160:8
**steps** [4] - 62:16, 66:2,
134:10, 134:14
**still** [8] - 21:4, 21:6,
30:4, 56:20, 86:17,
117:16, 117:24,
119:10
**strain** [1] - 127:23
**strange** [2] - 91:22,
137:9
**strangest** [1] - 49:15
**strength** [1] - 9:23
**strengthens** [1] -
158:18
**strengths** [1] - 9:18
**stress** [9] - 96:3, 96:7,
142:6, 142:14,
143:12, 145:5,
145:15, 145:20
**strike** [2] - 101:10,
130:20
**strong** [10] - 60:16,
65:7, 65:10, 67:1,
67:6, 78:14, 99:8,
131:1, 131:3, 131:6
**stronger** [3] - 77:16,
111:9, 132:4
**strongest** [1] - 28:3
**strongly** [4] - 132:6,
134:24, 138:7,
139:22
**structure** [1] - 125:14
**structures** [2] -
102:23, 104:14
**student** [2] - 53:8,
154:16
**students** [8] - 9:15,
9:17, 9:21, 10:2,
10:7, 15:8, 154:17
**studied** [5] - 30:12,
131:4, 131:10,
131:15, 131:22
**studies** [62] - 9:14,
9:15, 9:16, 9:19,
23:9, 28:8, 28:17,
29:23, 30:17, 30:21,
32:17, 34:11, 37:8,
37:19, 56:25, 57:9,
57:11, 57:24, 69:2,
70:1, 70:7, 95:8,
96:10, 111:2,
111:10, 112:16,
117:3, 118:5, 119:8,
129:17, 129:19,
130:2, 130:5,

135:12, 135:17,
136:12, 136:17,
136:25, 141:2,
141:4, 141:6,
141:20, 141:25,
142:2, 142:12,
142:16, 142:24,
143:1, 143:2,
143:15, 144:14,
145:6, 145:19,
145:23, 146:3,
146:15, 151:13,
152:8, 157:16
**Studies** [1] - 127:20
**study** [90] - 5:24, 13:6,
13:19, 14:15, 28:4,
28:6, 28:9, 28:13,
29:1, 30:5, 30:23,
31:1, 31:2, 31:7,
31:9, 32:19, 32:20,
34:10, 34:12, 34:13,
34:17, 35:16, 35:17,
68:20, 68:21, 69:8,
69:9, 69:12, 94:1,
96:9, 108:1, 108:13,
108:18, 108:23,
108:25, 109:1,
109:8, 110:7,
110:10, 110:13,
110:16, 110:24,
111:12, 111:23,
112:14, 113:4,
113:5, 113:17,
113:21, 114:22,
114:24, 115:2,
115:10, 115:17,
115:22, 115:24,
116:7, 116:11,
116:12, 116:14,
116:15, 116:23,
117:12, 117:13,
117:15, 117:17,
117:18, 117:22,
118:3, 118:19,
119:6, 121:9,
121:16, 128:9,
128:25, 129:8,
136:16, 136:17,
140:18, 140:25,
141:1, 144:14,
144:19, 145:13,
157:12, 157:13,
158:7
**Study** [1] - 2:16
**stunning** [1] - 157:24
**style** [1] - 54:12
**subcommittee** [2] -
19:1, 19:10
**subject** [8] - 13:7,
19:3, 31:10, 41:19,

67:9, 80:17, 119:23,
143:8
**subjected** [1] - 79:1
**subjects** [3] - 75:18,
114:25, 115:21
**submit** [1] - 79:23
**submitted** [3] - 27:6,
73:6, 120:1
**subscribe** [1] - 160:15
**subsequently** [1] -
54:5
**substance** [4] - 65:25,
86:22, 161:5, 162:3
**substantial** [1] - 66:18
**substantiated** [1] -
30:20
**substantive** [1] -
158:21
**succeed** [1] - 71:4
**suddenness** [1] -
86:11
**suffer** [1] - 32:12
**suffered** [1] - 121:6
**suffering** [2] - 14:7,
93:17
**suffers** [2] - 39:6, 83:1
**sufficient** [2] - 112:4,
130:1
**sufficiently** [2] -
107:14, 144:2
**suggested** [3] - 67:11,
127:10, 132:6
**suggesting** [2] -
29:20, 76:17
**suggestions** [2] -
28:22, 125:13
**suing** [1] - 123:23
**summarize** [1] - 112:1
**summarizes** [1] -
83:22
**summary** [3] - 81:24,
155:13, 155:18
**summer** [1] - 135:6
**sun** [5] - 62:1, 68:1,
68:4, 68:5, 68:8
**super** [2] - 82:9, 92:2
**superimpose** [1] -
88:21
**superimposed** [6] -
87:22, 87:25, 88:5,
88:13, 89:19, 90:18
**superimposition** [1] -
89:22
**supero xide** [1] - 91:18
**supervising** [1] -
77:13
**supply** [1] - 92:13
**support** [13] - 10:2,
15:8, 28:10, 38:17,
38:21, 38:24, 94:23,

