# BEWELLMY*FRIEND*, LLC
## Integrative Health Center

Dr. Michael D. Dufresne, D.O.      |  Dr. Kevin R. Kenerson, D.O.

Brett Adell, LCSW    Stephen Goldbas, D.O.    Ashton Piers, FNP    Maria Sirois, RN

---

May 25, 2020

To Whom It May Concern,

I am one of Ed Friedman's treating physicians. I received a Doctor of Osteopathy degree at the University of New England College of Osteopathic Medicine in 1991. I served on the faculty of the St. Elizabeth Family Medicine Residency Program as director of osteopathic medical education and associate program director, after completing my residency and board certification in Family Medicine in 1994. I am board certified in Neuromusculoskeletal Medicine /Osteopathic manipulative medicine

I have treated Mr. Friedman since May 26, 2015. Mr. Friendman suffers from a cancer known as lymphoplasmacytic lymphoma, a non-Hodgkin's lymphoma also called Waldenstrom's Macroglobulinemia. This a medical condition for which there is no cure. The treatment goal, therefore, is to slow the disease progression as much as possible.

Exposure to radiation may exacerbate the progression of Mr. Friedman's disease and exacerbate the symptoms of it, including fatigue, bone and joint soreness, cognitive difficulty, and memory issues. Even low-level non-ionizing radiation may exacerbate his disease and symptoms.

For that reason, it is my professional medical judgment that Mr. Friedman should minimize exposure to all forms of ionizing or non-ionizing radiation, including exposure to wireless routers, Bluetooth devices, smart meters, microwave ovens, wireless garage door openers and alarm systems, wireless baby monitors, cell phones, portable phones with base stations, and any other "smart" devices that use wireless frequencies.

It is my recommendation that Mr. Friedman be provided with the reasonable accommodation of not having to have a smart meter in his home, without financial penalty. Due to the progression of Mr. Friedman's disease, it is even more necessary and vital now than ever to minimize his risk of the exacerbation of his disease progression and the concomitant symptoms.

Sincerely,

*[signature]*

Stephen Goldbas, D.O.