UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ED FRIEDMAN

    *Plaintiff,*

v.

CENTRAL MAINE POWER COMPANY,

    *Defendant.*

CIVIL ACTION

NO. NO. 20-cv-00237-JDL

### DECLARATION OF DR. STEPHEN GOLDBAS

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is Dr. Stephen Goldbas and I have been one of Ed Friedman's treating physicians since May 26, 2015.

2. I received a Doctor of Osteopathy degree at the University of New England College of Osteopathic Medicine in 1991.

3. I am board certified in Neuromusculoskeletal Medicine/Osteopathic manipulative medicine.

4. Mr. Friedman suffers from a cancer known as lymphoplasmacytic lymphoma, a non-Hodgkin's lymphoma also called Waldernstrom's Macroglobulinemia.

5. There is no cure for Mr. Friedman's condition and therefore the treatment goal is to slow the progression of the disease and provide palliative care.

6. Some symptoms which I have observed while treating Mr. Friedman include fatigue, bone and joint soreness, cognitive difficulty, and memory issues.

7. These symptoms may be worsened by stress.

8. Based on my personal observations treating Mr. Friedman, having a smart meter in his home will have a negative effect on his cancer treatment and worsen the symptoms he is already experiencing.

I swear under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dr. Stephen Goldbas