UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ED FRIEDMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL MAINE POWER )<br>COMPANY )<br>)<br>Defendant. ) | CIVIL NO. 2:20-cv-00237-JCN |

## JUDGMENT

In accordance with the Supplemental Order on Motion for Summary Judgment (ECF 163) entered by U.S. Magistrate Judge, John C. Nivison on May 15, 2025,

JUDGMENT is hereby entered for Defendant, Central Maine Power Company and against Plaintiff, Ed Friedman.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Cheryl J. Derrah
      Deputy Clerk

Dated: May 16, 2025