95:10, 96:12, 96:20,
123:9, 129:20,
145:24
**supported** [3] - 35:12,
117:11, 138:8
**supportive** [1] - 35:18
**supports** [5] - 9:23,
27:24, 112:3
**Supreme** [1] - 153:13
**surcharge** [1] - 124:17
**surcharges** [3] -
124:4, 126:14
**surprised** [2] - 73:22,
73:25
**Survey** [1] - 153:25
**survey** [13] - 42:19,
42:20, 120:18,
120:23, 121:1,
121:2, 121:20,
122:17, 123:6,
133:7, 134:8, 154:4
**surveyed** [2] - 32:21,
154:16
**surveys** [1] - 121:3
**survival** [7] - 114:7,
114:17, 115:5,
116:25, 117:1,
117:2, 117:7
**suspect** [7] - 16:9,
23:25, 46:1, 56:5,
64:12, 98:17, 127:11
**Svendsen** [10] - 2:16,
37:18, 38:24,
115:14, 116:11,
116:21, 116:25,
117:6, 117:23, 118:5
**Sweden** [1] - 116:17
**Swerdlow** [3] - 125:1,
125:3, 125:5
**SWERDLOW** [1] -
125:1
**swore** [1] - 161:19
**sworn** [2] - 3:12,
160:4
**syllabi** [2] - 10:8,
158:9
**symptoms** [23] -
29:17, 31:14, 33:1,
33:9, 33:14, 33:18,
39:22, 39:24, 40:3,
40:13, 40:15, 53:8,
57:25, 83:3, 83:4,
89:21, 108:3,
120:17, 120:24,
126:21, 127:1,
127:3, 139:8
**syndrome** [3] - 84:1,
84:19, 105:5
**synopsis** [1] - 156:9
**system** [6] - 36:5,

79:21, 112:23,
129:24, 136:14,
152:24
**systematically** [2] -
17:10, 30:6
**systemic** [1] - 150:8
**systems** [5] - 9:8,
60:4, 141:23

---

**T**

---

**table** [3] - 22:25, 23:1,
143:17
**Table** [5] - 142:25,
143:2, 143:10,
143:17, 144:20
**tables** [2] - 23:1, 23:25
**Tackover** [2] - 11:5,
11:22
**TACKOVER** [1] -
11:23
**TAINTOR** [31] - 3:14,
4:3, 4:9, 21:14,
21:20, 22:19, 41:14,
43:20, 43:22, 45:10,
45:13, 80:25,
100:15, 102:14,
102:16, 102:17,
103:13, 103:17,
103:19, 103:24,
104:2, 105:6,
140:19, 140:20,
145:22, 149:6,
150:25, 155:7,
156:15, 157:2, 159:1
**Taintor** [4] - 1:22, 2:4,
21:3, 163:15
**Talamone** [1] - 153:22
**talks** [7] - 82:10,
104:12, 111:15,
144:22, 149:11,
149:13, 150:7
**taught** [1] - 8:23
**teach** [7] - 6:14, 8:24,
9:2, 9:5, 9:21, 10:8,
158:9
**Technology** [1] -
48:24
**technology** [3] - 49:3,
134:14, 149:15
**telephone** [1] - 54:7,
134:4
**television** [3] - 62:2,
65:22, 134:2
**temperature** [1] -
66:22
**tendency** [1] - 121:11
**term** [3] - 28:15,
87:19, 88:25
**terms** [14] - 30:15,

31:3, 52:21, 66:10, 76:9, 76:10, 84:10, 90:20, 102:25, 112:14, 116:18, 127:3, 139:17, 144:5

**terribly** [1] - 131:3
**testicles** [1] - 94:18
**testified** [17] - 3:24, 13:20, 14:5, 15:15, 18:21, 18:24, 19:14, 29:2, 41:17, 42:2, 45:18, 45:23, 46:17, 51:9, 52:11, 70:5, 131:25
**testify** [9] - 12:12, 18:17, 18:25, 19:5, 49:17, 51:12, 137:10, 137:12, 160:4
**testifying** [1] - 155:16
**testimonial** [1] - 21:16
**testimonies** [2] - 17:23, 22:3
**testimony** [60] - 4:14, 4:18, 15:20, 15:24, 16:1, 18:13, 21:24, 23:21, 23:22, 27:7, 27:23, 28:16, 29:7, 29:15, 29:25, 41:15, 45:1, 45:16, 45:17, 46:11, 47:15, 47:25, 50:1, 50:16, 52:20, 63:20, 77:18, 97:5, 100:9, 108:9, 121:24, 122:15, 125:14, 130:19, 132:1, 135:9, 137:7, 137:15, 137:18, 147:12, 148:25, 150:6, 150:10, 150:19, 150:24, 151:6, 151:14, 151:19, 152:16, 153:6, 154:5, 154:6, 154:20, 155:1, 155:9, 158:15, 160:11, 161:4, 161:5, 162:3
**Testimony** [4] - 2:10, 2:11, 2:17, 2:19
**tests** [1] - 96:6
**Texas** [1] - 34:10
**text** [1] - 26:10
**textbook** [1] - 10:3
**THE** [10] - 1:25, 22:18, 105:3, 145:16, 145:18, 145:21, 149:5, 150:18, 150:23, 163:1
**themselves** [3] -

28:10, 89:18, 135:1
**therefore** [7] - 11:20, 17:11, 59:6, 62:13, 62:16, 66:1, 161:7
**thereportinggroupm aine@gmail.com** [1] - 163:3
**they've** [1] - 137:14
**third** [4] - 103:2, 105:10, 113:20, 122:12
**thirty** [1] - 163:11
**threat** [1] - 8:15
**threats** [2] - 9:8, 9:10
**three** [14] - 7:19, 19:4, 35:22, 56:15, 80:2, 80:3, 97:23, 104:21, 113:16, 124:5, 147:11, 152:3, 156:3
**three-page** [1] - 156:3
**threshold** [3] - 59:1, 62:7, 98:2
**throughout** [3] - 102:22, 104:13, 105:17
**Thursday** [1] - 151:8
**tied** [1] - 134:4
**Tim** [1] - 3:6
**tipped** [1] - 25:19
**tissue** [7] - 85:9, 95:14, 111:13, 111:25, 112:5, 128:21, 144:9
**title** [3] - 22:21, 71:20, 118:10
**TO** [1] - 161:16
**tobacco** [2] - 8:6, 8:8
**today** [18] - 3:22, 4:11, 4:15, 4:18, 5:16, 5:17, 16:18, 16:21, 18:10, 21:4, 30:2, 39:22, 65:20, 109:22, 109:23, 119:2, 122:1, 139:12
**today's** [2] - 27:21, 40:25
**together** [7] - 8:13, 10:21, 53:25, 80:10, 96:13, 111:2, 161:5
**top** [4] - 23:18, 102:18, 103:14, 105:10
**total** [4] - 66:1, 66:3, 67:13, 71:22
**totally** [11] - 35:12, 42:12, 52:19, 53:12, 57:12, 62:15, 65:3, 68:14, 85:17, 122:3, 144:6
**tower** [6] - 33:19,

46:4, 48:6, 110:11, 138:11, 152:7
**towers** [1] - 65:16
**toxic** [2] - 89:16, 89:24
**Toxicology** [7] - 2:16, 28:4, 28:9, 28:13, 29:1, 127:20, 128:10
**trace** [1] - 53:8
**track** [1] - 47:7
**tracks** [4] - 51:17, 51:20, 51:25
**traffic** [1] - 20:21
**trained** [1] - 8:15
**transcript** [5] - 137:18, 137:25, 161:3, 162:4, 163:11
**TRANSCRIPT** [1] - 163:9
**Transcript** [1] - 2:18
**transcription** [1] - 160:9
**transferable** [1] - 130:3
**transgenic** [3] - 27:2, 27:17
**Transients** [1] - 153:18
**translate** [1] - 61:11
**transmission** [3] - 102:19, 104:11, 105:16
**transmissions** [1] - 103:23
**transmit** [1] - 104:8
**transmitted** [3] - 102:22, 104:13, 106:23
**traveled** [4] - 7:4, 7:15, 8:2, 49:22
**treatment** [1] - 112:19
**trend** [2] - 114:5, 114:16
**tries** [2] - 91:3
**trigger** [1] - 33:18
**triggered** [1] - 120:15
**triggering** [1] - 57:25
**triggers** [3] - 139:8, 141:11, 142:6
**trouble** [1] - 25:3
**true** [39] - 5:25, 12:20, 26:22, 28:2, 34:2, 34:3, 77:7, 77:23, 78:10, 78:13, 84:15, 84:16, 92:10, 93:2, 93:4, 96:23, 97:3, 97:9, 99:3, 99:4, 100:23, 100:24, 107:3, 107:15, 107:16, 112:10, 112:11, 113:8,

122:18, 135:13, 135:14, 140:3, 140:4, 140:7, 140:8, 146:2, 146:3, 160:10, 161:21
**truth** [4] - 160:5, 160:6, 161:20
**try** [17] - 12:11, 25:12, 32:7, 33:15, 58:9, 71:4, 71:5, 71:10, 71:12, 74:15, 76:17, 91:11, 116:13, 117:6, 140:12, 157:21, 158:5
**trying** [17] - 25:22, 26:17, 29:24, 36:24, 37:4, 51:19, 60:10, 69:24, 73:16, 81:20, 100:17, 104:11, 105:14, 105:21, 107:5, 115:19, 122:20
**tumor** [2] - 93:8, 110:18
**Tumor** [2] - 118:10, 118:16
**tumors** [2] - 93:5, 128:23
**tuned** [1] - 73:21
**turned** [3] - 134:6, 134:20, 135:1
**turns** [2] - 30:20, 133:9
**tv** [1] - 66:6
**twelfth** [1] - 110:9
**twice** [1] - 97:18
**two** [19] - 12:4, 19:4, 24:16, 36:10, 37:7, 37:18, 38:14, 46:9, 59:24, 79:22, 106:18, 111:2, 123:20, 123:25, 128:22, 135:25, 149:8, 157:16, 158:9
**two-page** [1] - 149:8
**types** [1] - 143:4
**typical** [1] - 86:4
**typically** [1] - 87:11
**typo** [1] - 162:7
**typographical** [1] - 122:7

# U

**U.S** [5] - 11:17, 56:17, 75:13, 75:24, 116:17
**U.S./Canada** [1] - 136:13
**Ua** [1] - 21:12
**UAMAIL** [1] - 21:12

**ultimately** [1] - 38:11
**unbalanced** [2] - 72:13, 72:14
**uncertainty** [1] - 107:18
**under** [14] - 36:21, 64:3, 74:21, 103:25, 104:3, 104:17, 113:15, 123:19, 123:22, 124:1, 126:11
**underlined** [1] - 126:14
**underlines** [1] - 150:3
**understood** [1] - 90:24
**undue** [2] - 52:7, 72:8
**uniformly** [1] - 99:16
**unique** [1] - 120:14
**UNITED** [1] - 1:1
**United** [1] - 11:25
**University** [4] - 8:25, 74:18, 79:10, 79:11
**university** [1] - 21:5
**unknown** [1] - 107:17
**unless** [4] - 38:11, 140:13, 150:12, 150:15
**unnecessary** [1] - 65:3
**unrealistic** [2] - 57:12, 58:12
**unrelated** [1] - 151:14
**unreliability** [1] - 73:12
**unsafe** [6] - 57:18, 57:20, 57:24, 59:19, 60:23, 62:13
**unusual** [1] - 37:13
**unusually** [1] - 90:5
**up** [19] - 22:20, 24:13, 25:2, 32:18, 41:8, 44:19, 49:20, 49:23, 57:11, 63:9, 65:17, 69:20, 91:2, 114:12, 116:11, 117:3, 144:9, 144:10
**updated** [1] - 18:9
**urging** [1] - 8:12
**urine** [2] - 96:1, 96:5
**USDC** [1] - 2:18
**Utilities** [28] - 15:15, 15:25, 16:14, 18:9, 18:15, 18:18, 18:23, 19:15, 19:19, 20:9, 20:17, 21:25, 23:15, 23:23, 24:21, 41:16, 42:7, 46:12, 68:22, 70:4, 81:15, 120:2, 120:21, 125:15,

131:24, 148:2, 149:1, 153:14
**utilities** [7] - 8:14, 20:19, 47:7, 62:24, 97:16, 97:22, 133:23
**utility** [9] - 41:18, 42:1, 46:23, 63:2, 102:20, 107:7, 135:2, 136:3, 153:10
**Utility** [3] - 46:14, 46:20, 50:25

## V

**validity** [1] - 9:18
**valuable** [1] - 69:8
**valuation** [1] - 148:20
**value** [1] - 74:12
**values** [1] - 58:13
**variables** [1] - 138:13
**varies** [1] - 144:11
**variety** [6] - 23:9, 31:9, 77:16, 79:17, 94:14, 120:14
**various** [15] - 23:10, 34:21, 54:8, 64:20, 73:5, 80:16, 85:17, 131:5, 142:10, 142:22, 143:5, 145:11, 145:12, 154:24, 156:10
**vary** [2] - 62:8, 139:10
**version** [2] - 24:5, 54:20
**versus** [3] - 61:5, 72:6, 139:3
**vet** [1] - 150:12
**vetting** [2] - 79:13, 79:14
**view** [11] - 32:2, 58:6, 60:18, 72:2, 81:18, 94:6, 98:20, 105:15, 112:3, 113:23, 156:15
**viewed** [1] - 116:5
**views** [2] - 136:24, 137:11
**visited** [1] - 79:7
**visitor** [1] - 133:6
**visits** [2] - 12:10, 75:11
**vitamins** [1] - 91:20
**voltage** [4] - 47:6, 50:20, 51:16, 51:21
**Volume** [1] - 26:11
**vs** [1] - 1:8
**vulnerable** [5] - 34:20, 36:21, 70:19, 99:15, 139:20

## W

**Wadsworth** [1] - 135:23
**Waldenstrom 's** [15] - 13:8, 13:12, 13:13, 14:2, 14:7, 14:10, 14:17, 38:10, 40:7, 99:6, 111:22, 112:21, 126:19, 129:22, 130:3
**walk** [1] - 67:23
**walking** [1] - 65:10
**wants** [4] - 44:6, 121:12, 150:12, 156:7
**Washington** [1] - 7:23
**waste** [3] - 76:4, 76:5
**watching** [1] - 134:1
**water** [3] - 90:24, 91:5, 91:9
**watts** [2] - 67:11, 67:12
**wave** [11] - 87:21, 87:22, 88:3, 88:5, 88:8, 88:14, 88:16, 88:17, 88:20, 89:16, 90:19
**waveform** [1] - 145:10
**waveforms** [3] - 89:14, 142:20, 146:12
**wavelengths** [1] - 68:6
**waves** [5] - 68:9, 87:25, 89:2, 89:18, 89:23
**ways** [3] - 59:3, 59:4, 72:15
**weak** [1] - 6:18
**wear** [1] - 65:12
**website** [1] - 24:13
**week** [1] - 65:13
**weeks** [1] - 135:25
**weight** [12] - 33:15, 33:16, 71:5, 72:24, 88:9, 114:9, 115:10, 115:11, 115:13, 116:7, 143:6, 146:14
**welding** [1] - 66:17
**well-developed** [1] - 91:17
**well-documented** [1] - 115:20
**well-educated** [1] - 31:11
**well-established** [2] - 141:9, 141:14
**whatsoever** [2] - 39:5, 107:15

**whereas** [1] - 109:12
**whereby** [3] - 82:2, 84:3, 142:10
**WHEREOF** [1] - 160:15
**whichever** [1] - 58:13
**white** [1] - 130:10
**WHO** [13] - 74:14, 74:22, 75:11, 75:20, 75:21, 76:7, 76:15, 78:13, 78:19, 79:6, 79:16, 79:18, 79:22
**whole** [15] - 18:4, 23:9, 35:11, 39:3, 61:20, 73:13, 74:9, 77:10, 79:16, 83:8, 85:11, 94:15, 125:12, 128:13, 160:5
**Wi** [15] - 33:19, 48:1, 50:4, 50:5, 53:9, 63:22, 65:16, 132:12, 132:16, 132:20, 132:23, 132:24, 132:25, 137:19, 138:10
**Wi-Fi** [15] - 33:19, 48:1, 50:4, 50:5, 53:9, 63:22, 65:16, 132:12, 132:16, 132:20, 132:23, 132:24, 132:25, 137:19, 138:10
**wide** [1] - 120:13
**wife** [1] - 33:4, 132:17, 134:1
**William** [2] - 154:5, 155:12
**willing** [9] - 10:10, 20:3, 20:22, 41:3, 41:5, 101:17, 109:14, 132:11, 133:3
**win** [1] - 49:2
**wire** [1] - 63:5
**wired** [3] - 62:20, 63:3, 65:4
**wireless** [8] - 58:7, 62:19, 62:22, 63:4, 65:11, 65:14, 94:16, 134:10
**wiring** [9] - 102:24, 104:15, 105:17, 106:3, 106:5, 106:9, 106:23, 107:10, 107:12
**Wisconsin** [1] - 154:13
**wiser** [1] - 57:14
**wish** [1] - 162:6

**within-named** [1] - 160:4
**WITNESS** [6] - 22:18, 105:3, 145:18, 150:18, 150:23, 160:15
**witness** [9] - 3:24, 15:7, 19:18, 81:14, 154:25, 155:9, 155:23, 156:13, 161:19
**witnesses** [2] - 6:23, 81:3
**woman** [4] - 11:4, 11:15, 11:16, 90:14
**women** [1] - 65:8
**won** [3] - 47:8, 51:15, 53:12
**wondering** [1] - 146:21
**wood** [2] - 86:22, 106:10
**wool** [1] - 115:19
**word** [4] - 56:14, 138:20, 162:7
**wording** [1] - 124:23
**Words** [1] - 162:14
**words** [3] - 121:15, 124:11, 162:5
**works** [1] - 79:19
**World** [19] - 60:24, 74:2, 74:5, 74:7, 74:10, 74:19, 74:25, 75:2, 75:16, 75:17, 76:18, 77:1, 78:6, 81:20, 81:21, 82:5, 85:12, 111:4, 149:11
**world** [5] - 57:4, 78:9, 78:11, 79:2, 99:2
**worried** [1] - 76:20
**worse** [3] - 107:11, 107:13, 107:14
**worsen** [1] - 127:3
**worsening** [3] - 120:17, 126:21, 127:2
**wrap** [1] - 110:19
**write** [3] - 36:24, 40:16, 80:19
**writing** [3] - 41:5, 53:20, 54:3
**written** [7] - 17:19, 20:13, 42:22, 70:18, 75:10, 124:20, 126:24
**wrote** [3] - 44:1, 81:22, 107:25

## Y

**Yakymenko** [10] - 2:17, 93:22, 94:3, 94:23, 95:16, 96:10, 96:19, 140:18, 140:25, 141:16
**year** [2] - 111:6, 118:25
**years** [19] - 3:25, 19:13, 21:6, 29:25, 34:17, 38:4, 46:9, 70:12, 80:3, 80:4, 80:5, 80:13, 102:1, 111:7, 132:3, 132:5, 136:9, 147:16, 158:18
**yesterday** [6] - 4:5, 22:6, 22:17, 104:19, 105:2, 137:23
**York** [5] - 7:21, 134:17, 135:22, 135:24, 136:2
**yourself** [2] - 6:8, 63:20

## Z

**zero** [1] - 61:4
**Zoom** [1] - 3:1
**ZOOM** [1] - 1:13